```
 1              IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF FLORIDA
 2                  CASE NO. 12-CR-60064-RWG

 3
     UNITED STATES OF AMERICA,
 4
                 Plaintiff,          Tuesday, February 12, 2013
 5        vs.                        9:05 a.m.
                                     Miami, Florida
 6   KEVIN BRENNAN and
     MARC SEAVER PAGE,
 7
                 Defendants.         Pages 1 through 121
 8

 9

10                  TRANSCRIPT OF JURY TRIAL
           BEFORE THE HONORABLE RICHARD W. GOLDBERG
11               UNITED STATES DISTRICT JUDGE

12

13
     APPEARANCES:
14   For the Plaintiff:    H. Ron Davidson, AUSA
                           Alex Soto, AUSA
15                         Office of U.S. Attorney
                           99 NE 4 Street
16                         Miami, Florida  33132

17   For Defendant Brennan: Mauricio Aldazabal, Esq.
                           2655 Le Jeune Rd, Ste 700
18                         Coral Gables, Florida  33134

19   For Defendant Page:   Timothy Day, AFPD
                           Office of U.S. Public Defender
20                         1 E Broward Blvd, Ste 1100
                           Fort Lauderdale, Florida  33301
21

22
     Reported By:          Judith M. Wolff, CRR
23                         Official United States Court Reporter
                           400 N. Miami Avenue, Room 8N09
24                         Miami, FL  33128
                           (305)523-5294
25                         judy_wolff@flsd.uscourts.gov
```

STENOGRAPHICALLY REPORTED, COMPUTER-AIDED TRANSCRIPT

1      (Court was called to order.)

2           THE COURT:  All right, everybody be seated.  Good

3  morning, everybody.

4           MR. DAVIDSON:  Your Honor, is there a preliminary

5  matter we can address before the jurors come in?

6           THE COURT:  Sure.

7           MR. DAVIDSON:  That's the issue of the 404(b).  We

8  filed a notice in August of last year that we intended to call

9  an agent from Boston, to testify that Mr. Brennan engaged in a

10  very similar type of securities fraud deal after the deal that

11  was conducted here in South Florida.

12           I don't -- there was no motion to exclude it, we were

13  planning on flying the agent down but, instead of wasting

14  resources by flying an agent down and then having this Court

15  exclude the evidence, we were trying to get a sense of the

16  Court's willingness to allow us to put either the undercover

17  agent or another agent on to introduce this tape recording

18  that was made of Mr. Brennan, and other supporting documents.

19           THE COURT:  Mr. Day?

20           MR. DAY:  Well, Your Honor, it doesn't relate to

21  Mr. Page.  Mr. Page has nothing to do with that incident at

22  all.

23           THE COURT:  Well, but it's -- it sort of complied,

24  with 404(b), it's the same sort of thing.

25           MR. DAY:  Right.  It has nothing to do with Mr. Page.

TUESDAY, FEBRUARY 12th, 2013

```
 1   He's not involved in that at all.
 2             THE COURT:  Oh, it's Mr. Brennan.
 3             MR. DAY:  It relates to Mr. Brennan, so perhaps
 4   Mr. Aldazabal can --
 5             THE COURT:  All right, fine.  I'm sorry.  I got
 6   confused.  It's early in the morning.
 7             MR. DAY:  I understand.
 8             THE COURT:  All right.  Yes, sir.
 9             MR. ALDAZABAL:  Judge, my only concern is that there
10   -- well, to bring in just the agent, I'm not sure if the agent
11   was involved in the actual goings-on that they're going to
12   present as part of the 404(b), or is he just going to come in
13   and relate a story?  I'm not sure about that.
14             THE COURT:  Well, I agree with defense counsel.  My
15   initial reaction is that if it was a similar type operation,
16   under 404(b), it could come in, assuming that I decide that
17   it's -- that it's prejudicial, you know, when I do the
18   weighing, to see whether it's prejudicial.
19             But does the government have a problem getting it
20   into evidence?  That's the question.
21             MR. DAVIDSON:  Judge, we have two ways to introduce
22   it.  One would be to have the undercover agent who was
23   physically present in the meeting, and he could testify,
24   that's me in the meeting, this is exactly what happened.
25             My understanding is that the case agent was
```

TUESDAY, FEBRUARY 12th, 2013

1  physically present, not in the room, but in the facility while

2  the recording was going on.  And he might be in a position to

3  testify, I was in the next room monitoring the conversations

4  and the recording, and this is what I saw there.

5         Our preference, of course, would be to have the

6  undercover agent come in and say I was in the meeting and this

7  is what happened.

8         THE COURT:  Well, I think that would be the best

9  evidence.

10         MR. DAVIDSON:  I tend to agree, Your Honor.  Some of

11  it comes down to availability, but we wanted to get a sense of

12  whether the Court was inclined to allow it.  And given the

13  Court's comments, we'll try and get the undercover agent in to

14  testify.

15         MR. ALDAZABAL:  Judge, my only problem with that is,

16  I mean, basically if we're just going to go down the road of

17  it's the same type of thing that happened here, they obviously

18  have some sort of person like Mr. Epstein working up there,

19  doing the same kind of thing.  And our defense is obviously

20  going to be very similar to those events as they are to these

21  events.

22         But I won't get an opportunity to cross-examine

23  whoever that confidential informant was.  We basically have an

24  agent, like one of the agents here, saying, well, I heard

25  this, I heard that, I was monitoring this and monitoring that.

```
 1          THE COURT:  Well, but if he brings the undercover
 2  agent, then you can cross-examine.
 3          MR. ALDAZABAL:  Well, I can only cross-examine what
 4  he was doing behind the scenes.  And that's why my question
 5  was prefaced by I'm not sure if the agent was actually acting
 6  as the individual putting the deal together, or if he was just
 7  sitting back, like Agent Sputo would be in this case, you
 8  know, handling the C.I.
 9          Now if he's just handling the C.I., like in this
10  case, we would, you know, obviously we have Mr. Epstein's
11  going to testify, Mr. Huggins is going to testify.  And that's
12  where our defense is going to be on the attack as to what
13  their testimony is.
14          If we have an agent come in and say well, I, you
15  know, yeah, I recorded this, I was in the next room, and this
16  is what I heard, you know, how is he going to be able to tell
17  what the motive of the individual setting up that particular
18  deal, if it was the same as the one we have here, and what his
19  gains were and how we were able to defend against that?  We
20  really can't.
21          I mean, it's an FBI agent, and he --
22          THE COURT:  I mean, that's what that incident is
23  over.  He's not being charged with that.  He's -- the
24  government seeks to introduce the evidence under -- under the
25  usual, you know, meetings of 404(b), which both you and I
```

TUESDAY, FEBRUARY 12th, 2013

understand quite well.  And it would appear to the Court that

that is admissible because it's not a separate kind of -- in

other words, it's not a DUI infraction or something else.  It

does relate to this kind of thing, and I think it goes to

intent.

In other words, if the defense is going to be he was

led into this thing, I think that under 404(b) that that would

be admissible.

MR. ALDAZABAL:  Well, I agree with Your Honor and

with the government as far as the law is concerned as far as

404(b).  I was just a little unclear as to how they were go to

proceed under 404(b)?  How they were going to present it.

THE COURT:  Well, I mean, that's the government's

problem.

I mean, Mr. Davidson, I don't want to tell you to go

ahead and bring him down here and then find out that you can't

lay a foundation to get the evidence in.

MR. DAVIDSON:  Understood, Your Honor.  We'll get the

person who was in the room when the recording was made.

Just to clarify, there's no Mr. Epstein in this

scenario.  There's just an undercover FBI agent pretending to

be somebody else.

THE COURT:  This does not, I gather, involve Epstein

at all?

MR. DAVIDSON:  Correct.  Epstein is not involved in

TUESDAY, FEBRUARY 12th, 2013

1  that case.

2         MR. ALDAZABAL:  I'm sorry, I actually wanted to hear

3  what Mr. Davidson had to say.

4         MR. DAVIDSON:  Oh, sorry, Judge.

5         Okay, just to clarify, there were two people there.

6  There's a, you know, a Boston version of Mr. Epstein, but then

7  there's also an FBI undercover agent pretending to be somebody

8  else.  So we intend to call the FBI agent who was in the room

9  and he can testify this is the recording, I was present, and I

10  heard all of this.

11         THE COURT:  Right.

12         MR. ALDAZABAL:  That helps clarify.  That helps.  I

13  thought we were going to have this scenario, like Agent Sputo

14  here, is listening in the next room and then he's going to

15  come in and tell the jury what he heard on the recording.  And

16  that just -- I don't think that lays the foundation.

17         MR. DAVIDSON:  Very good, Your Honor.  Thank you for

18  allowing us to clarify that and preserve.

19         THE COURT:  Anything else for the good of the order?

20         MR. DAVIDSON:  No, I think we can move back to the

21  tapes, Your Honor.

22         THE COURT:  Okay.  Bring in the jury.

23         MR. DAVIDSON:  Your Honor, can we bring Mr. Epstein

24  back in?

25         THE COURT:  Yes.

TUESDAY, FEBRUARY 12th, 2013

1    (Jury enters the courtroom at 9:14 a.m.)

2          THE COURT:  All right, everybody be seated.  Good

3  morning, ladies and gentlemen.

4          PROSPECTIVE JUROR:  Morning.

5          THE COURT:  You all look bright-eyed and

6  bushy-tailed.  Everybody had a good night's sleep.  Maybe a

7  little glass of wine before dinner?  Maybe.

8          All right, Mr. Davidson, you may proceed.

9          And Mr. Epstein, you are reminded you are still under

10  oath.

11          THE WITNESS:  Yes, sir.

12          MR. DAVIDSON:  Thank you, Your Honor.

13                  DIRECT EXAMINATION CONTINUED

14  BY MR. DAVIDSON:

15  Q.  We will proceed in the middle of page 7 of the transcript

16  of Government's Exhibit Number 1.

17    (Audio was played.)

18  BY MR. DAVIDSON:

19  Q.  Okay.  Mr. Page said there it's a 50 percent discount to

20  market.  Have you heard the term, like, a "percentage discount

21  to market"?

22  A.  Yes.  It's very common in the business I was in.

23  Q.  What does that mean?

24  A.  It means that if you buy stock in a private transaction,

25  as opposed to going into the public marketplace and buying it,

TUESDAY, FEBRUARY 12th, 2013

1   you're buying it in bulk and you're looking for a discount to

2   the market price.  So hypothetically, if this stock is selling

3   at a dollar, you want to buy a large block of it, a large

4   amount of the stock at 50 cents.

5       (Audio was played.)

6   BY MR. DAVIDSON:

7   Q.  Okay.  Mr. Page there said "we need press and dollars or

8   stock."  What press did you understand him to be talking

9   about?

10          MR. DAY:  Objection, Your Honor, again, to this

11  particular witness testifying as to what's in Mr. Page's mind.

12  He obviously doesn't know what's in his mind.

13          THE COURT:  I'll sustain the objection.

14  BY MR. DAVIDSON:

15  Q.  Earlier had you used the word "press" in this

16  conversation?

17  A.  Yes, I did.

18  Q.  And what did you intend when you described "press"?

19  A.  That as I had explained the program to him, which we

20  called a market program, was that at the time that the broker,

21  supposed broker friend of mine was going to work on pumping up

22  the stock, buying the stock, at the same time, at the same

23  time that that program would start, that there would be press

24  releases coming out from the underlying company, so that as

25  was explained yesterday, there wouldn't be any compliance

TUESDAY, FEBRUARY 12th, 2013

1  problems.

2  Q.  And then Mr. Page says "dollar or stock."  Had you

3  previously described the need for dollars or stock?

4  A.  I'm sorry.  Can you repeat the last part?

5  Q.  Certainly.  Had you previously in the conversation

6  described the need for either dollar or stock for this program

7  that you were describing?

8  A.  Yes, I did.

9  Q.  And when you describe the need for dollars or stock, what

10  was that -- what was the need for?

11  A.  That was what we call "the good faith deposit" that would

12  be given to the broker or the broker's representative prior to

13  any program starting.

14  Q.  Did you correct Mr. Page's -- saying anything wrong when

15  he described "we need press and dollars and stock"?

16  A.  No, I agreed with him.

17  Q.  Okay.  And this is after he said earlier "criminals stay

18  criminals and an honest person stays honest"?

19          MR. DAY:  Objection to the leading question, Your

20  Honor.

21          MR. DAVIDSON:  We can move on, Your Honor.

22          Let's continue.

23      (Audio was played.)

24  BY MR. DAVIDSON:

25  Q.  Now you say "one share for every three that's bought" and

TUESDAY, FEBRUARY 12th, 2013

1  then Mr. Page repeats those very same lines on page 10 of

2  Government's Exhibit Number 1.  What did you mean when you

3  said "one share for every three that's bought"?

4  A.  That the broker would get paid the equivalent amount of

5  one dollar for every three dollars that was spent.  Or be paid

6  -- if he was to be paid in stock, one share of stock for every

7  three shares that was bought.

8      (Audio was played.)

9  BY MR. DAVIDSON:

10  Q.  You said, in the middle of page, I think it's either 10 or

11  11, that the buying for his clients are "parked in the

12  accounts."  The stocks are "parked in the accounts."  What did

13  you mean by that?

14  A.  It means once the stock is bought it just sits in the

15  account.  It's not traded.

16  Q.  And in your experience is that good for a company, bad for

17  a company?  What effect does that have?

18  A.  For the underlying company, the only thing that it does,

19  if a stock is bought and then never sold, it will raise the

20  price of the stock of the company.

21  Q.  And one final point there, there's the -- on the top of

22  page 11 it says UI.  Is that for unintelligible?  That you

23  couldn't exactly figure out --

24  A.  That's, that's correct.

25          MR. DAVIDSON:  Let's continue on page 11.

TUESDAY, FEBRUARY 12th, 2013

1     (Audio was played.)

2  BY MR. DAVIDSON:

3  Q.  There were two issues I wanted to raise with you.  Going

4  back to page 11, you mention the 20 not being linked to the

5  market deal.  Can you explain what you meant by that?

6  A.  Yes.  Marc at the time was pitching me two deals, two

7  separate things.  One, the company that he was speaking about

8  was looking for $20,000.  For that $20,000, if I gave him

9  $20,000, I would get stock in the company at a minimum of a 50

10 percent discount.

11      Apparently the CEO of the company needed this $20,000

12 to pay some bills and he needed it quickly.

13      The other deal that we discussed was what we call the

14 "market deal," and that would be where this phantom broker

15 would be buying stock in the market and being paid

16 one-for-three.

17 Q.  At the time do you think that there was anything illegal

18 in the $20,000 deal that he was describing?

19 A.  If it's papered properly, that deal is not illegal.

20 Q.  And the market program, is that legal?

21 A.  No, that's totally illegal.

22 Q.  So what did you describe to Mr. Page about linking the

23 $20,000 deal and the illegal market program?

24 A.  I made it clear to him that one thing has nothing to do

25 with the other.

TUESDAY, FEBRUARY 12th, 2013

1   Q.  Let's turn to the top of page 12.  You mention Jeff

2   Galpern, or actually Mr. Page mentioned Mr. Galpern and then

3   you sigh, "of course."  Can you explain what you knew about

4   Mr. Galpern at the time?

5           MR. DAY:  Objection to the relevance, Your Honor.

6           MR. DAVIDSON:  Mr. Epstein sighs, answers "of course,

7   yeah."

8           MR. DAY:  It's irrelevant to these issues.

9           THE COURT:  Who's Mr. Galpern?  He's not on trial.

10          MR. DAVIDSON:  He's not on trial, Judge, but the

11  significance here is it goes to state of mind and awareness of

12  the nature of the behavior that they're describing here.

13          MR. DAY:  But not the state of mind of Mr. Epstein.

14  That's -- talking about someone else, it's not -- his state of

15  mind is not relevant.

16          THE COURT:  He can't testify to the state of mind of

17  somebody else, can he?

18          MR. DAVIDSON:  He can testify about the significance

19  of the name Mr. Galpern, given what he was known to have done

20  in the stock community.

21          MR. DAY:  That's irrelevant to these issues.

22          THE COURT:  Well, then, I think you have to lay a

23  foundation for it.  I would sustain the objection as of right

24  now.

25          MR. DAVIDSON:  Okay.

TUESDAY, FEBRUARY 12th, 2013

 1  Q.  Well, do you know an individual, Mr. Epstein, by the name

 2  of Jeff Galpern?

 3  A.  Yes, I do.

 4  Q.  How do you know him?

 5  A.  Jeff Galpern was known in the stock community as a stock

 6  promoter.  My feeling was that he was --

 7         MR. DAY:  Objection, Your Honor, to "his feeling" as

 8  to this other person who's not on trial.  It's irrelevant,

 9  Your Honor.

10         THE COURT:  Well, you know, that's a fine line.  I'm

11  going to overrule the objection.  Because I did ask the

12  government, Counsel, to lay a foundation.  That's what he's

13  trying to do.

14  BY MR. DAVIDSON:

15  Q.  Could you please, Mr. Epstein, tell us what you knew about

16  Mr. Galpern.

17  A.  As I said, Mr. Galpern had a horrible reputation in the

18  industry that I was in, and he was -- any dealings that I had

19  with him in the past, he was totally dishonest, not a very

20  reputable person.  And the last I had heard he was actually --

21  at this point, when this conversation took place, he was on

22  probation.

23         MR. DAY:  Objection, Your Honor, to what he had

24  heard.  That's hearsay.

25         THE COURT:  All right.  I'll sustain the objection.

TUESDAY, FEBRUARY 12th, 2013

1  Jury disregard that phrase.

2          MR. DAVIDSON:  Let's continue.

3      (Audio was played.)

4  BY MR. DAVIDSON:

5  Q.  Let's pause there.  We were on the bottom of page 17 and

6  Mr. Page asked you, "does your guy do bigger deals, you know,

7  dollar stock," and you respond, "as long as he gets paid he'll

8  do any size of deal."  What do you mean by that?

9  A.  The -- what I was trying to pass along was that this

10 phantom broker didn't care about the price of the stock.  All

11 he cared was that as long as the deal was one-for-three, in

12 other words, he got paid the equivalent of one share for every

13 three shares that was bought, he would do any kind of deal.

14 Q.  And it was Mr. Page who was asking for a bigger deal,

15 correct?

16 A.  That's correct.  He had -- yes.

17 Q.  Now, ZIPZ, those four letters stand for -- what's the

18 formulation of those four letters?  What's the significance?

19 A.  That's a stock symbol.  And in the penny stock world, most

20 stocks have a four-letter designation.  And that would be the

21 stock symbol for a particular company.

22 Q.  And we'll continue on the top of page 18.

23     (Audio was played.)

24 BY MR. DAVIDSON:

25 Q.  There are a few terms that you used there.  Let's start

1  off with the term "player."  What did you mean by that term?

2  A.  A "player" is someone who in essence would know and

3  understand the game, and know that he would be paying off a

4  broker to commit this act.  He would be able to find the money

5  or find the stock to pay off the broker.  He would know that

6  he would have to pretty much keep his mouth shut about it

7  because these actions were not legal.

8  Q.  You say the "one-for-three, go along with the

9  one-for-three."  Explain that one more time?

10  A.  That the CEO or some -- an insider, someone within the

11  company would have to pay the broker the equivalent of one

12  share for every three shares that was bought, or one dollar

13  for every three dollars of stock that was bought.

14  Q.  And finally you say that "the person should not screw

15  anybody."  What did you mean by that term?

16  A.  That when it came time for the reconciliation and the way

17  the program was presented is that there would be a

18  reconciliation two weeks after the program started by the

19  broker showing exactly what was bought in the marketplace.

20  And there would be a payoff shortly thereafter, and at the end

21  of the program, which would be four weeks, the final payment

22  would be made.

23       MR. DAVIDSON:  We'll continue on page 18.

24    (Audio was played.)

25       MR. DAVIDSON:  Let's pause it there.

TUESDAY, FEBRUARY 12th, 2013

1  Q.  Mr. Page uses, in the middle of page 19, sort of a

2  notation, 33, 33, 55,000.  Have you heard that type of

3  numbering system before?

4  A.  Yes.  I'm -- in looking at it the way it's written here, I

5  couldn't tell you with absolute certainty what it meant.

6        It appears that 55,000 shares had traded that day,

7  approximately, and the -- he was probably quoting the bid and

8  ask of the stock.

9  Q.  Is 55,000 trades a day a lot?

10  A.  No, in a penny stock, if the stock is, let's say a third

11  of a cent, which that 33 probably is, 55,000 times a third of

12  a cent would -- I would have to compute it in my head, but

13  it's maybe 10 or 15 dollars' worth of stock.

14  Q.  So on one day, there was only 10 or 15 dollars' worth of a

15  company stock being sold, approximately, if that's what these

16  numbers represent?

17  A.  That's correct.  And that goes to liquidity.

18        MR. DAY:  Objection to the speculation.  Talking

19  about one particular sentence and then applying it to the

20  whole company, Judge, that's speculation.

21        THE COURT:  No.  I'll overrule it.

22  BY MR. DAVIDSON:

23  Q.  The other thing that came up earlier, Mr. Page says "it

24  went right to a dollar."  Have you heard the notation of penny

25  stock going to a dollar before, that language?

1   A.   Yes.   It's very common for someone who in that industry,

2   who is looking for financing or pushing financing to say that

3   a stock had gone from a penny to a dollar and then it got

4   knocked down because it was "shorted."   In other words,

5   "shorting" is selling the stock without actually having it.

6            MR. DAVIDSON:   We'll continue on towards the bottom

7   of 19, after Mr. Page says "How I do get paid?"

8        (Audio was played.)

9   BY MR. DAVIDSON:

10   Q.   All right.   We're going to not play all the next few

11   pages, but you also recorded voice messages, correct?

12   A.   That's correct.

13   Q.   So we're going to skip forward through to page 24, and

14   January 27, approximately 5:37 p.m., which is page 24 of

15   Government's Exhibit 1.

16        (Audio was played.)

17   BY MR. DAVIDSON:

18   Q.   Mr. Page didn't know you were recording this call either,

19   is that correct?

20   A.   That's correct.

21        (Audio was played.)

22   BY MR. DAVIDSON:

23   Q.   And OPTZ again, that's the name of a company, correct?

24   A.   That's correct.

25            MR. DAVIDSON:   Let's continue.

TUESDAY, FEBRUARY 12th, 2013

1     (Audio was played.)

2          MR. DAVIDSON:  Let's pause here for a moment.

3   Q.  You say "I'll just take a quick look."  What are you

4   doing?

5   A.  Sitting at my desk, I had multiple computer screens in

6   front of me.  I was able to look up a company, take a look at

7   the price of the stock.  Take a look at any news that came out

8   on the stock.  Take a look to see where the company was

9   located and who the principles and the insiders of the company

10  were.

11  Q.  You also say "well, is he a player?  In other words, will

12  he," who are you talking about, who needs to be a player?

13  A.  The CEO of the company.

14  Q.  Specifically OPTZ?

15  A.  That's correct.

16          MR. DAVIDSON:  Okay.  Let's continue.

17     (Audio was played.)

18  BY MR. DAVIDSON:

19  Q.  All right.  We will turn to Government Exhibit Number 2

20  now.  And while Tim's loading that up, you, on the last page

21  proposed 100, 200, 500.  What did you mean by those three

22  numbers?

23  A.  100,000, 200,000, 500,000 dollars.

24  Q.  And then there was Mr. Page who said I need to generate

25  $500,000.  And then you say "$500,000 worth of buying."  When

TUESDAY, FEBRUARY 12th, 2013

1  you said "$500,000 worth of buying," who did you mean was

2  going to be doing the buying?

3  A.  That would be part of the market program where this

4  phantom broker would go in and buy $500,000 worth of stock in

5  the market.

6          MR. DAVIDSON:  Turn to Government's Exhibit 2.

7      (Audio was played.)

8          MR. DAVIDSON:  Let's pause there.

9  Q.  Have you heard the term "front run a stock"?

10  A.  Yes.

11  Q.  And in your experience, what does that term usually mean?

12  A.  That in essence, it's inside information.  If you know

13  that a stock is going to move, that a press release is going

14  to come out on a stock, if -- to take a hypothetical, you work

15  for Apple and you find out that tomorrow they're coming out

16  with the next best widget, you're going to want to buy the

17  stock today and once the news comes out, probably sell it on

18  that news.

19          So in essence, you want inside information.

20  Q.  Why would somebody want to buy a stock before the stock

21  goes up?

22  A.  To make money on the stock.

23  Q.  Okay.

24          MR. DAVIDSON:  Let's continue.

25      (Audio was played.)

TUESDAY, FEBRUARY 12th, 2013

1   BY MR. DAVIDSON:

2   Q.  Let's walk through a few terms that you use there.  You

3   mentioned "the cost is currency which is paper."  What do you

4   mean by that?

5   A.  That would be stock in the company.

6   Q.  And what did you need the stock in the company for?  Why

7   would they need it?

8   A.  That's the payoff.  If someone doesn't have cash to pay

9   off the broker, they pay him off in stock.

10  Q.  And what ratio is the payoff?

11  A.  One share for every three shares that's bought.

12  Q.  And you mentioned, you know, you don't want somebody to be

13  on the phone with an attorney and asking if it's compliant.

14  What did you mean by that?

15  A.  Because the, more than likely the firm's attorney will

16  tell him that what you're doing is not legal.  It violates

17  S.E.C. regulations and probably a slough of federal laws.

18          MR. DAVIDSON:  Let's continue.

19      (Audio was played.)

20  BY MR. DAVIDSON:

21  Q.  While Tim loads up Government's Exhibit 3, let me show you

22  two pages of Government's Exhibit 25, specifically OPTZ 22 and

23  23.  Can you explain to us what the document with the notation

24  "OPTZ 22" on the bottom right-hand corner is?

25  A.  I don't see the bottom right-hand corner on my screen.

22

1  Q.  Okay.  Well, here's the bottom right-hand corner, it says

2  OPTZ 22?

3  A.  Okay.

4  Q.  And then this is in Government Exhibit Number 25.  Can you

5  just explain what the top portion is?

6  A.  Yes.  It appears that he's sending me his email address

7  and it shows marcseaverpage@gmail.com, addressed to my email

8  address and it's signed with his name and phone number.

9  Q.  What is your email address?

10  A.  Repst69975@aol.com.

11  Q.  And we'll turn to the next page of Government's Exhibit 25

12  which has the notation, on the bottom right-hand corner of

13  "OPTZ 23."  Can you explain what this is?

14  A.  Again this was sent to my email address from

15  marcseaverpage -- oh.  Subject is Kevin, and it's giving me

16  Kevin's phone number, 727-403-0296.

17       MR. DAVIDSON:  Let's turn to Government's Exhibit 3.

18    (Audio was played.)

19  BY MR. DAVIDSON:

20  Q.  When you said "my guy is going to be doing the buying,"

21  who are you talking about?

22  A.  The phantom broker.

23  Q.  And why was that broker going to be doing the buying?

24  A.  He was getting compensated one-for-three for that.

25       MR. DAVIDSON:  Let's continue.

TUESDAY, FEBRUARY 12th, 2013

1      (Audio was played.)

2  BY MR. DAVIDSON:

3  Q.  Had you previously talked to Mr. Brennan, or Mr. Huggins

4  in connection with this buying program?

5  A.  I don't recall.

6  Q.  Okay.  And earlier Mr. Page said "the guys at OPTZ are

7  ready to roll."  If you had a conversation with Brennan and

8  Page in connection with OPTZ, would you have recorded the

9  conversation?

10  A.  Absolutely, yes.

11  Q.  And it was Mr. Page that said "I've done the homework, the

12  guys at OPTZ are ready to roll."  Prior to that did you bring

13  them up to speed on it or was that Mr. Page?

14  A.  I explained it to Page and he would have brought them up

15  to speed.

16  Q.  Okay.

17      MR. DAVIDSON:  Let's continue.

18      (Audio was played.)

19      MR. DAVIDSON:  Let's pause there for a minute.

20  Q.  You say something to the effect of, they call me up, they

21  say fine, I tell them put up an offer at 11 cents, what did

22  you mean by that?

23  A.  That in essence is market manipulation.  A stock trades

24  with two prices.  There's a buying price and there's a selling

25  price, and there's what's called a spread in between those

1  two.  Ten cents to 12 cents.  If you want to sell it, you're

2  selling it at 10 cents.  If you want to buy it, you buy it at

3  12 cents.

4        Now, those prices represent investors that are out

5  there looking to either buy or sell their stock.  You can

6  manipulate that by having someone go in between that bid and

7  ask, say, at 11 cents, and you have a broker then going to the

8  marketplace knowing that there's an 11 cent offer up there

9  that represents a particular individual and buy that stock.

10 Basically that's cheating the person that had stock up there

11 at 12 cents.

12        MR. DAVIDSON:  Let's continue with what's been marked

13 as Call Number 3 on page 6 of Government's Exhibit 5 --

14        THE COURT:  Mr. Davidson.

15        MR. DAVIDSON:  Yes, Your Honor.

16        THE COURT:  Would this be a good time to take a

17 break?

18        MR. DAVIDSON:  I believe it would, Your Honor.

19        THE COURT:  We'll take a 15-minute recess.

20     (Jury withdrew from the courtroom at 10:26 a.m.)

21     (Court recessed at 10:26 a.m., and proceedings continued

22 as follows at 10:46 a.m.:)

23        THE COURT:  Before we get the jury in here, there are

24 a couple of matters.  One was the -- sit down -- one was the

25 subpoena to extract Mr. Epstein's tax records.  You were going

TUESDAY, FEBRUARY 12th, 2013

```
1   to give me some...
2           MR. DAY:  Yes, Your Honor.  Do you want me to give
3   you that now?
4           THE COURT:  Well, I -- you know, he's on -- I don't
5   know how much longer the government's going to have him on the
6   stand.  But at some point, I gather, you're going to
7   cross-examine him.
8           MR. DAY:  Right.  And what I would propose, Your
9   Honor, is, outside the presence of the witness, that we have a
10  discussion about that, and I can proffer to the Court my --
11          THE COURT:  All right.  The second thing is the
12  government's trial memorandum, I'm looking for a response to
13  that.
14          MR. DAY:  Judge, I -- it's hard to respond to things
15  when you're in trial, Your Honor, and I can certainly respond
16  orally if you want that.  However the Court wants to --
17          THE COURT:  Well, we'll do it when Mr. Epstein is not
18  with us.
19          MR. DAY:  All right.
20          THE COURT:  I just wanted to remind the defense that
21  those two things, at some point, have to be resolved.
22          MR. DAY:  I understand that, Your Honor.
23          THE COURT:  Okay.  Are we all set?
24          Bring the jury in.
25      (Jury enters the courtroom at 10:47 a.m.)
```

TUESDAY, FEBRUARY 12th, 2013

```
 1              THE COURT:  I'm planning to break at probably 12:00.
 2   Is that all right?  We'll still be...
 3              All right, be seated, everybody.
 4              Mr. Epstein, you're advised you're still under oath.
 5              THE WITNESS:  Thank you.
 6   BY MR. DAVIDSON:
 7   Q.  Mr. Epstein, did you arrange with Mr. Page to have a
 8   telephone conference with Mr. Brennan?
 9              COURTROOM DEPUTY:  I'm sorry.  We're missing one.
10              THE COURT:  Oh, we're missing a juror?
11              COURTROOM DEPUTY:  Yes, Your Honor.
12              THE COURT:  Oh, my goodness.  We can't go on without
13   a juror.  They're more important than anybody in the room.
14              Have we got all of them?  Thank you.
15              All right, now, Mr. Davidson, you may proceed.
16              MR. DAVIDSON:  Thank you, Your Honor.  I'll re-ask
17   the question.
18   Q.  Mr. Epstein, did you arrange with Mr. Page to have a
19   telephone conference with Mr. Brennan?
20   A.  Yes.
21   Q.  Okay.  So now we're going to fast forward to Call Number 5
22   --
23              MR. DAY:  Objection, Your Honor.  Objection.  The
24   government is skipping from one call to another, and leaving
25   out the context between the calls.
```

TUESDAY, FEBRUARY 12th, 2013

```
 1              THE COURT:  So?
 2              MR. DAY:  I would ask that they play Call Number 2.
 3   When we broke, Call Number 1 was the last thing that the
 4   government had drawn to the jury's attention.  Call Number 2
 5   lays the context for the next call.  I guess the government is
 6   skipping over that and leaving out the context of that.  And I
 7   think, to give the jury the full factual flavor of what the
 8   calls are, that needs to be played.
 9              THE COURT:  I was kind of under the mistaken
10   impression that the government can make their own choices with
11   their exhibits.
12              MR. DAVIDSON:  That's correct.
13              THE COURT:  Was I wrong?
14              MR. DAY:  No, Your Honor, you're correct but, there
15   does need to be a context.  And I think that skipping from one
16   call to another and leaving out important matters --
17              THE COURT:  Maybe Mr. Davidson is trying to help you.
18              Mr. Davidson, what do you want to do?
19              MR. DAVIDSON:  Judge, we were trying to save time.
20   The calls, as the jurors can see, so we'll play them, are just
21   coordination and timing.  But we'll play -- we can play them.
22              We'll go back and play them.  I don't want
23   accusations of hiding anything.  The transcripts are in
24   evidence, the tapes are in evidence.  We just didn't want to
25   have to waste the juror's time.
```

TUESDAY, FEBRUARY 12th, 2013

```
 1              But since Mr. --
 2              MR. DAY:  Call Number 2 is not about timing, Your
 3    Honor.  That's the next one that was up.
 4              THE COURT:  I really don't know why we're doing this.
 5    I mean, I always commend the government if they speed things
 6    up.
 7              MR. DAVIDSON:  Judge, I believe we left off playing
 8    that already.
 9              THE COURT:  Number 2?
10              MR. DAVIDSON:  We did.  And we ended at Number 3.
11    But we can replay Number 2 also.
12              THE COURT:  No, no.  We're not going to replay it.
13    Did we play 2?
14              MR. DAVIDSON:  We did play 2.  And then we stopped at
15    3.  I think we can even have the record reflect that I said
16    we're going to go to Number 3.
17              MR. DAY:  That's correct, Your Honor.  We stopped at
18    2, and we would like to continue with Number 3.  At least
19    that's from the defense perspective.
20              THE COURT:  All right.  Go ahead.
21              MR. DAVIDSON:  We'll play Number 3 and 4.  The -- if
22    Mr. Wright can go back, to avoid any accusations that the
23    government is hiding anything that's in evidence.
24              MR. DAY:  That's not --
25              MR. ALDAZABAL:  Judge, the other thing is that if we
```

TUESDAY, FEBRUARY 12th, 2013

```
 1   would end up playing these, and it would take us a long time
 2   to do that because we would have to reset everything up.  So
 3   actually we're not going to be saving -- we are going to be
 4   saving time by having them play it now, because otherwise,
 5   during our case, we're going to have to get this stuff set up
 6   and we're going to have to do that and it's just going to take
 7   a lot of time, especially since I'm not particularly savvy in
 8   the running of these computerized equipment.
 9          THE COURT:  Yeah, I may not be able to stay alive
10   that long.
11          MR. ALDAZABAL:  Pardon?
12          THE COURT:  Or awake.
13          MR. DAY:  Judge, we're pulling for you.  We are.
14          MR. ALDAZABAL:  In your corner, Judge.
15          THE COURT:  Rather than pull, I'm about to quit.  I'm
16   becoming very frail in attendance, so I'm going to resign.
17          All right, where are we, Mr. Davidson?
18          MR. DAVIDSON:  Judge, we'll play approximately where
19   Call 3 begins, to the best of our ability to track exactly
20   where it begins.
21          THE COURT:  All right.
22      (Audio was played.)
23          MR. DAVIDSON:  Judge, I believe we're on page 6 of
24   Government's Exhibit 6 -- or 5, excuse me.
25      (Audio was played.)
```

TUESDAY, FEBRUARY 12th, 2013

```
 1            MR. DAVIDSON:  If we could pause for a minute.
 2   Q.  Calls 3 and 4 that we were going to skip over, those are
 3   on the same CD as all the other calls, correct, Mr. Epstein?
 4   A.  That's correct.
 5            MR. DAVIDSON:  All right.  Let's continue.
 6       (Audio was played.)
 7   BY MR. DAVIDSON:
 8   Q.  Did you ever meet with Kevin Brennan?  Do you know -- let
 9   me rephrase.
10            Do you know who Mr. Brennan is?
11   A.  I remember speaking with him.  I don't remember if we met.
12   Q.  Okay.
13            MR. DAVIDSON:  Let's continue.
14       (Audio was played.)
15            MR. DAVIDSON:  If you could pause for a second.
16   Q.  Have you heard the term "CEO" before?
17   A.  Yes.
18   Q.  And what does that term mean?
19   A.  Chief executive officer.
20   Q.  What is the role, in general, of a CEO of a company?
21   A.  CEO would be the head decision-maker in a company.
22            MR. DAVIDSON:  Let's continue.
23       (Audio was played.)
24            MR. DAVIDSON:  Would you pause there.
25   Q.  Two areas I want to cover on page 10.  You say
```

TUESDAY, FEBRUARY 12th, 2013

1    "discretionary accounts."  What did you mean by that?

2    A.  A broker who has discretionary accounts, or discretion

3    over an account, in a sense, manages the account for the

4    individual investor.  The investor does not make the decision

5    as to whether or not to buy Apple or General Electric.  The

6    financial adviser, the broker in this case, will say, given

7    the parameters of this account, I feel today is a good time to

8    buy General Electric.

9    Q.  What is a "compliance department"?

10   A.  Compliance department will oversee a broker's office or a

11   broker's firm to make sure that everything that is done within

12   the brokerage firm is, in essence, compliant.  It complies

13   with the regulations of the Securities and Exchange

14   Commission.

15   Q.  Finally, what do you mean when you said that he needs

16   "news coming out so that his ass is covered with the

17   compliance department"?

18   A.  Well, as previously discussed, if this is a penny stock

19   and someone from the compliance department is asking him,

20   comes to him and asks him, well, why did you buy 10,000 or

21   20,000 dollars' worth of this stock for this particular

22   individual?

23          The broker can answer, number one, I have discretion

24   over the account; and number two, well, this company came out

25   with news today, this news seems very plausible and very good,

1   this might be a good investment for this particular client.

2          So in essence, his rear end is covered.

3      (Audio was played.)

4          MR. DAVIDSON:  Let's pause there.

5   Q.  You mentioned "friendlies."  What does that term mean?

6   A.  Friendlies would designate insiders within the company.

7   Friends of the company, perhaps someone that the CEO of the

8   company knows that has stock and wants to sell his stock.

9   Q.  And what are these friendly people going to do?

10  A.  Well, it's -- if they wanted, it could be orchestrated so

11  that in the public marketplace, they could be taken out of

12  their stock.  Their stock would be sold before someone else's.

13  Q.  Is that what's supposed to happen in the market?

14  A.  No.  Markets are supposed to be free trading.  This is

15  just another form of market manipulation.

16  Q.  You also mentioned "literally on the up-and-up."  Were you

17  suggesting that this was legitimate or legal deal, or what did

18  you mean by that?

19  A.  No, I wasn't suggesting that the deal as structured is a

20  legal deal, but that the way that this phantom broker operates

21  is on the-up-and up.

22          In other words, the broker, this phantom broker was

23  not going to screw the company or someone sending him money.

24  That for all practical purposes, there was no up-front money.

25  There was a small good faith deposit of, say, $3,000 on a

1  $300,000 deal.

2        But there would be no hundred thousand or 200,000

3  dollars' worth of stock that would have to be sent to the

4  broker in order for him to initiate this buying program.

5        What would be done is after two weeks, showing trade

6  sheets, the accounts would be reconciled and the broker would

7  get his portion of the money.  The same thing would happen two

8  weeks later at the end of the program.

9  Q.  Let's continue after Mr. Page says "does it get any better

10 than that".

11    (Audio was played.)

12 BY MR. DAVIDSON:

13 Q.  Why did you want to meet him?  What did you mean by "its a

14 requirement that we have a sit-down and talk"?

15 A.  In working with the FBI, one of their instructions to me

16 was to see if a face-to-face meeting could be set up, which

17 was usually done in -- more often than not done in my home

18 where the prospective client was met with.

19 Q.  Also you said something about you've probably said more on

20 the phone, "than I really wanted to."  What do you mean by

21 "saying things on the phone"?

22 A.  Well, that was to enhance the illusion or help create the

23 illusion -- or show the illusion that what we're doing is, is

24 somewhat secretive and have him realize that we shouldn't be

25 talking about these things over the phone.

TUESDAY, FEBRUARY 12th, 2013

1    (Audio was played.)

2         MR. DAVIDSON:  Let's just pause.

3  Q.  Explain to us why the, what's going in the girlfriend's

4  name?

5  A.  The down payment, which would be the stock certificate for

6  $5,000 worth of stock, would go in the girlfriend's name.

7  Q.  And why wasn't it going into the stockbroker's name?

8  A.  Well, it's illegal for a stockbroker to take compensation

9  other than the commission that he makes from the brokerage

10 firm.

11 Q.  And what purpose would it have going to the girlfriend's

12 name instead of the stockbroker's name?

13 A.  Well, that in essence would hide this under-the-table

14 payment that he got.

15        MR. DAVIDSON:  Let's continue.

16   (Audio was played.)

17        MR. DAVIDSON:  If we could just pause for a moment.

18 So we are on page 20 of Government's Exhibit 5.

19 Q.  You mentioned that somebody wasn't comfortable with the

20 deal.  Do you remember what you were talking about?

21 A.  Yes.  He had pitched me another deal, I think it was that

22 symbol that began with Z, and I spoke to someone involved with

23 that company, and that person was not comfortable with the

24 market program buying deal.

25 Q.  And as a result, what happened?

TUESDAY, FEBRUARY 12th, 2013

1    A.  We just never followed through on it.

2    Q.  Okay.  And then after you mentioned how that person wasn't

3    comfortable, Mr. Page talks about another deal, correct?

4    A.  Correct.

5         MR. DAVIDSON:  Okay.  Let's continue.

6         (Audio was played.)

7         MR. DAVIDSON:  Let's pause there for just a minute.

8    Q.  When you said the person who brings you the deal gets 10

9    percent.  Who is that in this scenario?

10   A.  In this particular case, it would be Marc Page.

11   Q.  And what did you mean by "green cash"?

12   A.  As opposed to receiving a check or a fed funds wire, he

13   would get actual cash dollars sent to him by FedEx.

14        (Audio was played.)

15        MR. DAVIDSON:  Let's pause for a moment.

16   Q.  We're pausing in the middle of page 24.  What did you mean

17   if somebody doesn't want to do that, doesn't want to do your

18   kind of deal, that's fine?

19   A.  That basically I had certain terms, and those terms were,

20   in order to do business with me, you had to sit face-to-face

21   with me and I wanted to have a good gut feeling as to whether

22   or not this guy, when it came time to pay up, would pay up.

23   Q.  And what would happen if somebody said, you know what, I

24   don't like your paid buying, I don't want to pay a

25   stockbroker?

TUESDAY, FEBRUARY 12th, 2013

1   A.  I would say that's absolutely fine.  That's your choice,

2   if you're not comfortable with it, that's fine.  And just

3   never speak to the guy again.

4       (Audio was played.)

5           MR. DAVIDSON:  Let's turn to Government's Exhibit 4.

6       (Audio was played.)

7   BY MR. DAVIDSON:

8   Q.  Turning to the middle of page four there, you say "it's

9   manipulating the market to get the price of the stock up,

10  plain and simple."  What did you mean by that?

11  A.  I basically explained to him over the phone that in order

12  to do what he wants, we're manipulating the price of a stock

13  which in essence is illegal.

14  Q.  You also mentioned Juan Gonzalez, that the stock gets

15  buried in Juan Gonzalez's account.  What did you mean by that?

16  A.  That was a reference made to the phantom broker that I had

17  who deals with Latin Americans, and certainly wasn't meant as

18  a slur, but just threw out a name, Juan Gonzalez.

19  Q.  And what was Juan Gonzalez going to be doing?

20  A.  Juan Gonzalez was not going to be doing anything other

21  than six months or a year later seeing that there was some

22  stock put into his discretionary account.

23  Q.  By the stockbroker?

24  A.  Exactly, by the stockbroker.

25  Q.  And just to be clear, why was the stockbroker in this

TUESDAY, FEBRUARY 12th, 2013

1  scenario buying stock for Juan Gonzalez?

2  A.  Because he was getting paid under the table to do it.

3      (Audio was played.)

4          MR. DAVIDSON:  Let's turn to Government's Exhibit 5.

5      (Audio was played.)

6  BY MR. DAVIDSON:

7  Q.  After this call, Mr. Epstein, did you think that the deal

8  was going to go through?

9  A.  No, no, I didn't think I'd ever hear from him again.

10         MR. DAVIDSON:  Okay.  Now let's start on Government's

11 Exhibit 6, and we'll start playing from the beginning.

12     (Audio was played.)

13         MR. DAVIDSON:  Let's pause there.

14 Q.  What's the date of that voice mail?

15 A.  February 22.

16 Q.  Do you remember any conversations either with Mr. Page or

17 Mr. Brennan between the February 3 call which we just played

18 earlier, where it was, the deal didn't go forward, and this

19 February 22 call when Mr. Page reaches out to you?

20 A.  No, I don't.  I don't recall any.

21 Q.  Did you initiate a conversation with Mr. Page or

22 Mr. Brennan that was not recorded to sort of start this up

23 again?

24 A.  No.

25         MR. DAVIDSON:  Let's continue on with the tape.

TUESDAY, FEBRUARY 12th, 2013

```
 1        (Audio was played.)
 2             THE COURT:  All right.  Let's break.
 3             All right, ladies and gentlemen, we're going to break
 4   until 1:30.  You're reminded, once again, to not speak to each
 5   other about the case.  Don't discuss it with anybody in the
 6   building.  Don't make any phone calls to anybody about it.
 7             Have a good lunch.  I'll see you at 1:30.
 8        (Jury withdrew from the courtroom at 11:54 a.m.)
 9        (Court recessed at 11:54 a.m., and proceedings continued
10   as follows at 1:30 p.m.:)
11             THE COURT:  Before we get the jury, Mr. Day, we'll
12   talk about this, the motion to quash.
13             MR. DAY:  Yes, sir.
14             THE COURT:  You want to do it now, or at five to
15   5:00?
16             MR. DAY:  Your Honor, whenever you want to do it is
17   fine with me.
18             THE COURT:  Will that screw up the schedule?
19             MR. DAY:  I would just -- we would just need to have
20   that conference before I cross-examine Mr. Epstein --
21             THE COURT:  Well, then, maybe we better do it right
22   now.
23             MR. DAY:  Okay.
24             THE COURT:  All right.
25             MR. DAY:  Your Honor, what I would say to the Court
```

TUESDAY, FEBRUARY 12th, 2013

```
 1   is that I reviewed what Mr. Epstein provided last night in the
 2   presence of Agent Sputo and in the presence of Mr. Epstein.
 3   What he provided were tax returns from between the years 2006
 4   and 2011.  I requested 2001 to 2011.  Mr. Epstein told me that
 5   "this is what he has."
 6           So what I did, Your Honor, is I went through those
 7   returns, and I want the Court to know I'm not a tax preparer,
 8   I'm not an accountant, and so I don't have a background in tax
 9   -- I mean, I am a taxpayer, so I know that much of it.
10           THE COURT:  Fifty percent of the country's not, so go
11   ahead.
12           MR. DAY:  That's true.  That's a good point.
13           So, Judge, what I did is used my own knowledge, and I
14   compared the tax returns specifically -- well, I looked at all
15   of those, but the year that specifically I was looking at,
16   because I was only provided 2006 through '11, was 2007.
17           And I'll proffer to the Court that in 2007,
18   Mr. Epstein refinanced, it appeared to be a refinance of his
19   home in Parkland.  He refinanced it for a million dollars.
20           In order to get that refinance, he had to submit a
21   loan application, you know, the Uniform Residential Loan
22   Application.  In that loan application, he indicated that his
23   base -- it says "base" -- I think it says "EMP income" -- and
24   I can go and look at the exact verbiage, was, and it's
25   monthly, was $85,000.  I multiplied that out, that would be an
```

TUESDAY, FEBRUARY 12th, 2013

1   income of $996,000 for the tax year 2007.

2            THE COURT:  Slightly more than a federal judge gets.

3            MR. DAY:  And more than a federal defender, Your

4   Honor.  Maybe even both combined.  I don't know.

5            But Your Honor, and I would just proffer to the Court

6   and the government, these are the figures that came off the

7   2007 1040.

8            Wages, that line that talks about wages, tips, I

9   think it's other income, $300,423; taxable interest, 116,771;

10  capital gains, $1,164,979; then it says total income, 846,437.

11           And then there was something referencing a

12  "carryover," $313,888.

13           My view of that, and Your Honor, I could be wrong, I

14  mean, I have to be candid with the Court, is that his income,

15  at least based on what I saw from the Uniform Residential Loan

16  Application --

17           THE COURT:  Did he pay the tax on that income?

18           MR. DAY:  What I'm saying is I don't think -- it

19  appears -- and again, I could be wrong -- that he did not

20  record the correct income.  Seems to me, if he's putting on a

21  loan application --

22           THE COURT:  Okay, that was on the loan application,

23  not on the tax return?

24           MR. DAY:  That's correct.  So what I'm doing, Your

25  Honor, is I'm comparing the statements that he made in the

1  loan application, which he signs and attests -- I don't

2  believe it's a sworn statement, but he signs that, it says --

3  excuse me, I think it's -- it's 83,000.  So I did 83,000 times

4  12.  I came up with 996,000.  That's my multiplication by

5  hand.

6          And I'm looking, and I have the figures that I

7  reported to the Court regarding those that are listed on his

8  1040 for 2007.

9          So it seems to me -- and again, Your Honor, I can't

10 proffer to the Court that that's absolutely a false statement.

11 It seems to me that there's a disparity between the figures,

12 that the income that he has coming in --

13         THE COURT:  Yeah, but you have to understand that

14 taxable income, earned income are two different animals.  And

15 getting a home, refinancing a home, that necessarily doesn't

16 mean that he needs the money.  In a lot of cases it's because

17 of low interest rates and other considerations.

18         So I mean, I've done that on my own house.  So I

19 don't know that you've got much of a case for any fraud there.

20         MR. DAY:  Well, Your Honor, what I would state to the

21 Court is the case that I do have is just what I've laid out to

22 the Court.  And that is on the 1040, 2007, it says wages, I

23 think it's wages, tips and other employment.  And of course I

24 don't have those documents, Your Honor, I was just scribbling

25 on a legal pad because they were returned, and I believe it

TUESDAY, FEBRUARY 12th, 2013

1  was your -- it was your view that you wanted me to be able to

2  make a proffer before those documents were actually given to

3  me.

4          So I reviewed them and I'm writing down figures

5  feverishly to record them.  So I think when I have "wages"

6  here, I think that's "wages, tips, other employment" and

7  that's $300,423.  I could see how someone could then say, well

8  my income also includes my taxable interest and, you know,

9  whatever their other investment may be.  So that's 116,000.

10  Capital gains, I assume was the sale of some type of an asset.

11  And then he has total income, 846,000.

12          And so there's no figure --

13          THE COURT:  Is that on the tax form?

14          MR. DAY:  That's on the 1040.  That's right off the

15  top of -- the front page of the 1040.

16          THE COURT:  So that coincides with the application

17  for the loan.

18          MR. DAY:  Well, no.  My view would be that it

19  doesn't.  Because the application for the loan said income of

20  83,000 monthly.  And if you multiple that by 12, that's

21  996,000.

22          Now I will say as well that the returns that he's

23  filing are joint returns.  So this 1040 is Richard and Leslie

24  Epstein, that's he and his wife.

25          So it's not as if on the loan application --

TUESDAY, FEBRUARY 12th, 2013

```
 1            THE COURT:  Well, what was their reported taxable
 2   income on the 1040?
 3            MR. DAY:  Excuse me?
 4            THE COURT:  What was the taxable income on the 1040?
 5   Was that 800-some thousand dollars.
 6            MR. DAY:  I guess that's -- I have total income.  I
 7   guess that's the 846,437.
 8            THE COURT:  Close.
 9            MR. DAY:  But I just wrote "total income."
10            THE COURT:  But that's within a hundred thousand
11   dollars of the application and the 1040.
12            MR. DAY:  Right.  Difference between that, at least
13   best as I understand.
14            THE COURT:  I don't think that rises to the level of
15   to say that he filed some dishonest tax returns.
16            MR. DAY:  That's the best I can do.  That's the best
17   argument I can make, Your Honor, regarding asking the Court to
18   give me those documents to use.
19            THE COURT:  Government?
20            MR. DAVIDSON:  Judge, I think your analysis is
21   correct.  Mr. Day sort of had a bit of a fishing expedition.
22   He looked through the documents, and the best he can come up
23   with is, if I'm doing the math right, is that Mr. Epstein paid
24   more in taxes and overstated his taxable income to the IRS,
25   but maybe understated his income to the bank when asking to
```

TUESDAY, FEBRUARY 12th, 2013

1   refinance.

2          I think, and maybe numbers are off by a little bit,

3   but that's not really impeachable -- and this is, again, based

4   on Mr. Day's multiple layers of assumption, based on the

5   wife's income, based on what the accountant did.

6          I don't think it rises to the level to allow, A,

7   Mr. Day to receive the documents or even a good faith basis

8   now to impeach Mr. Epstein based on that.

9          And Judge, just to be clear, we've asked Mr. Epstein

10  whether he was honest about his tax returns, he told us he

11  didn't lie to the IRS.  And so Mr. Day is doing his own --

12          THE COURT:  Well, that doesn't mean he didn't.

13          MR. DAVIDSON:  I understand, Judge.  But, in other

14  words, we're coming from the premise that he told us the

15  truth, he didn't engage in tax fraud.  Mr. Day wanted to see

16  the documents to figure out whether that's true.  And there

17  hasn't really been any evidence that he has engaged in tax

18  fraud.

19          MR. DAY:  Your Honor, I --

20          THE COURT:  I don't think -- you don't quite get

21  there, Mr. Day.

22          MR. DAY:  Okay.  That's the best case I can make,

23  Your Honor.

24          THE COURT:  So I'm going to deny the motion to quash.

25          MR. DAY:  Okay.

TUESDAY, FEBRUARY 12th, 2013

1          THE COURT:  Wait a minute, no.  It's the government's

2   motion to...

3          MR. DAY:  Actually, it was Mr. Epstein, it was a

4   nonparty motion that his lawyer filed on his behalf.

5          THE COURT:  That's right.  Right.

6          MR. DAY:  To quash.

7          THE COURT:  Well, from what you've given me, I don't

8   see any reason to bring those records in here.

9          MR. DAY:  Your Honor, did you want --

10         THE COURT:  Did you look other than one year?  Did

11  you look --

12         MR. DAY:  Yeah, I looked through all the years.

13         THE COURT:  And they're all about the same?

14         MR. DAY:  No, there were great differences.  Because

15  in 2010 and 2011 --

16         THE COURT:  No, I mean the income were differences,

17  but as far as, did he pay taxes?

18         MR. DAY:  Yes, there were taxes that were paid, but

19  the incomes are different for all -- I have 2006 --

20         THE COURT:  Well, I think it'd be fair to say that a

21  man like Mr. Epstein would probably have different income

22  every year.

23         MR. DAY:  Yes, every year.

24         THE COURT:  But it wasn't exactly the executive vice

25  president of General Motors.

TUESDAY, FEBRUARY 12th, 2013

```
 1              MR. DAY:  Correct.  That's correct, Your Honor.
 2              THE COURT:  No.  Yeah.
 3              MR. DAY:  Your Honor, did you want to address the
 4    trial memorandum?  I'm prepared to do that, if you'd like.
 5              THE COURT:  Do you want to talk about that, too?
 6              MR. DAY:  That's up to you, Your Honor.  Let me know
 7    --
 8              THE COURT:  Are you going to file something, or you
 9    just want to argue?
10              MR. DAY:  Your Honor, what I would like to do,
11    because I think that -- at least I'm confident in the
12    argument, orally.  However, if you want, after I make it, to
13    then have me file something, I will.
14              THE COURT:  No.  Go ahead.
15              MR. DAY:  Okay.
16              MR. SOTO:  Your Honor, may I address that it's the
17    government's trial brief?
18              THE COURT:  Yes.
19              MR. SOTO:  Your Honor, there's a couple of issues
20    raised in the trial brief, and I'll give the Court a little
21    background.
22              Before I filed the trial brief I engaged in some
23    phone conversations, rather, exchanges of email with Tim Day
24    and Mauricio Aldazabal in order to try to resolve these issues
25    but our scheduling, just, we couldn't match things up which is
```

TUESDAY, FEBRUARY 12th, 2013

1    the reason that I ended up filing the trial brief when I did.

2         I just wanted to put the issue and the law before the

3    Court.  So I understand why Mr. Day couldn't respond and I

4    didn't actually expect him to be able to.

5         So I just wanted to make sure that the Court

6    understood I wasn't trying to put him on the spot.  It was

7    just a matter of scheduling.

8         But with respect to the two issues that I raised, the

9    first is that the government intends to put on a witness from

10   FINRA whose name is Deborah Oremland.  She's on the

11   government's witness list.

12        FINRA is, essentially, a private company, a private

13   entity that oversees broker-dealers.  The broker-dealer

14   industry is self-regulated by this entity called FINRA which

15   is also overseen by the S.E.C.  And so what the FINRA

16   representative, what I'd like to ask her to testify about is a

17   couple of things.

18        First, she put together a chart based upon the sales

19   of OPTZ stock from September of 2009, which is just a few

20   months before the period of the conspiracy in this case,

21   through March of 2010, which is the end date of the conspiracy

22   in this case.

23        Now I've sent the chart, in fact, we sent graphs of

24   the chart and then the final chart and all of the underlying

25   data to defense counsel in this case.  I believe the draft was

TUESDAY, FEBRUARY 12th, 2013

```
 1  sent weeks ago.  The final was sent last week when I first
 2  became involved in this case.
 3          So the first thing I'd like to do is introduce this
 4  summary chart, which is a summary of voluminous transactions
 5  that occurred over a period of six months, in order to help
 6  the jury understand some of the terms and concepts that we've
 7  been talking about:  The price of the stock, the volume
 8  meaning the number of shares traded over a particular day;
 9  some other terms that have been --
10          THE COURT:  I gather this witness is competent to
11  explain all that?
12          MR. SOTO:  She is.  She's a senior trial attorney --
13  not trial attorney -- she's a senior attorney with FINRA and
14  is involved in their investigative arm.  In other words, she
15  investigates market manipulations games as part of her job.
16          THE COURT:  Okay.
17          MR. SOTO:  Specifically in the penny stock market.
18  And so I'd like her to discuss the chart, explain some of the
19  terms and concepts involved in this case, and essentially tell
20  us, tell the jury is, for instance, match trading, is that
21  legal or illegal?  Is it market manipulation?  Is the payment
22  of a broker, the payment of a kickback to a broker in exchange
23  for buying, is that the manipulation of the market or is it --
24          THE COURT:  You'll have to show that -- show that
25  that's what happened, though.
```

TUESDAY, FEBRUARY 12th, 2013

```
 1            MR. SOTO:  I don't -- Your Honor, I had this
 2   conversation with defense counsel.  What I am not going to do
 3   is ask her to look at the trades in this case and provide an
 4   opinion with respect to whether they are legal or illegal.
 5   But what I want her to do is explain concepts, some of which
 6   are already in evidence.
 7            THE COURT:  Right.
 8            MR. SOTO:  Match trading, kickbacks to a broker, and
 9   essentially say, listen, you are an investigator for FINRA,
10   you're an attorney, you work in the securities industry; is
11   that legal or illegal?  And just have her explain it.
12            And to help the jury understand the evidence, which
13   is one of the reasons that you allow lay opinion under 701.
14   The other thing is just to have her explain this chart.
15            The reason I raise it, Your Honor, is that the
16   underlying data is data that comes from Bloomberg.  It's
17   admissible under 803(17), Federal Rule 803(17) --
18            THE COURT:  All right, I've heard enough.
19            How about it, Mr. Day?  Do you guys object to that?
20            MR. DAY:  Your Honor, I'll defer to Mr. Aldazabal on
21   the charts and the --
22            THE COURT:  All right.  Whoever wants to talk.
23            MR. ALDAZABAL:  Judge, I'll address it.  Well, my
24   understanding is, if I understand Mr. Soto correctly, he's not
25   going to use this witness to tie any of this information to
```

TUESDAY, FEBRUARY 12th, 2013

1  the defendants, right?

2       MR. SOTO:  That's correct, Your Honor.  I'm not going

3  to ask her to go over the transactions in this case or the

4  testimony, the evidence in this case and tell us is that legal

5  or illegal.

6       THE COURT:  My understanding is that she's going to,

7  from her experience, is going to explain how these schemes

8  work, correct.

9       MR. SOTO:  She is going to explain what match trading

10 is.  She's going to explain what liquidity means, what volume

11 in a stock means.

12      What it means when a stock has low volume or

13 liquidity and the effect it has on investors.

14      What the penny stock market is and what kind of

15 volume you would expect in the penny stock market.  Whether

16 sending advanced news is something that should or shouldn't be

17 done whether the S.E.C. would allow it or not.

18      I'm not going to ask her to opine on specific things

19 that these defendants did.  That will come in through the

20 witnesses that were involved, percipient witnesses that have

21 factual knowledge, personal knowledge about that.

22      THE COURT:  Yeah.

23      Yes, sir.

24      MR. ALDAZABAL:  So is she going to testify as an

25 expert?  Is that what we're hearing?

TUESDAY, FEBRUARY 12th, 2013

```
1              MR. SOTO:  No.  She will not be testifying as an
2    expert.  She'll be testifying as a lay opinion witness under
3    701.  And I have a couple of cases, Your Honor, that are cited
4    in my motion in which, first, the Eleventh Circuit
5    specifically says that the particularized knowledge of a
6    witness does provide specific or sufficient legal grounds to
7    provide opinions about facts that are in evidence.
8              And the second thing, Your Honor, is I have a case
9    that I cited out of the Eastern District of Pennsylvania in
10   which an S.E.C. attorney testifies about precisely the things
11   that I've laid out here.
12             THE COURT:  All right.
13             MR. SOTO:  Price, volume, match trading.  And the
14   Court allowed it under 701.
15             MR. ALDAZABAL:  If it's kept within those parameters
16   as far as explaining what's on a chart and explaining terms,
17   we would have no objection.  But we just want to make sure it
18   doesn't go anywhere beyond that.
19             In other words, we don't want her to be just one more
20   unqualified -- or unspecified expert coming in as an attorney
21   and saying yeah, well, you know, this is this and this and
22   well, yeah, suggest to the jury, I mean, indirectly that she's
23   giving an opinion.
24             THE COURT:  I think we can handle that.  I know where
25   you're coming from.
```

TUESDAY, FEBRUARY 12th, 2013

```
 1              MR. ALDAZABAL:  Okay.

 2              THE COURT:  But I think the government -- I think

 3  they're okay.

 4              There's one more item on your memo having to do with

 5  specific instances of good conduct?

 6              MR. SOTO:  Yes, Your Honor.  In that --

 7              THE COURT:  Unfortunately for everybody, maybe you

 8  didn't do enough homework, but United States versus Ellisor.

 9              MR. SOTO:  Yes, Your Honor.

10              THE COURT:  Who do you think the district judge was

11  in that trial?

12              MR. DAY:  I'm going to guess.

13              THE COURT:  What?

14              MR. DAY:  I'm going to guess that it was a judge from

15  New York who --

16              THE COURT:  -- comes down here.

17              MR. DAY:  -- comes down here.  From Fargo, North

18  Dakota.  I'm taking a wild guess.

19              MR. SOTO:  So I don't have to describe that case to

20  Your Honor.

21              THE COURT:  You must have a crystal ball, Mr. Day?

22  Yeah, that's my case.

23              MR. SOTO:  Your Honor, can I -- now, you know --

24  obviously you know the case well.  May I analogize it to the

25  facts before the Court in this case?  Or need I even get into
```

TUESDAY, FEBRUARY 12th, 2013

1  that?

2       THE COURT:  Well, I agree with *Ellisor*.  I, of

3  course, was not the -- I was not on the appeals panel, but I

4  did deny information during the trial that he may or may not

5  have done something legitimate.  In my view, he never did

6  anything legitimate.  But he was going to try to explain that

7  he did.

8       MR. SOTO:  And Your Honor, the reason -- the reason I

9  raised it, Your Honor, is that I became involved in this case

10  just a week before it started.  And one thing that came across

11  my desk was an email from Mr. Day with respect to a particular

12  transaction that his client, Mr. Page, was interested at the

13  time -- this is during the events at issue here, had presented

14  to Mr. Epstein as "a deal."

15       And so unlike maybe the defendant in *Ellisor*, I don't

16  -- I don't believe that Mr. Page did nothing but illegitimate

17  deals in his past.  Just as I don't believe that Mr. Brennan

18  was engaged in nothing but illegitimate deals in his past.

19       But that doesn't make those deals, those specific

20  instances of good conduct relevant for our purposes.  And just

21  as you indicated --

22       THE COURT:  Now I -- Mr. Day, I -- this is similar to

23  the *Ellisor* case.  I would rule and say yeah, you cannot bring

24  in evidence of deals that were all right, that were legit for

25  the purpose of litigating what was wrong.

TUESDAY, FEBRUARY 12th, 2013

```
 1              If your client is found guilty by this jury, I would
 2   say that you certainly could bring in that kind of information
 3   at sentencing.  That certainly was, would be appropriate to
 4   mitigate it then.
 5              Ellisor tried that, too.
 6              MR. DAY:  Right.
 7              THE COURT:  And never gave me any proof that he did.
 8              MR. DAY:  Right.  And Your Honor, I'm not -- I don't
 9   know --
10              THE COURT:  About all Mr. Ellisor could do was to
11   explain that he wasn't charged in those.
12              MR. DAY:  Right.
13              THE COURT:  But the pattern was exactly the same.
14              MR. DAY:  Right.  And that's -- that's -- and I don't
15   know exactly what the Court is referring to.  The government
16   hasn't -- if they're talking about the email, I guess that's
17   what Mr. Soto is talking about, that was an email, Your Honor,
18   that referenced a document that was talked about in this
19   particular -- in this particular case.  And we'll hear that.
20   It's coming up.
21              But really more importantly than that, Your Honor,
22   and I will just be very plain.  You've already heard that the
23   reason that Marc Page got involved with Richard Epstein, and
24   you heard my opening statement, and that is that he was
25   contacting him regarding an investment in a company, 11 Good
```

1  Energy.  That actually occurred.  That was the very reason

2  that he contacted Epstein.

3       THE COURT:  Well, but I think you can show that

4  certainly in cross-examination.

5       MR. DAY:  I do, Your Honor.  And we intend, quite

6  frankly --

7       THE COURT:  And I would think probably in response to

8  those kind of questions, Mr. Epstein will probably tell you

9  what happened.

10       MR. DAY:  Right.  And certainly Your Honor, it's not

11  --

12       THE COURT:  Because there's nothing, it won't be to

13  -- I mean, he doesn't help himself if he doesn't do that.

14       MR. DAY:  Right.  And so I do plan on doing that,

15  Your Honor.  And of course that's part and parcel of our

16  defense because it goes to --

17       THE COURT:  Well that you can do.  I'm not objecting

18  that.  I just don't want evidence of other trades that could

19  be, quote, unquote, "legit."

20       MR. DAY:  I gotcha.  And I will tell the Court, I'll

21  proffer this to the Court, that we do anticipate Mr. Page

22  testifying and of course he would then testify that's the

23  reason that he approached Mr. Epstein initially and sent him

24  these emails.

25       THE COURT:  I don't have a problem with that.

TUESDAY, FEBRUARY 12th, 2013

1        MR. DAY:  Okay.  Thank you, Your Honor.

2        MR. SOTO:  Thank you, Your Honor.

3        MR. ALDAZABAL:  Judge, just to be clear, for

4  Mr. Brennan this wasn't an issue because this was basically

5  the only time he was involved in this kind of thing -- well,

6  and Boston, I guess.  There are no other deals that he made in

7  the securities field.

8        MR. SOTO:  Your Honor, I believe *Ellisor* would apply

9  to those as well.  I mean, the fact that he was involved in

10 other legitimate deals, if he wants to present them through

11 his own by opening up the case would be improper under

12 *Ellisor*.

13       Now, if there are things that have been discussed in

14 connection with the recordings that have been entered into

15 evidence in this case, certainly they would be appropriate for

16 cross-examination.

17       But I do -- I believe *Ellisor* would apply to other

18 good instances of conduct that Mr. Brennan would want to put

19 in equally.

20       THE COURT:  Absolutely.

21       MR. SOTO:  Thank you, Your Honor.

22       THE COURT:  Yeah.

23       Okay.  Get can we get the jury now?

24       MR. DAY:  Yes, Your Honor.

25  (Jury enters the courtroom at 1:55 p.m.)

TUESDAY, FEBRUARY 12th, 2013

```
 1              THE COURT:  All right.  You may proceed.
 2              MR. DAVIDSON:  Thank you, Your Honor.
 3              THE COURT:  Mr. Epstein, you're advised you are still
 4    under oath.
 5              THE WITNESS:  Yes, sir.
 6              MR. DAVIDSON:  Returning to Government Exhibit Number
 7    7.
 8         (Audio was played.)
 9              MR. DAVIDSON:  Let's pause there.
10    Q.  What is an "S-8"?
11    A.  An S-8 is a Securities and Exchange regulatory filing that
12    allows a company to issue stock in lieu of cash.  So that if
13    an employee needs to get paid, they can be paid in stock as
14    opposed to in cash.
15    Q.  What does a "consultant" usually do for a company?
16    A.  By nature it consults.  It will give opinions on whether
17    an acquisition might be good or bad.  It might -- consultant
18    might work on any number of things, whether it's helping out
19    with the books or hiring people or helping with financing.
20    It's -- you know, "consultant" can have a wide range.
21    Q.  Who was going to receive the S-8 stock as described in
22    this conversation?
23    A.  This would be the phantom broker's girlfriend.
24    Q.  For her consulting?
25    A.  She -- as it made clear, I said that she is not going to
```

TUESDAY, FEBRUARY 12th, 2013

58

1  do any work for you.

2  Q.  And then Mr. Page says "they always want something for the

3  record," what do you understand him to mean?

4       MR. DAY:  Objection, Your Honor, again.  This witness

5  cannot testify about the state of mind of Mr. Page.

6       MR. DAVIDSON:  That's not what I asked him, Judge.  I

7  asked him what he understood it to mean, not what Mr. Page --

8       MR. DAY:  Oh, I'm sorry, Your Honor.  I withdraw the

9  objection.

10  BY MR. DAVIDSON:

11  Q.  Mr. Epstein, when Mr. Page said they always want something

12  for the record, what did you understand that to mean?

13  A.  Well, as a public company, they need a paper trail for

14  issuing stock.  So they'll issue it as an S-8, and come up

15  with a false consulting agreement for someone basically that's

16  not going to do any work for them.

17       MR. DAVIDSON:  Let's turn to Government's Exhibit

18  Number 8, and we're going to jump ahead to about the 3-minute

19  mark in that Exhibit Number 8.  I think it's on page 4.

20       We'll start at the top of page 4 where it says "phone

21  ringing" three times.

22    (Audio was played.)

23       MR. DAVIDSON:  Let's skip forward.

24  Q.  But again, this conversation, you didn't disclose to Mr.

25  Brennan or Mr. Page that it was being recorded, correct?

TUESDAY, FEBRUARY 12th, 2013

1   A.  That's correct.

2         MR. DAVIDSON:  Let's turn to Government Exhibit

3   Number 12.

4         And for this one, Judge, we'll ask that the

5   prosecutor's computer be hooked up because there's a video.

6         Judge, we'll publish Government's Exhibit 13.

7         Judge, to clarify, 12A is the transcript that we will

8   be looking at.  The actual exhibit that we're producing is 13.

9      (Video was played.)

10  BY MR. DAVIDSON:

11  Q.  The jury's seen portions of a video that's sideways.  Can

12  you explain what's going on in this video?  How this video is

13  being acquired?

14  A.  The -- aside from the voice monitoring device that I was

15  set up with from the FBI, I had a miniature camera that the

16  FBI gave me in what looked like a day planner.  And I carried

17  that, and I would carry that on my side, so it appears that at

18  this point the camera was tilted on its side.

19     (Video was played.)

20         THE COURT:  Is it upside down?

21         MR. DAVIDSON:  The recording is sideways.

22     (Video was played.)

23  BY MR. DAVIDSON:

24  Q.  As far as you are aware, was Mr. Brennan aware that you

25  were recording him at this time?

TUESDAY, FEBRUARY 12th, 2013

1  A.  No, he wasn't.

2      (Video was played.)

3  BY MR. DAVIDSON:

4  Q.  A couple of terms to cover there.  A "reporting company,"

5  what is that?

6  A.  In the penny stock world, there are basically two kinds of

7  companies, public companies.  One is a non-reporting company.

8  The other is a reporting company.  A non-reporting company has

9  very little credibility.  A reporting company has more

10  credibility.

11      By reporting, that means they file quarterly and

12  annual reports according to Securities and Exchange Commission

13  filings.  By doing that in essence the companies are more

14  transparent so the investing public should be able to see

15  what's going on with the finances of the company.

16  Q.  And which type of company did Mr. Brennan say his company

17  was during that conversation?

18  A.  A reporting company.

19  Q.  The other thing that Mr. Brennan mentioned was that he's a

20  CPA by trade.  Do you know what a "CPA" is?

21  A.  Certified public accountant.

22  Q.  What does that mean?

23  A.  Well, he had obviously gone to school to become an

24  accountant and he has passed an exam, I guess similar to what

25  other professionals would be to become certified.  It's a

TUESDAY, FEBRUARY 12th, 2013

1  higher level, I guess.

2          MR. DAVIDSON:  Let's continue.

3      (Video was played.)

4  BY MR. DAVIDSON:

5  Q.  How far away were you, Mr. Epstein, from Mr. Brennan while

6  you two were seated?

7  A.  It was literally across a cocktail table.  It was a very

8  small table.

9  Q.  And where was this?

10  A.  I'm sorry, can you repeat that?

11  Q.  I'm sorry.  Where was this?

12  A.  At the Sheraton Cyprus Creek Hotel.

13          MR. DAVIDSON:  We'll continue with the tape.

14      (Video was played.)

15          MR. DAVIDSON:  Can we pause here.

16  Q.  You say "he," referring to the stockbroker as exceedingly

17  legitimate.  What do you mean by the stockbroker is

18  legitimate?

19  A.  He's legitimate in his dealings with the person who's

20  going to be paying him the hundred thousand dollars in that

21  example, worth of stock, under the table.

22          MR. DAVIDSON:  Let's continue.

23      (Video was played.)

24  BY MR. DAVIDSON:

25  Q.  Why did the stockbroker's girlfriend needed to get paid?

TUESDAY, FEBRUARY 12th, 2013

1  A.  Again, what he's doing is illegal.  He cannot get paid for

2  pushing a stock up, so his compensation which is under the

3  table compensation, is going to go to his girlfriend who will

4  eventually funnel it to him.

5       MR. DAVIDSON:  We'll continue on the middle of page

6  14.

7     (Video was played.)

8  BY MR. DAVIDSON:

9  Q.  What do you mean by "coordinated effort" on page 15?

10 A.  It means that the deal is manipulated.  That the -- in

11 that case, the person who legitimately has put stock up for

12 sale at 3 cents, is very quickly going to be bypassed because

13 we know that someone is going to come in and buy stock at two

14 and three quarters since the insider seller or CEO has that

15 stock up at two and three quarter cents and the phantom broker

16 goes in and buys out that stock at two and three quarters

17 cents.

18 Q.  You also mentioned the term "gypsy swap."  What does that

19 mean?

20 A.  That is something that the S.E.C. frowns upon and for all

21 practical purposes, to the best of my knowledge it's illegal.

22 And that's when someone who has stock in a company, an insider

23 has stock in a company, sells their stock in the company, and

24 then immediately puts that money back into the company in

25 order to get more stock from that company.

63

1          MR. DAVIDSON:  Let's continue.

2      (Video was played.)

3  BY MR. DAVIDSON:

4  Q.  What did you mean when you said you have to be

5  comfortable, actually "110 percent comfortable with this

6  deal."  What deal are you talking about?

7  A.  The buying program, the pay-for-play program.  The

8  three-for-one buying program.

9  Q.  You also mentioned "someone with a wing-tipped shoe and a

10 cheap loose suit."  Who were you referring to?

11 A.  That's slang that was used for someone in the FBI.

12 Q.  Let's continue -- and the "FBI" being law enforcement,

13 correct?

14 A.  That's correct.

15          MR. DAVIDSON:  Let's continue.

16      (Video was played.)

17 BY MR. DAVIDSON:

18 Q.  You mentioned "short" and "shorted."  What does it mean to

19 "short" a stock?

20 A.  Technically it means that you're selling a stock that you

21 do not own.  It is legal and it goes on in the world of larger

22 cap stocks.

23 Q.  What happens when you, generally, if a large amount of

24 people short a stock or sell a stock?

25 A.  The price of the stock will go down.

TUESDAY, FEBRUARY 12th, 2013

64

1   Q.   And when people buy a stock, what happens?

2   A.   The converse, the stock should go up.

3       (Video was played.)

4   BY MR. DAVIDSON:

5   Q.   Mr. Brennan said "this is the solution for our problem."

6   What did you understand him to be talking about?

7   A.   One of two things.  Either he needed the price of his

8   stock increased, or he needed cash.

9   Q.   And what did you understand the "solution" to be?

10  A.   The buying program, going in and buying three shares of

11  stock and him compensating the phantom broker with one share.

12          MR. DAVIDSON:  Let's continue.

13      (Video was played.)

14  BY MR. DAVIDSON:

15  Q.   Earlier there was a conversation about the price being 20

16  cents and moving to 50 cents.  What did you understand would

17  cause the stock price to rise from 20 cents to 50 cents?

18  A.   It's -- it kind of becomes law of supply and demand.  If

19  there's someone going in, more people going in, buying the

20  stock, then the price of the stock will appreciate.

21  Realistically, no one has a crystal ball, can know what that

22  price is going to end up being.

23  Q.   Who is going to be the person buying the stock in this

24  scenario?

25  A.   The phantom broker.

TUESDAY, FEBRUARY 12th, 2013

1  Q.  And just, again, who is the compliance guy, that term is

2  used?

3  A.  Compliance person is hired by a brokerage firm to make

4  sure that everything that is done in the firm is according to,

5  Securities and Exchange Commission regulations.

6  Q.  And again, what did you mean by "my guy's ass is covered"?

7  A.  So in a case like this he obviously is not complying with,

8  Securities and Exchange Commission regulations, so his out is

9  going to be that well, there was a press release, this company

10  looks good.  And it's going into his discretionary accounts

11  and that's why I'm buying the stock.

12         MR. DAVIDSON:  Let's continue on page 18 where

13  Mr. Brennan says we have "tons of news."

14     (Video was played.)

15  BY MR. DAVIDSON:

16  Q.  Now you're talking about Mondays and Fridays and, news.

17  What were you describing there?  What did you mean about

18  getting a copy of the news?

19  A.  That before the news was issued to the public and made

20  public, the broker, I would have a copy of it, and the broker

21  would have a copy of it prior to the public seeing it.

22  Q.  What could happen if you had news that may be issued a day

23  or two before that news was actually issued to the public?

24  A.  Well, that would be considered insider trading.  You're

25  aware of material, events in a company that are going to occur

TUESDAY, FEBRUARY 12th, 2013

 1 | before the general public does, therefore, you have a huge
 2 | advantage in buying the stock over someone else.
 3 | Q.  And I think earlier you used the example, the iPhone.
 4 | Let's say Apple was going to come up with a press release
 5 | tomorrow that the iPhone 8 is great, or something like that.
 6 | If you had that information ahead of schedule, what could you
 7 | do with that information?
 8 | A.  If I had that information ahead of schedule, I could
 9 | utilize that information, go into the market and buy as many
10 | shares as I could possibly afford because more than likely the
11 | price of the stock, once the news comes out, will appreciate
12 | greatly and then I'm entitled to a huge amount of profit.
13 |         MR. DAVIDSON:  Let's continue.
14 |     (Video was played.)
15 | BY MR. DAVIDSON:
16 | Q.  You mentioned the S.E.C.  What did you mean by that?
17 | A.  The S.E.C. is the Securities and Exchange Commission,
18 | which oversees the trading of all publicly traded stocks in
19 | the United States.
20 |         MR. DAVIDSON:  Let's continue.
21 |     (Video was played.)
22 | BY MR. DAVIDSON:
23 | Q.  Just to be clear, when you were saying "it's not what's
24 | allowed," what were you referring to?
25 | A.  The S.E.C., Securities and Exchange Commission

TUESDAY, FEBRUARY 12th, 2013

1  regulations.

2  Q.  The S.E.C. does not allow what deal to move forward?

3  A.  The S.E.C. does not allow what they would term as a

4  pay-for-play deal whereby someone is getting compensated for

5  buying a company's stock.

6          MR. DAVIDSON:  Let's continue.

7      (Video was played.)

8  BY MR. DAVIDSON:

9  Q.  You mentioned Madoff, who were you referring to?

10 A.  Bernie Madoff who ran, I believe the biggest Ponzi scheme

11 that this country has ever seen.

12 Q.  By doing securities fraud?

13 A.  That's correct.

14 Q.  Okay.  And Mr. Brennan said there's nobody going to jail

15 for that.  And this was earlier he referenced the housing

16 nightmare.  What did you understand him to be talking about?

17 A.  That the government really is not taking care of the

18 bigger issues and really, why should they care about what a

19 small guy like me does?

20          MR. DAVIDSON:  Let's continue.

21      (Video was played.)

22 BY MR. DAVIDSON:

23 Q.  Ultimately, did you go out and show him your Ferrari?

24 A.  Yes, I did.

25 Q.  Let's turn now to Government's Exhibit -- and the tape

TUESDAY, FEBRUARY 12th, 2013

```
 1   continues, and you talk about the Ferrari, correct?

 2   A.  That's correct, we spent some time outside.

 3   Q.  Let's turn to Government's Exhibit 11, Tape 8 --

 4            THE COURT:  Whoa, whoa.

 5            MR. DAVIDSON:  I'm sorry?

 6            MR. ALDAZABAL:  Can we play the final two minutes of

 7   the tape when he goes for the ride in the Ferrari?

 8            MR. DAVIDSON:  They can do that during their case,

 9   Your Honor.

10            MR. ALDAZABAL:  Okay.  They'll set it up and play for

11   it during our case, on cross-examination, actually.

12            MR. DAVIDSON:  That's fine, Judge.

13            MR. SOTO:  Your Honor, if I may, if they want to open

14   up their case and put on specific evidence, they can do that.

15   We're happy to assist them in any way possible.  But they

16   certainly shouldn't be dictating to us what it is that we put

17   on during our own case-in-chief.  That would be a bit

18   irregular.

19            MR. ALDAZABAL:  We're not dictating, we're asking.

20            THE COURT:  Well --

21            MR. ALDAZABAL:  If they don't want to do it, then we

22   can do it.

23            THE COURT:  -- trying to understand, you want them to

24   repeat what you just heard?

25            MR. ALDAZABAL:  No, Judge.  This tape goes on
```

TUESDAY, FEBRUARY 12th, 2013

69

1    further, about two more minutes, when Mr. Epstein takes

2    Mr. Brennan for a ride in the Ferrari.  They're stopping now.

3    I just want to make sure, during cross-examination, if they

4    don't want to do it now, we're going to cue it all up again

5    and we're going to start where we left here, and play it

6    again.

7              THE COURT:  That's fine.

8              MR. ALDAZABAL:  Okay.

9              THE COURT:  All right.  I gather, Mr. Davidson, you'd

10   like to proceed?

11             MR. DAVIDSON:  That's correct, Your Honor.  I don't

12   see -- I would not like to play that portion of the video

13   right now.  We'd like to turn to Government's Exhibit 11.

14             THE COURT:  You're not in the car business.

15             MR. DAVIDSON:  Correct, Judge.

16             If I may have one moment, Your Honor.

17             THE COURT:  You know, I tell you what, why don't we

18   take a break.  Is that all right with you?

19             MR. DAVIDSON:  Yes, Your Honor.  Thank you.

20             THE COURT:  We'll take a 15-minute recess.

21             MR. DAVIDSON:  Thank you, Your Honor.

22        (Jury withdrew from the courtroom at 2:54 p.m.)

23        (Court recessed at 2:54 p.m., and proceedings continued as

24   follows at 3:15 p.m.:)

25             THE COURT:  Who wants to talk?

TUESDAY, FEBRUARY 12th, 2013

1    MR. ALDAZABAL:  Most respectfully, Your Honor,

2    usually we have judges instruct the witness that while he's

3    testifying he shouldn't be talking to anybody, including

4    agents, prosecutors, or anybody else.

5    I would ask Your Honor to instruct this witness,

6    because there was some discussion as to whether he was able to

7    talk about his future testimony with members of the

8    prosecution.  I just wanted to make Your Honor -- give the

9    instruction.

10    THE COURT:  Mr. Epstein, don't talk to anybody about

11    anything.

12    THE WITNESS:  I have not and I will not, sir.

13    THE COURT:  You're as prepared as you're going to be.

14    THE WITNESS:  Agreed.  Thank you.

15    THE COURT:  Don't overdo it.

16    THE WITNESS:  Yes, Your Honor.

17    MR. ALDAZABAL:  Your Honor, there's a second matter.

18    It appears that now the government has decided they are in the

19    Ferrari car business, and it's my understanding that they

20    wanted to --

21    THE COURT:  You know you can't drive the Ferrari in

22    here.

23    MR. ALDAZABAL:  No, Your Honor, but the issue is the

24    following --

25    THE COURT:  Unless you want to give it to me.

TUESDAY, FEBRUARY 12th, 2013

1           MR. ALDAZABAL:  And I'll just -- it wasn't a

2    discussion with Mr. Davidson, but with the other prosecutor

3    that they wanted to read the parts -- or Mr. Epstein to read

4    parts of the transcript without playing the accompanying

5    video.

6           And I referred to the Court that I would object to

7    that because of the best evidence rule.  The transcripts are

8    an aid for the jury to interpret what's on the audio and the

9    video.  It is not the best evidence.

10          THE COURT:  I agree.  What's the problem?

11          MR. DAVIDSON:  Judge, we were going to ask

12   Mr. Epstein whether he conversed with Mr. Brennan on the last

13   two minutes about the stock deal that, you know, anything of

14   that sort.  They talked about the car.  And that was going to

15   be the question.

16          Mr. Epstein's memory of the meeting is just as good

17   as evidence as the video recording.  So that was going to be

18   the question we were going to ask.

19          THE COURT:  Why can't we have both?  Isn't it the

20   same?

21          MR. DAVIDSON:  Judge, we would be playing two minutes

22   of tape or I can ask one question.  We were trying to speed

23   things along.

24          MR. ALDAZABAL:  Well that wasn't my understanding.

25   My understanding from speaking to Mr. Soto was that he was

1  going to read from the actual transcripts of the video.  And

2  that's what I'm objecting to because that's not the best

3  evidence.  The best evidence is what's on the video, what the

4  jury can hear.

5         The transcript is only to help the jury understand

6  that.

7         THE COURT:  All right, which is it?

8         MR. SOTO:  Judge, I think I can clarify.  We're not

9  going to ask him to read portions of the transcript.  I think

10  maybe I wasn't clear in my description of what we wanted to do

11  to Mr. Aldazabal.

12        There are two minutes of the tape that apparently

13  defense counsel thinks are important enough that he's going to

14  try to -- he wants to introduce them during cross-examination.

15  We don't have a problem with that.  What we would like to do,

16  however, is ask before we move on to the next tape, the

17  witness a few questions about what happened during that

18  two-minute period.

19        THE COURT:  That's all right.

20        MR. SOTO:  That's all that we want to do.

21        THE COURT:  Yeah, that's all right.

22        MR. ALDAZABAL:  The questions aren't related to the

23  transcript, that's fine, Your Honor.  That's not the

24  discussion we had.

25        MR. SOTO:  It's not that they will be unrelated.

TUESDAY, FEBRUARY 12th, 2013

1   What I was trying to communicate to the defense counsel is if

2   he can't remember what happened because it happened a year

3   ago, he can refer to the transcript to refresh his

4   recollection.  I suggested that he do that before we come back

5   in so as not to waste the jury's time.  Defense counsel said,

6   no, I want him to that on the stand, if that's what you want

7   to do.  Fine, we'll do it on the stand.

8            MR. ALDAZABAL:  Both of those things would be

9   inappropriate according to the law.  He would not be able to

10  refresh his recollection because he's already on the stand and

11  to have the prosecutor point to him, this is what you said or

12  not or didn't say would be inappropriate.

13           The second part of it would also be inappropriate.

14           THE COURT:  No, no, no.  Hold it, hold it.  This is

15  becoming a federal case.

16           Just simply ask him questions and he can respond to

17  the best of his memory.  Otherwise --

18           MR. SOTO:  That's all we want to do.  Thank you.

19           THE COURT:  All right.  Get the jury.

20           COURT SECURITY OFFICER:  Yes, sir.

21      (Jury enters the courtroom at 3:20 p.m.)

22           THE COURT:  All right, you may proceed.

23  Mr. Davidson.

24           MR. DAVIDSON:  Thank you, Your Honor.

25  Q.  Mr. Epstein, at the meeting --

TUESDAY, FEBRUARY 12th, 2013

```
 1            COURTROOM DEPUTY:  I'm sorry, we're missing one --

 2   I'm sorry, she went down so I thought the chair was empty.

 3   Excuse me.  Sorry.

 4   BY MR. DAVIDSON:

 5   Q.  At the end of the meeting with Mr. Brennan --

 6            THE COURT:  This is not a joke thing here.  This is

 7   serious business.

 8            MR. DAVIDSON:  Understood, Your Honor.

 9   Q.  Mr. Epstein, at the end of the meeting with Mr. Brennan,

10   you had mentioned a Ferrari.  Do you remember what happened

11   after you got up from the table?

12   A.  To the best of my recollection, Mr. Brennan wanted to see

13   my car.  We went out into the parking lot.  I started the car.

14   I do not believe that I gave him a ride in the car and to the

15   best of my recollection, there was no business discussed other

16   than talking about cars.  Just two guys talking about cars.

17   Q.  Now we'll turn to Government's Exhibit 11.

18      (Audio was played.)

19            MR. DAVIDSON:  Special Agent Wright, hold up Exhibit

20   14.

21   Q.  You say on the bottom of page 5 -- at the top of page 5,

22   "All right, we have a deal."

23            What deal are you referring to?

24   A.  The market deal as explained.  The three-for-one.  He was

25   looking for $500,000 worth of buying being done over a
```

TUESDAY, FEBRUARY 12th, 2013

1  four-week period of time and he was going to pay one share for

2  every three shares that were bought.

3          MR. DAVIDSON:  Let's turn to Exhibit 14.

4      (Video was played.)

5  BY MR. DAVIDSON:

6  Q.  You said that "The buying should bring the stock up to 50

7  cents."  What did you mean by that?

8  A.  That Kevin had said that he thinks that this kind of

9  buying should bring the stock up to 50 cents.  That the value

10 of the stock, the price of the stock should go from where it

11 was, which I believe was 20 cents, up to 50 cents.

12         MR. DAVIDSON:  Let's continue.

13         (Video was played.)

14 BY MR. DAVIDSON:

15 Q.  Whose cut were you referring to being $16,000?

16 A.  Marc Page.

17         MR. DAVIDSON:  Let's continue.

18     (Video was played.)

19 BY MR. DAVIDSON:

20 Q.  What do you mean there when you said that "the guy's

21 comfortable that somebody's getting taken care of"?

22 A.  I was making sure that he knew that in order to get this

23 kind of deal done, someone was getting paid off.

24 Q.  And earlier Mr. Page said something to the effect of "I'm

25 working the gentleman to be a player and understand what's

TUESDAY, FEBRUARY 12th, 2013

1  going on."  What did you understand Mr. Page to mean when he

2  said "working the gentleman to be a player"?

3            MR. DAY:  Objection, Your Honor.  The same thing of

4  him giving his understanding of what Mr. Page meant and what

5  was in his state of mind.

6            MR. DAVIDSON:  That's not what I asked, Your Honor.

7            THE COURT:  No, I'm going to overrule the objection.

8  BY MR. DAVIDSON:

9  Q.  What did you understand those words to mean?

10  A.  That he explained the deal, the buying program,

11  three-for-one deal to his person, so that his person

12  understood that the -- that someone was going to get paid for

13  doing his buying.

14  Q.  I'm going to show you Government's Exhibit 25, a page

15  marked OPTZ 26.

16            It says 26 on the bottom.

17  A.  Yes.

18  Q.  Can you explain what this is to the members of the jury?

19  A.  Yes.  This is an email that I sent to Kevin Brennan at the

20  email address that he had given me.  I sent it on March 5th of

21  2010, requesting that he make out a stock certificate, which

22  would have been for the down payment as we had discussed, for

23  $5,000 worth of stock, which would have translated into 25,000

24  shares to Daniela Cardenas along with her Social Security

25  number.

TUESDAY, FEBRUARY 12th, 2013

1  Q.  And who again was Daniela Cardenas supposed to be?

2  A.  That was supposed to be the phantom broker's girlfriend.

3  Q.  Turning to the same Exhibit 25 with the marking OPTZ 27 on

4  the bottom right.  What was Mr. Brennan's response to you?

5  A.  He responded on March 5th, at 2:30 p.m., saying that he

6  was on it.  My take on that was that he'd been taking care of

7  it, and thanking me for getting this together.

8  Q.  Turning to OPTZ 24 in Government's Exhibit 25, can you

9  explain what this is?

10  A.  This is an email that I sent from my email address to

11  Marc's -- Marc Seaver Page on March 5, 2010 at 12:50 p.m.

12  stating that I -- that I'm going to send him a $1,000 advance

13  commission for OPTZ, which was Kevin Brennan's company,

14  telling him that the buying program would begin on March 15.

15        I requested that he email me his address and the name

16  to whom the check should be made out to.

17  Q.  So when you use the word "make the advance out today" what

18  were you referring to?

19  A.  That would be an advance on his intended commission that

20  we had discussed, which would have been about $16,000.

21  Q.  I'm showing you OPTZ 25, and I'm going to try to put both

22  of them on the overhead for the members of the jury.  Can you

23  explain what the bottom portion here, which is number 25, is?

24  A.  Sure.  That came from Marc Page, sent to me, that same

25  day, March 5.  This was sent at 6:56 p.m.  Apparently he gave

TUESDAY, FEBRUARY 12th, 2013

1  me his mailing address in California, and who to make the

2  check out to.  The $1,000 check.

3  Q.  Who did you understand that person to be?

4  A.  He said it was his wife.

5  Q.  And I'm going to show you what's been previously marked as

6  Government's Exhibit 26, which I'm showing to defense counsel

7  now.

8          May I approach the witness, Your Honor?

9          THE COURT:  Yeah.

10 BY MR. DAVIDSON:

11 Q.  Can you explain what Government's Exhibit 26 is?

12 A.  This is an account -- this is a check for $1,000 made out

13 from an account that I had set up, made out to Debby Baker.

14 The reference on the bottom states "M. Page on account

15 commission."

16 Q.  Is there anything besides the check on Government's

17 Exhibit 26?

18 A.  Yes, there is.  There is FedEx tracking information

19 showing that -- giving the tracking number, Debby Baker and

20 her address, phone number, and the shipping date, which was

21 March 8 of 2010.

22          MR. DAVIDSON:  Your Honor, we seek the introduction

23 of Government's Exhibit 26 and then to publish.

24          MR. DAY:  No objection, Your Honor.

25          THE COURT:  All right.  Government's Exhibit 26 is

TUESDAY, FEBRUARY 12th, 2013

1   admitted.

2        (Government's Exhibit 26 admitted into evidence.)

3   BY MR. DAVIDSON:

4   Q.   Look at the top part of the Government's Exhibit 26.   What

5   do you recall about this check?

6   A.   I certainly recall making it out, and to the best of my

7   recollection, this was a fairly new bank account that I had

8   set up with SunTrust.

9   Q.   What was the purpose of sending this $1,000 check?

10  A.   It was commission in advance for his anticipated $16,000

11  commission.

12  Q.   On the bottom we see some Federal Express information.

13  How did you get this what appears to be a tracking invoice or

14  information?

15  A.   Just going to the Federal Express website.  I have a

16  Federal Express account, typing in the -- the receiver's

17  information and a label gets printed out.

18        MR. DAVIDSON:  Continuing to Government's Exhibit 17.

19     (Audio was played.)

20        MR. DAVIDSON:  All right.  We will cut that out a

21  little early and turn to Government's Exhibit 15.

22        Just continue on to the next call.

23     (Audio was played.)

24  BY MR. DAVIDSON:

25  Q.   What do you understand Mr. Page to be talking about when

TUESDAY, FEBRUARY 12th, 2013

1  he said "fantastic"?

2          MR. DAY:  Same objection, Your Honor.

3          THE COURT:  I'll overrule it.

4          MR. DAY:  He's asking him what Mr. Page -- it's

5  another way to ask him what Mr. Page is thinking and he can't

6  possibly know.

7          THE COURT:  No, no.  He's just asking what his

8  interpretation of it was.  And that's all.  I'll overrule the

9  objection.

10 BY MR. DAVIDSON:

11 Q.  Mr. Epstein, what did you understand the term "oh,

12 fantastic" that Mr. Page is referring to?

13 A.  I believe that he's just very glad that this deal is going

14 to go through and all is lined up and he will get the balance

15 of his commission once this is all done.

16         MR. DAVIDSON:  Tim, if we can cue up Government's

17 Exhibit 18, we're going to turn to that in a second.  But I

18 want to show you Government's Exhibit 25, page OPTZ 31.

19 Q.  Here is the document in Government's Exhibit 25, on the

20 bottom notation it says OPTZ 31.  And starting from the

21 bottom, working your way to the top, can you explain what's

22 going on on March 10, at 6:00 a.m., and then what happens

23 about 12:40?

24 A.  It appears that at 6:00 a.m. on March 10, I wrote using my

25 email address to Marc, "please confirm that you have received

TUESDAY, FEBRUARY 12th, 2013

1    the check" which would have been the $1,000 check that I sent

2    him.

3    Q.  And then what's the response that you received on March 10

4    at 12:40?

5    A.  It looks like that same day, six or seven hours later,

6    he's confirming that he did receive the check and he's

7    thanking me for it.

8    Q.  Let's turn to Government's Exhibit 18.  And while that's

9    loading, who did you understand Mr. Don Huggins to be?

10   A.  Don Huggins was someone that I was told was involved with

11   the company, with OPTZ, I believe is -- are the symbols.  He

12   was a major shareholder, but not an officer or director.

13          MR. DAVIDSON:  All right, let's start playing.

14      (Audio was played.)

15   BY MR. DAVIDSON:

16   Q.  What do you understand Mr. Huggins to be referring to when

17   he said "this wasn't your first rodeo either and it certainly

18   isn't mine"?

19   A.  I believe it's an expression where he's just trying to

20   show that he's experienced in this kind of thing and has done

21   this kind of thing before.

22   Q.  Who do you understand Mr. Huggins to be referring to when

23   he said "Kevin"?

24   A.  Kevin Brennan.

25          MR. DAVIDSON:  And if Tim could fast-forward us to

TUESDAY, FEBRUARY 12th, 2013

82

1  call number 4, which is on page 11.

2     (Audio was played.)

3  BY MR. DAVIDSON:

4  Q.  What did you understand Mr. Huggins to be talking about

5  when he said, "do you want to start something tomorrow"?  What

6  was that "something"?

7  A.  The coordinated buying program.  The three-for-one

8  program.

9  Q.  And then Mr. Huggins said, "because Kevin wants it to

10 happen four days ago."  What did you understand Mr. Huggins to

11 be talking about there?

12 A.  That Kevin is in a rush to get this started and start to

13 generate money.

14     MR. DAVIDSON:  Let's continue.

15     (Audio was played.)

16     MR. DAVIDSON:  We'll continue on the fifth call

17 there.

18     (Audio was played.)

19 BY MR. DAVIDSON:

20 Q.  Mr. Huggins mentioned "I'm going to bring in a little

21 buying and lift the market."  What do you understand "bringing

22 in a little buying and lift the market," to mean?

23 A.  That's manipulating the stock market, raising the price of

24 the stock.

25     MR. DAVIDSON:  If we can continue on.

TUESDAY, FEBRUARY 12th, 2013

1      (Audio was played.)

2    BY MR. DAVIDSON:

3    Q.  All right.  There are a few terms there.  What do you

4    understand Mr. Huggins to mean by the "platforms"?

5    A.  Those are the trading platforms, or the -- when you have

6    on your computer where you can see where a stock is traded at,

7    if you're dealing with a legitimate stock, like a General

8    Electric or an Apple, no matter what platform you go on,

9    whether it's through an Ameritrade or E-Trade or Smith Barney

10   or whomever, you're going to see the same pricing.

11         When you're dealing in the penny stock market,

12   because there's so little transparency and there is so much

13   confusion, you can look at three or four different platforms

14   and see three or four different prices.

15   Q.  Another term that we've heard I think on the last call is

16   "if you want to get out of anything."  What does it mean to

17   "get out" of a stock?

18   A.  If he wanted to sell any of his own stock, I could have

19   that arranged by having a fixed trade set up.

20   Q.  What did you -- did you have other calls with Mr. Huggins

21   where you coordinated the timing of buying and selling of

22   stock subsequent to this one?

23   A.  I -- I'm really not sure.

24   Q.  But turning to the last portion that we just covered here,

25   Mr. Huggins said, "it's no wonder the average person doesn't

TUESDAY, FEBRUARY 12th, 2013

```
 1  know what they're doing."
 2           What did you understand him to be talking about?
 3  A.  Because of the lack of transparency and the confusion in
 4  the marketplace when you're dealing in penny stocks, the
 5  average investor probably has a much better chance in Las
 6  Vegas.
 7  Q.  And you responded, "They don't have a chance in hell."
 8  What do you mean about -- who are you talking about that
 9  doesn't have a chance in hell?
10  A.  The average investor.
11  Q.  I want to turn to Government's Exhibit 25, specifically
12  OPTZ 32.  And there's 32 on bottom there.
13  A.  Yes.
14  Q.  Can you explain, first, starting from the bottom, what the
15  bottom portion or the bottom section of this email relates to?
16  Who is it coming from, who is it to?
17  A.  It appears to be from Kevin Brennan to Don Huggins.  It
18  was sent March 15, 2010.
19  Q.  And when was it forwarded to you?
20  A.  On March 16, 2010, 3:35 in the afternoon.
21  Q.  By what email address?
22  A.  From Don Huggins.
23  Q.  Okay.  And were there attachments to that email?
24  Specifically turning to OPTZ 32 on the bottom and continuing
25  on for several pages?
```

TUESDAY, FEBRUARY 12th, 2013

1   A.   Yes, there were.

2   Q.   What did you understand these to be?

3   A.   Well, the abbreviation that he used, "PR," would be press

4   releases.   So these would have been intended press releases.

5   Q.   And did you understand that these press releases that you

6   had received by email, had they already been issued, or were

7   they advance press releases?

8   A.   These were advance press releases.

9   Q.   Turning to OPTZ 39, Government's Exhibit 25.   Can you

10   explain what this email is?

11   A.   This is a communication I made on March 18, 2010, 8:58

12   a.m. from myself to Kevin Brennan, telling him that my

13   associate -- would have been my broker friend -- did

14   approximately $5,000 worth of buying yesterday.

15   Q.   And then it says "I coordinated it with Huggins."   What do

16   you mean by "coordinating with Don Huggins"?

17   A.   That I had spoken with Don Huggins.   And this would have

18   implied that Don Huggins wanted to get out of some stock.

19   Reading on, that he had put up some offers and that my broker

20   associate took him out of those offers.

21        In other words, they were directed trades.

22   Q.   So Mr. Huggins sold his stock and the stockbroker

23   purchased those?

24   A.   That's correct.

25   Q.   And turning to OPTZ 40, turning to the top portion, what

TUESDAY, FEBRUARY 12th, 2013

1  was Mr. Brennan's response to your email where you explain the

2  coordinated buying?

3  A.  He asked me to call him any time other than around 10:30.

4  Q.  Turning to OPTZ 41, can you explain who sent and received

5  this email?

6  A.  This was an email that I sent from my email address on

7  March 18, 2010, at 9:04 a.m.  It was sent to Marc Page,

8  informing him that my associate -- who would have been the

9  phantom broker -- purchased about $5,000 worth of stock for

10  his discretionary accounts the previous day, which would have

11  been Wednesday, taking Don Huggins out of some of his stock.

12  Q.  What do you mean by "taking Don Huggins out of stock?"

13  A.  Directing trades as Don Huggins had asked for.

14  Q.  Turning to OPTZ 42 in Government's Exhibit 25, can you

15  please explain what Mr. Page's response to your email was?

16  A.  Again, this was done on March 18, 4:48 p.m.  Marc Page

17  replied to me, thanking me for the information that I gave

18  him.

19  Q.  With the exclamation point?

20  A.  That's correct.

21       MR. DAVIDSON:  Let's turn to Government's Exhibit 21.

22    (Audio was played.)

23       MR. DAVIDSON:  Let's turn to Government's Exhibit 22.

24    (Audio was played.)

25  BY MR. DAVIDSON:

TUESDAY, FEBRUARY 12th, 2013

1  Q.  The first portion of that call Mr. Brennan said "he said

2  you had some problems this morning."  What did you understand

3  Mr. Brennan to be talking about there?

4  A.  Apparently he knew of the phone call that I had made with

5  Don Huggins that the phantom broker could not do any more

6  trading in his stock.

7  Q.  And what was the reason why this stockbroker could no

8  longer trade?

9  A.  Well, the story that we came up with, that the FBI came up

10  with was that the broker was fired as a result of him

11  attempting to manipulate another stock, this XTMM.

12        MR. DAVIDSON:  Your Honor, I've spoken with defense

13  counsel and I think we can move into evidence without

14  objection Government's Exhibit 27, an indictment; 28, a plea

15  agreement; 29, a letter from the government to the Court; 30,

16  the sentencing transcript; 31, an SEC charging document and

17  32, a final judgment between the SEC and Mr. Epstein and the

18  defendant.

19        THE COURT:  This all relates to Mr. Epstein?

20        MR. DAVIDSON:  That's correct, Your Honor.

21        THE COURT:  Mr. Day?

22        MR. DAY:  No objection, Your Honor.

23        MR. ALDAZABAL:  No objection, Your Honor.

24        THE COURT:  All right, they are admitted.

25    (Government's Exhibits 27 through 32 admitted into

TUESDAY, FEBRUARY 12th, 2013

1  evidence.)

2         MR. DAVIDSON:  Thank you.  May I publish to the jury,

3  Your Honor?

4         THE COURT:  You sure can.

5  BY MR. DAVIDSON:

6  Q.  Mr. Epstein, you were charged in the Eastern District of

7  Pennsylvania in an indictment, correct?

8  A.  Yes.

9  Q.  And who was your co-defendant in that case?

10  A.  Alex Kanakaris.

11  Q.  Yesterday we mentioned Swedish Vegas, but can you explain

12  to the members of this jury generally what you did in

13  connection with Swedish Vegas?

14  A.  Sometime in 2006, Alex Kanakaris came to me looking for

15  funding to start up a new company and, in essence, he wanted

16  to buy what's called a "shell."  That's a trading entity,

17  publicly traded entity and reverse merge.  In other words, put

18  a new company into this public entity.

19         This happened in 2006 and I gave him, to the best of

20  my recollection, maybe $110,000, $125,000 to do this.

21         As time went on, he wasn't very successful in doing

22  this.  Eventually in 2008 he was able to get a trading shell

23  and reverse this company, Swedish Vegas, into this trading

24  shell.

25  Q.  What happened in 2008?

TUESDAY, FEBRUARY 12th, 2013

1   A.   In 2008, the stock began to trade.  It was the worst

2   possible time, actually, because it was the beginning of the

3   economic downturn that we all experienced, including the stock

4   market going down.  So even in those -- at that time penny

5   stocks suffered also.

6          Alex had alluded to me that the only way we could get

7   some, quote, "eyeballs," on the stock, which would mean some

8   interest in the stock, would be to hire a public relations

9   company.  At the outset, I said that would be fine if email

10  blasts or letters were sent to qualified investors to look at

11  this stock, which at the time would have been perfectly legal.

12         He needed additional funds to hire this public

13  relations company, which at the time he told me $15,000, which

14  I was going to send him.

15         He then asked me to send the money directly to the

16  public relations company.  There was a huge, huge error in

17  judgment, also illegal, that myself as a shareholder was

18  sending money to a public relations company, even if they were

19  going to do something legal -- it -- it was an illegal action

20  on my part.

21         Compounding that, once the public relations company

22  did not do anything and did not judiciously use this 15,000, I

23  complained to Alex Kanakaris.  He subsequently put me on the

24  phone with the public relations company.  Unbeknownst to me,

25  these calls were taped.  The public relations company was

TUESDAY, FEBRUARY 12th, 2013

1  being run by a confidential informant for the FBI and I said
2  some pretty stupid things on the phone.
3          And basically what it came down to was that the
4  confidential informant said, "well, what you're looking to do
5  is -- means I have to pay some brokers."  Out of my
6  frustration I said, "Well, just do whatever you have to do."
7          Frustration or not, it was totally illegal, and six
8  months later, at 6:00 in the morning, the FBI came to my door
9  and I was arrested.
10  Q.  All right.  Well, let's walk through the specific
11  allegations similar to what you described a second ago.
12          Your scheme involved agreeing to engage in
13  manipulative and deceptive securities transactions to increase
14  the price of Swedish Vegas, correct?
15  A.  That's correct.
16  Q.  And you orchestrated the trading activity in connection
17  with press releases and secretly bribing an individual to have
18  that stockbroker or whoever it was in that case buy and hold
19  Swedish Vegas stock; is that what happened?
20  A.  That is correct.
21  Q.  The -- you had -- or your co-defendant had conversations
22  with Eduardo Rodriguez.  Did you know that Eduardo Rodriguez
23  was secretly cooperating with the government?
24  A.  Absolutely not, no.
25  Q.  And did you know that your phone calls with Mr. Rodriguez

1  were being recorded?

2  A.  No, I did not.

3  Q.  The indictment specifically alleges, on page 5, that on

4  June 17, you spoke to Rodriguez on the telephone and that you

5  provided the kickback money and wanted buying done

6  immediately.  Is that something that you had done, spoken to

7  Mr. Rodriguez?

8  A.  Yes.

9  Q.  You also spoke to Mr. Rodriguez, the confidential -- or

10 you spoke to a confidential source who was also cooperating

11 with the government on June 30, 2008, is that correct?

12 A.  That's correct.

13 Q.  And this is what you were charged with doing:  Conspiracy,

14 Title 18, United States Code, Section 371, and also securities

15 fraud?

16 A.  That's correct.

17 Q.  Okay.  After you were charged, you agreed to plead guilty,

18 correct?

19 A.  That's correct, yes.

20 Q.  And you signed a plea agreement, correct?

21 A.  Correct.

22 Q.  You agreed to plead guilty to Counts 1 and 2, which

23 charged you with conspiracy to commit securities fraud and

24 securities fraud, correct?

25 A.  That's correct.

TUESDAY, FEBRUARY 12th, 2013

```
1   Q.  You agreed to pay a fine, and you also agreed, on page 2,

2   to provide truthful and complete, accurate information and

3   testimony, is that correct?

4   A.  That's correct.

5   Q.  You agreed that you will not falsely implicate any person

6   or entity, and you would not protect any person, is that

7   correct?

8   A.  Yes.

9   Q.  You agreed that you would testify truthfully in any grand

10  jury hearing or trial when called to do so by the government,

11  is that correct?

12  A.  That's correct.

13  Q.  As to Paragraph G on page 3, you agreed to cooperate with

14  the government, federal or any other law enforcement agency,

15  is that correct?

16  A.  Yes.

17  Q.  As to Paragraph J on page 4, you could not commit any

18  additional crimes after the date of the agreement, you

19  understood that, correct?

20  A.  Yes.

21  Q.  Now, you were hoping, in signing this plea agreement and

22  cooperating, that your sentence would be reduced, is that

23  correct?

24  A.  That's correct.

25  Q.  So you agreed to cooperate and work with the FBI?
```

TUESDAY, FEBRUARY 12th, 2013

```
 1  A.  Yes.

 2  Q.  Turning to page 5, Paragraph 6 of the plea agreement, it

 3  says that "the government in its sole discretion determines

 4  that the defendant has fulfilled his obligations of

 5  cooperation.  The government will make the nature and the

 6  extent of the defendant's cooperation known to the Court," and

 7  it goes through discussions of 5K1.1.

 8          What did you understand to be the government's

 9  promises to you about a guaranteed sentence reduction?

10  A.  There was -- there was no guaranteed sentence reduction.

11  Q.  You understood what the maximum penalties for the offenses

12  were, is that correct?

13  A.  Yes.

14  Q.  And the plea agreement makes other promises and

15  recommendations to the Court, is that correct?

16  A.  Yes.

17  Q.  Turning to page 11, do you recognize the signature, the

18  top left signature here?

19  A.  That's my signature.

20  Q.  And do you recognize the signature below yours?

21  A.  Yes.

22  Q.  Whose signature is that?

23  A.  There are two signatures, there is Jon Sale, who is an

24  attorney in Miami, and Eric Sitarchuk, an attorney in

25  Philadelphia.
```

TUESDAY, FEBRUARY 12th, 2013

1    Q.   Whose attorneys are those?

2    A.   My attorneys.

3    Q.   Do you recognize the names Derek Cohen or Louis Lappen?

4    A.   Yes, they were AUSAs in Philadelphia.

5    Q.   And by AUSA, you mean federal prosecutor?

6    A.   That's correct.

7    Q.   And they were handling this case, your case?

8    A.   Yes.

9    Q.   Turning to Government's Exhibit 29, after you cooperated

10   in September of 2011, the government wrote a letter to the

11   Court.  Is that your understanding?

12   A.   Yes.

13   Q.   What did that letter do?  Specifically turning to the sort

14   of middle of the portion, "the government's motion for

15   downward departure from guideline sentencing range."

16         What did you understand the government to tell the

17   Court in this document?

18   A.   My understanding is that that is a 5K letter, which is

19   something I was -- I worked for and was hoping for, was that

20   as a result of my cooperation with the government over what

21   amounted to about a two-year period of time, may be even

22   longer, that the sentencing guidelines, that the -- that the

23   federal sentencing guidelines, that their recommendation was

24   that they be lowered in my case.

25   Q.   The letter, the motion on page 2 specifically talks about

TUESDAY, FEBRUARY 12th, 2013

1  the defendant's otherwise outstanding cooperation was

2  "diminished."

3         Let's start with the first person.  What was your

4  outstanding cooperation?  What did you do?

5  A.  For a period of, I believe in excess of two years, I

6  worked under the direction of the FBI.  Made well in excess of

7  a thousand phone calls; met with probably in excess of 40

8  potential other defendants; was able to have 30 indictments

9  against various other people, including one defendant who had

10 decided to form his own country and his own currency.

11        And various people within the FBI pretty much had

12 said to me that my cooperation was outstanding and they really

13 had never seen anything like it.

14 Q.  The cooperation that you just described was at the

15 direction of the FBI, correct?

16 A.  It was always under the direction of the FBI.  Basically

17 for two years I had the FBI living in my house.

18 Q.  Not physically, but present?

19 A.  There every day.

20 Q.  But your outstanding cooperation was diminished because

21 you continued trading in penny stocks in direct contravention

22 of the direction you received from federal law enforcement.

23        Tell us what happened.

24 A.  I had agreed with -- with the handlers, if you will, from

25 the FBI that I had -- that after a period of time I would stop

TUESDAY, FEBRUARY 12th, 2013

1 trading in penny stocks.

2            During my probation, I was not banned by the

3 government in my -- in my bond to stop trading in penny

4 stocks.  But the verbal agreement that we came up with was

5 that after a period of time, I would stop.

6            Well, I didn't.  And it was an absolutely horrific

7 error in judgment.  I'm not going to make excuses for it.  It

8 was wrong.  I let down the people I was working for within the

9 FBI who put a huge amount of trust in me, and I let down my

10 family.

11 Q.  When you were confronted about the trading that you

12 weren't supposed to be doing per your agreement, what did you

13 initially say?

14 A.  My initial reaction was a lie.  I told them I wasn't doing

15 it.

16 Q.  And then what happened?

17 A.  Literally a few minutes afterwards one of the FBI agents

18 came with the proof, and I said you're right.  I lied.

19 Q.  Now you understood that the government made this slipup,

20 these lies aware to the Court in this document, correct?

21 A.  That's correct, yes.

22 Q.  Who ultimately decided your sentence?

23 A.  The judge in Philadelphia.  Federal judge.

24 Q.  And I'm showing you what's been previously introduced as

25 Government's Exhibit 30, the sentencing transcript.  Were you

TUESDAY, FEBRUARY 12th, 2013

1  present for your sentencing, with your attorneys?

2  A.  Yes, I was.

3  Q.  And the prosecutor was there?

4  A.  Yes, he was.

5  Q.  Turning to page 52, there is a discussion with the Court

6  in the transcript.  "The government received information that

7  the defendant was in fact trading in penny stocks and agent

8  Spoudo" -- spelled S-P-O-U-D-O, misspelled there --

9  "confronted him directly about it.  He said I received this

10 information.  Are you doing it?  The defendant said, No.

11 Agent Spoudo, excellent FBI agent said, Are you sure?  He said

12 I'm not doing it.  And the agent said, You better talk to your

13 lawyer, call me back.  At which time the conversation ended.

14        "The defendant called his lawyer and shortly

15 thereafter he did call Agent Spoudo and said, I screwed up, I

16 had lied to you.  I was in fact dealing in penny stock.  And

17 the defendant provided Agent Spoudo with detailed information

18 about three penny stock deals that he had become substantially

19 involved with while he was a cooperator."

20        Do you remember that at the sentencing that the judge

21 was made aware of your slipup verbally, in addition to the

22 writing we saw earlier?

23 A.  Yes.  The judge was fully aware of it.

24 Q.  Now, you are also aware that the government wanted you to

25 go to jail, is that correct?

TUESDAY, FEBRUARY 12th, 2013

1  A.  Yes.

2  Q.  And so turning -- let's start off with page 59.

3  Mr. Lappen was who again?

4  A.  Mr. Lappen was the prosecutor.

5  Q.  And Mr. Lappen speaks for a while, but he told the Court

6  on page 63, "the sentence that we recommend is one that

7  represents a four-level downward departure and from the 27-

8  to 33-month range, down to 15 to 21 months."

9       You understand that the government wanted you to go

10  to jail for over a year, correct?

11  A.  That's correct, yes.

12  Q.  And that's what the government asked the Court, please do

13  that?

14  A.  Yes.

15  Q.  Is that what the Court did?

16  A.  No.

17  Q.  What did the Court sentence you to?

18  A.  I received six months of house arrest, five years

19  probation, and a $250,000 fine, which I paid the government.

20  Q.  Why do you think that the judge gave you such a low

21  sentence?

22       MR. DAY:  Objection to the speculation, Your Honor,

23  as to what the judge was thinking.  He can't possibly testify

24  to that.

25       MR. DAVIDSON:  As to his understanding of the

TUESDAY, FEBRUARY 12th, 2013

1  proceedings, as to why he received the sentence he received.

2          THE COURT:  He was there, he can tell us what

3  happened.

4          MR. DAY:  And he can give his "view," the question

5  was.

6          MR. DAVIDSON:  I'm sorry, Judge, it was hard to hear

7  your ruling.  Can he answer, or not?

8          THE COURT:  He can answer.

9  BY MR. DAVIDSON:

10  Q.  What did you understand the reason to be for your low

11  sentence?

12  A.  The judge made a number of references.  One certainly was

13  as a result of my family being there.  The other, believe it

14  or not, was the testimony there of a Catholic priest -- I'm

15  Jewish.  But I had spent a lot of time working for this priest

16  in a soup kitchen that he ran.  And I still do.

17          And then he referenced the amount of cooperation that

18  I gave the government and the 30 indictments that came about

19  as such.

20  Q.  That was the criminal proceeding.  There were also other

21  proceedings that you were involved in as a result of your

22  misconduct, correct?

23  A.  That's correct.  The SEC, Securities and Exchange

24  Commission, in essence tagged along with the federal

25  proceeding.

TUESDAY, FEBRUARY 12th, 2013

1   Q.  All right.  Let's start off with Government's Exhibit 31.

2   It's a 2003 filing in connection -- it's a final judgment

3   relating to Richard Epstein and Alliance Equities.  Can you

4   please briefly describe what you did in connection with --

5   eConnect and Alliance Equities?

6   A.  Certainly.  In 2001, I funded a company, one of the

7   companies that I funded was a company by the name of eConnect.

8   EConnect was a penny stock.  If memory serves me was trading

9   about 50 cents.  Over a period of time it went up to about $3.

10  And I was a major stockholder.  I had a lot of stock.

11       At some point -- and again, I believe it was in 2001,

12  press releases came out from the company, from eConnect,

13  stating that they were getting $20 million in financing to

14  improve their E cash machine.  And that was at the point that

15  the stock ran from the 50 cent level to $3.

16       The stock was subsequently halted.  My trading

17  account, my brokerage account was frozen.  The money that I

18  had in there.  And this indictment came down -- I'm sorry, I'm

19  not sure if the word "indictment" is correct.  But this

20  process came down where the SEC charged me with being involved

21  in false and misleading press releases with regards to

22  eConnect.

23       Now I was a shareholder.  Albeit a major shareholder,

24  I had absolutely nothing whatsoever to do with the press

25  releases.  I was as surprised as the next person when the

TUESDAY, FEBRUARY 12th, 2013

1  press releases came about.  I certainly took advantage of the

2  dramatic price increase and sold an awful lot of stock and

3  quite frankly made a whole lot of money doing it.

4  Q.  And you agreed in the judgment to give up certain amounts

5  of money, correct?  Specifically on page 3?

6  A.  That's correct.  In total, I paid the government about

7  $675,000, but it was not for the allegations -- it was not for

8  what was alleged in the original complaint.  It was a

9  settlement with the SEC where they determined that I did not

10  file certain regulatory forms stating the amount of holdings

11  that I had in that particular company.

12       So the fine had nothing to do with the original

13  allegation of false and misleading press releases.  And quite

14  frankly, with the government it was a lot easier to settle it

15  for that amount of money than to continue and it was settled

16  without admitting or denying guilt.

17  Q.  As to the Swedish Vegas case, there was also an SEC or

18  Securities and Exchange Commission proceeding, correct?

19  A.  That's correct.

20  Q.  And there was a final judgment there where you admitted to

21  engaging in certain misconduct, correct?

22  A.  That's correct.

23  Q.  And as a result of that, ultimately the judge agreed no

24  civil penalties shall be imposed upon the defendant in this

25  civil action, is that correct?

TUESDAY, FEBRUARY 12th, 2013

102

1    A.   That's correct.

2    Q.   And that was signed by the U.S. district judge in

3    Philadelphia, correct?

4           Or at least you're aware that it was signed by a

5    district court judge?

6           MR. DAVIDSON:  Your Honor, may I have one moment?

7           THE COURT:  You know we're going to -- as you know,

8    we have got the juror that has to leave.  Are we okay if we go

9    longer?

10          What do you think?

11          You would like to leave?

12          THE JUROR:  Yeah.

13          MR. DAVIDSON:  I just wanted to confer with counsel.

14   I might be finished, but I want to make sure I'm not missing

15   anything.  So it might be a good time for break anyway.

16          THE COURT:  Shall we break now?

17          MR. DAVIDSON:  I propose that, Judge.

18          THE COURT:  The government has a crystal ball.ladies

19   and gentlemen of the jury, we are going to recess until 9:00

20   tomorrow morning.

21          The Court advises you not to discuss the case among

22   yourself, don't discuss it with anyone.  Get home tonight and

23   see friends and family.

24          Don't discuss the case.

25          Have a good night's sleep.  Have a glass of wine

TUESDAY, FEBRUARY 12th, 2013

1    before dinner and we will see you at 9:00 tomorrow morning.

2            We're in recess.

3        (Jury withdrew from the courtroom at 4:49 p.m.)

4            THE COURT:  The lawyers can stay here for just a

5    moment.

6            You guys can sit down.

7            MR. DAVIDSON:  Judge, is Mr. Epstein free to go for

8    the day?

9            THE COURT:  He is indeed.

10           I wanted to inquire about how we're going.  I'm not

11   sure whether we are moving slowly, fast.  I guess I have to

12   ask the government; you're putting on the case.

13           MR. DAVIDSON:  Judge, it's actually going according

14   to plan.

15           I thought we would be about at this point, maybe a

16   little bit that they would have already had a chance to

17   cross-examination Mr. Epstein but I still think we could be

18   done on by the end of Thursday, with the government's case.

19           THE COURT:  Okay.  So I would guess that we may have

20   at least one day next week.

21           MR. DAVIDSON:  I think that's possible, Judge.

22           THE COURT:  Yeah.  I thought so from the beginning.

23           Okay.  We are in recess.  You guys can go home.  See

24   you tomorrow morning.

25           MR. ALDAZABAL:  Thank you, Your Honor.

TUESDAY, FEBRUARY 12th, 2013

```
 1          MR. DAY:  Thank you.

 2          MR. DAVIDSON:  Good night, Judge.

 3      (Proceedings were adjourned at 4:51 p.m.)

 4                        * * *

 5          I certify that the foregoing is a correct transcript

 6  from the record of proceedings in the above matter.

 7

 8  Date:  September 2, 2013

 9

10          s/ JUDITH M. WOLFF, CERTIFIED REALTIME REPORTER
            Signature of Court Reporter
11

12                        * * *

13                    INDEX TO WITNESSES

14  NAME                    D     C     RD     RC

15  Richard Epstein (Cont'd)    8

16

17

18

19

20

21

22

23

24

25
```

TUESDAY, FEBRUARY 12th, 2013

## $

**$1,000 [5]**  77/12 78/2 78/12 79/9 81/1
**$1,164,979 [1]**  40/10
**$110,000 [1]**  88/20
**$125,000 [1]**  88/20
**$15,000 [1]**  89/13
**$16,000 [3]**  75/15 77/20 79/10
**$20 [1]**  100/13
**$20,000 [6]**  12/8 12/8 12/9 12/11 12/18 12/23
**$250,000 [1]**  98/19
**$3 [2]**  100/9 100/15
**$3,000 [1]**  32/25
**$300,000 [1]**  33/1
**$300,423 [2]**  40/9 42/7
**$313,888 [1]**  40/12
**$5,000 [4]**  34/6 76/23 85/14 86/9
**$500,000 [5]**  19/25 19/25 20/1 20/4 74/25
**$675,000 [1]**  101/7
**$85,000 [1]**  39/25
**$996,000 [1]**  40/1

## '

**'11 [1]**  39/16

## 0

**0296 [1]**  22/16

## 1

**10 [10]**  1/1 1/10 17/13 17/14 24/2 30/25 35/8 80/22 80/24 81/3
**10,000 [1]**  31/20
**100 [1]**  19/21
**100,000 [1]**  19/23
**1040 [9]**  40/7 41/8 41/22 42/14 42/15 42/23 43/2 43/4 43/11
**10:26 [2]**  24/20 24/21
**10:30 [1]**  86/3
**10:46 [1]**  24/22
**10:47 [1]**  25/25
**11 [13]**  1/11 11/22 11/25 12/4 23/21 24/7 24/8 54/25 68/3 69/13 74/17 82/1 93/17
**110 [1]**  63/5
**1100 [1]**  1/20
**116,000 [1]**  42/9
**116,771 [1]**  40/9
**11:54 [2]**  38/8 38/9
**12 [8]**  1/4 13/1 24/1 24/3 24/11 41/4 42/20 59/3
**12-CR-60064-RWG [1]**  1/2
**121 [1]**  1/7
**12:00 [1]**  26/1
**12:40 [2]**  80/23 81/4
**12:50 [1]**  77/11
**12A [1]**  59/1
**13 [2]**  59/6 59/8
**14 [3]**  62/6 74/20 75/3
**15 [7]**  17/13 17/14 62/9 77/14 79/21 84/18 98/8
**15,000 [1]**  89/22
**15-minute [2]**  24/19 69/20
**16 [1]**  84/20
**17 [5]**  15/5 49/17 49/17 79/18 91/4
**18 [9]**  15/22 16/23 65/12 80/17 81/8 85/11 86/7 86/16 91/14
**19 [2]**  17/1 18/7
**1:30 [3]**  38/4 38/7 38/10

**1:55 [1]**  56/25

## 2

**20 [5]**  12/4 34/18 64/15 64/17 75/11
**20,000 [1]**  31/21
**200 [1]**  19/21
**200,000 [2]**  19/23 33/2
**2001 [3]**  39/4 100/6 100/11
**2003 [1]**  100/2
**2006 [5]**  39/3 39/16 45/19 88/14 88/19
**2007 [6]**  39/16 39/17 40/1 40/7 41/8 41/22
**2008 [4]**  88/22 88/25 89/1 91/11
**2009 [1]**  47/19
**2010 [9]**  45/15 47/21 76/21 77/11 78/21 84/18 84/20 85/11 86/7
**2011 [4]**  39/4 39/4 45/15 94/10
**2013 [2]**  1/4 104/8
**21 [2]**  86/21 98/8
**22 [6]**  21/22 21/24 22/2 37/15 37/19 86/23
**23 [2]**  21/23 22/13
**24 [4]**  18/13 18/14 35/16 77/8
**25 [13]**  21/22 22/4 22/11 76/14 77/3 77/8 77/21 77/23 80/18 80/19 84/11 85/9 86/14
**25,000 [1]**  76/23
**26 [9]**  76/15 76/16 78/6 78/11 78/17 78/23 78/25 79/2 79/4
**2655 [1]**  1/17
**27 [5]**  18/14 77/3 87/14 87/25 98/7
**28 [1]**  87/14
**29 [2]**  87/15 94/9
**2:30 [1]**  77/5
**2:54 [2]**  69/22 69/23

## 3

**3-minute [1]**  58/18
**30 [5]**  87/15 91/11 95/8 96/25 99/18
**305 [1]**  1/24
**31 [4]**  80/18 80/20 87/16 100/1
**32 [5]**  84/12 84/12 84/24 87/17 87/25
**33 [3]**  17/2 17/2 17/11
**33128 [1]**  1/24
**33132 [1]**  1/16
**33134 [1]**  1/18
**33301 [1]**  1/20
**371 [1]**  91/14
**39 [1]**  85/9
**3:15 [1]**  69/24
**3:20 [1]**  73/21
**3:35 [1]**  84/20

## 4

**40 [2]**  85/25 95/7
**400 [1]**  1/23
**404 [8]**  2/7 2/24 3/12 3/16 5/25 6/7 6/11 6/12
**41 [1]**  86/4
**42 [1]**  86/14
**4:48 [1]**  86/16
**4:49 [1]**  103/3
**4:51 [1]**  104/3

## 5

**50 [10]**  8/19 9/4 12/9 64/16 64/17 75/6 75/9 75/11 100/9 100/15
**500 [1]**  19/21
**500,000 [1]**  19/23
**52 [1]**  97/5

**523-5294 [1]**  1/24
**5294 [1]**  1/24
**55,000 [4]**  17/2 17/6 17/9 17/11
**59 [1]**  98/2
**5:00 [1]**  38/15
**5:37 [1]**  18/14
**5K [1]**  94/18
**5K1.1 [1]**  93/7
**5th [2]**  76/20 77/5

## 6

**63 [1]**  98/6
**6:00 [3]**  80/22 80/24 90/8
**6:56 [1]**  77/25

## 7

**700 [1]**  1/17
**701 [3]**  49/13 51/3 51/14
**727-403-0296 [1]**  22/16

## 8

**800-some [1]**  43/5
**803 [2]**  49/17 49/17
**83,000 [3]**  41/3 41/3 42/20
**846,000 [1]**  42/11
**846,437 [2]**  40/10 43/7
**8:58 [1]**  85/11
**8N09 [1]**  1/23

## 9

**99 [1]**  1/15
**996,000 [2]**  41/4 42/21
**9:00 [2]**  102/19 103/1
**9:04 [1]**  86/7
**9:05 [1]**  1/5
**9:14 [1]**  8/1

## A

**a.m [12]**  1/5 8/1 24/20 24/21 24/22 25/25 38/8 38/9 80/22 80/24 85/12 86/7
**abbreviation [1]**  85/3
**ability [1]**  29/19
**able [12]**  5/16 5/19 16/4 19/6 29/9 42/1 47/4 60/14 70/6 73/9 88/22 95/8
**about [79]**  3/13 9/9 12/7 12/22 13/3 13/14 13/18 14/15 15/10 16/6 17/19 19/12 22/21 25/10 28/2 29/15 33/19 33/25 34/20 35/3 38/5 38/6 38/12 40/8 44/10 45/13 46/5 47/16 48/7 49/19 50/21 51/7 51/10 54/10 54/16 54/17 54/18 58/5 58/18 63/6 64/6 64/15 65/16 65/17 67/16 67/18 68/1 69/1 70/7 70/10 71/13 71/14 72/17 74/16 74/16 77/20 79/5 79/25 80/23 82/4 82/11 84/2 84/8 84/8 86/9 87/3 93/9 94/21 94/25 96/11 97/9 97/18 99/18 100/9 100/9 101/1 101/6 103/10 103/15
**above [1]**  104/6
**absolute [1]**  17/5
**absolutely [7]**  23/10 36/1 41/10 56/20 90/24 96/6 100/24
**accompanying [1]**  71/4
**according [4]**  60/12 65/4 73/9 103/13
**account [14]**  11/15 31/3 31/3 31/7 31/24 36/15 36/22 78/12 78/13 78/14 79/7 79/16 100/17 100/17
**accountant [4]**  39/8 44/5 60/21 60/24
**accounts [7]**  11/12 11/12 31/1 31/2

## A

**accounts... [3]** 33/6 65/10 86/10
**accurate [1]** 92/2
**accusations [2]** 27/23 28/22
**acquired [1]** 59/13
**acquisition [1]** 57/17
**across [2]** 53/10 61/7
**act [1]** 16/4
**acting [1]** 5/5
**action [2]** 89/19 101/25
**actions [1]** 16/7
**activity [1]** 90/16
**actual [4]** 3/11 35/13 59/8 72/1
**actually [15]** 5/5 7/2 13/2 14/20 18/5 29/3 42/2 45/3 47/4 55/1 63/5 65/23 68/11 89/2 103/13
**addition [1]** 97/21
**additional [2]** 89/12 92/18
**address [16]** 2/5 22/6 22/8 22/9 22/14 46/3 46/16 49/23 76/20 77/10 77/15 78/1 78/20 80/25 84/21 86/6
**addressed [1]** 22/7
**adjourned [1]** 104/3
**admissible [3]** 6/2 6/8 49/17
**admitted [5]** 79/1 79/2 87/24 87/25 101/20
**admitting [1]** 101/16
**advance [6]** 77/12 77/17 77/19 79/10 85/7 85/8
**advanced [1]** 50/16
**advantage [2]** 66/2 101/1
**advised [2]** 26/4 57/3
**adviser [1]** 31/6
**advises [1]** 102/21
**afford [1]** 66/10
**AFPD [1]** 1/19
**after [15]** 2/10 10/17 16/18 18/7 33/5 33/9 35/2 37/7 46/12 74/11 91/17 92/18 94/9 95/25 96/5
**afternoon [1]** 84/20
**afterwards [1]** 96/17
**again [21]** 9/10 18/23 22/14 36/3 37/9 37/23 38/4 40/19 41/9 44/3 58/4 58/24 62/1 65/1 65/6 69/4 69/6 77/1 86/16 98/3 100/11
**against [2]** 5/19 95/9
**agency [1]** 92/14
**agent [29]** 2/9 2/13 2/14 2/17 2/17 3/10 3/10 3/22 3/25 4/6 4/13 4/24 5/2 5/5 5/7 5/14 5/21 6/21 7/7 7/8 7/13 39/2 74/19 97/7 97/11 97/11 97/12 97/15 97/17
**agents [3]** 4/24 70/4 96/17
**ago [4]** 48/1 73/3 82/10 90/11
**agree [5]** 3/14 4/10 6/9 53/2 71/10
**agreed [13]** 10/16 70/14 91/17 91/22 92/1 92/1 92/5 92/9 92/13 92/25 95/24 101/4 101/23
**agreeing [1]** 90/12
**agreement [9]** 58/15 87/15 91/20 92/18 92/21 93/2 93/14 96/4 96/12
**ahead [7]** 6/16 28/20 39/11 46/14 58/18 66/6 66/8
**aid [1]** 71/8
**Albeit [1]** 100/23
**Aldazabal [5]** 1/17 3/4 46/24 49/20 72/11
**Alex [5]** 1/14 88/10 88/14 89/6 89/23
**alive [1]** 29/9

**all [68]** 2/2 2/22 3/1 3/5 3/8 6/24 7/10 8/2 8/5 8/8 14/25 15/10 18/10 18/10 19/19 25/11 25/19 25/23 26/2 26/3 26/14 26/15 28/20 29/17 29/21 30/3 30/5 32/24 38/2 38/3 38/24 39/14 45/12 45/13 45/19 47/24 48/11 49/18 49/22 51/12 53/24 54/10 57/1 62/20 66/18 69/4 69/9 69/18 72/7 72/19 72/20 72/21 73/18 73/19 73/22 74/22 78/25 79/20 80/8 80/14 80/15 81/13 83/3 87/19 87/24 89/3 90/10 100/1
**allegation [1]** 101/13
**allegations [2]** 90/11 101/7
**alleged [1]** 101/8
**alleges [1]** 91/3
**Alliance [2]** 100/3 100/5
**allow [7]** 2/16 4/12 44/6 49/13 50/17 67/2 67/3
**allowed [2]** 51/14 66/24
**allowing [1]** 7/18
**allows [1]** 57/12
**alluded [1]** 89/6
**along [5]** 15/9 16/8 71/23 76/24 99/24
**already [6]** 28/8 49/6 54/22 73/10 65/6 103/16
**also [21]** 7/7 18/11 19/11 28/11 32/16 33/19 36/14 42/8 47/15 62/18 63/9 73/13 89/5 89/17 91/9 91/10 91/14 92/1 97/24 99/20 101/17
**always [4]** 28/5 58/2 58/11 95/16
**am [2]** 39/9 49/2
**AMERICA [1]** 1/3
**Americans [1]** 36/17
**Ameritrade [1]** 83/9
**among [1]** 102/21
**amount [8]** 9/4 11/4 63/23 66/12 96/9 99/17 101/10 101/15
**amounted [1]** 94/21
**amounts [1]** 101/4
**analogize [1]** 52/24
**analysis [1]** 43/20
**animals [1]** 41/14
**annual [1]** 60/12
**another [9]** 2/17 26/24 27/16 32/15 34/21 35/3 80/5 83/15 87/11
**answer [3]** 31/23 99/7 99/8
**answers [1]** 13/6
**anticipate [1]** 55/21
**anticipated [1]** 79/10
**any [28]** 9/25 10/13 14/18 15/8 15/13 19/7 28/22 33/9 37/16 37/20 38/6 41/19 44/17 45/8 49/25 54/7 57/18 58/1 58/16 68/15 83/18 86/3 87/5 92/5 92/6 92/9 92/14 92/17
**anybody [7]** 16/15 26/13 38/5 38/6 70/3 70/4 70/10
**anyone [1]** 102/22
**anything [14]** 7/19 10/14 12/17 27/23 28/23 36/20 53/6 70/11 71/13 78/16 83/16 89/22 95/13 102/15
**anyway [1]** 102/15
**anywhere [1]** 51/18
**aol.com [1]** 22/10
**apparently [4]** 12/11 72/12 77/25 87/4
**appeals [1]** 53/3
**appear [1]** 6/1
**APPEARANCES [1]** 1/13
**appeared [1]** 39/18
**appears [8]** 17/6 22/6 40/19 59/17 70/18 79/13 80/24 84/17

**Apple [4]** 20/15 31/5 66/4 83/8
**application [11]** 39/21 39/22 39/22 40/16 40/21 40/22 41/1 42/16 42/19 42/25 43/11
**apply [2]** 56/8 56/17
**applying [1]** 17/19
**appreciate [2]** 64/20 66/11
**approach [1]** 78/8
**approached [1]** 55/23
**appropriate [2]** 54/3 56/15
**approximately [5]** 17/7 17/15 18/14 29/18 85/14
**are [64]** 4/20 8/9 8/9 11/11 11/12 15/25 19/3 19/12 22/21 23/6 23/12 24/4 24/23 25/23 27/8 27/20 27/23 27/24 29/3 29/13 29/17 30/2 32/9 32/14 34/18 40/6 41/7 41/14 42/23 44/2 45/19 46/8 49/4 49/6 49/9 51/3 51/7 56/6 56/13 57/3 59/24 60/6 60/13 63/6 65/25 70/18 71/7 72/12 72/13 74/23 81/11 83/3 83/5 84/8 87/24 93/23 94/1 97/10 97/11 97/24 102/8 102/19 103/11 103/23
**areas [1]** 30/25
**aren't [1]** 72/22
**argue [1]** 46/9
**argument [2]** 43/17 46/12
**arm [1]** 48/14
**around [1]** 86/3
**arrange [2]** 26/7 26/18
**arranged [1]** 83/19
**arrest [1]** 98/18
**arrested [1]** 90/9
**aside [1]** 59/14
**ask [19]** 14/11 17/8 24/7 26/16 27/2 47/16 49/3 50/3 50/18 59/4 70/5 71/11 71/18 71/22 72/9 72/16 73/16 80/5 103/12
**asked [9]** 15/6 44/9 58/6 58/7 76/6 86/3 86/13 89/15 98/12
**asking [8]** 15/14 21/13 31/19 43/17 43/25 68/19 80/4 80/7
**asks [1]** 31/20
**ass [2]** 11/16 65/6
**asset [1]** 42/10
**assist [1]** 68/15
**associate [3]** 85/13 85/20 86/8
**assume [1]** 42/10
**assuming [1]** 3/16
**assumption [1]** 44/4
**attachments [1]** 84/23
**attack [1]** 5/12
**attempting [1]** 87/11
**attendance [1]** 29/16
**attention [1]** 27/4
**attests [1]** 41/1
**attorney [11]** 1/15 21/13 21/15 48/12 48/13 48/13 49/10 51/10 51/20 93/24 93/24
**attorneys [3]** 94/1 94/2 97/1
**audio [49]** 8/17 9/5 10/23 11/8 12/1 15/3 15/23 16/24 18/8 18/16 18/21 19/1 19/17 20/7 20/25 21/19 22/18 23/1 23/18 29/22 29/25 30/6 30/14 30/23 32/3 33/11 34/1 34/16 35/6 35/14 36/4 36/6 37/3 37/5 37/12 38/1 57/8 58/22 71/8 74/18 79/19 79/23 81/14 82/2 82/15 82/18 83/1 86/22 86/24
**August [1]** 2/8

## A

**AUSA [3]** 1/14 1/14 94/5
**AUSAs [1]** 94/4
**availability [1]** 4/11
**Avenue [1]** 1/23
**average [3]** 83/25 84/5 84/10
**avoid [1]** 28/22
**awake [1]** 29/12
**aware [3]** 59/24 59/24 65/25 96/20 97/21 97/23 97/24 102/4
**awareness [1]** 13/11
**away [1]** 61/5
**awful [1]** 101/2

## B

**back [9]** 5/7 7/20 7/24 12/4 27/22 28/22 62/24 73/4 97/13
**background [2]** 39/8 46/21
**bad [2]** 11/16 57/17
**Baker [2]** 78/13 78/19
**balance [1]** 80/14
**ball [2]** 52/21 64/21
**ball.ladies [1]** 102/18
**bank [2]** 43/25 79/7
**banned [1]** 96/2
**Barney [1]** 83/9
**base [2]** 39/23 39/23
**based [6]** 40/15 44/3 44/4 44/5 44/8 47/18
**basically [10]** 4/16 4/23 24/10 35/19 36/11 56/4 58/15 60/6 90/3 95/16
**basis [1]** 44/7
**be [146]**
**became [2]** 48/2 53/9
**because [30]** 6/2 14/11 16/7 18/4 21/15 29/2 29/4 37/2 39/16 41/16 41/25 42/19 45/14 46/11 55/12 55/16 56/4 59/5 62/12 66/10 70/6 71/7 72/2 73/2 73/10 82/9 83/12 84/3 89/2 95/20
**become [3]** 60/23 60/25 97/18
**becomes [1]** 64/18
**becoming [2]** 29/16 73/15
**been [18]** 24/12 44/17 48/7 48/9 56/13 56/14 76/22 77/6 77/20 78/5 81/1 85/4 85/6 85/13 86/8 86/11 89/11 96/24
**before [24]** 1/10 2/5 8/7 17/3 17/25 20/20 24/23 30/16 32/12 38/11 38/20 42/2 46/22 47/2 47/20 52/25 53/10 65/19 65/23 66/1 72/16 73/4 81/21 103/1
**began [2]** 34/22 89/1
**begin [1]** 77/14
**beginning [3]** 37/11 89/2 103/22
**begins [2]** 29/19 29/20
**behalf [1]** 45/4
**behavior [1]** 13/12
**behind [1]** 5/4
**being [15]** 5/23 12/4 12/15 17/15 58/25 59/13 63/12 64/15 64/22 74/25 75/15 90/1 91/1 99/13 100/20
**believe [19]** 24/18 28/7 29/23 41/2 41/25 47/25 53/16 53/17 56/8 56/17 67/10 74/14 75/11 80/13 81/11 81/19 95/5 99/13 100/11
**below [1]** 93/20
**Bernie [1]** 67/10
**besides [1]** 78/16
**best [18]** 4/8 20/16 29/19 43/13 43/16 43/16 43/22 44/22 62/21 71/7 71/9
**better [4]** 33/9 38/21 84/5 97/12
**between [8]** 23/25 24/6 26/25 37/17 39/3 41/11 43/12 87/17
**beyond [1]** 51/18
**bid [2]** 17/7 24/6
**bigger [3]** 15/6 15/14 67/18
**biggest [1]** 67/10
**bills [1]** 12/12
**bit [4]** 43/21 44/2 68/17 103/16
**blasts [1]** 89/10
**block [1]** 9/3
**Bloomberg [1]** 49/16
**Blvd [1]** 1/20
**bond [1]** 96/3
**books [1]** 57/19
**Boston [3]** 2/9 7/6 56/6
**both [5]** 5/25 40/4 71/19 73/8 77/21
**bottom [19]** 15/5 18/6 21/24 21/25 22/1 22/12 74/21 76/16 77/4 77/23 78/14 79/12 80/20 80/21 84/12 84/14 84/15 84/15 84/24
**bought [11]** 10/25 11/3 11/7 11/14 11/19 15/13 16/12 16/13 16/19 21/11 75/2
**break [7]** 24/17 26/1 38/2 38/3 69/18 102/15 102/16
**BRENNAN [36]** 1/6 1/17 2/9 2/18 3/2 3/3 23/3 23/7 26/8 26/19 30/8 30/10 37/17 37/22 53/17 56/4 56/18 58/25 59/24 60/16 60/19 61/5 64/5 65/13 67/14 69/2 71/12 74/5 74/9 74/12 76/19 81/24 84/17 85/12 87/1 87/3
**Brennan's [3]** 77/4 77/13 86/1
**bribing [1]** 90/17
**brief [4]** 46/17 46/20 46/22 47/1
**briefly [1]** 100/4
**bright [1]** 8/5
**bright-eyed [1]** 8/5
**bring [12]** 3/10 6/16 7/22 7/23 23/12 25/24 45/8 53/23 54/2 75/6 75/9 82/20
**bringing [1]** 82/21
**brings [2]** 5/1 35/8
**broke [1]** 27/3
**broker [39]** 9/20 9/21 10/12 11/4 12/14 15/10 16/4 16/5 16/11 16/19 20/4 21/9 22/22 22/23 24/7 31/2 31/6 31/23 32/20 32/22 32/22 33/4 33/6 36/16 47/13 47/13 48/22 48/22 49/8 62/15 64/11 64/25 65/20 65/20 85/13 85/19 86/9 87/5 87/10
**broker's [5]** 10/12 31/10 31/11 57/23 77/2
**broker-dealer [1]** 47/13
**broker-dealers [1]** 47/13
**brokerage [4]** 31/12 34/9 65/3 100/17
**brokers [1]** 90/5
**brought [1]** 23/14
**Broward [1]** 1/20
**building [1]** 38/6
**bulk [1]** 9/1
**buried [1]** 36/15
**bushy [1]** 8/6
**bushy-tailed [1]** 8/6
**business [6]** 8/22 35/20 69/14 70/19 74/7 74/15
**buy [17]** 8/24 9/3 20/4 16/20 20/20 24/2 24/2 24/5 24/9 31/5 31/8 31/20 62/13 64/1 66/9 88/16 90/18
**buying [39]** 8/25 9/1 9/22 11/11 12/15 19/25 20/1 20/2 22/20 22/23 23/4 23/24 33/4 34/24 35/24 37/1 48/23 63/7 63/8 64/10 64/10 64/19 64/23 65/11 66/2 67/5 74/25 75/6 75/9 76/10 76/13 77/14 82/7 82/21 82/22 83/21 85/14 86/2 91/5
**buys [1]** 62/16
**bypassed [1]** 62/12

## C

**C.I [2]** 5/8 5/9
**California [1]** 78/1
**call [28]** 2/8 7/8 10/11 12/13 18/18 23/20 24/13 26/21 26/24 27/2 27/3 27/4 27/5 27/16 28/2 29/19 37/7 37/17 37/19 79/22 82/1 82/16 83/15 86/3 87/1 87/4 97/13 97/15
**called [2]** 2/1 9/20 23/25 47/14 88/16 92/10 97/14
**calls [10]** 26/25 27/8 27/20 30/2 30/3 38/6 83/20 89/25 90/25 95/7
**came [21]** 16/16 17/23 19/7 31/24 35/22 40/6 41/4 53/10 77/24 87/9 87/9 88/14 90/3 90/8 96/4 96/18 99/18 100/12 100/18 100/20 101/1
**camera [2]** 59/15 59/18
**can [75]** 2/5 3/4 5/2 5/3 7/9 7/20 7/23 10/4 10/21 12/5 13/3 13/17 13/18 21/23 22/4 22/13 24/5 25/10 25/15 27/10 27/20 27/21 28/11 28/15 28/22 31/23 39/24 43/16 43/17 43/22 44/22 51/24 52/23 55/3 55/17 56/23 57/13 57/20 59/11 61/10 61/15 64/21 68/6 68/8 68/14 68/22 71/22 72/4 72/8 73/3 73/16 76/18 77/8 77/22 78/11 80/16 80/21 82/25 83/6 83/13 84/14 85/9 86/4 86/14 87/13 88/4 88/11 99/2 99/4 99/7 99/8 100/3 103/4 103/6 103/23
**can't [10]** 5/20 6/16 13/16 26/12 41/9 70/21 71/19 73/2 80/5 98/23
**candid [1]** 40/14
**cannot [3]** 53/23 58/5 62/1
**cap [1]** 63/22
**capital [2]** 40/10 42/10
**car [6]** 69/14 70/19 71/14 74/13 74/13 74/14
**Cardenas [2]** 76/24 77/1
**care [5]** 15/10 67/17 67/18 75/21 77/6
**cared [1]** 15/11
**carried [1]** 59/16
**carry [1]** 59/17
**carryover [1]** 40/12
**cars [2]** 74/16 74/16
**case [47]** 1/2 3/25 5/7 5/10 7/1 29/5 31/6 35/10 38/5 41/19 41/21 44/22 47/20 47/22 47/25 48/2 48/19 49/3 50/3 50/4 51/8 52/19 52/22 52/24 52/25 53/9 53/23 54/19 56/11 56/15 62/11 65/7 68/8 68/11 68/14 68/17 73/15 88/9 90/18 94/7 94/7 94/24 101/17 102/21 102/24 103/12 103/18
**case-in-chief [1]** 68/17
**cases [2]** 41/16 51/3
**cash [7]** 21/8 35/11 35/13 57/12 57/14 64/8 100/14
**Catholic [1]** 99/14
**cause [1]** 64/17
**CD [1]** 30/3
**cent [4]** 17/11 17/12 24/8 100/15

**C**

**cents [20]**  9/4 23/21 24/1 24/1 24/2 24/3 24/7 24/11 62/12 62/15 62/17 64/16 64/16 64/17 64/17 75/7 75/9 75/11 75/11 100/9
**CEO [8]**  12/11 16/10 19/13 30/16 30/20 30/21 32/7 62/14
**certain [4]**  35/19 101/4 101/10 101/21
**certainly [14]**  10/5 25/15 36/17 54/2 54/3 55/4 55/10 56/15 68/16 79/6 81/17 99/12 100/6 101/1
**certainty [1]**  17/5
**certificate [2]**  34/5 76/21
**certified [3]**  60/21 60/25 104/10
**certify [1]**  104/5
**chair [1]**  74/2
**chance [4]**  84/5 84/7 84/9 103/16
**charged [7]**  5/23 54/11 88/6 91/13 91/17 91/23 100/20
**charging [1]**  87/16
**chart [8]**  47/18 47/23 47/24 47/24 48/4 48/18 49/14 51/16
**charts [1]**  49/21
**cheap [1]**  63/10
**cheating [1]**  24/10
**check [11]**  35/12 77/16 78/2 78/2 78/12 78/16 79/5 79/9 81/1 81/1 81/6
**chief [2]**  30/19 68/17
**choice [1]**  36/1
**choices [1]**  27/10
**Circuit [1]**  51/4
**cited [2]**  51/3 51/9
**civil [2]**  101/24 101/25
**clarify [6]**  6/20 7/5 7/12 7/18 59/7 72/8
**clear [7]**  12/24 36/25 44/9 56/3 57/25 66/23 72/10
**client [4]**  32/1 33/18 53/12 54/1
**clients [1]**  11/11
**Close [1]**  43/8
**co [2]**  88/9 90/21
**co-defendant [2]**  88/9 90/21
**cocktail [1]**  61/7
**Code [1]**  91/14
**Cohen [1]**  94/3
**coincides [1]**  42/16
**combined [1]**  40/4
**come [13]**  2/5 3/12 3/16 4/6 5/14 7/15 20/14 43/22 50/19 58/14 62/13 66/4 73/4
**comes [7]**  4/11 20/17 31/20 49/16 52/16 52/17 66/11
**comfortable [7]**  34/19 34/23 35/3 36/2 63/5 63/5 75/21
**coming [9]**  9/24 20/15 31/16 41/12 44/14 51/20 51/25 54/20 84/16
**commend [1]**  28/5
**comments [1]**  4/13
**commission [15]**  31/14 34/9 60/12 65/5 65/8 66/17 66/25 77/13 77/19 78/15 79/10 79/11 80/15 99/24 101/18
**commit [3]**  16/4 91/23 92/17
**common [2]**  8/22 18/1
**communicate [1]**  73/1
**communication [1]**  85/11
**community [2]**  13/20 14/5
**companies [4]**  60/7 60/7 60/13 100/7
**company [64]**  9/24 11/16 11/17 11/18 11/20 12/7 12/9 12/11 15/21 16/11 17/15 17/20 18/23 19/6 19/8 19/9

19/13 21/5 21/6 30/20 30/21 31/24 32/6 32/7 32/8 32/23 34/23 47/12 54/25 57/12 57/15 58/13 60/4 60/7 60/8 60/8 60/9 60/15 60/16 60/16 60/18 62/22 62/23 62/23 62/24 62/25 65/9 65/25 77/13 81/11 88/15 88/18 88/23 89/9 89/13 89/16 89/18 89/21 89/24 89/25 100/6 100/7 100/12 101/11
**company's [1]**  67/5
**compared [1]**  39/14
**comparing [1]**  40/25
**compensated [2]**  22/24 67/4
**compensating [1]**  64/11
**compensation [3]**  34/8 62/2 62/3
**competent [1]**  48/10
**complained [1]**  89/23
**complaint [1]**  101/8
**complete [1]**  92/2
**compliance [7]**  9/25 31/9 31/10 31/17 31/19 65/1 65/3
**compliant [2]**  21/13 31/12
**complied [1]**  2/23
**complies [1]**  31/12
**complying [1]**  65/7
**Compounding [1]**  89/21
**compute [1]**  17/12
**computer [3]**  19/5 59/5 83/6
**computerized [1]**  29/8
**concepts [3]**  48/6 48/19 49/5
**concern [1]**  3/9
**concerned [1]**  6/10
**conduct [3]**  52/5 53/20 56/18
**conducted [1]**  2/11
**confer [1]**  102/13
**conference [3]**  26/8 26/19 38/20
**confident [1]**  46/11
**confidential [5]**  4/23 90/1 90/4 91/9 91/10
**confirm [1]**  80/25
**confirming [1]**  81/6
**confronted [2]**  96/11 97/9
**confused [1]**  3/6
**confusion [2]**  83/13 84/3
**connection [7]**  23/4 23/8 56/14 88/13 90/16 100/2 100/4
**considerations [1]**  41/17
**considered [1]**  65/24
**conspiracy [4]**  47/20 47/21 91/13 91/23
**consultant [3]**  57/15 57/17 57/20
**consulting [2]**  57/24 58/15
**consults [1]**  57/16
**Cont'd [1]**  104/15
**contacted [1]**  55/2
**contacting [1]**  54/25
**context [4]**  26/25 27/5 27/6 27/15
**continue [41]**  10/22 11/25 15/2 15/22 16/23 18/6 18/25 19/16 20/24 21/18 22/25 23/17 24/12 28/18 30/5 30/13 30/22 33/9 34/15 35/5 37/25 61/2 61/13 61/22 62/5 63/1 63/12 63/15 64/12 65/12 66/13 66/20 67/6 67/20 75/12 75/17 79/22 82/14 82/16 82/25 101/15
**continued [5]**  8/13 24/21 38/9 69/23 95/21
**continues [1]**  68/1
**continuing [2]**  79/18 84/24
**contravention [1]**  95/21

**conversation [12]**  9/16 10/5 14/21 23/7 23/9 37/21 49/2 57/22 58/24 60/17 64/15 97/13
**conversations [4]**  4/3 37/16 46/23 90/21
**converse [1]**  64/2
**conversed [1]**  71/12
**cooperate [2]**  92/13 92/25
**cooperated [1]**  94/9
**cooperating [3]**  90/23 91/10 92/22
**cooperation [9]**  93/5 93/6 94/20 95/1 95/4 95/12 95/14 95/20 99/17
**cooperator [1]**  97/19
**coordinated [5]**  62/9 82/7 83/21 85/15 86/2
**coordinating [1]**  85/16
**coordination [1]**  27/21
**copy [3]**  65/18 65/20 65/21
**Coral [1]**  1/18
**corner [5]**  21/24 21/25 22/1 22/12 29/14
**correct [83]**  6/25 10/14 11/24 15/15 15/16 17/17 18/11 18/12 18/19 18/20 18/23 18/24 19/15 27/12 27/14 28/17 30/3 30/4 35/3 35/4 40/20 40/24 43/21 46/1 46/1 50/2 50/8 58/25 59/1 63/13 63/14 67/13 68/1 68/2 69/11 69/15 85/24 86/20 87/20 88/7 90/14 90/15 90/20 91/11 91/12 91/16 91/18 91/19 91/20 91/21 91/24 91/25 92/3 92/4 92/7 92/11 92/12 92/15 92/19 92/23 92/24 93/12 93/15 94/6 95/15 96/20 96/21 97/25 98/10 98/11 99/22 99/23 100/19 101/5 101/6 101/18 101/19 101/21 101/22 101/25 102/1 102/3 104/5
**correctly [1]**  49/24
**cost [1]**  21/3
**could [27]**  3/16 3/23 14/15 30/1 30/15 32/10 32/11 33/16 34/17 40/13 40/19 42/7 42/7 54/2 54/10 55/18 65/22 66/6 66/8 66/10 81/25 83/18 87/5 87/7 89/6 92/17 103/17
**couldn't [4]**  11/23 17/5 46/25 47/3
**counsel [10]**  3/14 14/12 47/25 49/2 72/13 73/1 73/5 78/6 87/13 102/13
**country [2]**  67/11 95/10
**country's [1]**  39/10
**Counts [1]**  91/22
**couple [5]**  24/24 46/19 47/17 51/3 60/4
**course [7]**  4/5 13/3 13/6 41/23 53/3 55/15 55/22
**court [44]**  1/1 1/23 2/1 2/14 4/12 6/1 24/21 25/10 25/16 38/9 38/25 39/7 39/17 40/5 40/14 41/7 41/10 41/21 41/22 43/17 46/20 47/3 47/5 51/14 52/25 54/15 55/20 55/21 69/23 71/6 87/15 93/6 93/15 94/11 94/17 96/20 97/5 98/5 98/12 98/15 98/17 102/5 102/21 104/10
**Court's [2]**  2/16 4/13
**courtroom [8]**  8/1 24/20 25/25 38/8 56/25 69/22 73/21 103/3
**cover [2]**  30/25 60/4
**covered [4]**  31/16 32/2 65/6 83/24
**CPA [2]**  60/20 60/20
**CR [1]**  1/2
**create [1]**  33/22
**credibility [2]**  60/9 60/10
**Creek [1]**  61/12

**C**

**crimes [1]** 92/18
**criminal [1]** 99/20
**criminals [2]** 10/17 10/18
**cross [11]** 4/22 5/2 5/3 25/7 38/20 55/4 56/16 68/11 69/3 72/14 103/17
**cross-examination [6]** 55/4 56/16 68/11 69/3 72/14 103/17
**cross-examine [5]** 4/22 5/2 5/3 25/7 38/20
**CRR [1]** 1/22
**crystal [3]** 52/21 64/21 102/18
**cue [2]** 69/4 80/16
**currency [2]** 21/3 95/10
**cut [2]** 75/15 79/20
**Cyprus [1]** 61/12

**D**

**Dakota [1]** 52/18
**Daniela [2]** 76/24 77/1
**data [3]** 47/25 49/16 49/16
**date [5]** 37/14 47/21 78/20 92/18 104/8
**Davidson [12]** 1/14 6/15 7/3 8/8 24/14 26/15 27/17 27/18 29/17 69/9 71/2 73/23
**day [27]** 1/19 17/6 17/9 17/14 38/11 43/21 44/7 44/11 44/15 44/21 46/23 47/3 48/8 49/19 52/21 53/11 53/22 59/16 65/22 77/25 81/5 86/10 87/21 95/19 103/8 103/20
**Day's [1]** 44/4
**days [1]** 82/10
**deal [40]** 2/10 2/10 5/6 5/18 12/5 12/13 12/14 12/18 12/19 12/23 15/8 15/11 15/13 15/14 32/17 32/19 32/20 33/1 34/20 34/21 34/24 35/3 35/8 35/18 37/7 37/18 53/14 62/10 63/6 63/6 67/2 67/4 71/13 74/22 74/23 74/24 75/23 76/10 76/11 80/13
**dealer [1]** 47/13
**dealers [1]** 47/13
**dealing [4]** 83/7 83/11 84/4 97/16
**dealings [2]** 14/18 61/19
**deals [10]** 12/6 15/6 36/17 53/17 53/18 53/19 53/24 56/6 56/10 97/18
**Debby [2]** 78/13 78/19
**Deborah [1]** 47/10
**deceptive [1]** 90/13
**decide [1]** 3/16
**decided [3]** 70/18 95/10 96/22
**decision [2]** 30/21 31/4
**decision-maker [1]** 30/21
**defend [1]** 5/19
**defendant [13]** 1/17 1/19 53/15 87/18 88/9 90/21 93/4 95/9 97/7 97/10 97/14 97/17 101/24
**defendant's [2]** 93/6 95/1
**defendants [4]** 1/7 50/1 50/19 95/8
**defender [2]** 1/19 40/3
**defense [14]** 3/14 4/19 5/12 6/6 25/20 28/19 47/25 49/2 55/16 72/13 73/1 73/5 78/6 87/12
**defer [1]** 49/20
**demand [1]** 64/18
**deny [2]** 44/24 53/4
**denying [1]** 101/16
**department [4]** 31/9 31/10 31/17 31/19
**departure [2]** 94/15 98/7
**deposit [2]** 10/11 32/25

**Derek [1]** 94/3
**describe [4]** 10/9 12/22 52/19 100/4
**described [7]** 9/18 10/3 10/6 10/15 57/21 90/11 95/14
**describing [4]** 10/7 12/18 13/12 65/17
**description [1]** 72/10
**designate [1]** 32/6
**designation [1]** 15/20
**desk [2]** 19/5 53/11
**detailed [1]** 97/17
**determined [1]** 101/9
**determines [1]** 93/3
**device [1]** 59/14
**dictating [2]** 68/16 68/19
**did [99]** 9/8 9/17 9/18 10/8 10/14 11/2 11/12 12/22 14/11 16/1 16/15 19/21 20/1 21/6 21/14 23/12 23/21 26/7 26/18 28/10 28/13 28/14 30/8 31/1 31/20 32/17 33/13 33/13 35/11 35/16 36/10 36/15 37/7 37/21 39/6 39/13 40/17 40/19 41/3 44/5 45/9 45/10 45/10 45/17 46/3 47/1 50/19 53/4 53/5 53/12 53/16 54/7 58/12 60/16 61/25 63/4 64/6 64/9 64/16 65/6 65/17 66/16 67/16 67/23 67/24 75/7 76/1 76/9 78/3 79/13 80/11 81/6 81/9 82/4 82/10 83/20 83/20 84/2 85/2 85/5 85/13 87/2 88/12 89/22 89/22 90/22 90/25 91/2 93/8 94/13 94/16 95/4 96/12 97/15 98/15 98/17 99/10 100/4 101/9
**didn't [13]** 15/10 18/18 27/24 37/9 37/18 44/11 44/12 44/15 47/4 52/8 58/24 73/12 96/6
**Difference [1]** 43/12
**differences [2]** 45/14 45/16
**different [5]** 41/14 45/19 45/21 83/13 83/14
**diminished [2]** 95/2 95/20
**dinner [2]** 8/7 103/1
**direct [2]** 8/13 95/21
**directed [1]** 85/21
**Directing [1]** 86/13
**direction [4]** 95/6 95/15 95/16 95/22
**directly [2]** 89/15 97/9
**director [1]** 81/12
**disclose [1]** 58/24
**discount [4]** 8/19 8/20 9/1 12/10
**discretion [3]** 31/2 31/23 93/3
**discretionary [5]** 31/1 31/2 36/22 65/10 86/10
**discuss [5]** 38/5 48/18 102/21 102/22 102/24
**discussed [6]** 12/13 31/18 56/13 74/15 76/22 77/20
**discussion [5]** 25/10 70/6 71/2 72/24 97/5
**discussions [1]** 93/7
**dishonest [2]** 14/19 43/15
**disparity [1]** 41/11
**disregard [1]** 15/1
**district [8]** 1/1 1/1 1/11 51/9 52/10 88/6 102/2 102/5
**do [109]**
**document [6]** 21/23 54/18 80/19 87/16 94/17 96/20
**documents [7]** 2/18 41/24 42/2 43/18 43/22 44/7 44/16
**does [23]** 3/19 6/4 6/23 8/23 11/17 11/18 15/6 20/11 27/15 30/18 31/4 32/5 33/9 51/6 57/15 60/22 62/18

63/18 66/1 67/2 67/3 67/19 83/16
**doesn't [14]** 2/20 9/12 21/8 35/17 35/17 41/15 42/19 44/12 51/18 53/19 55/13 55/13 83/25 84/9
**doing [27]** 4/19 5/4 19/4 20/2 21/16 22/20 22/23 28/4 33/23 36/19 36/20 40/24 43/23 44/11 55/14 60/13 62/1 67/12 76/13 84/1 88/21 91/13 96/12 96/14 97/10 97/12 101/3
**dollar [9]** 9/3 10/2 10/6 11/5 15/7 16/12 17/24 17/25 18/3
**dollars [12]** 9/7 10/3 10/9 10/15 11/5 16/13 19/23 35/13 39/19 43/5 43/11 61/20
**dollars' [4]** 17/13 17/14 31/21 33/3
**Don [11]** 81/9 81/10 84/17 84/22 85/16 85/17 85/18 86/11 86/12 86/13 87/5
**don't [47]** 2/12 6/15 7/16 21/12 21/25 23/5 25/4 27/22 28/4 30/11 35/24 35/24 37/20 37/20 38/5 38/6 39/8 40/4 40/18 41/1 41/19 41/24 43/14 44/6 44/20 44/20 45/7 49/1 51/19 52/19 53/15 53/16 53/17 54/8 54/14 55/18 55/25 68/21 69/4 69/11 69/17 70/10 70/15 72/15 84/7 102/22 102/24
**done [18]** 13/19 23/11 31/11 33/5 33/17 33/17 41/18 50/17 53/5 65/4 74/25 75/23 80/15 81/20 86/16 91/5 91/6 103/18
**door [1]** 90/8
**down [24]** 2/13 2/14 4/11 4/16 6/16 18/4 24/24 33/14 34/5 42/4 52/16 52/17 59/20 63/25 74/2 76/22 89/4 90/3 96/8 96/9 98/8 100/18 100/20 103/6
**downturn [1]** 89/3
**downward [2]** 94/15 98/7
**draft [1]** 47/25
**dramatic [1]** 101/2
**drawn [1]** 27/4
**drive [1]** 70/21
**DUI [1]** 6/3
**during [11]** 29/5 53/4 53/13 60/17 68/8 68/11 68/17 69/3 72/14 72/17 96/2

**E**

**E-Trade [1]** 83/9
**each [1]** 38/4
**earlier [10]** 9/15 10/17 17/23 23/6 37/18 64/15 66/3 67/15 75/24 97/22
**early [2]** 3/6 79/21
**earned [1]** 41/14
**easier [1]** 101/14
**Eastern [2]** 51/9 88/6
**eConnect [5]** 100/5 100/7 100/8 100/12 100/22
**economic [1]** 89/3
**Eduardo [2]** 90/22 90/22
**effect [4]** 11/17 23/20 50/13 75/24
**effort [1]** 62/9
**either [8]** 2/16 10/6 11/10 18/18 24/5 37/16 64/7 81/17
**Electric [3]** 31/5 31/8 83/8
**Eleventh [1]** 51/4
**Ellisor [9]** 52/8 53/2 53/15 53/23 54/5 54/10 56/8 56/12 56/17
**else [8]** 6/3 6/22 7/8 7/19 13/14 13/17 66/2 70/4
**else's [1]** 32/12
**email [25]** 22/6 22/7 22/9 22/14 46/23

**E**

**email... [20]** 53/11 54/16 54/17 76/19 76/20 77/10 77/10 77/15 80/25 84/15 84/21 84/23 85/6 85/10 86/1 86/5 86/6 86/6 86/15 89/9
**emails [1]** 55/24
**EMP [1]** 39/23
**employee [1]** 57/13
**employment [2]** 41/23 42/6
**empty [1]** 74/2
**end [9]** 16/20 29/1 32/2 33/8 47/21 64/22 74/5 74/9 103/18
**ended [3]** 28/10 47/1 97/13
**Energy [1]** 55/1
**enforcement [3]** 63/12 92/14 95/22
**engage [2]** 44/15 90/12
**engaged [4]** 2/9 44/17 46/22 53/18
**engaging [1]** 101/21
**enhance [1]** 33/22
**enough [3]** 49/18 52/8 72/13
**entered [1]** 56/14
**enters [4]** 8/1 25/25 56/25 73/21
**entitled [1]** 66/12
**entity [6]** 47/13 47/14 88/16 88/17 88/18 92/6
**Epstein [50]** 4/18 6/20 6/23 6/25 7/6 7/23 8/9 13/6 13/13 14/1 14/15 25/17 26/4 26/7 26/18 30/3 37/7 38/20 39/1 39/2 39/4 39/18 42/24 43/23 44/8 44/9 45/3 45/21 53/14 54/23 55/2 55/8 55/23 57/3 58/11 61/5 69/1 70/10 71/3 71/12 73/25 74/9 80/11 87/17 87/19 88/6 100/3 103/7 103/17 104/15
**Epstein's [3]** 5/10 24/25 71/16
**equally [1]** 56/19
**equipment [1]** 29/8
**Equities [2]** 100/3 100/5
**equivalent [3]** 11/4 15/12 16/11
**Eric [1]** 93/24
**error [2]** 89/16 96/7
**especially [1]** 29/7
**Esq [1]** 1/17
**essence [11]** 16/2 20/12 20/19 23/23 31/12 32/2 34/13 36/13 60/13 88/15 99/24
**essentially [3]** 47/12 48/19 49/9
**even [7]** 28/15 40/4 44/7 52/25 89/4 89/18 94/21
**events [4]** 4/20 4/21 53/13 65/25
**eventually [2]** 62/4 88/22
**ever [3]** 30/8 37/9 67/11
**every [12]** 10/25 11/3 11/5 11/6 15/12 16/12 16/13 21/11 45/22 45/23 75/2 95/19
**everybody [6]** 2/2 2/3 8/2 8/6 26/3 52/7
**everything [3]** 29/2 31/11 65/4
**evidence [25]** 2/15 3/20 4/9 5/24 6/17 27/24 27/24 28/23 44/17 49/6 49/12 50/4 51/7 53/24 55/18 56/15 68/14 71/7 71/9 71/17 72/3 72/3 79/2 87/13 88/1
**exact [1]** 39/24
**exactly [8]** 3/24 11/23 16/19 29/19 36/24 45/24 54/13 54/15
**exam [1]** 60/24
**examination [7]** 8/13 55/4 56/16 68/11 69/3 72/14 103/17
**examine [5]** 4/22 5/2 5/3 25/7 38/20
**example [2]** 61/21 66/3

**exceedingly [1]** 61/16
**excellent [1]** 97/11
**excess [3]** 95/5 95/6 95/7
**exchange [10]** 31/13 48/22 57/11 60/12 65/5 65/8 66/17 66/25 99/23 101/18
**exchanges [1]** 46/23
**exclamation [1]** 86/19
**exclude [2]** 2/12 2/15
**excuse [4]** 29/24 41/3 43/3 74/3
**excuses [1]** 96/7
**executive [2]** 30/19 45/24
**exhibit [53]** 11/6 11/2 18/15 19/19 20/6 21/21 21/22 22/4 22/11 22/17 24/13 29/24 34/18 36/5 37/4 37/11 57/6 58/17 58/19 59/2 59/6 59/8 67/25 68/3 69/13 74/17 74/19 75/3 76/14 77/3 77/8 78/6 78/11 78/17 78/23 78/25 79/2 79/4 79/18 79/21 80/17 80/18 80/19 81/8 84/11 85/9 86/14 86/21 86/23 87/14 94/9 96/25 100/1
**exhibits [2]** 27/11 87/25
**expect [2]** 47/4 50/15
**expedition [1]** 43/21
**experience [3]** 11/16 20/11 50/7
**experienced [2]** 81/20 89/3
**expert [3]** 50/25 51/2 51/20
**explain [29]** 12/5 13/3 16/9 21/23 22/5 22/13 34/3 48/11 48/18 49/5 49/11 49/14 50/7 50/9 50/10 53/6 54/11 59/12 76/18 77/9 77/23 78/11 80/21 84/14 85/10 86/1 86/4 86/15 88/21
**explained [6]** 9/19 9/25 23/14 36/11 74/24 76/10
**explaining [2]** 51/16 51/16
**Express [3]** 79/12 79/15 79/16
**expression [1]** 81/19
**extent [1]** 93/6
**extract [1]** 24/25
**eyeballs [1]** 89/7
**eyed [1]** 8/5

**F**

**face [4]** 33/16 33/16 35/20 35/20
**face-to-face [2]** 33/16 35/20
**facility [1]** 4/1
**fact [4]** 47/23 56/9 97/7 97/16
**facts [2]** 51/7 52/25
**factual [2]** 27/7 50/21
**fair [1]** 45/20
**fairly [1]** 79/7
**faith [3]** 10/11 32/25 44/7
**false [4]** 41/10 58/15 100/21 101/13
**falsely [1]** 92/5
**family [3]** 96/10 99/13 102/23
**fantastic [2]** 80/1 80/12
**far [6]** 6/10 6/10 45/17 51/16 59/24 61/5
**Fargo [1]** 52/17
**fast [3]** 26/21 81/25 103/11
**fast-forward [1]** 81/25
**FBI [22]** 5/21 6/21 7/7 7/8 33/15 59/15 59/16 63/11 63/12 87/9 90/1 90/8 92/25 95/6 95/11 95/15 95/16 95/17 95/25 96/9 96/17 97/11
**February [4]** 1/4 37/15 37/17 37/19
**fed [1]** 35/12
**federal [14]** 21/17 40/2 40/3 49/17 73/15 79/12 79/15 79/16 92/14 94/5 94/23 95/22 96/23 99/24
**FedEx [2]** 35/13 78/18

**feel [1]** 31/7
**feeling [3]** 14/6 14/7 35/21
**Ferrari [7]** 67/23 68/1 68/7 69/2 70/19 70/21 74/10
**feverishly [1]** 42/5
**few [7]** 15/25 18/10 21/2 47/19 72/17 83/3 96/17
**field [1]** 56/7
**fifth [1]** 82/16
**Fifty [1]** 39/10
**figure [3]** 11/23 42/12 44/16
**figures [2]** 40/6 41/6 41/11 42/4
**file [4]** 46/8 46/13 60/11 101/10
**filed [4]** 2/8 43/15 45/4 46/22
**filing [4]** 42/23 47/1 57/11 100/2
**filings [1]** 60/13
**final [8]** 11/21 16/21 47/24 48/1 68/6 87/17 100/2 101/20
**finally [2]** 16/14 31/15
**finances [1]** 60/15
**financial [1]** 31/6
**financing [4]** 18/2 18/2 57/19 100/13
**find [4]** 6/16 16/4 16/5 20/15
**fine [15]** 3/5 14/10 23/21 35/18 36/1 36/2 38/17 68/12 69/7 72/23 73/7 89/9 92/1 98/19 101/12
**finished [1]** 102/14
**FINRA [6]** 47/10 47/12 47/14 47/15 48/13 49/9
**fired [1]** 87/10
**firm [5]** 31/11 31/12 34/10 65/3 65/4
**firm's [1]** 21/15
**first [9]** 47/9 47/18 48/1 48/3 51/4 81/17 84/14 87/1 95/3
**fishing [1]** 43/21
**five [2]** 38/14 98/18
**fixed [1]** 83/19
**FL [1]** 1/24
**flavor [1]** 27/7
**FLORIDA [6]** 1/1 1/5 1/16 1/18 1/20 2/11
**flsd.uscourts.gov [1]** 1/25
**flying [2]** 2/13 2/14
**followed [1]** 35/1
**following [1]** 70/24
**follows [3]** 24/22 38/10 69/24
**foregoing [1]** 104/5
**form [3]** 32/15 42/13 95/10
**forms [1]** 101/10
**formulation [1]** 15/18
**Fort [1]** 1/20
**forward [6]** 18/13 26/21 37/18 58/23 67/2 81/25
**forwarded [1]** 84/19
**found [1]** 54/1
**foundation [4]** 6/17 7/16 13/23 14/12
**four [10]** 15/17 15/18 15/20 16/21 36/8 75/1 82/10 83/13 83/14 98/7
**four-letter [1]** 15/20
**four-level [1]** 98/7
**four-week [1]** 75/1
**frail [1]** 29/16
**frankly [3]** 55/6 101/3 101/14
**fraud [8]** 2/10 41/19 44/15 44/18 67/12 91/15 91/23 91/24
**free [2]** 32/14 103/7
**Fridays [1]** 65/16
**friend [2]** 9/21 85/13
**friendlies [2]** 32/5 32/6
**friendly [1]** 32/9

111

# F

**friends [2]**  32/7 102/23
**front [4]**  19/6 20/9 32/24 42/15
**frowns [1]**  62/20
**frozen [1]**  100/17
**frustration [2]**  90/6 90/7
**fulfilled [1]**  93/4
**full [1]**  27/7
**fully [1]**  97/23
**funded [2]**  100/6 100/7
**funding [1]**  88/15
**funds [2]**  35/12 89/12
**funnel [1]**  62/4
**further [1]**  69/1
**future [1]**  70/7

# G

**Gables [1]**  1/18
**gains [3]**  5/19 40/10 42/10
**Galpern [9]**  13/2 13/2 13/4 13/9 13/19 14/2 14/5 14/16 14/17
**game [1]**  16/3
**games [1]**  48/15
**gather [4]**  6/23 25/6 48/10 69/9
**gave [9]**  12/8 54/7 59/16 74/14 77/25 86/17 88/19 98/20 99/16
**general [6]**  30/20 31/5 31/8 45/25 66/1 83/7
**generally [2]**  63/23 88/12
**generate [2]**  19/24 82/13
**gentleman [2]**  75/25 76/2
**gentlemen [3]**  8/3 38/3 102/19
**get [37]**  2/15 4/11 4/13 4/22 6/17 6/18 11/4 12/9 18/7 24/23 29/5 33/7 33/9 35/13 36/9 38/11 39/20 44/20 52/25 56/23 56/23 57/13 61/25 62/1 62/25 73/19 75/22 76/12 79/13 80/14 82/12 83/16 83/17 85/18 88/22 89/6 102/22
**gets [5]**  15/7 35/8 36/14 40/2 79/17
**getting [10]**  3/19 22/24 37/2 41/15 65/18 67/4 75/21 75/23 77/7 100/13
**girlfriend [4]**  57/23 61/25 62/3 77/2
**girlfriend's [3]**  34/3 34/6 34/11
**give [10]**  25/1 25/2 27/7 43/18 46/20 57/16 70/8 70/25 99/4 101/4
**given [7]**  4/12 10/12 13/19 31/6 42/2 45/7 76/20
**giving [4]**  22/15 51/23 76/4 78/19
**glad [1]**  80/13
**glass [2]**  8/7 102/25
**gmail.com [1]**  22/7
**go [32]**  4/16 6/11 6/15 16/8 20/4 24/6 26/12 27/22 28/16 28/20 28/22 34/6 37/8 37/18 39/10 39/24 44/16 50/3 51/18 62/3 63/25 64/2 66/9 67/23 75/10 80/14 83/8 97/25 98/9 102/8 103/7 103/23
**goes [10]**  6/4 13/11 17/17 20/21 55/16 62/16 63/21 68/7 68/25 93/7
**going [115]**
**goings [1]**  3/11
**goings-on [1]**  3/11
**GOLDBERG [1]**  1/10
**gone [2]**  18/3 60/23
**Gonzalez [5]**  36/14 36/18 36/19 36/20 37/1
**Gonzalez's [1]**  36/15
**good [26]**  2/2 7/17 7/19 8/2 8/6 10/11 11/16 24/16 31/7 31/25 32/1 32/25

35/21 38/7 39/12 44/7 52/5 53/20 54/25 56/18 57/17 65/10 71/16 102/15 102/25 104/2
**goodness [1]**  26/12
**got [9]**  3/5 15/12 18/3 26/14 34/14 41/19 54/23 74/11 102/8
**gotcha [1]**  55/20
**government [43]**  3/19 5/24 6/10 14/12 19/19 22/4 26/24 27/4 27/5 27/10 28/5 28/23 40/6 43/19 47/9 52/2 54/15 57/6 59/2 67/17 70/18 87/15 90/23 91/11 92/10 92/14 93/3 93/5 94/10 94/16 94/20 96/3 96/19 97/6 97/24 98/9 98/12 98/19 99/18 101/6 101/14 102/18 103/12
**government's [54]**  6/13 8/16 11/2 18/15 20/6 21/21 21/22 22/11 22/17 24/13 25/5 25/12 29/24 34/18 36/5 37/4 37/10 45/1 46/17 47/11 58/17 59/6 67/25 68/3 69/13 74/17 76/14 77/8 78/6 78/11 78/16 78/23 78/25 79/2 79/4 79/18 79/21 80/16 80/18 80/19 81/8 84/11 85/9 86/14 86/21 86/23 87/14 87/25 93/8 94/9 94/14 96/25 100/1 103/18
**grand [1]**  92/9
**graphs [1]**  47/23
**great [2]**  45/14 66/5
**greatly [1]**  66/12
**green [1]**  35/11
**grounds [1]**  51/6
**guaranteed [2]**  93/9 93/10
**guess [12]**  27/5 43/6 43/7 52/12 52/14 52/18 54/16 56/6 60/24 61/1 103/11 103/19
**guideline [1]**  94/15
**guidelines [2]**  94/22 94/23
**guilt [1]**  101/16
**guilty [3]**  54/1 91/17 91/22
**gut [1]**  35/3
**guy [6]**  15/6 22/20 35/22 36/3 65/1 67/19
**guy's [2]**  65/6 75/20
**guys [6]**  23/6 23/12 49/19 74/16 103/6 103/23
**gypsy [1]**  62/18

# H

**had [65]**  7/3 8/6 9/15 9/19 10/2 10/5 14/17 14/18 14/20 14/23 15/16 17/6 18/3 19/5 23/3 23/7 24/10 27/4 34/21 35/19 35/20 36/16 39/20 43/21 49/1 53/13 59/15 60/23 65/22 66/6 66/8 72/24 74/10 75/8 76/20 76/22 77/20 78/13 79/7 85/6 85/6 85/17 85/19 86/13 87/2 87/4 89/6 90/21 90/21 91/6 95/9 95/11 95/13 95/17 95/24 95/25 97/16 97/18 99/15 100/18 100/18 100/24 101/11 101/12 103/16
**halted [1]**  100/16
**hand [5]**  21/24 21/25 22/1 22/12 41/5
**handle [1]**  51/24
**handlers [1]**  95/24
**handling [3]**  5/8 5/9 94/7
**happen [5]**  32/13 33/7 35/23 65/22 82/10
**happened [16]**  3/24 4/7 4/17 34/25 48/25 55/9 72/17 73/2 73/2 74/10 88/19 88/25 90/19 95/23 96/16 99/3
**happens [3]**  63/23 64/1 80/22

**happy [1]**  68/15
**hard [2]**  25/14 99/6
**has [27]**  2/21 2/25 12/24 22/12 31/2 32/8 39/5 41/12 42/11 44/17 50/12 50/13 60/8 60/9 60/24 62/11 62/14 62/22 62/23 64/21 67/11 70/18 81/20 84/5 93/4 102/8 102/18
**hasn't [2]**  44/17 54/16
**have [111]**
**having [2]**  2/14 18/5 24/6 29/4 52/4 83/19
**he [163]**
**he'd [1]**  77/6
**he'll [1]**  15/7
**he's [26]**  3/1 5/9 5/23 5/23 7/14 13/9 13/10 14/12 22/6 25/4 40/20 42/22 49/24 60/19 61/19 62/1 70/2 72/13 73/10 80/4 80/7 80/13 81/6 81/6 81/19 81/20
**head [2]**  17/12 30/21
**hear [5]**  7/2 37/9 54/19 72/4 99/6
**heard [17]**  4/24 4/25 5/16 7/10 7/15 8/20 14/20 14/24 17/2 17/24 20/9 30/16 49/18 54/22 54/24 68/24 83/15
**hearing [2]**  50/25 92/10
**hearsay [1]**  14/24
**hell [2]**  84/7 84/9
**help [6]**  27/17 33/22 48/5 49/12 55/13 72/5
**helping [2]**  57/18 57/19
**helps [2]**  7/12 7/12
**her [14]**  47/16 48/15 48/18 49/3 49/5 49/11 49/14 50/3 50/7 50/18 51/19 57/24 76/24 78/20
**here [26]**  2/11 4/17 4/24 5/18 6/16 7/14 13/11 13/12 17/4 19/2 24/23 42/6 45/8 51/11 52/16 52/17 53/13 61/15 69/5 70/22 74/6 77/23 80/19 83/24 93/18 103/4
**here's [1]**  22/1
**hide [1]**  34/13
**hiding [2]**  27/23 28/23
**higher [1]**  61/1
**him [58]**  6/16 9/8 9/19 10/16 12/8 12/24 14/4 14/19 21/9 21/16 25/5 25/7 30/11 31/19 31/20 31/20 32/23 33/4 33/13 33/24 35/13 36/11 37/9 47/4 47/6 54/25 55/23 58/3 58/6 58/7 59/25 61/20 62/4 64/6 64/11 67/16 67/23 72/9 73/6 73/11 73/16 74/14 76/4 77/12 77/14 80/4 80/5 81/2 84/2 85/12 85/20 86/3 86/8 86/18 87/10 88/19 89/14 97/9
**himself [1]**  55/13
**hire [2]**  89/8 89/12
**hired [1]**  65/3
**hiring [1]**  57/19
**his [62]**  5/18 9/12 11/11 13/14 14/7 16/6 22/6 22/8 31/16 32/2 32/8 33/7 36/22 39/18 39/22 40/14 41/7 42/24 43/24 43/25 44/10 44/11 45/4 45/4 53/12 53/17 53/18 56/11 60/16 61/19 62/2 62/3 64/7 65/8 65/10 70/7 73/3 73/10 73/17 76/4 76/5 76/11 76/11 76/13 77/15 77/19 78/1 78/4 79/10 80/7 80/15 83/18 85/22 86/10 86/11 87/6 93/4 95/10 95/10 97/14 98/25 99/4
**hold [4]**  73/14 73/14 74/19 90/18
**holdings [1]**  101/10

# H

**home [6]** 33/17 39/19 41/15 41/15 102/22 103/23
**homework [2]** 23/11 52/8
**honest [3]** 10/18 10/18 44/10
**Honor [103]** 2/4 2/20 4/10 6/9 6/18 7/17 7/21 7/23 8/12 9/10 10/20 10/21 13/5 14/7 14/9 14/23 24/15 24/18 25/2 25/9 25/15 25/22 26/11 26/16 26/23 27/14 28/3 28/17 38/16 38/25 39/6 40/4 40/5 40/13 40/25 41/9 41/20 41/24 43/17 44/19 44/23 45/9 46/1 46/3 46/6 46/10 46/16 46/19 49/1 49/15 49/20 50/2 51/3 51/8 52/6 52/9 52/20 52/23 53/8 53/9 54/8 54/17 54/21 55/5 55/10 55/15 56/1 56/2 56/8 56/21 56/24 57/2 58/4 58/8 68/9 68/13 69/11 69/16 69/19 69/21 70/1 70/5 70/8 70/16 70/17 70/23 72/23 73/24 74/8 76/3 76/6 78/8 78/22 78/24 80/2 87/12 87/20 87/22 87/23 88/3 98/22 102/6 103/25
**HONORABLE [1]** 1/10
**hooked [1]** 59/5
**hoping [2]** 92/21 94/19
**horrible [1]** 14/17
**horrific [1]** 96/6
**Hotel [1]** 61/12
**hours [1]** 81/5
**house [3]** 41/18 95/17 98/18
**housing [1]** 67/15
**how [15]** 5/16 5/19 6/11 6/12 14/4 18/7 25/5 35/2 42/7 49/19 50/7 59/12 61/5 79/13 103/10
**however [3]** 25/16 46/12 72/16
**huge [5]** 66/1 66/12 89/16 89/16 96/9
**Huggins [24]** 5/11 23/3 81/9 81/10 81/16 81/22 82/4 82/9 82/10 82/20 83/4 83/20 83/25 84/17 84/22 85/15 85/16 85/17 85/18 85/22 86/11 86/12 86/13 87/5
**hundred [3]** 33/2 43/10 61/20
**hypothetical [1]** 20/14
**hypothetically [1]** 9/2

# I

**I'd [4]** 37/9 47/16 48/3 48/18
**I'll [14]** 9/13 14/25 17/21 19/3 26/16 38/7 39/17 46/20 49/20 49/23 55/20 71/1 80/3 80/8
**I'm [61]** 3/5 3/10 3/13 5/5 7/2 10/4 14/10 17/4 25/12 26/1 26/9 29/7 29/15 29/15 29/16 39/7 39/8 40/18 40/24 40/25 41/6 42/4 43/23 44/24 46/4 46/11 50/2 50/18 52/12 52/14 52/18 54/8 55/17 58/8 61/10 61/11 65/11 66/12 68/5 72/2 74/1 74/2 75/24 76/7 76/14 77/12 77/21 77/21 78/5 78/6 82/20 83/23 96/7 96/24 97/12 99/6 99/14 100/18 100/18 102/14 103/10
**I've [7]** 23/11 41/18 41/21 47/23 49/18 51/11 87/12
**illegal [15]** 12/17 12/19 12/21 12/23 34/8 36/13 48/21 49/4 49/11 50/5 62/1 62/21 89/17 89/19 90/7
**illegitimate [2]** 53/16 53/18
**illusion [3]** 33/22 33/23 33/23
**immediately [2]** 62/24 91/6
**impeach [1]** 44/8

**impeachable [1]** 44/3
**implicate [1]** 92/5
**implied [1]** 85/18
**important [3]** 26/13 27/16 72/13
**importantly [1]** 54/21
**imposed [1]** 101/24
**impression [1]** 27/10
**improper [1]** 56/11
**improve [1]** 100/14
**inappropriate [3]** 73/9 73/12 73/13
**incident [2]** 2/21 5/22
**inclined [1]** 4/12
**includes [1]** 42/8
**including [3]** 70/3 89/3 95/9
**income [22]** 39/23 40/1 40/9 40/10 40/14 40/17 40/20 41/12 41/14 41/14 42/8 42/11 42/19 43/2 43/4 43/6 43/9 43/24 43/25 44/5 45/16 45/21
**incomes [1]** 45/19
**increase [2]** 90/13 101/2
**increased [1]** 64/8
**indeed [1]** 103/9
**INDEX [1]** 104/13
**indicated [2]** 39/22 53/21
**indictment [5]** 87/14 88/7 91/3 100/18 100/19
**indictments [2]** 95/8 99/18
**indirectly [1]** 51/22
**individual [4]** 5/6 5/17 14/1 24/9 31/4 31/22 90/17
**industry [4]** 14/18 18/1 47/14 49/10
**informant [3]** 4/23 90/1 90/4
**information [18]** 20/12 20/19 49/25 53/4 54/2 66/6 66/7 66/8 66/9 78/18 79/12 79/14 79/17 86/17 92/2 97/6 97/10 97/17
**informing [1]** 86/8
**infraction [1]** 6/3
**initial [2]** 3/15 96/14
**initially [2]** 55/23 96/13
**initiate [2]** 33/4 37/21
**inquire [1]** 103/10
**inside [2]** 20/12 20/19
**insider [4]** 16/10 62/14 62/22 65/24
**insiders [2]** 19/9 32/6
**instance [1]** 48/20
**instances [3]** 52/5 53/20 56/18
**instead [2]** 2/13 34/12
**instruct [2]** 70/2 70/5
**instruction [1]** 70/9
**instructions [1]** 33/15
**intend [3]** 7/8 9/18 55/5
**intended [3]** 2/8 77/19 85/4
**intends [1]** 47/9
**intent [1]** 6/5
**interest [4]** 40/9 41/17 42/8 89/8
**interested [1]** 53/12
**interpret [1]** 71/8
**interpretation [1]** 80/8
**introduce [5]** 2/17 3/21 5/24 48/3 72/14
**introduced [1]** 96/24
**introduction [1]** 78/22
**investigates [1]** 48/15
**investigative [1]** 48/14
**investigator [1]** 49/9
**investing [1]** 60/14
**investment [3]** 32/1 42/9 54/25
**investor [4]** 31/4 31/4 84/5 84/10
**investors [3]** 24/4 50/13 89/10
**invoice [1]** 79/13

**involve [1]** 6/23
**involved [17]** 3/1 3/11 6/25 34/22 48/2 48/14 48/19 50/20 53/9 54/23 56/5 56/9 81/10 90/12 97/19 99/21 100/20
**iPhone [2]** 66/3 66/5
**irregular [1]** 68/18
**irrelevant [3]** 13/8 13/21 14/8
**IRS [2]** 43/24 44/11
**is [257]**
**isn't [2]** 71/19 81/18
**issue [7]** 2/7 47/2 53/13 56/4 57/12 58/14 70/23
**issued [4]** 65/19 65/22 65/23 85/6
**issues [7]** 12/3 13/8 13/21 46/19 46/24 47/8 67/18
**issuing [1]** 58/14
**it [217]**
**it'd [1]** 45/20
**it's [62]** 2/23 2/24 3/2 3/6 3/17 3/17 3/18 4/17 5/21 6/2 6/3 8/19 8/22 11/10 11/15 12/19 13/8 13/14 14/8 17/4 17/13 18/1 20/12 21/13 22/8 22/15 25/14 29/6 32/10 34/8 36/8 39/24 40/9 41/2 41/3 41/3 41/16 41/23 42/25 45/1 46/16 49/16 51/15 54/20 55/10 57/18 57/20 58/19 60/25 62/21 64/18 65/10 66/23 70/19 72/25 80/4 81/19 83/9 83/25 100/2 100/2 103/13
**item [1]** 52/4
**its [3]** 33/13 59/18 93/3

# J

**jail [3]** 67/14 97/25 98/10
**January [1]** 18/14
**Jeff [3]** 13/1 14/2 14/5
**Jeune [1]** 1/17
**Jewish [1]** 99/15
**job [1]** 44/15
**joint [1]** 42/23
**joke [1]** 74/6
**Jon [1]** 93/23
**Juan [6]** 36/14 36/15 36/18 36/19 36/20 37/1
**judge [50]** 1/11 3/9 3/21 4/15 7/4 13/10 17/20 25/14 27/19 28/7 28/25 29/13 44/9 44/13 49/23 52/10 52/14 56/3 58/6 59/4 59/6 59/7 68/12 68/25 69/15 71/11 71/21 72/8 96/23 96/23 97/20 97/23 98/20 98/23 99/6 99/12 101/23 102/2 102/5 102/17 103/7 103/13 103/21 104/2
**judges [1]** 70/2
**judgment [6]** 87/17 89/17 96/7 100/2 101/4 101/20
**judiciously [1]** 89/22
**Judith [2]** 1/22 104/10
**judy [1]** 1/25
**jump [1]** 58/18
**June [2]** 91/4 91/11
**juror [3]** 26/10 26/13 102/8
**juror's [1]** 27/25
**jurors [2]** 2/5 27/20
**jury [32]** 1/10 7/15 7/22 8/1 15/1 24/20 24/23 25/24 25/25 27/7 38/8 38/11 48/6 48/20 49/12 51/22 54/1 56/23 56/25 69/22 71/8 72/4 72/5 73/19 73/21 76/18 77/22 88/2 88/12 92/10 102/19 103/3
**jury's [3]** 27/4 59/11 73/5

## J

**just [68]** 3/10 3/12 4/16 5/6 5/9 6/11 6/20 6/21 7/5 7/16 11/14 19/3 22/5 25/20 27/20 27/24 29/6 32/15 34/2 34/17 35/1 35/7 36/2 36/18 36/25 37/17 38/19 38/19 40/5 41/21 41/24 43/9 44/9 46/9 46/25 47/2 47/5 47/7 47/19 49/11 49/14 51/7 51/19 53/10 53/17 53/20 54/22 55/18 56/3 65/1 66/23 68/24 69/3 70/8 71/1 71/16 73/16 74/16 79/15 79/22 80/7 80/13 81/9 83/24 90/6 95/14 102/13 103/4

## K

**Kanakaris [3]** 88/10 88/14 89/23
**keep [1]** 16/6
**kept [1]** 51/15
**KEVIN [12]** 1/6 22/15 30/8 75/8 76/19 77/13 81/23 81/24 82/9 82/12 84/17 85/12
**Kevin's [1]** 22/16
**kickback [2]** 48/22 91/5
**kickbacks [1]** 49/8
**kind [15]** 4/19 6/2 6/4 15/13 27/9 35/18 50/14 54/2 55/8 56/5 64/18 75/8 75/23 81/20 81/21
**kinds [1]** 60/6
**kitchen [1]** 99/16
**knew [4]** 13/3 14/15 75/22 87/4
**knocked [1]** 18/4
**know [50]** 3/17 5/8 5/10 5/15 5/16 5/25 7/6 9/12 14/1 14/4 14/10 15/6 16/2 16/3 16/5 18/10 20/12 21/12 25/4 25/5 28/4 30/8 30/10 35/23 39/7 39/9 39/21 40/4 41/19 42/8 46/6 51/21 51/24 52/23 52/24 54/9 54/15 57/20 60/20 62/13 64/21 69/17 70/21 71/13 80/6 84/1 90/22 90/25 102/7 102/7
**knowing [1]** 24/8
**knowledge [5]** 39/13 50/21 50/21 51/5 62/21
**known [3]** 13/19 14/5 93/6
**knows [1]** 32/8

## L

**label [1]** 79/17
**lack [1]** 84/3
**ladies [2]** 8/3 38/3
**laid [2]** 41/21 51/11
**language [1]** 17/25
**Lappen [4]** 94/3 98/3 98/4 98/5
**large [3]** 9/3 9/3 63/23
**larger [1]** 63/21
**Las [1]** 84/5
**last [10]** 2/8 10/4 14/20 19/20 27/3 39/1 48/1 71/12 83/15 83/24
**later [4]** 33/8 36/21 81/5 90/8
**Latin [1]** 36/17
**Lauderdale [1]** 1/20
**law [7]** 6/10 47/2 63/12 64/18 73/9 92/14 95/22
**laws [1]** 21/17
**lawyer [3]** 45/4 97/13 97/14
**lawyers [1]** 103/4
**lay [5]** 6/17 13/22 14/12 49/13 51/2
**layers [1]** 44/4
**lays [2]** 7/16 27/5
**Le [1]** 1/17
**leading [1]** 10/19

**least [6]** 28/18 40/15 43/12 46/11 102/4 103/20
**leave [2]** 102/8 102/11
**leaving [3]** 26/24 27/6 27/16
**led [1]** 6/7
**left [3]** 28/7 69/5 93/18
**legal [14]** 12/20 16/7 21/16 32/17 32/20 41/25 48/21 49/4 49/11 50/4 51/6 63/21 89/11 89/19
**legit [2]** 53/24 55/19
**legitimate [8]** 32/17 53/5 53/6 56/10 61/17 61/18 61/19 83/7
**legitimately [1]** 62/11
**Leslie [1]** 42/23
**let [5]** 21/21 30/8 46/6 96/8 96/9
**let's [66]** 10/22 11/25 13/1 15/2 15/5 15/25 16/25 17/10 18/25 19/2 19/16 20/8 20/24 21/2 21/18 22/17 22/25 23/17 23/19 24/12 30/5 30/13 30/22 32/4 33/9 34/2 34/15 35/5 35/7 35/15 36/5 37/4 37/10 37/13 37/25 38/2 57/9 58/17 58/23 59/2 61/2 61/22 63/1 63/12 63/15 64/12 65/12 66/4 66/13 66/20 67/6 67/20 67/25 68/3 75/3 75/12 75/17 81/8 81/13 82/14 86/21 86/23 90/10 95/3 98/2 100/1
**letter [6]** 81/21 87/15 94/10 94/13 94/18 94/25
**letters [3]** 15/17 15/18 89/10
**level [5]** 43/14 44/6 61/1 98/7 100/15
**lie [2]** 44/11 96/14
**lied [2]** 96/18 97/16
**lies [1]** 96/20
**lieu [1]** 57/12
**lift [2]** 82/21 82/22
**like [26]** 4/18 4/24 5/7 5/9 7/13 8/20 28/18 35/24 45/21 46/4 46/10 47/16 48/3 48/18 59/16 65/7 66/5 67/19 69/10 69/12 69/13 72/15 81/5 83/7 95/13 102/11
**likely [2]** 21/15 66/10
**line [2]** 14/10 40/8
**lined [1]** 80/14
**lines [1]** 11/1
**linked [1]** 12/4
**linking [1]** 12/22
**liquidity [3]** 17/17 50/10 50/13
**list [1]** 47/11
**listed [1]** 41/7
**listen [1]** 49/9
**listening [1]** 7/14
**literally [3]** 32/16 61/7 96/17
**litigating [1]** 53/25
**little [10]** 6/11 8/7 44/2 46/20 60/9 79/21 82/20 82/22 83/12 103/16
**living [1]** 95/17
**loading [2]** 19/20 81/9
**loads [1]** 21/21
**loan [10]** 39/21 39/21 39/22 40/15 40/21 40/22 41/1 42/17 42/19 42/25
**located [1]** 19/9
**long [4]** 15/7 15/11 29/1 90/9
**longer [4]** 25/5 87/8 94/22 102/9
**look [13]** 8/5 19/3 19/6 19/6 19/7 19/8 39/24 45/10 45/11 49/3 79/4 83/13 89/10
**looked [4]** 39/14 43/22 45/12 59/16
**looking [12]** 9/1 12/8 17/4 18/2 24/5 25/12 39/15 41/6 59/8 74/25 88/14 90/4

**looks [2]** 65/10 81/5
**loose [1]** 63/10
**lot [9]** 17/9 29/7 41/16 74/13 99/15 100/10 101/2 101/3 101/14
**Louis [1]** 94/3
**low [4]** 41/17 50/12 98/20 99/10
**lowered [1]** 94/24
**lunch [1]** 38/7

## M

**machine [1]** 100/14
**made [19]** 2/18 6/19 12/24 16/22 36/16 40/25 56/6 57/25 65/19 77/16 78/12 78/13 85/11 87/4 95/6 96/19 97/21 99/12 101/3
**Madoff [2]** 67/9 67/10
**mail [1]** 37/14
**mailing [1]** 78/1
**major [3]** 81/12 100/10 100/23
**make [21]** 20/22 27/10 31/4 31/11 38/6 42/2 43/17 44/22 46/12 47/5 51/17 53/19 65/3 69/3 70/8 76/21 77/17 78/1 93/5 96/7 102/14
**maker [1]** 30/21
**makes [2]** 34/9 93/14
**making [2]** 75/22 79/6
**man [1]** 45/21
**manages [1]** 31/3
**manipulate [2]** 24/6 87/11
**manipulated [1]** 62/10
**manipulating [3]** 36/9 36/12 82/23
**manipulation [4]** 23/23 32/15 48/21 48/23
**manipulations [1]** 48/15
**manipulative [1]** 90/13
**many [1]** 66/9
**MARC [10]** 1/6 12/6 35/10 54/23 75/16 77/11 77/24 80/25 86/7 86/16
**Marc's [1]** 77/11
**March [15]** 47/21 76/20 77/5 77/11 77/14 77/25 78/21 80/22 80/24 81/3 84/18 84/20 85/11 86/7 86/16
**marcseaverpage [2]** 22/7 22/15
**mark [1]** 58/19
**marked [3]** 24/12 76/15 78/5
**market [29]** 8/20 8/21 9/2 9/20 12/5 12/14 12/15 12/20 12/23 20/3 20/5 23/23 32/13 32/15 34/24 36/9 48/15 48/17 48/21 48/23 50/14 50/15 66/9 74/24 82/21 82/22 82/23 83/11 89/4
**marketplace [5]** 8/25 16/19 24/8 32/11 84/4
**Markets [1]** 32/14
**marking [1]** 77/3
**match [5]** 46/25 48/20 49/8 50/9 51/13
**material [1]** 65/25
**math [1]** 43/23
**matter [5]** 2/5 47/7 70/17 83/8 104/6
**matters [2]** 24/24 27/16
**Mauricio [2]** 1/17 46/24
**maximum [1]** 93/11
**may [18]** 8/8 26/15 29/9 42/9 46/16 52/24 53/4 53/4 57/1 65/22 68/13 69/16 73/22 78/8 88/2 94/21 102/6 103/19
**maybe [13]** 8/6 8/7 17/13 27/17 38/21 40/4 43/25 44/2 52/7 53/15 72/10 88/20 103/15
**me [53]** 3/24 12/6 19/6 21/21 22/6 22/15 23/20 25/1 25/2 29/24 30/9

## M

**me...** [42] 33/15 34/21 35/20 35/21 38/17 39/4 40/20 41/3 41/9 41/11 42/1 42/3 43/3 43/18 45/7 46/6 46/13 54/7 59/16 67/19 70/25 74/3 76/20 77/7 77/15 77/24 78/1 81/7 86/3 86/17 86/17 88/14 89/6 89/13 89/15 89/23 89/24 95/12 96/9 97/13 100/8 100/20
**mean** [62] 4/16 5/21 5/22 6/13 6/15 8/23 11/2 11/13 15/8 16/1 16/15 19/21 20/1 20/11 21/4 21/14 23/22 28/5 30/18 31/1 31/15 32/5 32/18 33/13 33/20 35/11 35/16 36/10 36/15 39/9 40/14 41/16 41/18 44/12 45/16 51/22 55/13 56/9 58/3 58/7 58/12 60/22 61/17 62/9 62/19 63/4 63/18 65/6 65/17 66/16 75/7 75/20 76/1 76/9 82/22 83/4 83/16 84/8 85/16 86/12 89/7 94/5
**meaning** [1] 48/8
**means** [9] 8/24 11/14 50/10 50/11 50/12 60/11 62/10 63/20 90/5
**meant** [4] 12/5 17/5 36/17 76/4
**meet** [2] 30/8 33/13
**meeting** [8] 3/23 3/24 4/6 33/16 71/16 73/25 74/5 74/9
**meetings** [1] 5/25
**members** [4] 70/7 76/18 77/22 88/12
**memo** [1] 52/4
**memorandum** [2] 25/12 46/4
**memory** [3] 71/16 73/17 100/8
**mention** [2] 12/4 13/1
**mentioned** [17] 13/2 21/3 21/12 32/5 32/16 34/19 35/2 36/14 60/19 62/18 63/9 63/18 66/16 67/9 74/10 82/20 88/11
**merge** [1] 88/17
**messages** [1] 18/11
**met** [3] 30/11 33/18 95/7
**Miami** [5] 1/5 1/16 1/23 1/24 93/24
**middle** [7] 8/15 11/10 17/1 35/16 36/8 62/5 94/14
**might** [7] 4/2 32/1 57/17 57/17 57/18 102/14 102/15
**million** [2] 39/19 100/13
**mind** [8] 9/11 9/12 13/11 13/13 13/15 13/16 58/5 76/5
**mine** [2] 9/21 81/18
**miniature** [1] 59/15
**minimum** [1] 12/9
**minute** [8] 23/19 24/19 30/1 35/7 45/1 58/18 69/20 72/18
**minutes** [6] 68/6 69/1 71/13 71/21 72/12 96/17
**misconduct** [2] 99/22 101/21
**misleading** [2] 100/21 101/13
**missing** [4] 26/9 26/10 74/1 102/14
**misspelled** [1] 97/8
**mistaken** [1] 27/9
**mitigate** [1] 54/4
**moment** [6] 19/2 34/17 35/15 69/16 102/6 103/5
**Mondays** [1] 65/16
**money** [15] 16/4 20/22 32/23 32/24 33/7 41/16 62/24 82/13 89/15 89/18 91/5 100/17 101/3 101/5 101/15
**monitoring** [4] 4/3 4/25 4/25 59/14
**month** [1] 98/8
**monthly** [2] 39/25 42/20

**months** [6] 36/21 47/20 48/5 90/8 98/8 98/18
**more** [18] 16/9 21/15 26/13 33/17 33/19 40/2 40/3 43/24 51/19 52/4 54/21 60/9 60/13 62/25 64/19 66/10 69/1 87/5
**morning** [9] 2/3 3/6 8/3 8/4 87/2 90/8 102/20 103/1 103/24
**most** [2] 15/19 70/1
**motion** [12] 2/12 38/12 44/24 45/2 45/4 51/4 94/14 94/25
**motive** [1] 5/17
**Motors** [1] 45/25
**mouth** [1] 16/6
**move** [6] 7/20 10/21 20/13 67/2 72/16 87/13
**moving** [2] 64/16 103/11
**Mr** [8] 13/6 13/19 28/1 58/24 58/25 61/5 77/4 82/9
**Mr.** [171]
**Mr. Aldazabal** [3] 3/4 49/20 72/11
**Mr. Brennan** [27] 2/9 2/18 3/2 3/3 23/3 26/8 26/19 30/10 37/17 37/22 53/17 56/4 56/18 59/24 60/16 60/19 61/5 64/5 65/13 67/14 69/2 71/12 74/5 74/9 74/12 87/1 87/3
**Mr. Brennan's** [1] 86/1
**Mr. Davidson** [11] 6/15 7/3 8/8 24/14 26/15 27/17 27/18 29/17 69/9 71/2 73/23
**Mr. Day** [13] 2/19 38/11 43/21 44/7 44/11 44/15 44/21 47/3 49/19 52/21 53/11 53/22 87/21
**Mr. Day's** [1] 44/4
**Mr. Don** [1] 81/9
**Mr. Ellisor** [1] 54/10
**Mr. Epstein** [41] 4/18 6/20 7/6 7/23 8/9 13/13 14/1 14/15 25/17 26/4 26/7 26/18 30/3 37/7 38/20 39/1 39/2 39/4 39/18 43/23 44/8 44/9 45/3 45/21 53/14 55/8 55/23 57/3 58/11 69/1 70/10 71/3 71/12 73/25 74/9 80/11 87/17 87/19 88/6 103/7 103/17
**Mr. Epstein's** [3] 5/10 24/25 71/16
**Mr. Galpern** [5] 13/2 13/4 13/9 14/16 14/17
**Mr. Huggins** [11] 5/11 23/3 81/16 81/22 82/4 82/10 82/20 83/4 83/20 83/25 85/22
**Mr. Lappen** [3] 98/3 98/4 98/5
**Mr. Page** [40] 2/21 2/21 2/25 8/19 9/7 10/2 11/1 12/22 13/2 15/6 15/14 17/1 17/23 18/7 18/18 19/24 23/6 23/11 23/13 26/7 26/18 33/9 35/3 37/16 37/19 37/21 53/12 53/16 55/21 58/2 58/5 58/7 58/11 75/24 76/1 76/4 79/25 80/4 80/5 80/12
**Mr. Page's** [3] 9/11 10/14 86/15
**Mr. Rodriguez** [3] 90/25 91/7 91/9
**Mr. Soto** [3] 49/24 54/17 71/25
**Mr. Wright** [1] 28/22
**much** [7] 16/6 25/5 39/9 41/19 83/12 84/5 95/11
**multiple** [3] 19/5 42/20 44/4
**multiplication** [1] 41/4
**multiplied** [1] 39/25
**must** [1] 52/21
**my** [67] 3/9 3/14 3/25 4/15 5/4 14/6 17/12 19/5 21/25 22/7 22/14 22/20 25/10 26/12 33/17 39/13 40/13 41/4

41/18 42/8 42/8 42/18 49/23 50/6 51/4 52/22 53/5 53/11 54/24 59/17 62/21 65/6 70/19 71/24 71/25 72/10 74/12 74/13 74/15 77/6 77/10 79/6 80/24 85/12 85/13 85/19 86/6 86/8 88/20 89/20 90/5 90/8 93/19 94/2 94/18 94/20 94/24 95/12 95/17 96/2 96/3 96/3 96/9 96/14 99/13 100/16 100/7 100/14
**myself** [2] 85/12 89/17

## N

**name** [14] 13/19 14/1 18/23 22/8 34/4 34/6 34/7 34/12 34/12 36/18 47/10 77/15 100/7 104/14
**names** [1] 94/3
**nature** [3] 13/12 57/16 93/5
**NE** [1] 1/15
**necessarily** [1] 41/15
**need** [13] 9/7 10/3 10/6 10/9 10/10 10/15 19/24 21/6 21/7 27/15 38/19 52/25 58/13
**needed** [6] 12/11 12/12 61/25 64/7 64/8 89/12
**needs** [5] 19/12 27/8 31/15 41/16 52/25
**never** [6] 11/19 35/1 36/3 53/5 54/7 95/13
**new** [4] 52/15 79/7 88/15 88/18
**news** [14] 19/7 20/17 20/18 31/16 31/25 31/25 50/16 65/13 65/16 65/18 65/19 65/22 65/23 66/11
**next** [12] 4/3 5/15 7/14 18/10 20/16 22/11 27/5 28/3 72/16 79/22 100/25 103/20
**night** [2] 39/1 104/2
**night's** [2] 8/6 102/25
**nightmare** [1] 67/16
**no** [53] 1/2 2/12 6/20 7/20 10/16 12/21 17/10 17/21 27/14 28/12 28/12 32/14 32/19 32/24 33/2 37/9 37/9 37/20 37/24 42/12 42/18 45/1 45/14 45/16 46/2 46/14 51/1 51/17 56/6 60/1 64/21 68/25 70/23 73/6 73/14 73/14 73/14 74/15 76/7 78/24 80/7 80/7 83/8 83/25 87/7 87/22 87/23 90/24 91/2 93/10 97/10 98/16 101/23
**nobody** [1] 67/14
**non** [2] 60/7 60/8
**non-reporting** [2] 60/7 60/8
**nonparty** [1] 45/4
**North** [1] 52/17
**not** [111]
**notation** [5] 17/2 17/24 21/23 22/12 80/20
**nothing** [8] 2/21 2/25 12/24 53/16 53/18 55/12 100/24 101/12
**notice** [1] 2/8
**now** [33] 5/9 10/25 13/24 15/17 19/20 24/4 25/3 26/15 26/21 29/4 37/10 38/14 38/22 42/22 44/8 47/23 52/23 53/22 56/13 56/23 65/16 67/25 69/2 69/4 69/13 70/18 74/17 78/7 92/21 96/19 97/24 100/23 102/16
**number** [32] 8/16 11/2 19/19 22/4 22/8 22/16 24/13 26/21 27/2 27/3 27/4 28/2 28/9 28/10 28/11 28/16 28/18 28/21 31/23 31/24 48/8 57/6 57/18 58/18 58/19 59/3 76/25 77/23 78/19 78/20 82/1 99/12
**numbering** [1] 17/3

**N**

**numbers [3]**  17/16 19/22 44/2

**O**

**oath [3]**  8/10 26/4 57/4
**object [2]**  49/19 71/6
**objecting [2]**  55/17 72/2
**objection [24]**  9/10 9/13 10/19 13/5 13/23 14/7 14/11 14/23 14/25 17/18 26/23 26/23 51/17 58/4 58/9 76/3 76/7 78/24 80/2 80/9 87/14 87/22 87/23 98/22
**obligations [1]**  93/4
**obviously [7]**  4/17 4/19 5/10 9/12 52/24 60/23 65/7
**occur [1]**  65/25
**occurred [2]**  48/5 55/1
**off [12]**  16/1 16/3 16/5 21/9 21/9 28/7 40/6 42/14 44/2 75/23 98/2 100/1
**offenses [1]**  93/11
**offer [2]**  23/21 24/8
**offers [2]**  85/19 85/20
**office [3]**  1/15 1/19 31/10
**officer [2]**  30/19 81/12
**Official [1]**  1/23
**often [1]**  33/17
**oh [7]**  3/2 7/4 22/15 26/10 26/12 58/8 80/11
**okay [36]**  7/5 7/22 8/19 9/7 10/17 13/25 19/16 20/23 22/1 22/3 23/6 23/16 25/23 26/21 30/12 35/2 35/5 37/10 38/23 40/22 44/22 44/25 46/15 48/16 52/1 52/3 56/1 56/23 67/14 68/10 69/8 84/23 91/17 102/8 103/19 103/23
**once [6]**  11/14 20/17 38/4 66/11 80/15 89/21
**one [56]**  3/22 4/24 5/18 10/25 11/3 11/5 11/6 11/21 12/7 12/16 12/24 15/11 15/12 16/8 16/9 16/9 16/11 16/12 17/14 17/19 21/11 22/24 24/24 24/24 26/9 26/24 27/15 28/3 31/23 33/15 45/10 49/13 51/19 52/4 53/10 59/4 60/7 63/8 64/7 64/11 64/21 69/16 71/22 74/1 74/24 75/1 76/11 82/7 83/22 95/9 96/17 98/6 99/12 100/6 102/6 103/20
**one-for-three [5]**  12/16 15/11 16/8 16/9 22/24
**only [9]**  3/9 4/15 5/3 11/18 17/14 39/16 56/5 72/5 89/6
**open [1]**  68/13
**opening [2]**  54/24 56/11
**operates [1]**  32/20
**operation [1]**  3/15
**opine [1]**  50/18
**opinion [4]**  49/4 49/13 51/2 51/23
**opinions [2]**  51/7 57/16
**opportunity [1]**  4/22
**opposed [3]**  8/25 35/12 57/14
**OPTZ [24]**  18/23 19/14 21/22 21/24 22/2 22/13 23/6 23/8 23/12 47/19 76/15 77/3 77/8 77/13 77/21 80/18 80/20 81/11 84/12 84/24 85/9 85/25 86/4 86/14
**orally [2]**  25/16 46/12
**orchestrated [2]**  32/10 90/16
**order [10]**  2/1 7/19 33/4 35/20 36/11 39/20 46/24 48/5 62/25 75/22
**Oremland [1]**  47/10

**original [2]**  101/8 101/12
**other [46]**  2/18 6/3 6/6 12/13 12/25 14/8 15/12 17/23 18/4 19/11 28/25 30/3 32/22 34/9 36/20 38/5 40/9 41/17 41/23 42/6 42/9 44/13 45/10 48/9 48/14 49/14 51/19 55/18 56/6 56/10 56/17 60/8 60/19 60/25 71/2 74/15 83/20 85/21 86/3 88/17 92/14 93/14 95/8 95/9 99/13 99/20
**otherwise [3]**  29/4 73/17 95/1
**our [11]**  4/5 4/19 5/12 29/5 29/19 46/25 53/20 55/15 64/5 68/11 68/17
**out [45]**  6/16 9/24 11/23 19/7 20/14 20/15 20/15 20/17 24/4 26/25 27/6 27/16 31/16 31/24 32/11 36/18 37/19 39/25 41/21 44/16 51/9 51/11 57/18 62/16 65/8 66/11 67/23 74/13 76/21 77/16 77/17 78/2 78/12 78/13 79/6 79/17 79/20 83/16 83/17 85/18 85/20 86/11 86/12 90/5 100/12
**outset [1]**  89/9
**outside [2]**  25/9 68/2
**outstanding [4]**  95/1 95/4 95/12 95/20
**overdo [1]**  70/15
**overhead [1]**  77/22
**overrule [5]**  14/11 17/21 76/7 80/3 80/8
**oversee [1]**  31/10
**overseen [1]**  47/15
**oversees [2]**  47/13 66/18
**overstated [1]**  43/24
**own [10]**  27/10 39/13 41/18 44/11 56/11 63/21 68/17 83/18 95/10 95/10

**P**

**p.m [13]**  18/14 38/10 56/25 69/22 69/23 69/24 72/31 77/5 77/11 77/25 86/16 103/3 104/3
**pad [1]**  41/25
**page [96]**  1/6 1/19 2/21 2/21 2/25 8/15 8/19 9/7 10/2 11/1 11/1 11/10 11/22 11/25 12/4 12/22 13/1 13/2 15/5 15/6 15/14 15/22 16/22 16/24 17/1 17/1 17/23 18/7 18/13 18/14 18/18 19/20 19/24 22/11 23/6 23/8 23/11 23/13 23/14 24/13 26/7 26/18 29/23 30/25 33/9 34/18 35/3 35/10 35/16 36/8 37/16 55/21 58/2 58/5 58/7 58/11 58/19 58/20 58/25 62/5 62/9 65/12 74/21 74/21 75/16 75/24 76/1 76/4 76/14 77/11 77/24 78/14 79/25 80/4 80/5 80/12 80/18 82/1 86/7 86/16 91/3 92/1 92/13 92/17 93/2 93/17 94/25 97/5 98/2 98/6 101/5
**Page's [3]**  9/11 10/14 86/15
**pages [4]**  1/7 18/11 21/22 84/25
**paid [19]**  11/4 11/5 11/6 12/15 15/7 15/12 18/7 35/24 37/2 43/23 45/18 57/13 57/13 61/25 62/1 75/23 76/12 98/19 101/6
**panel [1]**  53/3
**paper [2]**  21/3 58/13
**papered [1]**  12/19
**Paragraph [3]**  92/13 92/17 93/2
**parameters [2]**  31/7 51/15
**parcel [1]**  55/15
**Pardon [1]**  29/11
**parked [2]**  11/11 11/12
**parking [1]**  74/13
**Parkland [1]**  39/19

**part [8]**  3/12 10/4 20/3 48/15 55/15 73/13 79/4 89/20
**particular [13]**  5/17 9/11 15/21 17/19 24/9 31/21 32/1 35/10 48/8 53/11 54/19 54/19 101/11
**particularized [1]**  51/5
**particularly [1]**  29/7
**parts [2]**  71/3 71/4
**pass [1]**  15/9
**passed [1]**  60/24
**past [3]**  14/19 53/17 53/18
**pattern [1]**  54/13
**pause [16]**  15/5 16/25 19/2 20/8 23/19 30/1 30/15 30/24 32/4 34/2 34/17 35/7 35/15 37/13 57/9 61/15
**pausing [1]**  35/16
**pay [15]**  12/12 16/5 16/11 21/8 21/9 35/22 35/22 35/24 40/17 45/17 63/7 67/4 75/1 90/5 92/1
**pay-for-play [2]**  63/7 67/4
**paying [2]**  16/3 61/20
**payment [6]**  16/21 34/5 34/14 48/21 48/22 76/22
**payoff [3]**  16/20 21/8 21/10
**penalties [2]**  93/11 101/24
**Pennsylvania [2]**  51/9 88/7
**penny [19]**  15/19 17/10 17/24 18/3 31/18 48/17 50/14 50/15 60/6 83/11 84/4 89/4 95/21 96/1 96/3 97/7 97/16 97/18 100/8
**people [9]**  7/5 32/9 57/19 63/24 64/1 64/19 95/9 95/11 96/8
**per [1]**  96/12
**percent [5]**  8/14 12/10 35/9 39/10 63/5
**percentage [1]**  8/20
**percipient [1]**  50/20
**perfectly [1]**  89/11
**perhaps [2]**  3/3 32/7
**period [9]**  47/20 48/5 72/18 75/1 94/21 95/5 95/25 96/5 100/9
**person [22]**  4/18 6/19 10/18 14/8 14/20 16/14 24/10 34/23 35/2 35/8 61/19 62/11 64/23 65/3 76/11 76/11 78/3 83/25 92/5 92/6 95/3 100/25
**personal [1]**  50/21
**perspective [1]**  28/19
**phantom [14]**  12/14 15/10 20/4 22/22 32/20 32/22 36/16 57/23 62/15 64/11 64/25 77/2 86/9 87/5
**Philadelphia [4]**  93/25 94/4 96/23 102/3
**phone [16]**  21/13 22/8 22/16 33/20 33/21 33/25 36/11 38/6 46/23 58/20 78/20 87/4 89/24 90/2 90/25 95/7
**phrase [1]**  15/1
**physically [3]**  3/23 4/1 95/18
**pitched [1]**  34/21
**pitching [1]**  12/6
**place [1]**  14/21
**plain [2]**  36/10 54/22
**Plaintiff [2]**  1/4 1/14
**plan [2]**  55/14 103/14
**planner [1]**  59/16
**planning [2]**  2/13 26/1
**platform [1]**  83/8
**platforms [3]**  83/4 83/5 83/13
**plausible [1]**  31/25
**play [17]**  18/10 27/2 27/20 27/21 27/21 27/22 28/13 28/14 28/21 29/4 29/18 63/7 67/4 68/6 68/10 69/5 69/12

# P

**played [70]** 8/17 9/5 10/23 11/8 12/1
15/3 15/23 16/24 18/8 18/16 18/21
19/1 19/17 20/7 20/25 21/19 22/18
23/1 23/18 27/8 29/22 29/25 30/6
30/14 30/23 32/3 33/11 34/1 34/16
35/6 35/14 36/4 36/6 37/3 37/5 37/12
37/17 38/1 57/8 58/22 59/9 59/19
59/22 60/2 61/3 61/11 61/23 62/7 63/2
63/16 64/3 64/13 65/14 66/14 66/21
67/7 67/21 74/18 75/4 75/13 75/18
79/19 79/23 81/14 82/2 82/15 82/18
83/1 86/22 86/24
**player [6]** 16/1 16/2 19/11 19/12 75/25
76/2
**playing [6]** 28/7 29/1 37/11 71/4 71/21
81/13
**plea [5]** 87/14 91/20 92/21 93/2 93/14
**plead [2]** 91/17 91/22
**please [5]** 14/15 80/25 86/15 98/12
100/4
**point [11]** 11/21 14/21 25/6 25/21
39/12 59/18 73/11 86/19 100/11
100/14 103/15
**Ponzi [1]** 67/10
**portion [9]** 22/5 33/7 69/12 77/23
83/24 84/15 85/25 87/1 94/14
**portions [2]** 59/11 72/9
**position [1]** 4/2
**possible [3]** 68/15 89/2 103/21
**possibly [3]** 66/10 80/6 98/23
**potential [1]** 95/8
**PR [1]** 85/3
**practical [2]** 32/24 62/21
**precisely [1]** 51/10
**prefaced [1]** 5/5
**preference [1]** 4/5
**prejudicial [2]** 3/17 3/18
**preliminary [1]** 2/4
**premise [1]** 44/14
**prepared [2]** 46/4 70/13
**preparer [1]** 39/7
**presence [3]** 25/9 39/2 39/2
**present [8]** 3/12 3/23 4/1 6/12 7/9
56/10 95/18 97/1
**presented [2]** 16/17 53/13
**preserve [1]** 7/18
**president [1]** 45/25
**press [20]** 9/7 9/8 9/15 9/18 9/23 10/15
20/13 65/9 66/4 85/3 85/4 85/5 85/7
85/8 90/17 100/12 100/21 100/24
101/1 101/13
**pretending [2]** 6/21 7/7
**pretty [3]** 16/6 90/2 95/11
**previous [1]** 86/10
**previously [6]** 10/3 10/5 23/3 31/18
78/5 96/24
**price [21]** 9/2 11/20 15/10 19/7 23/24
23/25 36/9 36/12 48/7 51/13 63/25
64/7 64/15 64/17 64/20 64/22 66/11
75/10 82/23 90/14 101/2
**prices [3]** 23/24 24/4 83/14
**pricing [1]** 83/10
**priest [2]** 99/14 99/15
**principles [1]** 19/9
**printed [1]** 79/17
**prior [3]** 10/12 23/12 65/21
**private [3]** 8/24 47/12 47/12
**probably [11]** 17/7 17/11 20/17 21/17

26/1 33/19 45/21 55/7 55/8 84/5 95/7
**probation [3]** 14/22 96/2 98/19
**problem [7]** 3/19 4/15 6/14 55/25 64/5
71/10 72/15
**problems [2]** 10/1 87/2
**proceed [7]** 6/12 8/8 8/15 26/15 57/1
69/10 73/22
**proceeding [3]** 99/20 99/25 101/18
**proceedings [7]** 24/21 38/9 69/23 99/1
99/21 104/3 104/6
**process [1]** 100/20
**producing [1]** 59/8
**professionals [1]** 60/25
**proffer [6]** 25/10 39/17 40/5 41/10 42/2
55/21
**profit [1]** 66/12
**program [23]** 9/19 9/20 9/23 10/6 10/13
12/20 12/23 16/17 16/18 16/21 20/3
23/4 33/4 33/8 34/24 63/7 63/7 63/8
64/10 76/10 77/14 82/7 82/8
**promises [2]** 93/9 93/14
**promoter [1]** 14/6
**proof [2]** 54/7 96/18
**properly [1]** 12/19
**propose [2]** 25/8 102/17
**proposed [1]** 19/21
**prosecution [1]** 70/8
**prosecutor [5]** 71/2 73/11 94/5 97/3
98/4
**prosecutor's [1]** 59/5
**prosecutors [1]** 70/4
**prospective [1]** 33/18
**protect [1]** 92/6
**provide [4]** 49/3 51/6 51/7 92/2
**provided [5]** 39/1 39/3 39/16 91/5
97/17
**public [20]** 1/19 8/25 32/11 58/13 60/7
60/14 60/21 65/19 65/20 65/21 65/23
66/1 88/18 89/8 89/12 89/16 89/18
89/21 89/24 89/25
**publicly [2]** 66/18 88/17
**publish [3]** 59/6 78/23 88/2
**pull [1]** 29/15
**pulling [1]** 29/13
**pumping [1]** 9/21
**purchased [2]** 85/23 86/9
**purpose [3]** 34/11 53/25 79/9
**purposes [3]** 32/24 53/20 62/21
**pushing [2]** 18/2 62/2
**put [16]** 2/16 23/21 36/22 47/2 47/6
47/9 47/18 56/18 62/11 68/14 68/16
77/21 85/19 88/17 89/23 96/9
**puts [1]** 101/1
**putting [3]** 5/6 40/20 103/12

# Q

**qualified [1]** 89/10
**quarter [1]** 62/15
**quarterly [1]** 60/11
**quarters [2]** 62/14 62/16
**quash [3]** 38/12 44/24 45/6
**question [8]** 3/20 5/4 10/19 26/17
71/15 71/18 71/22 99/4
**questions [4]** 55/8 72/17 72/22 73/16
**quick [1]** 19/3
**quickly [2]** 12/12 62/12
**quit [1]** 29/15
**quite [5]** 6/1 44/20 55/5 101/3 101/13
**quote [2]** 55/19 89/7
**quoting [1]** 17/7

# R

**raise [3]** 11/19 12/3 49/15
**raised [3]** 46/20 47/8 53/9
**raising [1]** 82/23
**ran [3]** 67/10 99/16 100/15
**range [3]** 57/20 94/15 98/8
**rates [1]** 41/17
**rather [2]** 29/15 46/23
**ratio [1]** 21/10
**RC [1]** 104/14
**Rd [2]** 1/17 104/14
**re [1]** 26/16
**re-ask [1]** 26/16
**reaches [1]** 37/19
**reaction [2]** 3/15 96/14
**read [4]** 71/3 71/3 72/1 72/9
**Reading [1]** 85/19
**ready [2]** 23/7 23/12
**Realistically [1]** 64/21
**realize [1]** 33/24
**really [10]** 5/20 28/4 33/20 44/3 44/17
54/21 67/17 67/18 83/23 95/12
**REALTIME [1]** 104/10
**rear [1]** 32/2
**reason [10]** 45/8 47/1 49/15 53/8 53/8
54/23 55/1 55/23 87/7 99/10
**reasons [1]** 49/13
**recall [4]** 23/5 37/20 79/5 79/6
**receive [3]** 44/7 57/21 81/6
**received [10]** 80/25 81/3 85/6 86/4
95/22 97/6 97/9 98/18 99/1 99/1
**receiver's [1]** 79/16
**receiving [1]** 35/12
**recess [5]** 24/19 69/20 102/19 103/2
103/23
**recessed [3]** 24/21 38/9 69/23
**recognize [3]** 93/17 93/20 94/3
**recollection [6]** 73/4 73/10 74/12 74/15
79/7 88/20
**recommend [1]** 98/6
**recommendation [1]** 94/23
**recommendations [1]** 93/15
**reconciled [1]** 33/6
**reconciliation [2]** 16/16 16/18
**record [6]** 28/15 40/20 42/5 58/3 58/12
104/6
**recorded [6]** 5/15 18/11 23/8 37/22
58/25 91/1
**recording [10]** 2/17 4/2 4/4 6/19 7/9
7/15 18/18 59/21 59/25 71/17
**recordings [1]** 56/14
**records [2]** 24/25 45/8
**reduced [1]** 92/22
**reduction [2]** 93/9 93/10
**refer [1]** 73/3
**reference [2]** 36/16 78/14
**referenced [3]** 54/18 67/15 99/17
**references [1]** 99/12
**referencing [1]** 40/11
**referred [1]** 71/6
**referring [11]** 54/15 61/16 63/10 66/24
67/9 74/23 75/15 77/18 80/12 81/16
81/22
**refinance [3]** 39/18 39/20 44/1
**refinanced [2]** 39/18 39/19
**refinancing [1]** 41/15
**reflect [1]** 28/15
**refresh [2]** 73/3 73/10
**regarding [3]** 41/7 43/17 54/25

117

# R

**regards** [1]  100/21
**regulated** [1]  47/14
**regulations** [5]  21/17 31/13 65/5 65/8
 67/1
**regulatory** [2]  57/11 101/10
**relate** [3]  2/20 3/13 6/4
**related** [1]  72/22
**relates** [3]  3/3 84/15 87/19
**relating** [1]  100/3
**relations** [7]  89/8 89/13 89/16 89/18
 89/21 89/24 89/25
**release** [3]  20/13 65/9 66/4
**releases** [12]  9/24 85/4 85/4 85/5 85/7
 85/8 90/17 100/12 100/21 100/25
 101/1 101/13
**relevance** [1]  13/5
**relevant** [2]  13/15 53/20
**remember** [7]  30/11 30/11 34/20 37/16
 73/2 74/10 97/20
**remind** [1]  25/20
**reminded** [2]  8/9 38/4
**repeat** [3]  10/4 61/10 68/24
**repeats** [1]  11/1
**rephrase** [1]  30/9
**replay** [2]  28/11 28/12
**replied** [1]  86/17
**reported** [3]  1/22 41/7 43/1
**Reporter** [3]  1/23 104/10 104/10
**reporting** [7]  60/4 60/7 60/8 60/8 60/9
 60/11 60/18
**reports** [1]  60/12
**represent** [2]  17/16 24/4
**representative** [2]  10/12 47/16
**represents** [2]  24/9 98/7
**Repst69975** [1]  22/10
**reputable** [1]  14/20
**reputation** [1]  14/17
**requested** [2]  39/4 77/15
**requesting** [1]  76/21
**requirement** [1]  33/14
**reset** [1]  29/2
**Residential** [2]  39/21 40/15
**resign** [1]  29/16
**resolve** [1]  46/24
**resolved** [1]  25/21
**resources** [1]  2/14
**respect** [3]  47/8 49/4 53/11
**respectfully** [1]  70/1
**respond** [5]  15/7 25/14 25/15 47/3
 73/16
**responded** [2]  77/5 84/7
**response** [6]  25/12 55/7 77/4 81/3 86/1
 86/15
**result** [6]  34/25 87/10 94/20 99/13
 99/21 101/23
**return** [1]  40/23
**returned** [1]  41/25
**Returning** [1]  57/6
**returns** [7]  39/3 39/7 39/14 42/22
 42/23 43/15 44/10
**reverse** [2]  88/17 88/23
**reviewed** [2]  39/1 42/4
**RICHARD** [5]  1/10 42/23 54/23 100/3
 104/15
**ride** [3]  68/7 69/2 74/14
**right** [66]  2/2 2/25 3/5 3/8 7/11 8/2 8/8
 13/23 14/25 17/24 18/10 19/19 21/24
 21/25 22/1 22/12 25/8 25/11 25/19

26/2 26/3 26/15 28/20 29/17 29/21
30/5 38/2 38/3 38/21 38/24 42/14
43/12 43/23 45/5 45/5 49/7 49/18
49/22 50/1 51/12 53/24 54/6 54/8
54/12 54/14 55/10 55/14 57/1 69/9
69/13 69/18 72/7 72/19 72/21 73/19
73/22 74/22 77/4 78/25 79/20 81/13
83/3 87/24 90/10 96/18 100/1
**right-hand** [4]  21/24 21/25 22/1 22/12
**ringing** [1]  58/21
**rise** [1]  64/17
**rises** [2]  43/14 44/6
**road** [1]  4/16
**rodeo** [1]  81/17
**Rodriguez** [6]  90/22 90/22 90/25 91/4
 91/7 91/9
**role** [1]  30/20
**roll** [2]  23/7 23/12
**Ron** [1]  1/14
**room** [8]  1/23 4/1 4/3 5/15 6/19 7/8
 7/14 26/13
**rule** [3]  49/17 53/23 71/7
**ruling** [1]  99/7
**run** [2]  20/9 90/1
**running** [1]  29/8
**rush** [1]  82/12
**RWG** [1]  1/2

# S

**S-8** [4]  57/10 57/11 57/21 58/14
**S-P-O-U-D-O** [1]  97/8
**S.E.C** [10]  21/17 47/15 50/17 51/10
 62/20 66/16 66/17 66/25 67/2 67/3
**said** [51]  8/19 9/7 10/17 11/3 11/10
 14/17 19/24 20/1 22/20 23/6 23/11
 28/15 31/15 33/19 33/19 35/8 35/23
 42/19 57/25 58/11 63/4 64/5 67/14
 73/5 73/11 75/6 75/8 75/20 75/24 76/2
 78/4 80/1 81/17 81/23 82/5 82/9 83/25
 87/1 87/1 89/9 90/1 90/4 90/6 95/12
 96/18 97/9 97/10 97/11 97/11 97/12
 97/15
**sale** [3]  42/10 62/12 93/23
**sales** [1]  47/18
**same** [18]  2/24 4/17 4/19 5/18 9/22
 9/22 11/1 30/3 33/7 45/13 54/13 71/20
 76/3 77/3 77/24 80/2 81/5 83/10
**save** [1]  27/19
**saving** [2]  29/3 29/4
**savvy** [1]  29/7
**saw** [3]  4/4 40/15 97/22
**say** [33]  4/6 5/14 7/3 10/25 16/8 16/14
 17/10 18/2 19/3 19/11 19/25 23/20
 23/21 24/7 30/25 31/6 32/25 36/1 36/8
 38/25 42/7 42/22 43/15 45/20 49/9
 53/23 54/2 60/16 61/16 66/4 73/12
 74/21 96/13
**saying** [7]  4/24 10/14 33/21 40/18
 51/21 66/23 77/5
**says** [19]  10/2 11/22 17/23 18/7 22/1
 33/9 39/23 39/23 40/10 41/2 41/22
 51/5 58/2 58/20 65/13 76/16 80/20
 85/15 93/3
**scenario** [5]  6/21 7/13 35/9 37/1 64/24
**scenes** [1]  5/4
**schedule** [3]  38/18 66/6 66/8
**scheduling** [2]  46/25 47/7
**scheme** [2]  67/10 90/12
**schemes** [1]  50/7
**school** [1]  60/23

**screen** [1]  21/25
**screens** [1]  19/5
**screw** [3]  16/14 32/23 38/18
**screwed** [1]  97/15
**scribbling** [1]  41/24
**seated** [4]  2/2 8/2 26/3 61/6
**SEAVER** [2]  1/6 77/11
**SEC** [6]  87/16 87/17 99/23 100/20
 101/9 101/17
**second** [7]  25/11 30/15 51/8 70/17
 73/13 80/17 90/11
**secretive** [1]  33/24
**secretly** [2]  90/17 90/23
**section** [2]  84/15 91/14
**securities** [17]  2/10 31/13 49/10 56/7
 57/11 60/12 65/5 65/8 66/17 66/25
 67/12 90/13 91/14 91/23 91/24 99/23
 101/18
**Security** [1]  76/24
**see** [19]  3/18 19/8 21/25 27/20 33/16
 38/7 42/7 44/15 45/8 60/14 69/12
 74/12 79/12 83/6 83/10 83/14 102/23
 103/1 103/23
**seeing** [2]  36/21 65/21
**seek** [1]  78/22
**seeks** [1]  5/24
**seems** [4]  31/25 40/20 41/9 41/11
**seen** [3]  59/11 67/11 95/13
**self** [1]  47/14
**self-regulated** [1]  47/14
**sell** [6]  20/17 24/1 24/5 32/8 63/24
 83/18
**seller** [1]  62/14
**selling** [6]  9/2 18/5 23/24 24/2 63/20
 83/21
**sells** [1]  62/23
**send** [3]  77/12 89/14 89/15
**sending** [5]  22/6 32/23 50/16 79/9
 89/18
**senior** [2]  48/12 48/13
**sense** [3]  2/15 4/11 31/3
**sent** [19]  22/14 33/3 35/13 47/23 47/23
 48/1 48/1 55/23 76/19 76/20 77/10
 77/24 77/25 81/1 84/18 86/4 86/6 86/7
 89/10
**sentence** [10]  17/19 92/22 93/9 93/10
 96/22 98/6 98/17 98/21 99/1 99/11
**sentencing** [8]  54/3 87/16 94/15 94/22
 94/23 96/25 97/1 97/20
**separate** [2]  6/2 12/7
**September** [3]  47/19 94/10 104/8
**serious** [1]  74/7
**serves** [1]  100/8
**set** [8]  25/23 29/5 33/16 59/15 68/10
 78/13 79/8 83/19
**setting** [1]  5/17
**settle** [1]  101/14
**settled** [1]  101/15
**settlement** [1]  101/9
**seven** [1]  81/5
**several** [1]  84/25
**shall** [2]  101/24 102/16
**share** [8]  10/25 11/3 11/6 15/12 16/12
 21/11 64/11 75/1
**shareholder** [4]  81/12 89/17 100/23
 100/23
**shares** [10]  11/7 15/13 16/12 17/6
 21/11 48/8 64/10 66/10 75/2 76/24
**she** [9]  47/18 48/12 48/14 50/9 50/24
 51/1 57/25 57/25 74/2

**S**

**She'll** [1] 51/2
**she's** [6] 47/10 48/12 48/13 50/6 50/10 51/22
**sheets** [1] 33/6
**shell** [3] 88/16 88/22 88/24
**Sheraton** [1] 61/12
**shipping** [1] 78/20
**shoe** [1] 63/9
**short** [3] 63/18 63/19 63/24
**shorted** [2] 18/4 63/18
**shorting** [1] 18/5
**shortly** [2] 16/20 97/14
**should** [9] 16/14 50/16 60/14 64/2 67/18 75/6 75/9 75/10 77/16
**shouldn't** [4] 33/24 50/16 68/16 70/3
**show** [10] 21/21 33/23 48/24 48/24 55/3 67/23 76/14 78/5 80/18 81/20
**showing** [6] 16/19 33/5 77/21 78/6 78/19 96/24
**shows** [1] 22/7
**shut** [1] 16/3
**side** [2] 59/17 59/18
**sideways** [2] 59/11 59/21
**sigh** [1] 13/3
**sighs** [1] 13/6
**signature** [6] 93/17 93/18 93/19 93/20 93/22 104/10
**signatures** [1] 93/23
**signed** [4] 22/8 91/20 102/2 102/4
**significance** [3] 13/11 13/18 15/18
**signing** [1] 92/21
**signs** [2] 41/1 41/2
**similar** [6] 2/10 3/15 4/20 53/22 60/24 90/11
**simple** [1] 36/10
**simply** [1] 73/16
**since** [3] 28/1 29/7 62/14
**sir** [7] 3/8 8/11 38/13 50/23 57/5 70/12 73/20
**sit** [4] 24/24 33/14 35/20 103/6
**sit-down** [1] 33/14
**Sitarchuk** [1] 93/24
**sits** [1] 11/14
**sitting** [2] 5/7 19/5
**six** [5] 36/21 48/5 81/5 90/7 98/18
**size** [1] 15/8
**skip** [3] 18/13 30/2 58/23
**skipping** [3] 26/24 27/6 27/15
**slang** [1] 63/11
**sleep** [2] 8/6 102/25
**Slightly** [1] 40/2
**slipup** [2] 96/19 97/21
**slough** [1] 21/17
**slowly** [1] 103/11
**slur** [1] 36/18
**small** [3] 32/25 61/8 67/19
**Smith** [1] 83/9
**Social** [1] 76/24
**sold** [5] 11/19 17/15 32/12 85/22 101/2
**sole** [1] 93/3
**solution** [2] 64/5 64/9
**some** [28] 4/10 4/18 12/12 16/10 25/1 25/6 25/21 36/21 42/10 43/5 43/15 46/22 48/6 48/9 48/18 49/5 68/2 70/6 79/12 85/18 85/19 86/11 87/2 89/7 89/7 90/2 90/5 100/11
**somebody** [8] 6/22 7/7 13/17 20/20 21/12 34/19 35/17 35/23

**somebody's** [1] 75/21
**someone** [23] 13/14 16/2 16/10 18/1 21/8 24/6 31/19 32/7 32/12 32/23 34/22 42/7 58/15 62/13 62/22 63/9 63/11 64/19 66/2 67/4 75/23 76/12 81/10
**something** [18] 6/3 23/20 33/19 40/11 46/8 46/13 50/16 53/5 58/2 58/11 62/20 66/5 75/24 82/5 82/6 89/19 91/6 94/19
**Sometime** [1] 88/14
**somewhat** [1] 33/24
**sorry** [14] 3/5 7/2 7/4 10/4 26/9 58/8 61/10 61/11 68/5 74/1 74/2 74/3 99/6 100/18
**sort** [8] 2/23 2/24 4/18 17/1 37/22 43/21 71/14 94/13
**Soto** [4] 1/14 49/24 54/17 71/25
**soup** [1] 99/16
**source** [1] 91/10
**South** [1] 2/11
**SOUTHERN** [1] 1/1
**speak** [2] 36/3 38/4
**speaking** [3] 12/7 30/11 71/25
**speaks** [1] 98/5
**Special** [1] 74/19
**specific** [6] 50/18 51/6 52/5 53/19 68/14 90/10
**specifically** [12] 19/14 21/22 39/14 39/15 48/17 51/5 84/11 84/24 91/3 94/13 94/25 101/5
**speculation** [3] 17/18 17/20 98/22
**speed** [4] 23/13 23/15 28/5 71/22
**spelled** [1] 97/8
**spent** [3] 11/5 68/2 99/15
**spoke** [4] 34/22 91/4 91/9 91/10
**spoken** [3] 85/17 87/12 91/6
**spot** [1] 47/6
**Spoudo** [4] 97/8 97/11 97/15 97/17
**spread** [1] 23/25
**Sputo** [3] 5/7 7/13 39/2
**stand** [5] 15/17 25/6 73/6 73/7 73/10
**start** [14] 9/23 15/25 37/10 37/11 37/22 58/20 69/5 81/13 82/5 82/12 88/15 95/3 98/2 100/1
**started** [4] 16/18 53/10 74/13 82/12
**starting** [3] 10/13 80/20 84/14
**state** [7] 13/11 13/13 13/14 13/16 41/20 58/5 76/5
**statement** [3] 41/2 41/10 54/24
**statements** [1] 40/25
**states** [8] 1/1 1/3 1/11 1/23 52/8 66/19 78/14 91/14
**stating** [3] 77/12 100/13 101/10
**stay** [3] 10/17 29/9 103/4
**stays** [1] 10/18
**Ste** [2] 1/17 1/20
**still** [6] 8/9 26/2 26/4 57/3 99/16 103/17
**stock** [141]
**stockbroker** [10] 34/8 35/25 36/23 36/24 36/25 61/16 61/17 85/22 87/7 90/18
**stockbroker's** [5] 34/7 34/12 61/25
**stockholder** [1] 100/10
**stocks** [10] 11/12 15/20 63/22 66/18 84/4 89/5 95/21 96/1 96/4 97/7
**stop** [3] 95/25 96/3 96/5
**stopped** [2] 28/14 28/17
**stopping** [1] 69/2

**story** [2] 3/13 87/9
**Street** [1] 1/15
**structured** [1] 32/19
**stuff** [1] 29/5
**stupid** [1] 90/2
**Subject** [1] 22/15
**submit** [1] 39/20
**subpoena** [1] 24/25
**subsequent** [1] 83/22
**subsequently** [2] 89/23 100/16
**substantially** [1] 97/18
**successful** [1] 88/21
**such** [2] 98/20 99/19
**suffered** [1] 89/5
**sufficient** [1] 51/6
**suggest** [1] 51/22
**suggested** [1] 73/4
**suggesting** [2] 32/17 32/19
**suit** [1] 63/10
**summary** [2] 48/4 48/4
**SunTrust** [1] 79/8
**supply** [1] 64/18
**supporting** [1] 2/18
**supposed** [6] 9/21 32/13 32/14 77/1 77/2 96/12
**sure** [17] 2/6 3/10 3/13 5/5 31/11 47/5 51/17 65/4 69/3 75/22 77/24 83/23 88/4 97/11 100/19 102/14 103/11
**surprised** [1] 100/25
**sustain** [3] 9/13 13/23 14/25
**swap** [1] 62/18
**Swedish** [6] 88/11 88/13 88/23 90/14 90/19 101/17
**sworn** [1] 41/2
**symbol** [3] 15/19 15/21 34/22
**symbols** [1] 81/11
**system** [1] 17/3

**T**

**table** [7] 34/13 37/2 61/7 61/8 61/21 62/3 74/11
**tagged** [1] 99/24
**tailed** [1] 8/6
**take** [13] 19/3 19/6 19/7 19/8 20/14 24/16 24/19 29/1 29/6 34/8 69/18 69/20 77/6
**taken** [2] 32/11 75/21
**takes** [1] 69/1
**taking** [5] 52/18 67/17 77/6 86/11 86/12
**talk** [9] 33/14 38/12 46/5 49/22 68/1 69/25 70/7 70/10 97/12
**talked** [3] 23/3 54/18 71/14
**talking** [23] 9/8 13/14 17/18 19/12 22/21 33/25 34/20 48/7 54/16 54/17 63/6 64/6 65/16 67/16 70/3 74/16 74/16 79/25 82/4 82/11 84/2 84/8 87/3
**talks** [1] 35/3 40/8 94/25
**tape** [10] 2/17 37/25 61/13 67/25 68/3 68/7 68/25 71/22 72/12 72/16
**taped** [1] 89/25
**tapes** [2] 7/21 27/24
**tax** [13] 24/25 39/3 39/7 39/8 39/14 40/1 40/17 40/23 42/13 43/15 44/10 44/15 44/17
**taxable** [6] 40/9 41/14 42/8 43/1 43/4 43/24
**taxes** [3] 43/24 45/17 45/18
**taxpayer** [1] 39/9
**Technically** [1] 63/20

# T

**telephone [3]** 26/8 26/19 91/4
**tell [16]** 5/16 6/15 7/15 14/15 17/5 21/16 23/21 48/19 48/20 50/4 55/8 55/20 69/17 94/16 95/23 99/2
**telling [2]** 77/14 85/12
**Ten [1]** 24/1
**tend [1]** 4/10
**term [14]** 8/20 16/1 16/1 16/15 20/9 20/11 30/16 30/18 32/5 62/18 65/1 67/3 80/11 83/15
**terms [10]** 15/25 21/2 35/19 35/19 48/6 48/9 48/19 51/16 60/4 83/3
**testifies [1]** 51/10
**testify [15]** 2/9 3/23 4/3 4/14 5/11 5/11 7/9 13/16 13/18 47/16 50/24 55/22 58/5 92/9 98/23
**testifying [5]** 9/11 51/1 51/2 55/22 70/3
**testimony [5]** 5/13 50/4 70/7 92/3 99/14
**than [16]** 21/15 26/13 29/15 33/10 33/17 33/20 34/9 36/21 40/2 40/3 45/10 54/21 66/10 74/16 86/3 101/15
**Thank [17]** 7/17 8/12 26/5 26/14 26/16 56/1 56/2 56/21 57/2 69/19 69/21 70/14 73/18 73/24 88/2 103/25 104/1
**thanking [3]** 77/7 81/7 86/17
**that [585]**
**that's [121]**
**the 50 [1]** 100/15
**the-up-and [1]** 32/21
**their [15]** 5/13 24/5 27/10 27/11 32/12 32/12 33/15 42/9 43/1 48/14 62/23 68/8 68/14 94/23 100/14
**them [17]** 23/13 23/14 23/21 26/14 27/20 27/21 27/22 29/4 42/4 42/5 56/10 58/16 68/15 68/23 72/14 77/22 96/14
**then [40]** 2/14 5/2 6/16 7/6 7/14 10/2 11/1 11/19 13/2 13/22 17/19 18/3 19/24 19/25 22/4 24/7 28/14 35/2 38/21 40/10 40/11 42/7 42/11 46/13 47/24 54/4 55/22 58/2 62/24 64/20 66/12 68/21 78/23 80/22 81/3 82/9 85/15 89/15 96/16 99/17
**there [86]** 2/4 2/12 3/9 4/4 4/18 7/5 7/5 8/19 9/7 9/23 9/25 11/21 12/3 12/17 15/5 15/25 15/25 16/17 16/20 16/25 17/14 19/24 20/8 21/2 23/19 24/5 24/8 24/10 24/23 27/14 30/24 32/24 32/24 32/25 33/2 35/7 36/8 36/21 37/13 40/11 41/19 44/16 44/21 45/14 45/18 56/6 56/13 57/9 60/4 60/6 64/15 65/9 65/17 70/6 72/12 74/15 75/20 78/16 78/18 78/18 82/11 82/17 83/3 83/3 83/12 84/12 84/23 85/1 87/3 89/16 93/10 93/10 93/23 93/23 95/19 97/3 97/5 97/8 99/2 99/13 99/14 99/20 100/18 101/17 101/20 101/20
**there's [20]** 6/20 6/21 7/6 7/7 11/21 23/24 23/24 23/25 24/8 41/11 42/12 46/19 52/4 55/12 59/5 64/19 67/14 70/17 83/12 84/12
**thereafter [2]** 16/20 97/15
**therefore [1]** 66/1
**these [20]** 4/20 13/8 13/21 16/7 17/15 29/1 29/8 32/9 33/25 40/6 46/24 50/7 50/19 55/24 85/2 85/4 85/5 85/8 89/25 96/20

**they [46]** 4/17 4/20 6/11 6/12 21/7 21/9 23/20 23/20 27/2 28/5 32/10 32/11 41/25 49/4 56/15 57/13 58/2 58/11 58/13 60/11 67/3 67/18 68/8 68/13 68/14 68/15 68/21 69/3 70/18 70/19 71/3 71/14 72/25 84/7 85/6 85/7 85/21 87/24 89/18 94/4 94/7 94/24 95/12 100/13 101/9 103/16
**they'll [2]** 58/14 68/10
**they're [9]** 3/11 13/12 20/15 26/13 45/13 52/3 54/16 69/2 84/1
**thing [22]** 2/24 4/17 4/19 6/4 6/7 11/18 12/24 17/23 25/11 27/3 28/25 33/7 48/3 49/14 51/8 53/10 56/5 60/19 74/6 76/3 81/20 81/21
**things [16]** 12/7 25/14 25/21 28/5 33/21 33/25 46/25 47/17 50/18 51/10 56/13 57/18 64/7 71/23 73/8 90/2
**think [44]** 4/8 6/4 6/7 7/16 7/20 11/10 12/17 13/22 27/7 27/15 28/15 34/21 37/7 37/9 39/23 40/9 40/18 41/3 41/23 42/5 42/6 43/14 43/20 44/2 44/6 44/20 45/20 46/11 51/24 52/2 52/2 52/10 55/3 55/7 58/19 66/3 72/8 72/9 83/15 87/13 98/20 102/10 103/17 103/21
**thinking [2]** 80/5 98/23
**thinks [2]** 72/13 75/8
**third [2]** 17/10 17/11
**this [173]**
**those [30]** 4/20 11/1 15/17 15/18 19/21 23/25 24/4 25/21 30/2 35/19 39/6 39/15 41/7 41/24 42/2 43/18 45/8 51/15 53/19 53/19 54/11 55/8 56/9 73/8 76/9 83/5 85/20 85/23 89/4 94/1
**though [4]** 48/25
**thought [4]** 7/13 74/2 103/15 103/22
**thousand [5]** 33/2 43/5 43/10 61/20 95/7
**three [27]** 10/25 11/3 11/5 11/7 12/16 15/11 15/13 16/8 16/9 16/12 16/13 19/21 21/11 22/24 58/21 62/14 62/15 62/16 63/8 64/10 74/24 75/2 76/11 82/7 83/13 83/14 97/18
**three-for-one [4]** 63/8 74/24 76/11 82/7
**threw [1]** 36/18
**through [17]** 1/7 18/13 21/2 35/1 37/8 39/6 39/16 43/22 45/12 47/21 50/19 56/10 80/14 83/9 87/25 90/10 93/7
**Thursday [1]** 103/18
**tie [1]** 49/25
**tilted [1]** 59/18
**Tim [4]** 21/21 46/23 80/16 81/25
**Tim's [1]** 19/20
**time [35]** 9/20 9/22 9/23 12/6 12/17 13/4 16/9 16/16 24/16 27/19 27/25 29/1 29/4 29/7 31/7 35/22 53/13 56/5 59/25 68/2 73/5 75/1 86/3 88/21 89/2 89/4 89/11 89/13 94/21 95/25 96/5 97/13 99/15 100/9 102/15
**times [3]** 17/11 41/3 58/21
**timing [3]** 27/21 28/2 83/21
**Timothy [1]** 1/19
**tipped [1]** 63/9
**tips [3]** 40/8 41/23 42/6
**Title [1]** 91/14
**to 33-month [1]** 98/8
**today [4]** 20/17 31/7 31/25 77/17
**together [3]** 5/6 47/18 77/7
**told [7]** 39/4 44/10 44/14 81/10 89/13 96/14 98/5

**tomorrow [6]** 20/15 66/5 82/5 102/20 103/1 103/24
**tonight [1]** 102/22
**tons [1]** 65/13
**too [2]** 46/5 54/5
**took [3]** 14/21 85/20 101/1
**top [11]** 11/21 13/1 15/22 22/5 42/15 58/20 74/21 79/4 80/21 85/25 93/18
**total [5]** 40/10 42/11 43/6 43/9 101/6
**totally [3]** 12/21 14/19 90/7
**towards [1]** 18/6
**track [1]** 29/19
**tracking [3]** 78/18 78/19 79/13
**trade [6]** 33/5 60/20 83/9 83/19 87/8 89/1
**traded [6]** 11/15 17/6 48/8 66/18 83/6 88/17
**trades [6]** 17/9 23/23 49/3 55/18 85/21 86/13
**trading [20]** 32/14 48/20 49/8 50/9 51/13 65/24 66/18 83/5 87/6 88/16 88/22 88/23 90/16 95/21 96/1 96/3 96/11 97/7 100/8 100/16
**trail [1]** 58/13
**transaction [2]** 8/24 53/12
**transactions [3]** 48/4 50/3 90/13
**transcript [12]** 1/10 8/15 59/7 71/4 72/5 72/9 72/23 73/3 87/16 96/25 97/6 104/5
**transcripts [3]** 27/23 71/7 72/1
**translated [1]** 76/23
**transparency [2]** 83/12 84/3
**transparent [1]** 60/14
**trial [16]** 1/10 13/9 13/10 14/8 25/12 25/15 46/4 46/17 46/20 46/22 47/1 48/12 48/13 52/11 53/4 92/10
**tried [1]** 54/5
**true [2]** 39/12 44/16
**trust [1]** 96/9
**truth [1]** 44/15
**truthful [1]** 92/2
**truthfully [1]** 92/9
**try [5]** 4/13 46/24 53/6 72/14 77/21
**trying [10]** 2/15 14/13 15/9 27/17 27/19 47/6 68/23 71/22 73/1 81/19
**Tuesday [1]** 1/4
**turn [20]** 13/1 19/19 20/6 22/11 22/17 36/5 37/4 58/17 59/2 67/25 68/3 69/13 74/17 75/3 79/21 80/17 81/8 84/11 86/21 86/23
**turning [16]** 36/8 77/3 77/8 83/24 84/24 85/9 85/25 85/25 86/4 86/14 93/2 93/17 94/9 94/13 97/5 98/2
**two [34]** 3/21 7/5 12/3 12/6 12/6 16/18 21/22 23/24 24/1 25/21 30/25 31/24 33/5 33/7 41/14 47/8 60/6 61/6 62/13 62/15 62/16 64/7 65/23 68/6 69/1 71/13 71/21 72/12 72/18 74/16 93/23 94/21 95/5 95/17
**two-minute [1]** 72/18
**two-year [1]** 94/21
**type [6]** 2/10 3/15 4/17 17/2 42/10 60/16
**typing [1]** 79/16

# U

**U.S [3]** 1/15 1/19 102/2
**UI [1]** 11/22
**ultimately [1]** 67/23 96/22 101/23
**Unbeknownst [1]** 89/24

## U

**unclear [1]** 6/11
**under [20]** 3/16 5/24 5/24 6/7 6/12 8/9 26/4 27/9 34/13 37/2 49/13 49/17 51/2 51/14 56/11 57/4 61/21 62/2 95/6 95/16
**under-the-table [1]** 34/13
**undercover [7]** 2/16 3/22 4/6 4/13 5/1 6/21 7/7
**underlying [4]** 9/24 11/18 47/24 49/16
**understand [41]** 3/7 6/1 9/8 16/3 25/22 41/13 43/13 44/13 47/3 48/6 49/12 49/24 58/3 58/12 64/6 64/9 64/16 67/16 68/23 72/5 75/25 76/1 76/9 78/3 79/25 80/11 81/9 81/16 81/22 82/4 82/10 82/21 83/4 84/2 85/2 85/5 87/2 93/8 94/16 98/9 99/10
**understanding [10]** 3/25 49/24 50/6 70/19 71/24 71/25 76/4 94/11 94/18 98/25
**understated [1]** 43/25
**understood [8]** 6/18 47/6 58/7 74/8 76/12 92/19 93/11 96/19
**Unfortunately [1]** 52/7
**Uniform [2]** 39/21 40/15
**unintelligible [1]** 11/22
**UNITED [7]** 1/1 1/3 1/11 1/23 52/8 66/19 91/14
**Unless [1]** 70/25
**unlike [1]** 53/15
**unqualified [1]** 51/20
**unquote [1]** 55/19
**unrelated [1]** 72/25
**unspecified [1]** 51/20
**until [2]** 38/4 102/19
**up [67]** 4/18 5/17 9/21 17/23 19/6 19/20 20/21 21/21 23/13 23/14 23/20 23/21 24/8 24/10 28/3 28/6 29/1 29/2 29/5 32/16 32/16 32/21 32/21 32/24 33/16 35/22 35/22 36/9 37/22 38/18 41/4 43/22 46/6 46/25 47/1 54/20 56/11 58/14 59/5 59/15 62/2 62/11 62/15 64/2 64/22 66/24 68/10 68/14 69/4 74/11 74/19 75/6 75/9 75/11 78/13 79/8 80/14 80/16 83/19 85/19 87/9 87/9 88/15 96/4 97/15 100/9 101/4
**up-and-up [1]** 32/16
**up-front [1]** 32/24
**upon [3]** 47/18 62/20 101/24
**upside [1]** 59/20
**us [15]** 2/16 7/18 14/15 21/23 25/18 29/1 34/3 44/10 44/14 48/20 50/4 68/16 81/25 95/23 99/12
**use [5]** 21/2 43/18 49/25 77/17 89/22
**used [7]** 9/15 15/25 39/13 63/11 65/2 66/3 85/3
**uses [1]** 17/1
**using [1]** 80/24
**usual [1]** 5/25
**usually [4]** 20/11 33/17 57/15 70/2
**utilize [1]** 66/9

## V

**value [1]** 75/9
**various [2]** 95/9 95/11
**Vegas [7]** 84/6 88/11 88/13 88/23 90/14 90/19 101/17
**verbal [1]** 96/4

**verbally [1]** 97/21
**verbiage [1]** 39/24
**version [1]** 7/6
**versus [1]** 52/8
**very [17]** 2/10 4/20 7/17 8/22 11/1 14/19 18/1 29/16 31/25 31/25 54/22 55/1 60/9 61/7 62/12 80/13 88/21
**vice [1]** 45/24
**video [30]** 59/5 59/9 59/11 59/12 59/12 59/19 59/22 60/2 61/3 61/14 61/23 62/7 63/2 63/16 64/3 64/13 65/14 64/14 66/21 67/7 67/21 69/12 71/5 71/9 71/17 72/1 72/3 75/4 75/13 75/18 **view [5]** 40/13 42/1 42/18 53/5 99/4
**violates [1]** 21/16
**voice [3]** 18/11 37/14 59/14
**volume [5]** 48/7 50/10 50/12 50/15 51/13
**voluminous [1]** 48/4

## W

**wages [6]** 40/8 40/8 41/22 41/23 42/5 42/6
**Wait [1]** 45/1
**walk [2]** 21/2 90/10
**want [48]** 6/15 9/3 20/16 20/19 20/20 21/12 24/1 24/2 25/2 25/16 27/18 27/22 27/24 30/25 33/13 35/17 35/17 35/24 38/14 38/16 39/7 45/9 46/3 46/5 46/9 46/12 49/5 51/17 51/19 55/18 56/18 58/2 58/11 68/13 68/21 68/23 69/3 69/4 70/25 72/20 73/6 73/6 73/18 80/18 82/5 83/16 84/11 102/14
**wanted [24]** 4/11 7/2 12/3 25/20 32/10 33/20 35/21 42/1 44/15 47/2 47/5 70/8 70/20 71/3 72/10 74/12 83/18 85/18 88/15 91/5 97/24 98/9 102/13 103/10
**wants [8]** 25/16 32/8 36/12 49/22 56/10 69/25 72/14 82/9
**was [340]**
**wasn't [16]** 32/19 34/7 34/19 35/2 36/17 45/24 47/6 54/11 56/4 60/1 71/1 71/24 72/10 81/17 88/21 96/14
**waste [2]** 27/25 73/5
**wasting [2]** 2/13
**way [7]** 16/16 17/4 32/20 68/15 80/5 80/21 89/6
**ways [1]** 3/21
**we [126]**
**We'd [1]** 69/13
**we'll [26]** 4/13 6/18 15/22 16/23 18/6 22/11 24/19 25/17 26/2 27/20 27/21 27/22 28/21 29/18 37/11 38/11 54/19 58/20 59/4 59/6 61/13 62/5 69/20 73/7 74/17 82/16
**we're [33]** 4/16 18/10 18/13 26/9 26/10 26/21 28/4 28/12 28/16 29/3 29/5 29/6 29/13 29/23 33/23 35/16 36/12 38/3 44/14 50/25 58/18 59/8 68/15 68/19 68/19 69/4 69/5 72/8 74/1 80/17 102/7 103/2 103/10
**we've [3]** 44/9 48/6 83/15
**website [1]** 79/15
**Wednesday [1]** 86/11
**week [4]** 48/1 53/10 75/1 103/20
**weeks [5]** 16/18 16/21 33/5 33/8 48/1
**weighing [1]** 3/18
**well [58]** 2/20 2/23 3/10 3/14 4/8 4/24 5/1 5/3 5/14 6/1 6/9 6/13 13/22 14/1 14/10 19/11 22/1 25/4 25/17 31/18

31/20 31/24 32/10 33/22 34/8 34/13 38/21 39/14 41/20 42/7 42/18 42/22 43/1 44/12 45/7 45/20 49/23 51/21 51/22 52/24 53/2 55/3 55/17 56/5 56/9 58/13 60/23 65/9 65/24 68/20 71/24 85/3 87/9 90/4 90/6 90/10 95/6 96/6 100/9
**went [6]** 17/24 39/6 74/2 74/13 88/21 100/9
**were [66]** 2/12 2/15 5/19 5/19 6/11 6/12 7/5 7/13 10/7 12/3 15/5 16/7 18/18 19/10 24/25 27/19 30/2 32/16 34/20 35/19 39/3 41/25 42/2 45/14 45/16 45/18 45/18 50/20 53/24 53/24 59/25 61/5 61/6 63/10 65/17 66/23 66/24 67/9 71/1 71/18 71/22 75/2 75/15 77/18 84/23 85/1 85/6 85/8 85/21 88/6 89/10 89/18 89/25 91/1 91/13 91/17 92/21 93/12 94/4 94/7 96/11 96/25 99/20 99/21 100/13 104/3
**weren't [1]** 96/12
**what [227]**
**what's [22]** 9/11 9/12 15/17 15/18 23/25 24/12 32/13 34/3 37/14 51/16 59/12 60/15 66/23 71/8 71/10 72/3 75/25 78/5 80/21 81/3 88/16 96/24
**whatever [2]** 42/9 90/6
**whatsoever [1]** 100/24
**when [44]** 3/17 6/19 9/18 10/9 10/14 11/12 14/21 16/16 19/25 22/20 25/15 25/17 27/3 31/15 35/8 35/22 37/19 42/5 43/25 47/1 48/1 50/12 58/11 62/22 63/4 63/23 64/1 66/23 68/7 69/1 75/20 76/1 77/17 79/25 81/16 81/22 82/5 83/5 83/11 84/4 84/19 92/10 96/11 100/25
**whenever [1]** 38/16
**where [24]** 5/12 12/14 19/8 20/3 29/17 29/18 29/20 33/18 37/18 51/24 58/20 61/9 61/11 65/12 69/5 75/10 81/19 83/6 83/6 83/21 86/1 100/20 101/9 101/20
**whereby [1]** 67/4
**whether [15]** 3/18 4/12 31/5 35/21 44/10 44/16 49/4 50/15 50/17 57/16 57/18 70/6 71/12 83/9 103/11
**which [44]** 5/25 9/19 16/21 17/11 18/14 21/3 22/12 33/16 34/5 36/13 37/17 41/1 46/25 47/14 47/19 47/21 48/4 49/5 49/12 51/4 51/10 60/16 62/2 66/18 72/7 75/11 76/21 76/23 77/13 77/20 77/23 78/6 78/20 81/1 82/1 86/10 89/7 89/11 89/13 89/13 91/22 94/18 97/13 98/19
**while [8]** 4/1 19/20 21/21 61/5 70/2 81/8 97/19 98/5
**who [47]** 3/22 6/19 7/8 15/14 16/2 18/1 18/2 19/9 19/12 19/12 19/24 20/1 22/21 30/10 31/2 35/8 35/9 36/17 52/10 52/15 57/21 62/3 62/11 62/22 63/10 64/23 65/1 67/9 67/10 69/25 77/1 78/1 78/3 81/9 81/22 84/8 84/16 84/16 86/4 86/8 88/9 91/10 93/23 95/9 96/9 96/22 98/3
**who's [3]** 13/9 14/8 61/19
**whoa [2]** 68/4 68/4
**whoever [3]** 4/23 49/22 90/18
**whole [2]** 17/20 101/3
**whom [1]** 77/16
**whomever [1]** 83/10
**whose [4]** 47/10 75/15 93/22 94/1

## W

**why [19]**  5/4 20/20 21/6 22/23 28/4
31/20 33/13 34/3 34/7 36/25 47/3
61/25 65/11 67/18 69/17 71/19 87/7
98/20 99/1
**wide [1]**  57/20
**widget [1]**  20/16
**wife [2]**  42/24 78/4
**wife's [1]**  44/5
**wild [1]**  52/18
**will [29]**  8/15 11/19 19/11 19/19 21/15
31/6 31/10 38/18 42/22 46/13 50/19
51/1 54/22 55/8 55/20 57/16 59/7 62/3
63/25 64/20 66/11 70/12 72/25 79/20
80/14 92/5 93/5 95/24 103/1
**willingness [1]**  2/16
**wine [2]**  8/7 102/25
**wing [1]**  63/9
**wing-tipped [1]**  63/9
**wire [1]**  35/12
**withdraw [1]**  58/8
**withdrew [4]**  24/20 38/8 69/22 103/3
**within [7]**  16/10 31/11 32/6 43/10
51/15 95/11 96/8
**without [5]**  18/5 26/12 71/4 87/13
101/16
**witness [13]**  9/11 25/9 47/9 47/11
48/10 49/25 51/2 51/6 58/4 70/2 70/5
72/17 78/8
**witnesses [3]**  50/20 50/20 104/13
**wolff [3]**  1/22 1/25 104/10
**won't [2]**  4/22 55/12
**wonder [1]**  83/25
**word [3]**  9/15 77/17 100/19
**words [12]**  6/3 6/6 15/12 18/4 19/11
32/22 44/14 48/14 51/19 76/9 85/21
88/17
**work [8]**  9/21 20/14 49/10 50/8 57/18
58/1 58/16 92/25
**worked [2]**  94/19 95/6
**working [7]**  4/18 33/15 75/25 76/2
80/21 96/8 99/15
**world [3]**  15/19 60/6 63/21
**worst [1]**  89/1
**worth [13]**  17/13 17/14 19/25 20/1 20/4
31/21 33/3 34/6 61/21 74/25 76/23
85/14 86/9
**would [128]**
**wouldn't [1]**  9/25
**Wright [2]**  28/22 74/19
**writing [2]**  42/4 97/22
**written [1]**  17/4
**wrong [6]**  10/14 27/13 40/13 40/19
53/25 96/8
**wrote [3]**  43/9 80/24 94/10

## X

**XTMM [1]**  87/11

## Y

**yeah [16]**  5/15 13/7 29/9 41/13 45/12
46/2 50/22 51/21 51/22 52/22 53/23
56/22 72/21 78/9 102/12 103/22
**year [10]**  2/8 36/21 39/15 40/1 45/10
45/22 45/23 73/2 94/21 98/10
**years [5]**  39/3 45/12 95/5 95/17 98/18
**yes [58]**  3/8 7/25 8/11 8/22 9/17 10/8
12/6 14/3 15/16 17/4 18/1 20/10 22/6
23/10 24/15 25/2 26/11 26/20 30/17

34/21 38/13 45/18 45/23 46/18 50/23
52/6 52/9 56/24 57/5 67/24 69/19
70/16 73/20 76/17 76/19 78/18 84/13
85/1 88/8 91/8 91/19 92/8 92/16 92/20
93/1 93/13 93/16 93/21 94/4 94/8
94/12 96/21 97/2 97/4 97/23 98/1
98/11 98/14
**yesterday [3]**  9/25 85/14 88/11
**York [1]**  52/15
**you [407]**
**you'd [2]**  46/4 69/9
**You'll [1]**  48/24
**you're [29]**  9/1 9/1 20/16 21/16 24/1
25/6 25/15 26/4 26/4 27/14 36/2 38/4
49/10 51/25 57/3 63/20 65/16 65/24
69/14 70/13 70/13 83/7 83/10 83/11
84/4 90/4 96/18 102/4 103/12
**you've [4]**  33/19 41/19 45/7 54/22
**your [140]**
**yours [1]**  93/20
**yourself [1]**  102/22

## Z

**ZIPZ [1]**  15/17