```
1                  IN THE UNITED STATES DISTRICT COURT
                  FOR THE SOUTHERN DISTRICT OF FLORIDA
2                      CASE NO. 12-CR-60064-RWG


3

    UNITED STATES OF AMERICA,
4
                    Plaintiff,          Wednesday, February 13, 2013
5          vs.                          8:59 a.m.
                                        Miami, Florida
6   KEVIN BRENNAN and
    MARC SEAVER PAGE,
7
                    Defendants.         Pages 1 through 296
8


9

10                    TRANSCRIPT OF JURY TRIAL
              BEFORE THE HONORABLE RICHARD W. GOLDBERG
11                  UNITED STATES DISTRICT JUDGE


12


13
    APPEARANCES:
14  For the Plaintiff:      H. Ron Davidson, AUSA
                            Alex Soto, AUSA
15                          Office of U.S. Attorney
                            99 NE 4 Street
16                          Miami, Florida  33132

17  For Defendant Brennan:  Mauricio Aldazabal, Esq.
                            2655 Le Jeune Rd, Ste 700
18                          Coral Gables, Florida  33134

19  For Defendant Page:     Timothy Day, AFPD
                            Office of U.S. Public Defender
20                          1 E Broward Blvd, Ste 1100
                            Fort Lauderdale, Florida  33301
21

22
    Reported By:            Judith M. Wolff, CRR
23                          Official United States Court Reporter
                            400 N. Miami Avenue, Room 8N09
24                          Miami, FL  33128
                            (305)523-5294
25                          judy_wolff@flsd.uscourts.gov.
```

STENOGRAPHICALLY REPORTED, COMPUTER-AIDED TRANSCRIPT

```
 1      (Court was called to order.)

 2           THE COURT:  All right.  Counsel ready?

 3           MR. DAVIDSON:  Yes, Your Honor, we are.

 4           THE COURT:  All right, let's get the jury.

 5           MR. DAVIDSON:  Judge, do you want to instruct the

 6  jury that we're not supposed to talk to them or be in the

 7  elevators with them because some judges like to inform them of

 8  --

 9           THE COURT:  Well, I have done that.

10           MR. DAVIDSON:  Okay, I wasn't sure.

11           THE COURT:  Yeah.  But I can remind them.

12      (Jury enters the courtroom at 9:03 a.m.)

13           THE COURT:  All right, everybody be seated.  Good

14  morning, everybody.

15           Did the presentation go all right?

16           PROSPECTIVE JUROR:  Yep.

17           THE COURT:  All right.  Mr. Davidson, you may

18  proceed.

19           MR. DAVIDSON:  Thank you, Your Honor.

20           THE COURT:  Mr. Epstein, you are reminded that you

21  are still under oath.

22           THE WITNESS:  Yes, sir.  Thank you.

23                    DIRECT EXAMINATION CONTINUED

24  BY MR. DAVIDSON:

25  Q.  Now, Mr. Epstein, one final line of questions.
```

WEDNESDAY, FEBRUARY 13th, 2013

1              You were sentenced in November 11, 2011 in

2    Philadelphia, correct?

3    A.   That's correct.

4    Q.   And what do you understand to be your requirements today

5    in connection with the criminal proceedings up in

6    Philadelphia?

7    A.   The requirements are I have a total of five years of

8    probation from that time, which in essence requires me to

9    report, to file a report once a month as to my activities

10   during the prior month.  Any travel outside the immediate

11   area, I need to request permission for.  And to cooperate with

12   the government fully on any pending cases they have regarding

13   the people that I brought to them.

14   Q.   What about, let's say, you were to engage in illegal

15   behavior from 2011 for five years, what do you understand

16   would happen to you?

17   A.   I would be sent to jail.

18   Q.   Walk us through who would do that; how do you understand

19   that process would work?

20   A.   Any illegal act, I would be arrested and the -- I'm

21   assuming that the original terms that were -- the 15-plus, at

22   a minimum 15-plus months, I would be incarcerated.

23   Q.   Okay.  And let's walk through that.  Just, as an example,

24   let's say you were to lie here today, let's say that you were

25   accused of doing that; what do you understand the judge in

WEDNESDAY, FEBRUARY 13th, 2013

```
 1   Philadelphia as being able to do to you during those five
 2   years?
 3   A.  I would be put in jail.
 4            MR. DAVIDSON:  Nothing further, Your Honor.
 5            THE COURT:  All right.  Cross-examination.
 6            MR. DAY:  Thank you, Your Honor.
 7                      CROSS-EXAMINATION
 8   BY MR. DAY:
 9   Q.  Mr. Epstein, if I ask you a question that you don't
10   understand, I'm going to ask you to stop me and ask me to
11   rephrase it so you do understand; will you do that, sir?
12   A.  Yes, sir.
13   Q.  All right.  Sir, you have been, in the past, a registered
14   securities broker, is that correct?
15   A.  That is correct.
16   Q.  Okay.  You were registered with FINRA, is that correct?
17   A.  That's correct.
18   Q.  And FINRA, F-I-N-R-A, is a regulatory body, is that
19   correct, sir?
20   A.  Yes.
21   Q.  Okay.  And that regulates the securities market, is that
22   correct?
23   A.  That's correct.
24   Q.  Okay.  And as far back as 1996, you were registered with
25   FINRA as a broker, is that correct?
```

1    A.   That's correct.

2    Q.   Okay.  And you -- to get registered, you have to have a

3    certain amount of expertise, correct?

4    A.   Yes.

5    Q.   And you have to be able to be take and pass an

6    examination, is that correct?

7    A.   Yes.

8    Q.   That's not an easy examination, is it?

9    A.   No, it's not.

10   Q.   Okay.  And you did, you took the General Securities

11   Representative Exam in 1996, is that correct, sir?

12   A.   Yes.

13   Q.   Okay.  And you passed that exam, is that correct?

14   A.   Yes.

15   Q.   And as a result of that you got licensed, right?

16   A.   Yes.

17   Q.   Okay.  And that license is known as a Series 7 license,

18   right?

19   A.   That's correct.

20   Q.   Okay.  And you got that in -- actually, you got that in

21   December of 1994, is that correct?

22   A.   To -- if you have that, then let me just backtrack then.

23   I would have taken the Series 7 exam prior to 1996, so I need

24   to correct that answer.

25   Q.   Right.  You were licensed in 1996, you took the exam

WEDNESDAY, FEBRUARY 13th, 2013

1  before that, right?

2  A.  Correct.  But I would have been licensed right after I

3  took the exam.

4  Q.  Right.

5  A.  And passed the exam.

6  Q.  Right.  Once you take the exam, you pass it, now you're

7  licensed, correct?

8  A.  That's correct.

9  Q.  You have a Series 7 license, correct?

10  A.  That's correct.

11  Q.  Okay.  And you also took and passed the Uniform Securities

12  Agent State Law Examination, correct?

13  A.  Correct.

14  Q.  Okay.  And you passed that examination as well?

15  A.  Correct.

16  Q.  All right.  And you received what's called as a Series 63

17  license, is that right?

18  A.  That's correct.

19  Q.  Okay.  And you got that January 26, of 1995, is that

20  right?

21  A.  I don't recall the exact date, but I'm going to assume

22  that your information is correct.

23  Q.  Okay.  And with those licenses you were able to operate

24  and work and be employed in the securities world, is that

25  correct?

WEDNESDAY, FEBRUARY 13th, 2013

1   A.   That's correct.

2   Q.   And you were employed in the securities world, right?

3   A.   Yes.

4   Q.   As a broker, correct?

5   A.   Yes.

6   Q.   You were employed with Global Strategies Group, right?

7   A.   Correct.

8   Q.   Okay.  In 1996 you were employed with them, is that right?

9   A.   I don't remember the dates, but I was employed by them,

10  yes.

11  Q.   You don't remember the dates you were employed with Global

12  Strategies Group?

13  A.   No, sir.

14  Q.   Don't remember the year?

15  A.   No.

16  Q.   Okay.  Can you tell us the approximate year?  Or do you

17  know?

18  A.   I would say approximately mid-'90s.

19  Q.   Mid-'90s.  Okay.  And there, what did you operate?  In

20  what function or capacity, sir?

21  A.   Well, I was a stockbroker.

22  Q.   You were a stockbroker.  And you were brokering and

23  dealing with stocks and commodities and securities, is that

24  correct?

25  A.   Not commodities.

WEDNESDAY, FEBRUARY 13th, 2013

8

```
1   Q.   Stocks and securities, is that correct?

2   A.   That's correct.

3   Q.   Okay.  You also were employed with Smith Barney, is that

4   correct?

5   A.   Yes.

6   Q.   And you were employed with Smith Barney in 1995, is that

7   right?

8   A.   Again, I don't remember the year.

9   Q.   Okay.  And Smith Barney at the time that you were with

10  them, they were a full-service brokerage firm, is that

11  correct?

12  A.   Correct.

13  Q.   Okay.  And that is an office that has a firm on Wall

14  Street, correct?

15  A.   Correct.

16  Q.   Okay.  And that ultimately became, today, Morgan Stanley

17  Smith Barney, is that correct?

18  A.   Yes.

19  Q.   And were you a broker for Smith Barney?

20  A.   Yes.

21  Q.   Okay.  And as a broker, again, you're dealing in stocks

22  and securities, is that correct?

23  A.   Correct.

24  Q.   That's what you're doing on a daily basis, is that right?

25  A.   Correct.
```

WEDNESDAY, FEBRUARY 13th, 2013

1  Q.  That's how you're making your living, I mean, that's the

2  main form of income for you, is that right?

3  A.  Correct.

4  Q.  Okay.  You are very knowledgeable in the area of

5  securities and stocks, is that right?

6  A.  I would say knowledgeable, I wouldn't say very

7  knowledgeable.

8  Q.  Okay.  Knowledgeable but not very knowledgeable.  Okay.

9  How long did you work in the field of securities?

10  A.  Approximately 15 years.

11  Q.  Okay.  And are you doing this on a daily basis, working in

12  securities and stocks?

13  A.  Today, no.

14  Q.  No, no.  I'm talking about during that 15-year period of

15  time?

16  A.  Yes.

17  Q.  Okay.  And you're working for Global Strategies Group,

18  right?

19  A.  Correct.

20  Q.  And you're working for Smith Barney, correct?

21  A.  Correct.

22  Q.  And your statement is that you're not very knowledgeable,

23  just knowledgeable?

24  A.  I'm not going to be argumentative, sir.

25  Q.  Well, no, I just asked you, are you knowledgeable -- I

WEDNESDAY, FEBRUARY 13th, 2013

1  said, are you very knowledgeable in this area?

2  A.  I feel that I am knowledgeable in the area.  I would not

3  consider myself an analyst who, a professional analyst, who I

4  would consider very knowledgeable in the area.

5  Q.  You are a sophisticated broker in securities and stocks,

6  is that correct?

7  A.  I am not a sophisticated broker, sir, no.

8  Q.  You're not sophisticated.  How long did you operate as a

9  broker, sir?

10  A.  As I previously answered -- oh, I'm sorry, as a broker?

11  Approximately four years.

12  Q.  Okay.  And you've been in the stock world for 15 years, is

13  that right?

14  A.  That's correct.

15  Q.  Okay.  And what would one need to do more than you did to

16  become "sophisticated"?

17  A.  I think that's a bit of an obtuse question.  My definition

18  of one that is sophisticated would be someone who runs a hedge

19  fund, someone who actively manages other people's money in

20  rather large quantities, knows the ins and outs of the market.

21  And again, I would consider myself and currently consider

22  myself knowledgeable of the market.

23        We can argue the difference between what is very

24  knowledgeable and knowledgeable, but, quite frankly, I think

25  that's a waste of time.

WEDNESDAY, FEBRUARY 13th, 2013

1   Q.   Well, sir, you know the ins and outs of the market, right?

2   A.   I would ask you to define that.

3   Q.   Well, you just said, you said somebody that knows the ins

4   and outs of the market.  That's you, right?

5   A.   No, I don't know the ins and outs of the market.  I am

6   knowledgeable of the market, sir.

7   Q.   Okay.  You have a Series 7 license, is that correct?

8   A.   I had one, yes.

9   Q.   Okay.  Or had one.  You have a Series 63 license, is that

10  correct?

11  A.   I had one, yes.

12  Q.   You've been dealing in this particular area for 15 years,

13  is that correct?

14  A.   That's correct.

15  Q.   Okay.  But you don't know the ins and outs, is that what

16  you're saying?

17  A.   I ask you to truly define what the ins and outs are before

18  I answer the question.  I am required to answer honestly.

19  Q.   Sir, you demonstrated yesterday to the ladies and

20  gentlemen of the jury when the government asked you to explain

21  the terms, you demonstrated your knowledge and ability with

22  regard to --

23          MR. DAVIDSON:  Objection, Your Honor.  It's being

24  argumentative.  If he wants to ask a question, he can ask a

25  question.

WEDNESDAY, FEBRUARY 13th, 2013

1           THE COURT:  I'm going to overrule the objection.

2           Go ahead, Mr. Day.

3  BY MR. DAY:

4  Q.  You demonstrated your knowledge yesterday, correct?

5  A.  I demonstrated knowledge of the market yesterday, that's

6  correct.

7  Q.  You demonstrated the skill and the expertise that you have

8  in that area, right?

9  A.  The skill and the expertise that I have, that's correct.

10  Q.  The government went through and they asked you certain

11  terms and you explained them to the ladies and gentlemen of

12  the jury, right?

13  A.  That's correct.

14  Q.  Okay.  And that's based on your skill, right?

15  A.  That's correct.

16  Q.  Based on your knowledge, correct?

17  A.  That's correct.

18  Q.  Based on your experience, correct?

19  A.  Absolutely.

20  Q.  Based on your expertise, right?

21  A.  That's correct.

22  Q.  Okay.  You were contacted by Marc Page November 11 of

23  2009, is that right?

24  A.  I don't have the date in front of me, so I can't confirm

25  that that was the date.  But yes, I was contacted by Marc

1  Page.

2  Q.  Okay.  And we'll talk about the date in a minute.  When

3  Mr. Page contacted you, he -- you had never met him before, is

4  that right?

5  A.  Met him on the phone?

6  Q.  Right.  When he first called you, you had never -- you

7  don't know who Marc Page is, right?

8  A.  To the best of my knowledge, no.

9  Q.  Okay.  I mean, he didn't know who you were before he

10  called you, right?

11          MR. DAVIDSON:  Objection, as to foundation as to what

12  Mr. Epstein knows about Mr. Page's knowledge.

13          MR. DAY:  Well, I'll rephrase the question, Your

14  Honor.

15          THE COURT:  Okay.

16  BY MR. DAY:

17  Q.  Before Marc Page called you, okay, had you ever talked or

18  spoken or known the name Marc Page?

19  A.  I'm really not sure.

20  Q.  Okay.  So as far as you recall, the first time that

21  there's a relationship between Richard Epstein, yourself and

22  Marc Page is when Marc Page calls you, is that correct?

23  A.  I'm really not sure.

24  Q.  You're not sure.  Okay.  You, as we know from the

25  transcripts, contacted Marc Page in January the 25th of 2010,

WEDNESDAY, FEBRUARY 13th, 2013

1   correct?

2   A.   Again, I don't have the date in front of me but if that's

3   what the transcript says, yes.

4   Q.   Okay.  Well, we'll go to the transcript in a minute.

5           But prior to that, Mr. Page had called you and

6   actually emailed you, correct?

7   A.   I don't remember.

8   Q.   All right.  Well, I'll ask you to look at a document and

9   see if that refreshes your recollection?

10  A.   Sure.

11          MR. DAY:  May I approach the witness, Your Honor?

12          THE COURT:  Sure.

13          MR. DAY:  Thank you.

14  Q.   Mr. Epstein, and I'll speak into the microphone so the

15  court reporter can hear me.  I want to show you what has been

16  marked for identification as Defendant's Exhibit 1 and ask you

17  to look at that.

18  A.   Okay.

19  Q.   Have you had an opportunity to look at that?

20  A.   Just now, yes.

21  Q.   Okay.  And what does that appear to be to you, sir?

22          MR. DAVIDSON:  Objection, Your Honor, as to asking

23  the witness to testify as to a document that's not in

24  evidence.

25          MR. DAY:  No, I'm asking -- I'm laying the foundation

WEDNESDAY, FEBRUARY 13th, 2013

```
 1  to ask him if it refreshes his recollection.
 2          MR. DAVIDSON:  That wasn't the question, Your Honor.
 3          THE COURT:  I'll overrule the objection.  Go ahead.
 4  BY MR. DAY:
 5  Q.  Defendant's Exhibit 1 for identification, do you recognize
 6  that document?
 7  A.  Do I recognize it?  No.
 8  Q.  Okay.  Do you recall receiving this particular document?
 9  A.  No, I don't.
10  Q.  Okay.  Have you ever seen this particular document before?
11  A.  No.
12  Q.  Okay.
13  A.  To the best of my knowledge, no.
14  Q.  So are you saying that you have never received this
15  particular document, this email document?
16  A.  Given that it's obvious that it has gone to my email
17  address --
18          MR. DAVIDSON:  Your Honor, this is what we're going
19  to object to.  The document's not in evidence and now Mr. Day
20  is asking questions presupposing that it's in evidence.  The
21  witness says he doesn't remember this document.  That should
22  be the end of the inquiry.
23          MR. DAY:  No, Your Honor --
24          THE COURT:  Well, you're overruled.  Go ahead.
25          MR. DAY:  Yes, sir.
```

WEDNESDAY, FEBRUARY 13th, 2013

1   Q.  Continue.

2   A.  Can you repeat the question.

3   Q.  Yes.  What is it that you recognize?

4   A.  I don't recognize.  You just asked me and I told you I

5   don't recognize the document.  What I recognize on the

6   document is my email address.

7   Q.  Okay.  And do you recognize a name, Marc Page?

8   A.  I see that Marc Seaver Page sent this to me on November 11

9   of 2009.

10  Q.  Okay.  And does it appear to have attachments which relate

11  to 11 Good Energy?

12          MR. DAVIDSON:  Renewed objection, Your Honor.  This

13  document is not in evidence.

14          MR. DAY:  I'm just asking if he recognizes it, Your

15  Honor, that's all.

16          THE COURT:  Well, he's trying to refresh his memory.

17  I don't think he's going to get there, but...

18          THE WITNESS:  I have never, ever seen anything with

19  regards to 11 Good Energy management.  Never heard of the

20  company.  And it is certainly conceivable that this was sent

21  to me.  It's certainly conceivable that it went into a spam

22  folder or as a lot of email that I get, I just look -- I just

23  see the subject matter and delete it.

24  BY MR. DAY:

25  Q.  And is it conceivable that, showing you Defense Exhibit 2,

WEDNESDAY, FEBRUARY 13th, 2013

```
1   that you would have received and reviewed this as well?

2   A.  Absolutely, emphatically never reviewed this document.

3   I've never seen this document.

4   Q.  Never reviewed this document which is a private placement

5   memorandum with regard to 11 Good --

6           THE COURT:  I'm going to sustain the objection.  I

7   think the horse died.

8           MR. DAY:  All right, Your Honor.

9   Q.  And I guess your answer would be the same with regard to

10  Defense Exhibit 3, and that is a PowerPoint presentation?

11          MR. DAVIDSON:  Your Honor, objection.  Mr. Day wants

12  to put on a witness to testify about Exhibits 1 through 3,

13  that's fine.  But he can't do it through a witness who's

14  testified he doesn't recall them.

15          MR. DAY:  Your Honor, it's not my intention to

16  introduce them through Mr. Epstein.  It's just to ask him

17  questions as to whether he recognizes these documents.

18          THE COURT:  No, I'm going to overrule the objection.

19          Go ahead.  But I'm not sure where you're going with

20  it.

21  BY MR. DAY:

22  Q.  So Defendant's Exhibit 3, do you recognize that?

23  A.  No.

24  Q.  And you've never received that, is your testimony?

25  A.  Again, it is certainly possible that it was received into
```

WEDNESDAY, FEBRUARY 13th, 2013

1  my email account.  Was it ever opened and reviewed?  I would,

2  to the very, very best of my --

3        THE COURT:  Mr. Epstein, just simply answer the

4  question.  Don't pontificate about it.

5        THE WITNESS:  Yes, sir.

6        Can you repeat the question, please.

7        MR. DAY:  Yes.

8  Q.  Did you ever receive and review this document?

9  A.  I never reviewed the document.

10  Q.  Okay.  Prior to January 25 of 2010, Mr. Epstein, the date

11  which is our first transcript in evidence, do you recall that?

12  You said you didn't recall the date of the first --

13  A.  I don't recall the date.

14  Q.  Okay.  Mr. Epstein, can you see that transcript in front

15  of you?

16  A.  Yes.

17  Q.  Okay.  That's Defendant's Exhibit -- excuse me, that's

18  Government's Exhibit 1.  Make sure of that.  Yes.  That is

19  Government's Exhibit 1 that's in evidence, and was admitted

20  yesterday and you testified to that.

21        That conversation that you recorded with -- is a

22  conversation recorded with Marc Page, is that correct, sir?

23  A.  Yes.

24  Q.  And that was recorded on Monday, January 25, 2010, at

25  approximately 11:54, is that correct?

1  A.  Yes.

2  Q.  Okay.  And in that conversation you have -- it's clear you

3  have a previous relationship with Mr. Page, is that correct?

4  A.  I'm going to ask you to repeat the question, please.

5  Q.  Yes, sir.  With regard to the conversation, the tape

6  recorded conversation you had on January 25, 2010, at

7  approximately 11:54 which you're now looking at and the ladies

8  and gentlemen of the jury are looking at, it is clear that you

9  have a previous relationship with Marc Page, correct?

10  A.  Yes.

11  Q.  Okay.  It's clear from the first two lines, right?  Marc

12  Page, "Hey, Richard, how are you?"  Right?

13  A.  Yes.

14  Q.  I mean, doesn't even use your last name, right?  Says

15  "Hey, Richard."  Correct?

16  A.  Right.

17  Q.  Okay.  And you answer, "All right, Marc."  Right?

18  A.  Correct.

19  Q.  You don't use his last name, right?

20  A.  Yes, I did not use his last name.

21  Q.  And the reason that he didn't use your last name and you

22  didn't use his last name is you have known -- you know each

23  other before this particular date, right?

24  A.  I'm not sure if I know him -- knew him before that date or

25  not.  I don't think not using a last name would indicate

WEDNESDAY, FEBRUARY 13th, 2013

1  whether I know him or don't know him, though.

2  Q.  Okay.  So your testimony is that as we look at the

3  transcript, January 25 of 2010, you don't know if you knew

4  Marc Page before this day, is that what you're saying?

5  A.  Yes, that's what I'm saying.

6  Q.  You don't know, is that right?

7  A.  I don't remember.

8  Q.  No memory about that?

9  A.  No.

10  Q.  This could have been, in your mind, the first time you've

11  ever talked to Mr. Page, is that right?

12  A.  Looking at this, yes, it could be.  I really don't know.

13  Q.  Okay.  Well, going down a little bit, you, on page 2,

14  bottom of the page, you see where my finger begins, right?  Do

15  you see that?

16  A.  Yes.

17  Q.  I'm sorry, Mr. Epstein, I didn't hear you.  Do you see

18  that?

19  A.  I see your finger, yes.

20  Q.  Okay.  Okay.  I'm sorry.  RE.  Okay.  "I like the way you

21  think.  I have not called Doug back yet."  Right?

22  A.  Yes.

23  Q.  Okay.  So this is -- there's no conversation about anyone

24  named Doug, right?

25  A.  Right.

WEDNESDAY, FEBRUARY 13th, 2013

1   Q.  Previous to you bringing that up, right?

2   A.  Right.

3   Q.  Okay.  So you're talking about a previous conversation or

4   contact that you've had with Marc Page, right?

5   A.  From that, it would -- it would appear that way, yes.

6   Q.  Well, does it appear that way or is it?

7   A.  It appears that way.

8   Q.  Prior to that phone conversation that was tape recorded on

9   January 25 of 2010, it appearing to you that you may have had

10  a previous relationship with Marc Page and had previous

11  conversations with him, did Marc Page talk to you at all

12  before January 25 about a company called 11 Good Energy?

13  A.  I have never heard of 11 Good Energy, and to the best of

14  my knowledge, I do not recall Marc Page having any prior

15  conversation with me with regards to 11 Good Energy.

16  Q.  Okay.  So you're saying that you don't recall having

17  conversations before this day regarding 11 Good Energy, is

18  that right?

19  A.  Correct.

20  Q.  You're not saying that you didn't have conversations with

21  him, correct?

22  A.  I don't recall whether I had a conversation with Marc Page

23  prior to this about 11 Good Energy or anything else.

24  Q.  I understand that.  What you're not saying to the ladies

25  and gentlemen of the jury is "I can tell you I did not have

WEDNESDAY, FEBRUARY 13th, 2013

1   conversations with him," correct?

2   A.   To the best of my knowledge, I do not recall having a

3   conversation with him.

4   Q.   I understand that.  But that wasn't my question.  My

5   question to you is you can't emphatically state to the ladies

6   and gentlemen of the jury that "I did not have a conversation

7   with Marc Page about 11 Good Energy," correct?

8           MR. DAVIDSON:   I'm going to object because I think

9   this is the third time he's asked the question.  I think it

10  goes to the *Ellisor* case that we discussed the other day.

11          MR. DAY:   No, Your Honor.  That was not the Court's

12  ruling.

13          THE COURT:   I'm going to overrule the objection.

14          MR. DAY:   Okay.

15  Q.   I'm not asking you, Mr. Epstein, if you recall.  You've

16  already said you don't.  I understand that.  That's clear.

17  A.   Yes.

18  Q.   My question to you, sir, is can you state unequivocally

19  that you did not talk to Marc Page about 11 Good Energy prior

20  to this phone call January 25, 2010?

21  A.   Unequivocally, no.

22  Q.   Okay.  And as a matter of fact, Mr. Epstein, and maybe

23  this will refresh your recollection, Marc Page wanted to

24  solicit investors for 11 Good Energy, is that right?  Isn't

25  that correct?

WEDNESDAY, FEBRUARY 13th, 2013

1  A.  I have no idea.

2  Q.  Does it refresh your recollection that in November and

3  December of 2009 that he is talking to you about a company

4  that's a biodiesel fuel company?

5  A.  I have no recollection of it.

6  Q.  Okay.  Do you recall him describing for you what that

7  company actually does?

8  A.  I do not recall, no.

9  Q.  Do you recall him describing for you him being the

10 consultant for that company?

11 A.  I do not recall.

12 Q.  Do you recall Mr. Page asking if you would be interested

13 in investing in that company and buying stock in that company?

14 A.  I do not recall.

15 Q.  Do you recall a discussion about a private placement

16 memorandum and the purchasing of stock in that company?

17 A.  I do not recall.

18 Q.  Do you recall having a conversation with Marc Page where

19 you indicated that you had reviewed the PowerPoint

20 presentation?

21 A.  I do not recall.

22 Q.  Did you have a conversation with -- or do you recall

23 having a conversation with Mr. Page where you told him that

24 you had received the private placement memorandum and you were

25 interested in buying stock in the company?

WEDNESDAY, FEBRUARY 13th, 2013

1  A.  I do not recall.

2  Q.  Do you recall telling him that you were willing to take a

3  look at 11 Good Energy?

4  A.  I do not recall.

5  Q.  Okay.  Do you recall telling him, prior to January 25 of

6  2010, that you had wealthy Latino investors that you had

7  access to through a friend that would be interested in

8  possibly purchasing stock in 11 Good Energy?

9  A.  I certainly don't recall that.

10  Q.  That one you recall?

11  A.  Yes.

12  Q.  That's what you're telling the ladies and gentlemen of the

13  jury, you recall that --

14  A.  Do I recall -- no, I do not recall saying anything like

15  that.

16  Q.  Okay.  Are you saying that you did not have that

17  conversation, or you just don't recall?

18  A.  I just don't recall.

19  Q.  Okay.  Well, you certainly had conversations with Marc

20  Page about wealthy investors in Weston, is that correct?

21  A.  That's correct.

22  Q.  And you certainly had conversations with Mr. Page about

23  wealthy investors or a broker friend of yours, is that

24  correct?

25  A.  That's correct.

WEDNESDAY, FEBRUARY 13th, 2013

1    Q.  Matter of fact, I think you call him a "dear friend of

2    yours," is that right?

3    A.  I don't remember using the term "dear friend," I might

4    have.

5    Q.  On page 3, top of the page, "I have an associate" --

6    second line -- "I have an associate, a very dear friend of

7    mine who is a broker down here who has 30 or 40, maybe 50

8    discretionary accounts of Latin Americans down here with

9    tremendous amounts of dollars in those accounts."

10          Did you say that?

11   A.  Yes.

12   Q.  But you don't recall saying that?

13   A.  Sir, I recorded well in excess of a thousand telephone

14   conversations.  If you're asking me if I recall every single

15   word of those telephone conversations, I think your

16   expectation is a little out of line.

17   Q.  Okay.  My expectation, Mr. Epstein --

18          THE COURT:  Mr. Epstein, you're a witness in this

19   trial.

20          THE WITNESS:  I apologize, sir.

21          THE COURT:  And you will answer the questions from

22   both sides.  Do you understand?

23          THE WITNESS:  Yes.

24          THE COURT:  Because you're going to get in trouble

25   with me.

WEDNESDAY, FEBRUARY 13th, 2013

```
 1              THE WITNESS:  Yes, sir.
 2              THE COURT:  All right.
 3  BY MR. DAY:
 4  Q.  Mr. Epstein, my expectation of you is that you'll have the
 5  same recall as to what happened with Marc Page when I ask you
 6  questions as you did yesterday when the government asked you
 7  questions.
 8              MR. DAVIDSON:  Your Honor, we object to the
 9  argumentative, you've already instructed the witness.
10              MR. DAY:  I'll move on, Your Honor.
11              THE COURT:  All right.
12  BY MR. DAY:
13  Q.  You recalled quite a bit of the conversations you had with
14  Marc Page yesterday, correct?
15  A.  Yes.
16  Q.  When you testified to the ladies and gentlemen of the
17  jury, correct?
18  A.  Yes.
19  Q.  And the government asked you to explain the different
20  terms, is that correct?
21  A.  Yes.
22  Q.  And we'll go over all that.  But you recall that, right?
23  A.  Yes.
24  Q.  You were able to have a specific recall of those
25  conversations, right?
```

WEDNESDAY, FEBRUARY 13th, 2013

1   A.   There was a transcript in front of me, yes.

2   Q.   Well, there's a transcript in front of you here, too, with

3   regard to having a "very dear friend of yours who's a broker

4   down here"?

5        MR. DAVIDSON:   Objection, Your Honor, as to

6   mischaracterization of what happened.  Mr. Day asked him if he

7   recalled the word "dear" without showing him the transcript.

8   And now he's accusing Mr. Epstein of not reading the

9   transcript, Your Honor.

10        MR. DAY:   Your Honor, I'm not accusing Mr. Epstein of

11   anything, I'm just asking questions.

12        THE COURT:   I'm going to overrule the objection.   I

13   mean, if he doesn't remember, he doesn't remember.   Don't...

14        MR. DAY:   I'll move on from that area, Your Honor.

15        THE COURT:   The witness is entitled to whatever he

16   can recall, he can testify to.   If he doesn't recall, he

17   doesn't have to -- there's nothing to talk about.

18        MR. DAY:   Yes, sir.

19        THE COURT:   All right.

20   BY MR. DAY:

21   Q.   January 25 of 2010, the transcript that we have in front

22   of us with the ladies and gentlemen of the jury, that is the

23   first conversation that you recorded with regard to Marc Page,

24   is that correct?

25   A.   I believe so, yes.

WEDNESDAY, FEBRUARY 13th, 2013

1   Q.   Well, are there others?

2   A.   To the best of my knowledge, no.

3   Q.   That we don't have or that haven't been given to the

4   government?

5   A.   No.

6   Q.   Okay.  So January 25 of 2010 is the first recorded

7   conversation with Marc Page, is that correct?

8   A.   Yes.

9   Q.   Okay.  There are no recorded conversations before that, is

10  that correct, with Marc Page, correct?

11  A.   That's correct.

12  Q.   Okay.  You have a previous relationship with Marc Page as

13  we can tell from the tapes and this recording, and you agreed

14  to, correct?

15  A.   Correct.

16  Q.   Those conversations with Marc Page are not recorded, is

17  that right?

18  A.   Correct.

19  Q.   So any conversations that you would have had with Marc

20  Page regarding 11 Good Energy, that wouldn't be recorded, is

21  that right?

22            MR. DAVIDSON:  Objection, Your Honor, as to

23  presupposing facts about a conversation that the defendant --

24            THE COURT:  I'll overrule the objection.

25  BY MR. DAY:

WEDNESDAY, FEBRUARY 13th, 2013

29

```
1   Q.  Is that correct, sir?

2   A.  Can you repeat the question, please.

3   Q.  Yes, sir.  Any conversations that you would have had with

4   Marc Page prior to this one, prior to this conversation on

5   January 25, regarding 11 Good Energy would not be recorded, is

6   that right?

7   A.  Correct.

8   Q.  Any conversations that you would have had with Mr. Page

9   regarding a private placement memorandum regarding stock, that

10  would not be recorded, correct?

11  A.  Correct.

12  Q.  Any conversations that you would have had with Mr. Page

13  reference a PowerPoint presentation as to 11 Good Energy, that

14  would not be recorded, correct?

15  A.  Correct.

16  Q.  So we wouldn't have those conversations to have

17  transcripts of and be able to come and play for the ladies and

18  gentlemen of the jury, right?

19  A.  Correct.

20  Q.  And the reason that we wouldn't have those tape recorded

21  conversations is because you are the person that is recording

22  the phone calls, is that correct?

23  A.  Correct.

24  Q.  You described that yesterday to the ladies and gentlemen

25  of the jury, correct?
```

WEDNESDAY, FEBRUARY 13th, 2013

1    A.  Correct.

2    Q.  You have a recording -- a recorder, is that right?

3    A.  Yes.

4    Q.  And you're the one that played -- pushes "record,"

5    correct?

6    A.  Yes.

7    Q.  And if a tape recorder button that says "play" isn't

8    pushed, then a phone conversation isn't recorded, correct?

9    A.  Correct.

10   Q.  And you're the one that's controlling that button, is that

11   right?

12   A.  Correct.

13   Q.  So you're the one that determines which conversation is

14   recorded and which one isn't, is that correct?

15   A.  That's -- put that way, yes, that's correct.

16   Q.  Okay.  And so therefore, Mr. Epstein, you can make a

17   decision on your own not to record phone conversations that

18   don't incriminate another person, is that right?

19   A.  I could, but I did not.

20   Q.  I'm not asking you if you did not.  I'm asking you if you

21   could?

22   A.  Theoretically, I could, yes.

23   Q.  So if you didn't want to record a conversation with Marc

24   Page in November of 2009 regarding 11 Good Energy, you

25   wouldn't -- you would have the power not to record that,

1  correct?

2  A.  Correct.

3  Q.  You just simply wouldn't hit the play button, right?

4  A.  That's correct.

5  Q.  Okay.  And so any conversations about 11 Good Energy and a

6  PowerPoint presentation and you being an investor, or you

7  telling Mr. Page that you had investors who are interested in

8  11 Good Energy, to capture that and to record that, to play

9  for a jury, you would have the control over that, correct?

10 A.  Correct.

11 Q.  Or not to, correct?

12 A.  Correct.

13 Q.  Now, during these telephone conversations that have been

14 recorded for the ladies and gentlemen of the jury, we'll talk

15 about the first one, Government's Exhibit 1, January 25, was

16 an agent from law enforcement supervising you during this

17 call?  Were they there?

18 A.  Were they there, no.

19 Q.  Okay.  So no one from law enforcement was present when you

20 made this recorded conversation on January 25, is that

21 correct?

22 A.  That's correct.

23 Q.  Okay.  And I think you said yesterday, if I recall

24 correctly, that this -- and probably all of these phone

25 conversations that we have that have been admitted into

WEDNESDAY, FEBRUARY 13th, 2013

1   evidence, were made from your home, is that correct?

2   A.   Correct.

3   Q.   Okay.  So on this one, the FBI, who is the agent in the

4   case, correct?

5   A.   Correct.

6   Q.   Agent Sputo is the agent that was -- that was handling

7   you, I think you used the term yesterday, is that correct?

8   A.   Correct.

9   Q.   He was not present during this phone call, is that right?

10  A.   That's correct.

11  Q.   Okay.  And he would not have been present during phone

12  calls made in November and December of 2009 regarding 11 Good

13  Energy, is that correct?

14  A.   That's correct.

15  Q.   Government's Exhibit 2 is the next tape recorded

16  conversation.  And do you see that in front of you,

17  Mr. Epstein?

18  A.   Yes, sir.

19  Q.   Okay.  And do you recognize that to be the phone -- the

20  transcript of the phone conversation you had on January 28 of

21  2010?

22  A.   Yes.

23  Q.   At 11:41?

24  A.   Yes.

25  Q.   Okay.  And that's you talking to Mr. Page, is that

1  correct?

2  A.  Correct.

3  Q.  Okay.  Was Agent Sputo present when you made that phone

4  conversation?

5  A.  No.

6  Q.  Turning to Government's Exhibit 3, the phone conversation

7  between you and Mr. Page on February 2, 2010, do you recognize

8  that, sir?

9  A.  Yes, I do.

10  Q.  Okay.  And was agent Sputo present when you made that

11  recording?

12  A.  No.

13  Q.  Was anyone from law enforcement present when you made that

14  recording?

15  A.  No.

16  Q.  And you made that recording from your home, is that right?

17  A.  Correct.

18  Q.  We'll go to Government's Exhibit 4, that's February 3 of

19  2010.  A phone conversation between yourself and Mr. Page, do

20  you recognize that?

21  A.  Yes, I do.

22  Q.  Okay.  And same question, sir.  When you made that

23  recording of Mr. Page, was law enforcement supervising you in

24  your home at that time?

25  A.  No.

WEDNESDAY, FEBRUARY 13th, 2013

1  Q.  Okay.  And I'll just move forward, okay.  With the

2  questions to you, to move this along, was law enforcement,

3  Agent Sputo or anybody else from the Federal Bureau of

4  Investigations at your home supervising you when you made

5  these calls that have been admitted into evidence and put

6  before the jury yesterday?

7  A.  No, they were not.

8  Q.  But yet Agent Sputo has been in your home before, correct?

9  A.  Correct.

10  Q.  Many, many, many times, correct?

11  A.  Many times, yes, sir.

12  Q.  Sometimes he's there on a daily basis, is that correct?

13  A.  Correct.

14  Q.  And sometimes he's there on that daily basis for weeks on

15  end, is that correct?

16  A.  Correct.

17  Q.  Sometimes for months on end, is that correct?

18  A.  Correct.

19  Q.  He has been your handler for, I think two years, you

20  testified to yesterday, I believe, is that correct?

21  A.  Correct.

22  Q.  So he's been in your house dozens of times, is that

23  correct?

24  A.  Yes.

25  Q.  Maybe hundreds of times, is that correct?

WEDNESDAY, FEBRUARY 13th, 2013

1  A.  Conceivable, yes.

2  Q.  Okay.  Because you made over a thousand calls, that's what

3  you testified to to the ladies and gentlemen of the jury,

4  correct?

5  A.  Correct.

6  Q.  Okay.  And I'm assuming -- I'll ask you, Agent Sputo was

7  there for a number of those calls, is that right?

8  A.  I don't remember any time that Agent Sputo was at my home

9  when one of these thousand or so calls were made.

10  Q.  Okay.  So your testimony, then, to the ladies and

11  gentlemen of the jury is that in these thousand phone calls

12  that you made, that you testified to, okay, pursuant to your

13  cooperation, that Agent Sputo was not present for any of them,

14  is that correct?

15  A.  It is -- it is possible that he was present for some of

16  them.  I don't recall any conversations, though, that he was

17  there for.

18  Q.  Okay.  So -- what you're saying, then, is that he was at

19  your house when conversations were taking place, but he didn't

20  supervise you, is that what you're saying?

21  A.  No.

22  Q.  Okay.  You said it's a possibility -- I want to understand

23  what you're saying -- it's a possibility that in these

24  thousand phone calls or more that you made that Agent Sputo

25  may have been there for them, is that what I heard you say?

WEDNESDAY, FEBRUARY 13th, 2013

1    A.   It is conceivable -- I don't remember any of them, but

2    yes, sir, it is conceivable.

3    Q.   Okay.  It's conceivable but you don't remember if he was

4    present for any phone conversation, is that what you're

5    saying?

6    A.   That's what I'm saying, yes.

7    Q.   So you don't have a specific recollection of one phone

8    conversation where he was sitting next to you while you

9    recorded the person?

10          MR. DAVIDSON:  Objection, Your Honor.  I think

11   Mr. Day has asked this question three or four times now.

12          MR. DAY:  Right, and we haven't had an answer, Your

13   Honor.

14          MR. DAVIDSON:  He said he doesn't recall.

15          THE COURT:  Well, I'm going to overrule the

16   objection.  But try not to repeat it.  If he says he doesn't

17   know, he doesn't know.

18          MR. DAY:  Yes, sir.

19          THE WITNESS:  I'm going to ask you to repeat it, I'm

20   sorry.

21   BY MR. DAY:

22   Q.   Yes, sir.

23          What you're saying is that you have no specific

24   recollection that Agent Sputo was present for a specific call

25   that you made out of these thousand phone calls, is that what

WEDNESDAY, FEBRUARY 13th, 2013

1  you're testifying to?

2  A.  That's what I'm testifying to, yes.

3  Q.  Now, with regard to these recordings, did you make any

4  notes as to the time when the recording was made?

5  A.  I think there were no written notes, no.  There was always

6  either a preannouncement or post-announcement made on the

7  tape.

8  Q.  By you?

9  A.  Correct.

10  Q.  With no one else present?

11  A.  That's correct.

12  Q.  Okay.  So we would rely on your credibility as to whether

13  it was actually that day and time, is that correct?

14  A.  That's correct.

15  Q.  And there's nothing to corroborate that, right?

16  A.  That's correct.

17  Q.  Okay.  There's no log of any kind, is that right?

18  A.  Correct.

19  Q.  There's no notes of any kind by you?

20  A.  Correct.

21  Q.  Of course there's no supervision from law enforcement, is

22  that correct?

23  A.  Correct.

24  Q.  Where they can then make a report and say yes, this phone

25  call which Richard Epstein announces on the transcript was

WEDNESDAY, FEBRUARY 13th, 2013

1   made January 25, at 11:54, there's nothing to corroborate

2   that, is that correct?

3   A.   That's correct.

4   Q.   Just you, right?

5   A.   I have no reason not to be correct, but your point is well

6   taken, that's correct.

7   Q.   Well, my question to you, sir, is that there's nothing to

8   corroborate that, is that right?

9   A.   That's correct.

10  Q.   Okay.  After you make a recording such as you did with

11  Government's Exhibit 1 and all the other exhibits that have

12  been admitted to the ladies and gentlemen of the jury, what

13  did you do with those recordings -- let me ask you this, what

14  did you do with Government's Exhibit 1?

15  A.   After a recording was made and that particular cassette

16  tape was no longer going to be used for a recording, the first

17  thing I would do --

18  Q.   No, sir, I'm not asking you what you would do.  I'm asking

19  you what you did with Government's Exhibit 1, January 25, if

20  you have a specific recollection as to what you did with that

21  tape recording?

22       THE COURT:  Well, I think he's getting there if you

23  let him answer the question.

24       MR. DAY:  Yes, sir.

25       THE WITNESS:  It was a cassette tape.  I would pop

WEDNESDAY, FEBRUARY 13th, 2013

1  the back of the cassette tape out.  There were two tabs on the

2  tape to ensure that there was nothing recorded over the tape.

3      I would put the tapes in a secure place within my

4  office and when I saw Agent Sputo, I would hand him the tapes

5  which I would label also.

6  Q.  Whenever you saw him, is that right?

7  A.  That's correct.

8  Q.  Okay.  That's what you would do.

9      My question now is did you do that with regard to

10 Government's Exhibit 1?  Do you have a specific recollection

11 of doing that?

12 A.  No, I do not have a specific recollection of doing that.

13 Q.  Okay.  So you don't have a specific recollection then of

14 taking the recording and popping the tabs out of Government's

15 Exhibit 1, is that right?

16 A.  That's correct.

17 Q.  Okay.  And you don't have a specific recollection of

18 taking Government's Exhibit 1, the recording, popping the tabs

19 out and then delivering it to Agent Sputo, correct?

20 A.  That's correct.

21 Q.  Okay.  You have no idea when you would have given this

22 particular exhibit, Government's Exhibit 1 to Agent Sputo, is

23 that correct?

24 A.  I would have given it to him -- no, I have no idea.

25 Q.  Okay.  And "popping the tabs out," what that means, I

1  believe is that when you have a tape recording -- and is this

2  a cassette recording?

3  A.  Yes.

4  Q.  Okay.  When you have a cassette recording, there are tabs

5  on that recording, is that correct?

6  A.  Correct.

7  Q.  Okay.  And that recording can be recorded over, is that

8  right?

9  A.  That's correct.

10  Q.  And if you do that, you erase it, correct?

11  A.  Correct.

12  Q.  Or you can rewind it, right?

13  A.  Yes.

14  Q.  You can fast forward, correct?

15  A.  Yes.

16  Q.  Okay.  And you can then have a recording that doesn't

17  reflect the conversation that you had with a person, correct?

18  A.  One could do that, yes.

19  Q.  And what then happens is that somebody who wants to ensure

20  the integrity of the tape recording pops out the tabs, is that

21  right?

22  A.  That's correct.

23  Q.  And once the tabs are popped out in a recording, now that

24  recording is preserved, is that correct?

25  A.  Yes.

WEDNESDAY, FEBRUARY 13th, 2013

1  Q.  Okay.  And it cannot be erased, is that right?

2  A.  To the best of my knowledge, yes.

3  Q.  And you now can't take that tape and put it in and rewind

4  it, fast forward it and -- and redo what has already been

5  done, is that correct?

6  A.  Yes.

7  Q.  That's the idea of popping the tabs, right?

8  A.  Yes.

9  Q.  I will ask you a series of questions, Mr. Epstein, and

10  I'll move this along for time consideration for us all.

11        With regard to the Government's Exhibits, the

12  transcripts that are in evidence that you testified to

13  yesterday, do you have any specific recollection of taking any

14  of those particular recordings and popping out the tabs on

15  them?

16  A.  A specific recollection, no, sir.

17  Q.  Okay.  Do you have a specific recollection of popping out

18  the tabs on any of those transcripts and then delivering that

19  to Agent Sputo?

20  A.  Specific recollection, no.

21  Q.  Do you have a specific recollection of a date and time

22  after you would have made any of those recordings that you

23  would have then delivered that to Agent Sputo?

24  A.  No specific recollection, no.

25  Q.  Did you get specific instructions from Agent Sputo after

WEDNESDAY, FEBRUARY 13th, 2013

42

1  each of these particular calls?

2  A.  Not after each call, no, sir.

3  Q.  Okay.  So you don't have a specific recollection then of

4  what instructions you may have given, been given by Agent

5  Sputo with regard to each call, is that correct?

6  A.  Not to each call, no.

7  Q.  And you don't have a specific recollection as to with

8  regard to each of these calls as to what you may have told

9  Agent Sputo occurred in those phone conversations, correct?

10 A.  Correct.

11 Q.  Mr. Epstein, yesterday in your direct examination you were

12 asked repeatedly to give your opinion and your interpretation

13 as to certain terms that were mentioned in the transcripts, is

14 that correct?

15 A.  Yes.

16 Q.  And you did that yesterday, is that right?

17 A.  Yes.

18 Q.  Repeatedly, correct?

19 A.  Yes.

20 Q.  Over and over and over again, is that correct?

21 A.  Yes.

22 Q.  And that was your interpretation, correct?

23 A.  Yes.

24 Q.  That was your opinion, right?

25 A.  Correct.

WEDNESDAY, FEBRUARY 13th, 2013

43

```
 1  Q.  Okay.  And you can't testify as to what's in somebody
 2  else's mind with regard to those terms, is that correct?
 3  A.  That's correct.
 4  Q.  You don't know what Marc Page's understanding is of those
 5  terms, correct?
 6  A.  Correct.
 7  Q.  You can't read his mind, correct?
 8  A.  Correct.
 9  Q.  You only know what you know about those terms, is that
10  right?
11  A.  Correct.
12  Q.  And you don't know that he knows what you know about those
13  terms, right?
14  A.  Correct.
15  Q.  Okay.  You gave an opinion yesterday, you were asked by
16  the prosecutor, to give an opinion as to the term "press," is
17  that right?
18  A.  I'm sorry, as to the term?
19  Q.  "Press."  P-R-E-S-S.
20  A.  Yes.  Yes, sir.
21  Q.  And you gave your opinion, is that correct?
22  A.  Correct.
23  Q.  And you told the ladies and gentlemen of the jury that
24  what "press" means is, that's an advance positive report about
25  some kind of a company, is that right?
```

WEDNESDAY, FEBRUARY 13th, 2013

1          MR. DAVIDSON:  Judge, we're going to object to, at

2    Mr. Day inquiring what Mr. Epstein's answers were yesterday.

3    The jury heard the testimony yesterday.  We don't need them to

4    repeat what Mr. Epstein's answers were.

5          THE COURT:  Well, maybe the government does, but the

6    defense may, so I'll overrule the objection.

7          MR. DAY:  Thank you, Your Honor.

8          THE WITNESS:  Could you repeat that, please.

9          MR. DAY:  Yes, sir.

10   Q.  Yesterday you told the ladies and gentlemen of the jury

11   your interpretation, your opinion of the word "press," right?

12   A.  Yes.

13   Q.  Okay.  They asked you, well, what does "press" mean,

14   right?

15   A.  Yes.

16   Q.  And because press is in the transcripts, it's throughout

17   the transcript, correct?

18   A.  Correct.

19   Q.  And you gave the ladies and gentlemen of the jury your

20   interpretation and your opinion of "press," right?

21   A.  Yes.

22   Q.  And what I heard you say is that press is some kind of a

23   report that a company puts out that would indicate something

24   positive about the company, and the kind of press that you

25   were talking about is press that doesn't bear any relation to

1  a real fact, is that right?

2  A.  I don't believe that yesterday I said that it doesn't bear

3  any relation to a fact.

4  Q.  Okay.  What did you say yesterday regarding your opinion,

5  your interpretation of the word "press"?

6           MR. DAVIDSON:  Your Honor, again with the objection

7  as to asking Mr. Epstein to testify what he remembers saying

8  yesterday.

9           MR. DAY:  Yes, that's correct, Your Honor.  The

10  government brought that out yesterday and now I have an

11  opportunity to ask him about it.

12           MR. DAVIDSON:  Well, he can ask him what he thinks

13  the word "press" means but not what he said yesterday because

14  he testified what he said yesterday.  That's been asked and

15  answered.  If he wants to ask him what he understands press

16  means, I have no objection to that.

17           MR. DAY:  Your Honor, I certainly have the

18  opportunity to ask this witness about his testimony yesterday.

19           THE COURT:  Yes.  I overrule the objection.

20  BY MR. DAY:

21  Q.  Okay.  Sir?

22  A.  I'm going to ask you once again to repeat it.

23  Q.  Okay.  Yesterday you told the ladies and gentlemen of the

24  jury what your opinion was of "press," right?

25  A.  Yes.

WEDNESDAY, FEBRUARY 13th, 2013

1  Q.  That's a term that you seemed to suggest -- or not seemed,

2  that you suggested to the ladies and gentlemen of the jury

3  that's used, right?

4  A.  Correct.

5  Q.  And it's a negative term, correct?

6  A.  I don't view it as a negative term, no.

7  Q.  Okay.  I thought that what you were saying is, when you

8  were on the tape saying "get me some press, I need press,"

9  that that's made up?

10        MR. DAVIDSON:  Objection, Your Honor, as to Mr. Day's

11  interpretation and his thoughts.  The witness is here and he

12  can testify.

13        THE COURT:  Yeah, I'll sustain the objection.

14  BY MR. DAY:

15  Q.  What is -- what is your opinion of "press" and the way you

16  used it in these tapes?

17  A.  In these tapes, "press" was used to hype a stock.  To come

18  out with news that would have some relation to the company and

19  appear to be good news so that investors might be enticed to

20  buy the stock.

21  Q.  And it doesn't have to be accurate, right?

22  A.  I never said that.

23  Q.  Well, I'm asking you, does it have to be accurate?

24  A.  It -- no, I respectfully disagree.  It has -- there has to

25  be accuracy to it.

WEDNESDAY, FEBRUARY 13th, 2013

47

1   Q.  Well, didn't you say that actually the press comes out

2   before the manipulation occurs?

3   A.  Yes.

4   Q.  Okay.  And that press doesn't have to be truthful, does

5   it?

6   A.  Yes, it does.

7   Q.  Oh, it does have to be truthful.  Okay, so is that what

8   you're saying?

9   A.  That's what I'm saying, yes.

10  Q.  Okay.  So you wouldn't accept just somebody making up,

11  hey, look, with regard to a specific company, we've got a new

12  product coming out, you wouldn't accept that as press?

13  A.  It -- it has to be verifiable.  It -- I wouldn't accept

14  it, that's correct.

15  Q.  Okay.  And so, but you know and understand that, right?

16  A.  Yes, I do.

17  Q.  Okay.  Because you've used that term before, right?

18  A.  Correct.

19  Q.  And you've used that concept before, correct?

20  A.  Yes.

21  Q.  Okay.  You used that concept in your own case up in

22  Pennsylvania, is that correct, you utilized press?

23  A.  Yes.

24  Q.  Correct?

25  A.  Correct.

WEDNESDAY, FEBRUARY 13th, 2013

48

1    Q.  Okay.  Was the press in that case accurate?

2    A.  Yes.

3    Q.  It was, is that right?

4    A.  Yes.

5    Q.  But that press was used in order to hype the stock, is

6    that right?

7    A.  That's correct.

8    Q.  Okay.  And you did that in 2008?

9    A.  Yes.

10   Q.  So you're familiar with that?

11   A.  Yes.

12   Q.  Okay.  And you also gave your opinion as to what the term

13   "parked" means as it was used in the transcript, is that

14   correct?

15   A.  Yes.

16   Q.  Okay.  And you testified that "parked" means that it gets

17   put in an account and kind of concealed, is that right?

18   A.  Yes.

19   Q.  Okay.  And in this particular case, your scheme that you

20   laid out was that your broker friend, the dear friend of yours

21   who had these very wealthy accounts that he -- the purchase of

22   the stock, it would get parked in his accounts or in their

23   accounts, is that right?

24   A.  Yes.

25   Q.  And they would never see the light of day, is that right?

WEDNESDAY, FEBRUARY 13th, 2013

1   A.  The stock, correct.

2   Q.  And I think you, in one of the transcripts you said, you

3   called, "it's like the roach motel."  Is that right?

4   A.  That's correct.

5   Q.  Okay.  And that's illegal, right?

6   A.  Yes.

7   Q.  Okay.  Because that's somebody's money, right?

8   A.  Yes.

9   Q.  That's being "parked," right?

10  A.  That's correct.

11  Q.  In the "roach motel," correct?

12  A.  Yes.

13  Q.  Okay.  And you're familiar with that term, right?

14  A.  Yes.

15  Q.  Because you've done that before, right?

16  A.  Yes.

17  Q.  Okay.  You also gave your opinion, you were asked by the

18  government to give your opinion as to what a "player" is, is

19  that right?

20  A.  Yes.

21  Q.  Okay.  You described to the ladies and gentlemen of the

22  jury, you gave your opinion as to what a "player" was, is that

23  right?

24  A.  Yes.

25  Q.  Okay.  And you said that a "player" is somebody that would

WEDNESDAY, FEBRUARY 13th, 2013

1  be willing to go along with your buying program, is that

2  right?

3  A.  Yes.

4  Q.  Okay.  And you know that as well, right?

5  A.  Yes.

6  Q.  Okay.  You're familiar with that, correct?

7  A.  Correct.

8  Q.  You have experience with that, correct?

9  A.  Through the workings with the FBI, correct.

10  Q.  Okay.  Well, in your case in 2008, right?  Right?  You

11  were a player in 2008, weren't you?

12  A.  Yes.

13  Q.  Okay.  So you're familiar with this particular term

14  because you've done it before, right?

15  A.  Correct.

16  Q.  You've committed it before, correct?

17  A.  Correct.

18  Q.  You also talked about and gave your opinion as to what a

19  "directed trade" is, is that right?

20  A.  Yes.

21  Q.  Okay.  And you described the "directed trade" as one

22  whereby the broker does the investment and the person that he

23  is making that investment on behalf of doesn't have any

24  discretion, is that right?  They don't know?

25  A.  That's correct.

WEDNESDAY, FEBRUARY 13th, 2013

51

1   Q.   Okay.  It would -- in other words, a broker -- excuse me,

2   an investor gives the discretion to their broker to buy and

3   sell, is that right?

4   A.   Correct.

5   Q.   Okay.  And that can, of course, be done legally, right?

6   A.   Yes.

7   Q.   Many people have stockbrokers and people who have mutual

8   fund managers, correct?

9   A.   Correct.

10   Q.   And they belong to those, right?

11   A.   Yes.

12   Q.   And they don't specifically get involved in any of the

13   trades, right?

14   A.   Correct.

15   Q.   The broker does that for them, right?

16   A.   Yes.

17   Q.   And that can be done legitimately, correct?

18   A.   Yes.

19   Q.   Okay.  It can also be done illegitimately, correct?

20   A.   Yes.

21   Q.   And as far as your scheme was concerned, it was done

22   illegitimately or at least that was the plan?

23   A.   Yes.

24   Q.   Of course there never was a wealthy Latino, correct?

25   A.   Correct.

WEDNESDAY, FEBRUARY 13th, 2013

52

```
1    Q.   There never was a "dear friend" --
2    A.   Correct.
3    Q.   Is that correct?
4    A.   That's right.
5    Q.   And you know what an "illegal directed trade" is, correct?
6    A.   Yes.
7    Q.   Because you've done that before, right?
8    A.   Yes.
9    Q.   You also talked and gave your opinion to the ladies and
10   gentlemen of the jury as to what "shorting" the stock is, is
11   that correct?
12   A.   Yes.
13   Q.   What's "shorting" the stock?
14   A.   Selling a stock without owning it.
15   Q.   Okay.  And that's illegal, correct?
16   A.   No.
17   Q.   That's not illegal?
18   A.   No, it is not.
19   Q.   Okay.  But it can be done in a way that's illegal, is that
20   correct?
21   A.   I don't believe so.
22   Q.   You also described to the ladies and gentlemen of the jury
23   yesterday about the term "front running" a stock, is that
24   right?
25   A.   Yes.
```

WEDNESDAY, FEBRUARY 13th, 2013

53

1   Q.   Okay.  And you describe that, "front running" a stock as

2   somebody who has insider information, is that correct?

3   A.   Yes.

4   Q.   That is illegal, correct?

5   A.   Yes.

6   Q.   Okay.  Someone can't buy or sell stock if they have inside

7   information that people outside the public don't have, is that

8   correct?

9   A.   Correct.

10  Q.   Okay.  And you're familiar with that, correct?  You're

11  familiar with the idea of front running a stock, correct?

12  A.   I'm familiar with the term, yes.

13  Q.   Okay.  You've done that before?

14  A.   No.

15  Q.   Never done that one?

16  A.   No.

17  Q.   Okay.  All right.

18       You also spoke to the ladies and gentlemen of the

19  jury about a 10 to 12 cent spread, is that right, in a stock?

20  A.   Yes.

21  Q.   Okay.  And I believe that your testimony was that that

22  entails investor manipulation, is that correct?

23  A.   No.

24  Q.   Okay.  What does this "10 to 12 cent spread" represent?

25  A.   Again, any stock, be it a penny stock or the GE's of the

WEDNESDAY, FEBRUARY 13th, 2013

54

1  world have a spread.  There's a bid and ask on the stock.  The

2  bid is the price you would receive if you sold it, the ask

3  price is the price you pay when you buy it.  So in a flowing

4  market, you have a bid and ask.  The difference between the

5  bid and ask is the spread.

6  Q.  Okay.  And that can be used to someone's advantage

7  illegally, can't it?

8  A.  Yes.

9  Q.  Okay.  And that was the context in which you mentioned it

10  yesterday, wasn't it?

11  A.  That's correct.

12  Q.  Okay.  Have you done that before?

13  A.  No.

14  Q.  Okay.  You also talked about "friendlies."  You told the

15  ladies and gentlemen of the jury what "friendlies" are, is

16  that right?

17  A.  Yes.

18  Q.  Okay.  And "friendlies" are individuals that have inside

19  information, is that correct?

20  A.  No.

21  Q.  Okay.  What were you referring to when you talk about

22  "friendlies"?

23  A.  Friendlies are either officers or directors of a company

24  or shareholders within the company that are investors of the

25  company and usually they would be a large shareholder that

WEDNESDAY, FEBRUARY 13th, 2013

1  before they would make a significant purchase in the

2  marketplace or sell stock in the marketplace, they would

3  probably have some conversation with an officer or director

4  within the company.

5  Q.  Okay.  That's not insider information?

6  A.  A form of that is, yes.

7  Q.  Okay.  All right.  And obviously that's wrong, that's

8  illegal?

9  A.  Absolutely, yes.

10  Q.  Okay.  And have you done that before?

11  A.  No.

12  Q.  Okay.  You also talked about "discretionary accounts," is

13  that right?

14  A.  Yes.

15  Q.  And we've already talked about that previously, is that

16  correct?

17  A.  Correct.

18  Q.  Okay.  And these were your terms that you used yesterday

19  -- or in those tape recordings, is that correct?  You used the

20  term "friendlies," is that right?

21  A.  Yes.

22  Q.  You used the term "directed trade," correct?

23  A.  Yes, yes.

24  Q.  You used the term "discretionary accounts"?

25  A.  Yes, I used all those terms.

WEDNESDAY, FEBRUARY 13th, 2013

1  Q.  Okay.  And you're very familiar with those as we've talked

2  about, right?

3  A.  Correct.

4  Q.  Because this is terms that you've used before, right?

5  A.  Yes.

6  Q.  And this idea, this one-for-three that you talked about,

7  that's your plan, is that right?

8  A.  That's correct, yes.

9  Q.  As you talk about it in this transcript, January 25,

10  beginning on page 2, you lay out your buying plan, is that

11  correct?

12  A.  Correct.

13  Q.  Okay.  That's your plan, right?

14  A.  Correct.

15  Q.  That's your idea, correct?

16  A.  Yes.

17  Q.  That's your scheme, correct?

18  A.  It's the FBI's scheme, yes.

19  Q.  Well, but it's yours as well, right?

20  A.  No, sir.

21  Q.  Isn't this what you did in 2008 in Pennsylvania?

22  A.  That -- that -- yes.  That's correct.

23  Q.  Okay.  So it's your plan, right?

24  A.  The scheme that was laid out in these transcripts, sir,

25  was not devised by me.

WEDNESDAY, FEBRUARY 13th, 2013

1    Q.  It may have not been devised by you but it had been

2    committed by you before, correct?

3    A.  That's correct, yes.

4    Q.  You're intimately familiar with the details?

5    A.  Yes, I am.

6    Q.  Okay.  In a while we're going to go over the indictment

7    and we'll go through specifically what you did in that

8    particular case.

9    A.  All right.

10   Q.  But this is your plan, right?

11          MR. DAVIDSON:  Judge, objection.  Asked and answered

12   and the ambiguity of what he means by --

13          MR. DAY:  I'll move on, Your Honor.

14          THE COURT:  All right.

15   BY MR. DAY:

16   Q.  Now specifically with regard to this market plan, you lay

17   that out the first time January 25, Government's Exhibit 1, on

18   page 2 and page 3, is that right?

19   A.  Yes.

20   Q.  Okay.  And page 2, your long paragraph at the bottom takes

21   up, I don't know, a third of the page, right?

22   A.  Yes.

23   Q.  And on page 3, your two long-winded paragraphs, or two

24   long paragraphs take up maybe two-thirds of the page, is that

25   right?

1   A.   Correct.  It was a detailed explanation, yes.

2   Q.   Right.  And you're giving the detailed explanation,

3   correct?

4   A.   Correct.

5   Q.   Okay.  And Mr. Page is responding, right?

6   A.   Yes.

7   Q.   Okay.  After the long paragraph that starts on 2 and goes

8   to 3, Mr. Page responds "okay," is that right?

9   A.   Yes.

10   Q.   After the long paragraph in the middle of page 3, Mr. Page

11   responds "right," is that right?

12   A.   Correct.

13   Q.   Now turning to page 4, directing your attention to this

14   fourth line, you say, "And he is not going to see or know that

15   there is some press coming out."  Right?  Is that you, RE?

16   A.   RE.

17   Q.   Is that you?

18   A.   Yes, and it says, "And he is going to want to see or know

19   that there is some press coming out."

20   Q.   Yes, that's you asking that question?

21   A.   Yes.

22   Q.   And Mr. Page then responds "So, so for $500,000 in buying,

23   he doesn't want $5,000?  500,000 shares, right?"  That's what

24   Mr. Page says, right?  Right here?

25   A.   Yes.  Yes.

WEDNESDAY, FEBRUARY 13th, 2013

1    Q.   Okay.  And then you respond "No, no, no.  Let's take

2    simple numbers, okay?"  Right?

3    A.   Correct.

4    Q.   You're explaining it to Mr. Page, correct?

5    A.   Yes.

6    Q.   And after your long-winded explanation on page 2 and page

7    3, he doesn't understand, correct?

8          MR. DAVIDSON:  Objection as to asking this witness to

9    speculate what's going through Mr. Page's mind, Your Honor.

10          MR. DAY:  Well based on this statement.

11          THE COURT:  No, I'm going to overrule the objection.

12    If he knows, he can answer.

13    BY MR. DAY:

14    Q.   Right, he says, "So for $500,000 in buying, he doesn't

15    want 5,000 -- 500,000 shares, right?"  And you correct him.

16    You say, "No, no, no.  Let's take the numbers -- let's take

17    simple numbers, okay?"  Right?

18    A.   That's what I said, yes.

19    Q.   Because he doesn't understand what you said, right?

20    A.   I don't know whether he understands it or not.

21    Q.   Well, you had to correct him, right?

22    A.   I was making it simple for him.  I don't know that I was

23    correcting it and I don't know whether or not he understood.

24    Q.   So you were correcting him when you said "No, no, no."

25    A.   It appears that I was correcting him, yes.

WEDNESDAY, FEBRUARY 13th, 2013

1    Q.  Okay.  Turning to page 6.  The top line here, Marc Page

2    says, "But I have -- actually, I have some really good early

3    stage stuff.  The one I told you about was private."

4            Do you see that?

5    A.  Yes.

6    Q.  Okay.  What's he referring to?

7    A.  I do not know.

8    Q.  This is the first phone conversation that's recorded,

9    isn't that correct, sir?

10   A.  Yes.

11   Q.  He's referring to the one that he told you about that was

12   private, right?

13   A.  That's what that says, yes.

14   Q.  That's 11 Good Energy, isn't it?

15   A.  No, I don't know.

16   Q.  No, or you don't know?

17   A.  I do not know.

18   Q.  Okay.  Do you have any idea, as you testify to the ladies

19   and gentlemen of the jury here, what this references when Marc

20   Page says, "I told you -- the one I told you about was

21   private"?

22   A.  I have no idea.

23   Q.  No idea?

24   A.  No idea whatsoever.

25   Q.  Then he goes on and he says, "I also have public ones,

WEDNESDAY, FEBRUARY 13th, 2013

1   right, that are done through a big investment banking house.

2   My buddy that I've known for 20 years, you know, can go to

3   their website and you can see my biodiesel one that they did

4   in 11 million bucks from."

5           Do you see that?

6   A.  Yes.

7   Q.  And 11 Good Energy is a biodiesel company, right?

8   A.  I have no idea.

9   Q.  No idea.  Okay.

10          And your response is "Uh-huh," right?

11  A.  Right.

12  Q.  What you didn't say is I have no idea what you're talking

13  about, right?

14  A.  That's correct.

15  Q.  You didn't say, what private one are you talking about,

16  right?  You didn't say that?

17  A.  I did not say that, that's correct.

18  Q.  And then he goes down a little farther, page 6, MP, "I got

19  the docs for it and everything.  I would love to have you, I'm

20  raising them 200 and not one person can put more than 20 in

21  and you actually, the bridge loan, two and a half cent paper,

22  there's 5 cent paper, we're doing the pipe at 25 cents so it's

23  fantastic that we were introduced and all it takes is one good

24  deal together where we both tell the truth to each other."

25          Right?  That's what he says?

```
 1   A.   That's what it says.

 2   Q.   Okay.  That's not referring to your buying program, is it?

 3   A.   That, no, Marc -- no.

 4   Q.   Okay.  You just laid out the whole buying program in page

 5   2 and page 3, right?

 6   A.   Correct.

 7   Q.   Long paragraphs, correct?

 8   A.   Yes.

 9   Q.   He then mentions to you he's got a private company,

10   correct, top of page 4?

11   A.   Yes.

12   Q.   And now he's talking about something other than your

13   market buying program, is that right?

14   A.   That's correct.

15   Q.   And this particular conversation relates to an investment

16   in a company, right?

17   A.   Apparently.

18   Q.   Pardon?

19   A.   Apparently.

20   Q.   Okay.  And a legal investment in a company, correct?

21   A.   I would have no idea.

22   Q.   Okay.  Well, you don't know that it's illegal, right?

23   A.   Quite frankly, I didn't know what the devil he was talking

24   about.

25   Q.   Okay.  And you clarify for him, is that right?  You try to
```

WEDNESDAY, FEBRUARY 13th, 2013

63

1   bring him back to your buying program, correct?

2   A.   That's correct.

3   Q.   And there are numerous times throughout these transcripts,

4   Mr. Epstein, where you bring Marc back to your buying program,

5   correct?

6   A.   There are numerous times during my conversations with Marc

7   Page that in order to have a conversation with him, he needed

8   to be centered.  And by that I mean in going through the

9   transcripts, Marc had a tendency to be all over the place, to

10  bring up this deal and that deal and not be -- not really

11  focus on one particular thing, which is why many of my answers

12  were just "uh-huh."

13  Q.   And you wanted him to focus on one particular thing,

14  correct?

15  A.   That's correct.

16  Q.   You wanted him to focus on your buying plan, correct?

17  A.   That's correct.

18  Q.   You wanted to -- him to focus on the whole stock

19  manipulation scheme, correct?

20  A.   That's correct.

21  Q.   The whole one-for-three, correct?

22  A.   That's correct.

23  Q.   And many times in the transcripts, he's all over the

24  place, as you talked about, correct?

25  A.   That's correct.

WEDNESDAY, FEBRUARY 13th, 2013

64

1   Q.   Talking about all kind of different deals, is that

2   correct?

3   A.   Correct.

4   Q.   Talking about legitimate investments in other deals, is

5   that correct?

6   A.   I don't know that they were legitimate investments.

7   Q.   You don't know that they were illegitimate or illegal

8   either?

9   A.   That's correct.

10  Q.   Okay.  And when he would talk about those deals and we'll

11  go to some specifics here in a little bit, you would say

12  something like "uh-huh," is that right?

13  A.   That's correct.

14  Q.   Because you're not interested in any legal deal, are you,

15  sir?

16  A.   I didn't know that they were legal deals.  But yes, that's

17  correct.  I was not interested in any of his other deals.

18  Q.   Okay.  The only thing you were interested in from Marc

19  Page was drawing him to your buying plan, is that correct?

20  A.   That's correct.

21  Q.   And the reason for that, sir, is that any legal deals that

22  Marc proposes, that doesn't do you any good, does it?

23  A.   I had no interest in any of his legal deals.

24  Q.   And the reason you didn't have any interest in any of his

25  legal deals is because that doesn't help you in your case in

WEDNESDAY, FEBRUARY 13th, 2013

```
 1   Pennsylvania, correct?
 2   A.  That's true.
 3   Q.  The only thing that helps you in your case in Pennsylvania
 4   is illegal deals, correct?
 5   A.  That's correct.
 6   Q.  And specifically the one-for-three stock manipulation
 7   scheme, correct?
 8   A.  That's correct.
 9   Q.  That's the scheme and that's the deal that will help you
10   in your case in Pennsylvania, is that correct, sir?
11   A.  That's correct.
12   Q.  And that's why you would have to bring him back from
13   talking about these other deals, you would have to bring him
14   back to your deal, right?
15   A.  That's correct.
16   Q.  And you did that time and time and time again, correct?
17   A.  That's correct, yes.
18   Q.  Throughout these transcripts, correct?
19   A.  That's correct.
20   Q.  Bottom of page 6, here's Marc again, "Now I don't have to
21   spend three hours with her on the phone making her feel
22   comfortable because she already wrote a $300,000 check for the
23   biodiesel."
24           And you say "right," right?
25   A.  Yes.
```

WEDNESDAY, FEBRUARY 13th, 2013

1   Q.  Okay.  That's one of these other program -- one of these

2   other deals that you're talking about, right?

3   A.  Yes.

4   Q.  And this appears to be talking about a lady who would have

5   written a check for a biodiesel company, right?

6   A.  Yes.

7   Q.  Like a biodiesel company called 11 Good Energy, right?

8   A.  I have no idea.

9   Q.  And your answer is "uh-huh," right?

10  A.  Yes.

11  Q.  Okay.  And you're going to continue to talk to Mr. Page

12  and at some point here you're going to then try to draw him

13  back to your buying program, correct?

14  A.  Yes.

15  Q.  And then on page 7, continuing down, second sentence here,

16  "She got 8 percent on her money for three years, or two and a

17  half years and now she has a full set of warrants that's going

18  to pay in spades.  And she is -- no cost to her.  And she lost

19  more of her money than she did, she could never make 8 percent

20  during the era of a major crisis."  Is that right?

21  A.  Yes.

22  Q.  He's talking about warrants of stock, right?

23  A.  I assume so, yes.

24  Q.  Talking about purchase of a stock, correct?

25  A.  Yes.

1   Q.  And it appears to be in a biodiesel company, correct?

2   A.  I have no idea.

3   Q.  Well, didn't he just talk to her and say that "she already

4   wrote a $300,000 check for the biodiesel."

5   A.  Yes.

6   Q.  Okay.  And so here Marc is talking about a legitimate

7   deal, is that correct?

8   A.  I have no idea if it's a legitimate deal.  I have no idea

9   if any of what he's saying here has the slightest bit of

10  credibility.  And when this was going on, I seriously doubted

11  it.

12  Q.  With regard to this particular paragraph, there is

13  nothing, as it is laid out in this paragraph where I have my

14  finger, there is nothing that is illegal about that, about

15  somebody getting 8 percent on their money and getting

16  warrants, is that right?

17  A.  If it's a legitimate deal, that's correct, there's nothing

18  illegal about it.

19  Q.  So from looking at that paragraph, nobody could say that's

20  illegal, right?

21  A.  That's correct.

22  Q.  Page 9, we have Marc again, this particular paragraph,

23  same again, Government's Exhibit 1, and Marc says, "He told me

24  that he doesn't mind helping us out.  He's analyzed our stock

25  and he will take a discount, but it's a 50 percent discount to

WEDNESDAY, FEBRUARY 13th, 2013

1  market."  Is that right?

2  A.  Yes.

3  Q.  Okay.  And what that's talking about is discounted stock,

4  is that right?

5  A.  That's correct.

6  Q.  It's a discounted stock purchase, is that correct?

7  A.  That's correct.

8  Q.  And you're allowed to discount your stock, is that

9  correct?

10  A.  That's correct.

11  Q.  You can do a legitimate and legal discounted stock

12  purchase, correct?

13  A.  Yes.

14  Q.  Or sale, correct?

15  A.  Correct.

16  Q.  So there's nothing about this particular paragraph where

17  you could say, no, no, that's wrong, that's illegal, right?

18  A.  Yes.  That's correct.

19  Q.  Then Marc, on page 11, right here where my finger is says,

20  "What about doing this 20?"  He's asking you a question,

21  right?

22  A.  Yes.

23  Q.  "Could we make it happen?  That, for him and then step to

24  the next level?  Or would that be -- or would you rather have

25  me pitch it the other way?"  And then your response is, "I

WEDNESDAY, FEBRUARY 13th, 2013

1   would rather it be pitched the other way.  One thing has

2   nothing to do with the other, quite frankly, you know, because

3   I'll -- excuse me -- because I'll give him 20, that doesn't

4   mean that he's obligated to do the market deal with me."

5   Right?

6   A.  Absolutely.

7   Q.  You have two different things going on, right?

8   A.  Absolutely.

9   Q.  You got your market buying program, correct?

10  A.  Correct.

11  Q.  And you've got this deal for somebody, you, purchasing 20,

12  is that right?

13  A.  Correct.

14  Q.  Or with $20,000, is that right?

15  A.  That's correct.

16  Q.  Okay.  So he's asking you, soliciting you to invest in a

17  company, buying $20,000 worth of stock, right?

18  A.  That's correct.

19  Q.  Okay.  And that's perfectly legal, right?

20  A.  If it's papered properly, that's correct.

21  Q.  Okay.  And so he's asking you for a legitimate investment,

22  correct?

23  A.  Yes.

24  Q.  Okay.  But then, you again say hey, look, just because I

25  involve myself in a 20 and I do that investment doesn't mean

WEDNESDAY, FEBRUARY 13th, 2013

1   he has to do the market deal for me, right?

2   A.  That's absolutely correct.

3   Q.  You want to separate the two, correct?

4   A.  That's correct.

5   Q.  And once again as you said to the ladies and gentlemen of

6   the jury, you want to draw Marc Page away from his deals and

7   to your deal, is that right?

8   A.  That's correct.

9   Q.  And this is part of that, is that correct?

10  A.  Yes.

11  Q.  I'm going to turn to page 17.

12          THE COURT:  Would this be a place where we could

13  break?

14          MR. DAY:  Absolutely, Your Honor.

15          THE COURT:  Okay.  15-minute recess.

16      (Jury withdrew from the courtroom at 10:26 a.m.)

17      (Court recessed at 10:26 a.m., and proceedings continued

18  as follows at 10:45 a.m.:)

19          THE COURT:  All right, everybody be seated and get

20  the jury.

21      (Jury enters the courtroom at 10:46 a.m.)

22          THE COURT:  Okay, everybody be seated.

23          Mr. Day, you can continue.

24          MR. DAY:  Thank you, Your Honor.

25  Q.  When I left off, Mr. Epstein, we were on page 17 of

WEDNESDAY, FEBRUARY 13th, 2013

1  Government's Exhibit 1.  I would direct your attention to the

2  second line, Mr. Page says "ZIPZ, ZIPPI is the website."  He's

3  referring you to that company, is that right?

4  A.  Yes.

5  Q.  And I think you explained a four-letter term such as ZIPZ,

6  that refers to a penny stock, that's how they're listed, is

7  that correct?

8  A.  That's correct.

9  Q.  Okay.  And so he's asking you to take a look at that, is

10 that right?

11 A.  Yes.

12 Q.  And then he tells you on line 4 why he wants you to look

13 at that, is that right?

14 A.  Yes.

15 Q.  And he says I need "50,000 to finance the internet

16 campaign for them for launching the website."  Is that right?

17 A.  Yes.

18 Q.  So he's looking for a $50,000 investment for the company,

19 is that right?

20 A.  Yes.

21 Q.  And again, that's Mr. Epstein talking about other deals

22 other than your program, correct?

23 A.  Mr. Page talking about other deals.

24 Q.  I'm sorry, did I say Epstein?

25 A.  Yes.

72

1   Q.   My apologies.   That's Mr. Page asking you about another

2   program, is that correct?

3   A.   Correct.

4   Q.   Other than yours?

5   A.   Yes.

6   Q.   Okay.   And then lastly, on page 20, with regard to

7   Government's Exhibit 1, Mr. Page's answer at the top, and I

8   think my "war chest will be back in the saddle.   Then I want

9   to do business with some good guys because I know what really

10  makes these things work is when you get an East Coast group

11  and a West Coast group spreading the word and buying the

12  stock."   Is that right?

13  A.   Yes.

14  Q.   So that's two parties buying stock, right?

15  A.   Yes.

16  Q.   That's an East Coast group, right?

17  A.   Yes.

18  Q.   And a West Coast group, right?

19  A.   Yes.

20  Q.   And that's talking about a legitimate transaction,

21  correct?

22  A.   I'll assume it's a legitimate transaction, yes.

23  Q.   There is nothing about that paragraph, asking about the

24  party on the East Coast and a party on the West Coast to buy

25  stock, there's nothing illegal on its face, is that correct?

WEDNESDAY, FEBRUARY 13th, 2013

1   A.   On its face, that's correct, yes, sir.

2   Q.   And as a matter of fact, that's how business is done in

3   America on a daily basis, correct?

4   A.   Yes.

5   Q.   Okay.  I mean, people buy stock on a daily basis, right?

6   A.   That's correct.

7   Q.   In companies, correct?

8   A.   Correct.

9   Q.   Companies sell stock in their company, correct?

10   A.   That's correct.

11   Q.   On a daily basis, correct?

12   A.   Yes.

13   Q.   That's a legitimate way that a company can get funding,

14   correct?

15   A.   Yes.

16   Q.   Okay.  And that's a legitimate way for somebody to invest

17   in a company and make some money themselves, correct?

18   A.   That's not what this paragraph is, though, sir.

19   Q.   Well, he's talking about a company buying stock and --

20   talking about the buying of stock, right?

21   A.   Correct.

22   Q.   And two groups, on the East Coast and the West Coast,

23   right?

24   A.   Yes.

25   Q.   Okay.  And there's nothing wrong with what's in that

WEDNESDAY, FEBRUARY 13th, 2013

1  paragraph, is that right?

2  A.  On its surface, that's correct.

3  Q.  Okay.  And you don't know anything else about what he's

4  saying here other than that, correct?

5  A.  Yes.

6  Q.  Okay.  I want to turn to Government's Exhibit 2 and go to

7  page 9.  This starts in the middle of the page.  "Okay,

8  beautiful.  So, okay, so why don't we do this, since we're on

9  the phone, let's talk -- let's take note of these symbols

10  right here.  I haven't gone through them but I know these

11  players for a period of time.  I think they're players," and

12  then you say, "One sec, one sec."  Okay.

13          And then he talks about media camera deal, is that

14  correct?

15  A.  Yes.

16  Q.  Okay.  And then on the next page, page 10, he gives you

17  the name of a Planet Resources, is that right?

18  A.  Correct.

19  Q.  And then down, a little farther down he says "CLQ's my

20  company," right?

21  A.  Yes.

22  Q.  And he's talking about the price of that particular stock,

23  right?

24  A.  Yes.

25  Q.  Okay.  And he's talking about other deals, is that right?

WEDNESDAY, FEBRUARY 13th, 2013

1   A.  Yes.

2   Q.  Okay.  He's not talking about your fictitious broker

3   friend and the wealthy Latinos, correct?

4   A.  That's correct.

5   Q.  I want to turn to Government's Exhibit 3.  And direct your

6   attention to page 4 at the bottom, this particular paragraph

7   Marc says, "So I told them, I said listen, you know Richard is

8   going to just want to start slow.  He's not going to want to,

9   you know, write you a big check or buy a whole bunch of stock

10  at first.  He's gonna want to start the transaction with you

11  and then the -- make sure everybody's comfortable."

12          Do you recall that paragraph?

13  A.  Yes, I see the paragraph, yes.

14  Q.  And then your response was, "Wh-wha-what," right?

15  A.  Yes.

16  Q.  Okay.  And then we continue onto page 5, Marc says, "And

17  then" -- and then you interject and you say, "I've got to kind

18  of ru-ru-ru repeat myself so that, just so that you understand

19  what this deal is and that is, I'm not give -- outright giving

20  them money."  Right?

21  A.  Correct.

22  Q.  Marc is talking about you giving money, is that right?

23  A.  Yes.

24  Q.  Marc is talking about you buying stock, right?

25  A.  Yes.

1   Q.  Marc is talking about you being an investor in his

2   company, correct?

3   A.  Yes.

4   Q.  Okay.  And this is after you've been talking about the

5   market deal for days, right?

6   A.  Correct.

7   Q.  Over numerous phone conversations, right?

8   A.  Yes.

9   Q.  And Marc Page is trying to get you to solicit --

10  soliciting you as an investor in his companies, right?

11  A.  Yes.

12  Q.  To write you a check, is that right?

13  A.  For me to write a check, yes.

14  Q.  Right.  To buy stock, right?

15  A.  Correct.

16  Q.  Legitimately, right?

17  A.  Yes.

18  Q.  Okay.  And of course as you testified to the ladies and

19  gentlemen of the jury, that's not what you're about, right?

20  A.  Correct.

21  Q.  And you've got to bring him back to Richard Epstein's

22  plan, right?

23  A.  Yes.

24  Q.  Okay.  And you've got bring him back to Richard Epstein's

25  plan by explaining to him that, like you say, "I got to repeat

WEDNESDAY, FEBRUARY 13th, 2013

77

1   myself."  Okay?  "I'm not giving anybody any money."  Right?

2   A.  Yes.

3   Q.  Okay.  And you tell Marc that, right?

4   A.  Yes.

5   Q.  And then you do, you do exactly that.  On page 5, "Okay,

6   this is -- this is a market buying program and they need to

7   understand that."

8           And then you go through that paragraph and again, for

9   I don't know how many-ith time, you lay out the market buying

10  program again, correct?

11  A.  Correct.

12  Q.  Okay.  This is nothing new in this paragraph on page 5,

13  right?

14  A.  Yes, nothing new.

15  Q.  We are now three or four phone calls into the

16  conversations and you're having to repeat yourself again,

17  right?

18  A.  Yes.

19  Q.  To bring him back, as you said, correct?

20  A.  Yes.

21  Q.  And then Marc is asking questions, right here.  Then he

22  asks a question, "So do they talk to the guy that's buying the

23  stock?

24          "They will never talk to him.

25          "Yeah."

WEDNESDAY, FEBRUARY 13th, 2013

1              "They will only talk to me, right?"

2              "That's all I need to know."

3              Continues on.

4              "They will only talk to me but it's not like they're

5    going to be written a check for X number of thousands of

6    dollars."  Is that right?

7    A.   That's right.

8    Q.   And again, you're explaining to him, clearing up confusion

9    that in fact I'm not going to be and nobody's going to be

10   writing you or who you represent any check for any dollars,

11   right?

12   A.   That's correct.

13   Q.   Turning to page 7, where I have my finger and Marc says,

14   this is Call Number 4, "I got a jump on the game and I'm

15   already, you know what I mean, they've got their challenges

16   but they're good, honest guys and it's a real deal."  Is that

17   right?

18   A.   Correct.

19   Q.   Then turning to page 19 of Government's Exhibit 3.  With

20   this particular paragraph, "Well, we can do that.  I mean,

21   whatever makes you feel comfortable.  But the thought is right

22   now I want these guys, we're up to 41,000 right now.  By the

23   time I get 150,000 of these 18s we want those over with, we

24   want to be at 20 and 22 and support it, it's not trading as

25   much stock."

1          And then you say, "Right."

2          "But he's not gonna be able to support it and he's

3    not gonna be able to do anything."

4          And then you say, "Until March."

5          Marc says, "Right. Not him, you."  Right?

6    A.  Yes.

7    Q.  And you say, "Oh, you want me to do that."  Right?

8    A.  Yes.

9    Q.  And again, that's Marc requesting you to buy stock, right?

10   A.  No.

11   Q.  Okay.  Well then you go on to say, "It's not what I do."

12   Right?

13   A.  Correct.

14   Q.  Okay.  And then you say -- and he says, "But if you want

15   to."  Right?

16   A.  Yes.

17   Q.  Okay.  But you said, "No, I really don't."  Right?

18   A.  Yes.

19   Q.  So you're not talking about your buying program here,

20   right?

21   A.  That's correct.

22   Q.  Okay.  Because that's what you do do, right?

23   A.  Correct.

24   Q.  What you don't do are deals that are legitimate, right?

25   Is that right?

1    A.   I don't do what he was asking me to do.

2    Q.   Right.  And you told him that?

3    A.   Correct.

4    Q.   Marc continues.  "Okay, well it's happening right now,

5    we're at 56,000.  I just, you know, wanted you to know,

6    everybody wants stock when stocks are cheap, you know what I

7    mean?  I mean, I just did this for ZIPZ.  And he ran to 6

8    cents, you know what I mean.  And I take everybody up at 3 --

9    excuse me, 3 cents to 6 cents and now it's back.  So, you

10   know, they're working with them and we can -- excuse me, they

11   can -- can we consider Friendly?  Did they look at Friendly?"

12         Okay, that's another company, right?

13   A.   Yes.

14   Q.   And you respond, "Umm, yes.  But what happened, Doug -- oh

15   yeah, I spoke to Doug and said, you know, right now the deal's

16   not for him and he wasn't comfortable with the deal."

17         Then he says, "Okay, not a problem, I'll go back and

18   reset that when the timing's right.  Okay."

19         And then he says, "Can you -- last but not least --

20   umm, I don't know, maybe this is just a shot in the dark.  I

21   have an oil and gas deal that's early.  And it's a big oil and

22   gas deal and I need a player for the tune of 20 million."

23         And then you say, "Yeah."

24         And he says the website.  And you say not for me.

25         Okay.  Right?

WEDNESDAY, FEBRUARY 13th, 2013

1  A.  Yes.

2  Q.  Because that deals not for you, right?

3  A.  Correct.

4  Q.  That's not your buying program, correct?

5  A.  That's correct.

6  Q.  And then he continues, "Well, I know it's not for you but

7  maybe you know players that play oil and gas deals."  Right?

8  A.  Yes.

9  Q.  And then you say, "Oh, I can, you know, talk about it and,

10  you know, when I see my golfing buddies."  Right?

11  A.  Yes.

12  Q.  And then Marc says, "But no, I want a guy that is big

13  player.  I mean, that is five, ten, you know, 20 million

14  dollar check writers."  Right?

15  A.  Yes.

16  Q.  He's talking to you, to seeing if you have any friends,

17  golfing buddies or otherwise that would be willing to write

18  big checks to invest in companies, right?

19  A.  Yes.

20  Q.  Page 22, do you do any biotech, right?

21  A.  That's what he says, yes.

22  Q.  All right.  You're not doing any biotech, right?

23  A.  That's correct.

24  Q.  Okay, I'll move this along.  Government's Exhibit 6, page

25  6.  Same questions.  These are going to be the same basic

WEDNESDAY, FEBRUARY 13th, 2013

1   questions, Mr. Epstein.  I'll run through the rest of these

2   transcripts.

3   A.  Okay.

4   Q.  Marc Page, "I went through it, the other one I have you

5   might like.  It's a little one called ZIPZ."  And he's already

6   talked about that, right?

7   A.  Yes.

8   Q.  Okay.  So he's talking about that, pitching that to you

9   again, correct?

10  A.  Correct.

11  Q.  And then you say, "By the way, I don't care if it's, you

12  know, triple 05 or 5 dollars, it doesn't matter."  Right?

13  A.  Correct.

14  Q.  And then he continues on, "Okay, well, this is a more

15  interesting one because by the time we do it, I'm assuming,

16  I'm hoping there will be three or four mill because it went up

17  to 6 mill and then came back, and now it's a 2-2 kind of quiet

18  but I think this is the last of the low week, and it was 60

19  cents, a hundred and some-odd days ago."

20          So he's talking to you about this company called

21  ZIPZ, is that right?

22  A.  Yes.

23  Q.  Okay.  And again, that doesn't fit with the program?

24  A.  Correct.

25  Q.  I'll skip ahead to Government's Exhibit 16.  Do you see

WEDNESDAY, FEBRUARY 13th, 2013

1  that, Mr. Epstein?

2  A.  Yes.

3  Q.  Okay.  Again, same questions.  Mr. Epstein's (sic) talking

4  to you and the symbol is India X-ray Mary Delta.  "And I know

5  you don't give a shit what they do because I don't either but

6  it's an online gaming and they have about a hundred thousand

7  free users.  It's called Intelimax, and looks like they

8  actually, you know, they probably got some legs.  They need,

9  you know, a million, a million-five to go so that they don't

10  need to, you know, dilute anymore."  Right?

11  A.  Yes.

12  Q.  So again, that's another company that he's pitching to

13  you, correct?

14  A.  That's correct.

15  Q.  That doesn't fit within the program?

16  A.  That's correct.

17  Q.  And that's being pitched to you on March 15 of 2010,

18  right?

19  A.  Yes.

20  Q.  Okay.  This is long after your initial conversation with

21  him in January 25 of 2010, right?

22  A.  Yes.

23  Q.  Getting close to two months later, correct?

24  A.  Yes.

25  Q.  Marc Page is still pitching you deals, correct?

WEDNESDAY, FEBRUARY 13th, 2013

84

1    A.  Yes.

2    Q.  You're still bringing him back to your plan, right?

3    A.  Yes.

4    Q.  And then lastly on this issue would be Government's

5    Exhibit 21, bottom of page 4.  And Marc is again asking you

6    about Friendly, is that right?  What about, "Let me ask you

7    something, what about Friendly?  Do you want to do a little

8    action on Friendly?"

9    A.  I can't see the bottom of the page, I'm sorry.

10   Q.  Okay.  I'm sorry.  I moved it.  Okay?

11   A.  Yes.

12   Q.  All right.  What about, "Let me ask you something, what

13   about Friendly?  Do you want to do a little action on

14   Friendly?"  Is that correct?

15   A.  Yes.

16   Q.  And Friendly is a company he's talking about, correct?

17   A.  Correct.

18   Q.  And do you recall him talking about the company name being

19   Friendly Energy?

20   A.  Yes.

21   Q.  Okay.  And is that a biodiesel fuel company, as you

22   recall?

23   A.  I have no idea.

24   Q.  Okay.  But anyhow, Marc is again pitching that to you,

25   right?

WEDNESDAY, FEBRUARY 13th, 2013

1   A.   Yes.

2   Q.   And you say, "Such as what?"   Right?   Right here?

3   A.   Yes.

4   Q.   And he says, "Five cent paper, he'll DWAC it to you."

5   Right?

6   A.   That's correct.

7   Q.   And you explained to the ladies and gentlemen of the jury

8   what DWACing was yesterday, right?

9   A.   Yes.

10  Q.   And that's an electronic trade?

11  A.   It's an electronic transfer, yes.

12  Q.   Excuse me, electronic transfer and that's legitimate,

13  correct?

14  A.   Yes.

15  Q.   And that's how a lot of transactions occur in this age,

16  correct?

17  A.   Yes.

18  Q.   Okay.  And then you say, "Oh, you mean just by the paper."

19   And then he says, "Yeah, it's 8-4 by 8-5 point, 8-4-5 point."

20  Right?

21  A.   Yes.

22  Q.   And then he goes and he describes that for you, right?

23  A.   Yes.

24  Q.   And he talks in this paragraph and he says okay, he's got

25  free trading paper, right?

WEDNESDAY, FEBRUARY 13th, 2013

1  A.  Yes.

2  Q.  And then the other one is, he'll DWAC you the free trading

3  paper, DWAC you the free trading paper.  "Just do it for ten

4  grand.  I've had another guy already for ten grand.  I think

5  I'll be good for the week or, however, I've got this other one

6  that I'm raising money for and I know you said you don't do

7  this but maybe you might, I'll email it to you.  It's a Paxton

8  Energy."  Is that correct?

9  A.  Yes.

10  Q.  And that's another company, right?

11  A.  Correct.

12  Q.  "And we're going to, you know, it's going to get rolled

13  back and you've got my bankers doing it in San Francisco, know

14  the guy for 23 years and now there's already money at the 15

15  cent level.  But you do get restricted stock for 180 days."

16  Right?

17  A.  Yes.

18  Q.  And then you say, "Yeah, that's" -- right?

19  A.  Yes.

20  Q.  And then, so, Marc Page says, "So let me email it, let me

21  email it."  Right?

22  A.  Yes.

23  Q.  Is that right?

24  A.  Yes.

25  Q.  Okay.  That's another legitimate deal, right?

WEDNESDAY, FEBRUARY 13th, 2013

```
1   A.  Correct.

2   Q.  Regarding Paxton Energy, correct?

3   A.  Correct.

4   Q.  Okay.  And you're not interested in that, right?

5   A.  That's correct.

6   Q.  Okay.  But you said let me take a look at it?

7   A.  Yes.

8   Q.  Okay.  You didn't say "no," right?

9   A.  Correct.

10  Q.  You could have said don't send me anything about another

11  company, right?

12  A.  That's correct.

13  Q.  Throughout these tapes, right?

14  A.  That's correct.

15  Q.  But you didn't say that, right?

16  A.  That's correct.

17  Q.  You allowed him to continue to pitch these legitimate

18  deals to you, correct?

19  A.  Yes.

20  Q.  And that's a way in which you maintained a relationship

21  with Marc Page?

22  A.  Yes.

23  Q.  That's the way in which you maintain this relationship

24  with Marc Page so you could ultimately involve him in this

25  stock manipulation scheme, correct?
```

WEDNESDAY, FEBRUARY 13th, 2013

1    A.   Yes.

2    Q.   So that you could then get credit for that in front of the

3    judge up in Pennsylvania on your sentence, correct?

4    A.   Yes.

5    Q.   And then page 7, okay, "Okay, I'm going to pop you the --

6    I'm going to forward you the email from Paxton."  Correct?

7    A.   Yes.

8         MR. DAVIDSON:  Judge, perhaps this is a good time,

9    can we come sidebar?  I'm sorry, I should have...

10        (Sidebar discussion on the record as follows:)

11        THE COURT:  One more.

12        MR. ALDAZABAL:  I'm a little slower, Judge.

13        MR. SOTO:  Your Honor, this email and it's attachment

14   relates to Paxton Energy, and is precisely why I filed the

15   trial briefing citing to Ellisor.  Because this is a

16   conversation that Mr. Page was trying to have with Mr. Epstein

17   about a legitimate deal, this specific instance of good

18   conduct.  And that's precisely why I filed Ellisor and cited

19   that.

20        The fact that he was involved in other legitimate

21   deals does not negate the bad intent in this case, and we

22   agreed.  This is the exact evidence that he is now trying to

23   admit through this witness.

24        We have had some discussions that were already in

25   evidence and we've -- we haven't objected to those because of

WEDNESDAY, FEBRUARY 13th, 2013

1   that, but now this is the evidence that caused me to file that

2   trial brief that you agreed with me on, Your Honor.

3            MR. DAY:  It's not, Your Honor, and here's why.  What

4   we just went over and that's in evidence is the Paxton

5   conversation that Page had with Epstein, and he said I'll

6   shoot you the email.  That's on the government's exhibit.

7   They introduced that into evidence.  This is the email that

8   relates to that.  This is part and parcel of that conversation

9   that they had --

10           MR. SOTO:  Go ahead, I'm sorry.

11           MR. DAY:  Excuse me.  It's part and parcel of the

12  conversation that's been admitted into evidence by the

13  government.

14           THE COURT:  But the email is not in?

15           MR. DAY:  No, it's not, but I would like to ask

16  Mr. Epstein, just like I did with the first one, if he

17  received this, which coincides with the exact date, Your

18  Honor, of this particular conversation.

19           MR. SOTO:  May I respond, Your Honor?  The

20  conversation -- Ellisor, in fact, applies to all of these

21  other specific instances of good conduct, these other

22  purported deals.

23           Now, I haven't raised the objection because, while

24  those things are in evidence and there were conversations

25  about it, but to now allow him to admit evidence, other emails

WEDNESDAY, FEBRUARY 13th, 2013

1  and documents, with respect to things that really are not

2  relevant with respect to intent...

3       THE COURT:  I think he can't get it in because he's

4  going to say he didn't get it.

5       MR. SOTO:  He already said that.

6       MR. DAY:  That may be true, but I have a right to ask

7  him about it and he will say yeah, I got that.

8       This is not good character evidence.  This relates to

9  an exhibit that the government --

10      THE COURT:  You're trying to portray your client as a

11 legitimate business operator.  You are trying to portray him

12 as trying to do legitimate business for Epstein who doesn't do

13 legitimate businesses.  But I don't think you can ask him

14 about that.

15      MR. DAY:  You're the one that makes that decision,

16 Your Honor.

17      THE COURT:  Yeah.

18      MR. SOTO:  Thank you, Your Honor.

19      THE COURT:  I know what he's going to say, anyway.

20   (End of sidebar discussion.)

21      MR. DAY:  If I could have a moment, Your Honor, to

22 kind of get my place.

23      THE COURT:  Go ahead.

24 BY MR. DAY:

25 Q.  All right, Mr. Epstein, we have gone through the

91

1   transcripts and discussed the conversations that you had with

2   Richard Epstein -- excuse me, my apologies.  With Marc Page.

3           And in those transcripts, and you testified

4   yesterday, certain terms are used by you and we've gone over

5   some of those.  But you also bring up certain names and other

6   particular terms.

7           For instance, you use the name Bernie Madoff, is that

8   right?

9   A.  Correct.

10  Q.  Okay.  Everybody knows the name Bernie Madoff, right, in

11  the financial world?

12  A.  Yes.

13  Q.  And maybe in most of the world, right?

14  A.  Unfortunately, yes.

15  Q.  And as you said yesterday, Mr. Madoff may have been

16  involved in one of the largest Ponzi schemes in history,

17  right?

18  A.  Yes.

19  Q.  Okay.  And many, many people were defrauded and hurt and

20  lost savings and retirement -- all kinds of things like that,

21  is that correct?

22  A.  Yes.

23  Q.  Okay.  So you know when you're on these tape recordings

24  that they're being recorded, correct?

25  A.  Yes.

WEDNESDAY, FEBRUARY 13th, 2013

1   Q.  And you know that whatever you say is going to be captured

2   on the recording, right?

3   A.  Yes.

4   Q.  If you choose to hit "play," right?

5   A.  Yes.

6   Q.  Okay.  You're the one that brought up Bernie Madoff,

7   correct?

8   A.  Yes, I believe so, yes.

9   Q.  Marc Page didn't bring up the name Bernie Madoff, right?

10  A.  Yes, that's correct.

11  Q.  You did?

12  A.  Correct.

13  Q.  And you brought up that name and mentioned it knowing that

14  it would be on a tape recorder, correct?

15  A.  Correct.

16  Q.  And knowing that eventually, possibly, that tape recording

17  would be played to a jury, correct?

18  A.  Correct.

19  Q.  As it has, right?

20  A.  Yes.

21  Q.  Okay.  And so the name Bernie Madoff certainly is a very

22  incriminating character, correct?

23  A.  Yes.

24  Q.  Okay.  And you mentioned that name, right?

25  A.  Yes.

WEDNESDAY, FEBRUARY 13th, 2013

1    Q.  You also used the term "wing-tipped shoes and a cheap

2    suit," is that right?

3    A.  Yes.

4    Q.  Okay.  And you, I assume, were referring to the FBI, is

5    that right?

6    A.  That's correct.

7    Q.  Okay.  You brought up that terminology, correct?

8    A.  Yes.

9    Q.  And there are people -- I don't know how many -- who may

10   know what you're referring to when you talk about "wing-tipped

11   shoes and a cheap suit," is that correct?

12   A.  That's correct.

13   Q.  That you're talking about either the FBI or law

14   enforcement, correct?

15   A.  Yes.

16   Q.  Okay.  You bring up that term, right?

17   A.  Yes.

18   Q.  You place it in the tape recording, correct?

19   A.  Yes.

20   Q.  That term was not used by Mr. Page, is that right?

21   A.  That's correct.

22   Q.  You also said "my ass is covered," right?

23   A.  That's correct.

24   Q.  Okay.  And I think many people know what that means,

25   right?

WEDNESDAY, FEBRUARY 13th, 2013

94

1   A.   Yes.

2   Q.   Mr. Page didn't use that term, did he?

3   A.   Not to my knowledge, no.

4   Q.   Okay.  You did?

5   A.   Yes.

6   Q.   Okay.  You brought up the term "gypsy stocks," is that

7   right?

8   A.   "Gypsy swap," S-W-A-P.

9   Q.   I'm sorry, gypsy swap.  Okay.  And you described to the

10  ladies and gentlemen of the jury yesterday what a gypsy swap

11  was, right?

12  A.   Yes.

13  Q.   That was one of the things that the government asked you

14  to explain, correct?

15  A.   Yes.

16  Q.   Okay.  And you said that's an illegal deal, right?

17  A.   Yes.

18  Q.   Okay.  The term "gypsy swap" was used by you, is that

19  correct?

20  A.   That's correct.

21  Q.   Mr. Page didn't use that term, right?

22  A.   That's correct.

23  Q.   It was you that determined -- or the FBI, that the stock

24  or the -- the one-for-three or whatever it is that would go to

25  your dear friend the broker would actually go to his

WEDNESDAY, FEBRUARY 13th, 2013

95

1  girlfriend, is that right?

2  A.  At that point, the only thing that was determined, sir,

3  was that the deposit was going to go to his girlfriend.

4  Q.  Stand corrected.  The deposit going to the girlfriend,

5  right?

6  A.  Yes.

7  Q.  Okay.  That was you that said that, right?

8  A.  Yes.

9  Q.  That was not Mr. Page that said "but make sure this goes

10  to the broker's girlfriend," right?

11  A.  That's correct.

12  Q.  And it was you on the tape recordings that used the term

13  "I don't want to talk on the phone," right?

14  A.  Yes.

15  Q.  Okay.  Mr. Page never said, you know, I don't like this

16  conversation taking place on the phone, right?

17  A.  That's correct.

18  Q.  Or, gosh, I don't think we should be talking about this

19  where people could hear.  Right?

20  A.  That's correct.

21  Q.  Or, there could be recordings made.  Right?

22  A.  Correct.

23  Q.  And then you said on the tape recordings "I pay green,

24  green, green cash."  Right?

25  A.  Yes.

WEDNESDAY, FEBRUARY 13th, 2013

1   Q.  Okay.  You said that, right?

2   A.  Yes.

3   Q.  Mr. Page didn't say that?

4   A.  Correct.

5   Q.  He didn't say pay me in "green, green, green cash."

6   Right?

7   A.  Correct.

8   Q.  Okay.  And that's kind of an incriminating statement,

9   isn't it?

10  A.  Yes.

11  Q.  Okay.  And you made that statement?

12  A.  Yes, I did.

13  Q.  Knowing that you were being recorded, correct?

14  A.  Yes.

15  Q.  Okay.  You also used -- referred to the phrase or the name

16  "the Juan Gonzalezes of the world," didn't you?

17  A.  Correct.

18  Q.  And what do you mean by that, sir?

19  A.  Again, it -- it was not meant in a disparaging way.  It

20  was a reference to the account holders that this phantom

21  broker had, most of them being Latinos.

22  Q.  Well why didn't you just say that?  Why didn't you say

23  Latinos?  Why did you say "the Juan Gonzalezes of the world"?

24  A.  I have no explanation, sir.

25  Q.  Mr. Epstein, you testified yesterday to the ladies and

WEDNESDAY, FEBRUARY 13th, 2013

1  gentlemen of the jury as to what you did up in Pennsylvania,

2  isn't that right?

3  A.  Correct.

4  Q.  And you said that Alex, or that's Alex Kankaris?

5  A.  Kanakaris.

6  Q.  Kanakaris, that's somebody you knew?

7  A.  Yes.

8  Q.  Is that a friend of yours?

9  A.  No.

10  Q.  Business associate?

11  A.  Someone I did business with, yes, sir.

12  Q.  Okay.  So this business associate, Alec (sic) Kanakaris

13  came to you with a proposal, is that right?

14  A.  That's correct.

15  Q.  Okay.  And that proposal led to your involvement in this

16  fraudulent stock manipulation scheme in Pennsylvania, correct?

17  A.  That's correct.

18  Q.  Okay.  So it was Alex that got you involved in it, is that

19  right?

20  A.  That's correct.

21  Q.  Okay.  And it was Alex's idea, is that right?

22  A.  I'm going to ask you to clarify that.  Alex's idea for the

23  -- the --

24  Q.  Well, you said that Alex came to you, right?

25  A.  Yes.

WEDNESDAY, FEBRUARY 13th, 2013

98

```
1    Q.   And he had a proposal for you, right?  This proposal?

2    A.   That's correct.

3    Q.   That you ended up getting involved in, right?

4    A.   In 2006, yes.

5    Q.   Yes, in 2006 which ended up in an indictment in

6    Pennsylvania, right?

7    A.   That's correct, yes.

8    Q.   Okay.  And you responded to Alex's proposal, right?

9    A.   Correct.

10   Q.   And it was Alex's idea, you already said that, right?

11   A.   Yes.

12   Q.   Okay.  So Alex is the one that brought you into this,

13   right?

14   A.   Alex asked me for an investment in a company that he was

15   starting.  This was not a -- he was not acting as a

16   confidential informant.

17   Q.   No, no, I understand that.

18   A.   Okay.

19   Q.   What I'm asking you is, Alex is responsible for getting

20   you involved in this scheme, is that correct?

21   A.   That's correct, yes.

22   Q.   And as a matter of fact you told the ladies and gentlemen

23   of the jury, Alex told you we need to bring eyeballs to the

24   stock, right?

25   A.   Yes.
```

WEDNESDAY, FEBRUARY 13th, 2013

99

1   Q.   And you used that term in these transcripts, right?

2   A.   Yes.

3   Q.   But your testimony yesterday is that it's Alex that told

4   you we need to bring eyeballs to the stock, is that right?

5   A.   I believe so, yes.

6   Q.   And what you meant by "bringing eyeballs to the stock" is

7   if you create or if people focus on the stock and begin

8   purchasing it the price goes up, right?

9   A.   That's correct, yes.

10  Q.   Okay, that's the pump part, right?

11  A.   Yes.

12  Q.   Of the scheme?

13  A.   Yes.

14  Q.   Is that right?

15  A.   Yes.

16  Q.   Okay.  So this is Alex's responsibility, for this eyeballs

17  to the stock, right?

18  A.   That's correct.

19  Q.   It was his idea, right?

20  A.   Yes.

21  Q.   It was his scheme, right?

22  A.   Yes.

23  Q.   And you just went along with it?

24  A.   Yes.

25  Q.   That's what you're telling the ladies and gentlemen of the

WEDNESDAY, FEBRUARY 13th, 2013

1    jury, right?

2    A.   Yes.   I foolishly went along with it, yes.

3    Q.   Okay.   And did Alex coerce you into doing this?

4    A.   No.

5    Q.   Did he put any pressure on you to do this?

6    A.   No.

7    Q.   Okay.   But it's his idea, right?

8    A.   Yes.

9    Q.   Okay.   And then you said that after this proposal was made

10   to you, that you said some stupid things on the phone, is that

11   right?

12   A.   That's correct.

13   Q.   Okay.   What were the stupid things that you said on the

14   phone?

15   A.   When the confidential informant said to me "in order to do

16   what you're talking about" which was to bring the price of the

17   stock up and create volume in the stock, that in and of itself

18   was wrong, he said "I will need to pay brokers."   And I said

19   "just do whatever is necessary."

20   Q.   Anything else?

21   A.   Not to my recollection, no, sir.

22   Q.   Okay.   So that was the confidential informant that said

23   you need to pay the broker, is that right?

24   A.   That's correct.

25   Q.   You didn't offer to pay the broker, right?

WEDNESDAY, FEBRUARY 13th, 2013

1  A.  I agreed to -- I didn't initiate that, that's correct.

2  Q.  You did not initiate that, right?

3  A.  Right.

4  Q.  So what your testimony is to the ladies and gentlemen of

5  the jury is that the informant initiated that proposal, is

6  that right, to pay the broker?

7  A.  Yes.

8  Q.  Okay.  So Alex is responsible for the initial proposal and

9  the idea of eyeballs to the stock, right?

10  A.  Yes.

11  Q.  That started it, is that correct?

12  A.  Correct.

13  Q.  And then the informant, his part of this was to entice you

14  or to say to you that you needed to pay the broker, right?

15  A.  That's correct.

16  Q.  None of this was your idea, right, up to this point?

17  A.  I could have said no.

18  Q.  Pardon?

19  A.  I could have said no.

20  Q.  I didn't ask you if you could have said no.

21  A.  Okay.

22  Q.  What I'm asking you is none of this according to you as

23  you're testifying here, this was not your idea, right?

24  A.  That's correct.

25  Q.  What you are testifying to is I just merely went along

WEDNESDAY, FEBRUARY 13th, 2013

1   with this proposal, is that right?

2   A.   Yes, that's what I'm testifying, correct.

3   Q.   Okay.  And Mr. Kanakaris, where is he now?

4   A.   He's serving in excess of three years in jail.

5   Q.   Right.  Because he got 30 months in prison on the same

6   indictment that you pled guilty to, right?

7   A.   That's correct.

8   Q.   Well, we'll talk about your sentencing a little later.

9          And do you know or are you aware that Mr. Kanakaris

10  is no longer alive?

11  A.   No.

12  Q.   That he's passed away?

13  A.   No.

14  Q.   Okay.  And you know, if he has in fact passed away, he

15  wouldn't be available as a witness to give his view as to this

16  particular scenario, right?

17  A.   That's correct.

18  Q.   Okay.  And were these recordings, these conversations that

19  you had, were they recorded?  Conversations you had with the

20  informant?

21  A.   Yes, they were recorded.

22  Q.   Okay.  And have you listened to those conversations?

23  A.   I heard one small snippet.

24  Q.   One small snippet of what?

25  A.   Of a recording, my attorney was able to get --

WEDNESDAY, FEBRUARY 13th, 2013

1   Q.   Okay.

2   A.   -- one of the recordings.

3   Q.   Just one of the recordings?

4   A.   Correct.

5   Q.   That's all you listened to?

6   A.   Correct.

7   Q.   Okay.  And do you know if these recordings exist today?

8   A.   I believe they do, yes.

9   Q.   Okay.  To document what you said?

10  A.   I'm sure they do, yes.

11  Q.   Okay.  All right.  Mr. Epstein, I ask you to take a look

12  at Government's Exhibit 27.  Do you see that?

13  A.   Yes, sir.

14  Q.   That's the indictment that was filed in the Eastern

15  District of Pennsylvania against you and Mr. Kanakaris, is

16  that right?

17  A.   Yes.

18  Q.   Okay.  And specifically the indictment alleges that you --

19  I'm not going to read the whole thing -- conspired and agreed,

20  that's you and Mr. Kanakaris, correct?

21  A.   Correct.

22  Q.   To commit an offense against the United States, right?

23  A.   Correct.

24  Q.   And then it gives the regulation that talks about both --

25  which talks about securities violations, is that correct?

WEDNESDAY, FEBRUARY 13th, 2013

1    A.   That's correct.

2    Q.   And there's the code section right there.  Is that right?

3    A.   Yes, sir.

4    Q.   And then it said that what you conspired to do with

5    Mr. Kanakaris was, "by employing divisive schemes and

6    artifices to defraud," is that right?

7    A.   Yes.

8    Q.   "By making untrue statements of material facts and

9    omitting to state material facts necessary in order to make

10   the statements made in light of the circumstances under which

11   they were made not misleading," is that right?

12   A.   Yes.

13   Q.   And then it goes on to allege that you and Mr. Kanakaris

14   were "engaging in acts, practices and courses of business

15   which operated and would operate as a fraud and a deceit upon

16   any person in connection with the purchase and sale of a

17   security."  Is that right?

18   A.   Yes.

19   Q.   And then it states the code violations, is that right?

20   A.   Yes.

21   Q.   Okay.  Is that what you did?

22   A.   Yes.

23   Q.   Okay.  Then, in that particular indictment, lays out the

24   manner and means by which you've committed this conspiracy and

25   also securities fraud, right?

WEDNESDAY, FEBRUARY 13th, 2013

1   A.   Yes.

2   Q.   And it said that, here, on paragraph 5, that you, "the

3   defendants Alex Kanakaris and Richard Epstein and their

4   coconspirators sought to artificially inflate the price of

5   Swedish Vegas stock that was designed to appear to be the

6   product of free and market forces."  Is that right?

7   A.   Yes.

8   Q.   And that you did that by "agreeing to engage a

9   manipulative and deceptive securities transaction to

10  artificially increase the price of Swedish Vegas stock."  Is

11  that right?

12  A.   Yes.

13  Q.   Did you do that?

14  A.   Yes, sir.

15  Q.   It says also that you "entered into illegal agreements to

16  orchestrate their trading activity to create the false

17  impression of market demand for Swedish Vegas stock."  Is that

18  right?

19  A.   That's correct.

20  Q.   Did you do that?

21  A.   Yes.

22  Q.   It also says that you "coordinated trading activity with

23  issuing Swedish Vegas press releases to provide a false

24  pretext for the increased trading volume in Swedish Vegas

25  stock.  Is that what it says?

WEDNESDAY, FEBRUARY 13th, 2013

1   A.   Yes.

2   Q.   And did you do that, sir?

3   A.   Yes.  I did.

4   Q.   And it says in paragraph D that you also committed this

5   conspiracy and this securities violation substantive offense

6   by agreeing to secretly bribe individuals to cause buying in

7   Swedish Vegas stock, including brokers who would cause their

8   retail customers to buy and hold Swedish Vegas stock.  Is that

9   correct?

10  A.   Yes, it is.

11  Q.   Did you do that, sir?

12  A.   Yes.  I did.

13  Q.   Then page 4 of that, beginning in, I think that's

14  paragraph 6-A, it lays out what the indictment calls "overt

15  acts," do you see that on page 3?

16  A.   Yes.

17  Q.   Okay.  And what the overt acts are are the actual actions

18  that you took to satisfy the indictment as it's alleged, do

19  you understand that, sir?

20  A.   I understand, yes.

21  Q.   Okay.  And what it says is that, paragraph 6-A, that on or

22  about June 12, 2008, that you -- excuse me, Mr. Kanakaris

23  spoke on the telephone with Eduardo Rodriguez, charged

24  elsewhere, and an individual who was secretly cooperating with

25  the government, identified here as the cooperating witness, to

1   discuss a deal to manipulate Swedish Vegas stock.  And you did

2   that, correct, sir?

3   A.   That was Mr. Kanakaris who did that on June 12, sir.

4   Q.   Right.  But you're involved in a conspiracy with him,

5   right?

6   A.   That's correct.

7   Q.   Okay.  And this is a scheme, you say it's his idea but

8   you're involved in it, right?

9   A.   Yes, I am involved, but that -- again, I don't mean to be

10  argumentative, sir, but that paragraph references Alex

11  Kanakaris.

12  Q.   I understand it references Alex Kanakaris.  But you're

13  involved in a conspiracy with him, right?

14  A.   That's correct.

15  Q.   So you agreed to do this -- or not, did you not agree?

16  A.   No, I agreed and I was part of it.

17  Q.   Okay.  Then in 6-B, it says that on or about June 13,

18  2008, defendants Kanakaris and Epstein caused approximately

19  $15,000 to be wired to an account controlled by Rodriguez as

20  advance payment for purchases in Swedish Vegas stock.  Is that

21  what it says?

22  A.   Yes.

23  Q.   Okay.  Did you do that, sir?

24  A.   Yes.

25  Q.   Okay.  And what part did you have in that, sir?

WEDNESDAY, FEBRUARY 13th, 2013

1  A.  The $15,000 came from me, it was my money.

2  Q.  That was your money?

3  A.  Yes, sir.

4  Q.  Okay.  And paragraph C of -- excuse me, Section C of

5  paragraph 6 says that on or about June 13, 2008, Rodriguez

6  wired approximately $7500 to an account that he believed was

7  controlled by the cooperating -- or CW, but which was actually

8  an undercover account of the FBI, is that right?

9  A.  That's correct.

10 Q.  And then it says, indeed, that on or about June 13, 2008,

11 defendant Kanakaris emailed to Rodriguez and the CW a Swedish

12 Vegas press release that was issued later that day, correct?

13 A.  That's correct.

14 Q.  I'm going to skip over to paragraph -- or subparagraph F.

15 Where it says on or about June 17, 2008, defendant Epstein

16 spoke to Rodriguez on the telephone and said that defendant

17 Epstein had provided the kickback money and wanted buying done

18 immediately in Swedish Vegas stock or Rodriguez should return

19 the payment.  Is that right?

20 A.  That's correct.

21 Q.  And then I'm going to skip down to I, subparagraph I.  It

22 says on or about June 30, 2008 at approximately 3:00 p.m.,

23 defendant Richard Epstein spoke on the telephone with the

24 cooperating witness and discussed the buying program in

25 Swedish Vegas stock.  Defendant Epstein reiterated that he had

WEDNESDAY, FEBRUARY 13th, 2013

1  paid for 50,000 in buying activity in Swedish Vegas stock and

2  that he was upset that the buying had not occurred?

3  A.  That's correct.

4  Q.  That's accurate?

5  A.  Yes.  It is.

6  Q.  And how did you communicate, sir, to that person that you

7  were upset that buying hadn't occurred?

8  A.  I was on the phone with him.

9  Q.  I understand that.  What did you say to communicate the

10 fact that you were upset?

11 A.  I -- I don't remember what I said, sir, I'm sorry.

12 Q.  Okay.  Did you threaten this person?

13 A.  I might have, yes.

14 Q.  Okay.  And that would certainly be consistent with you

15 being upset, is that correct?

16 A.  Correct.

17 Q.  Okay.  You may have threatened him and said look, I gave

18 you this money, I want stock being bought, is that right?

19 A.  That's the gist of it, yes.

20 Q.  And what you're saying is that there may have been a

21 threat that followed that if in fact that stock isn't bought,

22 right?

23 A.  Yes.

24 Q.  Continuing on and we'll finish this up.  Top of page --

25 excuse me, page 6 of the indictment.  Defendant Epstein said

WEDNESDAY, FEBRUARY 13th, 2013

1  that he wanted the buying to begin and to avoid scrutiny, the

2  CW should buy the shares of stock incrementally rather than

3  all at once.  Defendant Epstein also said that if the buying

4  program in Swedish Vegas stock was successful that the witness

5  could engage him and defendant Kanakaris in similar

6  manipulation schemes in other stocks, right?

7  A.  That's correct.

8  Q.  And is that accurate?

9  A.  Yes, it is.

10  Q.  Okay.  So what you were saying is that if this works, I'm

11  ready to do more manipulative stock fraud schemes, correct?

12  A.  That was the implication, yes, sir.

13  Q.  Okay.  And this was not just a one-time deal for you,

14  right?

15  A.  Yes, that's correct.

16  Q.  Okay.  You were willing to continue on with this in other

17  schemes, is that right?

18  A.  Yes.

19  Q.  And then following through on this paragraph M, on or

20  about July 22, 2008, the CW caused purported retail purchases

21  to be made of approximately 125,000 shares of Swedish Vegas

22  stock for approximately 4 cents per share, for a total of

23  $5,000.  And those trades were settled by the FBI, is that

24  correct?

25  A.  That's correct.

WEDNESDAY, FEBRUARY 13th, 2013

1   Q.  This grand jury indictment was returned against you

2   December 8 of 2008, is that correct?

3   A.  Yes.

4   Q.  Okay.  Thereafter you were shortly arrested, is that

5   correct?

6   A.  That's correct.

7   Q.  A warrant was issued for your arrest, correct?

8   A.  Correct.

9   Q.  And as you've said to the ladies and gentlemen of the

10  jury, the FBI showed up -- I don't know where, but wherever

11  you were and they took you into custody, is that correct?

12  A.  That's correct.

13  Q.  Okay.  This case is in Pennsylvania, is that right?

14  A.  Yes.

15  Q.  So you had to make your way to Pennsylvania, is that

16  right?

17  A.  Not --

18  Q.  For the case?

19  A.  For the case, yes, sir.

20  Q.  So you went up to Pennsylvania, is that right?

21  A.  Yes.

22  Q.  And your first court appearance was in January of '09, is

23  that right?

24  A.  I believe so, yes.

25  Q.  Okay.  And you had an attorney representing you, is that

WEDNESDAY, FEBRUARY 13th, 2013

1  correct?

2  A.  Yes.

3  Q.  Okay.  And shortly after your arrest, you began your

4  cooperation with the FBI, is that right?

5  A.  Yes, that began in March of 2009.

6  Q.  And was that the first date that you began cooperating,

7  March of 2009?

8  A.  Actual cooperation where I sat down with an agent from the

9  FBI, I believe so.  I did have a meeting in Pennsylvania, and

10  I don't remember if it was in January or February with the --

11  the AUSA up there at the time and I'm not sure if there was an

12  FBI agent there or not, along with my attorney.

13  Q.  Okay.  Well, I just want to be clear, so the ladies and

14  gentlemen of the jury are clear.  When did you begin, when did

15  you make the decision to begin cooperating with the federal

16  government?

17  A.  The active cooperation began in March.

18  Q.  Okay.  So nothing occurred between March, to put the ball

19  in motion to start your cooperation?

20  A.  I believe that my attorney at the time had put some

21  feelers out, but there was no -- what I would call active

22  cooperation prior to that.

23  Q.  Nothing by you?

24  A.  I don't believe so.

25  Q.  Prior to March of 2009?

WEDNESDAY, FEBRUARY 13th, 2013

1  A.  Other than that meeting that I had in January or February

2  in Philadelphia, but nothing in Florida.

3  Q.  Okay.  Well, I'm talking about with regard to cooperation?

4  A.  To the best of my knowledge, no.

5  Q.  Okay.  And what was this meeting with the prosecutor about

6  that you talked about prior to 2009?  Did that have anything

7  to do with you beginning your cooperation or no?

8  A.  I don't believe so, no.

9  Q.  Well, what was the meeting about?

10  A.  I really don't remember.

11  Q.  You don't remember?

12  A.  I really don't.

13         MR. DAY:  If I could have a moment, Your Honor.

14         THE COURT:  Surely.

15         MR. DAY:  Your Honor, I've misplaced my exhibit

16  labels so the government has given me one.  We've scratched

17  through it, put defense.  And I appreciate that.

18         THE COURT:  Is that known as bipartisanship?

19         MR. DAY:  Yes, it is.  Yes, it is, Your Honor.

20         And it was very welcome.

21         THE COURT:  Something that is completely absent in

22  our nation's capital.

23         MR. DAY:  Seems to be so, Your Honor.  I'm not going

24  to enter in to that.  I'll hold back on that.

25         THE COURT:  All right.

WEDNESDAY, FEBRUARY 13th, 2013

1  BY MR. DAY:

2  Q.  All right.  Mr. Epstein, I want to show you what has been

3  marked as Defense Exhibit 7 for identification.

4          MR. DAVIDSON:  And Judge, just to speed the process,

5  we've no objection to the introduction of this evidence.

6          MR. DAY:  All right.  Your Honor, I would move in, I

7  guess that would be actually Defendant's 1.

8          THE COURT:  All right, Defendant's 1 is admitted.

9      (Defendant's Exhibit 1 admitted into evidence.)

10          MR. DAY:  May I approach the witness, Your Honor?

11          THE COURT:  Surely.

12 BY MR. DAY:

13 Q.  Mr. Epstein, I want to show you what's been admitted into

14 evidence as Defense Exhibit 1 and ask you if you recognize

15 that document?

16 A.  I -- I don't remember seeing it previously, but it --

17 Q.  Do you want to look at the second page?

18 A.  Sure.  But apparently I did because I've signed it.

19 Q.  Okay.  Take your time.

20 A.  Okay.

21 Q.  All right.  Have you reviewed that?

22 A.  Yes, yes.  This was, I guess had to do with the meeting

23 that I had with the government in January, in Philadelphia.

24 Q.  Okay.  And January 21, as a matter of fact, right, sir?

25 A.  Yes, yes.

1    Q.   Because that's listed on the document, right?

2    A.   Yes.

3    Q.   Okay.  And as we've already noted, this letter was dated

4    January 21 of 2009, is that correct?

5    A.   Yes.

6    Q.   And this is a letter that is from Derek Cohen, assistant

7    United States Attorney, is that correct?

8    A.   Yes.

9    Q.   Okay.  Acting on behalf of or signing that on behalf of

10   acting U.S. Attorney Laurie Magid, not exactly sure how to say

11   that, is that right?

12   A.   That's correct.

13   Q.   Okay.  And this is a letter that is to you, is that

14   correct?

15   A.   Yes.

16   Q.   From the prosecutor, Derek Cohen?

17   A.   Yes.

18   Q.   Okay.  That's to you, Richard Epstein, correct?

19   A.   Yes.

20   Q.   And also to your lawyer, Jon Sale?  Is that correct?

21   A.   That's correct.

22   Q.   And I guess you had another lawyer, Eric Sitarchuk?

23   A.   That's the pronunciation, yes.

24   Q.   Okay.  All right.  And in this particular letter it has

25   stated that you, actually your client, it's talking to

WEDNESDAY, FEBRUARY 13th, 2013

1  Mr. Sale, Richard Epstein is interested in meeting with the

2  investigating agents and me for purposes of an

3  "off-the-record" proffer or discussion.  Is that right?

4  A.  Yes.

5  Q.  "We are interested in pursuing this matter and will

6  consider such an off-the-record proffer in formulating an

7  appropriate resolution of the matter."  Is that right?

8  A.  Yes.

9  Q.  Okay.  And to assure that there are no misunderstandings

10  they then talk about what this off-the-record proffer is, is

11  that right?

12  A.  Yes.

13  Q.  And the first paragraph right here, is that none of the

14  statements, "No statements made by you or your client or other

15  information provided by you or your client during the

16  off-the-record proffer will be used directly against your

17  client in any criminal case."  Is that correct?

18  A.  Yes.

19  Q.  Okay.  That's called immunity, right?

20  A.  Yes.

21  Q.  That's a form of immunity, correct?

22  A.  Yes.

23  Q.  And so what the government is saying here is if you come

24  in and you talk to us, we will not use those statements

25  against you, is that correct?

WEDNESDAY, FEBRUARY 13th, 2013

1   A.   That's correct.

2   Q.   In our criminal case against you, is that right?

3   A.   Yes.

4   Q.   So it gives you protection, is that right?

5   A.   Yes.

6   Q.   Okay.  And this is an agreement and a letter that was

7   orchestrated by Mr. Sale and Mr. Sitarchuk, your lawyers on

8   your behalf, correct?

9   A.   That's correct.

10  Q.   So this begins the cooperation process, is that right?

11  A.   Yes.

12  Q.   So the cooperation process formally began January 21 of

13  2009, correct?

14  A.   Yes.

15  Q.   And obviously any negotiations or any decisions for you to

16  sign this letter would have made -- been made prior to January

17  21 of 2009, is that correct?

18  A.   Or -- yes, or January 21, but yes.

19  Q.   Okay.  Not March 2009, right?

20  A.   That's correct, yes.

21  Q.   Okay.  So this is very shortly after the -- you make your

22  initial appearance in front of the Court in Pennsylvania, is

23  that correct?

24  A.   Yes.

25  Q.   Okay.  And the idea here is that you get to tell them what

WEDNESDAY, FEBRUARY 13th, 2013

1  you can do for the government, is that right?

2  A.  Yes.

3  Q.  Okay.  What kinds of criminal activity you're aware of, is

4  that right?

5  A.  Yes.

6  Q.  And what kind of other individuals you can then draw in to

7  a crime, is that right?

8  A.  Yes.

9  Q.  So that those individuals may be prosecuted by the

10  government, right?

11  A.  Yes.

12  Q.  And if you're able to draw individuals into a criminal

13  activity, then you potentially can get a benefit for that,

14  correct?

15  A.  Potentially, that's correct.

16  Q.  Okay.  And that's the basis of these discussions, correct?

17  A.  Yes.

18  Q.  That's the reason that you dispensed your two lawyers to

19  -- and gave them authority to speak to Mr. Cohen in this

20  particular case, correct?

21  A.  Yes.

22  Q.  Because what you're looking for is you're looking to be

23  able to reduce any potential sentence that you may have, is

24  that correct?

25  A.  That's correct.

WEDNESDAY, FEBRUARY 13th, 2013

1  Q.  Any potential criminal responsibility that you may have,

2  is that correct?

3  A.  Yes.

4  Q.  Any jail time that you may have?

5  A.  Jail -- that's correct, yes.

6  Q.  Okay.  And you began to put the ball in motion toward that

7  end, is that correct, sir?

8  A.  Yes.

9  Q.  Okay.

10        MR. DAY:  That's fine, Your Honor, if you want to

11  break.

12        THE COURT:  You pick the time.

13        MR. DAY:  No, this is fine, Your Honor.

14        THE COURT:  Is it all right?

15        MR. DAY:  Yes, it is.

16        THE COURT:  Okay.  Ladies and gentlemen, we're going

17  to break until 1:15.  Ladies and gentlemen, you are advised,

18  once again, to not discuss the case amongst yourselves.  Don't

19  discuss it with anybody in the building and don't make any

20  phone calls or anything like that.

21        And I might remind you that if you are in elevators

22  with the lawyers in the case, anybody involved in the case and

23  they don't speak to you, it isn't because they're rude people,

24  it's because they're not supposed to do that.  Okay?

25        We're in recess until 1:15.

WEDNESDAY, FEBRUARY 13th, 2013

1          MR. DAVIDSON:  Your Honor, can we raise one issue

2    outside the jury?

3          THE COURT:  Sure.

4       (Jury withdrew from the courtroom at 11:55 a.m.)

5          THE COURT:  You guys can be seated.

6          MR. DAVIDSON:  I don't know whether it makes more

7    sense for Mr. Epstein not to be present for this.  It probably

8    does.

9          THE COURT:  It's up to the people -- would you be

10   more comfortable if he's not here?

11         MR. DAVIDSON:  In light of the issue we want to

12   raise, I think it makes sense for him to be outside, Your

13   Honor.

14         THE COURT:  All right.  You're excused.

15         (Witness is excused from the courtroom.)

16         MR. DAVIDSON:  Thank you, Your Honor.  Just by way of

17   background, because Mr. Epstein was being prosecuted out of

18   Philadelphia, our office was relying on the Philadelphia U.S.

19   Attorney's Office for all *Giglio* and *Jencks* related to

20   Mr. Epstein.  We provided everything that we had and Mr. Day

21   also asked for transcripts.  The cooperation letter that just

22   came in as Defense Exhibit 7.  We've been working with him

23   every time he had a specific request for a document, we went

24   to Philadelphia and asked for that document, including in one

25   instance going to the Court, requesting that the Court unseal

WEDNESDAY, FEBRUARY 13th, 2013

1    the sentencing proceeding.

2           I'm not sure if Mr. Day is going to raise this but I

3    wanted to front this with the Court about the recording of

4    Mr. Epstein that was mentioned.

5           I didn't have the recording of Mr. Epstein in the

6    underlying securities fraud case involving Swedish Vega (sic)

7    that he pled guilty to.  I didn't specifically ask

8    Philadelphia for it.  Mr. Day never specifically requested it

9    for me, therefore it's never been handed over.  I just wanted

10   the Court to be aware of the process by which we've been

11   trying to get all statements of Mr. Epstein, all promises to

12   Mr. Day.

13          Mr. Day asked a few questions about the recording but

14   I wanted the Court to be aware that we're working, if there is

15   a request, we'll work with Philadelphia to get that recording

16   and/or transcript to Mr. Day.  There's never been a formal

17   request for that tape or the transcript.

18          I just wanted to bring the Court aware of that.  I

19   don't know what Mr. Day's position is on the tape and the

20   transcript.

21          THE COURT:  Do you want to say anything?

22          MR. DAY:  Your Honor, first of all I want to say that

23   I have no complaints about Mr. Davidson and Mr. Soto and them

24   producing documents.  We, at times, I think, perhaps disagreed

25   on what things are relevant, but the government has done

WEDNESDAY, FEBRUARY 13th, 2013

1  nothing whatsoever to hide anything or -- I mean, I don't

2  think that's what Mr. Davidson's saying.

3        But let me just say to the Court and to all here, I

4  have no complaints whatsoever about how the government has

5  handled the discovery in this case.

6        THE COURT:  Okay.  Well...

7        MR. SOTO:  But Your Honor, what we do want to make

8  clear is that once -- if those recording and transcripts do

9  exist and once they're turned over to us, we would obviously

10 like to give Mr. Day the opportunity and Mr. Aldazabal, if

11 necessary, the opportunity to review them and, if necessary,

12 recall this witness for cross-examination, we'd make him

13 available.  We'd make sure that he's around.  We understand

14 that he can't review transcripts and make sense of them in two

15 minutes.  And so we're also considering that.

16        THE COURT:  That's fine.

17        MR. SOTO:  Make sure that that happens.

18        MR. DAY:  Well, I can tell the Court that certainly,

19 we are the third day of trial and there are discovery rules

20 and, to me, that would not comply with any of those discovery

21 rules and I'll just tell the Court now that whatever the

22 government brings, I will review it and then I'll make my

23 position known to the Court.

24        THE COURT:  That's fine.

25        MR. DAVIDSON:  Thank you, Your Honor.

WEDNESDAY, FEBRUARY 13th, 2013

1          THE COURT:  Can I go have lunch now?

2          MR. DAVIDSON:  Yes.  Thank you.

3       (Court recessed at 11:59 a.m., and proceedings continued

4    as follows at 1:15 p.m.:)

5          THE COURT:  Off the record.

6       (Pause.)

7          MR. DAVIDSON:  Judge, also to clarify the issue --

8    maybe on the record -- good afternoon, Your Honor.

9          Just to clarify something that came up before lunch.

10   I reached out to the U.S. Attorney's Office and the FBI in

11   Philadelphia, and we're acquiring copies of the tape

12   recordings of Mr. Epstein and their undercover operation.

13         They are available if defense counsel needed to

14   listen to them right now.  We could break and put them on the

15   phone and they could listen to it.  We're trying to get a CD

16   to them by the end of today.

17         And Mr. Epstein, who is present now, I'm sure

18   understands that he's under subpoena and, if recalled by the

19   government or the defendant, he would have to appear before

20   Your Honor.

21         THE COURT:  Yeah.

22         Mr. Epstein, where do you reside now?

23         THE WITNESS:  In Parkland.  That's northwest Broward

24   County.

25         THE COURT:  Okay.  Are we all ready?

WEDNESDAY, FEBRUARY 13th, 2013

```
 1              MR. DAY:  Yes, Your Honor.

 2              MR. ALDAZABAL:  Yes, Your Honor.

 3         (Jury enters the courtroom at 1:17 p.m.)

 4              THE COURT:  All right, everybody be seated.

 5              Go ahead, Mr. Day.

 6              MR. DAY:  Thank you, Your Honor.

 7                    CONTINUED CROSS-EXAMINATION

 8    BY MR. DAY:

 9    Q.  Mr. Epstein, I want to direct your attention to

10    Government's Exhibit 28, which is the plea agreement that you

11    had with the prosecutor in Pennsylvania.

12              I'm sorry, before I do that, I just have one last

13    question on the transcript.  This would be Government's

14    Exhibit 3.  I'll turn to it.  And this has to do with the same

15    area of questions that I asked before.  Paragraph -- or excuse

16    me, page 3, you say, "So they're aware of the deal, the

17    one-for-three."

18              And then Mr. Page says, "They're totally aware of it.

19    I said listen, it's very crucial they take this acquisition

20    deal which they have allocated they need 500 grand for it, and

21    it's that trucking company in Ohio."

22              And then you say here, "Okay, so their main interest

23    is getting the price of their stock up?"

24              Mr. Page responds, "No, absolutely not.  I mean, they

25    love that, but they want to do this acquisition."
```

WEDNESDAY, FEBRUARY 13th, 2013

1          And then he follows that with talking about

2   discounted stock, right?

3   A.  Correct.

4   Q.  Okay.  So again, this is him talking about another deal

5   and you're talking about the market buying plan, correct?

6   A.  That's correct.

7   Q.  So you're going in one direction, he's going in the other,

8   correct?

9   A.  Correct.

10  Q.  Okay.  With regard to your plea agreement, Government's

11  Exhibit 28, you basically cut a deal with the prosecutor up in

12  the Eastern District of Pennsylvania, correct?

13  A.  I wouldn't phrase it that way, sir.  I was not given any

14  deal.  There was no, you know, quid pro quo.  It -- it --

15  there -- there were no guarantees made to me.

16  Q.  I'm not asking you if there were guarantees, but in this

17  plea agreement, Government's Exhibit 28, the government is

18  agreeing to things, correct?

19  A.  That's correct, yes.

20  Q.  They're -- excuse me, and they're agreeing to things that

21  will benefit you potentially, is that correct?

22  A.  That's correct, yes.

23  Q.  We're going to go through that.

24  A.  Okay.

25  Q.  This is that agreement, right?

WEDNESDAY, FEBRUARY 13th, 2013

1  A.  Yes.

2  Q.  And this is one that you came to with the prosecutor in

3  the case up there, right?

4  A.  Yes.  This is what we came to, yes.

5  Q.  And that's after that initial letter of January 21 of 2009

6  where you and your lawyers met with the prosecutor, correct?

7  A.  Yes.

8  Q.  And then in March of 2009, you said you began actively

9  working, is that right?

10 A.  That's correct, yes.

11 Q.  That was the beginning of the thousand-plus phone calls,

12 is that right?

13 A.  Yes.

14 Q.  And the 40 in-person meetings at your house, is that

15 right?

16 A.  Yes.

17 Q.  And that's when you're inviting business associates over

18 to your house, is that right?

19 A.  Yes.

20 Q.  And you're offering them this -- this scheme, this

21 pump-and-dump scheme, right?

22 A.  That's correct, yes.

23 Q.  People that you know are coming to your house and you're

24 recording them, right?

25 A.  Yes.

WEDNESDAY, FEBRUARY 13th, 2013

1   Q.   Okay.  And that recording, that's set up inside your

2   house, right?

3   A.   Yes, the FBI set that up, yes.

4   Q.   The FBI set that up inside your house?

5   A.   Yes.

6   Q.   Okay.  Now in this particular plea agreement, and we'll

7   move through it, on page 2, here in paragraph 4, you agree to

8   cooperate fully with the government, is that right?

9   A.   Yes.

10  Q.   And you agree to cooperate fully by cooperating, is that

11  right?

12  A.   Yes.

13  Q.   Okay.  You're required to cooperate by this agreement,

14  right?

15  A.   Yes.

16  Q.   In other words, if you don't agree to invite people over

17  to your home, business associates and people that you knew and

18  try to get them to agree to this scheme, if you don't try to

19  do that, then the government doesn't have to abide by their

20  recommendation, is that right?

21  A.   Yes.

22  Q.   Okay.  So there is no room for you not to cooperate once

23  you sign this, is that correct?

24  A.   That's correct, yes.

25  Q.   If you were to fail to cooperate, right, then the

WEDNESDAY, FEBRUARY 13th, 2013

1  government can refuse to make any sentencing recommendations,

2  is that correct?

3  A.  That's -- yes, that's correct.

4  Q.  Okay.  And there are sentencing recommendations that are

5  in this plea agreement, right?

6  A.  Yes.

7  Q.  So if you don't cooperate, they don't have to abide by the

8  sentencing recommendations, correct?

9  A.  Correct.

10 Q.  On page 3 -- excuse me -- and that's reflected in little

11 paragraph "I" here on page 3, is that correct?  Right here it

12 begins, "The defendant agrees that if the government

13 determines that the defendant has failed to cooperate, the

14 sentence may be set aside at the government's request."  Is

15 that right?

16 A.  Correct.

17 Q.  Okay.  And then in paragraph 5, "If the government in its

18 sole discretion determines that the defendant has fulfilled

19 all his obligations, the government will make the nature and

20 extent of the defendant's cooperation known to the Court."  Is

21 that right?

22 A.  Yes, that's in paragraph 6, yes.

23 Q.  Paragraph 6 on page 5, is that right?

24 A.  Yes.

25 Q.  If you fail to abide by the terms and conditions of this

WEDNESDAY, FEBRUARY 13th, 2013

1    plea agreement, the government's part of that agreement, they

2    don't have to abide by it, right?

3    A.   That's my understanding, yes.

4    Q.   But your guilty plea would still stand, right?

5    A.   Yes.

6    Q.   So you would still be standing guilty in front of the

7    judge, is that right?

8    A.   Yes.

9    Q.   With no sentencing recommendation and no help from the

10   government, right?

11   A.   That's correct, yes.

12   Q.   Okay.  And in that scenario, you could get the maximum

13   penalty, is that right?

14   A.   Yes.

15   Q.   We turn to page 7.  We see that the maximum penalty for

16   this particular offense would be 25 years, is that right?

17   A.   Yes.

18   Q.   Okay.  And it lays out here that in paragraph 7, you

19   understand and agree and it has been explained to you that the

20   Court may impose the following statutory maximum sentence,

21   Count 1, conspiracy to commit securities fraud, five years

22   imprisonment.  Is that right?

23   A.   Yes.

24   Q.   Then it's followed by something called three years of

25   supervised release, correct?

WEDNESDAY, FEBRUARY 13th, 2013

1    A.   Yes.

2    Q.   Your understanding is that's a form of probation?

3    A.   Yes, sir.

4    Q.   Okay.  And a fine of $250,000.  Right?

5    A.   Yes.

6    Q.   And a special assessment of $100.  Is that correct?

7    A.   Yes.

8    Q.   Okay.  And that's with regard to Count 1, the conspiracy

9    count, correct?

10   A.   Yes.

11   Q.   Conspiracy to commit securities fraud, right?

12   A.   Yes.

13   Q.   So you see here that that maximum penalty is five years in

14   prison, correct?

15   A.   Correct.

16   Q.   And that's the same charge and the same count that

17   Mr. Page is charged with here, correct?

18           MR. DAVIDSON:  Objection, Your Honor, as to testimony

19   about the sentencing.  As the Court's aware, sentencing is the

20   issue for the Court to address.

21           MR. DAY:  I understand that, Your Honor, but I'm

22   allowed to question this witness about his plea agreement and

23   that particular charge.

24           THE COURT:  Yeah.

25           MR. DAVIDSON:  He asked him about Mr. Page's

WEDNESDAY, FEBRUARY 13th, 2013

1   potential sentence, Your Honor.

2           MR. DAY:  I asked him if that's the same charge that

3   he's testifying about here in this case, yes.

4           THE COURT:  I'm going to overrule the objection.  If

5   he knows.

6   BY MR. DAY:

7   Q.  The Count 1, your indictment is conspiracy to commit

8   securities fraud, correct?

9   A.  That's correct.

10  Q.  That's a five year statutory maximum, right?

11  A.  I don't know that it's a five year statutory maximum.  I

12  know that that's what that says, yes, sir.

13  Q.  Well, it says five years imprisonment, right?

14  A.  Yes.

15  Q.  And in this particular case, this indictment, Count 1

16  charges the same charge, right?

17  A.  Mr. Page's?

18  Q.  This indictment in our case?

19  A.  I have no idea what his guidelines are or what his maximum

20  is.

21  Q.  I'm not asking you about the guidelines.

22          Are you aware that Count 1 in this particular case

23  charges Mr. Page with conspiracy to commit securities fraud?

24  A.  I haven't seen that, no, sir.  I'm not aware of what it

25  is.

WEDNESDAY, FEBRUARY 13th, 2013

1   Q.   Okay.   And Count 2 carries a maximum penalty of 20 years,

2   correct?

3   A.   Yes.

4   Q.   That's the actual commission of securities fraud, right?

5   A.   Yes.

6   Q.   You pled guilty to that, right?

7   A.   Yes.

8   Q.   We'll get to that in a minute.   So together it's 25 years

9   in prison, right?

10  A.   Yes.

11  Q.   So what we're talking about is that if you don't abide by

12  the terms and conditions of this plea agreement, your plea,

13  pursuant to this agreement would remain guilty in front of the

14  judge, right?

15  A.   Yes.

16  Q.   And you would be liable for the maximum sentence of 25

17  years, correct?

18  A.   I would be liable to that, yes.

19  Q.   With no help or sentencing recommendation favorable by the

20  government, right?

21  A.   Yes, that's correct.

22  Q.   However, if you do agree, the government -- and you abide

23  by the terms of the plea agreement, the government agrees to

24  make some sentencing recommendations available to you,

25  correct?

WEDNESDAY, FEBRUARY 13th, 2013

1   A.   As it was explained to me, sir, was that the government

2   was making no guarantees to me and -- with regards to filing,

3   I believe it's called a 5K1, a downward departure, and there

4   were no guarantees -- there were absolutely no guarantees made

5   to me.

6   Q.   I didn't ask you if there were any guarantees.  I asked

7   you if in this particular plea agreement, if you abided by the

8   terms and conditions of the plea agreement, has the government

9   agreed to tell the judge about your work as an informant?

10   A.   Yes, yes.

11   Q.   That's in the agreement, correct?

12   A.   Yes.

13   Q.   That's in pages 5 to 6 of the agreement, correct?

14   A.   That's correct, yes.

15   Q.   Okay.  And the government, pursuant to this agreement

16   would ask the judge to depart below the sentencing guidelines,

17   is that right?

18   A.   I don't believe that that's what the agreement says, sir.

19   Q.   Okay.  We'll go back to page 5, if you can see that.

20        Paragraph 6.  "If the government in its sole

21   discretion determines that the defendant has fulfilled all of

22   his obligations of cooperation as set forth above, at the time

23   of the sentencing the government will, A, make the nature and

24   extent of the defendant's cooperation known to the Court."

25   Right?

WEDNESDAY, FEBRUARY 13th, 2013

1   A.  Correct.

2   Q.  You agree with that?

3   A.  I agree with that.

4   Q.  "B, move for departure from the sentencing guidelines

5   pursuant to U.S.S.G. Section 5K1.1, if the government in it

6   sole discretion determines that the defendant has provided

7   complete and substantial assistance in the investigation or

8   prosecution of another person who has committed an offense,

9   including testifying at any trial or proceeding as required."

10  A.  That's correct.

11  Q.  Correct?

12  A.  Correct.

13  Q.  So the government is agreeing that if you abide by this

14  agreement they are agreeing to ask the judge to go below the

15  sentencing guidelines pursuant to this section, 5K1.1?

16  A.  And at their sole discretion pursuant to various things

17  here.  So it was -- yes.  So -- yes, the direct answer to that

18  is yes.

19  Q.  Right.  And they would ask the judge to go below the

20  guidelines by actually filing a motion with him, correct?

21  A.  Yes.

22  Q.  And that's that 5K1.1 motion, right?

23  A.  Yes.

24  Q.  That's what that's called, correct?

25  A.  Correct.

1   Q.   That's a legal term of art, correct?

2   A.   Yes.

3   Q.   Okay.  And that's what you want, right?

4   A.   Yes, absolutely.

5   Q.   You want the government to file that motion, 5K1.1 motion

6   before that judge to ask him to go below the guidelines,

7   right?

8   A.   Absolutely, yes.

9   Q.   Okay.  You don't want 25 years in prison, right?

10  A.   No.

11  Q.   You don't want five years in prison?

12  A.   No.

13  Q.   Right.  You don't want a year in prison, correct?

14  A.   That's correct.

15  Q.   You don't want a day in prison, correct?

16  A.   Very correct, yes.

17  Q.   You want to go free, right?

18  A.   That's correct.

19  Q.   You want no incarceration at all?

20  A.   Correct.

21  Q.   Okay.  And you're entering into this agreement in the

22  hopes that that will occur, correct?

23  A.   Yes.

24  Q.   And that's your motivation for cooperation, correct?

25  A.   Yes.

WEDNESDAY, FEBRUARY 13th, 2013

1   Q.   Okay.  I mean, that is the motivation, am I accurate?

2   A.   You're 100 percent accurate, that's correct.

3   Q.   100 percent accurate.  Okay.

4        Yesterday in your direct testimony you said that you

5   entered into this informant role because you wanted to help,

6   is that right?  Did you say that yesterday?

7   A.   I don't remember, but I'll go along with that.

8   Q.   Okay.  In other words, you -- in other words, you're

9   trying to help, you're trying to be a good citizen, that's

10  what you're communicating?

11  A.   Well, I was -- I was certainly trying to help myself first

12  and foremost.  I make no bones about that, sir.

13  Q.   Right.

14  A.   And so, yes, I was trying to help myself.

15  Q.   Okay.  And then after -- well, actually even before coming

16  to that agreement with the government, you began and you set

17  to work, is that right?

18  A.   Yes.

19  Q.   You started working, right?

20  A.   Yes.

21  Q.   Started making those phone calls, correct?

22  A.   No.  Before -- before I met with the FBI, no, I did not

23  start to make those phone calls.

24  Q.   Well, I'm talking about before the agreement, before you

25  signed the plea agreement?

WEDNESDAY, FEBRUARY 13th, 2013

1  A.  I would have to ask you what date that plea agreement was

2  signed.

3  Q.  The date on page 8 appears to be June 6 of 2009 -- excuse

4  me, thank you.  July 6 of 2009?

5  A.  Yes.

6  Q.  Is that correct?

7  A.  That's correct, and to the best of my knowledge, the first

8  time that I met with the FBI was in March of 2009.

9  Q.  Right.  That was my question.

10  A.  So yes, the answer to that question, then, would be yes.

11  Q.  Right.  You started cooperating months before you ever

12  came to this agreement, right?

13  A.  That's correct, yes.

14  Q.  Okay.  And you wanted to know, once you entered into that

15  agreement that in fact this cooperation was going to

16  accomplish your goal, right?

17  A.  Yes.

18  Q.  Okay.  I mean, you're hedging your bets, right?  You want

19  to make sure you got -- you got an account in the bank before

20  you even enter the plea agreement, right?

21  A.  You can put it that way, yes.

22  Q.  Yeah, and I mean, you're making calls before you signed

23  this plea agreement, right?

24  A.  Yes, I am making calls under the direction of the FBI.

25  Q.  I understand that.  And you said that was March of 2009?

WEDNESDAY, FEBRUARY 13th, 2013

1   A.   Correct.

2   Q.   The plea agreement is signed in July of 2009?

3   A.   Yes.

4   Q.   You're making phone calls in an effort to cooperate,

5   trying to pull people into the scheme prior to entering into

6   the plea agreement, correct?

7   A.   Yes.

8   Q.   Months prior, right?

9   A.   Yes.

10  Q.   And you're inviting associates over to your house to be

11  tape recorded during that period of time, is that right?

12  A.   I don't know that I would call them associates, but people

13  I knew through business, yes.

14  Q.   And that's prior to entering into the plea agreement,

15  right?

16  A.   Yes.

17  Q.   Okay.  So you, of course, wanted to know that you had done

18  substantial work prior to entering that plea agreement, right?

19  A.   Yes.

20  Q.   Okay.  Because you didn't want to get stuck with a 25 year

21  sentence, right?

22  A.   Correct.

23  Q.   Or a guideline sentence, correct?

24  A.   That's correct, yes.

25  Q.   Okay.  And we'll talk about the guidelines in just a

```
 1  minute.
 2          You actually then pled guilty on May 8 of 2009, is
 3  that right?
 4  A.  Yes.
 5  Q.  Okay.  So actually you pled guilty before you signed the
 6  plea agreement?
 7  A.  It appears so, yes.
 8  Q.  Okay.  So you had made the decision that you had done
 9  enough work to then enter into a plea with the government, is
10  that correct?
11  A.  That's -- that's not quite how it went.  I understand
12  you're timeline, but that's not how it went.
13  Q.  Well, when you pled guilty in May of 2009, you'd already
14  met with the prosecutor, right?
15  A.  Correct.
16  Q.  You met with them in January?
17  A.  Yes.
18  Q.  Correct?  With your lawyers, correct?
19  A.  Correct.
20  Q.  You got that letter giving you immunity from your
21  statements, right?
22  A.  Correct.
23  Q.  Okay.  That it wouldn't be used against you in certain
24  circumstances, right?
25  A.  Yes.
```

WEDNESDAY, FEBRUARY 13th, 2013

1   Q.  You then began making the phone calls and inviting people

2   to your house in March, right?

3   A.  Yes.

4   Q.  You pled guilty in May of '09, right?

5   A.  That's correct.

6   Q.  And then you confirmed an agreement with the government in

7   July, is that right?

8   A.  Correct.

9   Q.  Okay.  Now the sentencing in your case occurred November

10  17 of 2011, is that right?

11  A.  That's correct, yes.

12  Q.  Okay.  So you're indicted in December of '08, right?

13  A.  Yes.

14  Q.  You made your initial court appearance in Pennsylvania in

15  January 22 of '09, correct?

16  A.  Yes.

17  Q.  But you weren't sentenced until November of 2011, right?

18  A.  That's correct.

19  Q.  That's close to three years after you made your initial

20  appearance, right?

21  A.  Yes.

22  Q.  Okay.  And what happened between your arrest and your

23  sentencing is you were working, right?

24  A.  Yes.

25  Q.  You're making the calls?

WEDNESDAY, FEBRUARY 13th, 2013

1    A.   Yes.

2    Q.   Correct?   You're inviting people over, correct?

3    A.   Correct.

4    Q.   And of course you're out on bond during this time, right?

5    A.   Yes.

6    Q.   Okay.   And what is occurring is your sentencing is delayed

7    while you attempt to cooperate, is that right?

8    A.   That's correct, because -- yes.

9    Q.   And of course the understanding is the more cooperation

10   that you do the more reduction off your sentence, right?

11   A.   Yes.

12   Q.   That's why the sentencing is delayed, right?

13   A.   No.

14   Q.   Okay.   Why is it delayed?

15   A.   Well, it was delayed because there were -- one -- one case

16   oftentimes led to another, and the FBI continued these cases.

17   I was able to also continue to give them other names as time

18   went on, which is why there were 40 people of which 30 were

19   indicted.

20   Q.   And the prosecutor agreed to ask the judge to continue the

21   sentence, right?

22   A.   I believe that's how it worked, yes.

23   Q.   Along with your lawyer, right?

24   A.   Correct.

25   Q.   So that your sentencing could be put off so you could do

WEDNESDAY, FEBRUARY 13th, 2013

1    more work, right?

2    A.   Yes.

3    Q.   And get greater benefit, right?

4    A.   Again, there was no guarantee that the benefit would be

5    any greater, but the answer is yes.

6    Q.   And you're hoping that the benefit will be greater the

7    more work that you do?

8    A.   Yes, absolutely.

9    Q.   As a matter of fact that sentencing, that was a large part

10   of your lawyer's argument, about the magnitude of what you had

11   done, right?

12   A.   That's correct.

13   Q.   And the number of cases, correct?

14   A.   Yes.

15   Q.   The number of calls that you had made, correct?

16   A.   Yes.

17   Q.   The number of people that you had set up, correct?

18   A.   Correct.

19   Q.   Okay.  On page 8 of your plea agreement, paragraph 9, you

20   understood that the case was going to be covered by the

21   sentencing guidelines, is that right?

22   A.   Yes.

23   Q.   And that's a manual that puts together a formula for

24   sentences in federal cases, right?

25   A.   That's my understanding, yes.

WEDNESDAY, FEBRUARY 13th, 2013

1  Q.  And it's your understanding that these are guidelines that

2  are passed or with the approval of the Congress, is that

3  correct?

4  A.  Yes.

5  Q.  And these are guidelines that are given to all federal

6  district court judges, correct?

7  A.  Yes.

8  Q.  And they have to consult these guidelines before they

9  sentence someone, correct?

10  A.  That's my understanding, yes.

11  Q.  And the sentencing guidelines set out a range of

12  sentencing that the judge has to consider, correct?

13  A.  Yes.

14  Q.  The judge can -- he's not bound by that, it's your

15  understanding, right?

16  A.  That's my understanding, yes.

17  Q.  Okay.  He can go above the guideline range that's

18  recommended, right?

19  A.  Yes.

20  Q.  Or he can go below the guideline range, is that right?

21  A.  Yes.

22  Q.  That guideline range is set up by putting the factors of

23  the case into a formula, correct?

24  A.  Yes.

25  Q.  And in your particular case, one of the factors for the

WEDNESDAY, FEBRUARY 13th, 2013

1  formula was the amount of fraud loss, is that right?

2  A.  Yes.

3  Q.  Okay.  And that's reflected here in paragraph 9-A,

4  correct, right here?

5  A.  Yes, yes.

6  Q.  Where it says the parties agree and stipulate that under

7  U.S. -- or U.S.S.G. Section 2B1.1(a)(1), that's a provision of

8  the guidelines, right?

9  A.  Yes.

10 Q.  The base offense level for the defendant's conduct is 7.

11 In other words, you start at a 7, right?

12 A.  Yes.

13 Q.  That under U.S.S.G. Section 2B1.1(b)(1)(H), the fraud loss

14 intended to be caused in furtherance of the criminal activity

15 jointly undertaken by the defendant -- the fraud loss intended

16 to be caused in furtherance of the criminal activity jointly

17 undertaken by the defendant and his co-schemers for which the

18 defendant is responsible was between $400,000 and a million

19 dollars, is that right?

20 A.  Yes, the intended loss was that.  That was not the actual

21 loss.  Yes, sir.

22 Q.  Excuse me.  And then it continues on, "This amount was

23 within the scope of the defendant's agreement.  This amount

24 was reasonably foreseeable to the defendant in connection with

25 the scheme and the defendant's guideline range should be

WEDNESDAY, FEBRUARY 13th, 2013

1  calculated based on this amount pursuant to 1B1.3 of the

2  guidelines."  Right?

3  A.  Yes.

4  Q.  And that amount increased the guidelines by 14 levels, is

5  that correct?

6  A.  Yes.

7  Q.  Okay.  So we started at 7, right?

8  A.  Yes.

9  Q.  You add 14, correct?

10  A.  Yes.

11  Q.  You get a reduction for pleading guilty, right?

12  A.  Correct.

13  Q.  And then you come up with a sentencing, you come up with a

14  sentencing guideline range, correct?

15  A.  Yes.

16  Q.  And that sentencing guideline range in your case, the

17  direct court judge in Pennsylvania determined that it was a

18  range of 27 to 33 months in prison, correct?

19  A.  Yes.

20  Q.  And your lawyer agreed that that was the sentencing

21  guideline range, correct?

22  A.  Yes.

23  Q.  You agreed that that was the sentencing guideline range,

24  correct?

25  A.  Yes.

WEDNESDAY, FEBRUARY 13th, 2013

1  Q.  Prior to -- excuse me.

2  A.  Thank you.

3  Q.  Prior to your sentencing, Mr. Epstein, in fact, the

4  prosecutor did file a motion on your behalf, is that correct?

5  A.  Yes, he did.

6  Q.  And I believe that prosecutor's name at that point was a

7  Louis Lappen, is that correct?

8  A.  Yes.

9  Q.  Okay.  And Mr. Lappen filed this 5K1.1 motion, correct?

10  A.  Yes.

11  Q.  And in that, he asked the judge to depart below the

12  guideline range of 27 to 33 months, is that right?

13  A.  That's correct.

14  Q.  Okay.  And at the sentencing, Mr. Lappen told the district

15  court judge what you did in the case, right?

16  A.  Yes.

17  Q.  Told the judge that you had recorded over a thousand phone

18  calls, right?

19  A.  Yes.

20  Q.  Told the judge that you had 40 in-person meetings, is that

21  correct?

22  A.  Yes.

23  Q.  Told the judge that 30 people were indicted for fraud or

24  many people were indicted for fraud, correct?

25  A.  Yes.

WEDNESDAY, FEBRUARY 13th, 2013

1  Q.  I think he indicated 15 had already been indicted but that

2  there were 15 more, is that right?

3  A.  That's correct.

4  Q.  Okay.  And that's based on, of course, you calling them up

5  and recording them, is that right?

6  A.  Yes.

7  Q.  And inviting them over to your house?

8  A.  Yes.

9  Q.  Okay.  And Marc Page was one of the individuals, is that

10  correct?

11  A.  Yes.

12  Q.  That you got credit for, right?

13  A.  Yes.

14  Q.  Okay.  And this indictment was one of the indictments that

15  you used to have your lawyer argue to the judge in

16  Pennsylvania that your sentence should be below the guideline

17  range, correct?

18  A.  That's correct.

19  Q.  The prosecutor also gave other information to the judge in

20  Pennsylvania, is that correct?

21  A.  I'm not sure what you're referring to, sir.

22  Q.  Okay.  I'll make it more specific for you.  The prosecutor

23  told the judge in Pennsylvania that you lied during your

24  cooperation, is that correct?

25  A.  Yes.

WEDNESDAY, FEBRUARY 13th, 2013

1    Q.   Okay.  That's on page 52 of the sentencing transcript, is

2    that correct?  Is that right?  Page 52?

3    A.   Yes.

4    Q.   Okay.  And what Mr. Lappen said to the judge is that you

5    were instructed by Agent Sputo during your cooperation not to

6    trade in any penny stocks, is that correct, or there was a

7    point in time that you were instructed to not trade penny

8    stocks, is that correct?

9    A.   That's correct.

10   Q.   Matter of fact this is what he said, bottom of page 51.

11   Line 23, can you see that?

12   A.   Yes, sir.

13   Q.   "Significantly, along the way, after that instruction,"

14   and that's the instruction -- actually, let's go back up to

15   line 17.

16        "They even gave him an opportunity to sell out of

17   various positions so that it wasn't just cold turkey.  The

18   agent worked with him to get rid of these stocks, whatever it

19   is you have to do, but after that is over, no more buying and

20   selling penny stocks."  Right?

21   A.   Correct.

22   Q.   This is the prosecutor, Mr. Lappen talking to the judge at

23   your sentencing, right?

24   A.   Yes.

25   Q.   "Significantly, along the way, after that instruction, in

WEDNESDAY, FEBRUARY 13th, 2013

```
1   the agent's continued dealing with the defendant, he would ask

2   him periodically, are you done?  Are you engaged in any penny

3   stocks because you can't be anymore, and the defendant

4   repeatedly assured the agent, as well as the coagent on the

5   case that he was not doing that."

6            Is that correct?

7   A.  Yes, it is.

8   Q.  That's Agent Sputo that he's referring to, correct?

9   A.  Correct.

10  Q.  This is the agent that has been your handler, correct?

11  A.  Correct.

12  Q.  This is the individual that's been over to your house,

13  correct?

14  A.  Correct.

15  Q.  Dozens of times, correct?

16  A.  Correct.

17  Q.  Maybe more than dozens of times, correct?

18  A.  Absolutely, yes.

19  Q.  Okay.  At your house on perhaps a daily basis for weeks

20  and months on end, is that right?

21  A.  Correct.

22  Q.  Okay.  This is the agent that you're working directly in

23  connection with, correct?

24  A.  Correct.

25  Q.  The one that is supervising you in your work, is that
```

WEDNESDAY, FEBRUARY 13th, 2013

1  correct?

2  A.  That's correct.

3  Q.  Okay.  And what the prosecutor is referring to is that

4  Agent Sputo first instructed you get rid of your stocks, and

5  then no more penny stock trading, correct?

6  A.  That's correct.

7  Q.  Okay.  And along the way, according to the prosecutor,

8  Agent Sputo asked you, have you stopped doing your penny stock

9  trading, right?

10  A.  Yes.

11  Q.  And you said yes, I have, correct?

12  A.  That's correct.

13  Q.  And another coagent in the case, is that another FBI

14  agent?

15  A.  Yes, it is.

16  Q.  Asked you as well, have you stopped doing your penny stock

17  trading, is that right?

18  A.  That's correct.

19  Q.  And you said yes, I have, is that right?

20  A.  That's correct.

21  Q.  Okay.  And that was a lie?

22  A.  Yes, it was.

23  Q.  You lied to them?

24  A.  I lied to them, yes.

25  Q.  Both of them?

WEDNESDAY, FEBRUARY 13th, 2013

1   A.   That's correct.

2   Q.   Okay.  Repeatedly?

3   A.   Yes.

4   Q.   Okay.  Over a period of months?

5   A.   Yes.

6   Q.   Agent Sputo is the agent that you need in your corner,

7   right?

8   A.   Absolutely.

9   Q.   You need him to speak on your behalf, correct?

10  A.   Very true.

11  Q.   He's your key to escaping jail time, correct?

12  A.   That's correct.

13  Q.   And the other coagent, correct?

14  A.   Correct.

15  Q.   And there was a trust that had developed between you,

16  correct?

17  A.   There definitely was, yes.

18  Q.   There was confidence that those two agents had put in you,

19  correct?

20  A.   That's correct.

21  Q.   You violated that confidence, correct?

22  A.   I did, and I will forever be sorry for it.

23  Q.   And you violated that trust, is that right?

24  A.   That's correct.

25  Q.   Betrayed both those gentlemen, is that correct?

1   A.   I'm sorry?

2   Q.   You betrayed both those gentlemen?

3   A.   Yes, I did.

4   Q.   And what you did is you got involved with a guy by the

5   name of Sameer Hirji, is that right?

6   A.   That's correct, yes.

7   Q.   How do you say his last name?

8   A.   It's Hirji.

9   Q.   Hirji, okay.  And against the instruction of Agent Sputo,

10  in, sometime in the summer of 2010 you bought 989,000 shares

11  of myFreightWorld Technology, is that right?

12  A.   I'm sorry, of what stock?

13  Q.   You bought 989,000 shares of myFreightWorld Technology?

14  A.   I might have.  I don't remember it.  I'm not denying it.

15  I just don't remember it.

16  Q.   Okay.  Well, when you were confronted by Agent Sputo and

17  you ended up telling him, admitting that you lied, did he tell

18  you to tell him what penny stocks you traded?

19  A.   Yes.  There were three stocks.  And I made a list of the

20  stocks for him.

21  Q.   Okay.  And you provided that list to Agent Sputo?

22  A.   Correct.

23  Q.   Was one of that -- on that list was one of the stocks,

24  buying 989,000 shares of myFreightWorld Technology?

25  A.   It very well might have.  Again, I don't remember the

1  name.

2  Q.  Was the second deal buying 1,666,667 shares in, associated

3  with Global Financial Corporation?

4  A.  It -- it very well might have been.  Again, I don't

5  remember the names.  But it certainly might have been.  I

6  supplied Agent Sputo with the paperwork.

7  Q.  Okay.  You don't recall the names of the penny stocks that

8  you traded in against his direction?

9  A.  That's correct.  I'm not denying I traded.  I don't

10 remember the names.

11 Q.  And do you recall a third purchase involving Camelot

12 Entertainment Group where you ended up receiving 234,000 in

13 proceeds from a sale?

14 A.  I certainly remember Camelot trading group.  I did not

15 receive 200 -- in one lump sum, $234,000 in proceeds, no.

16 Q.  Well, to the best of your recollection, did you get -- you

17 and Mr. -- how do you say the last name?

18 A.  Hirji.

19 Q.  Hirji.  You and Mr. Hirji, did the two of you together get

20 that amount?

21 A.  Again, certainly not in one lump sum.

22 Q.  Let's say --

23 A.  And if I may just clarify.

24 Q.  Sure.

25 A.  That stock was traded also during the period that I wasn't

WEDNESDAY, FEBRUARY 13th, 2013

1    allowed to trade penny stocks.  So that figure might be a

2    gross figure over a one- or two-year period of time.

3    Q.  Okay.  So what you're saying to the ladies and gentlemen

4    of the jury is you lied, but the money that you received may

5    have been from when you were allowed to do this initially, is

6    that what you're saying?

7    A.  No, that's not what I'm saying.

8    Q.  Okay.  I think what you're saying is that you were allowed

9    to trade penny stocks for a period of time, is that correct?

10   A.  Correct.

11   Q.  Okay.  And that maybe, in this particular case, that

12   proceeds of those sales would have been realized at a time

13   after you had been instructed not to sell penny stocks, is

14   that right?  Is that what you're saying?

15   A.  No, no.  What I'm saying is the majority of those

16   proceeds, and again, I am not denying the fact that after I

17   was told to stop, that I did not continue -- I continued.  I

18   violated the trust.

19        But those proceeds, whether it was proceeds for just

20   myself or for Hirji and myself were accumulated and received

21   during the one- or two-year period of time when I was allowed

22   to trade stocks.

23        It is very conceivable that a small amount of that

24   figure that you're giving out was received by me after the

25   time when I was told not to trade stocks.

WEDNESDAY, FEBRUARY 13th, 2013

1  Q.  Did you tell Agent Sputo that this deal, this second deal

2  was brought to this individual and yourself in January of

3  2011?

4  A.  I'm sorry, which deal is that?  Are we still talking about

5  Camelot?

6  Q.  The second deal, the first Global Financial?

7  A.  If that's what I wrote down on paper, then that's what it

8  was.  Once again, I don't remember the name and I don't

9  remember the dollar amount.

10 Q.  Regarding a third deal, Camelot Entertainment Group, do

11 you recall that one?

12 A.  Yes.

13 Q.  And in that particular deal, did you recall receiving

14 proceeds from that?

15 A.  I had received proceeds from that, yes, on an ongoing

16 basis.

17 Q.  And was, in July of 2011 -- excuse me, 2010, did you

18 receive approximately $234,000 in proceeds from the sale of

19 what you called convertible debt?

20 A.  I do not believe that in July of 2011 I received $230,000

21 -- whatever that number was, in proceeds.  It is -- it is

22 conceivable that it might have been half of that.  In other

23 words, one half went to Hirji, the other half went to myself.

24 Q.  Regardless, when confronted by Agent Sputo, you denied

25 that as we've talked about, correct?  You denied that you had

WEDNESDAY, FEBRUARY 13th, 2013

1  been trading in penny stocks when you had, is that right?

2  A.  That's correct.

3  Q.  And he then told you that he, at a later -- that he had

4  information that in fact you had, is that right?

5  A.  Yes, but that was in February of the following year.  That

6  had nothing to do with what transpired in July.  That's my

7  understanding, was I was allowed to trade stocks in July of

8  2010.

9  Q.  I understand that.  What I'm talking about is now Agent

10  Sputo asking you about the time when you're not allowed to

11  trade those penny stocks, correct?

12  A.  That's correct.

13  Q.  And that existed, right?

14  A.  That existed, yes, sir.

15  Q.  And when he confronted you with evidence that in fact you

16  had been trading, you denied that, right?

17  A.  I initially denied it, yes.

18  Q.  And then he told you to call your lawyer, right?

19  A.  That's correct.

20  Q.  Okay.  Because your lawyer needed to know that you had

21  violated the terms of the plea agreement, correct?

22  A.  Correct.

23  Q.  Okay.  Because the terms of the plea agreement require you

24  to be truthful and honest with the government during your

25  cooperation, correct?

1  A.  That's correct.

2  Q.  And now you had not been truthful and honest with your

3  cooperation pursuant to that agreement, correct?

4  A.  That's correct.

5  Q.  You had violated that agreement, right?

6  A.  Correct.

7  Q.  So he told you to call your lawyer, right?  Right?

8  A.  Yes.

9  Q.  And you did call your lawyer?

10  A.  Yes, I did.

11  Q.  Okay.  And then you quickly called Agent Sputo back and at

12  that point you admitted that you had lied, is that right?

13  A.  Correct.

14  Q.  Is that the series of circumstances that --

15  A.  Yes, sir.

16  Q.  -- led to your admission?

17  A.  Yes.

18  Q.  And you told Agent Sputo that the reason you lied is that

19  you needed the money, right?

20  A.  Yes.

21  Q.  The prosecutor then told the judge at your sentencing that

22  "we now have a witness who in the future will have to admit

23  he's a liar."  Is that right?

24  A.  I don't remember that being said, but if it's in the

25  transcript, then that's what was said.

WEDNESDAY, FEBRUARY 13th, 2013

1   Q.  All right.  Well, let's go to page 53 of the transcript,

2   line 23.  "We now have a witness who would be needed for any

3   of the cases in which the defendant decided to go to trial."

4   Right?

5   A.  Yes.

6   Q.  This is one of those, correct?

7   A.  Correct.

8   Q.  "Who has to get on the stand and admit that he is a liar."

9   A.  Yes.

10  Q.  Is that right?

11  A.  That's correct.

12  Q.  Okay.  And then Mr. Lappen talked about the fact that your

13  ability to testify as a witness is seriously undermined, is

14  that correct?

15  A.  That's correct.

16  Q.  He put that in the motion that he filed on your behalf,

17  the 5K1.1 motion, correct?

18  A.  Correct.

19  Q.  And in that motion while he told the judge that you had

20  cooperated as an informant, he also told the judge that you

21  had lied, right?

22  A.  Correct.

23  Q.  And then he used this language that "your ability to

24  testify is seriously undermined."  Correct?

25  A.  That's correct.

1  Q.  And the judge agreed with that, right?

2  A.  Well, I would assume that the judge agreed with it.  I see

3  where the judge says "when do you have a totally clean

4  cooperating witness?"

5  Q.  We'll now go to Government's Exhibit 29, which is the

6  judge's order, is that correct?

7  A.  Correct.

8  Q.  Okay.  This is the judge's order granting the government's

9  motion for a sentencing reduction, is that right?

10  A.  That's correct.

11  Q.  The judge says at the top of page 3, "The defendant's

12  otherwise outstanding cooperation was diminished, however, by

13  his continued trading in penny stocks in direct contravention

14  of the direction he received from federal law enforcement."

15  Right?

16  A.  Yes.

17  Q.  "Moreover, when confronted about his suspicious trading,

18  defendant initially lied."  Right?

19  A.  Correct.

20  Q.  "As a result, defendant's proactive cooperation was

21  halted."  Right?

22  A.  That's correct.

23  Q.  "Nevertheless, defendant's recordings remain significant

24  to law enforcement, even though defendant's ability to testify

25  has been seriously undermined."  Is that correct?

WEDNESDAY, FEBRUARY 13th, 2013

1   A.  That's correct.

2   Q.  That's the judge talking about your testimony here today,

3   correct?

4   A.  That's correct.

5   Q.  That your lying has seriously undermined your testimony,

6   right?

7   A.  That's correct, yes, sir.

8   Q.  That's the finding from the judge Lawrence F. Stengel, is

9   that correct?

10  A.  Yes.

11  Q.  In the government's 5K motion that they filed on your

12  behalf, the government addressed that issue of you lying, is

13  that correct?

14  A.  Yes.

15  Q.  This is Government's 29.  What the prosecutor, Mr. Lappen

16  said, is "despite having invested over a year of quality

17  cooperation, and without any realistic need for money," and

18  there's a Footnote Number 2.  And then the note associated

19  with Number 2 says, as noted in the PSR -- that's a

20  presentence report, correct?

21  A.  That's correct.

22  Q.  "The defendant is a multi-millionaire."  Correct?

23  A.  Yes.

24  Q.  "So without any realistic need for money, defendant simply

25  could not stay away from the penny stock deals that resulted

WEDNESDAY, FEBRUARY 13th, 2013

1  in his criminal prosecution in the first place."  Right?

2  A.  Correct.

3  Q.  "Worse, when confronted by authorities about his activity,

4  and well aware of his obligation under his plea agreement to

5  be truthful, defendant initially lied."  Right?

6  A.  Correct.

7  Q.  "As a result, defendant clearly diminished his value as a

8  cooperator."  Right?

9  A.  Yes.

10  Q.  You told Agent Sputo that you did this because you needed

11  the money, is that right?

12  A.  Yes.

13  Q.  Then the prosecutor goes on and says that you "still

14  enjoys a life of expensive homes and luxury automobiles."  Is

15  that correct?

16  A.  That's correct.

17  Q.  "And in short, the defendant has yet to experience any

18  serious repercussions for his crime and has clearly not

19  learned his lesson."  Is that correct?

20  A.  Well, that's correct.  I certainly don't agree with him.

21  Q.  You disagree with the prosecutor, Mr. Lappen?

22  A.  I -- I disagreed with the -- with that statement.  And I'm

23  not absolving myself of any blame whatsoever.  My life was

24  turned upside down.  Mine and my families because of my

25  actions.  But I did, and continue to, suffer.

WEDNESDAY, FEBRUARY 13th, 2013

1  Q.  Okay.  I didn't ask you about how it affected your life.

2  I'm asking you about what Mr. Lappen said about you having

3  seen any serious repercussions.  And what he's talking about

4  is any repercussions as far as a sentence is concerned, is

5  that right?

6  A.  That's correct.

7  Q.  And he ended up requesting that you get a sentence of

8  incarceration, is that right?

9  A.  Yes.

10  Q.  And that's listed here on page 7, correct, of the motion?

11  A.  Yes.

12  Q.  He says, "A sentence which includes a significant period

13  of incarceration is necessary to reflect the seriousness of

14  the offense as well as to hold this particular defendant

15  responsible for his conduct."  Is that right?

16  A.  That's correct.

17  Q.  "A sentence of 15 to 21 month imprisonment will adequately

18  punish the defendant for his conduct and promote respect for

19  the law."  Is that right?

20  A.  Yes.

21  Q.  And this is the prosecutor that you had come to this

22  agreement with, correct?

23  A.  Correct.

24  Q.  This is the prosecutor that you were -- are hoping would

25  file a motion asking that your sentence be reduced, right?

WEDNESDAY, FEBRUARY 13th, 2013

1    A.  Correct.

2    Q.  And he did that, correct?

3    A.  That's correct.

4    Q.  And he didn't have to do that, right?

5    A.  That is correct.

6    Q.  Because you had violated the terms of the agreement,

7    correct?

8    A.  Yes.

9    Q.  As we've just gone over, he -- once you violated the terms

10   of the agreement, he doesn't have to make any sentencing

11   recommendation, right?

12   A.  That's correct.

13   Q.  And you would have been still stuck with your guilty plea,

14   right?

15   A.  Yes.

16   Q.  Looking at a potential sentence of 25 years in prison,

17   correct?

18   A.  Correct.

19   Q.  And the guideline range would have been 27 to 33 months,

20   correct?

21   A.  Correct.

22   Q.  And the government, this prosecutor would not have been

23   required to ask the judge to go below that amount, correct?

24   A.  That's correct.

25   Q.  But this prosecutor did that anyhow, he filed a motion,

WEDNESDAY, FEBRUARY 13th, 2013

1   right?

2   A.   Yes.

3   Q.   Even though he didn't have to, correct?

4   A.   Correct.

5   Q.   But what he's telling the judge is, Your Honor, this man

6   has lied during his cooperation, he has not learned his

7   lesson, correct, that's what he said?

8   A.   Yes.

9   Q.   He has not had any serious repercussions as a result of

10  his conduct, correct?

11  A.   Correct.

12  Q.   A sentence of incarceration is required here to promote

13  respect for the law, right?

14  A.   Correct.

15  Q.   That's what he said to the judge, is that correct?

16  A.   That's correct.

17  Q.   And he indicated to the judge at sentencing that you were

18  a defendant who is absolutely insatiably greedy, is that

19  correct?

20  A.   Perhaps you can point that out to me.

21  Q.   I can.  Can you see that, Mr. Epstein?

22  A.   Yes, I can.

23  Q.   On page 62?

24  A.   Yes.

25  Q.   Okay.  Line 17.  "I suggest to you, Your Honor, that

WEDNESDAY, FEBRUARY 13th, 2013

1  despite all of his positive qualities, if there is one thing

2  that he must be, it's absolutely insatiably greedy because not

3  only did he have this great life with his family and friends,

4  he had enormous financial resources."  Is that right?

5  A.  That's correct.

6  Q.  "He had a net worth that was set forth in the presentence

7  report that shows him to be multi-millionaire."  Right?

8  A.  Correct.

9  Q.  "Living an extremely luxurious life with Bentleys and

10  Ferraris and living it up."

11          Is that right?

12  A.  That's correct.

13  Q.  Okay.  Is that accurate?

14  A.  That's accurate, yes.

15  Q.  And Agent Sputo recommended a jail sentence too, didn't

16  he?

17  A.  I'm not sure of that.

18  Q.  You don't recall?

19  A.  I don't recall, no.

20  Q.  Do you recall Agent Sputo giving information that anything

21  short of prison will fail to deliver the proper message that

22  his pattern of deceitful conduct must have consequences?

23  A.  I never saw anything like that.

24  Q.  Well, did Agent Sputo ever tell you that?

25  A.  No.

WEDNESDAY, FEBRUARY 13th, 2013

1  Q.  Never told you that?

2  A.  What Agent Sputo told me was that he could not recommend

3  to the Court no incarceration.

4  Q.  Okay.  So he was recommending a jail sentence, right?

5  A.  That's correct, yes.

6  Q.  He thought that a jail sentence was appropriate for you in

7  this matter, is that right?

8  A.  That's correct, yes.

9  Q.  And that's in part because you lied in the case, correct?

10 A.  Correct.

11 Q.  Okay.  And anything other than that would be you not

12 receiving any repercussions for this offense, correct?

13 A.  I'll assume that's what he meant, yes.

14 Q.  The judge sentenced you to five years probation, correct?

15 A.  Six years house arrest, five years probation and a

16 $250,000 fine -- six months, I'm sorry.

17 Q.  And house arrest is you got some kind of electronic

18 monitoring, is that right?

19 A.  Yes, so it's a bit more intrusive than that, but yes.  It

20 could have been a lot worse.

21 Q.  You have something on your wrist, is that right?

22 A.  My ankle.

23 Q.  Your ankle, okay, and you're required to be at your house

24 during certain times, is that correct?

25 A.  Correct.

WEDNESDAY, FEBRUARY 13th, 2013

1  Q.  But you're allowed to leave your house for certain things?

2  A.  That's correct, yes.

3  Q.  Okay.  And you did leave your house, correct?

4  A.  Yes.

5  Q.  Okay.  So in this particular case you received no prison

6  time, is that right?

7  A.  That's correct.

8  Q.  No jail time at all, is that right?

9  A.  That's correct.

10  Q.  Okay.  And you got probation in spite of the fact that

11  your sentencing guidelines was 27 to 33 months, is that right?

12  A.  Yes.

13  Q.  And you got probation in spite of the fact that the

14  prosecutor asked for a sentence of 15 to 21 months, right?

15  A.  That's correct.

16  Q.  And you got probation in spite of the fact that you were

17  looking at 25 years, correct?

18  A.  That's correct.

19  Q.  And you got probation in spite of the fact that you lied

20  to Agent Sputo, is that right?

21  A.  Correct.

22  Q.  And in spite of the fact that you violated the terms of

23  your plea agreement, is that right?

24  A.  That's correct.

25  Q.  And in spite of all that, you've not served any time in

WEDNESDAY, FEBRUARY 13th, 2013

1   prison, is that correct?

2   A.  Correct.

3   Q.  Okay.  And while you were waiting for sentencing in this

4   particular case, you were on bond, right?

5   A.  Yes.

6   Q.  You weren't incarcerated pretrial, correct?

7   A.  Correct.

8   Q.  And you were allowed to travel while you were on bond,

9   right?

10  A.  Correct.

11  Q.  You went to Paris May 1 through May 9 of 2010, correct?

12  A.  That's correct.

13  Q.  While you were on bond, right?

14  A.  Yes.

15  Q.  And the prosecutor agreed to allow you to fly to Paris, is

16  that right?

17  A.  Yes.

18  Q.  And your lawyer filed a motion and the judge agreed to let

19  you fly to Paris May 1st to 9th of 2010, is that right?

20  A.  That's correct.

21  Q.  And you also flew to the Turks and Caicos Islands when you

22  were on bond, is that correct?

23  A.  Correct.

24  Q.  And that would have been April 14 of 2010, correct?

25  A.  I believe so, yes.

WEDNESDAY, FEBRUARY 13th, 2013

1   Q.  And you were also allowed to travel to Italy, is that

2   right, in April of '09?

3   A.  I had requested going there.  I don't believe we took that

4   trip.  I'm not entirely sure.  But --

5          MR. DAVIDSON:  Your Honor, we're going to object to

6   the relevance of all of Mr. Epstein's travels.

7          MR. DAY:  Your Honor, my response is that these were

8   benefits that Mr. Epstein was given by the prosecutor who did

9   not oppose.

10          THE COURT:  I'll overrule you, but suffice it to say

11   he was given permission to go places.

12          MR. DAY:  Yes, he was.

13   Q.  And you were also given an opportunity to go back to Paris

14   a second time, is that correct, while you were on bond?

15   September 21 of 2010?

16   A.  That, I don't remember.  I'm not denying it.  But I don't

17   remember it.  Suffice it to say that -- that if I had

18   requested travel, it was granted.

19   Q.  Okay.  And this is in 2010 that you're traveling to Paris,

20   the Turks and Caicos Islands, maybe Italy, maybe Paris again,

21   right?

22   A.  Correct.

23   Q.  Okay.  And this is also during the time that you're

24   prohibited from doing the penny stock trades, is that correct?

25   A.  Not during that entire time, no.

WEDNESDAY, FEBRUARY 13th, 2013

1  Q.  Well, during part of that time, right?

2  A.  During part of that time, yes.

3  Q.  Okay.  And certainly that's during part of the time that

4  you had against Agent Sputo's instruction, done these penny

5  stock trades, correct?

6  A.  Correct.

7  Q.  And when confronted by Agent Sputo as to why you had done

8  this you said you needed the money, right?

9  A.  Correct.

10  Q.  But during this period of time you're flying to Paris,

11  right?

12  A.  That's correct.

13  Q.  And you're flying to the Turks and Caicos Islands, right?

14  A.  That's correct.

15  Q.  Okay.  And you may have flown to Italy, we don't recall?

16  Right?

17  A.  Right.

18  Q.  And you may have flown to Paris again, right?

19  A.  That, I didn't do, but...

20  Q.  You told Agent Sputo that you needed the money, yet you

21  own a home in Parkland, is that correct?

22  A.  Yes.

23  Q.  Okay.  And that particular home is valued at $1.3 million,

24  is that right, in the county records?

25  A.  That's correct.

WEDNESDAY, FEBRUARY 13th, 2013

1    Q.   Okay.  You also own a second home in the Berkshires, in

2    Massachusetts, is that right?

3    A.   That's correct.

4    Q.   And according to those records, that's a 10-acre property

5    in the Berkshires, is that right?

6    A.   Correct.

7    Q.   With a very large house on it, correct?

8    A.   Yes.

9    Q.   And that house is estimated or at least on the county

10   records to be worth $1.7 million, is that right?

11        MR. DAVIDSON:  Objection, Your Honor, as to the

12   relevance of Mr. Epstein's wealth.

13        MR. DAY:  Well, he's told Agent Sputo he needed the

14   money, Your Honor.

15        THE COURT:  Yeah, I'll overrule the objection.

16   BY MR. DAY:

17   Q.   Right?  You told Agent Sputo you needed the money right?

18   A.   That's what I told him at the time, yes.

19   Q.   But you have properties worth over $3 million, correct?

20   A.   That's correct.

21   Q.   Okay.  Do you have a Bentley?

22   A.   Yes.

23   Q.   Do you have a Ferrari?

24   A.   Not anymore.

25   Q.   But you did during the time?

1   A.   I did have at one time, yes.

2   Q.   The prosecutor was accurate in his statement to the judge

3   that this is a man who is a multi-millionaire and has Bentleys

4   and Ferraris, right?

5   A.   His statement was accurate, that's correct.

6   Q.   Okay.  And it's during that time that you told Agent Sputo

7   you needed the money, is that right?

8   A.   That's what I told him, that's correct.

9   Q.   Now this case up in Pennsylvania, Mr. Epstein, was not

10  your first run-in with stock fraud, is that correct?

11  A.   Umm, yes, that's correct.

12  Q.   Okay.  Because as was introduced into evidence yesterday,

13  you had a complaint filed by the S.E.C. against you in 2003,

14  is that correct?

15  A.   That's correct.

16  Q.   Okay.  And --

17  A.   I -- it was settled in 2003.  I believe the complaint was

18  filed before then.

19  Q.   I'm showing you what is Government's Exhibit 31, do you

20  see that?

21  A.   Yes.

22  Q.   Okay.  And in that particular case, as it was filed in

23  2003, is that correct?

24  A.   Yes.

25  Q.   But the allegations is that the fraud occurred in 2002, is

WEDNESDAY, FEBRUARY 13th, 2013

1  that correct?

2  A.  Yes.

3  Q.  And you said yesterday that you didn't know if there was

4  an indictment filed against you, it wasn't an indictment.  It

5  was a complaint, is that correct?

6  A.  Correct.

7  Q.  U.S. Attorney's Office filed a two-count complaint against

8  you, is that right?

9  A.  Yes.

10  Q.  And that was in August 7 in 2002 in Los Angeles federal

11  court, is that right?

12  A.  Correct.

13  Q.  And your part in this, along with a Mr. Thomas Hughes and

14  this Alliance Equities was that you were charged as being a

15  shareholder in Alliance Equities, correct?

16  A.  Yes.

17  Q.  And the allegation was that you and Alliance Equities

18  dumped over 74 million eConnect shares into the market for

19  approximately $770,000 in trading proceeds, is that right?

20  A.  That's correct.

21  Q.  But failed to report these sales to the S.E.C. and the

22  public in a Form 4 filing, is that right?

23  A.  That's correct.

24  Q.  And the complaint also alleged that you violated the

25  anti-fraud provisions of the securities law and that you and

WEDNESDAY, FEBRUARY 13th, 2013

1  Alliance Equities violated the insider transactions and stock

2  sale reporting provisions of the federal securities laws, is

3  that right?

4  A.  That's correct.  I did not report those sales.  That's

5  correct.

6  Q.  You were charged with fraud, right?

7  A.  Correct.

8  Q.  Okay.  Did you commit fraud?

9  A.  Yes.

10  Q.  Okay.  So beginning back in 2002, you were involved in

11  fraudulent securities, is that correct?

12  A.  I -- I -- I can't agree with you that I was involved in

13  fraudulent securities.  I was a shareholder in a company and

14  those were not fraudulent shares.

15  Q.  Okay.  Did you violate a -- I'm sorry, go ahead.

16  A.  I'll anticipate your question, I'm sorry, but I violated a

17  security regulation in not filing what's called a Form 4.

18  Because quite frankly, at the time I was not aware that I was

19  more than a 10 percent shareholder in this particular company.

20  Q.  Did you dump over 74 million eConnect shares into the

21  market for approximately $770,000 in trading proceeds?

22  A.  In proceeds, that's correct, yes.

23  Q.  And then did you fail to report these sales to the S.E.C.

24  in a Form 4 filing?

25  A.  Yes.

WEDNESDAY, FEBRUARY 13th, 2013

1    Q.   Okay.  Did you also violate, you and Alliance Equities,

2    violate the insider transactions and stock sale provisions of

3    the federal securities laws?

4    A.   Yes, by not filing a Form 4, that's correct.

5    Q.   All right.  But that's insider trading, right?

6    A.   That is not insider trading, no.

7    Q.   Okay.  So you disagree, then, with the allegations that

8    were filed against you, is that right?

9    A.   Yes, I will disagree with them.  Yes.  I settled, but I

10   will disagree with them, yes.

11   Q.   Because the allegation was that you did insider trading,

12   right?

13   A.   Well, perhaps you can define for me what insider trading

14   is, sir.

15   Q.   I'm just reading.

16   A.   Okay.

17   Q.   Did you -- did you -- you were charged with insider

18   trading by the S.E.C., right, in this complaint by the U.S.

19   Attorney's Office?

20   A.   I was charged for not filing a Form 4.

21   Q.   Okay.  I'm asking you --

22   A.   If an extension of that, then is considered insider

23   trading, then yes, I'm guilty of that.

24   Q.   Were you charged with insider trading in this particular

25   complaint?

WEDNESDAY, FEBRUARY 13th, 2013

1    A.  To the best of my knowledge, from what I remember of the

2    complaint, I was charged for not filing a Form 4.

3    Q.  Okay.  I'll then ask you, did you do insider trading?  Yes

4    or no?

5    A.  According to my knowledge of insider trading, that answer

6    would be no.

7    Q.  And what about according to the authorities, the S.E.C.

8    and the U.S. Attorney's Office?  Did they believe you'd done

9    any insider trading?

10   A.  If that's what this document says, then that's what they

11   believe, yes.

12   Q.  But you came to an agreement --

13   A.  But, sir, if you read the very end of the document, it

14   clearly states that this was done without denial or admission

15   of guilt.

16   Q.  Oh, I understand that.  You testified to that yesterday.

17   You cut a deal with the S.E.C., right?

18   A.  No.

19   Q.  Well, you --

20   A.  There was a settlement made.

21   Q.  A settlement, I'm sorry, you came to a settlement with the

22   S.E.C., correct?

23   A.  That's correct.

24   Q.  They agreed that you pay a large fine, is that right?

25   A.  Correct.

1  Q.  Okay.  And that you, in that, did not have to admit any

2  criminal responsibility, right?

3  A.  That's correct.

4  Q.  Okay.  It was just a civil fine, is that correct?

5  A.  Correct.

6  Q.  And that's an agreement that you made with the S.E.C.,

7  right?

8  A.  And that the S.E.C. made with me, that's correct.

9  Q.  Through their lawyers, correct?

10 A.  Yes.

11 Q.  Okay.  Sir, yesterday in your direct examination to the

12 ladies and gentlemen of the jury you told them that one of the

13 reasons you got probation in this particular case was because

14 of your outstanding cooperation, right?

15 A.  Yes.

16 Q.  And you then added to that by saying that you talked about

17 some of the individuals or you spoke of one of the individuals

18 that you'd cooperated against, right?

19 A.  Correct.

20 Q.  And you mentioned that to the ladies and gentlemen of the

21 jury, I think you said that that particular person had tried

22 to start his own country, is that what you said?

23 A.  Yes.

24 Q.  Okay.  So you had cooperated against that person, right?

25 A.  Yes.

WEDNESDAY, FEBRUARY 13th, 2013

1  Q.  And based on your cooperation, that person was indicted,

2  is that right?

3  A.  That's correct.

4  Q.  And I assume you offered that to the ladies and gentlemen

5  of the jury attempting to display to them or show to them that

6  you did good work, is that right?

7  A.  Yes.

8  Q.  And that's the reason that the judge gave you probation,

9  is that right?

10  A.  I'll -- yes.

11  Q.  Okay.  One of the individuals that you also set up but it

12  was a person by the name of Harold Bonenberger, correct?

13  A.  Yes.

14  Q.  Okay.  And Mr. Bonenberger was the pastor of a church,

15  correct?

16  A.  I was not aware of that, no.

17  Q.  You weren't aware of that?

18  A.  No.

19  Q.  You weren't aware that he was the pastor of a church who

20  was trying to get funding for small businesses in his

21  community?

22  A.  Absolutely not, no.

23          MR. DAVIDSON:  Your Honor, I'm going to object as to

24  the relevance of all the other cases that Mr. Epstein has

25  cooperated in.

WEDNESDAY, FEBRUARY 13th, 2013

1        MR. DAY:  Your Honor, I didn't bring up who he

2   cooperated against yesterday.  The government did or

3   Mr. Epstein did when he told them about the person who wanted

4   to start their own country.

5        THE COURT:  Overruled.

6   BY MR. DAY:

7   Q.  So you did, sir, cooperate against an individual by the

8   name of Harold Bonenberger, correct?

9   A.  Yes.

10  Q.  Okay.  And based on your cooperation that particular

11  individual was indicted, is that right?

12  A.  Yes.

13  Q.  Okay.  And that particular individual went to prison,

14  right?

15  A.  Yes, I believe so.

16  Q.  Based on your cooperation, correct?

17  A.  Well, he went to prison based upon his wrongdoing, not --

18  as a result of my cooperation.

19  Q.  Right.  As a result of you --

20  A.  I didn't send him to prison.

21  Q.  No, I understand that.

22  A.  Okay.

23  Q.  But your work did, right?

24  A.  Yes.

25  Q.  Okay.  And you're saying you didn't know that he was the

WEDNESDAY, FEBRUARY 13th, 2013

1  pastor of a church?

2  A.  Absolutely not, no.

3  Q.  And the prosecutor in that case was Mr. Davidson, is that

4  right?

5  A.  I -- I don't know.  I didn't -- I did not testify.

6  Q.  Okay.

7        MR. DAY:  I don't have anything else, Your Honor.

8        THE COURT:  Okay.  You know what, I think we're going

9  to have more cross-examination, I think we'll take a

10  ten-minute break.

11       MR. DAY:  Yes, sir.

12    (Court recessed at 2:35 p.m, and proceedings continued as

13  follows at 2:50 p.m.:)

14       THE COURT:  I'll ask the government, maybe it's their

15  choice, whether you want to redirect now or redirect after our

16  other friend.

17       MR. DAVIDSON:  Judge, I think it would be more

18  efficient if we do the redirect after Mr. Aldazabal.  Also,

19  Judge, can we -- I was going to propose an instruction to the

20  jury.  My concern is, in light of Mr. Day's last question

21  about the minister or clergy member, my concern here is,

22  Judge, that I don't want any appearance of there's religious

23  insensitivity or that the jury's being influenced.

24       Because it's curious that of all the thirty cases

25  that Mr. Day is aware of Mr. Epstein cooperating, the one that

WEDNESDAY, FEBRUARY 13th, 2013

1  he decides to highlight was of a pastor.  And Mr. Epstein, I'm

2  assuming, the jury now has now been aware of is Jewish.  And I

3  don't want any persuasion by the jurors for something that's

4  entirely irrelevant and that their prejudices may affect how

5  they deliberate in this case.

6          THE COURT:  Mr. Day.

7          MR. DAY:  Yes, Your Honor.  The subject matter was

8  brought up by Mr. Epstein yesterday when, on his own, he took

9  it upon himself to say that he had set up somebody who tried

10 to start a country on their own.  I didn't ask him about any

11 of those cases.  He brought that up on his own.  And he did

12 that in an effort to try to convince the jury that his

13 cooperation is achieving good ends.

14         So it certainly is proper for me to then look at some

15 of the other cases that may not be as palatable to Mr. Epstein

16 and that was one of them, and that's why it was proper.

17         MR. DAVIDSON:  Judge, again, the concern is that the

18 one that he chooses is of a Christian religious man --

19         THE COURT:  All right.  I tell you what, I'll tell

20 them that there was a conversation -- there was testimony that

21 recognizes a man went to jail happened to also be a pastor.

22 The fact that he happened to be a pastor has no relevance to

23 his going to jail.  He went to jail because he committed a

24 crime.

25         MR. DAVIDSON:  That's fine, Judge.  That's fine.

WEDNESDAY, FEBRUARY 13th, 2013

1           THE COURT:  Yeah.  I'm not going to get into a -- I

2    mean, if we want to talk about that, Mr. Epstein's already

3    made a few -- I don't know if they're religious, but certainly

4    ethnic comments that could be interpreted the wrong way by the

5    jury.

6           MR. DAVIDSON:  Understood, Your Honor.

7           THE COURT:  That wasn't the only one he did.  I don't

8    need everybody, but can I see Mr. Davidson and -- I'll see the

9    lawyers up here.

10      (Off-the-record discussion, and proceedings continued:)

11          THE COURT:  All right.  Get the jury.

12      (Jury enters the courtroom at 2:56 p.m.)

13          THE COURT:  All right.  Everybody be seated.

14          MR. ALDAZABAL:  May I proceed, Your Honor?

15          THE COURT:  Go ahead.

16          MR. ALDAZABAL:  Thank you, Your Honor.

17                         CROSS-EXAMINATION

18   BY MR. ALDAZABAL:

19   Q.  Good afternoon, Mr. Epstein.

20   A.  Good afternoon.

21   Q.  Mr. Epstein, I represent Kevin Brennan.

22   A.  Yes.

23   Q.  And I'm going to ask you a few questions specifically

24   about your testimony yesterday and even more specifically

25   about the phone conversations that you had with Mr. Brennan.

1  They are very few and they're short and so this shouldn't take

2  very long.

3  A.  Okay.

4  Q.  And I promise not to ask any questions that have already

5  been asked.

6  A.  Thank you.

7  Q.  First of all, let's start with the first time you even

8  spoke to Mr. Brennan, and that would be on February 2nd of

9  2010.  And it's reflected in the transcript of Government's

10 Exhibit 3-A.  Before we even get to the -- this is actually a

11 composite of several phone calls.  And before we actually get

12 to where Mr. Brennan comes on, the first phone call -- let's

13 just set this up.

14        You are actually calling Mr. Marc Page in Call Number

15 One.

16 A.  That's correct.

17 Q.  Okay.  And it's also correct that Mr. Page -- well, you

18 ask Mr. Page, "Who am I going to be talking to?

19 A.  Yes.

20 Q.  And his response is:  "You're going to be talking to a

21 gentleman by the name of Don Huggins."  He's the spokesman for

22 Mr. Kevin Brennan?

23 A.  Correct.

24 Q.  Okay.  Now, you had never spoken to Mr. Kevin Brennan, you

25 didn't even know who Mr. Kevin Brennan was?

WEDNESDAY, FEBRUARY 13th, 2013

1   A.   That's right.

2   Q.   Okay.  It's also correct that you had never spoken to

3   Mr. Huggins, but you do later have some conversations and some

4   dealings with Mr. Huggins?

5   A.   That's correct.

6   Q.   Okay.  Now, there's one call and then there's a second

7   call, and then there's a third call, and then there's a fourth

8   call.  And then, finally, we get to the fifth call of the day.

9   And this is the first time that Kevin Brennan is actually on

10  the line.

11          Now, if you recall, this is a call that Mr. Page had

12  gotten all three of you together?

13  A.   Yes.

14  Q.   And the first thing after introducing yourself or saying

15  hello.  He says, "Hello, Richard.  How are you doing?"  But

16  you had never talked to him before, correct?

17  A.   To the best of my knowledge, that's correct, yes.

18  Q.   Okay.  And the next thing he actually talks about is the

19  fact that we lost Don; that's Don Huggins as you previously

20  mentioned?

21  A.   Yes.

22  Q.   Now, you start -- actually, after that brief introduction

23  and the fact that Mr. Huggins was lost somewhere in traffic,

24  he really doesn't say anything else.  In fact, all of these

25  pages are Mr. -- yourself and the other gentleman, correct?

WEDNESDAY, FEBRUARY 13th, 2013

1   A.  Correct.

2   Q.  So you ask him if he is -- now, to the bottom of page 9,

3   you ask him about the fact -- I guess you looked up the

4   company OPTZ on the computer you have?

5   A.  Yes.

6   Q.  And you saw the name "Mr. Steven White."  And Kevin says

7   that's old information and he basically tells you, yes, I am

8   the one in control.

9          And then you start, for lack of a better term,

10  pitching your program?

11  A.  Correct.

12  Q.  And the other individual, Mr. Page, says on page 11:  "Are

13  you getting a taste of this?"  And all Mr. Brennan says is,

14  "Yes.  Yeah."  And you continue another full page of, again,

15  pitching the program, correct?

16  A.  That's correct, yes.

17  Q.  Okay.  And we don't see pages -- I mean, we have more

18  pages, more conversation.  And Mr. Brennan doesn't really say

19  anything until we get to page 13.  And here, I believe, as

20  Mr. Page says, "Kevin, does it get any better than that?"

21         Now, what comes after that is attributed to Mr. Kevin

22  Brennan.  And I would like you to listen to that part of the

23  conversation, again, and see if you can distinguish if there

24  really is all Mr. Brennan speaking or if part of that is

25  somebody else.

1  A.  Okay.

2  Q.  And I'd ask the government to please play that little

3  portion there.

4     (Audio was played.)

5  BY MR. ALDAZABAL:

6  Q.  Did you hear that?

7  A.  Yes.

8  Q.  Okay.  The first part of that is, "My only concern is

9  time."  And that's Mr. Brennan speaking?

10  A.  Correct.

11  Q.  And then the voice changes and the rest of this is the

12  other individual speaking, Mr. Page?

13  A.  It seems that way, yes.  Yes.

14  Q.  Is that correct?

15  A.  Yes.

16  Q.  So all Mr. Brennan is actually saying in response to your

17  pitch is, "My only concern is time"?

18  A.  Yes.

19  Q.  Okay.  Mr. Page speaks.  Then you ask him, "Where are you?

20  In Utah?"  I believe.

21  A.  Yes.

22  Q.  And he says, "No.  Pittsburgh, Pennsylvania."

23  A.  Right.

24  Q.  And then either you or the other gentleman talk about

25  Don's up in New York.  Marc Page talks about he's in Rhode

WEDNESDAY, FEBRUARY 13th, 2013

1    Island.  And Kevin asks, head down where?  What are you

2    talking about?  Do you see that?

3    A.  Yes.  Yes.

4    Q.  You -- basically talking about South Florida.  There's

5    talk about the Fort Lauderdale airport.  Mr. Page asking you

6    to pick him up at the airport.  Yes, that's fine.  Kevin says,

7    "I'm in Pittsburgh, but I can get there."  And then you

8    continue talking about, I guess, the program.  Mr. Brennan

9    says all right.

10            You ask, I believe, for his email address?

11   A.  Yes.

12   Q.  And he says he's going to send it to you.  That's fine.

13   Call me any time.  And that is, basically, everything he says

14   until he starts talking about Don Huggins, because you asked

15   him about the third party?

16   A.  Yes.

17   Q.  Okay.  And he basically describes Mr. Huggins there at the

18   middle of page 15, consultant, an old friend of mine, major

19   shareholder, he got us a shell.  The same person who referred

20   Marc to me, I met through Don.  And he's talking about

21   Mr. Huggins, the same Mr. Huggins that was originally supposed

22   to talk to you about, supposedly, the program that you were

23   trying to pitch?

24   A.  Yes.

25   Q.  And after that, basically, you say goodbye.  Mr. Brennan

WEDNESDAY, FEBRUARY 13th, 2013

1  says thanks a lot.  And that's the end of his participation in

2  this phone call?

3  A.  Correct.

4  Q.  Now, you don't actually talk to Kevin Brennan again until

5  we get to Government's Exhibit 5-A; and this would be on

6  February the 3rd.  And on February the 3rd, I believe, you

7  call -- calling Kevin Brennan.  And this time you directly

8  call Kevin Brennan, correct?

9  A.  Correct.

10  Q.  And the substance of this phone call is you're basically

11  telling him that pursuant to your program, that the individual

12  that -- the phantom stockbroker, I believe you called him, is

13  not going to be able to do anything because he's going on

14  vacation.  He's taking his family to Vale.  In other words,

15  the program is not going to happen now?

16  A.  It's -- it has to be delayed a few weeks, that's correct.

17  Q.  It has to be delayed, okay.  That's, really, basically the

18  first thing.  He just says, "Oh.  Hi, Richard.  How are you?"

19  Kevin, blah, blah, blah.  Then you explain that to him.

20        And his response is, on the top of -- the page is not

21  marked, but I guess it would be the next page after that.  Not

22  numbered, I'm sorry.  Kevin Brennan:  "Yeah, that doesn't do

23  me any good.  By then it will be too late.  I need to get this

24  acquisition done and I don't have till March to do it."

25  A.  Correct.

WEDNESDAY, FEBRUARY 13th, 2013

1   Q.   Okay.  And after that he says, "Thank you.  Thank you.

2   Goodbye.  Goodbye."  End of conversation.

3        And yesterday on direct examination by the prosecutor

4   he asked you, at that point did you think this was over?  And

5   your response was, yes, I did.

6   A.   Correct.

7   Q.   Because it couldn't be done at that time?

8   A.   Right.

9   Q.   The phantom program couldn't be done.  For whatever the

10  real reasons were, the reasons you gave Mr. Brennan were that

11  the broker was going off to Vale and ski, or whatever.  In

12  other words, at that point you thought that this was finished?

13  A.   With Brandon, correct.

14  Q.   With Brennan?

15  A.   Yes.

16  Q.   Investigation finished, okay.  And Mr. Brennan actually

17  never reaches out to you again.  Somebody else reaches out to

18  you and tries to set up a meeting?

19  A.   That's correct, yes.

20  Q.   Okay.  And I believe you had one conversation where the

21  gist of it was, basically, what day are you coming, what time

22  are we meeting, Fort Lauderdale, some hotel; but other than

23  that, you really don't discuss anything on the phone anymore?

24  A.   Not to my recollection, right.

25  Q.   So before we move on to the meeting, since you are

WEDNESDAY, FEBRUARY 13th, 2013

1  familiar with matters of stock and business, he talks about an

2  acquisition here, okay.  And an acquisition, correct me if I'm

3  wrong, is basically when one business buys another business to

4  grow the business, and it's something that is perfectly legal?

5  A.  Yes.

6  Q.  In fact, there are lawyers on Wall Street that specialize

7  in mergers and acquisition?

8  A.  Very true.

9  Q.  Do much better than we do here; but, anyway...  And it is

10  a perfectly legal procedure and it basically let's a company

11  expand into a greater market or greater field or whatever?

12  A.  Correct.

13  Q.  Okay.  And it is also perfectly legal for somebody who

14  runs a company to try to get investors to invest in their

15  company?

16  A.  That's correct, yes.

17  Q.  Okay.  And sometimes what you need for acquisitions is

18  capital?

19  A.  Right.

20  Q.  In order to acquire?

21  A.  Right.

22  Q.  And part of the CEOs or the CFOs, or whatever the people

23  running the company, try to do when they want to make an

24  acquisition is develop some capital in order to make those

25  acquisitions?

1  A.  Yes.

2  Q.  And with your knowledge of the market and the business,

3  when he talks to you about an acquisition, he's basically

4  talking about the fact that he needs capital to make his

5  company go to the next step, or maybe he needs capital -- we

6  really don't know, but maybe he needs capital to let his

7  company survive?

8  A.  That's true.

9  Q.  Okay.  And, of course, we don't know what anybody else

10  told Mr. Brennan, any of the other players there.  But it is a

11  fact that you, yourself, said to the members of the jury that

12  you had previously invested in companies?

13  A.  Correct.

14  Q.  In fact, you talked about one company, I think, you

15  invested $115,000, Swedish Vegas, or something, I think?

16  A.  Yes, unfortunately.

17  Q.  Okay.  But in that particular case, at the point you

18  invested, you weren't running any program, you were just

19  investing in a company.  I suppose you got some stock back?

20  A.  Correct.  Yes.

21  Q.  And your idea was the company hits it, like Facebook or

22  Google --

23  A.  Right.

24  Q.  -- or Apple, and your stock all of a sudden becomes very

25  valuable?

WEDNESDAY, FEBRUARY 13th, 2013

1   A.  Correct.

2   Q.  And that's how you make money investing in a company?

3   A.  Yes.

4   Q.  Okay.  So I don't think you gave it much thought, but when

5   he talks to you about an acquisition here, he's not talking

6   about anything illegal?

7   A.  That's absolutely correct, yes.

8   Q.  And at no point in those two conversations you had with

9   him to that point, other than saying "right," "yes," and the

10  other information about his email, and he's up in Pittsburgh

11  and Don's the one that's going to talk.  Despite your pitch,

12  he never acknowledges anything.  He doesn't ask you how much

13  am I going to make, how are we going to do this, nothing.

14  Just "right, "yes," and answers simple questions as to where

15  he is, what his email address is --

16  A.  Correct.

17  Q.  -- is that a correct statement?

18  A.  Yes.

19  Q.  Okay.  So by the time you have the second phone confession

20  with him, you've decided that this isn't going to work with

21  Brennan.  He's not going to buy into the program --

22  A.  Right.

23  Q.  -- because what he's looking for is investment -- capital

24  investment in his company, OPTZ?

25  A.  Yes.

WEDNESDAY, FEBRUARY 13th, 2013

1    Q.  Okay.  And OPTZ, as you already explained to the jury, is

2    the symbol for a pink sheet?

3    A.  Pink sheet bulletin board penny stock, yes.

4    Q.  And pink sheets and bulletin board stocks are, basically,

5    those that trade for pennies?

6    A.  Pennies or less, yes.

7    Q.  Pennies or less, okay.  And OPTZ which stands for

8    Optimized Logistics Trucking, or something to that effect, was

9    visible to you when you checked on your computer?

10   A.  That's correct.

11   Q.  Okay.  And it was a legitimate business?

12   A.  Yes.

13   Q.  Okay.  I mean, it had -- I don't know how much you found

14   out about it, I guess you weren't too interested in finding

15   anything about it.

16   A.  Right.

17   Q.  And later Kevin is going to try to tell you about it and

18   you tell him, I'm not interested --

19   A.  That's correct.

20   Q.  -- because that wasn't part of the program.  Because that

21   was a legitimate company; it had trucks, it had trailers.  His

22   plan was to develop a medium range --

23            MR. DAVIDSON:  Objection, Your Honor.  Calls for

24   hearsay and relevance.

25            MR. ALDAZABAL:  Well, it's in the transcripts, Judge.

WEDNESDAY, FEBRUARY 13th, 2013

1  We'll get to it.  Just trying to save some time without going

2  through the pages, but...

3       THE COURT:  I'm going to overrule the objection.  Go

4  ahead.

5       MR. ALDAZABAL:  Okay.

6  Q.  So you were basically -- let me ask you this question.

7  You were, basically, familiar that OPTZ was a legitimate

8  corporation doing business from your research before you even

9  started talking to them?

10 A.  From my research, I can't opine that it was a legitimate

11 company.  But it was a company in existence that -- it was a

12 public company whose stock traded in the public marketplace.

13 Q.  Okay.

14 A.  You know, what -- and -- and it appeared that they had

15 filings with the S.E.C.

16 Q.  Fair enough.  So as far as you could tell, it was a public

17 company regulated by the S.E.C. and it traded?

18 A.  Correct.

19 Q.  Okay.  Which, at least on first view, would be a

20 legitimate company?

21 A.  Correct.

22 Q.  Okay.  All right.  Now, as I said before, you really don't

23 really talk to Kevin Brennan until he comes down to Fort

24 Lauderdale.  And the reason he came down to Fort Lauderdale

25 was really not -- the primary reason, let's put it that way,

WEDNESDAY, FEBRUARY 13th, 2013

```
 1  was not to meet with you.  He came down for a meeting --
 2  A.  Right.
 3  Q.  -- for an exposition or a trade show, whatever you want to
 4  call it.
 5  A.  Yes.  That's right.
 6  Q.  That was the reason he was coming down?
 7  A.  Yes.
 8  Q.  And you even asked him about it, we can go in the
 9  transcripts.  But, basically, if you remember, just to save
10  time, it was an exposition, I guess, I don't know --
11  A.  Trade show.
12  Q.  Trade show where small companies trying to raise capital
13  make their presentation to potential investors?
14  A.  Yes.
15  Q.  Okay.  And you actually talked about that?
16  A.  Yes.
17  Q.  Because you're familiar with that?
18  A.  Yes.
19  Q.  Because you even said this is something like what they
20  have in Orlando?
21  A.  That's correct.
22  Q.  Okay.  So Mr. Brennan is coming down to the Fort
23  Lauderdale area for this particular conference where he's
24  going to try to pitch to these potential investors, this
25  company.  And that's what your understanding was because he
```

WEDNESDAY, FEBRUARY 13th, 2013

```
1  basically told you that and you're familiar with that
2  particular type of --
3  A.  Yes.
4  Q.  Okay.  And as he's down here, he agrees to meet with you?
5  A.  Yes.
6  Q.  Okay.  He agrees to meet with you at a hotel where, I
7  believe, he's staying or where the show was being held or one
8  or the other?
9  A.  Or both.  But -- but -- yes, that's where the show was
10 being held.
11 Q.  All right.  So let's -- oh, by the way, you were still,
12 during the time of this meeting, on probation, right?
13 A.  Yes.  I was -- I was out on bond, that's correct.
14 Q.  Okay.  And if I understood your direct testimony and even
15 part of your cross-examination, you weren't allowed to trade
16 in any penny stocks?
17 A.  At that time, this would had been February of 2010?
18 Q.  I can verify that.  This would be March 4th of 2010.
19 A.  At that time I was still allowed.
20 Q.  Okay.  Now, you previously -- Government's Exhibit 12-A.
21 You previously saw -- or a video was played of this meeting.
22 And I think you testified that you had a camera in a notebook
23 that was given to you by the FBI?
24 A.  A day planner, yes.
25 Q.  Okay.  A day planner, that's right.  I'm sorry.  Yes.  A
```

WEDNESDAY, FEBRUARY 13th, 2013

1   day planner.  And at the beginning, the day planner is under

2   your arms so it's kind of hard to see what's going on unless

3   you twist your head?

4   A.  Correct.

5   Q.  But there is a transcript of that meeting.  And the

6   government started a little beyond the first page, but I just

7   want to ask you about the second page of that meeting.  I

8   guess you're driving and -- this is your Ferrari, I guess?

9   A.  Yes.

10  Q.  You had a yellow Ferrari convertible?

11  A.  That's correct.

12  Q.  And when you're driving in your Ferrari convertible, it

13  appears from here -- I'll call your attention to page 2

14  here -- that you're on the phone.  And you're talking about

15  your account number.  And then you are, I guess, giving an

16  order to buy 9,500,000 shares of DVME --

17  A.  Correct.

18  Q.  David Mare (phonetic).

19  A.  Correct.

20  Q.  Okay.  Now, based on what you said before, that would be a

21  penny stock?

22  A.  Yes.

23  Q.  Okay.  So you're actually, at this point, putting in an

24  order to buy some penny stocks?

25  A.  Buy or sell, correct.

WEDNESDAY, FEBRUARY 13th, 2013

1   Q.   Okay.   And that, of course, is in violation of your

2   probation?

3   A.   No.   Not at that time, sir.

4   Q.   No?

5   A.   No.

6   Q.   Okay.   How did that happen?   You were allowed -- you were

7   on probation?

8   A.   I was on pretrial probation.

9   Q.   Okay.

10  A.   And the agreement, the verbal agreement that I had with

11  the government -- let me back up.   I had no ban about me

12  remaining in my business, which was trading stocks.

13           I was asked by the government, I believe it was

14  sometime in March of that year, to stop trading.   And it was

15  agreed that I would be able to liquidate positions that I had

16  and that might take through the summer.

17  Q.   Okay.   So if I understand you correctly, at this point you

18  had already pled guilty?

19  A.   Yes.

20  Q.   Okay.   And when you pled guilty -- but you hadn't been

21  sentenced yet?

22  A.   That's correct.

23  Q.   Okay.   But as part of your, I guess, pretrial -- well, no,

24  you had already pled guilty.   As part of your bond conditions

25  pending sentencing, you were allowed to continue to sell penny

WEDNESDAY, FEBRUARY 13th, 2013

1    stocks?

2    A.   That's correct.

3    Q.   And buy?

4    A.   That's correct.   There was no prohibition.

5    Q.   There was no prohibition?

6    A.   No, sir.

7    Q.   They let you actually do that, despite the fact that you

8    had already pled guilty to securities fraud related to these

9    penny stocks?

10   A.   That's correct.

11   Q.   And that was approved by the prosecutor in Philadelphia?

12   A.   It was approved by -- the bond hearing was in Florida, was

13   in Fort Lauderdale.

14   Q.   That was your initial bond after you were arrested?

15   A.   Right.

16   Q.   Okay.  But you said this was after you pled guilty?

17   A.   Right.

18   Q.   Okay.  So you've already been adjudicated by a federal

19   judge in Philadelphia as a convicted felon, specifically for

20   securities fraud and, more specifically, for securities fraud

21   involving penny stocks?

22   A.   Correct.

23   Q.   And, yet, your testimony is that you could still legally

24   do this?

25   A.   Yes.

WEDNESDAY, FEBRUARY 13th, 2013

1    Q.   Okay.

2          THE COURT:   Who told you could do it?

3          THE WITNESS:   I'm sorry, sir?

4          THE COURT:   Where did your authority to continue

5    doing it come from?

6          THE WITNESS:   I'm not sure how to answer that.   But

7    at the time --

8          THE COURT:   Well, somebody must have told you, you

9    could continue doing what you were convicted of doing by

10   pleading guilty.

11         THE WITNESS:   Well, the FBI knew what I was doing and

12   my attorney certainly knew what I was doing.

13         THE COURT:   Well, I'm not getting anywhere.   Go

14   ahead.

15         MR. ALDAZABAL:   Thank you, Your Honor.

16   Q.   Okay, let me back up.   I mean, there's a lot of

17   transcripts here.   Let me just ask you a little bit about how

18   these transcripts were prepared and -- just so the jury has,

19   like, a reference.

20         These are prepared by who, the FBI?   Somebody with

21   the FBI?

22   A.   Yes.

23   Q.   Okay.   And after they're initially prepared, you received

24   copies, drafts?

25   A.   Drafts, yes.

1  Q.  And that's why in the beginning of all of these, and

2  sometimes in the back of all of these transcripts, you have, I

3  guess, is that "okay"?

4  A.  Yes.

5  Q.  And those are your initials?

6  A.  Yes, they are.

7  Q.  So, basically, you go back and read these?

8  A.  Yes.  And make -- yes, yes.

9  Q.  And as I understand it is -- well, when did you go back

10  and read them?  Let me ask you that, first.

11  A.  More often than not it would be -- it could be a year or

12  two after the actual event.  But it wasn't a matter of just

13  reading them.  It was reading them at the same time I was

14  listening to the tape.

15  Q.  Okay.  And you did the best you could --

16  A.  Yes.

17  Q.  -- given your memory and the --

18  A.  Well, the --

19  Q.  The quality of the tape?

20  A.  Yes.  And it -- none of it was really based upon memory.

21  It's -- you know, if a word was or is spoken incorrectly or

22  put down incorrectly, those are the corrections I would make,

23  if it was transcribed incorrectly.

24  Q.  Okay.  But we just pointed out to an incident where you

25  actually thought it was Mr. Brennan speaking and it was

WEDNESDAY, FEBRUARY 13th, 2013

1    somebody else?

2    A.   That's correct, yes.

3    Q.   So it's to the best of your ability?

4    A.   Correct.

5    Q.   There are errors, we just pointed out one, and there could

6    be others?

7    A.   Yes.

8    Q.   In fact, the real best evidence is the actual

9    conversation, because this is transcribed by somebody and the

10   conversation is what it is.

11   A.   That's correct, yes.

12   Q.   Now, again, Kevin Brennan does not call you till he gets

13   to the Fort Lauderdale meeting.  And you actually arrive over

14   there and -- with your car -- by the way, is this a sale or a

15   purchase -- oh, a sell, I'm sorry.

16         You sell 9 and a half million of some of these penny

17   stocks.  And then you, basically, as you sit there -- we saw

18   Mr. Brennan at the meeting because at that point the camera

19   was facing up.  And the jury, obviously, will have that video

20   to take with them to the jury room.  You, basically, do what

21   you've already admitted to Mr. Day, you basically pitch your

22   program for the reasons you have already testified to?

23   A.   That's correct.

24   Q.   Because it's this illegal program that's going to get you

25   your walk out of -- or maybe your strut out of jail card, not

WEDNESDAY, FEBRUARY 13th, 2013

203

1  anything legal?

2  A.  That's correct.

3  Q.  But Mr. Brennan, perhaps somewhat foolishly, or perhaps

4  because he doesn't know what's going on, tries to explain to

5  you what his company is about, and tells you -- I don't know

6  if you want me to go to the exact page, but he talks, if you

7  remember --

8  A.  I remember.

9  Q.  You remember, okay, great.  Talks to you about, I believe,

10  is it a K-8?  Some sort of file you do with the S.E.C. where

11  you lay out the company and what it does and all that?

12  A.  That -- that --

13  Q.  You don't remember that?

14  A.  I don't remember.

15  Q.  But you do remember he's trying to tell you what his

16  company does?

17  A.  Yes, I do.

18  Q.  And you do remember he's telling you it's a trucking

19  company and they need money to make some more acquisition and

20  all that.  You, basically, just, because of your own personal

21  agenda, try to pitch this program that -- what you call "the

22  program"?

23  A.  Yes.

24  Q.  Okay.  And I'm not going to ask you the same thing, the

25  reason is because, of course, that's what you need to do in

WEDNESDAY, FEBRUARY 13th, 2013

1  order not to go to jail?

2  A.  Yes.

3  Q.  Now, I guess, the first few pages of your meeting are just

4  simple social amenities.  When did you get in?

5  A.  Yes.

6  Q.  Yesterday.  And how's it going here, a little talk about

7  the weather.

8  A.  Yes.

9  Q.  It's a little cold.  He says, "Wow."  I think that's on

10 page 4.  "Wow, you drive a Ferrari."  Okay?

11 A.  Yes.

12 Q.  Okay.  "I'm impressed," he says.  Okay.  Then a little

13 more amenities.  You tell about you usually have the top down.

14 A.  Correct.

15 Q.  It's a little chilly, so you got that top up on this

16 particular day, I guess?

17 A.  Yes.

18 Q.  At least that's what the transcript implies.

19 A.  Right.

20 Q.  Okay.  So you say it's a little nippy.  He says he's a

21 little depressed about the weather.  A little more amenities.

22 You talk about taking your family, I believe, and your

23 grandkids to the Ritz Carlton in Naples?

24 A.  Yes.

25 Q.  Okay.  Talk about pools being heated over there.

WEDNESDAY, FEBRUARY 13th, 2013

1  Mr. Brennan talks about the weather up in -- I don't know if

2  this is Pennsylvania.  Pittsburgh, anyway.  You talk about

3  your house in Massachusetts, talk about coffee.  You get some

4  coffee?

5  A.  Right.  Right.

6  Q.  Okay.  No pitch yet.  Still talking about nice little

7  social amenities.  Pittsburgh, we don't get a lot of snow.

8  They misspell Pittsburgh, that's interesting.

9       And, finally -- or not finally, he starts telling you

10 -- or, actually, you do ask him.  I'm sorry.  You do ask him

11 for a 30-second synopsis of what the company is all about.

12 That's on top of page 7.

13 A.  Yes.

14 Q.  Okay.  And what you're looking to accomplish, short term,

15 long term.

16 A.  Right.

17 Q.  Good typical business question, what's your company about?

18 What do you want to do?  Why are we here?

19 A.  Right.

20 Q.  Okay.  And he starts talking about his company.  He says

21 we are in this supply chain.  We are -- it's -- what -- sorry.

22 What we are is this supply chain logistic company.  We are

23 actually building a full service supply chain logistic

24 company.  That means, in practical terms, that we provide our

25 customers -- or we intend to provide our customers a full

WEDNESDAY, FEBRUARY 13th, 2013

1  scope of managing and monitoring inventory from raw materials

2  to ultimate customer.

3          And you say, we got it.  Okay.  We're now at the

4  beginning, concentrating on domestic transportation.

5  Mr. Brennan responds -- or, actually, he doesn't respond.  He

6  keeps on talking about his company -- which I'm talking to you

7  about -- and then we have a little software company.  We're

8  developing the software to manage.  And you cut him off, got

9  it, okay.

10          I mean, this guy is telling you about his company,

11  but you don't really care about his company.  You don't care

12  if this guy's got the next best idea since the iPhone

13  because that's not what you're interested in?

14  A.  Correct.

15  Q.  We know what you're interested in because you already

16  testified to it.

17  A.  Correct.

18  Q.  But he, he -- he is interested in his company.  And he

19  wants you to be interested in your company (sic) because

20  somewhere along the line heard that you're a multimillionaire

21  and you invest in companies?

22          MR. DAVIDSON:  Objection, Your Honor.  Calls for

23  speculation.

24  BY MR. ALDAZABAL:

25  Q.  Well, did you not have conversations with other people

207

1   involved in this case?

2          THE COURT:   I'm going to overrule the objection.

3   BY MR. ALDAZABAL:

4   Q.   Did you not -- okay.   Then I don't have to expand on the

5   question.   That's what, at least to your understanding, is

6   what he believed when he met with you?

7   A.   That's correct.

8   Q.   Now, we go on.   And, again, he continues to tell you about

9   we are acquiring a bigger transaction, a global operation

10  which will give us a global presence.   He's selling you this

11  trucking company in Pittsburgh.

12  A.   Right.

13  Q.   And the trucking company in Pittsburgh is not what you're

14  interested in?

15  A.   Correct.

16  Q.   And that's why you say "Okay.   Okay.   Let's go."   But he

17  continues.   And from that point on, it's a huge industry.

18  It's a multi, multi $100 billion industry.   And you say

19  "uh-huh."   When is this guy going to shut up, right?   I want

20  to sell him my program and he's talking to me about his little

21  trucking company, or maybe not so little trucking company, up

22  in Pittsburgh.   But he continues.   It's incredibly fragmented.

23  We're focusing on the Fortune 1,000 manufacturers down.

24          I guess the Fortune 1,000 would be the smaller

25  companies as opposed to the Fortune 100s?   In your --

1   A.   Right.   Right.

2   Q.   Okay.   All right.   So that's what you understood, anyway.

3   And you say okay.   And then he continues, we cannot afford the

4   services big supply logistics company provides.   And you're

5   just dying to shut him up so you can get into the program, but

6   he just continues.   U.P.S.   And you say, "Right."   He

7   continues further.   FedEx, that type of thing.   So we're

8   basically -- that's the way the industry's going.   A

9   manufacturer wants just one guy to manage the whole supply

10  chain.

11          And, again, understand?   Okay.   That's what you tell

12  him.   Shut up, already.   But he's still pitching that company

13  of his.

14          Really, nobody is going to do it at the current

15  level.   And that's what we're focusing on.   And that's --

16  okay.   And then you say, so what's the history of the company

17  with regards to being a public company?   And here is where he

18  tries to explain that to you.   And this is just how the

19  company, I guess, got put together, that shell that Don

20  Huggins had back in June of '09.   We did a quasi-reverse

21  merger.   It wasn't technically a reverse merger.   And you're

22  -- okay.

23          Now you're just asking him that to keep the

24  conversation going because you really don't care how that

25  company got put together?

WEDNESDAY, FEBRUARY 13th, 2013

1    A.   Correct.   Trying to bring it back to talking stock, yes.

2    Q.   Okay.   You want to bring him back to the program.   But

3    he's telling you about the shell they got in '09 and you're,

4    like, you know, the coffee's getting cold and this guy keeps

5    talking about his company up in Pittsburgh, correct?

6    A.   Correct.

7    Q.   Now -- and you say, okay, again, for, like, the tenth

8    time.   And he says and that's how we became public.   He's

9    talking about the company.   So then you want to feed him a

10   little something, so you tell him, so this was an existing

11   shell that somebody had?   Right.

12          And he goes on, it was a reporting trading show,

13   continuing to report and trade.   And this is basically when

14   you found out that it was a public company, trading?

15   A.   Correct.

16   Q.   And it had a FINRA, would that be a stock symbol, OPTZ?

17   A.   Right.   A trading symbol.

18   Q.   A trading symbol.   I'm sorry.   That's it.   Okay.   So it

19   could be identified through that trading symbol?

20   A.   That's right.

21   Q.   And he wants to tell you this is a clean -- we are clean

22   from that perspective.   I've done this before, talking about

23   companies and shells and mergers and all that.   He's not

24   talking about "I've done the program before," that's your

25   understanding, right?

WEDNESDAY, FEBRUARY 13th, 2013

1  A.  Yes.

2  Q.  Based on all this.  Okay.

3  A.  Right.

4  Q.  So you go back and you say, okay, okay.  He tells you that

5  he's a CPA by trade, he did that awhile.  Trying to sell you

6  on the fact that his company, probably, well, I don't know,

7  the accounting is straight, it's not a funny company. It's

8  something you can invest in.

9  A.  Right.

10  Q.  In other words, yeah, he has a little bit of -- maybe a

11  lot of accounting background so, you know, it's not a -- it's

12  a real company with real business doing public trading, as you

13  said?

14  A.  Yes.

15  Q.  All right. And, basically, he continues talking about

16  this.  Then you get into the penny market and what's happening

17  there.  At the bottom of page 9, just to skip a little bit

18  because it's, pretty much, the same thing, you're talking

19  about his company and you're saying right, right, okay, okay.

20  Where we are is that we just bought an -- we just did an

21  acquisition of a small trucking company, okay.  And, I guess,

22  that's where you found out or if you didn't know, you knew at

23  that point that it was related to trucking because he's

24  talking about logistics, but maybe that was another type of

25  logistics; but it's basically a trucking company, that's what

1   he's got.

2   A.   Right.

3   Q.   A modern-day trucking company, has computer software, like

4   U.P.S., to follow the tracking of the packages and all that.

5   And that's basically what he's trying to sell you.

6            He's telling you they just added -- well, the company

7   has to get a platform to get -- in fact, I just got an email

8   today, we just added another 4 million in business.  So now

9   he's telling you it's not only a legitimate company, it's not

10  only a company with supposedly good accounting, but it's

11  actually making some money.  He's trying to get you to -- or

12  somebody that you know to invest in this company?

13  A.   That's correct.

14  Q.   That's, basically, what he's trying to do at this meeting?

15  A.   Yes.

16  Q.   Okay.  And then he basically tells you what the problem

17  is.  And that's on the top of page 10.  And so you say, okay.

18  He says "What's holding us back today is the operating cash.

19  Every time we do this we have to -- there's upfront costs to

20  us."  You say, "Right."  We're just strapped for cash.  So

21  we're in need of four or five hundred grand.  He keeps

22  explaining that to you.

23            Then you start beginning with your -- I guess, part

24  of your program about the penny stocks and how the penny

25  stock, I guess, market works.  You tell him that you were a

1   broker.  And you, basically, begin to do your sales pitch for

2   the program.

3           We get into the next page.  A few more exchanges,

4   nothing too important there.  I got a boarding pass and he

5   lost his book.  He went to get, I guess, his book --

6   A.  Right.

7   Q.  -- schedule book?

8   A.  Yes.

9   Q.  Okay.  And then you begin your full earnest program pitch.

10  And that's where you get into all the stuff you already

11  testified about.  I'm not going to go through --

12  A.  Correct.

13  Q.  -- the Latino buyers, the Juan Gonzalezes, the guy who's a

14  phantom broker.  You know, how you pump it up and then -- do

15  you dump it?  Is that it?  Pump and up?  Okay.  So that's all

16  on page 11 there.  And Kevin laughs and you keep on going.

17  Yeah, yeah, right.  Yeah, you're right.  Continue the pitches.

18  Right, right.  Okay.  There's a dozen guys like me.  Kevin

19  Brennan, right.  Pitch by yourself, there's Mr. Gonzalez.

20  Mr. Gonzalez and the Latino's accounts, you already testified

21  to that.

22          So you're, basically, just doing the same sales pitch

23  you were previously doing to Mr. Page?

24  A.  That's correct, yes.

25  Q.  Okay.  It's almost scripted because, in a way, it is

WEDNESDAY, FEBRUARY 13th, 2013

1  scripted?

2  A.   In a way it is, that's correct.

3  Q.   Okay.  This is basically the same thing.  And Kevin says,

4  "Right, right, right."  And you continue.  And all he says is,

5  "Right, right, right.  All right.  Correct."  Okay.  It's a

6  3-for-1 deal, okay.  Right."

7       All it is, is basically, you explain the program and

8  him saying right, right, yeah, yeah, right, okay.

9       All right.  Now, at no point does he actually say to

10  you, what's -- well, let's go back, let's take a step back on

11  this program.  And let's see how he -- hypothetically the

12  program would work.

13       By bringing the price of the stock up, right, from

14  whatever, a penny to 10 cents, because we're talking about

15  millions of shares, that's quite a bit of money.  And when you

16  do that and you bring that stock up and then you sell that

17  stock, you're going to make some money based on the pump

18  aspect of the program?

19  A.   Theoretically that's correct.  But this was not designed

20  as a pump-and-dump program.  And that's not how the -- that's

21  not how money would be generated for someone looking to get

22  out of stock.

23  Q.   Well, someone looking to get out of the stock would be

24  selling it at a higher price than he bought it to make a

25  profit?

214

1  A.   That's correct.

2  Q.   Okay.  And, ultimately, that's the goal of all investors

3  in the stock market, whether it's legitimate going up with the

4  price or a program, that's the ultimate goal, getting the

5  stock up so you can derive a profit when you sell?

6  A.   That's correct.  Okay.

7  Q.   All right.  Now, for that program to work, obviously

8  somebody has to have stock?

9  A.   Right.

10 Q.   Okay.  And at some point there is conversation about the

11 transfer of, I believe, it's two stock certificates, correct?

12 Well, there's one stock --

13 A.   One stock certificate that would be a deposit going to the

14 broker or someone that the broker designated.

15 Q.   That's the one that there's a conversation because it

16 hadn't arrived --

17 A.   That's right.

18 Q.   -- and you're waiting for it?

19 A.   That's right.

20 Q.   Okay.  And you talk to Kevin, Mr. Brennan, and he tells

21 you, well, it was supposed to be sent?

22 A.   Right.

23 Q.   Now, subsequently you had a series of conversations with

24 an individual by the name of Don Huggins?

25 A.   Right.

WEDNESDAY, FEBRUARY 13th, 2013

1   Q.   Okay.  And it -- in your opinion, it would be fair to say

2   that Mr. Huggins was well versed in dealings in the market?

3        MR. DAVIDSON:  Objection, Your Honor, as to calling

4   for this witness's opinion testimony.

5        MR. ALDAZABAL:  He spoke to him.

6        THE COURT:  I'm going to sustain the objection.  Go

7   ahead.

8   BY MR. ALDAZABAL:

9   Q.   All right.  Well, you did speak to Don Huggins?

10  A.   Yes.

11  Q.   And it was actually Don Huggins that sent that stock

12  certificate?

13  A.   That's correct.

14  Q.   And Don Huggins sent that stock certificate to the

15  make-believe lady --

16  A.   Right.

17  Q.   -- who was the girlfriend of the make-believe stock

18  broker?

19  A.   That's correct, yes.

20  Q.   But there was an actual stock certificate?

21  A.   Yes.

22  Q.   And it didn't come from Kevin Brennan?

23  A.   No.  It came from -- it was initiated by Don Huggins, yes.

24  Q.   Okay.  Because in order to transfer stock, you first have

25  to own stock?

WEDNESDAY, FEBRUARY 13th, 2013

1   A.   That's right.

2   Q.   Okay.  And Don Huggins owns stock in this company?

3   A.   A significant amount, yes.

4   Q.   A significant amount, right.  Now, there was also some

5   conversations between yourself and Mr. Huggins about what was

6   earlier referred to as press or news releases?

7   A.   Yes.

8   Q.   Remember those conversations?

9   A.   Yes.

10  Q.   And that is conversation you had with Mr. Huggins, is

11  Government's Exhibit 18-A.  But that's yourself, cooperating

12  witness, and Mr. Huggins, correct?

13  A.   Right.

14  Q.   And just for the record, the date is March 16 of 2010.

15  And let me just get my version of that, my copy of it.  And

16  this may be or may not be your first time you talked to

17  Mr. Huggins.  And you both talked about properties and --

18  okay.

19          On page 13 of that transcript relating to that

20  conversation, okay, you are talking to Mr. Huggins in this

21  conversation, correct?

22  A.   Yes.

23  Q.   And you're talking to him about compliance?

24  A.   Yes.

25  Q.   And actually this refers back to what you already

WEDNESDAY, FEBRUARY 13th, 2013

1  testified to, which is the fact that this phantom stockbroker

2  has a compliant officer making sure that he's on the up and

3  up.

4  A.  That's correct.

5  Q.  And you already testified to the fact that part of the

6  program is to make sure the stockbroker doesn't get caught by

7  the compliance officer for basically buying a lot of junk and

8  putting his clients' money at risk?

9  A.  Correct.

10  Q.  Okay.  And Mr. Huggins, when you talk to him about that,

11  that's up here, explain what compliance is and he says okay,

12  all right, I think we're good, I'll confirm for you tomorrow.

13  And, basically, after you talk to him about coordinating, he

14  says, "Yeah, well, definitely should talk tomorrow, so I have

15  cause -- I -- you know, I'm trying to reach people to find out

16  what's going on.  Regardless, I'll put the news out.

17  Mr. Huggins talking.

18  A.  Correct.

19  Q.  "I'll put the news out and I'll put the first release out

20  in the morning."

21  A.  Right.

22  Q.  Okay.  So we have Mr. Huggins who is a substantial, your

23  own words, shareholder?

24  A.  Yes.

25  Q.  Who actually sends that stock certificate and who is now

WEDNESDAY, FEBRUARY 13th, 2013

1  telling you, "I will put out the release"?

2  A.  Right.

3  Q.  Okay.  So maybe going back to what I was saying earlier,

4  Mr. Huggins understands about compliance, based on this

5  conversation, right?

6  A.  Right.

7  Q.  And he understands about press releases?

8  A.  Right.

9  Q.  And he understands that the press release part of that is

10  to cover the compliance -- well, the stockbroker from his

11  compliance officer, but more importantly to bring up the

12  stock?

13  A.  Correct.

14  Q.  Okay.  As we've already established, it's the stockholder

15  that is going to make money when the shares are sold?

16  A.  Right.

17  Q.  Okay.  Now, if you know, did Mr. Brennan own any stock in

18  OPTZ?

19  A.  I don't know.

20  Q.  You don't know.  Okay.  Fair enough.  Do you know if -- I

21  don't know if you can find this out from your research when

22  you were researching, if OPTZ had any shares to sell?  In

23  other words, when you have a corporation, and correct me if

24  I'm wrong, I'm not an expert on this, you have a certain

25  amount of shares in a company, right?

WEDNESDAY, FEBRUARY 13th, 2013

1    A.  Right.  Authorized shares.

2    Q.  And if they're all -- the trading shares are all out, the

3    company really, unless it -- I guess what's the word, creates

4    more shares or --

5    A.  Well, there is a way to do it.  And depending on the

6    company and, like, have to be a shareholders meeting to

7    increase the authorized number of shares.

8    Q.  But there is a number?

9    A.  Correct.

10   Q.  And once that number is sold?

11   A.  That's it.

12   Q.  That's it.  Okay. you don't know if that was the case with

13   OPTZ --

14   A.  No.

15   Q.  If all the shares were gone or not?

16   A.  It's conceivable, but I don't know.

17   Q.  Conceivable.  You don't really -- okay.  I didn't know if

18   it was something you could find out from researching it.

19   A.  You can.  You can look online.

20   Q.  Okay.

21   A.  But I never did.

22   Q.  But you never did.  But, well, you never did because you

23   -- really didn't matter?

24   A.  I didn't care.

25   Q.  You didn't care.  Okay.  Fair enough.  All right.  So

WEDNESDAY, FEBRUARY 13th, 2013

1  let's move on.

2          Now, Mr. Huggins had a series of conversations with

3  you.  Don't remember how many, but a few.

4  A.  Yes, a few.

5  Q.  Okay.  And the gist of it was, to some degree, the

6  program?

7  A.  Yes.  Correct.

8  Q.  And that's what you were pitching?

9  A.  Yes.

10 Q.  But he had some understanding of what you were talking

11 about, that was your impression?

12 A.  Yeah.  He's -- yes.

13 Q.  Okay.  And -- I don't know if that's related to that, but

14 let me just see what he says here.

15          Mr. Huggins talks on page 6 about your first rodeo,

16 "This isn't your first rodeo and it certainly isn't mine."  I

17 don't know if that had any meaning to you, did it?

18 A.  Yes.

19 Q.  And what did it mean to you?

20 A.  It meant he knew the ways of the market and, in

21 particular, the penny stock market.

22 Q.  Okay.  So he knew about it.  He's well versed in it.  At

23 least, that's what he's saying to you?

24 A.  Correct.

25 Q.  Okay.  Now, there's a whole bunch of other conversations

WEDNESDAY, FEBRUARY 13th, 2013

1  having to do with other people.  But, eventually -- I'm not

2  sure what the correct term is.  But, eventually, the program

3  for -- is cut off, it ends.

4  A.  Right.

5  Q.  Okay.  And when it ends, you talk to Don Huggins?

6  A.  Right.

7  Q.  But you also talk to Kevin Brennan?

8  A.  Right.

9  Q.  And that conversation which is, I guess, your last

10 conversation with Kevin Brennan, is on March 18th of 2010 at

11 2:03 p.m.  And that's reflected in Government's Exhibit 22-A,

12 the transcripts of that conversation.  And bringing you to

13 that conversation here.

14         You call Mr. Brennan, correct?

15 A.  Yes.

16 Q.  And you say, Hello, Kevin.  Hi Kevin.  How are you doing?

17 How are you doing?  And basically at that -- well, all right,

18 have you spoken to Don at all?  Has he filled you in?  Kevin

19 says, "Oh, yeah."  You said you had some problem this morning.

20         And then you go on to tell him what, I guess, was the

21 scripted end of the whole program?

22 A.  Right.  It's what the FBI had come up with and, you know,

23 through embellishing it, how that part of it was sold.

24 Q.  Okay.  Great.  And, basically, what you say is, this

25 broker we were using ended up getting fired.  And it wasn't as

WEDNESDAY, FEBRUARY 13th, 2013

1  a result of your deal, I don't think -- you know, I don't

2  think there's anything to worry about there.  But he had been

3  working with the deal, it was not mine.  It was a few weeks

4  ago.

5        And Don even knew and -- whatever that means, about

6  the deal -- well, Don knew about the deal.  Actually, you did

7  have another conversation about that particular deal with Don

8  Huggins, it was a penny stock called XT; do you remember that?

9  A.  XTMM, yes.

10 Q.  Okay.  So you do remember that conversation with Don

11 Huggins.  And that's what you're referring to here, right?

12 A.  Yes.

13 Q.  Okay.  He brought it up from 7 to 20.  The S.E.C. halted

14 trading in the deal a few days ago, so that could be the

15 reason.  But right now he's scared, black list, and he doesn't

16 have a job.  That's the phantom broker.

17 A.  Right.

18 Q.  He'll land on his feet somewhere, but for right now we are

19 beep, we are at a complete stop.

20        You tell him the program's over and Kevin Brennan's

21 answer to you is "okay."

22 A.  Right.

23 Q.  Correct?

24 A.  That's correct.

25 Q.  "Okay."  And then you say, "All right.  I'll keep you

1  posted."  And his response is, "Okay.  Thank you."  That's the

2  end of it, right?

3  A.  That's correct.

4  Q.  End of conversation?

5  A.  Correct.

6  Q.  So once this program, you inform him it's over, he says

7  "Okay.  Thanks."

8  A.  Right.

9  Q.  He doesn't ask you anything about it?

10  A.  Right.

11  Q.  He doesn't ask you specifics about what happened.  He

12  doesn't ask you about details.

13  A.  Right.

14  Q.  Just says, "Okay."  And that's the last time you talk to

15  Kevin Brennan?

16  A.  Correct.

17         MR. ALDAZABAL:  One second, Your Honor.  I think I

18  may be finished.

19         That's all I have.  Thank you, Mr. Epstein.

20         THE WITNESS:  Okay.

21         THE COURT:  Just a minute, Mr. Davidson.

22         Ladies and gentlemen of the jury, I should have done

23  this earlier.  But during Mr. Day's cross-examination of

24  Mr. Epstein there was some conversation about an individual

25  that went to jail which happened to have been a pastor of a

WEDNESDAY, FEBRUARY 13th, 2013

1   church or something.

2          The jury is told that the fact that the gentleman

3   that went to prison, the fact that he was a pastor has really

4   nothing to do with anything.  So disregard Mr. Day's comments

5   about the fact that he...  He went to jail because he broke

6   the law.  It had nothing to do with what else he did.

7          Okay.  Mr. Davidson.

8          MR. DAVIDSON:  Thank you, Your Honor.

9                   REDIRECT EXAMINATION

10  BY MR. DAVIDSON:

11  Q.  Mr. Epstein, Mr. Day asked you about your ability to

12  remember certain conversations very early on.  And I just want

13  to walk through a timeline here.

14         Before you were arrested, how many phone calls would

15  you receive, for example, in a week relating to different

16  stock tips?

17  A.  Twenty -- different stock opportunities, not --

18  Q.  Certainly.  How many phone calls relating to stock

19  opportunities would you receive approximately in a week before

20  you were arrested?

21  A.  Twenty, thirty a week.

22  Q.  And how many emails, approximately, ballpark range would

23  you receive regarding stock opportunities?

24  A.  At least that many, if not more.

25  Q.  What was the general nature of the stock opportunities

WEDNESDAY, FEBRUARY 13th, 2013

1  that you received before you were arrested?

2  A.   It was pretty much the same story from all the companies,

3  that all they needed was a small -- relatively small amount of

4  money, 50,000, $25,000 to take them to the next level to get

5  them the next contract so they could build their next widget,

6  do an acquisition, you know.  And everybody had a company that

7  if they just had that, their stock would go from a penny to a

8  dollar.

9  Q.   What was your usual reaction to seeing those type of

10 emails or receiving those type of phone calls?

11 A.   Well, half the emails I would just -- just delete, you

12 know, after I read a small portion of them.  Some of them I

13 didn't even read.

14        When someone gave me one of these long-winded phone

15 calls, I would literally put the phone on my desk and every 30

16 seconds pick up the phone and go, "Oh, great."  And put the

17 phone back and do something else.

18 Q.   Before you were arrested did you ever doubt whether these

19 deals were legitimate deals that these people were pitching

20 over the phone and via email?

21 A.   I doubted most of them.

22 Q.   Now, Mr. Day asked you a question.  He went through all of

23 Mr. Page's various stock tips, the Z-I-P-something.  And I

24 think you said something to the effect of, I doubted whether

25 they were legitimate.  What do you mean when you said that?

WEDNESDAY, FEBRUARY 13th, 2013

1    A.   In my experience in the penny stock market, that probably

2    one out of ten of these companies turn out to be totally

3    legitimate.   There's different degrees of what might be

4    construed as legitimate, but they usually turn out not to be

5    100 percent.

6    Q.   There was a question about the East Coast/West Coast

7    Group.   What did you -- in your experience, before you were

8    arrested, what did the West Coast/East Coast Group usually

9    entail?

10   A.   Well, that would be buying groups; a boiler room,

11   basically, that would be used to pump up the value of the

12   stock.   So if you have one on the East Coast dealing with

13   people on the East Coast and one on the West Coast, you have

14   two different groups, two different boiler rooms sending out

15   emails, calling investors, going into various chat rooms,

16   pumping up the value of a stock.

17        It certainly wasn't a group of investors.

18   Q.   Turning to Government Exhibit 1, page 20.   It's Mr. Page

19   who uses this East Coast/West Coast Group, spreading the word

20   language, not you, correct?

21   A.   That's correct.

22   Q.   Now, after you were arrested and after you agreed that you

23   weren't going to do any more stock purchases, did you alert

24   people when they called you and they say, oh, I have another

25   stock opportunity or here's an email, did you respond and say,

WEDNESDAY, FEBRUARY 13th, 2013

1  I'm sorry, I was arrested?

2  A.  No.  No.

3  Q.  Why didn't you tell them I'm out of the business, I'm not

4  doing any more legitimate deals?  Why didn't you alert them to

5  what was going on in Philadelphia?

6  A.  After I had agreed not to be involved in penny stocks?

7  Q.  Correct.  Somebody calls you up and -- without knowing

8  that you had been arrested.  Why didn't you tell them, oh, by

9  the way, I'd been arrested?

10  A.  The underlying reason was greed.

11  Q.  Whose greed?

12  A.  My own.

13  Q.  And, well, explain that.

14  A.  As was brought up, it would certainly appear to someone

15  that myself and my family has a fair amount of money.  There

16  are other pressures, quite frankly, that -- that come into

17  play.  And -- and, again, I take full responsibility for it.

18  And, quite frankly, I have gone for counseling, gone for

19  therapy, continue to go --

20      MR. DAY:  Objection, Your Honor, to the relevance of

21  this.

22      THE COURT:  Yeah, I'll sustain the objection.

23      MR. DAVIDSON:  Your Honor, we can move on.

24  Q.  Mr. Day asked you about certain terms that you used, that

25  you used the word "Madoff."  You used the word "market

228

1   manipulation."  And I want to go though certain words that

2   these two defendants had used.  And we'll start, by the way,

3   with Government Exhibit 1.  We'll start from the beginning

4   about something Mr. Day raised.

5           Specifically he points out that in his first phone

6   call you start off -- Mr. Page starts off "Hey, Richard, how

7   are you?"  And you respond, "All right, Marc."  And I think

8   Mr. Day suggested that -- or asked you whether that use of the

9   first names, "Richard" and "Marc," meant that you had known

10  each other.  Do you remember that general conversation earlier

11  with Mr. Day?

12  A.  Yes.

13  Q.  All right.  I want to turn to Government Exhibit 3-A,

14  specifically, page 8.  And it's a call where Mr. Page says,

15  "So I have Kevin on the line with us."  Kevin, Uh-huh,

16  Richard.  And you say, "Hello, Kevin, how are you doing?"  And

17  you don't say hello Kevin Brennan.  And Mr. Brennan says,

18  "Hello, Richard, how are you doing?"

19          Mr. Brennan doesn't respond, hello, Richard Epstein

20  or Mr. Epstein.  There is no use of the last names of

21  Government's Exhibit 3-A on page 8.  Does that mean that you

22  had met Mr. Brennan beforehand?

23  A.  No, I had never met him.

24  Q.  Well, but you use the word "Kevin."  You don't use his

25  last name.

WEDNESDAY, FEBRUARY 13th, 2013

229

1   A.   Right.   It's just general speak.

2   Q.   I see.   Now, let's go back to Government Exhibit 1 and,

3   specifically, page 6.   Mr. Day asked you about the use of the

4   word "private" on page 6.   Do you recall, then, talking about

5   Mr. Page said private deals, or something of that sort, and I

6   also have public ones?

7   A.   Yes.

8   Q.   And he suggested something to the effect that you must

9   have had a previous conversation because he mentions the word

10  "private."

11          MR. DAY:   Objection, Your Honor.   That's not the

12  testimony.   The testimony was, "The one I told you about was

13  private."

14          MR. DAVIDSON:   Understood, Judge.   I'll clarify.

15          THE COURT:   All right.

16  BY MR. DAVIDSON:

17  Q.   Now, if we go to page 2 of the transcript, Mr. Epstein.

18  That's the same transcript there and I can zoom in for you.

19          Can you tell us what Mr. Page says in the first --

20  starting at going up and down?

21  A.   It says, "I said you put your money away, but it out, I'll

22  give you three private deals.   You don't even think about it

23  for 12 months."

24  Q.   I'm sorry to interrupt you.   But Mr. Page earlier, on page

25  2 of Government Exhibit 1, mentions three private deals; and

WEDNESDAY, FEBRUARY 13th, 2013

1   then on page 6 he says the one I told you about was private.

2   The "private," did you understand him to be referring to the

3   private deal that he referred to on page 2?

4          MR. DAY:  Your Honor, again, that's the same thing.

5   He's asking this witness, in a round-about way to try to

6   determine what's in Mr. Page's mind.

7          MR. DAVIDSON:  Judge, the question is what

8   Mr. Epstein understood the word "private" and the "private

9   deal" that Mr. Page mentioned on page 6 and also the "private

10  deal" on page 2.

11         MR. DAY:  That wasn't the question.  The question was

12  what did you believe Mr. Page meant by that.  That was the

13  question.

14         MR. DAVIDSON:  I'll rephrase the question, Your

15  Honor, if I misspoke.

16  Q.  Mr. Epstein, when you heard Mr. Page on page 6 talk about

17  the private, presumably, deal, did you understand him to be

18  talking about a similar deal that he had discussed on page 2

19  involving three private deals?

20  A.  I'm really not sure.

21  Q.  Okay.  Turning to page 9, it's Mr. Page who brings up the

22  idea that criminals stay criminal, correct?

23  A.  Yes.

24  Q.  And it's Mr. Page who, a few sentences later says, "I

25  can't say for sure he would do something like this, but I

WEDNESDAY, FEBRUARY 13th, 2013

1  think he would entertain it."  What did you understand

2  Mr. Page to be talking about that Mr. Page thinks that this

3  other person might entertain something?

4          MR. DAY:  Your Honor, I'm going to object.  This goes

5  beyond cross-examination.  This particular portion of the

6  transcript was not discussed on cross-examination.  This is

7  just a rehash of the government's direct.

8          MR. DAVIDSON:  Judge, the cross-examination involved

9  Mr. Page not using certain terms.  And I'm asking Mr. Epstein

10 whether Mr. Page was the one using terms like "criminal" and

11 "staying a criminal."

12         THE COURT:  All right.  I'll overrule the objection.

13 Go ahead.

14 BY MR. DAVIDSON:

15 Q.  So going back, Mr. Epstein, to Mr. Page's statement after

16 a criminal staying a criminal, that Mr. Page thinks that he

17 would entertain it.  And this is on the bottom of page 9.

18 Again, I know you don't know what's inside Mr. Page's mind,

19 but what did you understand him to be talking about?

20 A.  That whomever he was talking about would entertain the

21 idea of the market program, as we've discussed.

22 Q.  On the next page -- and, again, going back to who uses

23 certain terms here.  On page 10 of Government Exhibit Number

24 1, who is it that talks about "press," "dollars," or "stock"?

25 A.  That's Page.

1   Q.  We'll fast forward to Government Exhibit 3-A on page 7.

2   And, again, going just to the idea that Mr. Day raised about

3   who uses certain terms.  Who is it that uses the term "taking

4   some stock to pay your deposit."

5   A.  That was Page.

6   Q.  And turning to page 9 on the top, who is it that describes

7   a "1-for-3 deal"?

8   A.  Marc Page.

9   Q.  And if you read that paragraph again, who is it that

10  claims to have pitched the 1-for-3 deal in that paragraph?

11  A.  That Page pitched the deal.

12  Q.  And who did you understand him to be referring to?

13      MR. DAY:  Your Honor, is this going to be a rehash of

14  the direct examination?  None of this was talked about at all

15  on cross-examination.

16      MR. DAVIDSON:  Judge, I remember Mr. Day specifically

17  asking about the 1-for-3 deal and how Mr. Epstein used the

18  word, not Mr. Page.  This is an instance where Mr. Page not

19  only says he understands the deal, but that he explained it to

20  somebody else.

21      MR. DAY:  That has nothing to do with the question of

22  whether Mr. Epstein was the one that proposed this to

23  Mr. Page.  Now asking him that doesn't allow the government to

24  go and dig up a portion of the transcript that they want to

25  that doesn't relate to the cross-examination.  It's just a

1  rehash of their direct examination.

2          MR. DAVIDSON:  Judge, I remember the 1-for-3 issue

3  coming up.  That's the only reason we wanted to raise --

4          THE COURT:  Mr. Day, did the 1-for-3 come up during

5  your cross?

6          MR. DAY:  Yes.  I asked Mr. Epstein who proposed the

7  1-for-3.  And he proposes it on page 1 of the first transcript

8  January the 25th.

9          THE COURT:  Okay.  I'll overrule it.  Go ahead.

10 BY MR. DAVIDSON:

11 Q.  So now we're returning to Government Exhibit 3-A and on

12 page 9.  I know you initially proposed the 1-for-3 deal.  But

13 on the top of this page, who is the one who claims that he

14 personally was pitching the 1-for-3 deal?

15 A.  Marc Page.

16 Q.  Turning to page 13 --

17         THE COURT:  Well, I caution you, Counselor.  Don't

18 get into things that were not covered on cross-examination.

19         MR. DAVIDSON:  I understand, Your Honor.  I'm trying

20 to tailor it specifically to the questions that Mr. Day

21 raised.

22         THE COURT:  I don't want to find out that all you're

23 doing is rehashing direct examination.

24         MR. DAVIDSON:  I'm trying not to, Your Honor.

25 Q.  Now, Mr. Aldazabal specifically raised this portion of the

WEDNESDAY, FEBRUARY 13th, 2013

1  transcript and he actually had us play it back.  And I want to

2  be sure that this is clear.

3        The sentence "Kevin, does it get any better than

4  that?"  Who did you understand to be saying that?

5  A.  That was Marc Page.

6  Q.  And as to the initial reaction, "Oh, my only concern is

7  time," who did you believe to say that?

8  A.  That's Kevin Brennan.

9  Q.  Now, having listened to the tape again, who did you

10 understand as to wanting to start the clock as soon as we can,

11 that second portion?

12 A.  Kevin Brennan.

13 Q.  I'm sorry, Mr. Brennan or -- I don't know, Tim, are you

14 able to pull that up again?  Or --

15 A.  I'm sorry, you're correct.  This is the -- the -- the one

16 where the first line was said by Brennan, and then the line

17 after that was Page.  There's a slight mistake in the

18 transcript.

19 Q.  And just to clarify, it's Page who says "as soon as we

20 can," that second portion?

21 A.  Yes.

22 Q.  Turning to page -- I guess, there is no page.  But

23 Government Exhibit 4-A, I think it's the fourth page.  It's

24 true that you were the one using the term "manipulating the

25 market," in that first half of the page there, correct?

WEDNESDAY, FEBRUARY 13th, 2013

1   A.   Yes.

2   Q.   And Page only says "right," correct?

3   A.   Correct.

4   Q.   Did you -- did Mr. Page ever say, "You know what, I don't

5   understand what you mean by the word 'manipulating the

6   market,' that's a new term for me"?

7   A.   He did not say that.

8   Q.   Did he ever say "Can you explain it to me?  I don't really

9   understand?"  Anything of that sort?

10  A.   No, he did not say that.

11  Q.   And when you listened to the tapes, did you hear any

12  wavering or hesitation or signs of confusion by Mr. Page to

13  suggest maybe he didn't really understand what you were

14  talking about?

15  A.   No.

16  Q.   And in reviewing the tapes, in anticipation of your

17  testimony, was there ever a time where you said, gee, you know

18  he really was just lost, he didn't understand anything that I

19  was saying, as to either Mr. Page or Mr. Brennan?  That when

20  you were explaining the program, notwithstanding the times

21  that you brought them up to speed, but at the later portions,

22  that they didn't understand what you were saying?

23  A.   No, they understood what I was saying.

24          MR. DAY:  Objection, again, Your Honor, to this

25  witness testifying as to what somebody else --

WEDNESDAY, FEBRUARY 13th, 2013

1          THE COURT:  Yeah, I'm going to sustain the objection.

2    He doesn't know if they did or not.  He assumes they did, I

3    guess.

4    BY MR. DAVIDSON:

5    Q.  At some point Mr. Brennan said, "Look, the timing

6    situation doesn't work out and you understood that that deal

7    was off for that time, correct?

8    A.  Yes.

9    Q.  All right.  And it was Mr. Page who reinitiated it in a

10   subsequent phone call, correct?

11   A.  That's correct.

12   Q.  And several days had gone by between approximately

13   February 3rd and -- when the deal you thought was off, and

14   February 22nd when Mr. Page called you back, correct?

15   A.  That's right.

16   Q.  And in those two weeks, or so, you sort of forgotten what

17   was going on, correct?

18   A.  Right.  I didn't --

19          MR. DAY:  Objection, Your Honor.  Again, this has

20   nothing to do with cross-examination.  This is doing a

21   redirect examination.  This is another direct examination.

22   Never any discussion on cross-examination about the time

23   between any type of calls.  Now the government is doing a

24   redirect examination.

25          THE COURT:  I'm going to sustain the objection.

WEDNESDAY, FEBRUARY 13th, 2013

```
 1              MR. DAVIDSON:  I'll move on, Your Honor.
 2    Q.  One final portion of the transcript before I ask you other
 3    questions.  Government Exhibit 8-A on page 5.  And, again,
 4    this is going to the use of terms.  It's you who say "My goal
 5    is to get your volume and your stock and get the price up."
 6    And it's Mr. Brennan who says, "That's what we're looking
 7    for," correct?
 8    A.  Yes.
 9    Q.  When you described what your goal is, did you exert any
10    other pressure or encouragement on Mr. Brennan or anyone else
11    to go forward with this deal?
12    A.  No.
13    Q.  Mr. Day asked you, you know, do you specifically recall
14    certain things.  Do you specifically recall tape, number one,
15    punching it or handing it to Mr. Epstein (sic).  And I want to
16    ask you about your ability to recall certain things.
17              When you came to the courthouse two days ago, do you
18    remember driving from where you live down to the courthouse?
19    A.  Yes.
20    Q.  And do you remember, generally, how you got up to the
21    tenth floor?
22    A.  Yes.
23    Q.  Do you have a specific recall of every single street that
24    you took from your home to Miami?
25    A.  No.
```

WEDNESDAY, FEBRUARY 13th, 2013

1   Q.  Do you have a specific recall of pushing the elevator

2   button?

3   A.  No.

4   Q.  Does that mean you took the stairs?

5   A.  No.

6           THE COURT:  He flew.

7   BY MR. DAVIDSON:

8   Q.  Did you fly up somehow?  Did you climb the walls?

9   A.  No.

10  Q.  But you're sure you took the elevator?

11  A.  Yes.

12  Q.  All right.  Mr. Day also asked you, do you remember using

13  the word "dear friend," I think it was, when describing the

14  stock broker.  Do you remember what was on page 8 of

15  Government Exhibit 8 -- actually, there is no page 8.  Do you

16  remember what's on page 1 or 2 of Government Exhibit 8?

17  A.  No.

18  Q.  You don't remember using the word "Richard" -- I mean, or

19  saying "Hey, Marc, how you doing"?

20  A.  No.

21  Q.  But that's what it says on the transcript.  Hey, Marc, how

22  ya doing."

23  A.  Then I said it.  It must be on the tape.

24  Q.  But you don't remember every single word that you said?

25  A.  No.

WEDNESDAY, FEBRUARY 13th, 2013

1   Q.  Mr. Day also asked you about the ability to push "play" on

2   the tape.  I want to be clear, are there any missing tapes

3   involving Mr. Page?

4   A.  To the very best of my knowledge, there are no missing

5   tapes with regards to Mr. Page or anyone else.

6   Q.  As to Mr. Brennan?

7   A.  As to Mr. Brennan also.

8   Q.  Do you recall making a tape and throwing it out?

9   A.  I never did that.

10   Q.  Do you recall printing out an email and saying, "I'll just

11   throw it in the trash"?

12   A.  No.

13   Q.  Do you remember telling Special Agent Sputo, you know, I

14   have this tape, but I don't really want it or it's not good,

15   or anything of that sort?

16   A.  No.

17   Q.  Do you remember in reviewing the tapes of the meeting any

18   references to something that wasn't in a tape or email that we

19   discussed already?  Do they ever mention something that

20   referred to another phone call?

21   A.  No.

22   Q.  Mr. Day asked you about corroborating evidence, that the

23   calls actually happened.  And I think you said, "I am the only

24   corroborating evidence."

25           I want to clarify something here.  You had a home

WEDNESDAY, FEBRUARY 13th, 2013

1  phone, correct?

2  A.  Yes.  A couple of them, yes.

3  Q.  And in your home phone you have a -- you pay the bills, I

4  guess?

5  A.  Yes.

6  Q.  And as far as you're aware, the phone company keeps

7  certain records, correct?

8  A.  Yes.

9  Q.  And when you were dealing with Mr. Page and Mr. Brennan,

10  you called them over the phone, except for the one meeting

11  that we observed, correct?

12  A.  Correct.

13  Q.  Do you have any reason to believe that their phone

14  companies also don't keep phone records?

15  A.  No.  I would suspect they do.

16  Q.  Okay.  As to your sentence, Mr. Day asked you about going

17  to jail for 25 years.  Did you really think that the judge was

18  going to put you away for 25 years for a white-collar crime?

19  A.  No.

20  Q.  Were you worried that that was a possibility that this

21  judge would do that to you?

22  A.  When I first saw her, I was exceedingly concerned.  I

23  discussed it with my attorney.

24  Q.  And, in fact, the guideline range, the advisory range was

25  significantly lower than 25 years, correct?

WEDNESDAY, FEBRUARY 13th, 2013

1    A.  That's correct, yes.

2    Q.  And what was the ballpark figure that we discussed

3    earlier?

4    A.  Um --

5    Q.  Was it about --

6    A.  It was 27 to 33 months.

7    Q.  So about two and a half years is what you were facing?

8    A.  That's correct.

9    Q.  And the government wanted you to go to jail for at least a

10   year?

11   A.  That's correct.  They requested 15 months on the low end.

12   Q.  Who ultimately decided your sentence?

13   A.  A federal judge.

14        MR. DAVIDSON:  One moment, Your Honor.

15        Your Honor, nothing further of Mr. Epstein.

16        THE COURT:  All right.  Any recross?

17        MR. DAY:  No, Your Honor.

18        MR. ALDAZABAL:  No, Your Honor.  Thank you.

19        THE COURT:  Are you finished with this witness, then,

20   everybody?

21        MR. DAVIDSON:  Yes, Your Honor.  Other than that he

22   is available to be recalled, if necessary.

23        THE COURT:  Okay.  Mr. Epstein, you're excused, but

24   you are subject to recall.

25        THE WITNESS:  Does that mean I'm here tomorrow?

WEDNESDAY, FEBRUARY 13th, 2013

1            THE COURT:  No.

2            MR. DAVIDSON:  Judge, I don't think he's necessary

3    tomorrow.  It's just to keep his cellphone and phone available

4    in case we need him.

5            THE COURT:  Yeah.  It may or may not happen.  So

6    you're free to go home.

7            THE WITNESS:  Thank you.

8            MR. SOTO:  Your Honor, at this time the government

9    calls Deborah Oremland.

10                          DEBORAH OREMLAND,

11        having been first duly sworn, testified as follows:

12            MR. SOTO:  May I proceed, Your Honor?

13            THE COURT:  Yes.

14                        DIRECT EXAMINATION

15    BY MR. SOTO:

16    Q.  Ms. Oremland, what do you do for a living?

17    A.  I'm an attorney with FINRA.

18    Q.  What is FINRA?

19    A.  FINRA is the Financial Industry Regulatory Authority and

20    we regulate the securities industry, broker dealers, and their

21    employees known as brokers.

22    Q.  Okay.  And what specific component do you work for in

23    FINRA?

24    A.  I work in what's called the Criminal Prosecution

25    Assistance Group, or CPAG.

WEDNESDAY, FEBRUARY 13th, 2013

1    Q.   What does CPAG do?

2    A.   We provide assistance to the government on criminal

3    investigations and prosecutions involving securities fraud and

4    related offenses.

5    Q.   Okay.  How long have you worked for FINRA?

6    A.   I've worked for FINRA for a little over 11 years.

7    Q.   And can you explain to the jury the various roles that

8    you've played for FINRA?

9    A.   Sure.  I worked for about three and a half years in what's

10   called the market regulation department in the fraud

11   surveillance section.  And I reviewed trading and various

12   securities for potential violation of the federal securities

13   laws and of the FINRA rules.

14        Then I went to the enforcement department where I

15   investigated broker dealers for violations of FINRA rules and

16   the federal securities law.

17   Q.   And what sorts of activities did you do or what role did

18   you play as an investigator for FINRA?

19   A.   In the enforcement department?

20   Q.   In the enforcement department, specifically.

21   A.   I conducted on-the-record testimony or depositions of

22   registered reps and reviewed member firms for potential

23   violations of our rules.

24   Q.   Yeah.  And the reason for my question is, I just want to

25   make sure that the jury understands whether you were an

WEDNESDAY, FEBRUARY 13th, 2013

1  investigator insofar as law enforcement where you'd be doing

2  undercover work or whether you did something different for

3  FINRA?

4  A.  Right.  No, nothing was undercover.  I was not a member of

5  law enforcement, strictly a FINRA employee.

6  Q.  Okay.  And so what sort of work do you do for the CPAG

7  group now?

8  A.  Right now I assist the government on criminal securities

9  cases.  And that assistance involves anything from analyzing

10  trading data and sometimes putting that analysis into an

11  exhibit and oftentimes testifying at trials.

12  Q.  Is FINRA a government agency?

13  A.  No.

14  Q.  Okay.  And so can you tell us whether your experience with

15  FINRA over the past 11 or so years has familiarized you with

16  certain terms and concepts common to the securities industry?

17  A.  Yes, it has.

18  Q.  Okay.  And you mentioned that as part of your duties, you

19  analyze data and create charts, right?

20  A.  That's right.

21        MR. SOTO:  Okay.  Your Honor, I'd like to move

22  Government's Exhibit 41 into evidence.  This is a chart that

23  the defensive has seen and has no objection to its

24  admissibility in this case.

25        MR. DAY:  Judge, I don't have any objection.

WEDNESDAY, FEBRUARY 13th, 2013

1          THE COURT:  All right.  Government's Exhibit 41 is

2   admitted.

3          MR. SOTO:  May I publish, Your Honor?

4          THE COURT:  Yes.

5      (Government's Exhibit 41 admitted into evidence.)

6   BY MR. SOTO:

7   Q.  Okay.  So directing your attention to Government's Exhibit

8   41, can you explain what that is?

9   A.  This is the price and volume chart for Optimized

10  Transportation Management or OPTZ.  And this depicts the daily

11  closing prices for the stock and also the daily share volume

12  or the number of shares that were traded by day for OPTZ for

13  the period of September 8th, 2009, through March 31st, 2010.

14  Q.  Okay.  And I would like to refer you to the table behind

15  Exhibit 41.  Can you explain what that is?

16  A.  Sure.  This also contains price and volume information for

17  OPTZ for the period of September 2009 through March 2010.

18          It not only contains the closing price and the volume

19  by day, but it also includes the number of trades that

20  occurred per day.

21  Q.  Okay.  And with the exception of the daily trade count,

22  were the date, the closing price, and the daily volume used in

23  order to create this chart?

24  A.  Yes.

25  Q.  Okay.  So you mentioned that this is a daily closing price

WEDNESDAY, FEBRUARY 13th, 2013

1   and share volume chart for a company called OPTZ.  Can you

2   tell us what you know about OPTZ?

3   A.   OPTZ trades on the Over-the-Counter Bulletin Board.

4   Q.   And what is the bulletin board?

5   A.   The bulletin board is a market where shares can trade, and

6   it's an electronic quotation system.  It's different from the

7   New York Stock Exchange and the NASDAQ which are -- they're

8   exchanges, and companies need to go through stringent

9   listings.  They have stringent listing requirements in order

10  to trade their stock on those exchanges.  They also have to

11  file periodic reports with the S.E.C.

12          The Over-the-Counter Bulletin Board is where stocks

13  that aren't listed on those exchanges are quoted or traded.

14  And those companies don't have to go through the stringent

15  listing requirements, as on the exchanges; but, you know, they

16  are required to file periodic reports with the S.E.C.

17  Q.   So notwithstanding the fact that OPTZ doesn't trade on one

18  of the exchanges, do you know, based upon your analysis

19  whether OPTZ is a reporting company?

20  A.   I do, yes.

21  Q.   And can you share that with us?

22  A.   It is a reporting company.

23  Q.   Can you explain what a reporting company is?

24  A.   It's a company that's required to make various reports

25  with the S.E.C., with the Securities and Exchange Commission.

WEDNESDAY, FEBRUARY 13th, 2013

1  They're required to make an annual report which is audited

2  which is known as a 10-K.  They're required to make quarterly

3  reports to the S.E.C. which are called 10-Qs, and a variety of

4  other reports to the S.E.C.

5  Q.  Okay.  Was OPTZ a reporting company between the months of

6  January and March of 2010?

7  A.  Yes.

8  Q.  Okay.  So let's take a look at the chart which you

9  described as a daily closing price and volume chart.

10         Where does this information derive from, the prices

11  and the volume?

12  A.  It's derived from Bloomberg.

13  Q.  What is Bloomberg?

14  A.  Bloomberg is a subscriber service that's widely used in

15  the securities industry.  It has information about companies

16  such as price and volume information and news and, like I

17  said, it's widely used in the industry.

18  Q.  Okay.  And is this information available to the public?

19  A.  Yes.

20  Q.  Is it -- is it available in real time, if you know?

21  A.  Yes.

22  Q.  Okay.  And what does that mean?  Can you explain what that

23  means, that it's available in real time?

24  A.  So that the public or investors can see how the stock is

25  trading in real time.  It -- you know, how the stock is

WEDNESDAY, FEBRUARY 13th, 2013

1  trading, you know, at the time where they're interested in

2  possibly investing in the company.

3  Q.  Okay.  And is this information that the investing public

4  makes use of in order to make its investing decisions?

5  A.  Yes.

6  Q.  Okay.  So let's take a look at Exhibit 41.  Can you

7  explain to the jury what the price and volume for OPTZ was

8  like, in general summary form, between the months of September

9  and early December of 2009.

10  A.  Sure.  Let me just point out how to read the chart.  The

11  numbers on the left-hand side of the chart correspond with the

12  volume of shares traded which is depicted by the blue columns.

13       And the numbers on the right-hand side represent the

14  price and that's reflective in the red line.  So from the

15  period of September 8th, 2009, to around the middle of

16  December, it is not -- the stock is not traded very actively.

17  In fact, there are many days where it doesn't trade at all.  I

18  think out of the 70 days between September of '09 and December

19  of '09, it only trades on about 16 days.

20  Q.  Okay.  And then it appears that sometime in mid-December

21  there's a significant spike in both price and volume, correct?

22  A.  That's right.

23  Q.  And what happens to the price and volume, more

24  specifically the price of the stock after December of 2009 and

25  through March of 2010?

1    A.   The price declines from its height of over a dollar,

2    several days after it reaches that height, to less than 60

3    cents.  At the end of December, by the end of the period

4    around March 2010, you know, it continues to increase -- I

5    mean, I'm sorry, decrease.  And at the end of the period it

6    closes to around 30 cents.

7    Q.   Okay.  So let's talk about price and volume.  Do you know

8    whether there's a relationship between price and volume?

9    A.   Yes.

10   Q.   Can you explain to the jury what that relationship is?

11   A.   Well, market conditions are dictated by the laws of supply

12   and demand.  And price can be affected based on how many

13   shares are available in the market.

14         So let's say there's a particular demand for a stock,

15   there's a lot of buyers who want to purchase the stock and

16   there's not a lot of shares available, that will cause the

17   stock price to increase.

18         And, on the other hand, if you have a lot of people

19   who want to sell their stock, there's a lot of interest in

20   selling and there comes to be a surplus of stock and not a lot

21   of interested buyers in the stock, that causes the price to

22   decrease.

23   Q.   So what effect does low volume have on buyer interest?

24   A.   It has a negative effect on buyer interest.  You're not

25   necessarily going to want to purchase a stock where you see

WEDNESDAY, FEBRUARY 13th, 2013

1  that there isn't a lot of trading, because then it indicates

2  that the stock is going to be traded, it's not a very liquid

3  investment.  So if you want to eventually sell the stock, it

4  might be difficult.

5  Q.  Okay.  So let's just define some terms quickly here before

6  we move on.

7        Can you define the term "volume"?

8  A.  Sure.  Volume is the amount of shares traded.

9  Q.  Okay.

10  A.  Bought and sold.

11  Q.  Bought and sold.  And in this chart the bars that indicate

12  volume are indicated on a per-day basis?

13  A.  Yes.

14  Q.  Okay.  You mentioned the term "thinly traded."  What does

15  that mean?

16  A.  It means that there aren't a lot of shares traded.

17  Q.  Okay.  And so was this company thinly traded between the

18  month of September 2009 and December 2009?

19  A.  Yes.

20  Q.  Was it thinly traded between late January and the end of

21  March of 2010?

22  A.  Yes.

23  Q.  Okay.  Can you explain to the jury what "liquidity" is?

24  A.  Liquidity refers to how easy it is to buy and sell your

25  stock without having an effect on the price.

WEDNESDAY, FEBRUARY 13th, 2013

1  Q.  Okay.  And during the period between January 25th, 2010,
2  and March of 2010, would you say that this stock was
3  displaying high or low liquidity?
4  A.  So -- it was still thinly traded, so I would say low
5  liquidity.
6  Q.  Okay.  And I think that you mentioned that the stock was
7  trading at somewhere between 20 and roughly 30 cents,
8  approximately?
9  A.  At the end of -- in March --
10  Q.  Between January of -- January 25th, 2010, and the end of
11  March 2010 -- or March 10, 2010, which is the end of the chart
12  here.
13  A.  Right.
14  Q.  Between 20 and 30 cents, roughly?
15  A.  Roughly, yes.
16  Q.  Okay.  And is there a term for a stock that trades for
17  less than a dollar?
18  A.  Well, they're called penny stocks.
19  Q.  So OPTZ was a penny stock?
20  A.  Yes.
21  Q.  That traded on the bulletin board, correct?
22  A.  Yes.
23  Q.  And can you explain -- you mentioned the electronic
24  quoting system before.  But how mechanically is it that one
25  would purchase a stock in the penny stock market on the

WEDNESDAY, FEBRUARY 13th, 2013

1  bulletin board?

2  A.  Well, it's all computerized, so you use a broker to make

3  those purchases.  And, basically, it's -- it's all at arm's

4  length so you can't really see who's on the other side of the

5  trade.  It's on an electronic format.  If you want to make an

6  order, you contact your broker and they will fill the order

7  for you.

8  Q.  Okay.  And so if you're making a decision to buy or sell a

9  stock, what information -- what sort of information are you

10  using in order to inform yourself about this?

11  A.  Well, you would look at the trading information, you would

12  look to see if there's any available news about the company

13  and, you know, any other information that's available to the

14  public.  In this case maybe an S.E.C. filing.

15  Q.  Okay.  So you mentioned trading information.  Would that

16  include the price and volume of the stock?

17  A.  Yes.

18  Q.  In real time?

19  A.  Yes.

20  Q.  And you mentioned news.  That's news about the company?

21  A.  That's right.  The company's news.

22  Q.  Okay.  So let me ask you this.  Does the fact that a

23  company is thinly traded -- let me ask this question a

24  different way.

25        Have you ever heard the term "market manipulation"?

WEDNESDAY, FEBRUARY 13th, 2013

1    A.    Yes.

2    Q.    What is that?

3    A.    It's when there's an interference in natural market

4    conditions, and it can be done in a variety of ways.  You can

5    manipulate the market by, you know, match trading,

6    pump-and-dump schemes, insider trading, and so on.

7    Q.    Okay.  So before we get into those terms, would you say

8    that it's easier or harder to engage in market manipulation

9    when a stock is thinly traded or where there is low volume in

10   the stock?

11   A.    It's easier to manipulate a stock when it's thinly traded.

12   Q.    And why is that?

13   A.    Because there aren't a lot of shares that are trading.  So

14   when you do make a certain type of transaction, it could have

15   a larger effect on the stock price and volume.

16   Q.    Okay.  And you mentioned a few examples of market

17   manipulation just now.  One was match trading.  Can you

18   explain what that is?

19   A.    Match trading is, basically, coordinated trading.

20   Normally when you're making a trade, you don't know who's on

21   the other side of the transaction, who is buying the shares

22   that you're selling.

23          But with match trading, it's a pre -- you prearrange

24   with whoever's going to be on the other side of the trade.  So

25   you're putting in -- you're selling a certain amount of shares

WEDNESDAY, FEBRUARY 13th, 2013

1  at a certain price and you know who is going to be buying

2  those shares at that price.

3  Q.  Okay.  And is match trading legal, illegal?

4  A.  It's illegal.

5  Q.  You also mention that another form of market manipulation

6  is the payment or the use of inside information, insider

7  trading?

8  A.  Right.

9  Q.  Can you explain what that is?

10  A.  Well, it's the use of what's called "material nonpublic

11  information" and trading on the basis of that information.

12  Q.  Would that include news that hasn't been made available to

13  the public?

14  A.  Yes.

15  Q.  Have you ever heard the term "front running" a stock?

16  A.  Yes.

17  Q.  Can you explain what that means to the jury?

18  A.  In the context of insider trading, "front running" means

19  trading ahead of a major company event, either buying shares

20  before a positive news event or, maybe, short selling before a

21  negative event.

22  Q.  Okay.  Have you ever heard of a pay-to-play scheme?

23  A.  Yes.

24  Q.  Can you explain what that is?

25  A.  That's when a broker will receive a kickback for selling

WEDNESDAY, FEBRUARY 13th, 2013

1  -- or buying shares for customers from a third party.

2  Q.  Okay.  When you say a "kickback," you mean payment --

3  A.  Payment.

4  Q.  -- in exchange for agreeing to purchase stock, correct?

5  A.  That's right.

6  Q.  And when you say for the broker's customers, you mean for

7  clients that he has discretionary -- or discretion over?

8  A.  Sure.

9  Q.  Client accounts, rather, that he has discretion over?

10 A.  For their customer accounts.

11 Q.  Okay.  All right.  So we mentioned a few terms here.  Is

12 it possible to use match trading to artificially increase the

13 price and volume of a stock?

14 A.  Yes.

15 Q.  Okay.  And I think you said it was easier to do in a

16 thinly-traded environment?

17 A.  Right.

18 Q.  What about a pay-to-play scheme?  Is that something that

19 you can do, one can do in order to artificially increase the

20 price and volume of a stock?

21 A.  Yes.

22 Q.  Okay.  Easier to do in a thinly-traded environment?

23 A.  Absolutely.

24 Q.  Okay.  And so when these schemes are occurring, let's just

25 talk about a pay-to-play scheme where a broker is being paid

WEDNESDAY, FEBRUARY 13th, 2013

1  to purchase a stock, as opposed to buying a stock because the

2  stock isn't appealing because it has the potential for

3  increasing.  What does that scheme, once it's in process, look

4  like to the outside public, the buying public?

5  A.  An outside investor doesn't know that somebody's getting

6  paid in order to buy the stock, so that investor -- the stock

7  has the appearance of an active market.  And that investor

8  would be likely to purchase shares in that stock because it

9  would look like an interesting investment because there's a

10 more active market.

11 Q.  Okay.  So, in other words, an outside investor not knowing

12 that the scheme is going on, would be more likely to want to

13 buy the stock?

14 A.  Yes.

15 Q.  Okay.  I'd like to close by focusing on just a few days on

16 this chart.

17        I'll direct your attention to the dates of February

18 2nd, 3rd, and 4th.  Can you see those?

19 A.  Yes.

20 Q.  Okay.  Maybe I can zoom in a little bit more.

21        Can you explain to the jury, if it's still visible,

22 how many OPTZ stocks traded on February 2nd?  How many trades

23 were consummated in OPTZ stock on February 2nd?

24 A.  How many trades or how many shares traded?

25 Q.  How many trades?

1   A.   How many trades.   On February 2nd there were 37 trades.

2   Q.   Okay.   And what does that mean, that there were 37 trades?

3   A.   That there were 37 times when someone -- where there were

4   buy-and-sell transactions.

5   Q.   Okay.   Does that mean that -- let me ask you a different

6   question.

7            Does the number 37 capture not only buyers and

8   sellers, but market makers?

9   A.   It does.

10  Q.   Okay.   And can you just briefly explain to the jury what a

11  market maker is?

12  A.   A market maker is a type of broker/dealer that's there to

13  facilitate trading in the over-the-counter markets.   They're

14  basically, like, a middleman.   They're there to put together

15  the buyer and the seller.

16  Q.   And how do they do that?

17  A.   Well, they would -- in the marketplace, they would buy the

18  shares from the -- from the buyer -- or, sorry, from a seller

19  initially and then sell those shares to the seller eventually.

20           So there's a couple of transactions in the middle

21  between the buyer of the shares and the subsequent seller of

22  those shares.

23  Q.   Okay.   So if a buyer and a seller want to purchase a stock

24  on a particular day and they use a market maker in order to do

25  so, would that amount to, in this column, this last column,

1    one or two trades?

2    A.   Two.

3    Q.   Two.  So for February 2nd, 2010, the number 37 could mean

4    that there were, in fact, roughly half that amount of trade,

5    but we're also including the market maker's involvement in

6    those trades?

7    A.   Yes.

8    Q.   Okay.  On February 3rd how many trades were there?

9    A.   48 trades.

10   Q.   Okay.  And on the 4th?

11   A.   43 trades.

12   Q.   Okay.  So of every available investor in the world, on

13   those three days only 37, 48, and 43 trades were made?

14   A.   That's correct.

15   Q.   Would that be consistent with a thinly-traded market or

16   heavily-traded market?

17   A.   Thinly traded.

18           MR. SOTO:  Okay.  I have no further questions, Your

19   Honor.

20           THE COURT:  All right.  Cross-examination.

21           MR. DAY:  I have just a few questions, Your Honor.

22                       CROSS-EXAMINATION

23   BY MR. DAY:

24   Q.   Good afternoon, Ms. Oremland.  How are you?

25   A.   Good.  Thank you.

WEDNESDAY, FEBRUARY 13th, 2013

1    Q.   Did I pronounce your name right?

2    A.   You did.

3    Q.   Ms. Oremland, as you have indicated, FINRA is a regulatory

4    agency, correct?

5    A.   That's right.

6    Q.   And it's not a government agency, right?

7    A.   Right.

8    Q.   As you've testified to, it's a private agency, correct?

9    A.   That's right.

10   Q.   But it's given the authority to regulate the securities

11   industry, correct?

12   A.   Right.  We regulate broker dealers who are registered.

13   Q.   Kind of like, I'm a member of the Florida Bar, that's a

14   private organization not public or a government organization?

15   A.   Yes.

16   Q.   Similar?

17   A.   Very.

18   Q.   Okay.  And pursuant to the authority that's given FINRA to

19   regulate broker dealers, there is licensing that is provided;

20   is that correct?

21   A.   That's right.

22   Q.   And pursuant to that licensing, individuals have to take

23   an exam, correct?

24   A.   That's right.

25   Q.   Like I did with the bar to become a member of the bar; is

WEDNESDAY, FEBRUARY 13th, 2013

1    that correct?

2    A.   Yes.

3    Q.   Okay.  And there are series -- or there are certain

4    numbers that are given to the licensing that's available

5    pursuant to FINRA; is that right?

6    A.   Yes.

7    Q.   Okay.  There is what is called a Series 7 license; is that

8    right?

9    A.   Yes.

10   Q.   Okay.  And as I understand it, that is the general

11   securities representative -- or, excuse me, an individual

12   would take the general securities representative examination?

13   A.   Yes.

14   Q.   Okay.  And they would actually take a class before that;

15   is that right?

16   A.   There is a class available.

17   Q.   Okay.  I guess, you could do it on your own, right?

18   A.   Right.

19   Q.   I mean, if you have the knowledge; is that correct?

20   A.   Sure.

21   Q.   I mean, all you have to do is to be able to pass the exam,

22   correct?

23   A.   Yes.

24   Q.   And if an individual passes that exam, then they,

25   obviously, they get the Series 7 licensing, correct?

WEDNESDAY, FEBRUARY 13th, 2013

1   A.   Yes.

2   Q.   And so that would then delineate them as someone who is

3   licensed as a general securities broker; is that correct?

4   A.   Yes.

5   Q.   Okay.  So, then, that individual has a certain amount of

6   expertise, correct?

7   A.   Yes.

8   Q.   Because they are doing that for employment, correct?

9   A.   Yes.

10   Q.   And individuals are coming to them and seeking them out in

11   their area of expertise, right?

12   A.   Yes.

13   Q.   And so FINRA wants to tell the general public that this

14   individual has achieved a certain level of competence and

15   skill in this particular area, correct?

16   A.   Yes.

17   Q.   Okay.  There is also a Series 63 license; is that correct?

18   A.   Yes.

19   Q.   And the Series 63 license, the individual has to take and

20   pass an exam called the Uniform Securities Agent State Law

21   Examination; is that right?

22   A.   Yes.

23   Q.   And then once they pass that examination, they are, again,

24   given the licensing, correct?

25   A.   Right.

WEDNESDAY, FEBRUARY 13th, 2013

1  Q.  And FINRA then approves of them having a certain amount of

2  skill with regard to that particular area, correct?

3  A.  Yes.  The 63 is, basically, the same as the 7.

4  Q.  Okay.  I see that.  What's the distinction between the

5  two?

6  A.  The Series 63 is a state law equivalent of the Series 7.

7  Q.  And the Series 7 is federal -- the federal --

8  A.  No.  It's -- you take the Series 63 so you can be

9  registered in multiple states.

10  Q.  I see.  Okay.  So if you have the Series 7 and you have

11  the Series 63, again, you have achieved a certain competence

12  and expertise with regard to being a broker of securities; is

13  that correct?

14  A.  Yes.

15  Q.  Okay.  And that's something that members of the public can

16  put their confidence in, is that correct, when someone is

17  licensed?

18  A.  Yes.

19  Q.  Okay.

20         MR. DAY:  Thank you, Ms. Oremland, I appreciate it.

21         MR. ALDAZABAL:  I just have one, Your Honor.

22                   CROSS-EXAMINATION

23  BY MR. ALDAZABAL:

24  Q.  Good afternoon.

25  A.  Good afternoon.

1    Q.   To do match trading, you have to own stock in a company,

2    correct?

3    A.   Yes.

4           MR. ALDAZABAL:  Thank you.

5           THE COURT:  He really did only ask one question.

6           MR. ALDAZABAL:  Your Honor, I speak truth.

7           THE COURT:  That's some kind of a major achievement.

8    Could I see the lawyers up here just a second, off the record.

9      (Off-the-record discussion, and proceedings continued:)

10          THE COURT:  All right.  Back on the record.

11          Ladies and gentlemen of the jury, there are other

12   witnesses and it's late in the day and I've decided to not

13   start with another witness.  We have some legal stuff to take

14   care of in the morning, so we'll allow you to sleep a little

15   longer, but don't sleep so long that you don't get here.

16          We're going to start at ten o'clock instead of nine

17   o'clock tomorrow morning.  In light of the fact that we'll

18   start at ten, there probably won't be a break, we'll go

19   straight until lunchtime.

20          Now, ladies and gentlemen, you're, again, advised to

21   not discuss the case amongst yourselves, don't discuss it with

22   anybody in the building.  And, by all means, when you go home

23   this evening, if you see friends and members of the family who

24   are dying to know what's going on in here, change the subject.

25          So get a good night's sleep and we will see you at

WEDNESDAY, FEBRUARY 13th, 2013

1  ten o'clock tomorrow morning.

2      (Jury withdrew from the courtroom at 4:51 p.m.)

3          MR. SOTO:  Your Honor, is the witness excused?

4          THE COURT:  Oh, I'm sorry.  No.  She's got to stay

5  here all night.

6          All right.  Thank you.  Where are you from?

7          THE WITNESS:  I'm from Washington, D.C.

8          THE COURT:  That's where I live.  I live in McLean,

9  Virginia.

10         THE WITNESS:  Oh, I'm from Arlington.

11         THE COURT:  I knew she looked familiar.  All right.

12  Thank you, very much.  And you are excused.

13         THE WITNESS:  Thank you.

14     (Proceedings were adjourned at 4:52 p.m.)

15

16                              * * *

17         I certify that the foregoing is a correct transcript

18  from the record of proceedings in the above matter.

19

20  Date:  September 5, 2013

21

22         s/ JUDITH M. WOLFF, CERTIFIED REALTIME REPORTER
           Signature of Court Reporter

23

24                              * * *

25

WEDNESDAY, FEBRUARY 13th, 2013

```
 1                      INDEX TO WITNESSES

 2    NAME                      D      C      RD      RC

 3    Richard Epstein (Cont'd)  2      4      224

 4    Deborah Oremland         242    258

 5

 6                            *  *  *

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

WEDNESDAY, FEBRUARY 13th, 2013

**$**

**$1.3 [1]** 170/23
**$1.7 [1]** 171/10
**$100 [2]** 130/6 207/18
**$115,000 [1]** 191/15
**$15,000 [2]** 107/19 108/1
**$20,000 [2]** 69/14 69/17
**$230,000 [1]** 155/20
**$234,000 [2]** 153/15 155/18
**$25,000 [1]** 225/4
**$250,000 [2]** 130/4 166/16
**$3 [1]** 171/19
**$300,000 [2]** 65/22 67/4
**$400,000 [1]** 144/18
**$5,000 [2]** 58/23 110/23
**$50,000 [1]** 71/18
**$500,000 [2]** 58/22 59/14
**$7500 [1]** 108/6
**$770,000 [2]** 173/19 174/21

**'**

**'08 [1]** 140/12
**'09 [8]** 111/22 140/4 140/15 169/2
 208/20 209/3 248/18 248/19
**'90s [2]** 7/18 7/19
**'manipulating [1]** 235/5

**0**

**05 [1]** 82/12

**1**

**1,000 [2]** 207/23 207/24
**1,666,667 [1]** 153/2
**1-for-3 [8]** 232/7 232/10 232/17 233/2
 233/4 233/7 233/12 233/14
**10 [8]** 53/19 53/24 74/16 174/19
 211/17 213/14 231/23 251/11
**10-acre [1]** 171/4
**10-K [1]** 247/2
**10-Qs [1]** 247/3
**100 [3]** 136/2 136/3 226/5
**100s [1]** 207/25
**10:26 [2]** 70/16 70/17
**10:45 [1]** 70/18
**10:46 [1]** 70/21
**11 [32]** 3/1 12/22 16/8 16/11 16/19
 17/5 21/12 21/13 21/15 21/17 21/23
 22/7 22/19 22/24 24/3 24/8 28/20 29/5
 29/13 30/24 31/5 31/8 32/12 60/14
 61/4 61/7 66/7 68/19 185/12 212/16
 243/6 244/15
**1100 [1]** 1/20
**11:41 [1]** 32/23
**11:54 [3]** 18/25 19/7 38/1
**11:55 [1]** 120/4
**11:59 [1]** 123/3
**12 [5]** 53/19 53/24 106/22 107/3
 229/23
**12-A [1]** 196/20
**12-CR-60064-RWG [1]** 1/2
**125,000 [1]** 110/21
**13 [7]** 1/4 107/17 108/5 108/10 185/19
 216/19 233/16
**14 [3]** 145/4 145/9 168/24
**15 [11]** 9/10 10/12 11/12 83/17 86/14
 147/1 147/2 162/17 167/14 187/18
 241/11
**15-minute [1]** 70/15
**15-plus [2]** 3/21 3/22

**15-year [1]** 9/14
**150,000 [1]** 78/23
**16 [3]** 82/25 216/14 248/19
**17 [6]** 70/11 70/25 108/15 140/10
 148/15 164/25
**18-A [1]** 216/11
**180 [1]** 86/15
**18s [1]** 78/23
**18th [1]** 221/10
**19 [1]** 78/19
**1994 [1]** 5/21
**1995 [2]** 6/19 8/6
**1996 [5]** 4/24 5/11 5/23 5/25 7/8
**1:15 [3]** 119/17 119/25 123/4
**1:17 [1]** 124/3
**1B1.3 [1]** 145/1
**1st [1]** 168/19

**2**

**2-2 [1]** 82/17
**20 [15]** 61/2 61/20 68/20 69/3 69/11
 69/25 72/6 78/24 80/22 81/13 132/1
 222/13 226/18 251/7 251/14
**200 [2]** 61/20 153/15
**2002 [3]** 172/25 173/10 174/10
**2003 [3]** 172/13 172/17 172/23
**2006 [2]** 98/4 98/5
**2008 [12]** 48/8 50/10 50/11 56/21
 106/22 107/18 108/5 108/10 108/15
 108/22 110/20 111/2
**2009 [29]** 12/23 16/9 23/3 30/24 32/12
 112/5 112/7 112/25 113/6 115/4
 137/3 137/4 137/8 137/25 138/2 139/2
 139/13 245/13 245/17 248/9 248/15
 248/24 250/18 250/18
**2010 [40]** 13/25 18/10 18/24 19/6 20/3
 21/9 22/20 24/6 27/21 28/6 32/23 33/7
 33/19 83/17 83/21 152/10 155/17
 156/8 168/11 168/19 168/24 169/15
 169/19 183/9 196/17 196/18 216/14
 221/10 245/13 245/17 247/6 248/25
 249/4 250/21 251/1 251/2 251/10
 251/11 251/11 258/3
**2011 [7]** 3/1 3/15 140/10 140/17 155/3
 155/17 155/20
**2013 [2]** 1/4 264/20
**21 [10]** 84/5 114/24 115/4 117/12
 117/17 117/18 126/5 162/17 167/14
 169/15
**22 [4]** 78/24 81/20 110/20 140/15
**22-A [1]** 221/11
**224 [1]** 265/3
**22nd [1]** 236/14
**23 [3]** 86/14 148/11 158/2
**234,000 [1]** 153/12
**242 [1]** 265/4
**25 [29]** 10/18 18/24 19/6 20/3 21/9
 21/12 22/20 24/5 27/21 28/6 29/5
 31/15 31/20 38/1 38/19 56/9 57/17
 61/22 83/21 129/16 132/8 132/16
 135/9 138/20 163/16 167/17 240/17
 240/18 240/25
**258 [1]** 265/4
**25th [4]** 13/25 233/8 251/1 251/10
**26 [1]** 6/19
**2655 [1]** 1/17
**27 [6]** 103/12 145/18 146/12 163/19
 167/11 241/6
**28 [4]** 32/20 124/10 125/11 125/17

**29 [2]** 159/5 160/15
**296 [1]** 1/7
**2:03 [1]** 221/11
**2:35 [1]** 180/12
**2:50 [1]** 180/13
**2:56 [1]** 182/12
**2B1.1 [2]** 144/7 144/13
**2nd [2]** 183/8 256/18 256/22 256/23
 257/1 258/3

**3**

**3-A [5]** 183/10 228/13 228/21 232/1
 233/11
**3-for-1 [2]** 213/6
**30 [9]** 25/7 102/5 108/22 141/18
 146/23 225/15 249/6 251/7 251/14
**30-second [1]** 205/11
**305 [1]** 1/24
**31 [1]** 172/19
**31st [1]** 245/13
**33 [5]** 145/18 146/12 163/19 167/11
 241/6
**33128 [1]** 1/24
**33132 [1]** 1/16
**33134 [1]** 1/18
**33301 [1]** 1/20
**37 [6]** 257/1 257/2 257/3 257/7 258/3
 258/13
**3:00 [1]** 108/22
**3rd [5]** 188/6 188/6 236/13 256/18
 258/8

**4**

**4-A [1]** 234/23
**40 [4]** 25/7 126/14 141/18 146/20
**400 [1]** 1/23
**41 [6]** 244/22 245/1 245/5 245/8
 245/15 248/6
**41,000 [1]** 78/22
**43 [2]** 258/11 258/13
**48 [2]** 258/9 258/13
**4:51 [1]** 264/2
**4:52 [1]** 264/14
**4th [3]** 196/18 256/18 258/10

**5**

**5,000 [1]** 59/15
**5-A [1]** 188/5
**50 [2]** 25/7 67/25
**50,000 [3]** 71/15 109/1 225/4
**500 [1]** 124/24
**500,000 [2]** 58/23 59/15
**51 [1]** 148/10
**52 [2]** 148/1 148/2
**523-5294 [1]** 1/24
**5294 [1]** 1/24
**53 [1]** 158/1
**56,000 [1]** 80/5
**5K [1]** 160/11
**5K1 [1]** 133/3
**5K1.1 [6]** 134/5 134/15 134/22 135/5
 146/9 158/17

**6**

**6-A [2]** 106/14 106/21
**6-B [1]** 107/17
**60 [2]** 82/18 249/2
**62 [1]** 164/3
**63 [8]** 6/16 11/9 261/17 261/19 262/3
 262/6 262/8 262/11

**7**

**70 [1]** 248/18
**700 [1]** 1/17
**74 [2]** 173/18 174/20

**8**

**8-4 [1]** 85/19
**8-4-5 [1]** 85/19
**8-5 [1]** 85/19
**8-A [1]** 237/3
**8:59 [1]** 1/5
**8N09 [1]** 1/23
**8th [2]** 245/13 248/15

**9**

**9,500,000 [1]** 197/16
**9-A [1]** 144/3
**989,000 [3]** 152/10 152/13 152/24
**99 [1]** 1/15
**9:03 [1]** 2/12
**9th [1]** 168/19

**A**

**a.m [8]** 1/5 2/12 70/16 70/17 70/18 70/21 120/4 123/3
**abide [7]** 127/19 128/7 128/25 129/2 132/11 132/22 134/13
**abided [1]** 133/7
**ability [8]** 11/21 158/13 158/23 159/24 202/3 224/11 237/16 239/1
**able [15]** 4/1 5/5 6/23 26/24 29/17 79/2 79/3 102/25 118/12 118/23 141/17 188/13 198/15 234/14 260/21
**about [270]**
**above [3]** 133/22 143/17 264/18
**absent [1]** 113/21
**absolutely [20]** 12/19 17/2 55/9 69/6 69/8 70/2 70/14 124/24 133/4 135/4 135/8 142/8 149/18 151/8 164/18 165/2 178/22 180/2 192/7 255/23
**absolving [1]** 161/23
**accept [3]** 47/10 47/12 47/13
**access [1]** 24/7
**accomplish [2]** 137/16 205/14
**according [5]** 101/22 150/7 171/4 176/5 176/7
**account [8]** 18/1 48/17 96/20 107/19 108/6 108/8 137/19 197/15
**accounting [3]** 210/7 210/11 211/10
**accounts [10]** 25/8 25/9 48/21 48/22 48/23 55/12 55/24 212/20 255/9 255/10
**accumulated [1]** 154/20
**accuracy [1]** 46/25
**accurate [12]** 46/21 46/23 48/1 109/4 110/8 136/1 136/2 136/3 165/13 165/14 172/2 172/5
**accused [1]** 3/25
**accusing [2]** 27/8 27/10
**achieved [2]** 261/14 262/11
**achievement [1]** 263/7
**achieving [1]** 181/13
**acknowledges [1]** 192/12
**acquire [1]** 190/20
**acquiring [2]** 123/11 207/9
**acquisition [12]** 124/19 124/25 188/24 190/2 190/2 190/7 190/24 191/3 192/5 203/19 210/21 225/6
**acquisitions [2]** 190/17 190/25

**acre [1]** 171/4
**act [1]** 3/20
**acting [2]** 98/15 115/9 115/10
**action [2]** 84/8 84/13
**actions [2]** 106/17 161/25
**active [4]** 112/17 112/21 256/7 256/10
**actively [3]** 10/19 126/8 248/16
**activities [2]** 3/9 243/17
**activity [8]** 105/16 105/22 109/1 118/3 118/13 144/14 144/16 161/3
**acts [3]** 104/14 106/15 106/17
**actual [7]** 106/17 112/8 132/4 144/20 201/12 202/8 215/20
**actually [44]** 5/20 14/6 23/7 37/13 47/1 60/2 61/21 83/8 94/25 108/7 114/7 115/25 134/20 136/15 139/2 139/5 148/14 183/10 183/11 183/14 184/9 184/18 184/22 186/16 188/4 189/16 195/15 197/23 199/7 201/25 202/13 205/10 205/23 206/5 211/11 213/9 215/11 216/25 217/25 222/6 234/1 238/15 239/23 260/14
**add [1]** 145/9
**added [3]** 177/16 211/6 211/8
**address [5]** 15/17 16/6 130/20 187/10 192/15
**addressed [1]** 160/12
**adequately [1]** 162/17
**adjourned [1]** 264/14
**adjudicated [1]** 199/18
**admissibility [1]** 244/24
**admission [2]** 157/16 176/14
**admit [5]** 88/23 89/25 157/22 158/8 177/1
**admitted [12]** 18/19 31/25 34/5 38/12 89/12 114/8 114/9 114/13 157/12 202/21 245/2 245/5
**admitting [1]** 152/17
**advance [2]** 43/24 107/20
**advantage [1]** 54/6
**advised [2]** 119/17 263/20
**advisory [1]** 240/24
**affect [1]** 181/4
**affected [2]** 162/1 249/12
**afford [1]** 208/3
**AFPD [1]** 1/19
**after [44]** 6/2 38/10 38/15 41/22 41/25 42/2 58/7 58/10 59/6 76/4 83/20 100/9 112/3 117/21 126/5 136/15 140/19 148/13 148/19 148/25 154/13 154/16 154/24 180/15 180/18 184/14 184/22 185/21 187/25 188/21 189/1 199/14 199/16 200/23 201/12 217/13 225/12 226/22 226/22 227/6 231/15 234/17 248/24 249/2
**afternoon [6]** 123/8 182/19 182/20 258/24 262/24 262/25
**again [62]** 8/8 8/21 10/21 14/2 17/25 42/20 45/6 45/22 53/25 65/16 65/20 67/22 67/23 69/24 70/5 71/21 77/8 77/10 77/16 78/8 79/9 82/9 82/23 83/3 83/12 84/5 84/24 96/19 107/9 119/18 125/4 142/4 152/25 153/4 153/21 154/16 155/8 169/20 170/18 181/17 185/14 185/23 188/4 189/17 202/12 207/8 208/11 209/7 227/17 230/4 231/18 231/22 232/2 232/9 234/9 234/14 235/24 236/19 237/3 261/23 262/11 263/20
**against [18]** 103/15 103/22 111/1

116/16 116/25 117/2 139/23 152/9 153/8 170/4 172/13 173/4 173/7 175/8 177/18 177/24 179/2 179/7
**age [1]** 85/15
**agency [4]** 244/12 259/4 259/6 259/8
**agenda [1]** 203/21
**agent [58]** 6/12 31/16 32/3 32/6 33/3 33/10 34/3 34/8 35/6 35/8 35/13 35/24 36/24 39/4 39/19 39/22 41/19 41/23 41/25 42/4 42/9 112/8 112/12 148/5 148/18 149/4 149/8 149/10 149/22 150/4 150/8 150/14 151/6 151/6 152/9 152/16 152/21 153/6 155/1 155/24 156/9 157/11 157/18 161/10 165/15 165/20 165/24 166/2 167/20 170/4 170/7 170/20 171/13 171/17 172/6 239/13 261/20
**agent's [1]** 149/1
**agents [2]** 116/2 151/18
**ago [4]** 82/19 222/4 222/14 237/17
**agree [12]** 107/15 127/7 127/10 127/16 127/18 129/19 132/22 134/2 134/3 144/6 161/20 174/12
**agreed [19]** 28/13 88/22 89/2 101/1 103/19 107/15 107/16 133/9 141/20 145/20 145/23 159/1 159/2 168/15 168/18 176/24 198/15 226/22 227/6
**agreeing [7]** 105/8 106/6 125/18 125/20 134/13 134/14 255/4
**agreement [51]** 117/6 124/10 125/10 125/17 125/25 127/6 127/13 128/5 129/1 129/1 130/22 132/12 132/13 132/23 133/7 133/8 133/11 133/13 133/15 133/18 134/14 135/21 136/16 136/24 136/25 137/1 137/12 137/15 137/20 137/23 138/2 138/6 138/14 138/18 139/6 140/6 142/19 144/23 156/21 156/23 157/3 157/5 161/4 162/22 163/6 163/10 167/23 176/12 177/6 198/10 198/10
**agreements [1]** 105/15
**agrees [4]** 128/12 132/23 196/4 196/6
**ahead [16]** 12/2 15/3 15/24 17/19 82/25 89/10 90/23 124/5 174/15 182/15 194/4 200/14 215/7 231/13 233/9 254/19
**airport [2]** 187/5 187/6
**Aldazabal [4]** 1/17 122/10 180/18 233/25
**Alec [1]** 97/12
**alert [2]** 226/23 227/4
**Alex [15]** 1/14 97/4 97/4 97/18 97/24 98/12 98/14 98/19 98/23 99/3 100/3 101/8 105/3 107/10 107/12
**Alex's [5]** 97/21 97/22 98/8 98/10 99/16
**alive [1]** 102/10
**all [131]** 2/2 2/4 2/13 2/15 2/17 4/5 4/13 6/16 14/8 16/15 17/8 19/17 21/11 26/2 26/11 26/22 27/19 31/24 38/11 41/10 53/17 55/7 55/25 57/9 57/14 61/23 63/9 63/23 64/1 70/19 78/2 81/22 84/12 89/20 90/25 91/20 103/5 103/11 110/3 113/25 114/2 114/6 114/8 114/21 115/24 119/14 120/14 120/19 121/11 121/11 121/22 122/3 123/25 124/4 128/19 133/21 135/19 143/5 158/1 165/1 167/8 167/25 169/6 175/5 178/24 180/24 181/19 182/11 182/13 183/7 184/12 184/24 185/13 185/24

**A**

**all... [57]** 186/16 187/9 191/24 194/22 196/11 201/1 201/2 203/11 203/20 205/11 208/2 209/23 210/2 210/15 211/4 212/10 212/15 213/4 213/5 213/7 213/9 214/2 214/7 215/9 217/12 219/2 219/2 219/15 219/25 221/17 221/18 222/25 223/19 225/2 225/3 225/22 228/7 228/13 229/15 231/12 232/14 233/22 236/9 238/12 241/16 245/1 248/17 252/2 252/3 255/11 258/20 260/21 263/10 263/22 264/5 264/6 264/11
**allegation [2]** 173/17 175/11
**allegations [2]** 172/25 175/7
**allege [1]** 104/13
**alleged [2]** 106/18 173/24
**alleges [1]** 103/18
**Alliance [5]** 173/14 173/15 173/17 174/1 175/1
**allocated [1]** 124/20
**allow [4]** 89/25 168/15 232/23 263/14
**allowed [16]** 68/8 87/17 130/22 154/1 154/5 154/8 154/21 156/7 156/10 167/1 168/8 169/1 196/15 196/19 198/6 198/25
**almost [1]** 212/25
**along [15]** 34/2 41/10 50/1 81/24 99/23 100/2 101/25 112/12 136/7 141/23 148/13 148/25 150/7 173/13 206/20
**already [33]** 22/16 26/9 41/4 55/15 65/22 67/3 78/15 82/5 86/4 86/14 88/24 90/5 98/10 115/3 139/13 147/1 182/2 183/4 193/1 198/18 198/24 199/8 199/18 202/21 202/22 206/15 208/12 212/10 212/20 216/25 217/5 218/14 239/19
**also [58]** 6/11 8/3 39/5 48/12 49/17 50/18 51/19 52/9 52/22 53/18 54/14 55/12 60/25 91/5 93/1 93/22 96/15 104/25 105/15 105/22 106/4 110/3 115/20 120/21 122/15 123/7 141/17 147/19 153/25 158/20 168/21 169/1 169/13 169/23 171/1 173/24 175/1 178/11 180/18 181/21 183/17 184/2 190/13 216/4 221/7 229/6 230/9 238/12 239/1 239/7 240/14 245/11 245/16 245/19 246/10 254/5 258/5 261/17
**always [1]** 37/5
**am [13]** 10/2 10/7 11/5 11/18 57/5 107/9 136/1 137/24 154/16 183/18 185/7 192/13 239/23
**ambiguity [1]** 57/12
**amenities [4]** 204/4 204/13 204/21 205/7
**AMERICA [2]** 1/3 73/3
**Americans [1]** 25/8
**amongst [2]** 119/18 263/21
**amount [21]** 5/3 144/1 144/22 144/23 145/1 145/4 153/20 154/23 155/9 163/23 216/3 216/4 218/25 225/3 227/15 250/8 253/25 257/25 258/4 261/5 262/1
**amounts [1]** 25/9
**analysis [2]** 244/10 246/18
**analyst [2]** 10/3 10/3
**analyze [1]** 244/19
**analyzed [1]** 67/24

**analyzing [1]** 244/9
**and/or [1]** 121/16
**Angeles [1]** 173/10
**ankle [2]** 166/22 166/23
**announcement [1]** 37/6
**announces [1]** 37/25
**annual [1]** 247/1
**another [24]** 30/18 72/1 80/12 83/12 86/4 86/10 86/25 87/10 115/22 125/4 134/8 141/16 150/13 150/13 185/14 190/3 210/24 211/8 222/7 226/24 236/21 239/20 254/5 263/13
**answer [18]** 5/24 11/18 11/18 17/9 18/3 19/17 25/21 36/12 38/23 59/12 66/9 72/7 134/17 137/10 142/5 176/5 200/6 222/21
**answered [3]** 10/10 45/15 57/11
**answers [4]** 44/2 44/4 63/11 192/14
**anti [1]** 173/25
**anti-fraud [1]** 173/25
**anticipate [1]** 174/16
**anticipation [1]** 235/16
**any [98]** 3/10 3/12 3/20 21/14 28/19 29/3 29/8 29/12 31/5 35/8 35/13 35/16 36/1 36/4 37/3 37/17 37/19 41/13 41/13 41/18 41/22 44/25 45/3 50/23 51/12 53/25 60/18 64/14 64/17 64/21 64/22 64/23 64/24 64/24 67/9 77/1 78/10 78/10 81/16 81/20 81/22 100/5 104/16 116/17 117/15 117/15 118/23 119/1 119/4 119/19 122/20 125/13 128/1 133/6 134/9 142/5 148/6 149/2 158/2 160/17 160/24 161/17 161/23 162/3 162/4 163/10 164/9 166/12 167/25 176/9 177/1 180/22 181/3 181/10 183/4 185/20 187/13 188/22 191/10 191/18 196/16 218/17 218/22 220/17 226/23 227/4 234/3 235/11 236/22 236/23 237/9 239/2 239/17 240/13 241/16 244/25 252/12 252/13
**anybody [6]** 34/3 77/1 119/19 119/22 191/9 263/22
**anyhow [2]** 84/24 163/25
**anymore [4]** 83/10 149/3 171/24 189/23
**anyone [4]** 20/23 33/13 237/10 239/5
**anything [31]** 16/18 21/23 24/14 27/11 74/3 79/3 87/10 100/20 113/6 119/20 121/21 122/1 165/20 165/23 166/11 180/7 184/24 185/19 188/13 189/23 192/6 192/12 193/15 203/1 222/2 223/9 224/4 235/9 235/18 239/15 244/9
**anyway [4]** 90/19 190/9 205/2 208/2
**anywhere [1]** 200/13
**apologies [2]** 72/1 91/2
**apologize [1]** 25/20
**apparently [3]** 62/17 62/19 114/18
**appealing [1]** 256/2
**appear [8]** 14/21 16/10 21/5 21/6 46/19 105/5 123/19 227/14
**appearance [6]** 111/22 117/22 140/14 140/20 180/22 256/7
**APPEARANCES [1]** 1/13
**appeared [1]** 194/14
**appearing [1]** 21/9
**appears [8]** 21/7 59/25 66/4 67/1 137/3 139/7 197/13 248/20
**Apple [1]** 191/24
**applies [1]** 89/20

**appreciate [2]** 113/17 262/20
**approach [2]** 14/11 114/10
**appropriate [2]** 116/7 166/6
**approval [1]** 143/2
**approved [2]** 199/11 199/12
**approves [1]** 262/1
**approximate [1]** 7/16
**approximately [17]** 7/18 9/10 10/11 18/25 19/7 107/18 108/6 108/22 110/21 110/22 155/18 173/19 174/21 224/19 224/22 236/12 251/8
**April [2]** 168/24 169/2
**are [137]** 2/3 2/20 2/21 3/7 9/4 9/11 9/25 10/1 10/5 11/17 15/14 19/8 19/12 24/16 28/1 28/9 28/16 29/21 31/7 40/4 40/23 41/12 54/15 54/18 54/23 54/24 61/1 61/15 63/3 63/6 64/14 77/15 79/24 79/24 80/6 81/25 89/24 90/1 90/11 91/4 93/9 101/25 102/9 106/17 106/17 112/14 116/5 116/9 119/17 119/21 121/25 122/19 122/19 123/13 123/25 126/23 128/4 128/4 131/19 131/22 134/14 143/1 143/2 143/5 143/5 149/2 149/2 155/4 162/24 183/1 183/14 184/15 184/25 185/12 186/19 187/1 188/18 189/21 189/22 189/25 190/6 192/13 193/4 197/15 200/20 201/5 201/6 201/22 202/5 204/3 205/18 205/21 205/21 205/22 205/22 207/9 209/21 210/20 216/20 218/15 219/2 221/16 221/17 222/18 222/19 227/16 228/7 228/16 228/18 234/13 239/2 239/4 241/19 241/24 246/7 246/13 246/16 247/3 248/17 249/11 249/13 250/12 252/9 253/13 255/24 258/24 259/12 260/3 260/3 260/4 261/8 261/10 261/23 263/11 263/24 264/6 264/12
**area [13]** 3/11 9/4 10/1 10/2 10/4 11/12 12/8 27/14 124/15 195/23 261/11 261/15 262/2
**aren't [3]** 246/13 250/16 253/13
**argue [2]** 10/23 147/15
**argument [1]** 142/10
**argumentative [4]** 9/24 11/24 26/9 107/10
**Arlington [1]** 264/10
**arm's [1]** 252/3
**arms [1]** 197/2
**around [4]** 122/13 248/15 249/4 249/6
**arrest [5]** 111/7 112/3 140/22 166/15 166/17
**arrested [12]** 3/20 111/4 199/14 224/14 224/20 225/1 225/18 226/8 226/22 227/1 227/8 227/9
**arrive [1]** 202/13
**arrived [1]** 214/16
**art [1]** 135/1
**artifices [1]** 104/6
**artificially [4]** 105/4 105/10 255/12 255/19
**aside [1]** 128/14
**ask [74]** 4/9 4/10 4/10 11/2 11/17 11/24 11/24 14/8 14/16 15/1 17/16 19/4 26/5 35/6 36/19 38/13 41/9 45/11 45/12 45/15 45/18 45/22 54/1 54/2 54/4 54/5 84/6 84/12 89/15 90/6 90/13 97/22 101/20 103/11 114/14 121/7 133/6 133/16 134/14 134/19 135/6 137/1 141/20 149/1 162/1 163/23 176/3

# A

**ask... [27]** 180/14 181/10 182/23 183/4 183/18 185/2 185/3 186/2 186/19 187/10 192/12 194/6 197/7 200/17 201/10 203/24 205/10 205/10 223/9 223/11 223/12 237/2 237/16 252/22 252/23 257/5 263/5
**asked [44]** 9/25 11/20 12/10 16/4 22/9 26/6 26/19 27/6 36/11 42/12 43/15 44/13 45/14 49/17 57/11 94/13 98/14 120/21 120/24 121/13 124/15 130/25 131/2 133/6 146/11 150/8 150/16 167/14 183/5 187/14 189/4 195/8 198/13 224/11 225/22 227/24 228/8 229/3 233/6 237/13 238/12 239/1 239/22 240/16
**asking [39]** 14/22 14/25 15/20 16/14 22/15 23/12 25/14 27/11 30/20 30/20 38/18 38/18 45/7 46/23 58/20 59/8 68/20 69/16 69/21 71/9 72/1 72/23 77/21 80/1 84/5 98/19 101/22 125/16 131/21 156/10 162/2 162/25 175/21 187/5 208/23 230/5 231/9 232/17 232/23
**asks [2]** 77/22 187/1
**aspect [1]** 213/18
**ass [1]** 93/22
**assessment [1]** 130/6
**assist [1]** 244/8
**assistance [4]** 134/7 242/25 243/2 244/9
**assistant [1]** 115/6
**associate [4]** 25/5 25/6 97/10 97/12
**associated [2]** 153/2 160/18
**associates [4]** 126/17 127/17 138/10 138/12
**assume [7]** 6/21 66/23 72/22 93/4 159/2 166/13 178/4
**assumes [1]** 236/2
**assuming [4]** 3/21 35/6 82/15 181/2
**assure [1]** 116/9
**assured [1]** 149/4
**attachment [1]** 88/13
**attachments [1]** 16/10
**attempt [1]** 141/7
**attempting [1]** 178/5
**attention [7]** 58/13 71/1 75/6 124/9 197/13 245/7 256/17
**attorney [10]** 1/15 102/25 111/25 112/12 112/20 115/7 115/10 200/12 240/23 242/17
**Attorney's [5]** 120/19 123/10 173/7 175/19 176/8
**attributed [1]** 185/21
**Audio [1]** 186/4
**audited [1]** 247/1
**August [1]** 173/10
**AUSA [3]** 1/14 1/14 112/11
**authorities [2]** 161/3 176/7
**authority [5]** 118/19 200/4 242/19 259/10 259/18
**authorized [2]** 219/1 219/7
**automobiles [1]** 161/14
**available [17]** 102/15 122/13 123/13 132/24 241/22 242/3 247/18 247/20 247/23 249/13 249/16 252/12 252/13 254/12 258/12 260/4 260/16
**Avenue [1]** 1/23
**avoid [1]** 110/1

**aware [18]** 102/9 118/3 121/10 121/14 121/18 124/16 124/18 130/19 131/22 131/24 161/4 174/18 178/16 178/17 178/19 180/25 181/2 240/6
**away [6]** 70/6 102/12 102/14 160/25 229/21 240/18
**awhile [1]** 210/5

# B

**back [45]** 4/24 20/21 39/1 63/1 63/4 65/12 65/14 66/13 72/8 76/21 76/24 77/19 80/9 80/17 82/17 84/2 86/13 113/24 133/19 148/14 157/11 169/13 174/10 191/19 198/11 200/16 201/2 201/7 201/9 208/20 209/1 209/2 210/4 211/18 213/10 213/10 216/25 218/3 225/17 229/2 231/15 231/22 234/1 236/14 263/10
**background [2]** 120/17 210/11
**backtrack [1]** 5/22
**bad [1]** 88/21
**ball [2]** 112/18 119/6
**ballpark [2]** 224/22 241/2
**ban [1]** 198/11
**bank [1]** 137/19
**bankers [1]** 86/13
**banking [1]** 61/1
**bar [3]** 259/13 259/25 259/25
**Barney [6]** 8/3 8/6 8/9 8/17 8/19 9/20
**bars [1]** 250/11
**base [1]** 144/10
**based [18]** 12/14 12/16 12/18 12/20 59/10 145/1 147/4 178/1 179/10 179/16 179/17 197/20 201/20 210/2 213/17 218/4 246/18 249/12
**basic [1]** 81/25
**basically [42]** 125/11 185/7 187/4 187/13 187/17 187/25 188/10 188/17 189/21 190/3 190/10 191/3 193/4 194/6 194/7 195/9 196/1 201/7 202/17 202/20 202/21 203/20 208/8 209/13 210/15 210/25 211/5 211/14 211/16 212/1 212/22 213/3 213/7 217/7 217/13 221/17 221/24 226/11 252/3 253/19 257/14 262/3
**basis [12]** 8/24 9/11 34/12 34/14 73/3 73/5 73/11 118/16 149/19 155/16 250/12 254/11
**be [192]** 2/12 3/4 3/17 3/20 3/22 4/3 5/5 5/5 6/24 9/24 10/18 14/21 15/22 17/9 20/12 23/12 24/7 28/20 29/5 29/10 29/14 29/17 32/19 38/5 38/16 40/7 41/1 46/19 46/19 46/21 46/23 46/25 47/4 47/7 47/13 50/1 51/5 51/17 51/19 52/19 53/25 54/6 54/25 63/8 63/9 63/10 66/4 67/1 68/24 69/1 70/12 70/19 70/22 72/8 78/5 78/9 78/9 78/24 79/2 79/3 81/17 81/25 82/16 84/4 86/5 90/6 92/1 92/14 92/17 95/18 95/21 102/15 105/5 107/9 107/19 109/14 110/21 112/13 113/23 114/7 116/16 118/9 118/20 120/7 120/9 120/12 121/10 121/14 124/4 124/13 128/14 129/6 129/16 132/16 132/18 136/9 137/3 137/10 138/10 139/23 141/25 142/6 142/20 144/14 144/16 144/25 147/16 149/3 151/22 154/1 156/24 158/2 161/5 162/25 165/2 165/7 166/11 166/23 171/10 176/6 180/17 181/15 181/21

181/22 182/4 182/13 183/8 183/18 183/20 188/5 188/13 188/16 188/17 188/21 188/23 189/7 189/9 194/19 196/18 197/20 198/15 201/11 201/11 202/6 206/19 207/24 209/16 209/19 213/21 213/23 214/13 214/21 215/1 216/16 216/16 219/6 222/14 223/18 226/2 226/3 226/4 226/10 226/11 227/6 230/2 230/17 231/2 231/19 232/12 232/13 234/2 234/4 238/23 239/2 241/22 244/1 249/12 249/20 250/2 250/4 253/4 253/24 254/1 256/8 256/12 258/15 260/21 262/8 263/18
**bear [2]** 44/25 45/2
**beautiful [1]** 74/8
**became [2]** 8/16 209/8
**because [90]** 2/7 22/8 25/24 29/21 35/2 44/16 45/13 47/17 49/7 49/15 50/14 52/7 56/4 59/19 64/14 64/25 65/22 69/2 69/3 69/24 72/9 79/22 81/2 82/15 82/16 83/5 88/15 88/25 89/23 90/3 102/5 114/18 115/1 118/22 119/23 119/24 120/17 136/5 138/20 141/8 141/15 149/3 156/20 156/23 161/10 161/24 163/6 165/5 166/9 172/12 174/18 175/11 177/13 180/24 181/23 187/14 188/13 189/7 192/23 193/20 193/20 195/17 195/19 195/25 202/9 206/13 206/15 206/19 208/24 210/18 210/23 212/25 213/14 214/15 215/24 219/22 224/5 229/9 250/1 253/13 256/1 256/2 256/8 256/9 261/8
**become [2]** 10/16 259/25
**becomes [1]** 191/24
**been [62]** 4/13 6/2 10/12 11/12 14/15 20/10 28/3 31/13 31/25 32/11 34/5 34/8 34/19 34/22 35/25 38/12 41/4 42/4 45/14 57/1 57/1 76/4 89/12 91/15 109/20 114/2 114/13 117/16 120/22 121/9 121/10 121/16 129/19 147/1 149/10 149/12 153/4 153/5 154/5 154/12 154/13 155/22 156/1 156/16 157/2 159/25 163/13 163/19 163/22 166/20 168/24 181/2 183/5 196/17 198/20 199/18 222/2 223/25 227/8 227/9 242/11 254/12
**beep [1]** 222/19
**before [65]** 1/10 6/1 11/17 13/3 13/9 13/17 15/10 19/23 19/24 20/4 21/12 21/17 28/9 34/6 34/8 47/2 47/17 47/19 49/15 50/14 50/16 52/7 53/13 54/12 55/1 55/10 56/4 57/2 123/9 123/19 124/12 124/15 135/6 136/15 136/22 136/22 136/24 136/24 137/11 137/19 137/22 139/5 143/8 172/18 183/10 183/11 184/16 189/25 194/8 194/22 197/20 209/22 209/24 224/14 224/19 225/1 225/18 226/7 237/2 250/5 251/24 253/7 254/20 254/20 260/14
**beforehand [1]** 228/22
**began [9]** 112/3 112/5 112/6 112/17 117/12 119/6 126/8 136/16 140/1
**begin [6]** 99/7 110/1 112/14 112/15 212/1 212/9
**beginning [10]** 56/10 106/13 113/7 126/11 174/10 197/1 201/1 206/4 211/23 228/3
**begins [3]** 20/14 117/10 128/12
**behalf [8]** 50/23 115/9 115/9 117/8

**B**

**behalf...** [4] 146/4 151/9 158/16 160/12
**behavior** [1] 3/15
**behind** [1] 245/14
**being** [23] 4/1 11/23 23/9 31/6 49/9
76/1 83/17 84/18 91/24 96/13 96/21
109/15 109/18 120/17 157/24 173/14
180/23 196/7 196/10 204/25 208/17
255/25 262/12
**believe** [41] 27/25 34/20 40/1 45/2
52/21 53/21 92/8 99/5 103/8 111/24
112/9 112/20 112/24 113/8 133/3
133/18 141/22 146/6 155/20 168/25
169/3 172/17 176/8 176/11 179/15
185/19 186/20 187/10 188/6 188/12
189/20 196/7 198/13 203/9 204/22
214/11 215/15 215/17 230/12 234/7
240/13
**believed** [2] 108/6 207/6
**belong** [1] 51/10
**below** [8] 133/16 134/14 134/19 135/6
143/20 146/11 147/16 163/23
**benefit** [5] 118/13 125/21 142/3 142/4
142/6
**benefits** [1] 169/8
**Bentley** [1] 171/21
**Bentleys** [2] 165/9 172/3
**Berkshires** [2] 171/1 171/5
**Bernie** [5] 91/7 91/10 92/6 92/9 92/21
**best** [17] 13/8 15/13 18/2 21/13 22/2
28/2 41/2 113/4 137/7 153/16 176/1
184/17 201/15 202/3 202/8 206/12
239/4
**betrayed** [2] 151/25 152/2
**bets** [1] 137/18
**better** [4] 185/9 185/20 190/9 234/3
**between** [24] 10/23 13/21 33/7 33/19
54/4 112/18 140/22 144/18 151/15
216/5 236/12 236/23 247/5 248/8
248/18 249/8 250/17 250/20 251/1
251/7 251/10 251/14 257/21 262/4
**beyond** [2] 197/6 231/5
**bid** [4] 54/1 54/2 54/4 54/5
**big** [6] 61/1 75/9 80/21 81/12 81/18
208/4
**bigger** [1] 207/9
**billion** [1] 207/18
**bills** [1] 240/3
**biodiesel** [9] 23/4 61/3 61/7 65/23 66/5
66/7 67/1 67/4 84/21
**biotech** [2] 81/20 81/22
**bipartisanship** [1] 113/18
**bit** [11] 10/17 20/13 26/13 64/11 67/9
166/19 200/17 210/10 210/17 213/15
256/20
**black** [1] 222/15
**blah** [3] 188/19 188/19 188/19
**blame** [1] 161/23
**Bloomberg** [3] 247/12 247/13 247/14
**blue** [1] 248/12
**Blvd** [1] 1/20
**board** [8] 193/3 193/4 246/3 246/4
246/5 246/12 251/21 252/1
**boarding** [1] 212/4
**body** [1] 34/3
**boiler** [2] 226/10 226/14
**bond** [10] 141/4 168/4 168/8 168/13
168/22 169/14 196/13 198/24 199/12
199/14

**Bonenberger** [3] 178/12 178/14 179/8
**bones** [1] 136/12
**book** [3] 212/5 212/5 212/7
**both** [9] 25/22 61/24 103/24 150/25
151/25 152/2 196/9 216/17 248/21
**bottom** [10] 20/14 57/20 65/20 75/6
84/5 84/9 148/10 185/2 210/17 231/17
**bought** [8] 109/18 109/21 152/10
152/13 210/20 213/24 250/10 250/11
**bound** [1] 143/14
**Brandon** [1] 189/13
**break** [6] 70/13 119/11 119/17 123/14
180/10 263/18
**BRENNAN** [58] 1/6 1/17 182/21 182/25
183/8 183/12 183/22 183/24 183/25
184/9 185/13 185/18 185/22 185/24
186/9 186/16 187/8 187/25 188/4
188/7 188/8 188/22 189/10 189/14
189/16 191/10 192/21 194/23 195/22
201/25 202/12 202/18 203/3 205/1
206/5 212/19 214/20 215/22 218/17
221/7 221/10 221/14 223/15 228/17
228/17 228/19 228/22 234/8 234/12
234/13 234/16 235/19 236/5 237/6
237/10 239/6 239/7 240/9
**Brennan's** [1] 222/20
**bribe** [1] 106/6
**bridge** [1] 61/21
**brief** [2] 89/2 184/22
**briefing** [1] 88/15
**briefly** [1] 257/10
**bring** [20] 63/1 63/4 63/10 65/12 65/13
76/21 76/24 77/19 91/5 92/9 93/16
98/23 99/4 100/16 121/18 179/1 209/1
209/2 213/16 218/11
**bringing** [5] 21/1 84/2 99/6 213/13
221/12
**brings** [2] 122/22 230/21
**broke** [1] 224/5
**broker** [44] 4/14 4/25 7/4 8/19 8/21
10/5 10/7 10/9 10/10 24/23 25/7 27/3
48/20 50/22 51/1 51/2 51/15 75/2
94/25 96/21 100/23 100/25 101/6
101/14 189/11 212/1 212/14 214/14
214/14 215/18 221/25 222/16 238/14
242/20 243/15 252/2 252/6 254/25
255/25 257/12 259/12 259/19 261/3
262/12
**broker's** [2] 95/10 255/6
**broker/dealer** [1] 257/12
**brokerage** [1] 8/10
**brokering** [1] 7/22
**brokers** [3] 100/18 106/7 242/21
**brought** [13] 3/13 45/10 92/6 92/13
93/7 94/6 98/12 155/2 181/8 181/11
222/13 227/14 235/21
**Broward** [2] 1/20 123/23
**bucks** [1] 61/4
**buddies** [2] 81/10 81/17
**buddy** [1] 61/2
**build** [1] 225/5
**building** [3] 119/19 205/23 263/22
**bulletin** [8] 193/3 193/4 246/3 246/4
246/5 246/12 251/21 252/1
**bunch** [2] 75/9 220/25
**Bureau** [1] 34/3
**business** [23] 72/9 73/2 90/11 90/12
97/10 97/11 97/12 104/14 126/17
127/17 138/13 190/1 190/3 190/3
190/4 191/2 193/11 194/8 198/12

205/17 210/12 211/8 227/3
**businesses** [2] 90/13 178/20
**button** [4] 30/7 30/10 31/3 238/2
**buy** [22] 46/20 51/2 53/6 54/3 72/24
73/5 75/9 76/14 79/9 106/8 110/2
192/21 197/16 197/24 197/25 199/3
250/24 252/8 256/6 256/13 257/4
257/17
**buy-and-sell** [1] 257/4
**buyer** [6] 249/23 249/24 257/15 257/18
257/21 257/23
**buyers** [4] 212/13 249/15 249/21 257/7
**buying** [46] 23/13 23/25 50/1 56/10
58/22 59/14 62/2 62/4 62/13 63/1 63/4
63/16 64/19 66/13 69/9 69/17 72/11
72/14 73/19 73/20 75/24 77/6 77/9
77/22 79/19 81/4 106/6 108/17 108/24
109/1 109/2 109/7 110/1 110/3 125/5
148/19 152/24 153/2 217/7 226/10
253/21 254/1 254/19 255/1 256/1
256/4
**buys** [1] 190/3

**C**

**Caicos** [3] 168/21 169/20 170/13
**calculated** [1] 145/1
**call** [37] 22/20 25/1 31/17 32/9 36/24
37/25 42/2 42/5 42/6 78/14 112/21
138/12 156/18 157/7 157/9 183/12
183/14 184/6 184/7 184/7 184/8 184/8
184/11 187/13 188/2 188/7 188/8
188/10 195/4 197/13 202/12 203/21
221/14 228/6 228/14 236/10 239/20
**called** [33] 2/1 6/16 13/6 13/10 13/17
14/5 20/21 21/12 49/3 66/7 82/5 82/20
83/7 116/19 129/24 133/3 134/24
155/19 157/11 174/17 188/12 222/8
226/24 236/14 240/10 242/24 243/10
246/1 247/3 251/18 254/10 260/7
261/20
**calling** [5] 147/4 183/14 188/7 215/3
226/15
**calls** [36] 13/22 29/22 32/12 34/5 35/2
35/7 35/9 35/11 35/24 36/25 42/1 42/8
77/15 106/14 119/20 126/11 136/21
136/23 137/22 137/24 138/4 140/1
140/25 142/15 146/18 183/11 193/23
206/22 224/14 224/18 225/10 225/15
227/7 236/23 239/23 242/9
**came** [15] 82/17 97/13 97/24 108/1
120/22 123/9 126/2 126/4 137/12
176/12 176/21 194/24 195/1 215/23
237/17
**Camelot** [4] 153/11 153/14 155/5
155/10
**camera** [3] 74/13 196/22 202/18
**campaign** [1] 71/16
**can** [109] 2/11 7/16 10/23 11/24 14/15
16/2 18/6 18/14 21/25 22/18 27/16
27/16 28/13 29/2 30/16 37/24 40/7
40/12 40/14 40/16 45/12 46/12 51/5
51/17 51/19 52/19 54/6 59/12 61/2
61/3 61/20 68/11 70/23 73/13 78/20
80/10 80/11 80/11 80/19 81/9 88/9
90/13 118/1 118/6 118/13 120/1 120/5
122/18 123/1 128/1 133/19 137/21
143/14 143/17 143/20 148/11 164/20
164/21 164/21 164/22 175/13 180/19
182/8 185/23 187/7 195/8 196/18
208/5 210/8 214/5 218/21 219/19

# C

can... [37]  219/19 227/23 229/18
229/19 234/10 234/20 235/8 243/7
244/14 245/8 245/15 246/1 246/5
246/21 246/23 247/22 247/24 248/6
249/10 249/12 250/7 250/23 251/23
253/4 253/4 253/17 254/9 254/17
254/24 255/19 255/19 256/18 256/20
256/21 257/10 262/8 262/15
can't [16]  12/24 17/13 22/5 41/3 43/1
43/7 53/6 54/7 84/9 90/3 122/14 149/3
174/12 194/10 230/25 252/4
cannot [2]  41/1 208/3
capacity [1]  7/20
capital [8]  113/22 190/18 190/24 191/4
191/5 191/6 192/23 195/12
capture [2]  31/8 257/7
captured [1]  92/1
car [1]  202/14
card [1]  202/25
care [7]  82/11 206/11 206/11 208/24
219/24 219/25 263/14
Carlton [1]  204/23
carries [1]  132/1
case [53]  1/2 22/10 32/4 47/21 48/1
48/19 50/10 57/8 64/25 65/3 65/10
88/21 111/13 111/18 111/19 116/17
117/2 118/20 119/18 119/22 119/22
121/6 122/5 126/3 131/3 131/15
131/18 131/22 140/9 141/15 142/20
143/23 143/25 145/16 146/15 149/5
150/13 154/11 166/9 167/5 168/4
172/9 172/22 177/13 180/3 181/5
191/17 207/1 219/12 242/4 244/24
252/14 263/21
cases [10]  3/12 141/16 142/13 142/24
158/3 178/24 180/24 181/11 181/15
244/9
cash [4]  95/24 96/5 211/18 211/20
cassette [5]  38/15 38/25 39/1 40/2 40/4
caught [1]  217/6
cause [4]  106/6 106/7 217/15 249/16
caused [5]  89/1 107/18 110/20 144/14
144/16
causes [1]  249/21
caution [1]  233/17
CD [1]  123/15
cellphone [1]  242/3
cent [6]  53/19 53/24 61/21 61/22 85/4
86/15
centered [1]  63/8
cents [11]  61/22 80/8 80/9 80/9 82/19
110/22 213/14 249/3 249/6 251/7
251/14
CEOs [1]  190/22
certain [27]  5/3 12/10 42/13 91/4 91/5
139/23 166/24 167/1 218/24 224/12
227/24 228/1 231/9 231/23 232/3
237/14 237/16 240/7 244/16 253/14
253/25 254/1 260/3 261/5 261/14
262/1 262/11
certainly [23]  16/20 16/21 17/25 24/9
24/19 24/22 45/17 92/21 109/14
122/18 136/11 153/5 153/14 153/21
161/20 170/3 181/14 182/3 200/12
220/16 224/18 226/17 227/14
certificate [5]  214/13 215/12 215/14
215/20 217/25
certificates [1]  214/11

CERTIFIED [1]  264/22
certify [1]  264/17
CFOs [1]  190/22
chain [4]  205/21 205/22 205/23 208/10
challenges [1]  78/15
change [1]  263/24
changes [1]  186/11
character [2]  90/8 92/22
charge [4]  130/16 130/23 131/2 131/16
charged [8]  106/23 130/17 173/14
174/6 175/17 175/20 175/24 176/2
charges [2]  131/16 131/23
chart [11]  244/22 245/9 245/23 246/1
247/8 247/9 248/10 248/11 250/11
251/11 256/16
charts [1]  244/19
chat [1]  226/15
cheap [3]  80/6 93/1 93/11
check [9]  65/22 66/5 67/4 75/9 76/12
76/13 78/5 78/10 81/14
checked [1]  193/9
checks [1]  81/18
chest [1]  72/8
chilly [1]  204/15
choice [1]  180/15
choose [1]  92/4
chooses [1]  181/18
Christian [1]  181/18
church [4]  178/14 178/19 180/1 224/1
circumstances [3]  104/10 139/24
157/14
cited [1]  88/18
citing [1]  88/15
citizen [1]  136/9
civil [1]  177/4
claims [2]  232/10 233/13
clarify [8]  62/25 97/22 123/7 123/9
153/23 229/14 234/19 239/25
class [2]  260/14 260/16
clean [3]  159/3 209/21 209/21
clear [9]  19/2 19/8 19/11 22/16 112/13
112/14 122/8 234/2 239/2
clearing [1]  78/8
clearly [3]  161/7 161/18 176/14
clergy [1]  180/21
client [6]  90/10 115/25 116/14 116/15
116/17 255/9
clients [1]  255/7
clients' [1]  217/8
climb [1]  238/8
clock [1]  234/10
close [3]  83/23 140/19 256/15
closes [1]  249/6
closing [5]  245/11 245/18 245/22
245/25 247/9
CLQ's [1]  74/19
co [1]  144/17
co-schemers [1]  144/17
coagent [3]  149/4 150/13 151/13
Coast [7]  72/10 72/11 72/16 72/18
72/24 72/24 73/22 73/22 226/6 226/6
226/8 226/8 226/12 226/13 226/13
226/19 226/19
Coast/East [1]  226/8
Coast/West [2]  226/6 226/19
coconspirators [1]  105/4
code [2]  104/2 104/19
coerce [1]  100/3
coffee [2]  205/3 205/4
coffee's [1]  209/4

Cohen [3]  115/6 115/16 118/19
coincides [1]  89/17
cold [3]  148/17 204/9 209/4
collar [1]  240/18
column [2]  257/25 257/25
columns [1]  248/12
come [12]  29/17 46/17 88/9 116/23
145/13 145/13 162/21 200/5 215/22
221/22 227/16 233/4
comes [5]  47/1 183/12 185/21 194/23
249/20
comfortable [5]  65/22 75/11 78/21
80/16 120/10
coming [10]  47/12 58/15 58/19 126/23
136/15 189/21 195/6 195/22 233/3
261/10
comments [2]  182/4 224/4
commission [2]  132/4 246/25
commit [6]  103/22 129/21 130/11
131/7 131/23 174/8
committed [6]  50/16 57/2 104/24 106/4
134/8 181/23
commodities [2]  7/23 7/25
common [1]  244/16
communicate [2]  109/6 109/9
communicating [1]  136/10
community [1]  178/21
companies [15]  73/7 73/9 76/10 81/18
191/12 195/12 206/21 207/25 209/23
225/2 226/2 240/14 246/8 246/14
247/15
company [124]  16/20 21/12 23/3 23/4
23/7 23/10 23/13 23/13 23/16 23/25
43/25 44/23 44/24 46/18 47/11 54/23
54/24 54/25 55/4 61/7 62/9 62/16
62/20 66/5 66/7 67/1 69/17 71/3 71/18
73/9 73/13 73/17 73/19 74/20 76/2
80/12 82/20 83/12 84/16 84/18 84/21
86/10 87/11 98/14 124/21 174/13
174/19 185/4 190/10 190/14 190/15
190/23 191/5 191/7 191/14 191/19
191/21 192/2 192/24 193/21 194/11
194/11 194/12 194/17 194/20 195/25
203/5 203/11 203/16 203/19 205/11
205/17 205/20 205/22 205/24 206/6
206/7 206/10 206/11 206/18 206/19
207/11 207/13 207/21 207/21 208/4
208/12 208/16 208/17 208/19 208/25
209/5 209/9 209/14 210/6 210/7
210/12 210/19 210/21 210/25 211/3
211/6 211/9 211/10 211/12 216/2
218/25 219/3 219/6 225/6 240/6 246/1
246/19 246/22 246/23 246/24 247/5
248/2 250/17 252/12 252/20 252/23
254/19 263/1
company's [1]  252/21
competence [2]  261/14 262/11
complaint [8]  172/13 172/17 173/5
173/7 173/24 175/18 175/25 176/2
complaints [2]  121/23 122/4
complete [2]  134/7 222/19
completely [1]  113/21
compliance [6]  216/23 217/7 217/11
218/4 218/10 218/11
compliant [1]  217/2
comply [1]  122/20
component [1]  242/22
composite [1]  183/11
computer [3]  185/4 193/9 211/3
computerized [1]  252/2

## C

**concealed** [1]  48/17
**conceivable** [11]  16/20 16/21 16/25
35/1 36/1 36/2 36/3 154/23 155/22
219/16 219/17
**concentrating** [1]  206/4
**concept** [2]  47/19 47/21
**concepts** [1]  244/16
**concern** [6]  180/20 180/21 181/17
186/8 186/17 234/6
**concerned** [3]  51/21 162/4 240/22
**conditions** [6]  128/25 132/12 133/8
198/24 249/11 253/4
**conduct** [7]  88/18 89/21 144/10 162/15
162/18 164/10 165/22
**conducted** [1]  243/21
**conference** [1]  195/23
**confession** [1]  192/19
**confidence** [3]  151/18 151/21 262/16
**confidential** [3]  98/16 100/15 100/22
**confirm** [2]  12/24 217/12
**confirmed** [1]  140/6
**confronted** [6]  152/16 155/24 156/15
159/17 161/3 170/7
**confusion** [2]  78/8 235/12
**Congress** [1]  143/2
**connection** [4]  3/5 104/16 144/24
149/23
**consequences** [1]  165/22
**consider** [7]  10/3 10/4 10/21 10/21
80/11 116/6 143/12
**consideration** [1]  41/10
**considered** [1]  175/22
**considering** [1]  122/15
**consistent** [2]  109/14 258/15
**conspiracy** [9]  104/24 106/5 107/4
107/13 129/21 130/8 130/11 131/7
131/23
**conspired** [2]  103/19 104/4
**construed** [1]  226/4
**consult** [1]  143/8
**consultant** [2]  23/10 187/18
**consummated** [1]  256/23
**Cont'd** [1]  265/3
**contact** [2]  21/4 252/6
**contacted** [4]  12/22 12/25 13/3 13/25
**contains** [2]  245/16 245/18
**context** [2]  54/9 254/18
**continue** [18]  16/1 66/11 70/23 75/16
87/17 110/16 141/17 141/20 154/17
161/25 185/14 187/8 198/25 200/4
200/9 212/17 213/4 227/19
**continued** [11]  2/23 70/17 123/3 124/7
141/16 149/1 154/17 159/13 180/12
182/10 263/9
**continues** [13]  78/3 80/4 81/6 82/14
144/22 207/8 207/17 207/22 208/3
208/6 208/7 210/15 249/4
**continuing** [3]  66/15 109/24 209/13
**contract** [1]  225/5
**contravention** [1]  159/13
**control** [2]  31/9 185/8
**controlled** [2]  107/19 108/7
**controlling** [1]  30/10
**conversation** [68]  18/21 18/22 19/2
19/5 19/6 20/23 21/3 21/8 21/15 21/22
22/3 22/6 23/18 23/22 23/23 24/17
27/23 28/7 28/23 29/4 30/8 30/13
30/23 31/20 32/16 32/20 33/4 33/6

33/19 36/4 36/8 40/17 55/3 60/8 62/15
63/7 83/20 88/16 89/5 89/8 89/12
89/18 89/20 95/16 181/20 185/18
185/23 189/2 189/20 202/9 202/10
208/24 214/10 214/15 216/10 216/20
216/21 218/5 221/9 221/10 221/12
221/13 222/7 222/10 223/4 223/24
228/10 229/9
**conversations** [43]  21/11 21/17 21/20
22/1 24/19 24/22 25/14 25/15 26/13
26/25 28/9 28/16 28/19 29/3 29/8
29/12 29/16 29/21 30/17 31/5 31/13
31/25 35/16 35/19 42/9 63/6 76/7
77/16 89/24 91/1 102/18 102/19
102/22 182/25 184/3 192/8 206/25
214/23 216/5 216/8 220/2 220/25
224/12
**convertible** [3]  155/19 197/10 197/12
**convicted** [2]  199/19 200/9
**convince** [1]  181/12
**cooperate** [11]  3/11 127/8 127/10
127/13 127/22 127/25 128/7 128/13
138/4 141/7 179/7
**cooperated** [5]  158/20 177/18 177/24
178/25 179/2
**cooperating** [11]  106/24 106/25 108/7
108/24 112/6 112/15 127/10 137/11
159/4 180/25 216/11
**cooperation** [31]  35/13 112/4 112/8
112/17 112/19 112/22 113/3 113/7
117/10 117/12 120/21 128/20 133/22
133/24 135/24 137/15 141/9 147/24
148/5 156/25 157/3 159/12 159/20
160/17 164/6 177/14 178/1 179/10
179/16 179/18 181/13
**cooperator** [1]  161/8
**coordinated** [2]  105/22 253/19
**coordinating** [1]  217/13
**copies** [2]  123/11 200/24
**copy** [1]  216/15
**Coral** [1]  1/18
**corner** [1]  151/6
**corporation** [3]  153/3 194/8 218/23
**correct** [951]
**corrected** [1]  95/4
**correcting** [3]  59/23 59/24 59/25
**corrections** [1]  201/22
**correctly** [2]  31/24 198/17
**correspond** [1]  248/11
**corroborate** [3]  37/15 38/1 38/8
**corroborating** [2]  239/22 239/24
**cost** [1]  66/18
**costs** [1]  211/19
**could** [47]  20/10 20/12 30/19 30/21
30/22 40/18 44/8 66/19 67/19 68/17
68/23 70/12 87/10 87/24 88/2 90/21
95/19 95/21 101/17 101/19 101/20
110/5 113/13 123/14 123/15 129/12
141/25 141/25 160/25 166/2 166/20
182/4 194/16 199/23 200/2 200/9
201/11 201/15 202/5 209/19 219/18
222/14 225/5 253/14 258/3 260/17
263/8
**couldn't** [2]  189/7 189/9
**counsel** [2]  2/2 123/13
**counseling** [1]  227/18
**Counselor** [1]  233/17
**count** [10]  129/21 130/8 130/9 130/16
131/7 131/15 131/22 132/1 173/7
245/21

**counter** [3]  246/3 246/12 257/13
**country** [3]  177/22 179/4 181/10
**county** [3]  123/24 170/24 171/9
**couple** [2]  240/2 257/20
**course** [11]  37/21 51/5 51/24 76/18
138/17 141/4 141/9 147/4 191/9 198/1
203/25
**courses** [1]  104/14
**court** [30]  1/1 1/23 2/1 14/15 70/17
111/22 117/22 120/25 120/25 121/3
121/10 121/14 121/18 122/3 122/18
122/21 122/23 123/3 128/20 129/20
130/20 133/24 140/14 143/6 145/17
146/15 166/3 173/11 180/12 264/22
**Court's** [2]  22/11 130/19
**courthouse** [2]  237/17 237/18
**courtroom** [8]  2/12 70/16 70/21 120/4
120/15 124/3 182/12 264/2
**cover** [1]  218/10
**covered** [3]  93/22 142/20 233/18
**CPA** [1]  210/5
**CPAG** [3]  242/25 243/1 244/6
**CR** [1]  1/2
**create** [5]  99/7 100/17 105/16 244/19
245/23
**creates** [1]  219/3
**credibility** [2]  37/12 67/10
**credit** [2]  88/2 147/12
**crime** [4]  118/7 161/18 181/24 240/18
**criminal** [18]  3/5 116/17 117/2 118/3
118/12 119/1 144/14 144/16 161/1
177/2 230/22 231/10 231/11 231/16
231/16 242/24 243/2 244/8
**criminals** [1]  230/22
**crisis** [1]  66/20
**cross** [20]  4/5 4/7 122/12 124/7 180/9
182/17 196/15 223/23 231/5 231/6
231/8 232/15 232/25 233/5 233/18
236/20 236/22 258/20 258/22 262/22
**cross-examination** [19]  4/5 4/7 122/12
124/7 180/9 182/17 196/15 223/23
231/5 231/6 231/8 232/15 232/25
233/18 236/20 236/22 258/20 258/22
262/22
**CRR** [1]  1/22
**crucial** [1]  124/19
**curious** [1]  180/24
**current** [1]  208/14
**currently** [1]  10/21
**custody** [1]  111/11
**customer** [2]  206/2 255/10
**customers** [5]  106/8 205/25 205/25
255/1 255/6
**cut** [4]  125/11 176/17 206/8 221/3
**CW** [4]  108/7 108/11 110/2 110/20

## D

**D.C** [1]  264/7
**daily** [14]  8/24 9/11 34/12 34/14 73/3
73/5 73/11 149/19 245/10 245/11
245/21 245/22 245/25 247/9
**dark** [1]  80/20
**data** [2]  244/10 244/19
**date** [18]  6/21 12/24 12/25 13/2 14/2
18/10 18/12 18/13 19/23 19/24 41/21
89/17 112/6 137/1 137/3 216/14
245/22 264/20
**dated** [1]  115/3
**dates** [3]  7/9 7/11 256/17
**David** [1]  197/18

**D**

**Davidson [7]**  1/14 2/17 121/23 180/3 182/8 223/21 224/7
**Davidson's [1]**  122/2
**day [57]**  1/19 12/2 15/19 17/11 20/4 21/17 22/10 27/6 36/11 37/13 44/2 48/25 70/23 108/12 120/20 121/2 121/8 121/12 121/13 121/16 122/10 122/19 124/5 135/15 180/25 181/6 184/8 189/21 196/24 196/25 197/1 197/1 202/21 204/16 211/3 224/11 225/22 227/24 228/4 228/8 228/11 229/3 232/2 232/16 233/4 233/20 237/13 238/12 239/1 239/22 240/16 245/12 245/19 245/20 250/12 257/24 263/12
**Day's [5]**  46/10 121/19 180/20 223/23 224/4
**days [12]**  76/5 82/19 86/15 222/14 236/12 237/17 248/17 248/18 248/19 249/2 256/15 258/13
**deal [60]**  61/24 63/10 63/10 64/14 65/9 65/14 67/7 67/8 67/17 69/4 69/11 70/1 70/7 74/13 75/19 76/5 78/16 80/16 80/21 80/22 86/25 88/17 94/16 107/1 110/13 124/16 124/20 125/4 125/11 125/14 153/2 155/1 155/1 155/4 155/6 155/10 155/13 176/17 213/6 222/1 222/3 222/6 222/6 222/7 222/14 230/3 230/9 230/10 230/17 230/18 232/7 232/10 232/11 232/17 232/19 233/12 233/14 236/6 236/13 237/11
**deal's [1]**  80/15
**dealer [1]**  257/12
**dealers [4]**  242/20 243/15 259/12 259/19
**dealing [6]**  7/23 8/21 11/12 149/1 226/12 240/9
**dealings [2]**  184/4 215/2
**deals [30]**  64/1 64/4 64/10 64/16 64/17 64/21 64/23 64/25 65/4 65/13 66/2 70/6 71/21 71/23 74/25 79/24 81/2 81/7 83/25 87/18 88/21 89/22 160/25 225/19 225/19 227/4 229/5 229/22 229/25 230/19
**dear [9]**  25/1 25/3 25/6 27/3 27/7 48/20 52/1 94/25 238/13
**Deborah [3]**  242/9 242/10 265/4
**debt [1]**  155/19
**deceit [1]**  104/15
**deceitful [1]**  165/22
**December [12]**  5/21 23/3 32/12 111/2 140/12 248/9 248/16 248/18 248/20 248/24 249/3 250/18
**deceptive [1]**  105/9
**decided [4]**  158/3 192/20 241/12 263/12
**decides [1]**  181/1
**decision [5]**  30/17 90/15 112/15 139/8 252/8
**decisions [2]**  117/15 248/4
**declines [1]**  249/1
**decrease [2]**  249/5 249/22
**defendant [33]**  1/17 1/19 28/23 108/11 108/15 108/16 108/23 108/25 109/25 110/3 110/5 123/19 128/12 128/13 128/18 133/21 134/6 144/15 144/17 144/18 144/24 149/1 149/3 158/3 159/18 160/22 160/24 161/5 161/7

161/17 162/14 162/18 164/18
**defendant's [16]**  14/16 15/5 17/22 18/17 114/7 114/8 114/9 128/20 133/24 144/10 144/23 144/25 159/11 159/20 159/23 159/24
**defendants [4]**  1/7 105/3 107/18 228/2
**Defender [1]**  1/19
**defense [8]**  16/25 17/10 44/6 113/17 114/3 114/14 120/22 123/13
**defensive [1]**  244/23
**define [5]**  11/2 11/17 175/13 250/5 250/7
**definitely [2]**  151/17 217/14
**definition [1]**  10/17
**defraud [1]**  104/6
**defrauded [1]**  91/19
**degree [1]**  220/5
**degrees [1]**  226/3
**delayed [6]**  141/6 141/12 141/14 141/15 188/16 188/17
**delete [2]**  16/23 225/11
**deliberate [1]**  181/5
**delineate [1]**  261/2
**deliver [1]**  165/21
**delivered [1]**  41/23
**delivering [2]**  39/19 41/18
**Delta [1]**  83/4
**demand [3]**  105/17 249/12 249/14
**demonstrated [5]**  11/19 11/21 12/4 12/5 12/7
**denial [1]**  176/14
**denied [4]**  155/24 155/25 156/16 156/17
**denying [4]**  152/14 153/9 154/16 169/16
**depart [2]**  133/16 146/11
**department [2]**  243/10 243/14 243/19 243/20
**departure [2]**  133/3 134/4
**depending [1]**  219/5
**depicted [1]**  248/12
**depicts [1]**  245/10
**deposit [4]**  95/3 95/4 214/13 232/4
**depositions [1]**  243/21
**depressed [1]**  204/21
**Derek [2]**  115/6 115/16
**derive [2]**  214/5 247/10
**derived [1]**  247/12
**describe [1]**  53/1
**described [7]**  29/24 49/21 50/21 52/22 94/9 237/9 247/9
**describes [3]**  85/22 187/17 232/6
**describing [3]**  23/6 23/9 238/13
**designated [1]**  214/14
**designed [2]**  105/5 213/19
**desk [1]**  225/15
**despite [4]**  160/16 165/1 192/11 199/7
**detailed [2]**  58/1 58/2
**details [2]**  57/4 223/12
**determine [1]**  230/6
**determined [3]**  94/23 95/2 145/17
**determines [5]**  30/13 128/13 128/18 133/21 134/6
**develop [2]**  190/24 193/22
**developed [1]**  151/15
**developing [1]**  206/8
**devil [1]**  62/23
**devised [2]**  56/25 57/1
**dictated [1]**  249/11
**did [175]**  2/15 5/10 7/19 9/9 10/8 10/15

18/8 19/20 21/11 21/25 22/6 22/19 23/22 24/16 25/10 26/6 30/19 30/20 37/3 38/10 38/13 38/14 38/19 38/20 39/9 41/25 42/16 45/4 48/8 56/21 57/7 61/3 61/17 65/16 66/19 71/24 80/7 80/11 89/16 92/11 94/2 94/4 96/12 96/23 97/1 97/11 100/3 100/5 101/2 104/21 105/8 105/13 105/20 106/2 106/3 106/11 106/12 107/1 107/3 107/15 107/23 107/25 109/6 109/9 109/12 112/9 112/14 112/14 113/6 114/18 136/6 136/22 146/4 146/5 146/15 151/22 152/3 152/4 152/17 153/14 153/16 153/19 154/17 155/1 155/13 155/17 157/9 157/10 161/10 161/25 163/2 163/25 165/3 165/24 167/3 169/8 171/25 172/1 174/4 174/8 174/15 174/20 174/23 175/1 175/11 175/17 175/17 176/3 176/8 177/1 178/6 179/2 179/3 179/7 179/23 180/5 181/11 182/7 186/6 189/4 189/5 198/6 200/4 201/9 201/15 204/4 206/25 207/4 208/20 210/5 210/20 215/9 218/17 219/21 219/22 219/22 220/17 220/19 222/6 224/6 225/18 226/7 226/8 226/23 226/25 230/2 230/12 230/17 231/1 231/19 232/12 233/4 234/4 234/7 234/9 235/4 235/4 235/7 235/8 235/10 235/11 236/2 236/2 237/9 238/8 238/8 239/9 240/17 243/17 243/17 244/2 259/1 259/2 259/25 263/5
**didn't [60]**  13/9 18/12 19/21 19/22 20/17 21/20 30/23 35/19 47/1 61/12 61/15 61/16 62/23 64/16 64/24 67/3 87/8 87/15 90/4 92/9 94/2 94/21 96/3 96/5 96/16 96/22 96/22 100/25 101/1 101/20 121/5 121/7 133/6 138/20 162/1 163/4 164/3 165/15 170/19 173/3 179/1 179/20 179/25 180/5 181/10 183/25 210/22 215/22 219/17 219/23 219/24 219/25 225/13 227/3 227/4 227/8 235/13 235/18 235/22 236/18
**died [1]**  17/7
**difference [2]**  10/23 54/4
**different [12]**  26/19 64/1 69/7 224/15 224/17 226/3 226/14 226/14 244/2 246/6 252/24 257/5
**difficult [1]**  250/4
**dig [1]**  232/24
**dilute [1]**  83/10
**diminished [2]**  159/12 161/7
**direct [19]**  2/23 42/11 71/1 75/5 124/9 134/17 136/4 145/17 159/13 177/11 189/3 196/14 231/7 232/14 233/1 233/23 236/21 242/14 256/17
**directed [4]**  50/19 50/21 52/5 55/22
**directing [2]**  58/13 245/7
**direction [4]**  125/7 137/24 153/8 159/14
**directly [3]**  116/16 149/22 188/7
**director [1]**  55/3
**directors [1]**  54/23
**disagree [5]**  46/24 161/21 175/7 175/9 175/10
**disagreed [2]**  121/24 161/22
**discount [3]**  67/25 67/25 68/8
**discounted [4]**  68/3 68/6 68/11 125/2
**discovery [3]**  122/5 122/19 122/20

**D**

discretion [8] 50/24 51/2 128/18
133/21 134/6 134/16 255/7 255/9
discretionary [4] 25/8 55/12 55/24
255/7
discuss [6] 107/1 119/18 119/19
189/23 263/21 263/21
discussed [9] 22/10 91/1 108/24
230/18 231/6 231/21 239/19 240/23
241/2
discussion [7] 23/15 88/10 90/20 116/3
182/10 236/22 263/9
discussions [2] 88/24 118/16
disparaging [1] 96/19
dispensed [1] 118/18
display [1] 178/5
displaying [1] 251/3
disregard [1] 224/4
distinction [1] 262/4
distinguish [1] 185/23
district [7] 1/1 1/1 1/11 103/15 125/12
143/6 146/14
divisive [1] 104/5
do [236] 2/5 3/4 3/15 3/18 3/18 3/25
4/1 4/11 4/11 7/16 10/15 15/5 15/7
15/8 16/7 17/13 17/22 18/11 20/14
20/17 21/14 22/2 23/6 23/8 23/9 23/11
23/12 23/14 23/15 23/17 23/18 23/21
23/22 24/1 24/2 24/4 24/5 24/14 24/14
25/22 32/16 32/19 33/7 33/9 33/19
33/21 38/13 38/14 38/17 38/18 39/8
39/9 39/10 39/12 40/10 40/18 41/13
41/17 41/21 47/16 60/4 60/7 60/17
60/18 61/5 64/22 68/11 69/2 69/4
69/25 70/1 72/9 74/5 75/12 77/5 77/5
77/22 78/20 79/3 79/7 79/11 79/22
79/22 79/24 80/1 80/21 81/20 81/20
82/15 82/25 83/5 84/7 84/7 84/13
84/13 84/18 86/3 86/6 86/15 90/12
90/12 96/18 100/5 100/15 100/19
102/9 103/7 103/8 103/10 103/12
104/4 105/13 105/20 106/2 106/11
106/15 106/18 107/15 107/23 110/11
113/7 114/17 114/22 118/1 119/24
121/21 122/7 122/8 123/22 124/12
124/14 124/25 127/19 132/22 141/10
141/25 142/7 148/19 152/7 153/11
153/17 154/5 155/10 155/20 156/6
159/3 163/4 165/20 170/19 171/21
171/23 172/19 176/3 180/18 184/3
187/2 188/13 188/22 188/24 190/9
190/9 190/23 192/13 199/7 199/24
200/2 202/20 203/10 203/15 203/17
203/18 203/25 205/10 205/10 205/18
205/18 208/14 211/14 211/19 212/1
212/14 213/16 218/20 219/5 221/1
222/8 222/10 224/4 224/6 225/6
225/17 225/25 226/23 228/10 229/4
230/25 232/21 236/20 237/13 237/14
237/17 237/20 237/23 238/1 238/12
238/14 238/15 239/8 239/10 239/13
239/17 239/19 240/13 240/15 240/21
242/16 242/16 242/22 243/1 243/17
244/6 244/6 246/18 246/20 249/7
253/14 255/15 255/19 255/19 255/22
257/16 257/16 257/24 260/17 260/21
263/1
docs [1] 61/19
document [23] 14/8 14/23 15/6 15/8

15/10 15/15 15/15 15/21 16/5 16/6
16/13 17/2 17/3 17/4 18/8 18/9 103/9
114/15 115/1 120/23 120/24 176/10
176/13
document's [1] 15/19
documents [3] 17/17 90/1 121/24
does [37] 14/21 16/10 21/6 23/2 23/7
44/5 44/13 46/23 47/4 47/6 47/7 50/22
51/15 53/24 64/22 88/21 120/8 185/20
202/12 203/11 203/16 213/9 228/21
234/3 238/4 241/25 243/1 247/10
247/22 249/23 250/14 252/22 256/3
257/2 257/5 257/7 257/9
doesn't [50] 15/21 17/14 19/14 27/13
27/13 27/16 27/17 36/14 36/16 36/17
40/16 44/25 45/2 46/21 47/4 50/23
58/23 59/7 59/14 59/19 64/22 64/25
67/24 69/3 69/25 82/12 82/23 83/15
90/12 127/19 163/10 184/24 185/18
188/22 192/12 203/4 206/5 217/6
222/15 223/9 223/11 223/12 228/19
232/23 232/25 236/2 236/6 246/17
248/17 256/5
doing [36] 3/25 8/24 9/11 39/11 39/12
61/22 68/20 81/22 86/13 100/3 149/5
150/8 150/16 169/24 184/15 194/8
200/5 200/9 200/9 200/11 200/12
210/12 212/22 212/23 221/16 221/17
227/4 228/16 228/18 233/23 236/20
236/23 238/19 238/22 244/1 261/8
dollar [5] 81/14 155/9 225/8 249/1
251/17
dollars [6] 25/9 78/6 78/10 82/12
144/19 231/24
domestic [1] 206/4
Don [18] 183/21 184/19 184/19 187/14
187/20 208/19 214/24 215/9 215/11
215/14 215/23 216/2 221/5 221/18
222/5 222/6 222/7 222/10
Don's [2] 186/25 192/11
don't [185] 4/9 6/21 7/9 7/11 7/14 8/8
11/5 11/15 12/24 13/7 14/2 14/7 15/9
16/4 16/5 16/17 18/4 18/13 19/19
19/25 20/1 20/3 20/6 20/7 20/12 21/16
21/22 22/16 24/9 24/17 24/18 25/3
25/12 27/13 28/3 30/18 35/8 35/16
36/1 36/3 36/7 39/13 39/17 42/3 42/7
43/4 43/12 44/3 45/2 46/6 50/24 51/12
52/21 53/7 57/21 59/20 59/22 59/23
60/15 60/16 62/22 64/6 64/7 65/20
74/3 74/8 77/9 79/17 79/24 80/1 80/20
82/11 83/5 83/5 83/9 86/6 87/10 90/13
93/9 95/13 95/15 95/18 107/9 109/11
111/10 112/10 112/24 113/8 113/10
113/11 113/12 114/16 119/18 119/19
119/23 120/6 121/19 122/1 127/16
127/18 128/7 128/7 129/2 131/11
132/11 133/18 135/9 135/11 135/13
135/15 136/7 138/12 152/14 152/15
152/25 153/4 153/7 153/9 155/8 155/8
157/24 161/20 165/18 165/19 169/3
169/16 169/16 170/15 180/5 180/7
180/22 181/3 182/3 182/7 185/17
188/4 188/24 189/23 191/6 191/9
192/4 193/13 194/22 195/10 203/5
203/13 203/14 205/1 205/7 206/11
206/11 207/4 208/24 210/6 218/19
218/20 218/21 219/12 219/16 219/17
220/3 220/13 220/17 222/1 222/1
228/17 228/24 229/22 231/18 233/17

233/22 234/13 235/4 235/8 238/18
238/24 239/14 240/14 242/2 244/25
246/14 253/20 263/15 263/15 263/21
done [33] 2/9 41/5 49/15 50/14 51/5
51/17 51/19 51/21 52/7 52/19 53/13
53/15 54/12 55/10 61/1 73/2 108/17
121/25 138/17 139/8 142/11 149/2
170/4 170/7 176/8 176/14 188/24
189/7 189/9 209/22 209/24 223/22
253/4
doubt [1] 225/18
doubted [3] 67/10 225/21 225/24
Doug [4] 20/21 20/24 80/14 80/15
down [24] 20/13 25/7 25/8 27/4 61/18
66/15 74/19 74/19 108/21 112/8 155/7
161/24 187/1 194/23 194/24 195/1
195/6 195/22 196/4 201/22 204/13
207/23 229/20 237/18
downward [1] 133/3
dozen [1] 212/18
dozens [3] 34/22 149/15 149/17
drafts [2] 200/24 200/25
draw [4] 66/12 70/6 118/6 118/12
drawing [1] 64/19
drive [1] 204/10
driving [3] 197/8 197/12 237/18
duly [1] 242/11
dump [5] 126/21 174/20 212/15 213/20
253/6
dumped [1] 173/18
during [31] 3/10 4/1 9/14 31/13 31/16
32/9 32/11 63/6 66/20 116/15 138/11
141/4 147/23 148/5 153/25 154/21
156/24 164/6 166/24 169/23 169/25
170/1 170/2 170/3 170/10 171/25
172/6 196/12 223/23 233/4 251/1
duties [1] 244/18
DVME [1] 197/16
DWAC [3] 85/4 86/2 86/3
DWACing [1] 85/8
dying [2] 208/5 263/24

**E**

each [8] 19/22 42/1 42/2 42/5 42/6
42/8 61/24 228/10
earlier [6] 216/6 218/3 223/23 228/10
229/24 241/3
early [4] 60/2 80/21 224/12 248/9
earnest [1] 212/9
easier [4] 253/8 253/11 255/15 255/22
East [9] 72/10 72/16 72/24 73/22 226/6
226/8 226/12 226/13 226/19
Eastern [2] 103/14 125/12
easy [2] 5/8 250/24
eConnect [2] 173/18 174/20
Eduardo [1] 106/23
effect [7] 193/8 225/24 229/8 249/23
249/24 250/25 253/15
efficient [1] 180/18
effort [2] 138/4 181/12
either [8] 37/6 54/23 64/8 83/5 93/13
186/24 235/19 254/19
electronic [7] 85/10 85/11 85/12
166/17 246/6 251/23 252/5
elevator [2] 238/1 238/10
elevators [2] 2/7 119/21
Ellisor [4] 22/10 88/15 88/18 89/20
else [17] 21/23 34/3 37/10 74/3 100/20
180/7 184/24 185/25 189/17 191/9
202/1 224/6 225/17 232/20 235/25

**E**

else... [2] 237/10 239/5
else's [1] 43/2
elsewhere [1] 106/24
email [21] 15/15 15/16 16/6 16/22 18/1 86/7 86/20 86/21 88/6 88/13 89/6 89/7 89/14 187/10 192/10 192/15 211/7 225/20 226/25 239/10 239/18
emailed [2] 14/6 108/11
emails [5] 89/25 224/22 225/10 225/11 226/15
embellishing [1] 221/23
emphatically [2] 17/2 22/5
employed [8] 6/24 7/2 7/6 7/8 7/9 7/11 8/3 8/6
employee [1] 244/5
employees [1] 242/21
employing [1] 104/5
employment [1] 261/8
encouragement [1] 237/10
end [21] 15/22 34/15 34/17 90/20 119/7 123/16 149/20 176/13 188/1 189/2 221/21 223/2 223/4 241/11 249/3 249/3 249/5 250/20 251/9 251/10 251/11
ended [6] 98/3 98/5 152/17 153/12 162/7 221/25
ends [3] 181/13 221/3 221/5
Energy [26] 16/11 16/19 21/12 21/13 21/15 21/17 21/23 22/7 22/19 22/24 24/3 24/8 28/20 29/5 29/13 30/24 31/5 31/8 32/13 60/14 61/7 66/7 84/19 86/8 87/2 88/14
enforcement [14] 31/16 31/19 33/13 33/23 34/2 37/21 93/14 159/14 159/24 243/14 243/19 243/20 244/1 244/5
engage [4] 3/14 105/8 110/5 253/8
engaged [1] 149/2
engaging [1] 104/14
enjoys [1] 161/14
enormous [1] 165/4
enough [4] 139/9 194/16 218/20 219/25
ensure [2] 39/2 40/19
entail [1] 226/9
entails [1] 53/22
enter [3] 113/24 137/20 139/9
entered [3] 105/15 136/5 137/14
entering [4] 135/21 138/5 138/14 138/18
enters [4] 2/12 70/21 124/3 182/12
entertain [4] 231/1 231/3 231/17 231/20
Entertainment [2] 153/12 155/10
entice [1] 101/13
enticed [1] 46/19
entire [1] 169/25
entirely [2] 169/4 181/4
entitled [1] 27/15
environment [2] 255/16 255/22
Epstein [89] 2/20 2/25 4/9 13/12 13/21 14/14 17/16 18/3 18/10 18/14 20/17 22/15 22/22 25/17 25/18 26/4 27/8 27/10 30/16 32/17 37/25 41/9 42/11 45/7 63/4 70/25 71/21 71/24 82/1 83/1 88/16 89/5 89/16 90/12 90/25 91/2 96/25 103/11 105/3 107/18 108/15 108/17 108/23 108/25 109/25 110/3 114/2 114/13 115/18 116/1 120/7

120/17 120/20 121/4 121/5 121/11 123/12 123/17 123/22 124/9 146/3 164/21 169/8 172/9 178/24 179/3 180/25 181/1 181/8 181/15 182/19 182/21 223/19 223/24 224/11 228/19 228/20 229/17 230/8 230/16 231/9 231/15 232/17 232/22 233/6 237/15 241/15 241/23 265/3
Epstein's [8] 44/2 44/4 76/21 76/24 83/3 169/6 171/12 182/2
Equities [5] 173/14 173/15 173/17 174/1 175/1
equivalent [1] 262/6
era [1] 66/20
erase [1] 40/10
erased [1] 41/1
Eric [1] 115/22
errors [1] 202/5
escaping [1] 151/11
Esq [1] 1/17
essence [1] 3/8
established [1] 218/14
estimated [1] 174/7
ethnic [1] 182/4
even [17] 19/14 136/15 137/20 148/16 159/24 164/3 182/24 183/7 183/10 183/25 194/8 195/8 195/19 196/14 222/5 225/13 229/22
evening [1] 263/23
event [4] 201/12 254/19 254/20 254/21
eventually [5] 92/16 221/1 221/2 250/3 257/19
ever [16] 13/17 15/10 16/18 18/1 18/8 20/11 137/11 165/24 225/18 235/4 235/8 235/17 239/19 252/25 254/15 254/22
every [7] 25/14 120/23 211/19 225/15 237/23 238/24 258/12
everybody [12] 2/13 2/14 70/19 70/22 80/6 80/8 91/10 124/4 182/8 182/13 225/6 241/20
everybody's [1] 75/11
everything [3] 61/19 120/20 187/13
evidence [28] 14/24 15/19 15/20 16/13 18/11 18/19 32/1 34/5 41/12 88/22 88/25 89/1 89/4 89/7 89/12 89/24 89/25 90/8 114/5 114/9 114/14 156/15 172/12 202/8 239/22 239/24 244/22 245/5
exact [4] 6/21 88/22 89/17 203/6
exactly [2] 77/5 115/10
exam [11] 5/11 5/13 5/23 5/25 6/3 6/5 6/6 259/23 260/21 260/24 261/20
examination [38] 2/23 4/5 4/7 5/6 5/8 6/12 6/14 42/11 122/12 124/7 177/11 180/9 182/17 189/3 196/15 223/23 224/9 231/5 231/6 231/8 232/14 232/15 232/25 233/1 233/18 233/23 236/20 236/21 236/21 236/22 236/24 242/14 258/20 258/22 260/12 261/21 261/23 262/22
example [2] 3/23 224/15
examples [1] 253/16
exceedingly [1] 240/22
except [1] 240/10
exception [1] 245/21
excess [2] 25/13 102/4
exchange [3] 246/7 246/25 255/4
exchanges [6] 212/3 246/8 246/10 246/13 246/15 246/18

excuse [19] 18/17 51/1 69/3 80/9 80/10 85/12 89/11 91/2 106/22 108/4 109/25 124/15 125/20 128/10 137/3 144/22 146/1 155/17 260/11
excused [6] 120/14 120/15 241/23 264/3 264/12
exert [1] 237/9
exhibit [69] 14/16 15/5 16/25 17/10 17/22 18/17 18/18 18/19 31/15 32/15 33/6 33/18 38/11 38/14 38/19 39/10 39/15 39/18 39/22 39/22 57/17 67/23 71/1 72/7 74/6 75/5 78/19 81/24 82/25 84/5 89/6 90/9 103/12 113/15 114/3 114/9 114/14 120/22 124/10 124/14 125/11 125/17 159/5 172/19 183/10 188/5 196/20 216/11 221/11 226/18 228/3 228/13 228/21 229/2 229/25 231/23 232/1 233/11 234/23 237/3 238/15 238/16 244/11 244/22 245/1 245/5 245/7 245/15 248/6
exhibits [3] 17/12 38/11 41/11
exist [2] 103/7 122/9
existed [2] 156/13 156/14
existence [1] 194/11
existing [1] 209/10
expand [2] 190/11 207/4
expectation [3] 25/16 25/17 26/4
expensive [1] 161/14
experience [6] 12/18 50/8 161/17 226/1 226/7 244/14
expert [1] 218/24
expertise [7] 5/3 12/7 12/9 12/20 261/6 261/11 262/12
explain [25] 11/20 26/19 94/14 188/19 203/4 208/18 213/7 217/11 227/13 235/8 243/7 245/8 245/15 246/23 247/22 248/7 249/10 250/23 251/23 253/18 254/9 254/17 254/24 256/21 257/10
explained [7] 12/11 71/5 85/7 129/19 133/1 193/1 232/19
explaining [5] 59/4 76/25 78/8 211/22 235/20
explanation [4] 58/1 58/2 59/6 96/24
exposition [2] 195/3 195/10
extension [1] 175/22
extent [2] 128/20 133/24
extremely [1] 165/9
eyeballs [5] 98/23 99/4 99/6 99/16 101/9

**F**

F-I-N-R-A [1] 4/18
face [2] 72/25 73/1
Facebook [1] 191/21
facilitate [1] 257/13
facing [2] 202/19 241/7
fact [50] 22/22 25/1 45/1 45/3 73/2 78/9 88/20 89/20 98/22 102/14 109/10 109/21 114/24 137/15 142/9 146/3 148/10 154/16 156/4 156/15 158/12 167/10 167/13 167/16 167/19 167/22 181/22 184/19 184/23 184/24 185/3 190/6 191/4 191/11 191/14 199/7 202/8 210/6 211/7 217/1 217/5 224/2 224/3 224/5 240/24 246/17 248/17 252/22 258/4 263/17
factors [2] 143/22 143/25
facts [3] 28/23 104/8 104/9
fail [4] 127/25 128/25 165/21 174/23

**F**

**failed [2]** 128/13 173/21
**fair [5]** 194/16 215/1 218/20 219/25 227/15
**false [2]** 105/16 105/23
**familiar [14]** 48/10 49/13 50/6 50/13 53/10 53/11 53/12 56/1 57/4 190/1 194/7 195/17 196/1 264/11
**familiarized [1]** 244/15
**families [1]** 161/24
**family [5]** 165/3 188/14 204/22 227/15 263/23
**fantastic [1]** 61/23
**far [6]** 4/24 13/20 51/21 162/4 194/16 240/6
**farther [1]** 61/18 74/19
**fast [3]** 40/14 41/4 232/1
**favorable [1]** 132/19
**FBI [24]** 32/3 50/9 93/4 93/13 94/23 108/8 110/23 111/10 112/4 112/9 112/12 123/10 127/3 127/4 136/22 137/8 137/24 141/16 150/13 196/23 200/11 200/20 200/21 221/22
**FBI's [1]** 56/18
**February [18]** 1/4 33/7 33/18 112/10 113/1 156/5 183/8 188/6 188/6 196/17 236/13 236/14 256/17 256/22 256/23 257/1 258/3 258/8
**federal [14]** 34/3 112/15 142/24 143/5 159/14 173/10 174/2 175/3 199/18 241/13 243/12 243/16 262/7 262/7
**FedEx [1]** 208/7
**feed [1]** 209/9
**feel [3]** 10/2 65/21 78/21
**feelers [1]** 112/21
**feet [1]** 222/18
**felon [1]** 199/19
**Ferrari [5]** 171/23 197/8 197/10 197/12 204/10
**Ferraris [2]** 165/10 172/4
**few [16]** 121/13 182/3 182/23 183/1 188/16 204/3 212/3 220/3 220/4 222/3 222/14 230/24 253/16 255/11 256/15 258/21
**fictitious [1]** 75/2
**field [2]** 9/9 190/11
**fifth [1]** 184/8
**figure [4]** 154/1 154/2 154/24 241/2
**file [8]** 3/9 89/1 135/5 146/4 162/25 203/10 246/11 246/16
**filed [14]** 88/14 88/18 103/14 146/9 158/16 160/11 163/25 168/18 172/13 172/18 172/22 173/4 173/7 175/8
**filing [9]** 133/2 134/20 173/22 174/17 174/24 175/4 175/20 176/2 252/14
**filings [1]** 194/15
**fill [1]** 252/6
**filled [1]** 221/18
**final [2]** 2/25 237/2
**finally [3]** 184/8 205/9 205/9
**finance [1]** 71/15
**financial [5]** 91/11 153/3 155/6 165/4 242/19
**find [4]** 217/15 218/21 219/18 233/22
**finding [2]** 160/8 193/14
**fine [13]** 17/13 119/10 119/13 122/16 122/24 130/4 166/16 176/24 177/4 181/25 181/25 187/6 187/12
**finger [5]** 20/14 20/19 67/14 68/19

78/18
**finish [1]** 109/24
**finished [4]** 189/12 189/16 223/18 241/19
**FINRA [23]** 4/16 4/18 4/25 209/16 242/17 242/18 242/19 242/23 243/5 243/6 243/8 243/13 243/15 243/18 244/3 244/5 244/12 244/15 259/3 259/18 260/5 261/13 262/1
**fired [1]** 221/25
**firm [2]** 8/10 8/13
**firms [1]** 243/22
**first [48]** 13/6 13/20 18/11 18/12 19/11 20/10 27/23 28/6 31/15 38/16 57/17 60/8 75/10 89/16 111/22 112/6 116/13 121/22 136/11 137/7 150/4 155/6 161/1 172/10 183/7 183/7 183/12 184/9 184/14 186/8 188/18 194/19 197/6 201/10 204/3 215/24 216/16 217/19 220/15 220/16 228/5 228/9 229/19 233/7 234/16 234/25 240/22 242/11
**fit [2]** 82/23 83/15
**five [15]** 3/7 3/15 4/1 81/13 83/9 85/4 129/21 130/13 131/10 131/11 131/13 135/11 166/14 166/15 211/21
**FL [1]** 1/24
**flew [2]** 168/21 238/6
**floor [1]** 237/21
**FLORIDA [9]** 1/1 1/5 1/16 1/18 1/20 113/2 187/4 199/12 259/13
**flowing [1]** 54/3
**flown [2]** 170/15 170/18
**flsd.uscourts.gov [1]** 1/25
**fly [3]** 168/15 168/19 238/8
**flying [2]** 170/3 170/4
**focus [5]** 63/11 63/13 63/16 63/18 99/7
**focusing [3]** 207/23 208/15 256/15
**folder [1]** 16/22
**follow [1]** 211/4
**followed [2]** 109/21 129/24
**following [3]** 110/19 129/20 156/5
**follows [6]** 70/18 88/10 123/4 125/1 180/13 242/11
**foolishly [2]** 100/2 203/3
**Footnote [1]** 160/18
**forces [1]** 105/6
**foregoing [1]** 264/17
**foremost [1]** 136/12
**foreseeable [1]** 144/24
**forever [1]** 151/22
**forgotten [1]** 236/16
**form [12]** 9/2 55/6 116/21 130/2 173/22 174/17 174/24 175/4 175/20 176/2 248/8 254/5
**formal [1]** 121/16
**formally [1]** 117/12
**format [1]** 252/5
**formula [3]** 142/23 143/23 144/1
**formulating [1]** 116/6
**Fort [8]** 1/20 187/5 189/22 194/23 194/24 195/22 199/13 202/13
**forth [2]** 133/22 165/6
**Fortune [3]** 207/23 207/24 207/25
**forward [6]** 34/1 40/14 41/4 88/6 232/1 237/11
**found [3]** 193/13 209/14 210/22
**foundation [2]** 13/11 14/25
**four [6]** 10/11 36/11 71/5 77/15 82/16 211/21

**four-letter [1]** 71/5
**fourth [3]** 58/14 184/7 234/23
**fragmented [1]** 207/22
**Francisco [1]** 86/13
**frankly [6]** 10/24 62/23 69/2 174/18 227/16 227/18
**fraud [24]** 104/15 104/25 110/11 121/6 129/21 130/11 131/8 131/23 132/4 144/1 144/13 144/15 146/23 146/24 172/10 172/25 173/25 174/6 174/8 199/8 199/20 199/20 243/3 243/10
**fraudulent [4]** 97/16 174/11 174/13 174/14
**free [7]** 83/7 85/25 86/2 86/3 105/6 135/17 242/6
**friend [15]** 24/7 24/23 25/1 25/3 25/6 27/3 48/20 48/20 52/1 75/3 94/25 97/8 180/16 187/18 238/13
**friendlies [6]** 54/14 54/15 54/18 54/22 54/23 55/20
**Friendly [9]** 80/11 80/11 84/6 84/7 84/8 84/13 84/14 84/16 84/19
**friends [3]** 81/16 165/3 263/23
**front [17]** 12/24 14/2 18/14 27/1 27/2 27/21 32/16 52/23 53/1 53/11 88/2 117/22 121/3 129/6 132/13 254/15 254/18
**fuel [2]** 23/4 84/21
**fulfilled [2]** 128/18 133/21
**full [7]** 8/10 66/17 185/14 205/23 205/25 212/9 227/17
**full-service [1]** 8/10
**fully [3]** 3/12 127/8 127/10
**function [1]** 7/20
**funding [2]** 73/13 178/20
**funny [1]** 210/7
**further [4]** 4/4 208/7 241/15 258/18
**furtherance [2]** 144/14 144/16
**future [1]** 157/22

**G**

**Gables [1]** 1/18
**game [1]** 78/14
**gaming [1]** 83/6
**gas [3]** 80/21 80/22 81/7
**gave [5]** 43/15 43/21 44/19 48/12 49/17 49/22 50/18 52/9 109/17 118/19 147/19 148/16 178/8 189/10 192/4 225/14
**GE's [1]** 53/25
**gee [1]** 235/17
**general [9]** 5/10 224/25 228/10 229/1 248/8 260/10 260/12 261/3 261/13
**generally [1]** 237/20
**generated [1]** 213/21
**gentleman [4]** 183/21 184/25 186/24 224/2
**gentlemen [46]** 11/20 12/11 19/8 21/25 22/6 24/12 26/16 27/22 29/18 29/24 31/14 35/3 35/11 38/12 43/23 44/10 44/19 45/23 46/2 49/21 52/10 52/22 53/18 54/15 60/19 70/5 76/19 85/7 94/10 97/1 98/22 99/25 101/4 111/9 112/14 119/16 119/17 151/25 152/2 154/3 177/12 177/20 178/4 223/22 263/11 263/20
**get [76]** 2/4 5/2 16/17 16/22 25/24 41/25 46/8 48/22 51/12 70/19 72/10 73/13 76/9 78/23 86/12 86/15 88/2

# G

**get... [59]** 90/3 90/4 90/22 102/25 117/25 118/13 121/11 121/15 123/15 127/18 129/12 132/8 138/20 142/3 145/11 148/18 150/4 153/16 153/19 158/8 162/7 178/20 182/1 182/11 183/10 183/11 184/8 185/19 185/20 187/7 188/5 188/23 190/14 194/1 202/24 204/4 205/3 205/7 208/5 210/16 211/7 211/7 211/11 212/3 212/5 212/10 213/21 213/23 216/15 217/6 225/4 233/18 234/3 237/5 237/5 253/7 260/25 263/15 263/25
**gets [2]** 48/16 202/12
**getting [13]** 38/22 67/15 67/15 83/23 98/3 98/19 124/23 185/13 200/13 209/4 214/4 221/25 256/5
**Giglio [1]** 120/19
**girlfriend [5]** 95/1 95/3 95/4 95/10 215/17
**gist [3]** 109/19 189/21 220/5
**give [11]** 42/12 43/16 49/18 69/3 75/19 83/5 102/15 122/10 141/17 207/10 229/22
**given [18]** 15/16 28/3 39/21 39/24 42/4 42/4 113/16 125/13 143/5 169/8 169/11 169/13 196/23 201/17 259/10 259/18 260/4 261/24
**gives [4]** 51/2 74/16 103/24 117/4
**giving [8]** 58/2 75/19 75/22 77/1 139/20 154/24 165/20 197/15
**global [7]** 7/6 7/11 9/17 153/3 155/6 207/9 207/10
**go [74]** 2/15 12/2 14/4 15/3 15/24 17/19 26/22 33/18 50/1 57/6 57/7 61/2 64/11 74/6 77/8 79/11 80/17 83/9 89/10 90/23 94/24 94/25 95/3 123/1 124/5 125/23 133/19 134/14 134/19 135/6 135/17 143/17 143/20 148/14 158/1 158/3 159/5 163/23 169/11 169/13 174/15 182/15 191/5 194/3 195/8 200/13 201/7 201/9 203/6 204/1 207/8 207/16 210/4 212/11 213/10 215/6 221/20 225/7 225/16 227/19 228/1 229/2 229/17 231/13 232/24 233/9 237/11 241/9 242/6 246/8 246/14 263/18 263/22
**goal [5]** 137/16 214/2 214/4 237/4 237/9
**goes [11]** 22/10 58/7 60/25 61/18 85/22 95/9 99/8 104/13 161/13 209/12 231/4
**going [126]** 4/10 6/21 9/24 12/1 15/18 16/17 17/6 17/18 17/19 19/4 20/13 22/8 22/13 25/24 27/12 36/15 36/19 38/16 44/1 45/22 57/6 58/14 58/18 59/9 59/11 63/8 66/11 66/12 66/17 67/10 69/7 70/11 75/8 75/8 78/5 78/9 78/9 81/25 86/12 86/12 88/5 88/6 90/4 90/19 92/1 95/3 95/4 97/22 103/19 108/14 108/21 113/23 119/16 120/25 121/2 125/7 125/7 125/23 131/4 137/15 142/20 169/3 169/5 178/23 180/8 180/19 181/23 182/1 182/23 183/18 183/20 187/12 188/13 188/13 188/15 189/11 192/11 192/13 192/13 192/20 192/21 193/19 194/1 194/3 195/24 197/2 202/24 203/4 203/24 204/6 207/2 207/19 208/8 208/14

208/24 212/11 212/16 213/17 214/3 214/13 215/6 217/16 218/3 218/15 226/15 226/23 227/5 229/20 231/4 231/15 231/22 232/2 232/13 236/1 236/17 236/25 237/4 240/16 240/18 249/25 250/2 253/24 254/1 256/12 263/16 263/24
**GOLDBERG [1]** 1/10
**golfing [2]** 81/10 81/17
**gone [9]** 15/16 74/10 90/25 91/4 163/9 219/15 227/18 227/18 236/12
**gonna [3]** 75/10 79/2 79/3
**Gonzalez [2]** 212/19 212/20
**Gonzalezes [3]** 96/16 96/23 212/13
**good [51]** 2/13 16/11 16/19 17/5 21/12 21/13 21/15 21/17 21/23 22/7 22/19 22/24 24/3 24/8 28/20 29/5 29/13 30/24 31/5 31/8 32/12 46/19 60/2 60/14 61/7 61/23 64/22 66/7 72/9 78/16 86/5 88/8 88/17 89/21 90/8 123/8 136/9 178/6 181/13 182/19 182/20 188/23 205/17 211/10 217/12 219/14 258/24 258/25 262/24 262/25 263/25
**goodbye [3]** 187/25 189/2 189/2
**Google [1]** 191/22
**gosh [1]** 95/18
**got [48]** 5/15 5/20 5/20 6/19 47/11 61/18 62/9 66/16 69/9 69/11 75/17 76/21 76/24 76/25 78/14 78/15 83/8 85/24 86/5 86/13 90/7 97/18 102/5 137/19 137/19 139/20 147/12 152/4 166/17 167/10 167/13 167/16 167/19 177/13 187/19 191/19 204/15 206/3 206/8 206/12 208/19 208/25 209/3 211/1 211/7 212/4 237/20 264/4
**gotten [1]** 184/12
**government [75]** 3/12 11/20 12/10 26/6 26/19 28/4 44/5 45/10 49/18 89/13 90/9 94/13 106/25 112/16 113/16 114/23 116/23 118/1 118/10 121/25 122/4 122/22 123/19 125/17 127/8 127/19 128/1 128/12 128/17 128/19 129/10 132/20 132/22 132/23 133/1 133/8 133/15 133/20 133/23 134/5 134/13 135/5 136/16 139/9 140/6 156/24 160/12 163/22 179/2 180/14 186/2 197/6 198/11 198/13 226/18 228/3 228/13 229/2 229/25 231/23 232/1 232/23 233/11 234/23 236/23 237/3 238/15 238/16 241/9 242/8 243/2 244/8 244/12 259/6 259/14
**government's [48]** 18/18 18/19 31/15 32/15 33/6 33/18 38/11 38/14 38/19 39/10 39/14 39/18 39/22 41/11 57/17 67/23 71/1 72/7 74/6 75/5 78/19 81/24 82/25 84/4 89/6 103/12 124/10 124/13 125/10 125/17 128/14 129/1 159/5 159/8 160/11 160/15 172/19 183/9 188/5 196/20 216/11 221/11 228/21 231/7 244/22 245/1 245/5 245/7
**grand [5]** 86/4 86/4 111/1 124/20 211/21
**grandkids [1]** 204/23
**granted [1]** 169/18
**granting [1]** 159/8
**great [4]** 165/3 203/9 221/24 225/16
**greater [5]** 142/3 142/5 142/6 190/11 190/11
**greed [2]** 227/10 227/11

**greedy [2]** 164/18 165/2
**green [6]** 95/23 95/24 95/24 96/5 96/5 96/5
**gross [1]** 154/2
**group [16]** 7/6 7/12 9/17 72/10 72/11 72/16 72/18 153/12 153/14 155/10 226/7 226/8 226/17 226/19 242/25 244/7
**groups [3]** 73/22 226/10 226/14
**grow [1]** 190/4
**guarantee [1]** 142/4
**guarantees [6]** 125/15 125/16 133/2 133/4 133/4 133/6
**guess [29]** 17/9 114/7 114/22 115/22 185/3 187/8 188/21 193/14 195/10 197/8 197/8 197/15 198/23 201/3 204/3 204/16 207/24 208/19 210/21 211/23 211/25 212/5 219/3 221/9 221/20 234/22 236/3 240/4 260/17
**guideline [13]** 138/23 143/17 143/20 143/22 144/25 145/14 145/16 145/21 145/23 146/12 147/16 163/19 240/24
**guidelines [17]** 131/19 131/21 133/16 134/4 134/15 134/20 135/6 138/25 142/21 143/1 143/5 143/8 143/11 144/8 145/2 145/4 167/11
**guilt [1]** 176/15
**guilty [19]** 102/6 121/7 129/4 129/6 132/6 132/13 139/2 139/5 139/13 140/4 145/11 163/13 175/23 198/18 198/20 198/24 199/8 199/16 200/10 **guy [10]** 77/22 81/12 86/4 86/14 152/4 206/10 207/19 208/9 209/4 212/13
**guy's [1]** 206/12
**guys [5]** 72/9 78/16 78/22 120/5 212/18
**gypsy [5]** 94/6 94/8 94/9 94/10 94/18

# H

**had [140]** 11/8 11/9 11/11 13/3 13/6 13/17 14/5 14/19 19/6 21/4 21/9 21/10 21/22 23/19 23/24 24/6 24/6 24/19 24/22 26/13 28/19 29/3 29/8 29/12 31/7 32/20 36/12 40/17 48/21 57/1 59/21 63/9 64/23 86/4 88/24 89/5 89/9 91/1 96/21 98/1 102/19 102/19 108/17 108/25 109/2 111/15 111/25 112/20 113/1 114/22 114/23 115/22 120/20 120/23 124/11 138/17 139/8 139/8 142/10 142/15 142/17 146/17 146/20 147/1 151/15 151/18 154/13 155/15 155/25 156/1 156/3 156/4 156/6 156/16 156/20 157/2 157/5 157/12 158/19 158/21 162/21 163/6 164/9 165/4 165/6 169/3 169/17 170/4 170/7 172/13 177/21 177/24 181/9 182/25 183/24 184/2 184/11 184/16 189/20 191/12 192/8 193/13 193/21 193/21 194/14 196/17 196/22 197/10 198/10 198/11 198/15 198/18 198/24 199/8 208/20 209/11 209/16 214/23 216/10 218/22 220/2 220/10 220/17 221/19 221/22 222/2 224/6 225/6 225/7 227/6 227/8 228/2 229/9 228/12 228/22 228/23 229/9 230/18 234/1 236/12 239/25
**hadn't [3]** 109/7 198/20 214/16
**half [11]** 61/21 66/17 155/22 155/23 155/23 202/16 225/11 234/25 241/7 243/9 258/4
**halted [2]** 159/21 222/13

# H

**hand [4]** 39/4 248/11 248/13 249/18
**handed [1]** 121/9
**handing [1]** 237/15
**handled [1]** 122/5
**handler [2]** 34/19 149/10
**handling [1]** 32/6
**happen [5]** 3/16 68/23 188/15 198/6
242/5
**happened [9]** 26/5 27/6 80/14 140/22
181/21 181/22 223/11 223/25 239/23
**happening [2]** 80/4 210/16
**happens [3]** 40/19 122/17 248/23
**hard [1]** 197/2
**harder [1]** 253/8
**Harold [2]** 178/12 179/8
**has [71]** 8/13 14/15 15/16 25/7 34/8
34/19 36/11 41/4 46/24 46/24 47/13
53/2 66/17 67/9 69/1 70/1 92/19
102/14 113/16 114/2 115/24 121/25
122/4 124/14 128/13 128/18 129/19
133/8 133/21 134/6 134/8 143/12
149/10 158/8 159/25 160/5 161/17
161/18 164/6 164/6 164/9 172/3
178/24 181/2 181/22 188/16 188/17
200/18 210/10 211/3 211/7 214/8
217/2 221/18 224/3 227/15 232/21
236/19 244/15 244/17 244/23 244/23
247/15 249/24 255/7 255/9 256/2
256/7 261/5 261/14 261/19
**hasn't [1]** 254/12
**have [278]**
**haven't [6]** 28/3 36/12 74/10 88/25
89/23 131/24
**having [14]** 21/14 21/16 22/2 23/18
23/23 27/3 77/16 160/16 162/2 221/1
234/9 242/11 250/25 262/1
**he [310]**
**he'll [3]** 85/4 86/2 222/18
**he's [92]** 16/16 16/17 22/9 27/8 34/12
34/14 34/22 38/22 60/11 62/9 62/12
63/23 66/22 67/9 67/24 68/20 69/4
69/16 69/21 71/2 71/9 71/18 73/19
74/3 74/22 74/25 75/2 75/8 75/10 79/2
79/2 81/16 82/5 82/8 82/20 83/12
84/16 85/24 90/3 90/19 102/4 102/12
120/10 122/13 123/18 125/7 131/3
143/14 149/8 151/11 157/23 162/3
164/5 171/13 183/21 186/25 187/12
187/20 188/13 188/14 191/3 192/5
192/10 192/21 192/23 195/23 196/4
196/7 203/15 203/18 204/20 207/10
207/20 208/12 209/3 209/8 209/23
210/5 210/23 211/1 211/5 211/6 211/9
211/11 211/14 217/2 220/12 220/22
220/23 222/15 230/5 242/2
**head [2]** 187/1 197/3
**hear [5]** 14/15 20/17 95/19 186/6
235/11
**heard [11]** 16/19 21/13 35/25 44/3
44/22 102/23 206/20 230/16 252/25
254/15 254/22
**hearing [1]** 199/12
**hearsay [1]** 193/24
**heated [1]** 204/25
**heavily [1]** 258/16
**heavily-traded [1]** 258/16
**hedge [1]** 10/18
**hedging [1]** 137/18

**height [2]** 249/1 249/2
**held [2]** 196/7 196/10
**hello [7]** 184/15 184/15 221/16 228/16
228/17 228/18 228/19
**help [8]** 64/25 65/9 129/9 132/19 136/5
136/9 136/11 136/14
**helping [1]** 67/24
**helps [1]** 65/3
**her [7]** 65/21 65/21 66/16 66/18 66/19
67/3 240/22
**here [70]** 3/24 25/7 25/8 27/2 27/4
46/11 58/24 60/1 60/19 64/11 66/12
66/15 67/6 67/9 68/19 74/4 74/10
77/21 79/19 85/2 101/23 105/2 106/25
116/13 116/23 117/25 120/10 122/3
124/22 127/7 128/11 128/11 129/18
130/13 130/17 131/3 134/17 144/3
144/4 160/2 162/10 164/12 180/21
182/9 185/19 190/2 190/9 192/5 196/4
197/13 197/14 200/17 204/6 205/18
208/17 217/11 220/14 221/13 222/11
224/13 231/23 239/25 241/25 250/5
251/12 255/11 263/8 263/15 263/24
264/5
**here's [3]** 65/20 89/3 226/25
**hesitation [1]** 235/12
**hey [7]** 19/12 19/15 47/11 69/24 228/6
238/19 238/21
**Hi [2]** 188/18 221/16
**hide [1]** 122/1
**high [1]** 251/3
**higher [1]** 213/24
**highlight [1]** 181/1
**him [128]** 13/3 13/5 15/1 17/16 19/24
19/24 20/1 20/1 21/11 21/21 22/1 22/3
23/6 23/9 23/9 23/23 24/2 24/5 25/1
27/6 27/7 38/23 39/4 39/6 39/24 45/11
45/12 45/15 59/15 59/21 59/22 59/24
59/25 62/25 63/1 63/7 63/13 63/16
63/18 64/19 65/12 65/13 66/12 68/23
69/3 76/21 76/24 76/25 77/19 77/24
78/8 79/5 80/2 80/16 83/21 84/2 84/18
87/17 87/24 89/25 90/7 90/11 90/13
107/4 107/13 109/8 109/17 110/5
120/12 120/22 122/12 125/4 130/25
131/2 134/20 135/6 148/16 148/18
149/2 151/9 152/17 152/18 152/20
161/20 165/7 171/18 172/8 179/20
181/10 184/16 185/2 185/3 186/19
187/6 187/15 188/11 188/12 188/19
192/9 192/20 193/18 195/8 205/10
205/10 206/8 207/20 208/5 208/12
208/23 209/2 209/9 209/10 211/25
213/8 215/5 216/23 217/10 217/13
221/20 222/20 223/6 228/23 230/2
230/17 231/19 232/12 232/23 242/4
**himself [1]** 181/9
**Hirji [8]** 152/5 152/8 152/9 153/18
153/19 153/19 154/20 155/23
**his [89]** 15/1 16/16 19/19 19/20 19/22
43/7 45/18 46/11 48/22 64/17 64/23
64/24 70/6 76/1 76/10 94/25 95/3
99/19 99/21 100/7 101/13 102/15
107/7 128/19 130/22 131/19 131/19
133/22 144/17 152/7 153/8 159/13
159/17 161/1 161/3 161/4 161/4 161/7
161/18 161/19 162/15 162/18 164/6
164/6 164/10 165/1 165/3 165/22
172/2 172/5 177/22 178/20 179/17
181/8 181/11 181/12 181/23 183/20

187/10 188/1 188/14 188/20 191/4
191/6 192/10 192/15 192/24 193/21
203/5 203/15 205/20 206/6 206/10
206/11 206/18 207/20 208/13 209/5
210/6 210/19 212/5 212/5 217/8
218/10 222/18 223/1 228/5 228/24
242/3
**history [2]** 91/16 208/16
**hit [2]** 31/3 92/4
**hits [1]** 191/21
**hold [3]** 106/8 113/24 162/14
**holders [1]** 96/20
**holding [1]** 211/18
**home [15]** 32/1 33/16 33/24 34/4 34/8
35/8 127/17 170/21 170/23 171/1
237/24 239/25 240/3 242/6 263/22
**homes [1]** 161/14
**honest [3]** 78/16 156/24 157/2
**honestly [1]** 11/18
**Honor [110]** 2/3 2/19 4/4 4/6 11/23
13/14 14/11 14/22 15/2 15/18 15/23
16/12 16/15 17/8 17/11 17/15 22/11
26/8 26/10 27/5 27/9 27/10 27/14
28/22 36/10 36/13 44/7 45/6 45/9
45/17 46/10 57/13 59/9 70/14 70/24
88/13 89/2 89/3 89/18 89/19 90/16
90/18 90/21 113/13 113/15 113/19
113/23 114/6 114/10 119/10 119/13
120/1 120/13 120/16 121/22 122/7
122/25 123/8 123/20 124/1 124/2
124/6 130/18 130/21 131/1 164/5
164/25 169/5 169/7 171/11 171/14
178/23 179/1 180/7 181/7 182/6
182/14 182/16 193/23 200/15 206/22
215/3 223/17 224/8 227/20 227/23
229/11 230/4 230/15 231/4 232/13
233/19 233/24 235/24 236/19 237/1
241/14 241/15 241/17 241/18 241/21
242/8 242/12 244/21 245/3 258/19
258/21 262/21 263/6 264/3
**HONORABLE [1]** 1/10
**hopes [1]** 135/22
**hoping [3]** 82/16 142/6 162/24
**horse [1]** 17/7
**hotel [2]** 189/22 196/6
**hours [1]** 65/21
**house [21]** 34/22 35/19 61/1 126/14
126/18 126/23 127/2 127/4 138/10
140/2 147/7 149/12 149/19 166/15
166/17 166/23 167/1 167/3 171/7
171/9 205/3
**how [67]** 3/18 9/1 9/9 10/8 19/12 71/6
73/2 77/9 85/15 93/9 109/6 115/10
122/4 139/11 139/12 141/22 152/7
153/17 162/1 181/4 184/15 188/18
192/2 192/12 192/13 193/13 198/6
200/6 200/17 208/18 208/24 209/8
211/24 212/14 213/11 213/20 213/21
220/3 221/16 221/17 221/23 224/14
224/18 224/22 228/6 228/16 228/18
232/17 237/20 238/19 238/21 243/5
247/24 247/25 248/10 249/12 250/24
251/24 256/22 256/22 256/24 256/24
256/25 257/1 257/16 258/8 258/24
**how's [1]** 204/6
**however [3]** 86/5 132/22 159/12
**huge [1]** 207/17
**Huggins [31]** 183/21 184/3 184/4
184/19 184/23 187/14 187/17 187/21
187/21 208/20 214/24 215/2 215/9

# H

**Huggins... [18]** 215/11 215/14 215/23 216/2 216/5 216/10 216/12 216/17 216/20 217/10 217/17 217/22 218/4 220/2 220/15 221/5 222/8 222/11
**Hughes [1]** 173/13
**huh [6]** 61/10 63/12 64/12 66/9 207/19 228/15
**hundred [3]** 82/19 83/6 211/21
**hundreds [1]** 34/25
**hurt [1]** 91/19
**hype [2]** 46/17 48/5
**hypothetically [1]** 213/11

# I

**I'd [4]** 186/2 227/9 244/21 256/15
**I'll [53]** 13/13 14/8 14/14 15/3 26/10 27/14 28/24 34/1 35/6 41/10 44/6 46/13 57/13 69/3 69/3 72/22 80/17 81/24 82/1 82/25 86/5 86/7 89/5 113/24 122/21 122/22 124/14 136/7 147/22 166/13 169/10 171/15 174/16 176/3 178/10 180/14 181/19 182/8 197/13 217/12 217/16 217/19 217/19 222/25 227/22 229/14 229/21 230/14 231/12 233/9 237/1 239/10 256/17
**I'm [150]** 3/20 4/10 6/21 9/14 9/24 10/10 12/1 13/19 13/23 14/25 14/25 16/14 17/6 17/18 17/19 19/4 19/24 20/5 20/17 20/20 22/8 22/13 22/15 27/10 27/11 27/12 30/20 30/20 35/6 36/6 36/15 36/19 36/19 37/2 38/18 38/18 43/18 45/22 46/23 47/9 53/12 59/11 61/19 70/11 71/24 75/19 77/1 78/9 78/14 82/15 82/16 84/9 84/10 86/6 88/5 88/6 88/9 88/12 89/10 94/9 97/22 98/19 101/22 102/2 103/10 103/19 108/14 108/21 109/11 110/10 112/11 113/3 113/23 121/2 123/17 124/12 125/16 130/21 131/4 131/21 131/24 136/24 147/21 152/1 152/12 152/14 153/9 154/7 154/15 155/4 156/9 161/22 162/2 165/17 166/16 169/4 169/16 172/19 174/15 174/16 175/15 175/21 175/23 176/21 178/23 181/1 182/1 182/23 187/7 188/22 190/2 193/18 194/3 196/25 200/3 200/6 200/13 202/15 203/24 204/12 205/10 206/6 207/2 209/18 212/11 215/6 217/15 218/24 218/24 221/1 227/1 227/3 227/3 229/24 230/20 231/4 231/9 233/19 233/24 234/13 234/15 236/1 236/25 241/25 242/17 249/5 259/13 264/4 264/7 264/10
**I've [11]** 17/3 61/2 75/17 86/4 86/5 113/15 114/18 209/22 209/24 243/6 263/12
**idea [36]** 23/1 39/21 39/24 41/7 53/11 56/6 56/15 60/18 60/22 60/23 60/24 61/8 61/9 61/12 62/21 66/8 67/2 67/8 67/8 84/23 97/21 97/22 98/10 99/19 100/7 101/9 101/16 101/23 107/7 117/25 131/19 191/21 206/12 230/22 231/21 232/2
**identification [3]** 14/16 15/15 114/3
**identified [2]** 106/25 209/19
**illegal [23]** 3/14 3/20 49/5 52/5 52/15 52/17 52/19 53/4 55/8 62/22 64/7 65/4 67/14 67/18 67/20 68/17 72/25 94/16

**illegally [1]** 54/7
**illegitimate [1]** 64/7
**illegitimately [2]** 51/19 51/22
**immediate [1]** 3/10
**immediately [1]** 108/18
**immunity [3]** 116/19 116/21 139/20
**implication [1]** 110/12
**implies [1]** 204/18
**important [1]** 212/4
**importantly [1]** 218/11
**impose [1]** 129/20
**impressed [1]** 204/12
**impression [2]** 105/17 220/11
**imprisonment [3]** 129/22 131/13 162/17
**in-person [2]** 126/14 146/20
**incarcerated [2]** 3/22 168/6
**incarceration [5]** 135/19 162/8 162/13 164/12 166/3
**incident [1]** 201/24
**include [2]** 252/16 254/12
**includes [2]** 162/12 245/19
**including [4]** 106/7 120/24 134/9 258/5
**income [1]** 9/2
**incorrectly [3]** 201/21 201/22 201/23
**increase [6]** 105/10 219/7 249/4 249/17 255/12 255/19
**increased [2]** 105/24 145/4
**increasing [1]** 256/3
**incredibly [1]** 207/22
**incrementally [1]** 110/2
**incriminate [1]** 30/18
**incriminating [2]** 92/22 96/8
**indeed [1]** 108/10
**INDEX [1]** 265/1
**India [1]** 83/4
**indicate [3]** 19/25 44/23 250/11
**indicated [5]** 23/19 147/1 164/17 250/12 259/3
**indicates [1]** 250/1
**indicted [7]** 140/12 141/19 146/23 146/24 147/1 178/1 179/11
**indictment [16]** 57/6 98/5 102/6 103/14 103/18 104/23 106/14 106/18 109/25 111/1 131/7 131/15 131/18 147/14 173/4 173/4
**indictments [1]** 147/14
**individual [16]** 106/24 149/12 155/2 179/7 179/11 179/13 185/12 186/12 188/11 214/24 223/24 260/11 260/24 261/5 261/14 261/19
**individuals [11]** 54/18 106/6 118/6 118/9 118/12 147/9 177/17 177/17 178/11 259/22 261/19
**industry [8]** 207/17 207/18 242/19 242/20 244/16 247/15 247/17 259/11
**industry's [1]** 208/8
**inflate [1]** 105/4
**influenced [1]** 180/23
**inform [3]** 2/7 223/6 252/10
**informant [9]** 98/16 100/15 100/22 101/5 101/13 102/20 133/9 136/5 158/20
**information [25]** 6/22 53/2 53/7 54/19 55/5 116/15 147/19 156/4 165/20 185/7 192/10 245/16 247/10 247/15 247/16 247/18 248/3 252/9 252/9 252/11 252/13 252/15 254/6 254/11 254/11

**initial [8]** 83/20 101/8 117/22 126/5 140/14 140/19 199/14 234/6
**initially [7]** 154/5 156/17 159/18 161/5 200/23 233/12 257/19
**initials [1]** 201/5
**initiate [2]** 101/1 101/2
**initiated [2]** 101/5 215/23
**inquiring [1]** 44/2
**inquiry [1]** 15/22
**ins [6]** 10/20 11/1 11/3 11/5 11/15 11/17
**insatiably [2]** 164/18 165/2
**insensitivity [1]** 180/23
**inside [6]** 53/6 54/18 127/1 127/4 231/18 254/6
**insider [17]** 53/2 55/5 174/1 175/2 175/5 175/6 175/11 175/13 175/17 175/22 175/24 176/3 176/5 176/9 253/6 254/6 254/18
**insofar [1]** 244/1
**instance [4]** 88/17 91/7 120/25 232/18
**instances [1]** 89/21
**instead [1]** 263/16
**instruct [1]** 2/5
**instructed [5]** 26/9 148/5 148/7 150/4 154/13
**instruction [6]** 148/13 148/14 148/25 152/9 170/4 180/19
**instructions [2]** 41/25 42/4
**integrity [1]** 40/20
**Intelimax [1]** 83/7
**intend [2]** 205/25
**intended [3]** 144/14 144/15 144/20
**intent [2]** 88/21 90/2
**intention [1]** 17/15
**interest [6]** 64/23 64/24 124/22 249/19 249/23 249/24
**interested [19]** 23/12 23/25 24/7 31/7 64/14 64/17 64/18 87/4 116/1 116/5 193/14 193/18 206/13 206/15 206/18 206/19 207/14 248/1 249/21
**interesting [3]** 82/15 205/8 256/9
**interference [1]** 253/3
**interject [1]** 75/17
**internet [1]** 71/15
**interpretation [6]** 42/12 42/22 44/11 44/20 45/5 46/11
**interpreted [1]** 182/4
**interrupt [1]** 229/24
**intimately [1]** 57/4
**introduce [1]** 17/16
**introduced [3]** 61/23 89/7 172/12
**introducing [1]** 184/14
**introduction [2]** 114/5 184/22
**intrusive [1]** 166/19
**inventory [1]** 206/1
**invest [7]** 69/16 73/16 81/18 190/14 206/21 210/8 211/12
**invested [4]** 160/16 191/12 191/15 191/18
**investigated [1]** 243/15
**investigating [1]** 116/2
**investigation [2]** 134/7 189/16
**investigations [2]** 34/4 243/3
**investigator [2]** 243/18 244/1
**investing [6]** 23/13 191/19 192/2 248/2 248/3 248/4
**investment [13]** 50/22 50/23 61/1 62/15 62/20 69/21 69/25 71/18 98/14 192/23 192/24 250/3 256/9

**I**

**investments [2]** 64/4 64/6
**investor [10]** 31/6 51/2 53/22 76/1 76/10 256/5 256/6 256/7 256/11 258/12
**investors [14]** 22/24 24/6 24/20 24/23 31/7 46/19 54/24 190/14 195/13 195/24 214/2 226/15 226/17 247/24
**invite [1]** 127/16
**inviting [5]** 126/17 138/10 140/1 141/2 147/7
**involve [2]** 69/25 87/24
**involved [17]** 51/12 88/20 91/16 97/18 98/3 98/20 107/4 107/8 107/9 107/13 119/22 152/4 174/10 174/12 207/1 227/6 231/8
**involvement [2]** 97/15 258/5
**involves [1]** 244/9
**involving [6]** 121/6 153/11 199/21 230/19 239/3 243/3
**iPhone [1]** 206/12
**irrelevant [1]** 181/4
**is [889]**
**Island [1]** 187/1
**Islands [3]** 168/21 169/20 170/13
**isn't [16]** 22/24 30/7 30/8 30/14 56/21 60/9 60/14 96/9 97/2 109/21 119/23 192/20 220/16 220/16 250/1 256/2
**issue [7]** 84/4 120/1 120/11 123/7 130/20 160/12 233/2
**issued [2]** 108/12 111/7
**issuing [1]** 105/23
**it [437]**
**it's [143]** 5/9 11/23 15/16 15/20 16/21 17/15 17/16 19/2 19/11 35/22 35/23 36/3 44/16 46/5 49/3 56/18 56/19 56/23 61/22 62/22 67/8 67/17 67/25 68/6 69/20 72/22 78/4 78/16 78/24 79/11 80/4 80/9 80/21 81/6 82/5 82/11 82/17 83/6 83/7 85/11 85/19 86/7 86/12 88/13 89/3 89/11 89/15 99/3 100/7 106/18 107/7 115/25 119/24 120/9 121/9 124/19 124/21 129/24 131/11 132/8 133/3 143/1 143/14 152/8 157/24 165/2 166/19 172/6 180/14 180/24 183/9 183/17 184/2 188/16 190/4 193/25 197/2 201/21 202/3 202/24 203/18 204/9 204/15 204/20 205/21 207/17 207/18 207/22 210/7 210/7 210/11 210/11 210/18 210/25 211/9 211/9 211/10 212/25 213/5 214/3 214/11 218/14 219/16 221/22 223/6 226/18 228/14 229/1 230/21 230/24 232/25 234/19 234/23 234/23 237/4 237/6 239/14 242/3 246/6 246/6 246/24 247/12 247/17 247/23 250/2 252/2 252/3 252/3 252/5 253/3 253/8 253/11 253/11 253/23 254/4 254/10 256/3 256/21 256/9 259/8 259/10 262/8 263/12
**Italy [3]** 169/1 169/20 170/15
**ith [1]** 77/9
**its [8]** 72/25 73/1 74/2 128/17 133/20 244/23 248/4 249/1
**itself [1]** 100/17

**J**

**jail [19]** 3/17 4/3 102/4 119/4 119/5 151/11 165/15 166/4 166/6 167/8

181/21 181/23 181/23 202/25 204/1 223/25 224/5 240/17 241/9
**January [40]** 6/19 13/25 18/10 18/24 19/6 20/3 21/9 21/12 22/20 24/5 27/21 28/6 29/5 31/15 31/20 32/20 38/1 38/19 56/9 57/17 83/21 111/22 112/10 113/1 114/23 114/24 115/4 117/12 117/16 117/18 126/5 139/16 140/15 155/2 233/8 247/6 250/20 251/1 251/10 251/10
**Jencks [1]** 120/19
**Jeune [1]** 1/17
**Jewish [1]** 181/2
**job [1]** 222/16
**jointly [2]** 144/15 144/16
**Jon [1]** 115/20
**Juan [3]** 96/16 96/23 212/13
**judge [65]** 1/11 2/5 3/25 44/1 57/11 88/3 88/8 88/12 114/4 123/7 129/7 132/14 133/9 133/16 134/14 134/19 135/6 141/20 143/12 143/14 145/17 146/11 146/15 146/17 146/20 146/23 147/15 147/19 147/23 148/4 148/22 157/21 158/19 158/20 159/1 159/2 159/3 159/11 160/2 160/8 163/23 164/5 164/15 164/17 166/14 168/18 172/2 178/8 180/17 180/19 180/22 181/17 181/25 193/25 199/19 229/14 230/7 231/8 232/16 233/2 240/17 240/21 241/13 242/2 244/25
**judge's [2]** 159/6 159/8
**judges [2]** 2/7 143/6
**Judith [2]** 1/22 264/22
**judy [1]** 1/25
**July [8]** 110/20 137/4 138/2 140/7 155/17 155/20 156/6 156/7
**jump [1]** 78/14
**June [9]** 106/22 107/3 107/17 108/5 108/10 108/15 108/22 137/3 208/20
**junk [1]** 217/7
**jurors [1]** 181/3
**jury [77]** 1/10 2/4 2/6 2/12 11/20 12/12 19/8 21/25 22/6 24/13 26/17 27/22 29/18 29/25 31/9 31/14 34/6 35/3 35/11 38/12 43/23 44/3 44/10 44/19 45/24 46/2 49/22 52/10 52/22 53/19 54/15 60/19 70/6 70/16 70/20 70/21 76/19 85/7 92/17 94/10 97/1 98/23 100/1 101/5 111/1 111/10 112/14 120/2 120/4 124/3 154/4 177/12 177/21 178/5 180/20 181/2 181/12 182/5 182/11 182/12 191/11 193/1 200/18 202/19 202/20 223/22 224/2 243/7 243/25 248/7 249/10 250/23 254/17 256/21 257/10 263/11 264/2
**jury's [1]** 180/23
**just [110]** 3/23 5/22 9/23 9/25 11/3 14/20 16/4 16/14 16/22 16/22 17/16 18/3 24/17 24/18 27/11 31/3 34/1 38/4 47/10 62/4 63/12 67/3 69/24 75/8 75/18 80/5 80/7 80/20 85/18 86/3 89/4 89/16 96/22 99/23 100/19 101/25 103/3 110/13 112/13 114/4 120/16 120/21 121/9 121/18 122/3 122/21 123/9 124/12 138/25 148/17 152/15 153/23 154/19 163/9 175/15 177/4 183/13 188/18 191/18 192/14 194/1 195/9 197/6 200/17 200/18 201/12 201/24 202/5 203/20 204/3 208/5 208/6 208/9 208/18 208/23 210/17

210/20 210/20 211/6 211/7 211/8 211/20 212/22 216/14 216/15 220/14 223/14 223/21 224/12 225/7 225/11 225/11 229/1 231/7 232/2 232/25 234/19 235/18 239/10 242/3 243/24 248/10 250/5 253/17 255/24 256/15 257/10 258/21 262/21 263/8

**K**

**K-8 [1]** 203/10
**Kanakaris [17]** 97/5 97/6 97/12 102/3 102/9 103/15 103/20 104/5 104/13 105/3 106/22 107/3 107/11 107/12 107/18 108/11 110/5
**Kankaris [1]** 97/4
**keep [5]** 208/23 212/16 222/25 240/14 242/3
**keeps [4]** 206/6 209/4 211/21 240/6
**KEVIN [39]** 1/6 182/21 183/22 183/24 183/25 184/9 185/6 185/20 185/21 187/1 187/6 188/4 188/7 188/8 188/19 188/22 193/17 194/23 202/12 212/16 212/18 213/3 214/20 215/22 221/7 221/10 221/16 221/16 221/18 222/20 223/15 228/15 228/15 228/16 228/17 228/24 234/3 234/8 234/12
**key [1]** 151/11
**kickback [3]** 108/17 254/25 255/2
**kind [16]** 37/17 37/19 43/25 44/22 44/24 48/17 64/1 75/17 82/17 90/22 96/8 118/6 166/17 197/2 259/13 263/7
**kinds [2]** 91/20 118/3
**knew [13]** 19/24 20/3 97/6 127/17 138/13 200/11 200/12 210/22 220/20 220/22 222/5 222/6 264/11
**know [151]** 7/17 11/1 11/5 11/15 13/7 13/9 13/24 19/22 19/24 20/1 20/1 20/3 20/6 20/12 36/17 36/17 43/4 43/9 43/9 43/12 43/12 47/15 50/4 50/24 52/5 57/21 58/14 58/18 59/20 59/22 59/23 60/7 60/15 60/16 60/17 61/2 62/22 62/23 64/6 64/7 64/16 69/2 72/9 74/3 74/10 75/7 75/9 77/9 78/2 78/15 80/5 80/5 80/6 80/8 80/10 80/15 80/20 81/6 81/7 81/9 81/10 81/13 82/12 83/4 83/8 83/9 83/10 86/6 86/12 86/13 90/19 91/23 92/1 93/9 93/10 93/24 95/15 102/9 102/14 103/7 111/10 120/6 121/19 125/14 126/23 131/11 131/12 137/14 138/12 138/17 156/20 173/3 179/25 180/5 180/8 182/3 183/25 191/6 191/9 193/13 194/14 195/10 201/21 203/4 203/5 205/1 206/15 209/4 210/6 210/11 210/22 211/12 212/14 217/15 218/17 218/19 218/20 218/20 218/21 219/12 219/16 219/17 220/13 220/17 221/22 222/1 225/6 225/12 231/18 231/18 233/12 234/13 235/4 235/17 236/2 237/13 239/13 246/2 246/15 246/18 247/20 247/25 248/1 249/4 249/7 252/13 253/5 253/20 254/1 256/5 263/24
**knowing [5]** 92/13 92/16 96/13 227/7 256/11
**knowledge [20]** 11/21 12/4 12/5 12/16 13/8 13/12 15/13 21/14 22/2 28/2 41/2 94/3 113/4 137/7 176/1 176/5 184/17 191/2 239/4 260/19
**knowledgeable [15]** 9/4 9/6 9/7 9/8 9/8 9/22 9/23 9/25 10/1 10/2 10/4 10/22

## K

**knowledgeable...** [3] 10/24 10/24 11/6
**known** [11] 5/17 13/18 19/22 61/2
113/18 122/23 128/20 133/24 228/9
242/21 247/2
**knows** [7] 10/20 11/3 13/12 43/12
59/12 91/10 131/5

## L

**label** [1] 39/5
**labels** [1] 113/16
**lack** [1] 185/9
**ladies** [44] 11/19 12/11 19/7 21/24 22/5
24/12 26/16 27/22 29/17 29/24 31/14
35/3 35/10 38/12 43/23 44/10 44/19
45/23 46/2 49/21 52/9 52/22 53/18
54/15 60/18 70/5 76/18 85/7 94/10
96/25 98/22 99/25 101/4 111/9 112/13
119/16 119/17 154/3 177/12 177/20
178/4 223/22 263/11 263/20
**lady** [2] 66/4 215/15
**laid** [4] 48/20 56/24 62/4 67/13
**land** [1] 222/18
**language** [2] 158/23 226/20
**Lappen** [9] 146/7 146/9 146/14 148/4
148/22 158/12 160/15 161/21 162/2
**large** [5] 10/20 54/25 142/9 171/7
176/24
**larger** [1] 253/15
**largest** [1] 91/16
**last** [17] 19/14 19/19 19/20 19/21
19/22 19/25 80/19 82/18 124/12 152/7
153/17 180/20 221/9 223/14 228/20
228/25 257/25
**lastly** [2] 72/6 84/4
**late** [3] 188/23 250/20 263/12
**later** [8] 83/23 102/8 108/12 156/3
184/3 193/17 230/24 235/21
**Latin** [1] 25/8
**Latino** [3] 24/6 51/24 212/13
**Latino's** [1] 212/20
**Latinos** [3] 75/3 96/21 96/23
**Lauderdale** [8] 1/20 187/5 189/22
194/24 194/24 195/23 199/13 202/13
**laughs** [1] 212/16
**launching** [1] 71/16
**Laurie** [1] 115/10
**law** [19] 6/12 31/16 31/19 33/13 33/23
34/2 37/21 93/13 159/14 159/24
162/19 164/13 173/25 224/6 243/16
244/1 244/5 261/20 262/6
**Lawrence** [1] 160/8
**laws** [4] 174/2 175/3 243/13 249/11
**lawyer** [10] 115/20 115/22 141/23
145/20 147/15 156/18 156/20 157/7
157/9 168/18
**lawyer's** [1] 142/10
**lawyers** [9] 117/7 118/18 119/22 126/6
139/18 177/9 182/9 190/6 263/8
**lay** [4] 56/10 57/16 77/9 203/11
**laying** [1] 14/25
**lays** [3] 104/23 106/14 129/18
**Le** [1] 1/17
**learned** [2] 161/19 164/6
**least** [9] 51/22 80/19 171/9 194/19
204/18 207/5 220/23 224/24 241/9
**leave** [2] 161/7 167/3
**led** [3] 97/15 141/16 157/16
**left** [2] 70/25 248/11

**left-hand** [1] 248/11
**legal** [15] 62/20 64/14 64/16 64/21
64/23 64/25 68/11 69/19 135/1 190/4
190/10 190/13 203/1 254/3 263/13
**legally** [2] 51/5 199/23
**legitimate** [32] 64/4 64/6 67/6 67/8
67/17 68/11 69/21 72/20 72/22 73/13
73/16 79/24 85/12 86/25 87/17 88/17
88/20 90/11 90/12 90/13 193/11
193/21 194/7 194/10 194/20 211/9
214/3 225/19 225/25 226/3 226/4
227/4
**legitimately** [2] 51/17 76/16
**legs** [1] 83/8
**length** [1] 252/4
**less** [4] 193/6 193/7 249/2 251/17
**lesson** [2] 161/19 164/7
**let** [23] 52/22 38/13 38/23 84/6 84/12
86/20 86/20 87/6 122/3 168/18 191/6
194/6 198/11 199/7 200/16 200/17
201/10 216/15 220/14 248/10 252/22
252/23 257/5
**let's** [30] 2/4 3/14 3/23 3/24 3/24 59/1
59/16 59/16 74/9 74/9 148/14 153/22
158/1 183/7 183/12 190/10 194/25
196/11 207/16 213/10 213/10 213/11
220/1 229/2 247/8 248/6 249/7 249/14
250/5 255/24
**letter** [10] 71/5 115/3 115/6 115/13
115/24 117/6 117/16 120/21 126/5
139/20
**level** [6] 68/24 86/15 144/10 208/15
225/4 261/14
**levels** [1] 145/4
**liable** [2] 132/16 132/18
**liar** [2] 157/23 158/8
**license** [9] 5/17 5/17 6/9 6/17 11/7 11/9
260/7 261/17 261/19
**licensed** [6] 5/15 5/25 6/2 6/7 261/3
262/17
**licenses** [1] 6/23
**licensing** [5] 259/19 259/22 260/4
260/25 261/24
**lie** [2] 3/24 150/21
**lied** [13] 147/23 150/23 150/24 152/17
154/4 157/12 157/18 158/21 159/18
161/5 164/6 166/9 167/19
**life** [5] 161/14 161/23 162/1 165/3
165/9
**light** [5] 48/25 104/10 120/11 180/20
263/17
**like** [38] 2/7 20/20 24/14 49/3 64/12
66/7 76/25 78/4 82/5 83/7 89/15 89/16
91/20 95/15 119/20 122/10 165/23
185/22 191/21 195/19 200/19 209/4
209/7 211/3 212/18 219/6 230/25
231/10 244/21 245/14 247/16 248/8
256/4 256/9 256/15 257/14 259/13
259/25
**likely** [2] 256/8 256/12
**line** [17] 2/25 25/6 25/16 58/14 60/1
71/2 71/12 148/11 148/15 158/2
164/25 184/10 206/20 228/15 234/16
234/16 248/14
**lines** [1] 19/11
**liquid** [1] 250/2
**liquidate** [1] 198/15
**liquidity** [4] 250/23 250/24 251/3 251/5
**list** [4] 152/15 152/21 152/23 222/15
**listed** [4] 71/6 115/1 162/10 246/13

**listen** [5] 75/7 123/14 123/15 124/19
185/22
**listened** [4] 102/22 103/5 234/9 235/11
**listening** [1] 201/14
**listing** [2] 246/9 246/15
**listings** [1] 246/9
**literally** [1] 225/15
**little** [31] 20/13 25/16 61/18 64/11
74/19 82/5 84/7 84/13 88/12 102/8
128/10 186/2 197/6 200/17 204/6
204/9 204/12 204/15 204/20 204/21
204/21 205/6 206/7 207/20 207/21
209/10 210/10 210/17 243/6 256/20
263/14
**live** [3] 237/18 264/8 264/8
**living** [4] 9/1 165/9 165/10 242/16
**loan** [1] 61/21
**log** [1] 37/17
**logistic** [2] 205/22 205/23
**logistics** [4] 193/8 208/4 210/24
210/25
**long** [15] 9/9 10/8 57/20 57/23 57/24
58/7 58/10 59/6 62/7 83/20 183/2
205/15 225/14 243/5 263/15
**long-winded** [3] 57/23 59/6 225/14
**longer** [3] 38/16 102/10 263/15
**look** [24] 14/8 14/17 14/19 16/22 20/2
24/3 47/11 69/24 71/9 71/12 80/11
87/6 103/11 109/17 114/17 181/14
219/19 236/5 247/8 248/6 252/11
252/12 256/3 256/9
**looked** [2] 185/3 264/11
**looking** [14] 19/7 19/8 20/12 67/19
71/18 118/22 118/22 163/16 167/17
192/23 205/14 213/21 213/23 237/6
**looks** [1] 83/7
**Los** [1] 173/10
**loss** [5] 144/1 144/13 144/15 144/20
144/21
**lost** [6] 66/18 91/20 184/19 184/23
212/5 235/18
**lot** [16] 16/22 85/15 166/20 188/1
200/16 205/7 210/11 217/7 249/15
249/16 249/18 249/19 249/20 250/1
250/16 253/13
**Louis** [1] 146/7
**love** [2] 61/19 124/25
**low** [6] 82/18 241/11 249/23 251/3
251/4 253/9
**lower** [1] 240/25
**lump** [2] 153/15 153/21
**lunch** [2] 123/1 123/9
**lunchtime** [1] 263/19
**luxurious** [1] 165/9
**luxury** [1] 161/14
**lying** [2] 160/5 160/12

## M

**made** [42] 31/20 32/1 32/12 33/3 33/10
33/13 33/16 33/22 34/4 35/2 35/9
35/12 35/24 36/25 37/4 37/6 38/1
38/15 41/22 46/9 95/21 96/11 100/9
104/10 104/11 110/21 116/14 117/16
117/16 125/15 133/4 139/8 140/14
140/19 142/15 152/19 176/20 177/6
177/8 182/3 254/12 258/13
**Madoff** [7] 91/7 91/10 91/15 92/6 92/9
92/21 227/25
**Magid** [1] 115/10
**magnitude** [1] 142/10

**M**

**main [2]** 9/2 124/22
**maintain [1]** 87/23
**maintained [1]** 87/20
**major [4]** 66/20 187/18 254/19 263/7
**majority [1]** 154/15
**make [54]** 18/18 30/16 37/3 37/24
  38/10 55/1 66/19 68/23 73/17 75/11
  95/9 104/9 111/15 112/15 117/21
  119/19 122/7 122/12 122/13 122/14
  122/17 122/22 128/1 128/19 132/24
  133/23 136/12 136/23 137/19 147/22
  163/10 190/23 190/24 191/4 192/2
  192/13 195/13 201/8 201/22 203/19
  213/17 213/24 215/15 215/17 217/6
  218/15 243/25 246/24 247/1 247/2
  248/4 252/2 252/5 253/14
**make-believe [2]** 215/15 215/17
**maker [3]** 257/11 257/12 257/24
**maker's [1]** 258/5
**makers [1]** 257/8
**makes [6]** 72/10 78/21 90/15 120/6
  120/12 248/4
**making [18]** 9/1 47/10 50/23 59/22
  65/21 104/8 133/2 136/21 137/22
  137/24 138/4 140/1 140/25 211/11
  217/2 239/8 252/8 253/20
**man [4]** 164/5 172/3 181/18 181/21
**manage [2]** 206/8 208/9
**management [2]** 16/19 245/10
**managers [1]** 51/8
**manages [1]** 10/19
**managing [1]** 206/1
**manipulate [3]** 107/1 253/5 253/11
**manipulating [1]** 234/24
**manipulation [12]** 47/2 53/22 63/19
  65/6 87/25 97/16 110/6 228/1 252/25
  253/8 253/17 254/5
**manipulative [2]** 105/9 110/11
**manner [1]** 104/24
**manual [1]** 142/23
**manufacturer [1]** 208/9
**manufacturers [1]** 207/23
**many [27]** 34/10 34/10 34/10 34/11
  51/7 63/11 63/23 77/9 91/19 91/19
  93/9 93/24 146/24 220/3 224/14
  224/18 224/22 224/24 248/17 249/12
  256/22 256/22 256/24 256/24 256/25
  257/1 258/8
**many-ith [1]** 77/9
**MARC [84]** 1/6 12/22 12/25 13/7 13/17
  13/18 13/22 13/22 13/25 16/7 16/8
  18/22 19/9 19/11 19/17 20/4 21/4
  21/10 21/11 21/14 21/22 22/7 22/19
  22/23 23/18 24/19 26/5 26/14 27/23
  28/7 28/10 28/12 28/16 28/19 29/4
  30/23 43/4 60/1 60/19 62/3 63/4 63/6
  63/9 64/18 64/22 65/20 67/6 67/22
  67/23 68/19 70/6 75/7 75/16 75/22
  75/24 76/1 76/9 77/3 77/21 78/13 79/5
  79/9 80/4 81/12 82/4 83/25 84/5 84/24
  86/20 87/21 87/24 91/2 92/9 147/9
  183/14 186/25 187/20 228/7 228/9
  232/8 233/15 234/5 238/19 238/21
**Marc Page [1]** 23/18
**March [27]** 79/4 83/17 112/5 112/7
  112/17 112/18 112/25 117/19 126/8
  137/8 137/25 140/2 188/24 196/18
  198/14 216/14 221/10 245/13 245/17

247/6 248/25 249/4 250/21 251/2
  251/9 251/11 251/11
**Mare [1]** 197/18
**marked [3]** 14/16 114/3 188/21
**market [55]** 4/21 10/20 10/22 11/1 11/4
  11/5 11/6 12/5 54/4 57/16 62/13 68/1
  69/4 69/9 70/1 76/5 77/6 77/9 105/6
  105/17 125/5 173/18 174/21 190/11
  191/2 210/16 211/25 214/3 215/2
  220/20 220/22 225/5 231/21 234/25
  234/25 243/10 246/5 249/11 249/13
  251/25 252/25 253/3 253/5 253/8
  253/16 254/5 256/7 256/10 257/8
  257/11 257/12 257/24 258/5 258/15
  258/16
**market,' [1]** 235/6
**marketplace [4]** 55/2 55/2 194/12
  257/17
**markets [1]** 257/13
**Mary [1]** 83/4
**Massachusetts [2]** 171/2 205/3
**match [7]** 253/5 253/17 253/19 253/23
  254/3 255/12 263/1
**material [3]** 104/8 104/9 254/10
**materials [1]** 206/1
**matter [16]** 16/23 22/22 25/1 73/2
  82/12 98/22 114/24 116/5 116/7 142/9
  148/10 166/7 181/7 201/12 219/23
  264/18
**matters [1]** 190/1
**Mauricio [1]** 1/17
**maximum [9]** 129/12 129/15 129/20
  130/13 131/10 131/11 131/19 132/1
  132/16
**may [41]** 2/17 14/11 21/9 35/25 42/4
  42/8 44/6 57/1 89/19 90/6 91/15 93/9
  109/17 109/20 114/10 118/9 118/23
  119/1 119/4 128/14 129/20 139/2
  139/13 140/4 153/23 154/4 168/11
  168/11 168/19 170/15 170/18 181/4
  181/15 182/14 216/16 216/16 223/18
  242/5 242/5 242/12 245/3
**maybe [26]** 22/22 25/7 34/25 44/5
  57/24 80/20 81/7 86/7 91/13 123/8
  149/17 154/11 169/20 169/20 180/14
  191/5 191/6 202/25 207/21 210/10
  210/24 218/3 235/13 252/14 254/20
  256/20
**McLean [1]** 264/8
**me [96]** 3/8 4/10 4/10 5/22 12/24 14/2
  14/15 16/4 16/8 16/21 18/17 21/15
  25/14 25/25 27/1 38/13 46/8 51/1
  56/25 67/23 68/25 69/3 69/4 70/1
  76/13 78/1 78/4 79/7 80/1 80/9 80/10
  80/24 84/6 84/12 85/12 86/20 86/20
  87/6 87/10 89/1 89/2 89/11 91/2 96/5
  98/14 100/15 106/22 108/1 108/4
  109/25 113/16 116/2 121/9 122/3
  122/20 124/16 125/15 125/20 128/10
  133/1 133/2 133/5 137/4 144/22 146/1
  154/24 155/17 164/20 166/2 175/13
  177/8 181/14 187/13 187/20 188/23
  190/2 194/6 198/11 198/11 200/16
  200/17 201/10 203/6 207/20 212/18
  216/15 218/23 220/14 225/14 235/6
  235/8 248/10 252/22 252/23 257/5
  260/11
**mean [45]** 9/1 13/9 19/14 27/13 44/13
  63/8 69/4 69/25 73/5 78/15 78/20 80/7
  80/7 80/8 81/13 85/18 96/18 107/9

122/1 124/24 136/1 137/18 137/22
  182/2 185/17 193/13 200/16 206/10
  220/19 225/25 228/21 235/5 238/4
  238/18 241/25 247/22 249/5 250/15
  255/2 255/6 257/2 257/5 258/3 260/19
  260/21
**meaning [1]** 220/17
**means [16]** 39/25 43/24 45/13 45/16
  48/13 48/16 57/12 93/24 104/24
  205/24 222/5 247/23 250/16 254/17
  254/18 263/22
**meant [6]** 96/19 99/6 166/13 220/20
  228/9 230/12
**mechanically [1]** 251/24
**media [1]** 74/13
**medium [1]** 193/22
**meet [3]** 195/1 196/4 196/6
**meeting [21]** 112/9 113/1 113/5 113/9
  114/22 116/1 189/18 189/22 189/25
  195/1 196/12 196/21 197/5 197/7
  202/13 202/18 204/3 211/14 219/6
  239/17 240/10
**meetings [2]** 126/14 146/20
**member [5]** 180/21 243/22 244/4
  259/13 259/25
**members [3]** 191/11 262/15 263/23
**memorandum [4]** 17/5 23/16 23/24
  29/9
**memory [4]** 16/16 20/8 201/17 201/20
**mention [2]** 239/19 254/5
**mentioned [17]** 42/13 54/9 92/13 92/24
  121/4 177/20 184/20 230/9 244/18
  245/25 250/14 251/6 251/23 252/15
  252/20 253/16 255/11
**mentions [3]** 62/9 229/9 229/25
**merely [1]** 101/25
**merger [2]** 208/21 208/21
**mergers [2]** 190/7 209/23
**message [1]** 165/21
**met [11]** 13/3 13/5 126/6 136/22 137/8
  139/14 139/16 187/20 207/6 228/22
  228/23
**Miami [5]** 1/5 1/16 1/23 1/24 237/24
**microphone [1]** 14/14
**mid [3]** 7/18 7/19 248/20
**mid-'90s [2]** 7/18 7/19
**mid-December [1]** 248/20
**middle [5]** 58/10 74/7 187/18 248/15
  257/20
**middleman [1]** 257/14
**might [16]** 25/3 46/19 82/5 86/7 109/13
  119/21 152/14 152/25 153/4 153/5
  154/1 155/22 198/16 226/3 231/3
  250/4
**mill [2]** 82/16 82/17
**million [13]** 61/4 80/22 81/13 83/9 83/9
  144/18 170/23 171/10 171/19 173/18
  174/20 202/16 211/8
**million-five [1]** 83/9
**millionaire [3]** 160/22 165/7 172/3
**millions [1]** 213/15
**mind [7]** 20/10 43/2 43/7 59/9 67/24
  230/6 231/18
**mine [5]** 25/7 161/24 187/18 220/16
  222/3
**minimum [1]** 3/22
**minister [1]** 180/21
**minute [7]** 13/2 14/4 70/15 132/8 139/1
  180/10 223/21
**minutes [1]** 122/15

**M**

mischaracterization [1]  27/6
misleading [1]  104/11
misplaced [1]  113/15
missing [2]  239/2 239/4
misspell [1]  205/8
misspoke [1]  230/15
mistake [1]  234/17
misunderstandings [1]  116/9
modern [1]  211/3
modern-day [1]  211/3
moment [3]  90/21 113/13 241/14
Monday [1]  18/24
money [36]  10/19 49/7 66/16 66/19
67/15 73/17 75/20 75/22 77/1 86/6
86/14 108/1 108/2 108/17 109/18
154/4 157/19 160/17 160/24 161/11
170/8 170/20 171/14 171/17 172/7
192/2 203/19 211/11 213/15 213/17
213/21 217/8 218/15 225/4 227/15
229/21
monitoring [2]  166/18 206/1
month [4]  3/9 3/10 162/17 250/18
months [19]  3/22 34/17 83/23 102/5
137/11 138/8 145/18 146/12 149/20
151/4 163/19 166/16 167/11 167/14
229/23 241/6 241/11 247/5 248/8
more [40]  10/15 35/24 61/20 66/19
82/14 88/11 110/11 120/6 120/10
141/9 141/10 142/1 142/7 147/2
147/22 148/19 149/17 150/5 166/19
174/19 180/9 180/17 182/24 185/17
185/18 199/20 201/11 203/19 204/13
204/21 212/3 218/11 219/4 224/24
226/23 227/4 248/23 256/10 256/12
256/20
Moreover [1]  159/17
Morgan [1]  8/16
morning [6]  2/14 217/20 221/19 263/14
263/17 264/1
most [3]  91/13 96/21 225/21
motel [2]  49/3 49/11
motion [17]  112/19 119/6 134/20
134/22 135/5 135/5 146/4 146/9
158/16 158/17 158/19 159/9 160/11
162/10 162/25 163/25 168/18
motivation [2]  135/24 136/1
move [16]  26/10 27/14 34/1 34/2 41/10
57/13 81/24 114/6 127/7 134/4 189/25
220/1 227/23 237/1 244/21 250/6
moved [1]  84/10
MP [1]  61/18
Mr [6]  27/8 72/7 153/17 172/9 184/25
220/15
Mr. [286]
Mr. Aldazabal [3]  122/10 180/18
233/25
Mr. Bonenberger [1]  178/14
Mr. Brennan [33]  182/25 183/8 183/12
185/13 185/18 185/24 186/9 186/16
187/8 187/25 189/10 189/16 191/10
195/22 201/25 202/18 203/3 205/1
206/5 214/20 218/17 221/14 228/17
228/19 228/22 234/13 235/19 236/5
237/6 237/10 239/6 239/7 240/9
Mr. Cohen [1]  118/19
Mr. Davidson [6]  2/17 121/23 180/3
182/8 223/21 224/7
Mr. Davidson's [1]  122/2

Mr. Day [34]  12/2 15/19 17/11 27/6
36/11 44/2 70/23 120/20 121/2 121/8
121/12 121/13 121/16 122/10 124/5
180/25 181/6 202/21 224/11 225/22
227/24 228/4 228/8 228/11 229/3
232/2 232/16 233/4 233/20 237/13
238/12 239/1 239/22 240/16
Mr. Day's [5]  46/10 121/19 180/20
223/23 224/4
Mr. Epstein [69]  2/20 2/25 4/9 13/12
14/14 17/16 18/3 18/10 18/14 20/17
22/15 22/22 25/17 25/18 26/4 27/10
30/16 32/17 41/9 42/11 45/7 63/4
70/25 71/21 82/1 83/1 88/16 89/16
90/25 96/25 103/11 114/2 114/13
120/7 120/17 120/20 121/4 121/5
121/11 123/12 123/17 123/22 124/9
146/3 164/21 169/8 178/24 179/3
180/25 181/1 181/8 181/15 182/19
182/21 223/19 223/24 224/11 228/20
229/17 230/8 230/16 231/9 231/15
232/17 232/22 233/6 237/15 241/15
241/23
Mr. Epstein's [6]  44/2 44/4 83/3 169/6
171/12 182/2
Mr. Gonzalez [2]  212/19 212/20
Mr. Hirji [1]  153/19
Mr. Huggins [17]  184/3 184/4 184/23
187/17 187/21 187/21 215/2 216/5
216/10 216/12 216/17 216/20 217/10
217/17 217/22 218/4 220/2
Mr. Kanakaris [8]  102/3 102/9 103/15
103/20 104/5 104/13 106/22 107/3
Mr. Kevin [4]  183/22 183/24 183/25
185/21
Mr. Lappen [8]  146/9 146/14 148/4
148/22 158/12 160/15 161/21 162/2
Mr. Madoff [1]  91/15
Mr. Marc [1]  183/14
Mr. Page [71]  13/3 14/5 19/3 20/11
23/12 23/23 24/22 29/8 29/12 31/7
32/25 33/7 33/19 33/23 58/5 58/8
58/10 58/22 58/24 59/4 66/11 71/2
71/23 72/1 88/16 92/20 94/2 94/21
95/9 95/15 96/3 124/18 124/24 130/17
131/23 183/17 183/18 184/11 185/12
185/20 186/12 186/19 187/5 212/23
226/18 228/6 228/14 229/5 229/19
229/24 230/9 230/12 230/16 230/21
230/24 231/2 231/2 231/9 231/10
231/16 232/18 232/18 232/23 235/4
235/12 235/19 236/9 236/14 239/3
239/5 240/9
Mr. Page's [8]  13/12 59/9 130/25
131/17 225/23 230/6 231/15 231/18
Mr. Sale [2]  116/1 117/7
Mr. Sitarchuk [1]  117/7
Mr. Soto [1]  121/23
Mr. Steven [1]  185/6
Mr. Thomas [1]  173/13
Ms [1]  242/16
Ms. [3]  258/24 259/3 262/20
Ms. Oremland [3]  258/24 259/3 262/20
much [8]  78/25 190/9 192/4 192/12
193/13 210/18 225/2 264/12
multi [5]  160/22 165/7 172/3 207/18
207/18
multi-millionaire [3]  160/22 165/7
172/3
multimillionaire [1]  206/20

multiple [1]  262/9
must [5]  165/2 165/22 200/8 229/8
238/23
mutual [1]  51/7
my [83]  3/9 10/17 13/8 15/13 15/16
16/6 17/15 18/1 18/2 20/14 21/14 22/2
22/4 22/4 22/18 25/17 26/4 28/2 35/8
38/7 39/3 39/9 41/2 61/2 61/3 63/6
63/11 67/13 68/19 72/1 72/8 74/19
78/13 81/10 86/13 90/22 91/2 93/22
94/3 100/21 102/25 108/1 112/12
112/20 113/4 113/15 122/22 129/3
137/7 137/9 142/25 143/10 143/16
156/6 161/23 161/24 161/24 166/22
169/7 176/1 176/5 179/18 180/20
180/21 184/17 186/8 186/17 189/24
194/10 198/12 200/12 207/20 216/15
216/15 225/15 226/1 227/12 227/15
234/6 237/4 239/4 240/23 243/24
myFreightWorld [3]  152/11 152/13
152/24
myself [13]  10/3 10/21 10/22 69/25
75/18 77/1 136/11 136/14 154/20
154/20 155/23 161/23 227/15

**N**

name [31]  13/18 16/7 19/14 19/19
19/20 19/21 19/22 19/25 74/17 84/18
91/7 91/10 92/9 92/13 92/21 92/24
96/15 146/6 152/5 152/7 153/1 153/17
155/8 178/12 179/8 183/21 185/6
214/24 228/25 259/1 265/2
named [1]  20/24
names [7]  91/5 141/17 153/5 153/7
153/10 228/9 228/20
Naples [1]  204/23
NASDAQ [1]  246/7
nation's [1]  113/22
natural [1]  253/3
nature [3]  128/19 133/23 224/25
NE [1]  1/15
necessarily [1]  249/25
necessary [7]  100/19 104/9 122/11
122/11 162/13 241/22 242/2
need [28]  3/11 5/23 10/15 44/3 46/8
71/15 77/6 78/2 80/22 83/8 83/10
98/23 99/4 100/18 100/23 124/20
151/6 151/9 160/17 160/24 182/8
188/23 190/17 203/19 203/25 211/21
242/4 246/8
needed [13]  63/7 101/14 123/13
156/20 157/19 158/2 161/10 170/8
170/20 171/13 171/17 172/7 225/3
needs [3]  191/4 191/5 191/6
negate [1]  88/21
negative [4]  46/5 46/6 249/24 254/21
negotiations [1]  117/15
net [1]  165/6
never [35]  13/3 13/6 15/14 16/18 16/19
17/2 17/3 17/4 17/24 18/9 21/13 46/22
48/25 51/24 52/1 53/15 66/19 77/24
95/15 121/8 121/9 121/16 165/23
166/1 183/24 184/2 184/16 189/17
192/12 219/21 219/22 219/22 228/23
236/22 239/9
Nevertheless [1]  159/23
new [6]  47/11 77/12 77/14 186/25
235/6 246/7
news [12]  46/18 46/19 216/6 217/16
217/19 247/16 252/12 252/20 252/20

**N**

**news... [3]** 252/21 254/12 254/20
**next [13]** 32/15 36/8 68/24 74/16 184/18 188/21 191/5 206/12 212/3 225/4 225/5 225/5 231/22
**nice [1]** 205/6
**night [1]** 264/5
**night's [1]** 263/25
**nine [1]** 263/16
**nippy [1]** 204/20
**no [219]** 1/2 5/9 7/13 7/15 9/13 9/14 9/14 9/25 10/7 11/5 13/8 14/25 15/7 15/9 15/11 15/13 15/23 17/18 17/23 20/8 20/9 20/23 22/11 22/21 23/1 23/5 23/8 24/14 28/2 28/5 28/9 31/18 31/19 33/5 33/12 33/15 33/25 34/7 35/21 36/23 37/5 37/5 37/10 37/17 37/19 37/21 38/5 38/16 38/18 39/12 39/21 39/24 39/24 41/16 41/20 41/24 41/24 42/2 42/6 45/16 46/6 46/24 52/16 52/18 53/14 53/16 53/23 54/13 54/20 55/11 56/20 59/1 59/1 59/11 59/11 59/16 59/16 59/16 59/24 59/24 60/15 60/16 60/22 60/23 60/24 61/8 61/9 61/12 62/3 62/3 62/21 64/23 66/8 66/18 67/2 67/8 67/8 68/17 68/17 79/10 79/17 81/12 84/23 87/8 89/15 94/3 96/24 97/9 98/17 98/17 100/4 100/6 100/21 101/17 101/19 101/20 102/10 102/11 102/13 107/16 112/21 113/4 113/7 113/8 114/5 116/9 116/14 119/13 121/23 122/4 124/24 125/14 125/15 127/22 129/9 129/9 131/11 131/24 132/19 133/2 133/4 133/4 135/10 135/12 135/19 136/12 136/22 136/22 141/13 142/4 148/19 150/5 153/15 154/7 154/15 154/15 165/19 165/25 166/3 167/5 167/8 169/25 175/6 176/4 176/6 176/18 178/16 178/18 178/22 179/21 180/2 181/22 186/22 192/8 198/3 198/4 198/5 198/11 198/23 199/4 199/5 199/6 205/6 213/9 215/23 219/14 227/2 227/2 228/20 228/23 234/22 235/10 235/15 235/23 237/12 237/25 238/3 238/5 238/9 238/15 238/17 238/20 238/25 239/4 239/12 239/16 239/21 240/15 240/19 241/17 241/18 242/1 244/4 244/13 244/23 258/18 262/8 264/4
**nobody [2]** 67/19 208/14
**nobody's [1]** 78/9
**none [5]** 101/16 101/22 116/13 201/20 232/14
**nonpublic [1]** 254/10
**Normally [1]** 253/20
**northwest [1]** 123/23
**not [271]**
**note [2]** 74/9 160/18
**notebook [1]** 196/22
**noted [2]** 115/3 160/19
**notes [3]** 37/4 37/5 37/19
**nothing [29]** 4/4 27/17 37/15 38/1 38/7 39/2 67/13 67/14 67/17 68/16 69/2 72/23 72/25 72/25 77/12 77/14 112/18 112/23 113/2 122/1 156/6 192/13 212/4 224/4 224/6 232/21 236/20 241/15 244/4
**notwithstanding [2]** 235/20 246/17

**now [8]** 3/1 12/22 16/8 23/2 30/24 32/12 140/9 140/17
**now [88]** 2/25 6/6 14/20 15/19 19/7 27/8 31/13 36/11 37/3 39/9 40/23 41/3 45/10 57/16 58/13 62/12 65/20 66/17 77/15 78/22 78/22 80/4 80/9 80/15 82/17 86/14 88/22 89/1 89/23 89/25 102/3 122/21 123/1 123/14 123/17 123/22 127/6 140/9 156/9 157/2 157/22 158/2 159/5 172/9 180/15 181/2 181/2 183/24 184/6 184/11 184/22 185/2 185/21 188/4 188/15 194/22 196/20 197/20 202/12 204/3 206/3 207/8 208/23 209/7 211/8 213/9 214/7 214/23 216/4 217/25 218/17 220/2 220/25 222/15 222/18 225/22 226/22 229/2 229/17 232/23 233/11 233/25 234/9 236/23 244/7 244/8 253/17 263/20
**number [20]** 35/7 78/5 78/14 142/13 142/15 142/17 155/21 160/18 160/19 183/14 197/15 219/7 219/8 219/10 231/23 237/14 245/12 245/19 257/7 258/3
**numbered [1]** 188/22
**numbers [6]** 59/2 59/16 59/17 248/11 248/13 260/4
**numerous [3]** 63/3 63/6 76/7

**O**

**o'clock [3]** 263/16 263/17 264/1
**oath [1]** 2/21
**object [7]** 15/19 22/8 26/8 44/1 169/5 178/23 231/4
**objected [1]** 88/25
**objection [47]** 11/23 12/1 13/11 14/22 15/3 16/12 17/6 17/11 17/18 22/13 27/5 27/12 28/22 28/24 36/10 36/16 44/6 45/6 45/16 45/19 46/10 46/13 57/11 59/8 59/11 89/23 114/5 130/18 131/4 171/11 171/15 193/23 194/3 206/22 207/2 215/3 215/6 227/20 227/22 229/11 231/12 235/24 236/1 236/19 236/25 244/23 244/25
**obligated [1]** 69/4
**obligation [1]** 161/4
**obligations [2]** 128/19 133/22
**observed [1]** 240/11
**obtuse [1]** 10/17
**obvious [1]** 15/16
**obviously [6]** 55/7 117/15 122/9 202/19 214/7 260/25
**occur [2]** 85/15 135/22
**occurred [7]** 42/9 109/2 109/7 112/18 140/9 172/25 245/20
**occurring [2]** 141/6 255/24
**occurs [1]** 47/2
**odd [1]** 82/19
**off [18]** 70/25 116/3 116/6 116/10 116/16 123/5 141/10 141/25 182/10 189/11 206/8 221/3 228/6 228/6 236/7 236/13 263/8 263/9
**off-the-record [6]** 116/3 116/6 116/10 116/16 182/10 263/9
**offense [7]** 103/22 106/5 129/16 134/8 144/10 162/14 166/12
**offenses [1]** 243/4
**offer [1]** 100/25
**offered [1]** 178/4
**offering [1]** 126/20

**office [10]** 1/15 1/19 8/13 39/4 120/18 120/19 123/10 173/7 175/19 176/8
**officer [4]** 55/3 217/2 217/7 218/11
**officers [1]** 54/23
**Official [1]** 1/23
**often [1]** 201/11
**oftentimes [2]** 141/16 244/11
**oh [17]** 10/10 47/7 79/7 80/14 81/9 85/18 176/16 188/18 196/11 202/15 221/19 225/16 226/24 227/8 234/6 264/4 264/10
**Ohio [1]** 124/21
**oil [3]** 80/21 80/21 81/7
**okay [631]**
**old [2]** 185/7 187/18
**omitting [1]** 104/9
**on-the-record [1]** 243/21
**once [17]** 3/9 6/6 40/23 45/22 70/5 110/3 119/18 122/8 122/9 127/22 137/14 155/8 163/9 219/10 223/6 256/3 261/23
**one [124]** 2/25 10/15 10/18 11/8 11/9 11/11 24/10 29/4 30/4 30/10 30/13 30/14 31/15 31/19 32/3 35/9 36/7 37/10 40/18 49/2 50/21 53/15 56/6 60/3 60/11 60/20 61/3 61/15 61/20 61/23 63/11 63/13 63/21 65/6 66/1 66/1 69/1 74/12 74/12 82/4 82/5 82/15 86/2 86/5 88/1 89/16 90/15 91/16 92/6 94/13 94/24 98/12 102/23 102/24 103/2 103/3 110/13 113/16 120/1 120/24 124/12 124/17 125/7 126/2 141/15 141/15 143/25 147/9 147/14 149/25 152/23 152/23 153/15 153/21 154/2 154/21 155/11 155/23 158/6 165/1 172/1 177/12 177/17 178/11 180/25 181/16 181/18 182/7 183/15 184/6 185/8 189/20 190/3 191/14 192/11 196/7 202/5 208/9 214/12 214/13 214/15 223/17 225/14 226/2 226/12 226/13 229/12 230/1 231/10 232/22 233/13 234/15 234/24 237/2 237/14 240/10 241/14 246/17 251/24 253/17 255/19 258/1 262/21 263/5
**one-for-three [5]** 56/6 63/21 65/6 94/24 124/17
**one-time [1]** 110/13
**ones [2]** 60/25 229/6
**ongoing [1]** 155/15
**online [2]** 83/6 219/19
**only [22]** 43/9 64/18 65/3 78/1 78/4 95/2 155/3 182/7 186/8 186/17 211/9 211/10 232/19 233/3 234/6 235/2 239/23 245/18 248/19 257/7 258/13 263/5
**opened [1]** 18/1
**operate [4]** 6/23 7/19 10/8 104/15
**operated [1]** 104/15
**operating [1]** 211/18
**operation [2]** 123/12 207/9
**operator [1]** 90/11
**opine [1]** 194/10
**opinion [18]** 42/12 42/24 43/15 43/16 43/21 44/11 44/20 45/4 45/24 46/15 48/12 49/17 49/18 49/22 50/18 52/9 215/1 215/9
**opportunities [4]** 224/17 224/19 224/23 224/25
**opportunity [8]** 14/19 45/11 45/18 122/10 122/11 148/16 169/13 226/25

**O**

**oppose** [1] 169/9
**opposed** [2] 207/25 256/1
**Optimized** [2] 193/8 245/9
**OPTZ** [22] 185/4 192/24 193/1 193/7
193/7 209/16 218/18 218/22 219/13
245/10 245/12 245/17 246/1 246/2
246/3 246/17 246/19 247/5 248/7
251/19 256/22 256/23
**orchestrate** [1] 105/16
**orchestrated** [1] 117/7
**order** [22] 2/1 48/5 63/7 100/15 104/9
159/6 159/8 190/20 190/24 197/16
197/24 204/1 215/24 245/23 246/9
248/4 252/6 252/6 252/10 255/19
256/6 257/24
**Oremland** [7] 242/9 242/10 242/16
258/24 259/3 262/20 265/4
**organization** [2] 259/14 259/14
**original** [1] 3/21
**originally** [1] 187/21
**Orlando** [1] 195/20
**other** [78] 10/19 19/23 22/10 38/11
51/1 61/24 62/12 64/4 64/17 65/13
66/1 66/2 68/25 69/1 69/2 71/21 71/22
71/23 72/4 74/4 74/25 82/4 86/2 86/5
88/20 89/21 89/21 89/25 91/5 110/6
110/16 113/1 116/14 118/6 125/7
127/16 136/8 136/8 141/17 144/11
147/19 151/13 155/22 155/23 166/11
178/24 180/16 181/15 184/25 185/12
186/12 186/24 188/14 189/12 189/22
191/10 192/9 192/10 196/8 206/25
210/10 218/23 220/25 221/1 227/16
228/10 231/3 237/2 237/10 241/21
247/4 249/18 252/4 252/13 253/21
253/24 256/11 263/11
**others** [2] 28/1 202/6
**otherwise** [2] 81/17 159/12
**our** [10] 18/11 67/24 113/22 117/2
120/18 131/18 180/15 205/24 205/25
243/23
**out** [71] 25/16 36/25 39/1 39/14 39/19
39/25 40/20 40/23 41/14 41/17 44/23
45/10 46/18 47/1 47/12 48/20 56/10
56/24 57/17 58/15 58/19 62/4 67/13
67/24 77/9 104/23 106/14 112/21
120/17 123/10 129/18 141/4 143/11
148/16 154/24 164/20 189/17 189/17
193/14 196/13 201/24 202/5 202/25
202/25 203/11 209/14 210/22 213/22
213/23 217/15 217/16 217/19 217/19
218/1 218/21 219/2 219/18 226/2
226/2 226/4 226/14 227/3 228/5
229/21 233/22 236/6 239/8 239/10
248/10 248/18 261/10
**outright** [1] 75/19
**outs** [6] 10/20 11/1 11/4 11/5 11/15
11/17
**outside** [1] 3/10 53/7 120/2 120/12
256/4 256/5 256/11
**outstanding** [2] 159/12 177/14
**over-the-counter** [3] 246/3 246/12
257/13
**overrule** [17] 12/1 15/3 17/18 22/13
27/12 28/24 36/15 44/6 45/19 59/11
131/4 169/10 171/15 194/3 207/2
231/12 233/9
**overruled** [2] 15/24 179/5

**overt** [1] 106/14 106/17
**own** [16] 30/17 47/21 170/21 171/1
177/22 179/4 181/8 181/10 181/11
203/20 215/25 217/23 218/17 227/12
260/17 263/1
**owning** [1] 52/14
**owns** [1] 216/2

**P**

**P-R-E-S-S** [1] 43/19
**p.m** [9] 108/22 123/4 124/3 180/12
180/13 182/12 221/11 264/2 264/14
**packages** [1] 211/4
**page** [246] 1/6 1/19 12/22 13/1 13/3
13/7 13/17 13/18 13/22 13/22 13/25
14/5 16/7 16/8 18/22 19/3 19/9 19/12
20/4 20/11 20/13 20/14 21/4 21/10
21/11 21/14 21/22 22/7 22/19 22/23
23/12 23/18 23/23 24/20 24/22 25/5
25/5 26/5 26/14 27/23 28/7 28/10
28/12 28/16 28/20 29/4 29/8 29/12
30/24 31/7 32/25 33/7 33/19 33/23
56/10 57/18 57/18 57/20 57/21 57/23
57/24 58/5 58/8 58/10 58/10 58/13
58/22 58/24 59/4 59/6 59/6 60/1 60/1
60/20 61/18 62/4 62/5 62/10 63/7
64/19 65/20 66/11 66/15 67/22 68/19
70/6 70/11 70/25 71/2 71/23 72/1 72/6
74/7 74/7 74/16 74/16 75/6 75/16 76/9
77/5 77/12 78/13 78/19 81/20 81/24
82/4 83/25 84/5 84/9 86/20 87/21
87/24 88/5 88/16 89/5 91/2 92/9 93/20
94/2 94/21 95/9 95/15 96/3 106/13
106/15 109/24 109/25 114/17 124/16
124/18 124/24 127/7 128/10 128/11
128/23 129/15 130/17 131/23 133/19
137/3 142/19 147/9 148/1 148/2
148/10 158/1 159/11 162/10 164/23
183/14 183/17 183/18 184/11 185/2
185/12 185/12 185/14 185/19 185/20
186/12 186/19 186/25 187/5 187/18
188/20 188/21 197/6 197/7 197/13
203/6 204/10 205/12 210/17 211/17
212/3 212/16 212/23 216/19 220/15
226/18 226/18 228/6 228/14 228/14
228/21 229/3 229/4 229/5 229/17
229/19 229/24 229/24 230/1 230/3
230/9 230/9 230/10 230/12 230/16
230/16 230/18 230/21 230/21 230/24
231/2 231/2 231/9 231/10 231/16
231/17 231/22 231/23 231/25 232/1
232/5 232/6 232/8 232/11 232/18
232/18 232/23 233/7 233/12 233/13
233/15 233/16 234/5 234/17 234/19
234/22 234/22 234/23 234/25 235/2
235/4 235/12 235/19 236/9 236/14
237/3 238/14 238/15 238/16 239/3
239/5 240/9
**Page's** [10] 13/12 43/4 59/9 72/7
130/25 131/17 225/23 230/6 231/15
231/18
**pages** [7] 1/7 133/13 184/25 185/17
185/18 194/2 204/3
**paid** [3] 109/1 255/25 256/6
**palatable** [1] 181/15
**paper** [8] 61/21 61/22 85/4 85/18 85/25
86/3 86/3 155/7
**papered** [1] 69/20
**paperwork** [1] 153/6
**paragraph** [40] 57/20 58/7 58/10 67/12

67/13 67/19 67/22 68/16 72/23 73/18
74/1 75/6 75/12 75/13 77/8 77/12
78/20 85/24 105/2 106/4 106/14
106/21 107/10 108/4 108/5 108/14
110/19 116/13 124/15 127/7 128/11
128/17 128/22 128/23 129/18 133/20
142/19 144/3 232/9 232/10
**paragraphs** [3] 57/23 57/24 62/7
**parcel** [2] 89/8 89/11
**Pardon** [2] 62/18 101/18
**Paris** [8] 168/11 168/15 168/19 169/13
169/19 169/20 170/10 170/18
**parked** [4] 48/13 48/16 48/22 49/9
**Parkland** [2] 123/23 170/21
**part** [27] 70/9 89/8 89/11 99/10 101/13
107/16 107/25 129/1 142/9 166/9
170/1 170/2 170/3 173/13 185/22
185/24 186/8 190/22 193/20 196/15
198/23 198/24 211/23 217/5 218/9
221/23 244/18
**participation** [1] 188/1
**particular** [58] 11/12 15/8 15/10 15/15
19/23 38/15 39/22 41/14 42/1 48/19
50/13 57/8 62/15 63/11 63/13 67/12
67/22 68/16 74/22 75/6 78/20 89/18
91/6 102/16 104/23 115/24 118/20
127/6 129/16 130/23 131/15 131/22
133/7 143/25 154/11 155/13 162/14
167/5 168/4 170/23 172/22 174/19
175/24 177/13 177/21 179/10 179/13
191/17 195/23 196/2 204/16 220/21
222/7 231/5 249/14 257/24 261/15
262/2
**parties** [2] 72/14 144/6
**party** [4] 72/24 72/24 187/15 255/1
**pass** [6] 5/5 6/6 212/4 260/21 261/20
261/23
**passed** [7] 5/13 6/5 6/11 6/14 102/12
102/14 143/2
**passes** [1] 260/24
**past** [2] 4/13 244/15
**pastor** [8] 178/14 178/19 180/1 181/1
181/21 181/22 223/25 224/3
**pattern** [1] 165/22
**Pause** [1] 123/6
**Paxton** [5] 86/7 87/2 88/6 88/14 89/4
**pay** [15] 54/3 66/18 95/23 96/5 100/18
100/23 100/25 101/6 101/14 176/24
232/4 240/3 254/22 255/18 255/25
**pay-to-play** [3] 254/22 255/18 255/25
**payment** [5] 107/20 108/19 254/6
255/2 255/3
**penalty** [4] 129/13 129/15 130/13
132/1
**pending** [3] 3/12 198/25
**pennies** [3] 193/5 193/6 193/7
**Pennsylvania** [25] 47/22 56/21 65/1
65/3 65/10 88/3 97/1 97/16 98/6
103/15 111/13 111/15 111/20 112/9
117/22 124/11 125/12 140/14 145/17
147/16 147/20 147/23 172/9 186/22
205/2
**penny** [40] 53/25 71/6 148/6 148/7
148/20 149/22 150/5 150/18 150/16
152/18 153/7 154/1 154/9 154/13
156/1 156/11 159/13 160/25 169/24
170/4 193/3 196/16 197/21 197/24
198/25 199/9 199/21 202/16 210/16
211/24 211/24 213/14 220/21 222/8
225/7 226/1 227/6 251/18 251/19

**P**

**penny...** [1] 251/25
**people** [31] 3/13 51/7 51/7 53/7 73/5
91/19 93/9 93/24 95/19 99/7 119/23
120/9 126/23 127/16 127/17 138/5
138/12 140/1 141/2 141/18 142/17
146/23 146/24 190/22 206/25 217/15
221/1 225/19 226/13 226/24 249/18
**people's** [1] 10/19
**per** [3] 110/22 245/20 250/12
**per-day** [1] 250/12
**percent** [8] 66/16 66/19 67/15 67/25
136/2 136/3 179/14 226/5
**perfectly** [4] 69/19 190/4 190/10
190/13
**perhaps** [7] 88/8 121/24 149/19 164/20
175/13 203/3 203/3
**period** [16] 9/14 74/11 138/11 151/4
153/25 154/2 154/9 154/21 162/12
170/10 245/13 245/17 248/15 249/3
249/5 251/1
**periodic** [2] 246/11 246/16
**periodically** [1] 149/2
**permission** [2] 3/11 169/11
**person** [19] 29/21 30/18 36/9 40/17
50/22 61/20 104/16 109/6 109/12
126/14 134/8 146/20 177/21 177/24
178/1 178/12 179/3 187/19 231/3
**personal** [1] 203/20
**personally** [1] 233/14
**perspective** [1] 209/22
**persuasion** [1] 181/3
**phantom** [6] 96/20 188/12 189/9
212/14 217/1 222/16
**Philadelphia** [14] 3/2 3/6 4/1 113/2
114/23 120/18 120/18 120/24 121/8
121/15 123/11 199/11 199/19 227/5
**phone** [65] 13/5 21/8 22/20 29/22 30/8
30/17 31/24 32/9 32/11 32/19 32/20
33/3 33/6 33/19 35/11 35/24 36/4 36/7
36/25 37/24 42/9 60/8 65/21 74/9 76/7
77/15 95/13 95/16 100/10 100/14
109/8 119/20 123/15 126/11 136/21
136/23 138/4 140/1 146/17 182/25
183/11 183/12 188/2 188/10 189/23
192/19 197/14 224/14 224/18 225/10
225/14 225/15 225/16 225/17 225/20
228/5 236/19 239/20 240/1 240/3
240/6 240/10 240/13 240/14 242/3
**phonetic** [1] 197/18
**phrase** [2] 96/15 125/13
**pick** [3] 119/12 187/6 225/16
**pink** [3] 193/2 193/3 193/4
**pipe** [1] 61/22
**pitch** [13] 68/25 87/17 186/17 187/23
192/11 195/24 202/21 203/21 205/6
212/1 212/9 212/19 212/22
**pitched** [4] 69/1 83/17 232/10 232/11
**pitches** [1] 212/17
**pitching** [10] 82/8 83/12 83/25 84/24
185/10 185/15 208/12 220/8 225/19
233/14
**Pittsburgh** [10] 186/22 187/7 192/10
205/2 205/7 205/8 207/11 207/13
207/22 209/5
**place** [9] 35/19 39/3 63/9 63/24 70/12
90/22 93/18 95/16 161/1
**placement** [4] 17/4 23/15 23/24 29/9
**places** [1] 169/11

**Plaintiff** [2] 1/4 1/14
**plan** [14] 51/22 56/7 56/10 56/13 56/23
57/10 57/16 63/16 64/19 76/22 76/25
84/2 125/5 193/22
**Planet** [1] 74/17
**planner** [4] 196/24 196/25 197/1 197/1
**platform** [1] 211/7
**play** [14] 29/17 30/7 31/3 31/8 81/7
92/4 186/2 227/17 234/1 239/1 243/18
254/22 255/18 255/25
**played** [5] 30/4 92/17 186/4 196/21
243/8
**player** [6] 49/18 49/22 49/25 50/11
80/22 81/13
**players** [4] 74/11 74/11 81/7 191/10
**plea** [12] 124/10 125/10 125/17 127/6
128/5 129/1 129/4 130/22 132/12
132/12 132/23 133/7 133/8 136/25
137/1 137/20 137/23 138/2 138/6
138/14 138/18 139/6 139/9 142/19
156/21 156/23 161/4 163/13 167/23
**pleading** [2] 145/11 200/10
**please** [5] 18/6 19/4 29/2 44/8 186/2
**pled** [12] 102/6 121/7 132/6 139/2
139/5 139/13 140/4 198/18 198/20
198/24 199/8 199/16
**plus** [3] 3/21 3/22 126/11
**point** [24] 38/5 66/12 85/19 85/19 95/2
101/16 146/6 148/7 157/12 164/20
189/4 189/12 191/17 192/8 192/9
197/23 198/17 202/18 207/17 210/23
213/9 214/10 236/5 248/10
**pointed** [2] 201/24 202/5
**points** [1] 247/23
**pontificate** [1] 18/4
**Ponzi** [1] 91/16
**pools** [1] 204/25
**pop** [3] 82/25 88/5
**popped** [1] 40/23
**popping** [6] 39/14 39/18 39/25 41/7
41/14 41/17
**pops** [1] 40/20
**portion** [8] 186/3 225/12 231/5 232/24
233/25 234/11 234/20 237/2
**portions** [1] 235/21
**portray** [2] 90/10 90/11
**position** [2] 121/19 122/23
**positions** [2] 148/17 198/15
**positive** [4] 43/24 44/24 165/1 254/20
**possibility** [3] 35/22 35/23 240/20
**possible** [3] 17/25 35/15 255/12
**possibly** [3] 24/8 92/16 248/2
**post** [1] 37/6
**post-announcement** [1] 37/6
**posted** [1] 223/1
**potential** [7] 118/23 119/1 131/1
163/16 195/13 195/24 243/12 243/22
256/2
**potentially** [3] 118/13 118/15 125/21
**power** [1] 30/25
**PowerPoint** [4] 17/10 23/19 29/13 31/6
**practical** [1] 250/24
**practices** [1] 104/14
**pre** [1] 253/23
**preannouncement** [1] 37/6
**prearrange** [1] 253/23
**precisely** [2] 88/14 88/18
**prejudices** [1] 181/4
**prepared** [3] 200/18 200/20 200/23
**presence** [1] 207/10

**present** [13] 31/19 32/9 32/11 33/3
33/10 33/13 35/13 35/15 36/4 36/24
37/10 120/7 123/17
**presentation** [6] 2/15 17/10 23/20
29/13 31/6 195/13
**presentence** [2] 160/20 165/6
**preserved** [1] 40/24
**press** [32] 43/16 43/19 43/24 44/11
44/13 44/16 44/20 44/22 44/24 44/25
45/5 45/13 45/15 45/24 46/8 46/8
46/15 46/17 47/1 47/4 47/12 47/22
48/1 48/5 58/15 58/19 105/23 108/12
216/6 218/7 218/9 231/24
**pressure** [2] 100/5 237/10
**pressures** [1] 227/16
**presumably** [1] 230/17
**presupposing** [2] 15/20 28/23
**pretext** [1] 105/24
**pretrial** [3] 168/6 198/8 198/23
**pretty** [2] 210/18 225/2
**previous** [8] 19/3 19/9 21/1 21/3 21/10
21/10 28/12 229/9
**previously** [8] 10/10 55/15 114/16
184/19 191/12 196/20 196/21 212/23
**price** [38] 54/2 54/3 54/3 74/22 99/8
100/16 105/4 105/10 124/23 213/13
213/24 214/4 237/5 245/9 245/16
245/18 245/22 245/25 247/9 247/16
248/7 248/14 248/21 248/23 248/24
249/1 249/7 249/8 249/12 249/17
249/21 250/25 252/16 253/15 254/1
254/2 255/13 255/20
**prices** [2] 245/11 247/10
**primary** [1] 194/25
**printing** [1] 239/10
**prior** [21] 3/10 5/23 14/5 18/10 21/8
21/14 21/23 22/19 24/5 29/4 29/4
112/22 112/25 113/6 117/16 138/5
138/8 138/14 138/18 146/1 146/3
**prison** [16] 102/5 130/14 132/9 135/9
135/11 135/13 135/15 145/18 163/16
165/21 167/5 168/1 179/13 179/17
179/20 224/3
**private** [25] 17/4 23/15 23/24 29/9 60/3
60/12 60/21 61/15 62/9 229/4 229/5
229/10 229/13 229/22 229/25 230/1
230/2 230/3 230/8 230/8 230/9 230/17
230/19 259/8 259/14
**pro** [1] 125/14
**proactive** [1] 159/20
**probably** [7] 31/24 55/3 83/8 120/7
210/6 226/1 263/18
**probation** [14] 3/8 130/2 166/14 166/15
167/10 167/13 167/16 167/19 177/13
178/8 196/12 198/2 198/7 198/8
**problem** [3] 80/17 211/16 221/19
**procedure** [1] 190/10
**proceed** [3] 2/18 182/14 242/12
**proceeding** [2] 121/1 134/9
**proceedings** [8] 3/5 70/17 123/3
180/12 182/10 263/9 264/14 264/18
**proceeds** [13] 153/13 153/15 154/12
154/16 154/19 154/19 155/14 155/15
155/18 155/21 173/19 174/21 174/22
**process** [6] 3/19 114/4 117/10 117/12
121/10 256/3
**producing** [1] 121/24
**product** [2] 47/12 105/6
**professional** [1] 10/3
**proffer** [4] 116/3 116/6 116/10 116/16

**P**

**profit [2]** 213/25 214/5
**program [54]** 50/1 62/2 62/4 62/13 63/1 63/4 66/1 66/13 69/9 71/22 72/2 77/6 77/10 79/19 81/4 82/23 83/15 108/24 110/4 185/10 185/15 187/8 187/22 188/11 188/15 189/9 191/18 192/21 193/20 202/22 202/24 203/21 203/22 207/20 208/5 209/2 209/24 211/24 212/2 212/9 213/7 213/11 213/12 213/18 213/20 214/4 214/7 217/6 220/6 221/2 221/21 223/6 231/21 235/20
**program's [1]** 222/20
**prohibited [1]** 169/24
**prohibition [2]** 199/4 199/5
**promise [1]** 183/4
**promises [1]** 121/11
**promote [2]** 162/18 164/12
**pronounce [1]** 259/1
**pronunciation [1]** 115/23
**proper [3]** 165/21 181/14 181/16
**properly [1]** 69/20
**properties [2]** 171/19 216/17
**property [1]** 171/4
**proposal [9]** 97/13 97/15 98/1 98/1 98/8 100/9 101/5 101/8 102/1
**propose [1]** 180/19
**proposed [3]** 232/22 233/6 233/12
**proposes [2]** 64/22 233/7
**prosecuted [2]** 118/9 120/17
**prosecution [3]** 134/8 161/1 242/24
**prosecutions [1]** 243/3
**prosecutor [30]** 43/16 113/5 115/16 124/11 125/11 126/2 126/6 139/14 141/20 146/4 147/19 147/22 148/22 150/3 150/7 157/21 160/15 161/13 161/21 162/21 162/24 163/22 163/25 167/14 168/15 169/8 172/2 180/3 189/3 199/11
**prosecutor's [1]** 146/6
**protection [1]** 117/4
**provide [4]** 105/23 205/24 205/25 243/2
**provided [6]** 108/17 116/15 120/20 134/6 152/21 259/19
**provides [1]** 208/4
**provision [1]** 144/7
**provisions [3]** 173/25 174/2 175/2
**PSR [1]** 160/19
**public [22]** 1/19 53/7 60/25 173/22 194/12 194/12 194/16 208/17 209/8 209/14 210/12 229/6 247/18 247/24 248/3 252/14 254/13 256/4 256/4 259/14 261/13 262/15
**publish [1]** 245/3
**pull [2]** 138/5 234/14
**pump [8]** 99/10 126/21 212/14 212/15 213/17 213/20 226/11 253/6
**pump-and-dump [3]** 126/21 213/20 253/6
**pumping [1]** 226/16
**punching [1]** 237/15
**punish [1]** 162/18
**purchase [15]** 48/21 55/1 66/24 68/6 68/12 104/16 153/11 202/15 249/15 249/25 251/25 255/4 256/1 256/8 257/23
**purchases [4]** 107/20 110/20 226/23

252/3
**purchasing [4]** 23/16 24/8 69/11 99/8
**purported [2]** 89/22 110/20
**purposes [1]** 116/2
**pursuant [12]** 35/12 132/13 133/15 134/5 134/15 134/16 145/1 157/3 188/11 259/18 259/22 260/5
**pursuing [1]** 116/5
**push [1]** 239/1
**pushed [1]** 30/8
**pushes [1]** 30/4
**pushing [1]** 238/1
**put [32]** 4/3 17/12 30/15 34/5 39/3 41/3 48/17 61/20 100/5 112/18 112/20 113/17 119/6 123/14 137/21 141/25 151/18 158/16 194/25 201/22 208/19 208/25 217/16 217/19 217/19 218/1 225/15 225/16 229/21 240/18 257/14 262/16
**puts [2]** 44/23 142/23
**putting [5]** 143/22 197/23 217/8 244/10 253/25

**Q**

**Qs [1]** 247/3
**qualities [1]** 165/1
**quality [2]** 160/16 201/19
**quantities [1]** 10/20
**quarterly [1]** 247/2
**quasi [1]** 208/20
**quasi-reverse [1]** 208/20
**question [45]** 4/9 10/17 11/18 11/24 11/25 13/13 15/2 16/2 18/4 18/6 19/4 22/4 22/5 22/9 22/18 29/2 33/22 36/11 38/7 38/23 39/9 58/20 68/20 77/22 124/13 130/22 137/9 137/10 174/16 180/20 194/6 205/17 207/5 225/22 226/6 230/7 230/11 230/11 230/13 230/14 232/21 243/24 252/23 257/6 263/5
**questions [22]** 2/25 15/20 17/17 25/21 26/6 26/7 27/11 34/2 41/9 77/21 81/25 82/1 83/3 121/13 124/15 182/23 183/4 192/14 233/20 237/3 258/18 258/21
**quickly [2]** 157/11 250/5
**quid [1]** 125/14
**quiet [1]** 82/17
**quite [9]** 10/24 26/13 62/23 69/2 139/11 174/18 213/15 227/16 227/18
**quo [1]** 125/14
**quotation [1]** 246/6
**quoted [1]** 246/13
**quoting [1]** 251/24

**R**

**raise [5]** 120/1 120/12 121/2 195/12 233/3
**raised [5]** 89/23 228/4 232/2 233/21 233/25
**raising [2]** 61/20 86/6
**ran [1]** 80/7
**range [17]** 143/11 143/17 143/20 143/22 144/25 145/14 145/16 145/18 145/21 145/23 146/12 147/17 163/19 193/22 224/22 240/24 240/24
**rather [5]** 10/20 68/24 69/1 110/2 255/9
**raw [1]** 84/2
**ray [1]** 83/4
**RC [1]** 265/2

**Rd [2]** 1/17 265/2
**RE [3]** 20/20 58/15 58/16
**reach [1]** 217/15
**reached [1]** 123/10
**reaches [3]** 189/17 189/17 249/2
**reaction [2]** 225/9 234/6
**read [9]** 43/7 103/19 176/13 201/7 201/10 225/12 225/13 232/9 248/10
**reading [4]** 27/8 175/15 201/13 201/13
**ready [3]** 2/2 110/11 123/25
**real [10]** 45/1 78/16 189/10 202/8 210/12 210/12 247/20 247/23 247/25 252/18
**realistic [2]** 160/17 160/24
**realized [1]** 154/12
**really [35]** 13/19 13/23 20/12 60/2 63/10 72/9 79/17 90/1 113/10 113/12 184/24 185/18 185/24 188/17 189/23 191/6 194/22 194/23 194/25 201/20 206/11 208/14 208/24 219/3 219/17 219/23 224/3 230/20 235/8 235/13 235/18 239/14 240/17 252/4 263/5
**REALTIME [1]** 264/22
**reason [17]** 19/21 29/2 38/5 64/21 64/24 118/18 157/18 178/8 194/24 194/25 195/6 203/25 222/15 227/10 233/3 240/13 243/24
**reasonably [1]** 144/24
**reasons [4]** 177/13 189/10 189/10 202/22
**recall [66]** 6/21 13/20 15/8 17/14 18/11 18/12 18/13 21/14 21/16 21/22 22/2 22/15 23/6 23/8 23/9 23/11 23/12 23/14 23/15 23/17 23/18 23/21 23/22 24/1 24/2 24/4 24/5 24/9 24/10 24/13 24/14 24/14 24/17 24/18 25/1 25/14 26/5 26/22 26/24 27/16 27/16 31/23 35/16 36/14 75/12 84/18 84/22 122/12 153/7 153/11 155/11 155/13 165/18 165/19 165/20 170/15 184/11 229/4 237/13 237/14 237/16 237/23 238/1 239/8 239/10 241/24
**recalled [4]** 26/13 27/7 123/18 241/22
**receive [8]** 18/8 54/2 153/15 155/18 224/15 224/19 224/23 254/25
**received [16]** 6/16 15/14 17/1 17/24 17/25 23/24 89/17 154/4 154/20 154/24 155/15 155/20 159/14 167/5 200/23 225/1
**receiving [5]** 15/8 153/12 155/13 166/12 225/10
**recess [2]** 70/15 119/25
**recessed [3]** 70/17 123/3 180/12
**recognize [12]** 15/5 15/7 16/3 16/4 16/5 16/5 16/7 17/22 32/19 33/7 33/20 114/14
**recognizes [3]** 16/14 17/17 181/21
**recollection [23]** 14/9 15/1 22/23 23/2 23/5 36/7 36/24 38/20 39/10 39/12 39/13 39/17 41/13 41/16 41/17 41/20 41/21 41/24 42/3 42/7 100/21 153/16 189/24
**recommend [1]** 166/2
**recommendation [4]** 127/20 129/9 132/19 163/11
**recommendations [4]** 128/1 128/4 128/8 132/24
**recommended [2]** 143/18 165/15
**recommending [1]** 166/4
**record [19]** 30/4 30/17 30/23 30/25

# R

**record... [15]** 31/8 88/10 116/3 116/6 116/10 116/16 123/5 123/8 182/10 216/14 243/21 263/8 263/9 263/10 264/18
**recorded [30]** 18/21 18/22 18/24 19/6 21/8 25/13 27/23 28/6 28/9 28/16 28/20 29/5 29/10 29/14 29/20 30/8 30/14 31/14 31/20 32/15 36/9 39/2 40/7 60/8 91/24 96/13 102/19 102/21 138/11 146/17
**recorder [3]** 30/2 30/7 92/14
**recording [35]** 28/13 29/21 30/2 33/11 33/14 33/16 33/23 37/4 38/10 38/15 38/16 38/21 39/14 39/18 40/1 40/2 40/4 40/5 40/7 40/16 40/20 40/23 40/24 92/2 92/16 93/18 102/25 121/3 121/5 121/13 121/15 122/8 126/24 127/1 147/5
**recordings [15]** 37/3 38/13 41/14 41/22 55/19 91/23 95/12 95/21 95/23 102/18 103/2 103/3 103/7 123/12 159/23
**records [5]** 170/24 171/4 171/10 240/7 240/14
**recross [1]** 241/16
**red [1]** 248/14
**redirect [6]** 180/15 180/15 180/18 224/9 236/21 236/24
**redo [1]** 41/4
**reduce [1]** 118/23
**reduced [1]** 162/25
**reduction [3]** 141/10 145/11 159/9
**refer [1]** 245/14
**reference [3]** 29/13 96/20 200/19
**references [4]** 60/19 107/10 107/12 239/18
**referred [5]** 96/15 187/19 216/6 230/3 239/20
**referring [13]** 54/21 60/6 60/11 62/2 71/3 93/4 93/10 147/21 149/8 150/3 222/11 230/2 232/12
**refers [3]** 71/6 216/25 250/24
**reflect [2]** 40/17 162/13
**reflected [4]** 128/10 144/3 183/9 221/11
**reflective [1]** 248/14
**refresh [3]** 16/16 22/23 23/2
**refreshes [2]** 14/9 15/1
**refuse [1]** 128/1
**regard [21]** 11/22 17/5 17/9 19/5 27/3 27/23 37/3 39/9 41/11 42/5 42/8 43/2 47/11 57/16 67/12 72/6 113/3 125/10 130/8 262/2 262/12
**regarding [12]** 3/12 21/17 28/20 29/5 29/9 29/9 30/24 32/12 45/4 87/2 155/10 224/23
**Regardless [2]** 155/24 217/16
**regards [5]** 16/19 21/15 133/2 208/17 239/5
**registered [7]** 4/13 4/16 4/24 5/2 243/22 259/12 262/9
**regulate [4]** 242/20 259/10 259/12 259/19
**regulated [1]** 194/17
**regulates [1]** 4/21
**regulation [3]** 103/24 174/17 243/10
**regulatory [3]** 4/18 242/19 259/3
**rehash [3]** 231/7 232/13 233/1
**rehashing [1]** 233/23

**reinitiated [1]** 236/9
**reiterated [1]** 108/25
**relate [2]** 16/10 232/25
**related [5]** 120/19 199/8 210/23 220/13 243/4
**relates [4]** 62/15 88/14 89/8 90/8
**relating [3]** 216/19 224/15 224/18
**relation [3]** 44/25 45/3 46/18
**relationship [9]** 13/21 19/3 19/9 21/10 28/12 87/20 87/23 249/8 249/10
**relatively [1]** 225/3
**release [5]** 108/12 129/25 217/19 218/1 218/9
**releases [3]** 105/23 216/6 218/7
**relevance [6]** 169/6 171/12 178/24 181/22 193/24 227/20
**relevant [4]** 90/2 121/25
**religious [3]** 180/22 181/18 182/3
**rely [1]** 37/12
**relying [1]** 120/18
**remain [2]** 132/13 159/23
**remaining [1]** 198/12
**remember [5]** 7/9 7/11 7/14 8/8 14/7 15/21 20/7 25/3 27/13 27/13 35/8 36/1 36/3 109/11 112/10 113/10 113/11 114/16 136/7 152/14 152/15 152/25 153/5 153/10 153/14 155/8 155/9 157/24 169/16 169/17 176/1 195/9 203/7 203/8 203/9 203/13 203/14 203/15 203/18 216/8 220/3 222/8 222/10 224/12 228/10 232/16 233/2 237/18 237/20 238/12 238/14 238/16 238/18 238/24 239/13 239/17
**remembers [1]** 45/7
**remind [2]** 2/11 119/21
**reminded [1]** 2/20
**Renewed [1]** 16/12
**repeat [12]** 16/2 18/6 19/4 29/2 36/16 36/19 44/4 44/8 45/22 75/14 76/25 77/16
**repeatedly [4]** 42/12 42/18 149/4 151/2
**repercussions [5]** 161/18 162/3 162/4 164/9 166/12
**rephrase [3]** 4/11 13/13 230/14
**report [12]** 3/9 3/9 37/24 43/24 44/23 160/20 165/7 173/21 174/4 174/23 209/13 247/1
**Reported [1]** 1/22
**reporter [4]** 1/23 14/15 264/22 264/22
**reporting [6]** 174/2 209/12 246/19 246/22 246/23 247/5
**reports [5]** 246/11 246/16 246/24 247/3 247/4
**represent [4]** 53/24 78/10 182/21 248/13
**representative [3]** 5/11 260/11 260/12
**representing [1]** 111/25
**reps [1]** 243/22
**request [5]** 3/11 120/23 121/15 121/17 128/14
**requested [4]** 121/8 169/3 169/18 241/11
**requesting [3]** 79/9 120/25 162/7
**require [1]** 156/23
**required [10]** 11/18 127/13 134/9 163/23 164/12 166/23 246/16 246/24 247/1 247/2
**requirements [3]** 3/4 3/7 246/9 246/15
**requires [1]** 3/8
**research [3]** 194/8 194/10 218/21

**researching [2]** 218/22 219/18
**reset [1]** 80/18
**reside [1]** 123/22
**resolution [1]** 116/7
**resources [2]** 74/17 165/4
**respect [4]** 90/1 90/2 162/18 164/13
**respectfully [1]** 46/24
**respond [7]** 59/1 80/14 89/19 206/5 226/25 228/7 228/19
**responded [1]** 98/8
**responding [1]** 58/5
**responds [5]** 58/8 58/11 58/22 124/24 206/5
**response [9]** 61/10 68/25 75/14 169/7 183/20 186/16 188/20 189/5 223/1
**responsibility [4]** 99/16 119/1 177/2 227/17
**responsible [4]** 98/19 101/8 144/18 162/15
**rest [2]** 82/1 186/11
**restricted [1]** 86/15
**result [7]** 5/15 159/20 161/7 164/9 179/18 179/19 222/1
**resulted [1]** 160/25
**retail [2]** 106/8 110/20
**retirement [1]** 91/20
**return [1]** 108/18
**returned [1]** 111/1
**returning [1]** 233/11
**reverse [2]** 208/20 208/21
**review [4]** 18/8 122/11 122/14 122/22
**reviewed [9]** 17/1 17/2 17/4 18/1 18/9 23/19 114/21 243/11 243/22
**reviewing [2]** 235/16 239/17
**rewind [2]** 40/12 41/3
**Rhode [1]** 186/25
**RICHARD [22]** 1/10 13/21 19/12 19/15 37/25 75/7 76/21 76/24 91/2 105/3 108/23 115/18 116/1 184/15 188/18 228/6 228/9 228/16 228/18 228/19 238/18 265/3
**rid [2]** 148/18 150/4
**right [776]**
**right-hand [1]** 248/13
**risk [1]** 217/8
**Ritz [1]** 204/23
**roach [2]** 49/3 49/11
**rodeo [2]** 220/15 220/16
**Rodriguez [6]** 106/23 107/19 108/5 108/11 108/16 108/18
**role [2]** 136/5 243/17
**roles [1]** 243/7
**rolled [1]** 86/12
**Ron [1]** 1/14
**room [4]** 1/23 127/22 202/20 226/10
**rooms [2]** 226/14 226/15
**roughly [4]** 251/7 251/14 251/15 258/4
**round [1]** 230/5
**round-about [1]** 230/5
**ru [3]** 75/18 75/18 75/18
**ru-ru-ru [1]** 75/18
**rude [1]** 119/23
**rules [5]** 122/19 122/21 243/13 243/15 243/23
**ruling [1]** 22/12
**run [2]** 82/1 172/10
**run-in [1]** 172/10
**running [7]** 52/23 53/1 53/11 190/23 191/18 254/15 254/18
**runs [2]** 10/18 190/14

**R**

**RWG [1]** 1/2

**S**

**S-W-A-P [1]** 94/8
**S.E.C [19]** 172/13 173/21 174/23
175/18 176/7 176/17 176/22 177/6
177/8 194/15 194/17 203/10 222/13
246/11 246/16 246/25 247/3 247/4
252/14
**saddle [1]** 72/8
**said [94]** 10/1 11/3 11/3 18/12 22/16
31/23 35/22 36/14 45/2 45/13 45/14
46/22 49/2 49/25 59/18 59/19 59/24
70/5 75/7 77/19 79/17 80/15 86/6 87/6
87/10 89/5 90/5 91/15 93/22 94/16
95/7 95/9 95/15 95/23 96/1 97/4 97/24
98/10 100/9 100/10 100/13 100/15
100/18 100/18 100/22 101/17 101/19
101/20 103/9 104/4 105/2 108/16
109/11 109/17 109/25 110/3 111/9
124/19 126/8 136/4 137/25 148/4
148/10 150/11 150/19 157/24 157/25
160/16 162/2 164/7 164/15 170/8
173/3 177/21 177/22 191/11 194/22
195/19 197/20 199/16 210/13 221/19
225/24 225/25 229/5 229/21 234/16
235/17 236/5 238/23 238/24 239/23
247/17 255/15
**sale [10]** 68/14 104/16 115/20 116/1
117/7 153/13 155/18 174/2 175/2
202/14
**sales [6]** 154/12 173/21 174/4 174/23
212/1 212/22
**same [24]** 17/9 26/5 33/22 67/23 81/25
81/25 83/3 102/5 124/14 130/16
130/16 131/2 131/16 187/19 187/21
201/13 203/24 210/18 212/22 213/3
225/2 229/18 230/4 262/3
**Sameer [1]** 152/5
**San [1]** 86/13
**sat [1]** 112/8
**satisfy [1]** 106/18
**save [2]** 194/1 195/9
**savings [1]** 91/20
**saw [7]** 39/4 39/6 165/23 185/6 196/21
202/17 240/22
**say [103]** 3/14 3/24 3/24 7/18 9/6 9/6
25/10 35/25 37/24 44/22 45/4 47/1
58/14 59/16 61/12 61/15 61/16 61/17
64/11 65/24 67/3 67/19 68/17 69/24
71/24 74/12 75/17 76/25 79/1 79/4
79/7 79/11 79/14 80/23 80/24 81/9
82/11 85/2 85/18 86/18 87/8 87/15
90/4 90/7 90/19 92/1 96/3 96/5 96/22
96/22 96/23 101/14 107/7 109/9
115/10 121/21 121/22 122/3 124/16
124/22 136/6 152/7 153/17 153/22
169/10 169/17 181/9 184/24 185/18
187/25 204/20 206/3 207/16 207/18
208/3 208/6 208/16 209/7 210/4
211/17 211/20 213/9 215/1 221/16
221/24 222/5 226/24 226/25 228/16
228/17 230/25 234/7 235/4 235/7
235/8 235/10 237/4 249/14 251/2
251/4 253/7 255/2 255/6
**saying [48]** 11/16 15/14 20/4 20/5
21/16 21/20 21/24 24/14 24/16 25/12
35/18 35/20 35/23 36/5 36/6 36/23

45/7 46/7 46/8 47/8 47/9 67/9 74/4
109/20 110/10 116/23 122/2 154/3
154/6 154/7 154/8 154/14 154/15
177/16 179/25 184/14 186/16 192/9
210/19 213/8 218/3 220/23 234/4
235/19 235/22 235/23 238/19 239/10
**says [93]** 14/3 15/21 19/14 30/7 36/16
58/18 58/24 59/14 60/2 60/13 60/20
60/25 61/25 62/1 67/23 68/19 71/2
71/15 74/19 75/7 75/16 78/13 79/5
79/14 80/17 80/19 80/24 81/12 81/21
85/4 85/19 85/24 86/20 105/15 105/22
105/25 106/4 106/21 107/17 107/21
108/5 108/10 108/15 108/22 124/18
131/12 131/13 133/18 144/6 159/3
159/11 160/19 161/13 162/12 176/10
184/15 185/6 185/12 185/13 185/20
186/22 187/6 187/9 187/12 187/13
188/1 188/18 189/1 204/9 204/12
204/20 205/20 209/8 211/18 213/3
213/4 217/11 217/14 220/14 221/19
223/6 223/14 228/14 228/17 229/19
229/21 230/1 230/24 232/19 234/19
235/2 237/6 238/21
**scared [1]** 222/15
**scenario [2]** 102/16 129/12
**schedule [1]** 212/7
**scheme [24]** 48/19 51/21 56/17 56/18
56/24 63/19 65/7 65/9 87/25 97/16
98/20 99/12 99/21 107/7 126/20
126/21 127/18 138/5 144/25 254/22
255/18 255/25 256/3 256/12
**schemers [1]** 144/17
**schemes [7]** 91/16 104/5 110/6 110/11
110/17 253/6 255/24
**scope [2]** 144/23 206/1
**scratched [1]** 113/16
**scripted [3]** 212/25 213/1 221/21
**scrutiny [1]** 110/1
**seated [6]** 2/13 70/19 70/22 120/5
124/4 182/13
**SEAVER [2]** 1/6 16/8
**sec [2]** 74/12 74/12
**second [17]** 25/6 66/15 71/2 114/17
153/2 155/1 155/6 169/14 171/1 184/6
192/19 197/7 205/11 223/17 234/11
234/20 263/8
**seconds [1]** 225/16
**secretly [2]** 106/6 106/24
**section [7]** 104/2 108/4 134/5 134/15
144/7 144/13 243/11
**secure [1]** 39/3
**securities [46]** 4/14 4/21 5/10 6/11
6/24 7/2 7/23 8/1 8/22 9/5 9/9 9/12
10/5 103/25 104/25 105/9 106/5 121/6
129/21 130/11 131/8 131/23 132/4
173/25 174/2 174/11 174/13 175/3
199/8 199/20 199/20 242/20 243/3
243/12 243/12 243/16 244/8 244/16
246/25 247/15 259/10 260/11 260/12
261/3 261/20 262/12
**security [2]** 104/17 174/17
**see [47]** 14/9 16/8 16/23 18/14 20/14
20/15 20/17 20/19 32/16 48/25 58/14
58/18 60/4 61/3 61/5 75/13 81/10
82/25 84/9 103/12 106/15 129/15
130/13 133/19 148/11 159/2 164/21
172/20 182/8 182/8 185/17 185/23
187/2 197/2 213/11 220/14 229/2
247/24 249/25 252/4 252/12 256/18

262/4 262/10 263/8 263/23 263/25
**seeing [3]** 81/16 114/16 225/9
**seeking [1]** 261/10
**seemed [2]** 46/1 46/1
**seems [2]** 113/23 186/13
**seen [6]** 15/10 16/18 17/3 131/24
162/3 244/23
**sell [22]** 51/3 53/6 55/2 73/9 148/16
154/13 197/25 198/25 202/15 202/16
207/20 210/5 211/5 213/16 214/5
218/22 249/19 250/3 250/24 252/8
257/4 257/19
**seller [5]** 257/15 257/18 257/19 257/21
257/23
**sellers [1]** 258/8
**selling [9]** 52/14 148/20 207/10 213/24
249/20 253/22 253/25 254/20 254/25
**send [3]** 87/10 179/20 187/12
**sending [1]** 226/14
**sends [1]** 217/25
**sense [3]** 120/7 120/12 122/14
**sent [6]** 3/17 16/8 16/20 214/21 215/11
215/14
**sentence [27]** 66/15 88/3 118/23
128/14 129/10 131/1 132/16 138/21
138/23 141/10 141/21 143/9 147/16
162/4 162/7 162/12 162/17 162/25
163/16 164/12 165/15 166/4 166/6
167/14 234/3 240/16 241/12
**sentenced [4]** 3/1 140/17 166/14
198/21
**sentences [2]** 142/24 230/24
**sentencing [39]** 102/8 121/1 128/1
128/4 128/8 129/9 130/19 130/19
132/19 132/24 133/16 133/23 134/4
134/15 140/9 140/23 141/6 141/12
141/25 142/9 142/21 143/11 143/12
145/13 145/14 145/16 145/20 145/23
146/3 146/14 148/1 148/23 157/21
159/9 163/10 164/17 167/11 168/3
198/25
**separate [1]** 70/3
**September [8]** 169/15 245/13 245/17
248/8 248/15 248/18 250/18 264/20
**series [21]** 5/17 5/23 6/9 6/16 11/7
11/9 41/9 157/14 214/23 220/2 260/3
260/7 260/25 261/17 261/19 262/6
262/6 262/7 262/8 262/10 262/11
**Series 63 [2]** 6/16 11/9
**Series 7 [3]** 5/23 6/9 11/7
**serious [3]** 161/18 162/3 164/9
**seriously [5]** 67/10 158/13 158/24
159/25 160/5
**seriousness [1]** 162/13
**served [2]** 8/10 205/23 247/14
**service [3]** 8/10 205/23 247/14
**services [1]** 208/4
**serving [1]** 102/4
**set [15]** 66/17 127/1 127/3 127/4
128/14 133/22 136/16 142/17 143/11
143/22 165/6 178/11 181/9 183/13
189/18
**settled [3]** 110/23 172/17 175/9
**settlement [3]** 176/20 176/21 176/21
**several [3]** 183/11 236/12 249/2
**share [4]** 110/22 245/11 246/1 246/21
**shareholder [6]** 54/25 173/15 174/13
174/19 187/19 217/23
**shareholders [2]** 54/24 219/6
**shares [40]** 58/23 59/15 110/2 110/21

**S**

**shares... [36]** 152/10 152/13 152/24
153/2 173/18 174/14 174/20 197/16
213/15 218/15 218/22 218/25 219/1
219/2 219/4 219/7 219/15 245/12
246/5 248/12 249/13 249/16 250/8
250/16 253/13 253/21 253/25 254/2
254/19 255/1 256/8 256/24 257/18
257/19 257/21 257/22
**she [9]** 65/22 66/16 66/17 66/18 66/18
66/19 66/19 67/3 264/11
**She's [1]** 264/4
**sheet [2]** 193/2 193/3
**sheets [1]** 193/4
**shell [4]** 187/19 208/19 209/3 209/11
**shells [1]** 209/23
**shit [1]** 83/5
**shoes [2]** 93/1 93/11
**shoot [1]** 89/6
**short [5]** 161/17 165/21 183/1 205/14
254/20
**shorting [2]** 52/10 52/13
**shortly [3]** 111/4 112/3 117/21
**shot [1]** 80/20
**should [9]** 15/21 88/9 95/18 108/18
110/2 144/25 147/16 217/14 223/22
**shouldn't [1]** 183/1
**show [10]** 14/15 114/2 114/13 178/5
195/3 195/11 195/12 196/7 196/9
209/12
**showed [1]** 111/10
**showing [3]** 16/25 27/7 172/19
**shows [1]** 165/7
**shut [3]** 207/19 208/5 208/12
**sic [5]** 83/3 97/12 121/6 206/19 237/15
**side [5]** 248/11 248/13 252/4 253/21
253/24
**sidebar [3]** 88/9 88/10 90/20
**sides [1]** 25/22
**sign [2]** 117/16 127/23
**Signature [1]** 264/22
**signed [6]** 114/18 136/25 137/2 137/22
138/2 139/5
**significant [6]** 55/1 159/23 162/12
216/3 216/4 248/21
**significantly [3]** 148/13 148/25 240/25
**signing [1]** 115/9
**signs [1]** 235/12
**similar [3]** 110/5 230/18 259/16
**simple [5]** 59/2 59/17 59/22 192/14
204/4
**simply [3]** 18/3 31/3 160/24
**since [3]** 74/8 189/25 206/12
**single [3]** 25/14 237/23 238/24
**sir [93]** 2/22 4/11 4/12 4/13 4/19 5/11
7/13 7/20 9/24 10/7 10/9 11/1 11/6
11/19 14/21 15/25 18/5 18/22 19/5
22/18 25/13 25/20 26/1 27/18 29/1
29/3 32/18 33/8 33/22 34/11 36/2
36/18 36/22 38/7 38/18 38/24 41/16
42/2 43/20 44/9 45/21 56/20 56/24
60/9 64/15 64/21 65/10 73/1 73/18
95/2 96/18 96/24 97/11 100/21 103/13
104/3 105/14 106/2 106/11 106/19
107/2 107/3 107/10 107/23 107/25
108/3 109/6 109/11 110/12 111/19
114/24 119/7 125/13 130/3 131/12
131/24 133/1 133/18 136/12 144/21
147/21 148/12 156/14 157/15 160/7

175/14 176/13 177/11 179/7 180/11
198/3 199/6 200/3
**sit [1]** 202/17
**Sitarchuk [2]** 115/22 117/7
**sitting [1]** 36/8
**situation [1]** 236/6
**six [2]** 166/15 166/16
**ski [1]** 189/11
**skill [5]** 12/7 12/9 12/14 261/15 262/2
**skip [4]** 82/25 108/14 108/21 210/17
**sleep [3]** 263/14 263/15 263/25
**slight [1]** 234/17
**slightest [1]** 67/9
**slow [1]** 75/8
**slower [1]** 88/12
**small [9]** 102/23 102/24 154/23 178/20
195/12 210/21 225/3 225/3 225/12
**smaller [1]** 207/24
**Smith [6]** 8/3 8/6 8/9 8/17 8/19 9/20
**snippet [2]** 102/23 102/24
**snow [1]** 205/7
**social [2]** 204/4 205/7
**software [3]** 206/7 206/8 211/3
**sold [6]** 54/2 218/15 219/10 221/23
250/10 250/11
**sole [4]** 128/18 133/20 134/6 134/16
**solicit [2]** 22/24 76/9
**soliciting [2]** 69/16 76/10
**some [49]** 2/7 35/15 43/25 44/22 46/8
46/18 55/3 58/15 58/19 60/2 64/11
66/12 72/9 73/17 82/19 83/8 88/24
91/5 100/10 112/20 132/24 166/17
177/17 181/14 184/3 184/3 189/22
190/24 191/19 194/1 197/24 202/16
203/10 203/19 205/3 211/11 213/17
214/10 216/4 220/5 220/10 221/19
223/24 225/12 232/4 236/5 250/5
263/7 263/13
**some-odd [1]** 82/19
**somebody [24]** 11/3 40/19 43/1 47/10
49/25 53/2 67/15 69/11 73/16 97/6
181/9 185/25 189/17 190/13 200/8
200/20 202/1 202/9 209/11 211/12
214/8 227/7 234/25 235/25
**somebody's [2]** 49/7 256/5
**somehow [1]** 238/8
**someone [13]** 10/18 10/19 53/6 97/11
143/9 213/21 213/23 214/14 225/14
227/14 257/3 261/2 262/16
**someone's [1]** 54/6
**something [32]** 44/23 62/12 64/12 84/7
84/12 113/21 123/9 129/24 166/21
181/3 190/4 191/15 193/8 195/19
209/10 210/8 219/18 224/1 225/17
225/23 225/24 228/4 229/5 229/8
230/25 231/3 239/18 239/19 239/25
244/2 255/18 262/15
**sometime [3]** 152/10 198/14 248/20
**sometimes [6]** 34/12 34/14 34/17
190/17 201/2 244/10
**somewhat [1]** 203/3
**somewhere [4]** 184/23 206/20 222/18
251/7
**soon [2]** 234/10 234/19
**sophisticated [5]** 10/5 10/7 10/8 10/16
10/18
**sorry [35]** 10/10 20/17 20/20 36/20
43/18 71/24 84/9 84/10 88/9 89/10
94/9 109/11 124/12 151/22 152/1
152/12 155/4 166/16 174/15 174/16

176/21 188/22 196/25 200/3 202/15
205/10 205/21 209/18 227/1 229/24
234/13 234/15 249/5 257/18 264/4
**sort [7]** 203/10 229/5 235/9 236/16
239/15 244/6 252/9
**sorts [1]** 243/17
**Soto [2]** 1/14 121/23
**sought [1]** 105/4
**South [1]** 187/4
**SOUTHERN [1]** 1/1
**spades [1]** 66/18
**spam [1]** 16/21
**speak [7]** 14/14 118/19 119/23 151/9
215/9 229/1 263/6
**speaking [4]** 185/24 186/9 186/12
201/25
**speaks [1]** 186/19
**special [2]** 130/6 239/13
**specialize [1]** 190/6
**specific [26]** 26/24 36/7 36/23 36/24
38/20 39/10 39/12 39/13 39/17 41/13
41/16 41/17 41/20 41/21 41/24 41/25
42/3 42/7 47/11 88/17 89/21 120/23
147/22 237/23 238/1 242/22
**specifically [21]** 51/12 57/7 57/16 65/6
103/18 121/7 121/8 182/23 182/24
199/19 199/20 228/5 228/14 229/3
232/16 233/20 233/25 237/13 237/14
243/20 248/24
**specifics [2]** 64/11 223/11
**speculate [1]** 59/9
**speculation [1]** 206/23
**speed [2]** 114/4 235/21
**spend [1]** 65/21
**spike [1]** 248/21
**spite [6]** 167/10 167/13 167/16 167/19
167/22 167/25
**spoke [6]** 53/18 80/15 106/23 108/16
108/23 177/17 183/8 215/5
**spoken [5]** 13/18 183/24 184/2 201/21
221/18
**spokesman [1]** 183/21
**spread [4]** 53/19 53/24 54/1 54/5
**spreading [2]** 72/11 226/19
**Sputo [44]** 32/6 33/3 33/10 34/3 34/8
35/6 35/8 35/13 35/24 36/24 39/4
39/19 39/22 41/19 41/23 41/25 42/5
42/9 148/5 149/8 150/4 150/8 151/6
152/9 152/16 152/21 153/6 155/1
155/24 156/10 157/11 157/18 161/10
165/15 165/20 165/24 166/2 167/20
170/7 170/20 171/13 171/17 172/6
239/13
**Sputo's [1]** 170/4
**stage [1]** 60/3
**stairs [1]** 238/4
**stand [3]** 95/4 129/4 158/8
**standing [1]** 129/6
**stands [1]** 193/7
**Stanley [1]** 8/16
**start [19]** 75/8 75/10 112/19 136/23
144/11 177/22 179/4 181/10 183/7
184/22 185/9 211/23 228/2 228/3
228/6 234/10 263/13 263/16 263/18
**started [7]** 101/11 136/19 136/21
137/11 145/7 194/9 197/6
**starting [2]** 98/15 229/20
**starts [6]** 58/7 74/7 187/14 205/9
205/20 228/6
**state [6]** 6/12 22/5 22/18 104/9 261/20

**S**

**state... [1]** 262/6
**stated [1]** 115/25
**statement [9]** 9/22 59/10 96/8 96/11 161/22 172/2 172/5 192/17 231/15
**statements [7]** 104/8 104/10 116/14 116/14 116/24 121/11 139/21
**states [9]** 1/1 1/3 1/11 1/23 103/22 104/19 115/7 176/14 262/9
**statutory [3]** 129/20 131/10 131/11
**stay [3]** 160/25 230/22 264/4
**staying [3]** 196/7 231/11 231/16
**Ste [2]** 1/17 1/20
**Stengel [1]** 160/8
**step [3]** 68/23 191/5 213/10
**Steven [1]** 185/6
**still [15]** 2/21 83/25 84/2 129/4 129/6 155/4 161/13 163/13 196/11 196/19 199/23 205/6 208/12 251/4 256/21
**stipulate [1]** 144/6
**stock [182]** 10/12 23/13 23/16 23/25 24/8 29/9 46/17 46/20 48/5 48/22 49/1 52/10 52/13 52/14 52/23 53/1 53/6 53/11 53/19 53/25 53/25 54/1 55/2 63/18 65/6 66/22 66/24 67/24 68/3 68/6 68/8 68/11 69/17 71/6 72/12 72/14 72/25 73/5 73/9 73/19 73/20 74/22 75/9 75/24 76/14 77/23 78/25 79/9 80/6 86/15 87/25 94/23 97/16 98/24 99/4 99/6 99/7 99/17 100/17 100/17 101/9 105/5 105/10 105/17 105/25 106/7 106/8 107/1 107/20 108/18 108/25 109/1 109/18 109/21 110/2 110/4 110/11 110/22 124/23 125/2 150/5 150/8 150/16 152/12 153/25 160/25 169/24 170/5 172/10 174/1 175/2 190/1 191/19 191/24 193/3 194/12 197/21 209/1 209/16 211/25 213/13 213/16 213/17 213/22 213/23 214/3 214/5 214/8 214/11 214/12 214/13 215/11 215/14 215/17 215/20 215/24 215/25 216/2 217/25 218/12 218/17 220/21 222/8 224/16 224/17 224/18 224/23 224/25 225/7 225/23 226/1 226/12 226/16 226/23 226/25 231/24 232/4 237/5 238/14 245/11 246/7 246/10 247/24 247/25 248/16 248/24 249/14 249/15 249/17 249/19 249/20 249/21 249/25 250/2 250/3 250/25 251/2 251/6 251/16 251/19 251/25 251/25 252/9 252/16 253/9 253/10 253/11 253/15 254/15 255/4 255/13 255/20 256/1 256/1 256/2 256/6 256/6 256/8 256/13 256/23 257/23 263/1
**stockbroker [6]** 7/21 7/22 188/12 217/1 217/6 218/10
**stockbrokers [1]** 51/7
**stockholder [1]** 218/14
**stocks [42]** 7/23 8/1 8/21 9/5 9/12 10/5 80/6 94/6 110/6 148/6 148/8 148/18 148/20 149/3 150/4 152/18 152/19 152/20 152/23 153/7 154/1 154/9 154/13 154/22 154/25 156/1 156/7 156/11 159/13 193/4 196/16 197/24 198/12 199/1 199/9 199/21 202/17 211/24 227/6 246/12 251/18 256/22
**stop [4]** 4/10 154/17 198/14 222/19
**stopped [2]** 150/8 150/16

**story [1]** 225/2
**straight [2]** 210/7 263/19
**strapped [1]** 211/20
**Strategies [3]** 7/6 7/12 9/17
**street [4]** 1/15 8/14 190/6 237/23
**strictly [1]** 244/5
**stringent [3]** 246/8 246/9 246/14
**strut [1]** 202/25
**stuck [2]** 138/20 163/13
**stuff [3]** 60/3 212/10 263/13
**stupid [2]** 100/10 100/13
**subject [4]** 16/23 181/7 241/24 263/24
**subparagraph [2]** 108/14 108/21
**subpoena [1]** 123/18
**subscriber [1]** 247/14
**subsequent [2]** 236/10 257/21
**subsequently [1]** 214/23
**substance [1]** 188/10
**substantial [3]** 134/7 138/18 217/22
**substantive [1]** 106/5
**successful [1]** 110/4
**such [5]** 38/10 71/5 85/2 116/6 247/16
**sudden [1]** 191/24
**suffer [1]** 161/25
**suffice [2]** 169/10 169/17
**suggest [3]** 46/1 164/25 235/13
**suggested [3]** 46/2 228/8 229/8
**suit [2]** 93/2 93/11
**sum [2]** 153/15 153/21
**summary [1]** 248/8
**summer [2]** 152/10 198/16
**supervise [1]** 35/20
**supervised [1]** 129/25
**supervising [4]** 31/16 33/23 34/4 149/25
**supervision [1]** 37/21
**supplied [1]** 153/6
**supply [6]** 205/21 205/22 205/23 208/4 208/9 249/11
**support [2]** 78/24 79/2
**suppose [1]** 191/19
**supposed [4]** 2/6 119/24 187/21 214/21
**supposedly [2]** 187/22 211/10
**sure [40]** 2/10 13/19 13/23 13/24 14/10 14/12 17/19 18/18 19/24 75/11 95/9 103/10 112/11 114/18 115/10 120/3 121/2 122/13 122/17 123/17 137/19 147/21 153/24 165/17 169/4 200/6 217/2 217/6 221/2 230/20 230/25 234/2 238/10 243/9 243/25 245/16 248/10 250/8 255/8 260/20
**Surely [2]** 113/14 114/11
**surface [1]** 74/2
**surplus [1]** 249/20
**surveillance [1]** 243/11
**survive [1]** 191/7
**suspect [1]** 240/15
**suspicious [1]** 159/17
**sustain [6]** 17/6 46/13 215/6 227/22 236/1 236/25
**swap [4]** 94/8 94/8 94/10 94/18
**Swedish [17]** 105/5 105/10 105/17 105/23 105/24 106/7 106/8 107/1 107/20 108/11 108/18 108/25 109/1 110/4 110/21 121/6 191/15
**sworn [1]** 242/11
**symbol [6]** 83/4 193/2 209/16 209/17 209/18 209/19
**symbols [1]** 74/9

**synopsis [1]** 205/11
**system [2]** 246/6 251/24

**T**

**table [1]** 245/14
**tabs [10]** 39/1 39/14 39/18 39/25 40/4 40/20 40/23 41/7 41/14 41/18
**tailor [1]** 233/20
**take [31]** 5/5 6/6 24/2 41/3 57/24 59/1 59/16 59/16 67/25 71/9 74/9 80/8 87/6 103/11 114/19 124/19 180/9 183/1 198/16 202/20 213/10 225/4 227/17 247/8 248/6 259/22 260/12 260/14 261/19 262/8 263/13
**taken [2]** 5/23 38/6
**takes [2]** 57/20 61/23
**taking [8]** 35/19 39/14 39/18 41/13 95/16 188/14 204/22 232/3
**talk [45]** 2/6 13/2 21/11 22/19 27/17 31/14 54/21 56/9 64/10 66/11 67/3 74/9 77/22 77/24 78/1 78/4 81/9 93/10 95/13 102/8 116/10 116/24 138/25 182/2 186/24 187/5 187/22 188/4 192/11 194/23 204/6 204/22 204/25 205/2 205/3 214/20 217/10 217/13 217/14 221/5 221/7 223/14 230/16 249/7 255/25
**talked [21]** 13/17 20/11 50/18 52/9 54/14 55/12 55/15 56/1 56/6 63/24 82/6 113/6 155/25 158/12 177/16 184/16 191/14 195/15 216/16 216/17 232/14
**talking [87]** 9/14 21/3 23/3 32/25 44/25 61/12 61/15 62/12 62/23 64/1 64/4 65/13 66/2 66/4 66/22 66/24 67/6 68/3 71/21 71/23 72/20 73/19 73/20 74/22 74/25 75/2 75/22 75/24 76/1 76/4 79/19 81/16 82/8 82/20 83/3 84/16 84/18 93/13 95/18 100/16 113/3 115/25 125/1 125/4 125/5 132/11 136/24 148/22 155/4 156/9 160/2 162/3 183/18 183/20 187/2 187/4 187/8 187/14 187/20 191/4 192/5 194/9 197/14 205/6 205/20 206/6 206/6 207/20 209/1 209/5 209/9 209/22 209/24 210/15 210/18 210/24 213/14 216/20 216/23 217/17 220/10 229/4 230/18 231/2 231/19 231/20 235/14
**talks [14]** 74/13 85/24 103/24 103/25 184/18 186/25 190/1 191/3 192/5 203/6 203/9 205/1 220/15 231/24
**tape [36]** 19/5 21/8 29/20 30/7 32/15 37/7 38/16 38/21 38/25 39/1 39/2 39/2 40/1 40/20 41/3 46/8 55/19 91/23 92/14 92/16 93/18 95/12 95/23 121/17 121/19 123/11 138/11 201/14 201/19 234/9 237/14 238/23 239/2 239/8 239/14 239/18
**tapes [18]** 28/13 39/3 39/4 46/16 46/17 87/13 235/11 235/16 239/2 239/5 239/17
**taste [1]** 185/13
**technically [1]** 208/21
**Technology [3]** 152/11 152/13 152/24
**telephone [6]** 25/13 25/15 31/13 106/23 108/16 108/23
**tell [33]** 7/16 21/25 28/13 61/24 77/3 117/25 122/18 122/21 133/9 152/17 152/18 155/1 165/24 181/19 181/19

# T

**tell... [18]** 193/17 193/18 194/16
203/15 204/13 207/8 208/11 209/10
209/21 211/25 221/20 222/20 227/3
227/8 229/19 244/14 246/2 261/13
**telling [16]** 24/2 24/5 24/12 31/7 99/25
152/17 164/5 188/11 203/18 205/9
206/10 209/3 211/6 211/9 218/1
239/13
**tells [6]** 71/12 185/7 203/5 210/4
211/16 214/20
**ten [8]** 81/13 86/3 86/4 180/10 226/2
263/16 263/18 264/1
**ten-minute [1]** 180/10
**tendency [1]** 63/9
**tenth [2]** 209/7 237/21
**term [39]** 25/3 32/7 43/16 43/18 46/1
46/5 46/6 47/17 48/12 49/13 50/13
52/23 53/12 55/20 55/22 55/24 71/5
93/1 93/16 93/20 94/2 94/6 94/18
94/21 95/12 99/1 135/1 185/9 205/14
205/15 221/2 232/3 234/24 235/6
250/7 250/14 251/16 252/25 254/15
**terminology [1]** 93/7
**terms [34]** 3/21 11/21 12/11 26/20
42/13 43/2 43/5 43/9 43/13 55/18
55/25 56/4 91/4 91/6 128/25 132/12
132/23 133/8 156/21 156/23 163/6
163/9 167/22 205/24 227/24 231/9
231/10 231/23 232/3 237/4 244/16
250/5 253/7 255/11
**testified [22]** 17/14 18/20 26/16 34/20
35/3 35/12 41/12 45/14 48/16 76/18
91/3 96/25 176/16 196/22 202/22
206/16 212/11 212/20 217/1 217/5
242/11 259/8
**testify [11]** 14/23 17/12 27/16 43/1
45/7 46/12 60/18 158/13 158/24
159/24 180/5
**testifying [9]** 37/1 37/2 101/23 101/25
102/2 131/3 134/9 235/5 244/11
**testimony [21]** 17/24 20/2 35/10 44/3
45/18 53/21 99/3 101/4 130/18 136/4
160/2 160/5 181/20 182/24 196/14
199/23 215/4 229/12 229/12 235/17
243/21
**than [24]** 10/15 61/20 62/12 66/19
71/22 72/4 74/4 110/2 113/1 149/17
166/11 166/19 174/19 185/20 189/22
190/9 192/9 201/11 213/24 234/3
240/25 241/21 249/2 251/17
**thank [29]** 2/19 2/22 4/6 14/13 44/7
70/24 90/18 120/16 122/25 123/2
124/6 137/4 146/2 182/16 183/6 189/1
189/1 200/15 223/1 223/19 224/8
241/18 242/7 258/25 262/20 263/4
264/6 264/12 264/13
**thanks [2]** 188/1 223/7
**that [1661]**
**that's [563]**
**their [31]** 48/22 51/2 61/3 67/15 73/9
78/15 105/3 105/16 106/7 123/12
124/22 124/23 127/19 134/16 177/9
179/4 180/14 181/4 181/10 190/14
195/13 225/5 225/7 233/1 240/13
242/20 246/10 249/19 255/10 261/11
262/16
**them [73]** 2/6 2/7 2/7 2/11 3/13 7/8 7/9
8/10 12/11 17/14 17/16 35/13 35/16

35/25 36/1 41/15 44/3 51/15 61/20
71/16 74/10 75/7 75/20 80/10 96/21
117/25 118/19 121/23 122/11 122/14
123/14 123/14 123/16 126/20 126/24
127/18 138/12 139/16 141/17 147/4
147/5 147/7 150/23 150/24 150/25
175/9 175/10 177/12 178/5 178/5
179/3 181/16 181/20 194/9 201/10
201/13 201/13 202/20 225/4 225/5
225/12 225/12 225/21 227/3 227/4
227/8 235/21 240/2 240/10 261/2
261/10 261/10 262/1
**themselves [1]** 73/17
**then [157]** 5/22 5/22 30/8 35/10 35/18
37/24 39/13 39/19 40/16 40/19 41/18
41/23 42/3 58/22 59/1 60/25 61/18
62/9 66/12 66/15 68/19 68/23 68/25
69/24 71/12 72/6 72/8 74/12 74/13
74/16 74/19 75/11 75/14 75/16 75/17
75/17 77/5 77/8 77/21 77/21 78/19
79/1 79/4 79/11 79/14 80/17 80/19
80/23 81/6 81/9 81/12 82/11 82/14
82/17 84/4 85/18 85/19 85/22 86/2
86/18 86/20 88/2 88/5 95/23 100/9
101/13 103/24 104/4 104/13 104/19
104/23 106/13 107/17 108/10 108/21
110/19 116/10 118/6 118/13 122/22
124/18 124/22 125/1 126/8 127/19
127/25 128/17 129/24 136/15 137/10
139/2 139/9 140/1 140/6 144/22
145/13 150/5 155/7 156/3 156/18
157/11 157/21 157/25 158/12 158/23
160/18 161/13 172/18 174/23 175/7
175/22 175/23 176/3 176/10 177/16
181/14 184/6 184/7 184/7 184/8 185/9
186/11 186/19 186/24 187/7 188/19
188/23 197/15 202/17 204/12 206/7
207/4 208/3 208/16 209/9 210/16
211/16 211/23 212/9 212/14 213/16
221/20 222/25 229/4 230/1 234/16
238/23 241/19 243/14 248/20 250/1
257/19 260/24 261/2 261/5 261/23
262/1
**Theoretically [2]** 30/22 213/19
**therapy [1]** 227/19
**there [123]** 7/19 16/17 27/1 28/1 28/9
31/17 31/18 34/12 34/14 35/7 35/17
35/25 37/5 37/5 38/22 39/1 39/2 40/4
46/24 51/24 52/1 58/15 58/19 63/3
63/6 67/12 67/14 72/23 82/16 89/24
93/9 95/21 104/2 109/20 112/11
112/11 112/12 112/21 116/9 121/14
122/19 125/14 125/15 125/15 125/16
126/3 127/22 128/4 133/3 133/4 133/6
141/15 141/18 142/4 147/2 148/6
151/15 151/17 151/18 152/19 165/1
169/3 173/3 176/20 181/20 181/20
185/23 186/3 187/7 187/17 190/6
191/10 197/5 199/4 199/5 202/5 202/5
202/14 202/17 204/25 210/17 212/4
212/16 214/10 215/20 216/4 219/5
219/8 222/2 223/24 226/6 227/15
228/20 229/18 234/22 234/25 235/17
238/15 239/2 239/4 248/17 249/20
250/1 250/16 251/16 253/9 253/13
257/1 257/2 257/3 257/3 257/12
257/14 258/4 258/8 259/19 260/3
260/3 260/7 260/16 261/17 263/11
263/18
**there's [46]** 13/21 20/23 27/2 27/17

37/15 37/17 37/19 37/21 38/1 38/7
54/1 61/22 67/17 68/16 72/25 73/25
86/14 104/2 121/16 160/18 180/22
184/6 184/6 184/7 184/7 187/4 200/16
211/19 212/18 212/19 214/12 214/15
220/25 222/2 226/3 234/17 248/21
249/8 249/14 249/15 249/16 249/19
252/12 253/3 256/9 257/20
**Thereafter [1]** 111/4
**therefore [2]** 30/16 121/9
**these [62]** 17/17 31/13 31/24 34/5 35/9
35/11 35/23 36/25 37/3 42/1 42/8
46/16 46/17 48/21 55/18 56/24 63/3
65/13 65/18 66/1 66/1 72/10 74/9
74/10 78/22 78/23 81/25 82/1 87/13
87/17 89/20 89/21 91/23 99/1 102/18
102/18 103/7 118/16 141/16 143/1
143/5 143/8 148/18 169/7 170/4
173/21 174/23 184/24 195/24 199/8
200/18 200/20 201/1 201/2 201/7
202/16 225/14 225/18 225/19 226/2
228/2 255/24
**they [101]** 3/12 8/10 12/10 31/17 31/18
34/7 37/24 44/13 48/25 50/24 51/10
51/12 53/6 54/25 55/1 55/2 61/3 64/6
64/7 64/16 77/6 77/22 77/24 78/1 78/4
80/10 80/11 83/5 83/6 83/7 83/8 83/8
83/9 89/7 89/9 102/19 102/21 103/8
103/10 104/11 111/11 116/10 119/23
123/13 123/15 124/19 124/20 124/20
124/24 124/25 128/7 129/1 134/14
134/19 143/8 143/8 148/16 160/11
176/8 176/10 176/24 181/5 183/1
190/23 194/14 195/19 199/7 201/6
203/19 205/8 209/3 211/6 225/3 225/5
225/7 225/25 226/4 226/24 226/24
232/24 235/22 235/23 236/2 236/2
239/19 240/15 241/11 246/9 246/10
246/15 252/6 257/16 257/17 257/17
257/24 260/14 260/24 260/25 261/8
261/23 261/23
**they're [24]** 71/6 74/11 78/4 78/16
80/10 91/24 119/23 119/24 122/9
124/16 124/18 125/20 125/20 182/3
183/1 200/23 219/2 246/7 247/1 247/2
248/1 251/18 257/13 257/14
**they've [1]** 78/15
**thing [17]** 38/17 63/11 63/13 64/18
65/3 69/1 95/2 103/19 165/1 184/14
184/18 188/18 203/24 208/7 210/18
213/3 230/4
**things [16]** 69/7 72/10 89/24 90/1
91/20 94/13 100/10 100/13 121/25
125/18 125/20 134/16 167/1 233/18
237/14 237/16
**think [58]** 10/17 10/24 16/17 17/7
19/25 20/21 22/8 22/9 25/1 25/15
31/23 32/7 34/19 36/10 37/5 38/22
49/2 71/5 72/8 74/11 82/18 86/4 90/3
90/13 93/24 95/18 106/13 120/12
121/24 122/2 147/1 154/8 177/21
180/8 180/9 180/17 189/4 191/14
191/15 192/4 196/22 204/9 217/12
222/1 222/2 223/17 225/24 228/7
229/22 231/1 234/23 238/13 239/23
240/17 242/2 248/18 251/6 255/15
**thinks [3]** 45/12 231/2 231/16
**thinly [11]** 250/14 250/17 250/20 251/4
252/23 253/9 253/11 255/16 255/22
258/15 258/17

**T**

**thinly-traded [3]** 255/16 255/22 258/15
**third [8]** 22/9 57/21 122/19 153/11
155/10 184/7 187/15 255/1
**thirds [1]** 57/24
**thirty [2]** 180/24 224/21
**this [371]**
**Thomas [1]** 173/13
**those [68]** 4/1 6/23 25/9 25/15 26/24
28/16 29/16 29/20 35/7 38/13 41/14
41/18 41/22 42/9 43/2 43/4 43/9 43/12
51/10 55/19 55/25 56/1 64/10 78/23
88/25 89/24 91/3 91/5 102/22 110/23
116/24 118/9 122/8 122/20 136/21
136/23 151/18 151/25 152/2 154/12
154/15 154/19 156/11 158/6 171/4
174/4 174/14 181/11 190/24 192/8
193/5 201/5 201/22 216/8 225/9
225/10 236/16 246/10 246/13 246/14
252/3 253/7 254/2 256/18 257/19
257/22 258/6 258/13
**though [6]** 20/1 35/16 73/18 159/24
164/3 228/1
**thought [7]** 46/7 78/21 166/6 189/12
192/4 201/25 236/13
**thoughts [1]** 46/11
**thousand [9]** 25/13 35/2 35/9 35/11
35/24 36/25 83/6 126/11 146/17
**thousand-plus [1]** 126/11
**thousands [1]** 78/5
**threat [1]** 109/21
**threaten [1]** 109/12
**threatened [1]** 109/17
**three [20]** 36/11 56/6 63/21 65/6 65/21
66/16 77/15 82/16 94/24 102/4 124/17
129/24 140/19 152/19 184/12 229/22
229/25 230/19 243/9 258/13
**through [39]** 1/7 3/18 3/23 12/10 17/12
17/13 17/16 24/7 50/9 57/7 59/9 61/1
63/8 74/10 77/8 82/1 82/4 88/23 90/25
110/19 113/17 125/23 127/7 138/13
168/1 177/9 187/20 194/2 198/16
209/19 212/11 221/23 224/13 225/22
245/13 245/17 246/8 246/14 248/25
**throughout [4]** 44/16 63/3 65/18 87/13
**throw [1]** 239/11
**throwing [1]** 239/8
**till [2]** 188/24 202/12
**Tim [1]** 234/13
**time [88]** 3/8 8/9 9/15 10/25 13/20
20/10 22/9 33/24 35/8 37/4 37/13
41/10 41/21 57/17 65/16 65/16 65/16
74/11 77/9 78/23 82/15 88/8 110/13
112/11 112/20 114/19 119/4 119/12
120/23 133/22 137/8 138/11 141/4
141/17 148/7 151/11 154/2 154/9
154/12 154/21 154/25 156/10 167/6
167/8 167/25 169/14 169/23 169/25
170/1 170/2 170/3 170/10 171/18
171/25 172/1 172/6 174/18 183/7
184/9 186/9 186/17 187/13 188/7
189/7 189/21 192/19 194/1 195/10
196/12 196/17 196/19 198/3 200/7
201/13 209/8 211/19 216/16 223/14
234/7 235/17 236/7 236/22 242/8
247/20 247/23 247/25 248/1 252/18
**timeline [2]** 139/12 224/13
**times [14]** 34/10 34/11 34/22 34/25
36/11 63/3 63/6 63/23 121/24 149/15

149/17 166/24 235/20 257/3
**timing [1]** 236/5
**timing's [1]** 80/18
**Timothy [1]** 1/19
**tipped [2]** 93/1 93/10
**tips [2]** 224/16 225/23
**today [9]** 3/4 3/24 8/16 9/13 103/7
123/16 160/2 211/8 211/18
**together [8]** 61/24 132/8 142/23 153/19
184/12 208/19 208/25 257/14
**told [49]** 16/4 23/23 42/8 43/23 44/10
45/23 54/14 60/3 60/11 60/20 60/20
67/23 75/7 80/2 98/22 98/23 99/3
146/14 146/17 146/20 146/23 147/23
154/17 154/25 156/3 156/18 157/7
157/18 157/21 158/19 158/20 161/10
166/1 166/2 170/20 171/13 171/17
171/18 172/6 177/8 177/12 179/3
191/10 196/1 200/2 200/8 224/2
229/12 230/1
**tomorrow [6]** 217/12 217/14 241/25
242/3 263/17 264/1
**too [5]** 27/2 165/15 188/23 193/14
212/4
**took [11]** 5/10 5/25 6/3 6/11 106/18
111/11 169/3 181/8 237/24 238/4
238/10
**top [13]** 25/5 60/1 62/10 72/7 109/24
159/11 188/20 204/13 204/15 205/12
211/17 232/6 233/13
**total [2]** 3/7 110/22
**totally [3]** 124/18 159/3 226/2
**toward [1]** 119/6
**tracking [1]** 211/4
**trade [29]** 50/19 50/21 52/5 55/22
85/10 148/6 148/7 154/1 154/9 154/22
154/25 156/7 156/11 193/5 195/3
195/11 195/12 196/15 209/13 210/5
245/21 246/5 246/10 246/17 248/17
252/5 253/20 253/24 258/4
**traded [28]** 152/18 153/8 153/9 153/25
194/12 194/17 245/12 246/13 248/12
248/16 250/2 250/8 250/14 250/16
250/17 250/20 251/4 251/21 252/23
253/9 253/11 255/16 255/22 256/22
256/24 258/15 258/16 258/17
**trades [20]** 51/13 110/23 169/24 170/5
245/19 246/3 248/19 251/16 256/22
256/24 256/25 257/1 257/1 257/2
258/1 258/6 258/8 258/9 258/11
258/13
**trading [60]** 78/24 85/25 86/2 86/3
105/16 105/22 105/24 150/5 150/9
150/17 153/14 156/1 156/16 159/13
159/17 173/19 174/21 175/5 175/6
175/11 175/13 175/18 175/23 175/24
176/3 176/5 176/9 198/12 198/14
209/12 209/14 209/17 209/18 209/19
210/12 219/2 222/14 243/11 244/10
247/25 248/1 250/1 251/7 252/11
252/15 253/5 253/6 253/13 253/17
253/19 253/19 253/23 254/3 254/7
254/11 254/18 254/19 255/12 257/13
263/1
**traffic [1]** 184/23
**trailers [1]** 193/21
**transaction [7]** 72/20 72/22 75/10
105/9 207/9 253/14 253/21
**transactions [5]** 85/15 174/1 175/2
257/4 257/20

**transcribed [2]** 201/23 202/9
**transcript [37]** 1/10 14/3 14/4 18/11
18/14 20/3 27/1 27/2 27/7 27/9 27/21
32/20 37/25 44/17 48/13 56/9 121/16
121/17 121/20 124/13 148/1 157/25
158/1 183/9 197/5 204/18 216/19
229/17 229/18 231/6 232/24 233/7
234/1 234/18 237/2 238/21 264/17
**transcripts [25]** 13/25 29/17 41/12
41/18 42/13 44/16 49/2 56/24 63/3
63/9 63/23 65/18 82/2 91/1 91/3 99/1
120/21 122/8 122/14 193/25 195/9
200/17 200/18 201/2 221/12
**transfer [4]** 85/11 85/12 214/11 215/24
**transpired [1]** 156/6
**transportation [2]** 206/4 245/10
**trash [1]** 239/11
**travel [4]** 3/10 168/8 169/1 169/18
**traveling [1]** 169/19
**travels [1]** 169/6
**tremendous [1]** 25/9
**trial [7]** 1/10 25/19 88/15 89/2 122/19
134/9 158/3
**trials [1]** 244/11
**tried [2]** 177/21 181/9
**tries [3]** 189/18 203/4 208/18
**trip [1]** 169/4
**triple [1]** 82/12
**trouble [1]** 25/24
**trucking [11]** 124/21 193/8 203/18
207/11 207/13 207/21 207/21 210/21
210/23 210/25 211/3
**trucks [1]** 193/21
**true [6]** 65/2 90/6 151/10 190/8 191/8
234/24
**truly [1]** 11/17
**trust [3]** 151/15 151/23 154/18
**truth [2]** 61/24 263/6
**truthful [5]** 47/4 47/7 156/24 157/2
161/5
**try [12]** 36/16 62/25 66/12 127/18
127/18 181/12 190/14 190/23 193/17
195/24 203/21 230/5
**trying [27]** 16/16 76/9 88/16 88/22
90/10 90/11 90/12 121/11 123/15
136/9 136/9 136/11 136/14 138/5
178/20 187/23 194/1 195/12 203/15
209/1 210/5 211/5 211/11 211/14
217/15 233/19 233/24
**tune [1]** 80/22
**turkey [1]** 148/17
**Turks [3]** 168/21 169/20 170/13
**turn [8]** 70/11 74/6 75/5 124/14 129/15
226/2 226/4 228/13
**turned [2]** 122/9 161/24
**turning [10]** 33/6 58/13 60/1 78/13
78/19 226/18 230/21 232/6 233/16
234/22
**Twenty [2]** 224/17 224/21
**twist [1]** 197/3
**two [33]** 19/11 34/19 39/1 57/23 57/23
57/24 61/21 66/16 69/7 70/3 72/14
73/22 83/23 118/18 122/14 151/18
153/19 154/2 154/21 173/7 192/8
201/12 214/11 226/14 226/14 228/2
236/16 237/17 241/7 258/1 258/2
258/3 262/5
**two-count [1]** 173/7
**two-thirds [1]** 57/24
**two-year [2]** 154/2 154/21

**T**

**type [8]** 196/2 208/7 210/24 225/9 225/10 236/23 253/14 257/12
**typical [1]** 205/17

**U**

**U.P.S [2]** 208/6 211/4
**U.S [9]** 1/15 1/19 115/10 120/18 123/10 144/7 173/7 175/18 176/8
**U.S.S.G [3]** 134/5 144/7 144/13
**uh [6]** 61/10 63/12 64/12 66/9 207/19 228/15
**uh-huh [6]** 61/10 63/12 64/12 66/9 207/19 228/15
**ultimate [2]** 206/2 214/4
**ultimately [4]** 8/16 87/24 214/2 241/12
**Um [1]** 241/4
**umm [3]** 80/14 80/20 172/11
**under [8]** 2/21 104/10 123/18 137/24 144/6 144/13 161/4 197/1
**undercover [4]** 108/8 123/12 244/2 244/4
**underlying [2]** 121/6 227/10
**undermined [3]** 58/13 158/24 159/25 160/5
**understand [46]** 3/4 3/15 3/18 3/25 4/10 4/11 21/24 22/4 22/16 25/22 35/22 47/15 59/7 59/19 75/18 77/7 98/17 106/19 106/20 107/12 109/9 122/13 129/19 130/21 137/25 139/11 156/9 176/16 179/21 198/17 201/9 208/11 230/2 230/17 231/1 231/19 232/12 233/19 234/4 234/10 235/5 235/9 235/13 235/18 235/22 260/10
**understanding [14]** 43/4 129/3 130/2 141/9 142/25 143/1 143/10 143/15 143/16 156/7 195/25 207/5 209/25 220/10
**understands [8]** 45/15 59/20 123/18 218/4 218/7 218/9 232/19 243/25
**understood [9]** 59/23 142/20 182/6 196/14 208/2 229/14 230/8 235/23 236/6
**undertaken [2]** 144/15 144/17
**unequivocally [2]** 22/18 22/21
**unfortunately [2]** 91/14 191/16
**Uniform [2]** 6/11 261/20
**UNITED [6]** 1/1 1/3 1/11 1/23 103/22 115/7
**unless [2]** 197/2 219/3
**unseal [1]** 120/25
**until [9]** 79/4 119/17 119/25 140/17 185/19 187/14 188/4 194/23 263/19
**untrue [1]** 104/8
**up [100]** 3/5 21/1 46/9 47/10 47/21 57/21 57/24 63/10 78/8 78/22 80/8 82/16 88/3 91/5 92/6 92/9 92/13 93/7 93/16 94/6 97/1 98/3 98/5 99/8 100/17 101/16 109/24 111/10 111/20 112/11 120/9 123/9 124/23 125/11 126/3 127/1 127/3 127/4 142/17 143/22 145/13 145/13 147/4 148/14 152/17 153/12 162/7 165/10 172/9 178/11 179/1 181/8 181/9 181/11 182/9 183/13 185/3 186/25 187/6 189/18 192/10 198/11 200/16 202/19 204/15 205/1 207/19 207/21 208/5 208/12 209/5 212/14 212/15 213/13 213/16 214/3 214/5 217/2 217/3 217/11

218/11 221/22 221/25 222/13 225/16 226/11 226/16 227/7 227/14 229/20 230/21 232/24 233/3 233/4 234/14 235/21 237/5 237/20 238/8 263/8
**upfront [1]** 211/19
**upon [5]** 104/15 179/17 181/9 201/20 246/18
**upset [4]** 109/2 109/7 109/10 109/15
**upside [1]** 161/24
**us [17]** 3/18 7/16 27/22 41/10 67/24 116/24 122/9 187/19 207/10 211/18 211/20 228/15 229/19 234/1 244/14 246/2 246/21
**use [21]** 19/14 19/19 19/20 19/21 19/22 91/7 94/2 94/21 116/24 228/8 228/20 228/24 228/24 229/3 237/4 248/4 252/2 254/6 254/10 255/12 257/24
**used [37]** 32/7 38/16 46/3 46/16 46/17 47/17 47/19 47/21 48/5 48/13 54/6 55/18 55/19 55/22 55/24 55/25 56/4 91/4 93/1 93/20 94/18 95/12 96/15 99/1 116/16 139/23 147/15 158/23 226/11 227/24 227/25 227/25 228/2 232/17 245/22 247/14 247/17
**users [1]** 83/7
**uses [4]** 226/19 231/22 232/3 232/3
**using [9]** 19/25 25/3 221/25 231/9 231/10 234/24 238/12 238/18 252/10
**usual [1]** 225/9
**usually [4]** 54/25 204/13 226/4 226/8
**Utah [1]** 186/20
**utilized [1]** 47/22

**V**

**vacation [1]** 188/14
**Vale [2]** 188/14 189/11
**valuable [1]** 191/25
**value [3]** 161/7 226/11 226/16
**valued [1]** 170/23
**variety [2]** 247/3 253/4
**various [7]** 134/16 148/17 225/23 226/15 243/7 243/11 246/24
**Vega [1]** 121/6
**Vegas [16]** 105/5 105/10 105/17 105/23 105/24 106/7 106/8 107/1 107/20 108/12 108/18 108/25 109/1 110/4 110/21 191/15
**verbal [1]** 198/10
**verifiable [1]** 47/13
**verify [1]** 196/18
**versed [2]** 215/2 220/22
**version [1]** 216/15
**very [34]** 9/4 9/6 9/8 9/22 10/1 10/4 10/23 18/2 18/2 25/6 27/3 48/21 56/1 92/21 113/20 117/21 124/19 135/16 151/10 152/25 153/4 154/23 171/7 176/13 183/1 183/2 190/8 191/24 224/12 239/4 248/16 250/2 259/17 264/12
**via [1]** 225/20
**video [2]** 196/21 202/19
**view [3]** 46/6 102/15 194/19
**violate [3]** 174/15 175/1 175/2
**violated [11]** 151/21 151/23 154/18 156/21 157/5 163/6 163/9 167/22 173/24 174/1 174/16
**violation [3]** 106/5 198/1 243/12
**violations [4]** 103/25 104/19 243/15 243/23

**Virginia [1]** 264/9
**visible [2]** 193/9 256/21
**voice [1]** 186/11
**volume [27]** 100/17 105/24 237/5 245/9 245/11 245/16 245/18 245/22 246/1 247/9 247/11 247/16 248/7 248/12 248/21 248/23 249/7 249/8 249/23 250/7 250/8 252/16 252/16 253/9 253/15 255/13 255/20

**W**

**waiting [2]** 168/3 214/18
**walk [4]** 3/18 3/23 202/25 224/13
**Wall [2]** 8/13 190/6
**walls [1]** 238/8
**want [76]** 2/5 14/15 30/23 35/22 58/18 58/23 59/15 70/3 70/6 72/8 74/6 75/5 75/8 75/8 75/10 78/22 78/23 78/24 79/7 79/14 81/12 84/7 84/13 95/13 109/18 112/13 114/2 114/13 114/17 119/10 120/11 121/21 121/22 122/7 124/9 124/25 135/3 135/5 135/9 135/11 135/13 135/15 135/17 135/19 137/18 138/20 180/15 180/22 181/3 182/2 190/23 195/3 197/7 203/6 205/18 207/19 209/2 209/9 224/12 228/1 228/13 232/24 233/22 234/1 237/15 239/2 239/14 239/25 243/24 249/15 249/19 249/25 250/3 252/5 256/12 257/23
**wanted [17]** 22/23 63/13 63/16 63/18 80/5 108/17 110/1 121/3 121/9 121/14 121/18 136/5 137/14 138/17 179/3 233/3 241/9
**wanting [1]** 234/10
**wants [10]** 11/24 17/11 40/19 45/15 71/12 80/6 206/19 208/9 209/21 261/13
**war [1]** 72/8
**warrant [1]** 111/7
**warrants [3]** 66/17 66/22 67/16
**was [378]**
**Washington [1]** 264/7
**wasn't [16]** 2/10 15/2 22/4 54/10 80/16 148/17 153/25 173/4 182/7 193/20 201/12 208/21 221/25 226/17 230/11 239/18
**waste [1]** 10/25
**wavering [1]** 235/12
**way [35]** 20/20 21/5 21/6 21/7 30/15 46/15 52/19 68/25 69/1 73/13 73/16 82/11 87/20 87/23 96/19 111/15 120/16 125/13 137/21 148/13 148/25 150/7 182/4 186/13 194/25 196/11 202/14 208/8 212/25 213/2 219/5 227/9 228/2 230/5 252/24
**ways [2]** 220/20 253/4
**we [128]** 2/3 10/23 13/24 20/2 22/10 26/8 27/21 28/3 28/13 29/16 29/20 31/25 36/12 37/12 44/3 61/23 61/24 67/22 68/23 70/12 70/25 74/8 75/16 77/15 78/20 78/23 78/23 80/10 80/11 82/15 88/9 88/21 88/24 88/25 89/4 90/25 95/18 98/23 99/4 116/5 116/24 120/1 120/11 120/20 120/20 120/23 121/24 122/7 122/9 122/13 122/19 123/14 123/25 126/4 129/15 129/15 145/7 155/4 157/22 158/2 169/3 170/15 180/18 180/19 182/2 183/10 183/11 184/8 184/19 185/17 185/17

## W

**we... [57]** 185/19 188/5 189/22 189/25 190/9 191/5 191/9 192/13 195/8 201/24 202/5 202/17 205/7 205/18 205/21 205/21 205/22 205/22 205/24 205/25 206/3 206/7 206/15 207/8 207/9 208/3 208/20 209/8 209/21 210/20 210/20 210/20 211/8 211/19 211/19 212/3 217/22 221/25 222/18 222/19 227/23 229/17 233/3 234/10 234/19 239/18 240/11 241/2 242/4 242/20 243/2 250/6 253/7 255/11 259/12 263/13 263/25
**we'd [2]** 122/12 122/13
**we'll [23]** 13/2 14/4 26/22 31/14 33/18 57/7 64/10 102/8 109/24 121/15 127/6 132/8 133/19 138/25 159/5 180/9 194/1 228/2 228/3 232/1 263/14 263/17 263/18
**we're [32]** 2/6 15/18 44/1 57/6 61/22 74/8 78/22 80/5 86/12 119/16 119/25 121/14 122/15 123/11 123/15 125/23 132/11 169/5 180/8 206/3 206/7 207/23 208/7 208/15 211/20 211/21 213/14 217/12 233/11 237/6 258/5 263/16
**we've [14]** 47/11 55/15 56/1 88/25 91/4 113/16 114/5 115/3 120/22 121/10 155/25 163/9 218/14 231/21
**wealth [1]** 171/12
**wealthy [6]** 24/6 24/20 24/23 48/21 51/24 75/3
**weather [3]** 204/7 204/21 205/1
**website [4]** 61/3 71/2 71/16 80/24
**Wednesday [1]** 1/4
**week [5]** 82/18 86/5 224/15 224/19 224/21
**weeks [5]** 34/14 149/19 188/16 222/3 236/16
**welcome [1]** 113/20
**well [107]** 2/9 6/14 7/21 9/25 11/1 11/3 13/13 14/4 14/8 15/24 16/16 17/1 20/13 21/6 24/19 25/13 27/2 28/1 36/15 38/5 38/7 38/22 44/5 44/13 45/12 46/23 47/1 50/4 50/10 56/19 56/19 59/10 59/21 62/22 67/3 73/19 78/20 79/11 80/4 81/6 82/14 96/22 97/24 102/8 112/13 113/3 113/9 122/6 122/18 131/13 136/11 136/15 136/24 139/13 141/15 149/4 150/16 152/16 152/25 153/4 153/16 158/1 159/2 161/4 161/20 162/14 165/24 170/1 171/13 175/13 176/19 179/17 183/17 193/25 198/23 200/8 200/11 200/13 201/9 201/18 206/25 210/6 211/6 213/10 213/23 214/12 214/21 215/2 215/9 217/14 218/10 219/5 219/22 220/22 221/17 222/6 225/11 226/10 227/13 228/24 233/17 249/11 251/18 252/2 252/11 254/10 257/17
**went [26]** 12/10 16/21 82/4 82/16 89/4 99/23 100/2 101/25 111/20 120/23 139/11 139/12 141/18 155/23 155/23 168/11 179/13 179/17 181/21 181/23 212/5 223/25 224/3 224/5 225/22 243/14
**were [160]** 3/1 3/14 3/21 3/24 3/24 4/16 4/24 5/25 6/23 7/2 7/6 7/8 7/11 7/22 7/22 8/3 8/6 8/9 8/10 8/19 12/22 13/9

23/24 24/2 26/24 31/17 31/18 32/1 34/7 35/9 35/19 37/5 39/1 42/11 42/13 43/15 44/2 44/4 44/25 46/7 46/8 49/17 50/11 54/21 55/18 59/24 61/23 63/12 64/6 64/7 64/16 64/18 70/25 88/24 89/24 91/19 93/4 96/13 100/13 102/18 102/19 102/21 104/11 104/14 109/7 109/10 110/10 110/16 110/23 111/4 111/11 125/15 125/16 127/25 133/4 133/4 133/6 140/23 141/15 141/18 141/18 146/23 146/24 147/2 148/5 148/7 152/16 152/19 154/5 154/8 154/20 162/24 164/17 167/16 168/3 168/4 168/8 168/8 168/13 168/22 169/1 169/7 169/13 169/14 173/14 174/6 174/10 174/14 175/8 175/17 175/24 187/22 189/10 189/10 191/18 194/6 194/7 196/11 198/6 198/6 198/25 199/14 200/9 200/18 211/25 212/23 218/22 219/15 220/8 220/10 221/25 224/14 224/20 225/1 225/18 225/19 225/19 225/25 226/7 226/22 233/18 234/24 235/13 235/20 235/22 240/9 240/20 241/7 243/25 245/12 245/22 256/23 257/1 257/2 257/3 257/3 258/4 258/8 258/13 264/14
**weren't [9]** 50/11 140/17 168/6 178/17 178/19 191/18 193/14 196/15 226/23
**West [8]** 72/11 72/18 72/24 73/22 226/6 226/8 226/13 226/19
**Weston [1]** 24/20
**Wh [1]** 75/14
**Wh-wha-what [1]** 75/14
**wha [1]** 75/14
**what [325]**
**what's [25]** 6/16 43/1 52/13 59/9 60/6 73/25 114/13 174/17 197/2 203/4 205/17 208/16 210/16 211/18 213/10 217/16 219/3 230/6 231/18 238/16 242/24 243/9 254/10 263/16
**whatever [15]** 27/15 78/21 92/1 94/24 100/19 122/21 148/18 155/21 189/9 189/11 190/11 190/22 195/3 213/14 222/5
**whatsoever [4]** 60/24 122/1 122/4 161/23
**when [98]** 11/20 13/2 13/6 13/22 26/5 26/6 26/16 31/19 33/3 33/10 33/13 33/22 34/4 35/9 35/19 37/4 39/4 39/21 40/1 40/4 46/7 54/3 54/21 59/24 60/19 64/10 67/10 70/25 72/10 80/6 80/18 81/10 91/23 93/10 100/15 112/14 112/14 126/17 139/13 152/16 154/5 154/21 154/25 155/24 156/1 156/10 156/15 159/3 159/17 161/3 168/21 170/7 179/3 181/8 190/3 190/23 191/3 192/4 193/9 197/12 198/20 201/9 204/4 207/6 207/19 209/13 213/15 214/5 217/10 218/15 218/21 218/23 221/5 225/14 225/25 226/24 230/16 235/11 235/19 236/13 236/14 237/9 237/17 238/13 240/9 240/22 253/25 253/9 253/11 253/14 253/24 254/25 255/2 255/6 255/24 257/3 262/16 263/22
**Whenever [1]** 39/6
**where [58]** 17/19 20/14 23/18 23/23 36/8 37/24 61/24 63/4 67/13 68/16 68/19 70/12 78/13 95/19 102/3 108/15 111/10 112/8 123/22 126/6 144/6

153/12 159/3 183/12 186/19 187/1 189/20 192/14 195/12 195/23 196/6 196/7 196/9 200/4 201/24 203/10 208/17 210/20 210/22 212/10 228/14 232/18 234/16 235/17 237/18 243/14 244/1 246/5 246/12 247/10 248/1 248/17 249/25 253/9 255/25 257/3 264/6 264/8
**whereby [1]** 50/22
**wherever [1]** 111/10
**whether [20]** 17/17 20/1 21/22 37/12 59/20 59/23 120/6 154/19 180/15 214/3 225/18 225/24 228/8 231/10 232/22 243/25 244/2 244/14 246/19 249/8
**which [44]** 3/8 16/10 17/4 18/11 19/7 30/13 30/14 37/25 39/5 54/9 63/11 87/20 87/23 89/17 98/5 100/16 103/25 104/10 104/15 104/24 108/7 121/10 124/10 124/20 141/18 141/18 144/17 155/4 158/3 159/5 162/12 193/7 194/19 198/12 206/6 207/10 217/1 221/9 223/25 246/7 247/1 247/2 247/3 247/8 248/12 251/11
**while [9]** 36/8 57/6 89/23 141/7 158/19 168/3 168/8 168/13 169/14
**whistle [2]** 185/6 240/18
**white-collar [1]** 240/18
**who [72]** 3/18 10/3 10/3 10/18 10/19 13/7 13/9 25/7 25/7 31/7 32/3 40/19 48/21 51/7 53/2 66/4 78/10 90/12 93/9 106/7 106/24 107/3 123/17 134/8 157/22 158/2 158/8 164/18 169/8 172/3 178/19 179/1 179/3 181/9 183/18 183/25 187/19 190/13 200/2 200/20 215/17 217/22 217/25 217/25 226/19 230/21 230/24 231/22 231/24 232/3 232/3 232/6 232/9 232/12 233/6 233/13 233/13 234/4 234/7 234/9 234/19 236/9 237/4 237/6 241/12 249/15 249/19 253/21 254/1 259/12 261/2 263/23
**who's [5]** 17/13 27/3 212/13 252/4 253/20
**whoever's [1]** 253/24
**whole [8]** 62/4 63/18 63/21 75/9 103/19 208/9 220/25 221/21
**whomever [1]** 231/20
**whose [2]** 194/12 227/11
**why [22]** 63/11 65/12 71/12 74/8 88/14 88/18 89/3 96/22 96/22 96/23 141/12 141/14 141/18 170/7 181/16 201/1 205/18 207/16 227/3 227/4 227/8 253/12
**widely [2]** 247/14 247/17
**widget [1]** 225/5
**will [36]** 4/11 22/23 25/21 41/9 65/9 67/25 72/8 77/24 78/1 78/4 82/16 90/7 100/18 116/5 116/16 116/24 122/22 125/21 128/19 133/23 155/22 142/6 151/22 157/22 162/17 165/21 175/9 175/10 188/23 202/19 207/10 218/1 249/16 252/6 254/25 263/25
**willing [4]** 24/2 50/1 81/17 110/16
**winded [3]** 57/23 59/6 225/14
**wing [2]** 93/1 93/10
**wing-tipped [2]** 93/1 93/10
**wired [2]** 107/19 108/6
**withdrew [3]** 70/16 120/4 264/2
**within [5]** 39/3 54/24 55/4 83/15

**W**

**within...** [1]  144/23
**without** [8]  27/7 52/14 160/17 160/24 176/14 194/1 227/7 250/25
**witness** [30]  14/11 14/23 15/21 17/12 17/13 25/18 26/9 27/15 45/18 46/11 59/8 88/23 102/15 106/25 108/24 110/4 114/10 120/15 122/12 130/22 157/22 158/2 158/13 159/4 216/12 230/5 235/25 241/19 263/13 264/3
**witness's** [1]  215/4
**witnesses** [2]  263/12 265/1
**wolff** [3]  1/22 1/25 264/22
**won't** [1]  263/18
**word** [20]  25/15 27/7 44/11 45/5 45/13 72/11 201/21 219/3 226/19 227/25 227/25 228/24 229/4 229/9 230/8 232/18 235/5 238/13 238/18 238/24
**words** [13]  51/1 127/16 136/8 136/8 144/11 155/23 188/14 189/12 210/10 217/23 218/23 228/1 256/11
**work** [22]  3/19 6/24 9/9 72/10 121/15 133/9 136/17 138/18 139/9 142/1 142/7 149/25 178/6 179/23 192/20 213/12 214/7 236/6 242/22 242/24 244/2 244/6
**worked** [5]  141/22 148/18 243/5 243/6 243/9
**working** [11]  9/11 9/17 9/20 80/10 120/22 121/14 126/9 136/19 140/23 149/22 222/3
**workings** [1]  50/9
**works** [2]  110/10 211/25
**world** [9]  6/24 7/2 10/12 54/1 91/11 91/13 96/16 96/23 258/12
**worried** [1]  240/20
**worry** [1]  222/2
**worse** [2]  161/3 166/20
**worth** [4]  69/17 165/6 171/10 171/19
**would** [164]  3/16 3/17 3/18 3/19 3/20 3/22 4/3 5/23 6/2 7/18 9/6 10/2 10/4 10/15 10/18 10/21 11/2 17/1 17/9 18/1 19/25 21/5 21/5 23/12 24/7 28/19 29/3 29/5 29/8 29/10 29/12 29/14 30/25 31/9 32/11 37/12 38/17 38/18 38/25 39/3 39/4 39/5 39/8 39/21 39/24 41/22 41/23 44/23 46/18 48/22 48/25 49/25 51/1 54/2 54/25 55/1 55/2 61/19 62/21 64/10 64/11 65/12 65/13 66/4 68/24 68/24 69/1 70/12 71/1 81/17 84/4 89/15 92/14 92/17 94/24 94/25 104/15 106/7 109/14 112/21 114/6 114/7 117/16 120/9 122/9 122/20 123/19 124/13 129/4 129/16 129/16 132/13 132/16 132/18 133/16 134/19 137/1 137/10 138/12 142/4 149/1 154/12 158/2 159/2 162/24 163/13 163/19 163/22 166/11 168/24 176/6 180/17 183/8 185/22 188/5 188/21 194/19 196/17 196/18 197/20 198/15 201/11 201/22 207/24 209/16 213/12 213/21 213/23 214/13 215/1 224/14 224/19 224/22 225/7 225/11 225/15 226/10 226/11 227/14 230/25 231/1 231/17 231/20 240/15 240/21 245/14 251/2 251/4 251/25 252/11 252/11 252/15 253/7 254/12 256/8 256/9 256/12 257/17 257/17 257/25 258/15 260/12 260/14 261/2

**wouldn't** [12]  9/6 28/20 29/16 29/20 30/25 31/3 47/10 47/12 47/13 102/15 125/13 139/23
**Wow** [2]  204/9 204/10
**wrist** [1]  166/21
**write** [4]  75/9 76/12 76/13 81/17
**writers** [1]  81/14
**writing** [1]  78/10
**written** [3]  37/5 66/5 78/5
**wrong** [7]  55/7 68/17 73/25 100/18 182/4 190/3 218/24
**wrongdoing** [1]  179/17
**wrote** [3]  65/22 67/4 155/7

**X**

**X-ray** [1]  83/4
**XT** [1]  222/8
**XTMM** [1]  222/9

**Y**

**ya** [1]  238/22
**yeah** [29]  2/11 46/13 77/25 80/15 80/23 85/19 86/18 90/7 90/17 123/21 130/24 137/22 171/15 182/1 185/14 188/22 210/10 212/17 212/17 212/17 213/8 213/8 217/14 220/12 221/19 227/22 236/1 242/5 243/24
**year** [15]  7/14 7/16 8/8 9/14 131/10 131/11 135/13 138/20 154/2 154/21 156/5 160/16 198/14 201/11 241/10
**years** [36]  3/7 3/15 4/2 9/10 10/11 10/12 11/12 34/19 61/2 66/16 66/17 86/14 102/4 129/16 129/21 129/24 130/13 131/13 132/1 132/8 132/17 135/9 135/11 140/19 163/16 166/14 166/15 166/16 167/17 240/17 240/18 240/25 241/7 243/6 243/9 244/15
**yellow** [1]  197/10
**Yep** [1]  2/16
**yes** [793]
**yesterday** [46]  11/19 12/4 12/5 18/20 26/6 26/14 29/24 31/23 32/7 34/6 34/20 41/13 42/11 42/16 43/15 44/2 44/10 45/2 45/4 45/8 45/10 45/13 45/14 45/18 45/23 52/23 54/10 55/18 85/8 91/4 91/15 94/10 96/25 99/3 136/4 136/6 172/12 173/3 176/16 177/11 179/2 181/8 182/24 189/3 204/6
**yet** [7]  20/21 34/8 161/17 170/20 198/21 199/23 205/6
**York** [2]  186/25 246/7
**you** [1675]
**you'd** [4]  139/13 176/8 177/18 244/1
**you'll** [1]  26/4
**you're** [148]  6/6 8/21 8/24 9/1 9/17 9/20 9/22 10/8 11/16 13/24 15/24 17/19 19/7 20/4 21/3 21/16 21/20 21/24 24/12 25/14 25/18 25/24 30/4 30/10 30/13 35/18 35/20 35/23 36/4 36/23 37/1 47/8 48/10 49/13 50/6 50/13 53/10 53/10 56/1 57/4 58/2 59/4 61/12 64/14 66/2 66/11 66/12 68/8 76/19 77/16 78/8 79/19 81/22 84/2 87/4 90/10 90/15 91/23 92/6 93/10 93/13 99/25 100/16 101/23 107/4 107/8 107/12 109/20 118/3 118/12 118/22 118/22 120/14 125/5 125/7 126/17 126/20 126/23 127/13 135/21 136/2 136/8 136/9 136/10 137/18

**137/22 138/4 138/10 139/12 140/12 140/25 141/2 141/4 142/6 147/21 149/22 154/3 154/6 154/8 154/14 154/24 156/10 166/23 167/1 169/19 169/23 170/10 170/13 179/25 183/20 188/10 195/17 196/1 197/8 197/12 197/14 197/14 197/23 205/14 206/13 206/15 206/20 207/13 208/4 208/21 208/23 209/3 210/18 210/19 212/17 212/22 213/17 214/18 216/23 222/11 233/22 234/15 238/10 240/6 241/23 242/6 249/24 252/8 253/20 253/22 253/25 253/25 263/20
**you've** [28]  10/12 11/12 17/24 20/10 21/4 22/15 26/9 47/17 47/19 49/15 50/14 50/16 52/7 53/13 56/4 69/11 76/4 76/21 76/24 86/13 104/24 111/9 167/25 192/20 199/18 202/21 243/8 259/8
**your** [408]
**yours** [7]  24/23 25/2 27/3 48/20 56/19 72/4 97/8
**yourself** [11]  13/21 33/19 77/16 155/2 184/14 184/25 191/11 212/19 216/5 216/11 252/10
**yourselves** [2]  119/18 263/21

**Z**

**Z-I-P-something** [1]  225/23
**ZIPPI** [1]  71/2
**ZIPZ** [5]  71/2 71/5 80/7 82/5 82/21
**zoom** [2]  229/18 256/20