```
 1              IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF FLORIDA
 2                 CASE NO. 12-CR-60064-RWG

 3

    UNITED STATES OF AMERICA,
 4
                   Plaintiff,        Tuesday, February 19, 2013
 5        vs.                        2:25 p.m.
                                     Miami, Florida
 6  KEVIN BRENNANN and
    MARC SEAVER PAGE,
 7
                   Defendants.       Pages 1 through 155
 8

 9

10               TRANSCRIPT OF JURY TRIAL
          BEFORE THE HONORABLE RICHARD W. GOLDBERG
11              UNITED STATES DISTRICT JUDGE

12

13
    APPEARANCES:
14  For the Plaintiff:     H. Ron Davidson, AUSA
                           Alex Soto, AUSA
15                         Office of U.S. Attorney
                           99 NE 4 Street
16                         Miami, Florida   33132

17  For Defendant Brennan: Mauricio Aldazabal, Esq.
                           2655 Le Jeune Rd, Ste 700
18                         Coral Gables, Florida   33134

19  For Defendant Page:    Timothy Day, AFPD
                           Office of U.S. Public Defender
20                         1 E Broward Blvd, Ste 1100
                           Fort Lauderdale, Florida   33301
21

22
    Reported By:           Judith M. Wolff, CRR
23                         Official United States Court Reporter
                           400 N. Miami Avenue, Room 8N09
24                         Miami, FL   33128
                           (305)523-5294
25                         judy_wolff@flsd.uscourts.gov
```

STENOGRAPHICALLY REPORTED, COMPUTER-AIDED TRANSCRIPT

```
 1        (Court was called to order.)
 2             THE COURT:  We don't have a full jury, right?
 3             COURT SECURITY OFFICER:  We have two missing.
 4             THE COURT:  Two missing.
 5        Do we have anything we need to take care of before
 6   the jury arrives?
 7             MR. DAVIDSON:  Judge, there is one issue we can raise
 8   if we're looking to look address things ahead of schedule
 9   instead of waiting.  I don't know if Mr. Day wanted to write
10   something before me, I'm sorry to interrupt.
11             THE COURT:  What do you want to talk about?
12             MR. DAVIDSON:  Judge, my only concern is I think
13   you've ruled on the Ellisor issues but we don't believe any of
14   the defendant's other prior good acts, family circumstances,
15   those type of issues are at all relevant to this case.
16        I think Mr. Page might be wanting to say something
17   like he needed the money for medical care or something of that
18   sort.  That's really irrelevant.
19             And the other --
20             THE COURT:  What are we talking about?
21             MR. DAVIDSON:  I'm sorry.  I think there is some
22   evidence, perhaps that Mr. Page would say that he needed the
23   money or he wanted the money to help pay for --
24             THE COURT:  Are you talking about his testimony?
25             MR. DAVIDSON:  Correct, Judge.
```

TUESDAY, FEBRUARY 19th, 2013

```
 1              THE COURT:  Okay, all right.
 2              MR. DAVIDSON:  I'm sorry.  If Mr. Day asks him, or if
 3   Mr. Page were to volunteer that he wanted the money kept for
 4   his surgery -- not your surgery, Judge.  But for his wife's
 5   surgery or something of that sort, that we believe that would
 6   be irrelevant.
 7              THE COURT:  Surgery is a word I don't like to put in
 8   my vocabulary.
 9              MR. DAVIDSON:  Medical procedures.
10              THE COURT:  At least as directly -- although I did
11   have somebody poke a needle in the middle of my left eye a
12   couple hours ago.
13              MR. ALDAZABAL:  Sounds painful.
14              THE COURT:  Yes, sir.
15              MR. DAY:  Yes, Your Honor.  Mr. Page's state of mind,
16   his intention, is the critical really component of the trial,
17   at least from the defense standpoint.  His lack of
18   predisposition throughout his dealings with Mr. Epstein, we
19   plan on going into and that's one of the reasons for
20   testifying.
21              And certainly, the state of mind and intent is what
22   the government has to --
23              THE COURT:  Yeah, I'm going to overrule the
24   government's objection.
25              I have to tell you I pretty much agree with the
```

1  government.  There are few people in this country outside of

2  Warren Buffett who wouldn't say they need money.  That's

3  really -- and including members of the jury.  So that's not a

4  very legitimate excuse.  But he can use it if he wants to.

5      MR. DAY:  Your Honor, also, your courtroom deputy

6  wanted me to address the issue of -- we had filed a motion --

7  so we can do that now, Your Honor, very quickly.  We had filed

8  a motion in front of Judge Rosenbaum, I don't know, sometime

9  probably in December, Your Honor, where we had asked her to

10 modify the conditions of bond.

11     She had asked that or she had ordered Mr. Page go for

12 psychological treatment.  He ended up doing that, and he did

13 that for actually a period of time.  And then in December I

14 filed a motion because the travel was getting difficult for

15 Mr. Page to go to these counseling sessions once a week.

16     Judge Rosenbaum took that motion as I understand it,

17 under advisement.  I did get a request from your law clerk to

18 address that and from the courtroom deputy.  So really, Your

19 Honor, it's moot at this particular point.  We withdraw the

20 motion.  We're here.  That was ordered when he was out living

21 in California.

22     So really, the motion is moot and we withdraw it.

23     THE COURT:  All right.  Your motion is granted, for

24 the record.

25     MR. DAY:  Thank you, Judge.

TUESDAY, FEBRUARY 19th, 2013

```
 1              THE COURT:  That was really controversial.

 2              MR. DAY:  Yes, yes.

 3              THE COURT:  I had a hard time figuring that one out.

 4              How are we doing?

 5              COURT SECURITY OFFICER:  Let me check, Your Honor,

 6  and see if there are 14 in there.

 7              THE COURT:  Okay, is that it?  All right, everybody

 8  be seated.  Good afternoon, I apologize to all of you for not

 9  working this morning, but I had a little medical matter to

10  take care of this morning.  But as you can see, I'm still

11  alive.

12              As we left off on Friday, the government had rested.

13  In other words, they completed their case-in-chief, and now

14  it's the defense's turn.

15              So Mr. Day, are you the lead off?

16              MR. DAY:  Yes, sir, I will, Your Honor.

17              THE COURT:  Or your friend over on the left.

18              MR. DAY:  Your Honor, I will be the lead-off batter.

19              THE COURT:  Thank you.  Go ahead.

20              MR. DAY:  Thank you, Your Honor.  The defense would

21  call Marc Page.

22                           MARC PAGE,

23      Having been first duly sworn, testified as follows:

24                      DIRECT EXAMINATION

25  BY MR. DAY:
```

TUESDAY, FEBRUARY 19th, 2013

1   Q.   Mr. Page, where are you from?

2   A.   I'm from San Francisco.   Sausalito, California, actually.

3   Q.   Where are you living now, sir?

4   A.   I live in southern Oregon, in a little town called Eagle

5   Point.

6   Q.   Who do you live there with?

7   A.   I live there with my wife and two children.

8   Q.   Okay.   And where are they now?

9   A.   They are at home, at the house.

10   Q.   Have you -- and is your -- why is your wife not here?

11   A.   Say that again.

12   Q.   Why is your wife not here?

13   A.   She was at home taking care of the children.

14   Q.   Have you had anyone here this week?

15   A.   Yes, my parents were here.   My mother and father were in

16   back, sitting behind me all week.

17   Q.   Directing your attention to your education, Marc, did you

18   graduate from high school?

19   A.   Yes, I did.

20   Q.   What year was that?

21   A.   Graduated in 1980 from Redwood High School, in Marin

22   County.

23   Q.   Marin County?

24   A.   Marin County, California.

25   Q.   Okay.   And did you pursue any education after that?

TUESDAY, FEBRUARY 19th, 2013

1  A.   Yes, after I graduated from high school I went down to

2  City College in Santa Barbara.

3  Q.   And what was the name of that?

4  A.   Santa Barbara City College.

5  Q.   Okay.  And what years were you there?

6  A.   I was -- I attended school from '81 through '83.

7  Q.   Okay.  And what did you study when you were there?

8  A.   I studied engineering.

9  Q.   Okay.  Did you get a degree?

10  A.   No.

11  Q.   All right.  And what did you do after you went to Santa

12  Barbara City College, as far as employment?

13  A.   I had been in the construction business, and I purchased a

14  piece of property in Santa Barbara, an apartment complex with

15  a couple of houses on it.  And I fixed them up.

16  Q.   Okay.  And what years was that that you were fixing up

17  these apartments?

18  A.   That was from '82 through '84.

19  Q.   Okay.  And during that period of time, was there any

20  additional schooling?

21  A.   No.

22  Q.   What did you do for employment after that?

23  A.   I proceeded to get my real estate license, and I worked

24  for Sundance Properties for a couple of years, selling real

25  estate.

TUESDAY, FEBRUARY 19th, 2013

1   Q.   Okay.  And about approximately what period of time is it

2   that you're selling real estate?

3   A.   Up till about '86, '87.

4   Q.   All right.  And employment-wise, what did you do after

5   that?

6   A.   I had applied for a telephone license, a cellular

7   telephone license, and I was awarded a license in Bismarck,

8   North Dakota, in late '87.

9   Q.   Okay.  And Mr. Page, how far is that from Fargo, do you

10  know?

11  A.   It's about 500 miles, 400 miles.

12  Q.   Okay.  And did you go and live in Bismarck, North Dakota?

13  A.   Yes.  I moved up there to implement the telephone company.

14  Q.   Okay.  And when you say that there was a license that --

15  how did you get this license?

16  A.   The license was awarded through a lottery system and my

17  name came up.

18  Q.   What did this license allow you to do?

19  A.   It allowed me to put up towers and sell telephone service.

20  Q.   Okay.  And did you do that?

21  A.   Ultimately, I didn't.  It became too much of a financial

22  burden.

23  Q.   Financial burden doing what?

24  A.   To build all the equipment.  I was unable to get properly

25  financed.

TUESDAY, FEBRUARY 19th, 2013

1    Q.   Okay.   What did you do then with the license?

2    A.   I was offered a price to sell out, and so I sold out to a

3    gentleman that acquired several licenses in the area.

4    Q.   Okay.   And did you make a profit doing that?

5    A.   Yes, I did.

6    Q.   Okay.   Did you eventually leave Bismarck?

7    A.   Yes, yes, I did.

8    Q.   And where did you return to?

9    A.   I returned back to Marin County.

10   Q.   And how about as far as employment at that point?   What

11   did you do?

12   A.   At that point in time, I moved up to Lake Tahoe, and I

13   continued to do the real estate.

14   Q.   Okay.   And what years were you in Lake Tahoe?

15   A.   I moved to Lake Tahoe in 1990; late '89, '90.   And I

16   stayed there through '93, '94.

17   Q.   Okay.   Where did you go from there?

18   A.   Then I moved to southern Oregon where I live now.   I

19   bought a piece of property outside of Eagle Point, built a

20   house.

21   Q.   I'm sorry, I couldn't hear you.

22   A.   And built a house.

23   Q.   Okay.   Is that the home you're living in today?

24   A.   Yes.

25   Q.   Excuse me, about what year is this now?

TUESDAY, FEBRUARY 19th, 2013

1   A.   That's about '93, '94.  '94, I built the house.

2   Q.   Okay.  And once you moved back to Eagle Point in Oregon,

3   what did you do for employment there?

4   A.   I -- it was a small farm, so I worked the farm, and I also

5   put together a solar company that sold hot water heaters,

6   solar hot water heaters for residential.

7   Q.   How long did you do that for?

8   A.   About a year and a half.

9   Q.   Okay.  And so what year are we up to now?

10  A.   We're up to about 1996.

11  Q.   Okay.

12  A.   '97.

13  Q.   All right.  And how about thereafter, what did you do for

14  employment?

15  A.   I continued to invest and do the real estate.

16  Q.   Okay.  And did you ever have an occasion to invest in the

17  stock market?

18  A.   Yes.  I had a -- the gentleman that guided me up to

19  southern Oregon was my neighbor in Sausalito and he was a

20  stockbroker and he had my account in the beginning.  And when

21  I had sold my company, my account was bigger and at that point

22  in time he was getting out of the business.  So my account was

23  given to another associate of his named Bill Corbet.

24  Q.   Could you spell that last name for the court reporter

25  Marc?

TUESDAY, FEBRUARY 19th, 2013

1   A.   B-O-R-B-E-T.

2   Q.   B-O-R?

3   A.   Excuse me, C-O-R-B-E-T.

4   Q.   Are you nervous?

5   A.   A little bit.

6   Q.   Okay.  And did Mr. Corbet invest in the stock market for

7   you?

8   A.   Yes, Mr. Corbet held my account.

9   Q.   For how long, approximately?

10   A.   Four or five years.

11   Q.   All right.  At that point in time did you pursue any

12   further education?

13   A.   I had gotten married to my wife in 1999 and she was a

14   consultant for Ernst & Young.  And she referred me to a short

15   course that UCLA put on for entrepreneurship in San Ramon,

16   down in the Bay area.

17   Q.   Okay.  Is that close to LA?

18   A.   No, it's just east of San Francisco by Oakland, Walnut

19   Creek.

20   Q.   All right.  Okay.  And did you take courses there or a

21   course?

22   A.   Yes.

23   Q.   And you said it was in what?

24   A.   Entrepreneurship.

25   Q.   And if you'll tell the ladies and gentlemen of the jury,

TUESDAY, FEBRUARY 19th, 2013

```
 1  what was the course work like?
 2  A.   It was basically an intense course on how to analyze
 3  companies and build companies.
 4  Q.   Okay.  And how long was that?
 5  A.   It was about 90 days.
 6  Q.   Did you get any type of certificate?
 7  A.   They did give us a certificate.
 8  Q.   Okay.  Thereafter did you become involved at all in acting
 9  as a consultant for companies?
10  A.   Yes.  At that point in time I started a business to guide
11  companies in building their companies.
12  Q.   Okay.  And tell the ladies and gentlemen of the jury just
13  very simply what is it that you do as a consultant for
14  companies?
15  A.   I would play several different functions.  One would be to
16  guide them, connect them with people that would have money.
17  Companies would need money, so I would connect them with
18  people that would have money.
19        I would also, they would ask me about their company
20  and what would be the proper way to expand their company and
21  the rate at expanding their company.
22  Q.   Okay.  And is there anything that you would do to meet
23  with individuals who may be interested in investing in a
24  company?
25  A.   Yes.  I would regularly start attending conferences.  They
```

TUESDAY, FEBRUARY 19th, 2013

1  had a big conference in San Francisco every year called the

2  Hard Asset Conference, and that led to a couple other ones.

3  The Financial Services Exchange, which is the FSX, which is a

4  network of broker/dealers.  And then there was NABD, National

5  Association of Broker/Dealers.

6  Q.  Okay.  And when you would go to these conferences, you

7  would go there with the purpose of what?

8  A.  Networking.

9  Q.  Okay.  And what do you mean by -- I mean, what do you mean

10 by networking?  Explain that?

11 A.  Figuring out who was interested in investing in what

12 sector.

13 Q.  Okay.  Did you at some point in time end up as a

14 consultant for an energy company?

15 A.  Yes.  The broker that I no longer had my account with had

16 moved to a couple -- another brokerage house and he had

17 requested that I come in to meet a gentleman that was building

18 a oil and gas, an exploration company in the oil and gas

19 sector.  And that was about 2003.

20 Q.  And what was that person's name?

21 A.  Frederick Berndt.

22 Q.  And what was the company that he was the representative

23 of?

24 A.  Surge Global Energy.

25 Q.  When you say Surge --

TUESDAY, FEBRUARY 19th, 2013

```
1   A.   SRGG is the symbol and the name of the company was Surge
2   Global Energy.
3   Q.   And did you then have a consulting agreement with Surge
4   Global Energy?
5   A.   Yes.
6   Q.   Do you recall what you were being paid?
7   A.   I think they were paying me about $3,000 a month at the
8   time of Surge.
9   Q.   And pursuant to this consulting agreement, what did they
10  expect you to do?  Or what were you supposed to do?
11  A.   They expected me to introduce people to them that would
12  invest in the company.
13  Q.   And when you say invest in the company, how would those
14  people invest in the company?
15  A.   They would participate in what's called a private
16  placement.
17  Q.   Okay.  Explain what that is.
18  A.   That's a private investment in a public company.
19  Q.   Can it be a private company, too?
20  A.   Could be a private company also.
21  Q.   And when you say a private investment, that's an
22  investment by an individual?
23  A.   By an individual, correct.
24  Q.   Okay.  And how are they investing?  What are they actually
25  doing?
```

TUESDAY, FEBRUARY 19th, 2013

1   A.   They would be writing a check into the company to purchase

2   the stock.   And on top of that they would get a right to buy

3   the stock for a certain period of time, at a specific price.

4   Q.   They would become a stockholder in the company?

5   A.   Yes.

6   Q.   Is this a legitimate way that businesses raise income?

7   A.   Yes.   All the time.

8   Q.   So what ended up happening to Surge Global Energy?

9   A.   Surge Global Energy appreciated in price substantially and

10  Frederick sold his interest to -- his controlling interest in

11  the company and moved on.

12  Q.   And did that particular company translate to another one?

13  A.   Not that company, but Mr. Berndt then opened another

14  company which I had helped him talk about and he opened a

15  company called 11 Good Energy that produced a additive for

16  diesel, biodiesel product.

17  Q.   Okay.   And when did, as best you can recall, when did

18  Mr. Berndt start that company, 11 Good Energy?

19  A.   It started in 2006, but it never got incorporated until

20  2007.

21  Q.   And did you have a consulting agreement with 11 Good

22  Energy?

23  A.   Yes.

24  Q.   Okay.   And do you recall what you were being paid by 11

25  Good Energy?

TUESDAY, FEBRUARY 19th, 2013

1   A.   Yes, I was being paid $5,000 a month.

2   Q.   Okay.  And were you supposed to do the same things that we

3   had already talked about?

4   A.   Yes.

5   Q.   Okay.  And did you do those?

6   A.   Yes, he came to San Francisco the summer of 2007, and we

7   host a meet and greet where all the brokers would come

8   together in the network in the local San Francisco area.  And

9   many people were interested in his company.

10  Q.   Were you ever able to find investors that actually

11  invested in the company?

12  A.   Yes.  I was directly responsible for a large amount of the

13  early stage money.

14  Q.   Okay.  And then that money goes into the company?

15  A.   That's correct.

16  Q.   Okay. And that year was approximately or what was that

17  time period that you're the consultant for 11 Good Energy?

18  A.   That was between '87 and into 2010.

19  Q.   You said '87?

20  A.   Excuse me, excuse me.  2007.

21  Q.   Okay.  Until?

22  A.   Until late 2010.

23  Q.   Okay.  Directing your attention to the latter portion of

24  2009, did you have an occasion to come in contact with an

25  individual by the name of Richard Epstein?

TUESDAY, FEBRUARY 19th, 2013

1   A.   Yes.

2   Q.   Okay.  And if you could tell the ladies and gentlemen of

3   the jury how you came in contact with Mr. Epstein?

4   A.   I received a phone call from a gentleman named Glen Alsi

5   (phonetic) in early November of '09, and he had asked me what

6   I was doing?  And I told him I was raising money for 11 Good

7   Energy and if he would be interested, I would be glad to send

8   him the documentation.

9   Q.   And did Mr. Alsi give you any other information?

10  A.   He referred me to Richard Epstein.  He said Richard

11  Epstein would be interested.

12  Q.   All right.  Before we talk about you acting upon that, did

13  you also have an occasion to develop a relationship with a

14  company called OPTZ?

15  A.   Yes.  I had gone to a conference in late October of 2009

16  and there was a gentleman there that had invested in 11 Good

17  Energy, and he had referred me to Mr. Brennan and Don Huggins.

18  Q.   And did you speak with them?

19  A.   Yes.

20  Q.   And were they interested in your services as a consultant?

21  A.   Not at that time.

22  Q.   At a later time?

23  A.   Yes.

24  Q.   Okay.  And did you end up entering into a consulting

25  agreement with OPTZ?

TUESDAY, FEBRUARY 19th, 2013

1    A.   Yes, I did.

2    Q.   Okay.   And OPTZ stands for what?   What is the name of the

3    company?

4    A.   Stands for Optimum Transportation Management.

5    Q.   Okay.   And what kind of a company is that, as you

6    understood it, as it was explained to you?

7    A.   It was explained to me as a logistics company that would

8    have software to help organize the trucks as they moved around

9    and keep track of all the inventory.   So there wouldn't be any

10   wasted drive time or haul.

11   Q.   And was that explained to you when you had the contact

12   with Mr. Brennan and Mr. Huggins?

13   A.   Yes.

14   Q.   At the conference that you spoke of?

15   A.   A little bit was explained there.   But they weren't at the

16   conference.   I only met them on the telephone.

17   Q.   Okay.   I'm sorry.

18     Did you think that OPTZ would be a good fit for you?

19   A.   Yes, it caught my attention.   I would ultimately have the

20   capability to go into many small trucking companies and

21   increase their bottom line by selling the fuel in a software

22   program that would efficientize their operations.

23   Q.   Why did you think that trucking, a company that dealt with

24   logistics in trucking would be a good fit for you?

25   A.   Because I was -- I was going to be one of the head

TUESDAY, FEBRUARY 19th, 2013

```
1   salesmen for the fuel, so I would be communicating with many
2   small trucking companies and it would be another service I
3   could offer them.
4   Q.  Was this consistent with the contact you had with a
5   biodiesel fuel company?
6   A.  Yes, very.
7   Q.  And what's the name of that company?
8   A.  11 Good Energy.
9   Q.  Did you then get a number from this gentleman as to how to
10  contact Richard Epstein?
11  A.  Yes.
12  Q.  Okay.  And did you contact Richard Epstein?
13  A.  Yes.
14  Q.  How?
15  A.  By telephone.
16  Q.  Okay.  And were you able to make contact with Mr. Epstein?
17  A.  Yes.
18  Q.  And tell the ladies and gentlemen of the jury your initial
19  contact with Mr. Epstein.
20  A.  When I contacted Mr. Epstein, I told him where I got the
21  referral from, and I asked him if he was interested in doing a
22  placement, and I explained to him 11 Good Energy over the
23  telephone.
24  Q.  Okay.  And did you explain to him what 11 Good Energy was?
25           MR. DAVIDSON:  Objection, Your Honor.  Hearsay.
```

TUESDAY, FEBRUARY 19th, 2013

1              THE COURT:  Overruled.

2              THE WITNESS:  Yes.

3  BY MR. DAY:

4  Q.  Okay.  What did you explain?

5  A.  I explained to him that it was an up-and-coming company

6  that had a technology for producing a product, a biodiesel

7  product that was an additive for number 2 diesel.

8  Q.  Okay.  And did you explain to him the prospects of why

9  that particular company might be profitable?

10  A.  Yes.

11  Q.  What did you explain?

12  A.  Well, I explained to him that we had just finished some

13  testing and through that testing we had some phenomenal

14  results in mileage and a diminishing emissions.  The

15  emissions, the bad emissions were reduced by approximately 80

16  percent.

17  Q.  Okay.  And you said mileage.  What are you talking about,

18  mileage?

19  A.  Well, there were several tests done with what the fuel

20  would do and we were given restrictions that would -- we could

21  only add so much additive to the number two diesel without

22  voiding the warranty for the trucks, and if the trucks did a

23  long haul, if they were steadily running, we had about a five

24  to six percent increase in mileage, but if it was a truck or a

25  bus that was loaded and did a lot of stops and starts, we went

1  up to about 15 percent.

2  Q.  Okay.  What did Mr. Epstein say to you when you explained

3  to him about this company, 11 Good Energy?

4  A.  He sounded interested and asked me to send him the

5  documents.

6  Q.  And did you do that?

7  A.  Yes.

8  Q.  What documents did you tell him you were going to send?

9  A.  I sent him a PowerPoint presentation and a private

10 placement memorandum.

11 Q.  How did you do that?

12 A.  By email.

13 Q.  Okay.

14        MR. DAY:  May I approach the witness, Your Honor?

15 Thank you.

16        THE COURT:  That's a yes.

17        MR. DAY:  Okay.  Did I jump the gun?

18 Q.  Marc, I want to show you what's been marked as Defense

19 Exhibit Number 1 for identification and ask you if you

20 recognize that document?

21 A.  Yes.

22 Q.  What is that?

23 A.  This is an email from myself to Richard Epstein's email on

24 Wednesday, November 11, 2009 at 8:29 a.m.

25 Q.  And how do you know it's Richard Epstein you're sending

TUESDAY, FEBRUARY 19th, 2013

1  this to?

2  A.  This is the email he gave me.

3  Q.  Okay.  And what is that email?

4  A.  REPST69975@aol.com.

5  Q.  Is this in fact a copy of the email that you sent to him

6  on November 11, 2009?

7  A.  Yes.

8       MR. DAY:  Your Honor, I would offer Defense Exhibit 1

9  for identification into evidence.

10      MR. DAVIDSON:  Objection, Your Honor, as to

11  relevance, hearsay and the Ellisor arguments we had been

12  making earlier.

13      THE COURT:  That's overruled.  It's submitted.

14      MR. DAY:  Your Honor, we already have a Defense

15  Exhibit 1, so actually this is going to be admitted as Defense

16  Exhibit 2.  It's identified as 1, but we offer it as Exhibit

17  2.

18      THE COURT:  So there is a 1 in.

19      MR. DAY:  There is 1 that was in.  That was

20  Mr. Epstein's --

21      THE COURT:  All right, so Exhibit 2 is in.

22      MR. DAY:  Yes, it's 2.

23   (Defendant's Exhibit 2 admitted into evidence.)

24  BY MR. DAY:

25  Q.  Okay.  With regard to Defense Exhibit 2, which is in

TUESDAY, FEBRUARY 19th, 2013

1  evidence, with regard to that document, Marc, are there

2  attachments associated with that?

3  A.  Yes.  There are two attachments.  One is the --

4  Q.  Hold on just a second.  There are two attachments?

5  A.  Yes.

6  Q.  I want to show you what's been marked as Defense Exhibit 2

7  for identification and ask you if you recognize Defense

8  Exhibit 2 for identification?

9  A.  Yes.

10  Q.  Okay.  And what is Defense Exhibit 2 for identification?

11  A.  That's our private placement memorandum that was issued by

12  Jesup Lamont (sic) on August 17, 2009.

13  Q.  And is Defense Exhibit 2 for identification the document

14  that was attached to Defense Exhibit 2, which is in evidence?

15  A.  Yes.

16  Q.  And what is Defense Exhibit 2 for identification?

17  A.  That's the private placement memorandum.

18  Q.  With regard to what?

19  A.  11 Good Energy.

20  Q.  Your Honor, we would offer at this particular time defense

21  exhibit 2 for identification, but we would offer it as Defense

22  Exhibit 3 in evidence.

23          MR. DAVIDSON:  The same objections, Your Honor.

24          THE COURT:  All right, I'm going to admit it.

25          Mr. Day, the government does have a point.  I mean, I

1  don't understand what relevance these emails concerning a

2  company that's not involved with this.

3          MR. DAY:  This is the reason that Mr. Page contacted

4  Mr. Epstein.  This was his initial --

5          THE COURT:  This was the reason why they got

6  together?

7          MR. DAY:  Correct.

8          THE COURT:  All right.  It's a stretch, but go ahead.

9          MR. DAY:  That would be Defense Exhibit 3.

10     (Defendant's Exhibit 3 admitted into evidence.)

11  BY MR. DAY:

12  Q.  Marc, lastly I would show you Defense Exhibit 3 for

13  identification and ask you if you -- if you recognize that

14  document?

15  A.  Yes.

16  Q.  Okay.  And what is that document?

17  A.  That's our PowerPoint presentation that explains the

18  company.

19  Q.  Which company?

20  A.  11 Good Energy.

21  Q.  And was that sent as an attachment to the email that is

22  Government's Exhibit -- excuse me, Defense Exhibit 2 in

23  evidence?

24  A.  Yes.

25          MR. DAY:  Your Honor, we would lastly offer Defense

```
 1   Exhibit 3 for identification, which would be 4 in evidence.
 2            MR. DAVIDSON:  Same objections, Your Honor.
 3            THE COURT:  All right.  I'm going to overrule it, but
 4   Mr. Day, I don't want you to stray too far off the farm.
 5            MR. DAY:  Understood, Your Honor.  That concludes
 6   that.
 7            THE COURT:  All right.
 8        (Defendant's Exhibit 4 admitted into evidence.)
 9   BY MR. DAY:
10   Q.  Did you have follow-up phone conversations with Richard
11   Epstein after you sent this email November 11 of 2009?
12   A.  Yes.
13   Q.  Okay.  And what were your follow up phone conversations
14   with Mr. Epstein?
15   A.  I called him to see if he had receive the email.
16   Q.  Okay.  And what was his response?
17   A.  Yes.
18   Q.  Okay.  And did you discuss 11 Good Energy and the company
19   with him?
20   A.  Yes.  He asked some sophisticated questions.
21   Q.  Okay.  What questions did they ask?
22            MR. DAVIDSON:  Objection, Your Honor, as to hearsay.
23            THE COURT:  I'm going to overrule it.  Mr. Day,
24   though, I'm assuming this is for the purpose of intent --
25            MR. DAY:  Correct, Your Honor.
```

TUESDAY, FEBRUARY 19th, 2013

```
 1              THE COURT:  So I don't want the jury to understand
 2   that we are now exploring the assets and liabilities of 11
 3   Energy, whatever it is.
 4              MR. DAY:  No, it's just laying the foundation --
 5              THE COURT:  This company has nothing to do with this
 6   case.
 7              MR. DAY:  That's correct, Your Honor.  Other than
 8   that is how Mr. Page contacted Mr. Epstein and that was their
 9   initial relationship.
10              THE COURT:  All right.  Go ahead.
11              MR. DAY:  Okay.  So what did Mr. Epstein say to you
12   about conversation wise when you called him back?
13   A.  He asked questions, how much money we had raised so far,
14   and if that money was to take us to cash flow positive and
15   complete the business plan, and he also asked us when we would
16   possibly go public.
17   Q.  And did you answer his questions?
18   A.  I did answer his questions.
19   Q.  Did you believe that Mr. Epstein was interested in 11 Good
20   Energy investment?
21   A.  Yes.
22   Q.  In November and December of 2009 what was your impression
23   of Mr. Epstein?
24   A.  Mr. Epstein was well meaning.  He was sophisticated and
25   knowledgeable and was well connected to money in Southern
```

27

1   Florida.

2   Q.   Okay.  And what did you think about him?

3   A.   I thought he was a man you could trust.

4   Q.   I want to turn your attention, Marc, to a phone

5   conversation or a phone call that you received from Richard

6   Epstein January 25th of 2010.  Do you recall that?

7   A.   I do.

8   Q.   Have you heard the tape recording that's been played for

9   the jury?

10   A.   Yes.

11   Q.   Read the transcript that's been admitted into evidence?

12   A.   Yes.

13   Q.   Okay.  Did you hear Richard Epstein when he proposes this

14   scheme that is outlined in the phone conversation of January

15   25?

16   A.   Yes.

17   Q.   Okay.  When he outlined that initially in January 25, did

18   you completely understand it?

19   A.   No.

20   Q.   All right.  Did you ask him questions about it?

21   A.   No.

22   Q.   Did you ask him to explain it to you?

23   A.   No.

24   Q.   Okay.  And did you have further conversations with him

25   after that?

TUESDAY, FEBRUARY 19th, 2013

1   A.   Yes.

2   Q.   And did he call you?

3   A.   Yes.

4   Q.   And did you return his calls?

5   A.   Yes.

6   Q.   Okay.  And over the course of the phone calls that you had

7   with him did he continue to lay out this buying plan to you?

8   A.   Yes.

9   Q.   Okay.  And did you listen to it?

10   A.   Yes, I listened to it.  I didn't agree though, every time.

11   Q.   Okay.  Did you agree initially?

12   A.   No.

13   Q.   Okay.  What did you tell him in one of the first

14   conversations when he asked you if OPTZ was willing to -- or

15   was interested in getting the price of their stock up?

16   A.   I said, no, absolutely not.

17   Q.   Okay.  Did you have further conversations --

18   A.   Well --

19   Q.   -- with Mr. Epstein?

20   A.   I said that's not their main objective.  That's what he

21   asked me.

22   Q.   Okay.  And did you have further conversations with Richard

23   Epstein?

24   A.   Yes.

25   Q.   Okay.  And is he continuing to -- when he speaks with you,

TUESDAY, FEBRUARY 19th, 2013

1   give you this scheme or this proposal of his?

2   A.   Yes.   I would offer him what I wanted to do and he would

3   constantly come back to what he wanted to do.

4   Q.   Well, when he would ask you or when he would give you

5   these proposals regarding this scheme of his, would you listen

6   to them?

7   A.   Yes, I'm listening.

8   Q.   Okay.   And why are you listening?

9   A.   I would like to get him to invest in my private company,

10  11 Good Energy.

11  Q.   And in any other companies?

12  A.   Yes, other companies.

13  Q.   What were the other companies?

14  A.   There were several other companies.   Surge was one of

15  them.   ZIPZ, was one of them.

16          MR. DAVIDSON:   Your Honor, we're going to object

17  again as to Ellisor and the relevance of other companies.

18  He's being tried on the OPTZ deal, Your Honor.

19          MR. DAY:   Your Honor, these are all listed in the

20  tape recordings, Your Honor.   I can go there if we need to.

21  But I'm just asking him what's on the tape recordings, what's

22  already in evidence.

23          THE COURT:   We have the tape and it's in evidence?

24          MR. DAY:   Yes, sir.

25          THE COURT:   Go ahead.

TUESDAY, FEBRUARY 19th, 2013

```
1   BY MR. DAY:
2   Q.  Did you speak to Richard Epstein about a company called
3   ZIPZ?
4   A.  Yes.
5   Q.  And what were you forwarding ZIPZ to Mr. Epstein for?
6   What were you interested in?
7   A.  No I thought he would be interested in investing in the
8   company.
9   Q.  Okay.  Was that his "buying program"?
10  A.  No.
11  Q.  Did you speak to Mr. Epstein and offer a company called
12  Planet Resource?
13  A.  We brought it up, yes.
14  Q.  Okay.  "We."  Who brought it up?
15  A.  Excuse me. I brought it up.
16  Q.  Okay.  And you brought it up to Mr. Epstein for what
17  purpose?
18  A.  It was another company that needed financing.
19  Q.  Okay.  And you were interested in him investing in what
20  way?
21  A.  He could do a private placement or buy the stock directly.
22  Q.  Okay.  Was that a part of his "buying program"?
23  A.  No.
24  Q.  Did you speak to him about a company called CLQ?
25  A.  Yes.
```

TUESDAY, FEBRUARY 19th, 2013

1  Q.  Okay.  And what -- why did you speak to Mr. Epstein about

2  that company?

3  A.  Because I had been working with them for about a year.  It

4  was a lithium company and they were already completely

5  financed.  And I offered that he could just buy the equity.

6  Q.  Okay.  And was that a part of Mr. Epstein's buying plan or

7  program?

8  A.  No.

9  Q.  Did you offer a company called Paxton?

10 A.  Yes.

11 Q.  Okay.  And was that as part of his buying program?

12 A.  No.

13 Q.  Did you ultimately end up agreeing to this buying program?

14 A.  Yes.

15 Q.  Okay.  Why?

16 A.  I gave in.  I needed the money.  I mean, it seemed like a

17 way to finance these companies that were having a difficult

18 time getting financed.

19 Q.  And when you say you "gave in" in what way did you give

20 in?

21 A.  He was very persistent and he convinced me to be involved.

22 Q.  And then did you ultimately bring in Kevin Brennan?

23 A.  Yes.

24 Q.  And did you ultimately agree to this scheme of

25 Mr. Epstein's?

```
1   A.  Yes.
2   Q.  And did you ultimately get paid $1,000 made payable to
3   your wife?
4   A.  Yes.
5   Q.  And was there the expectation of some future benefits
6   stock wise?
7   A.  Yes.  Money wise.  Not stock wise.
8   Q.  Money wise.  And why did you agree to that?
9   A.  I was under some pressure.  I needed money to sustain what
10  I was doing.
11  Q.  Okay.  What financial -- are you talking about financial
12  pressure?
13  A.  Yes.
14  Q.  Okay.  What kind of financial pressure were you
15  experiencing at the time that you were speaking to
16  Mr. Epstein?
17  A.  At this point in time I had -- I wasn't living at our
18  house in Oregon because my wife wanted to have the kids in
19  school down in Marin County.  And at the same time she was
20  having a breast operation, having polyps in her breasts, so we
21  had some substantial medical bills.
22  Q.  Okay.  And did you have money coming in?
23  A.  Yes.  I had plenty of money coming in it seemed, but it
24  just was never enough.
25  Q.  Okay.  Did you then have plenty of money going out?
```

TUESDAY, FEBRUARY 19th, 2013

1    A.   Yes.

2    Q.   Okay.   Is this during the time that there is difficult

3    financial -- financial difficulties with the nation?

4    A.   Yes.

5    Q.   After this particular series of phone conversations that

6    you had with Richard Epstein, did you have or were you

7    contacted by the FBI?

8    A.   Yes.

9    Q.   Okay.   And did you -- what was the contact you had with

10   the FBI?

11   A.   I received a phone call from Agent Sputo in May of 2011.

12   Q.   Okay.   And what did Agent Sputo say to you?

13   A.   He said I was involved in a criminal investigation for O

14   -- Optimum Transportation.

15   Q.   Okay.   And what did he want from you?

16   A.   He wanted to interview me.

17   Q.   Okay.   And did you agree to that?

18   A.   Yes.

19   Q.   Okay.   And where are you when he calls?

20   A.   I'm in San Francisco, Tiburon.

21   Q.   And where is he calling from?

22   A.   Miami -- I think he's calling from Miami.

23   Q.   Okay.   And did you agree to his request to come and meet

24   with him?

25   A.   Yes, of course.

TUESDAY, FEBRUARY 19th, 2013

1   Q.   And you flew from where to where?

2   A.   Flew from San Francisco to Fort Lauderdale.

3   Q.   Okay.  And did you meet with Agent Sputo?

4   A.   Yes.

5   Q.   And anyone else?

6   A.   Yes.  The gentleman over there to the left.

7   Q.   And do you know that was Agent Wright?

8   A.   No.

9   Q.   Didn't get his name?

10  A.   No.

11  Q.   Okay.  And do you recall approximately when it was that

12  you met with Agent Sputo and Agent Wright?

13  A.   It was a couple weeks after.  I believe the date's the

14  14th of June.

15  Q.   Okay.  And that meeting took place where?

16  A.   In the FBI office.

17  Q.   Okay.  And did Agent Sputo ask you what happened?

18  A.   Yes.

19  Q.   Did he ask you to tell him what happened?

20  A.   Yes.

21  Q.   And did you do that?

22  A.   Yes.

23  Q.   And you heard the testimony from Agent Sputo last week?

24  A.   Yes.

25  Q.   Is that what you said?

TUESDAY, FEBRUARY 19th, 2013

35

1   A.   Yes.

2   Q.   Did you hear the questions that were asked by the

3   prosecutor of Agent Sputo as to whether or not you told Agent

4   Sputo that you were entrapped?   Did you hear that question?

5   A.   I heard that question, yes.

6   Q.   Did you hear the question as to, the question to Agent

7   Sputo as to whether you told Agent Sputo that you were lured

8   or persuaded or enticed into this by Richard Epstein?   Did you

9   hear that, those questions?

10  A.   I heard that.   I heard that, yes.

11  Q.   Did you give that information to Agent Sputo?

12  A.   No.

13  Q.   Why?

14  A.   He never asked.

15  Q.   What did he ask you to do?

16  A.   He asked me a series of questions in reference to if it

17  was illegal to do certain activities.   And I answered him.

18  Q.   Did he tell you to tell what him you did?

19  A.   Yes.

20  Q.   And did you do that?

21  A.   Yes.

22  Q.   And finally, Marc, did you get a call at the end of the

23  series of phone calls from Richard Epstein to tell you that

24  there was a problem with this deal?

25  A.   Yes.

TUESDAY, FEBRUARY 19th, 2013

1  Q.  Okay.  And what did Richard Epstein tell you?

2  A.  He said that his broker had gotten fired.

3  Q.  Okay.  And what else did he tell you?

4  A.  He said you can keep the thousand dollars.

5  Q.  Okay.  And is that one of the tape-recorded phone calls

6  that we have here?

7  A.  Yes.

8  Q.  Is that the middle of March, March the 18th, I think?

9  A.  Yes.

10  Q.  Okay.  And what was your response to Richard Epstein when

11  he told you that this deal was over?

12  A.  I hoped it wasn't anything of my doing.

13  Q.  Okay.  And did you have any other information for him?

14  A.  Yes.  I asked him if he was interested in Paxton Energy.

15        MR. DAY:  I don't have any other questions, Your

16  Honor.

17        THE COURT:  Cross-examination?

18        MR. DAVIDSON:  Your Honor, could we have a brief

19  recess?  Maybe 5, 10 minutes?

20        THE COURT:  Okay.  We will take a 10-minute recess.

21     (Jury withdrew from the courtroom at 3:15 p.m.)

22     (Court recessed at 3:15 p.m., and proceedings continued as

23  follows at 3:26 p.m.:)

24        THE COURT:  All right, one quick question before the

25  jury comes back.  My understanding that Ms. Trimberger, my law

TUESDAY, FEBRUARY 19th, 2013

1  clerk now located in New York, emailed you guys the revised

2  jury instruction, is that correct?

3          MR. DAVIDSON:  Yes, sir.  We received a copy.

4          MR. DAY:  Yes.

5          THE COURT:  Have you looked at them yet?

6          MR. DAVIDSON:  I have not, Your Honor.

7          THE COURT:  All right.  We will wait until you do and

8  then we'll talk about it.

9          All right.  Bring in the jury.

10          MR. DAY:   Your Honor, there is one thing I would

11  like to bring to the attention of the jury -- the Court.

12          Mr. Page intended initially, Your Honor, to act as

13  his own counsel. He filed requests with the Court to act as

14  his own counsel and we went through Faretta hearings and Judge

15  Rosenbaum had two of those, I believe, and then she -- there

16  were some orders that she made pursuant to that.  And

17  ultimately Mr. Page abandoned that request and accepted me as

18  his counsel and of course we are here today.

19          During the process, while he was acting on his own,

20  he filed certain documents with the Court.  My request, Your

21  Honor, is that the government be precluded from

22  cross-examining him regarding those documents that he filed.

23          They are irrelevant.  They have nothing to do with my

24  representation of him.  They, I think can be --

25          THE COURT:  He didn't know what he was doing when he

1    didn't have a lawyer.

2            MR. DAY:  Yes.  I mean, he's making certain comments

3    about the public defender's office that at that point in time

4    he believed and of course, that was not complimentary.  In

5    addition, he is citing the law and forwarding certain legal

6    principles --

7            THE COURT:  You don't have a problem with that, do

8    you, Mr. Davidson?

9            MR. DAVIDSON:  Judge, I won't be citing the specific

10   pleadings.  The issue, Your Honor, is that the defendant, for

11   example, doesn't believe this Court has jurisdiction over him.

12           THE COURT:  We're not going to go there.

13           MR. DAVIDSON:  Well, Judge, I think it may go to his

14   motive to lie.  If he doesn't believe he's subject to perjury

15   charges, if he believes that the government committed harms

16   against him, he may have a motive to lie to rectify what he

17   thinks are wrongs.

18           So, for example, if he thinks that the government

19   illegally searched him, then he may have a motive to lie so

20   that the jury could feel compelled and convinced --

21           THE COURT:  Well, that hasn't been brought up in this

22   trial.

23           MR. DAVIDSON:  What do you mean, Judge?

24           THE COURT:  It wasn't on direct examination of the

25   witness.

TUESDAY, FEBRUARY 19th, 2013

```
 1           MR. DAVIDSON:  Judge, by testifying he puts his
 2   credibility at issue and I believe we can cross-examine him on
 3   any basis and his beliefs and his motive for lying would be
 4   the first basis for the cross-examination of any witness.
 5           If he believes -- Judge, I believe I have a -- good
 6   faith basis for asking him, look, do you believe that the
 7   government --
 8           THE COURT:  There's obviously some -- I haven't seen
 9   what you're talking about, but there's obviously some stuff
10   that is not relevant.
11           MR. DAVIDSON:  Correct.  I wouldn't be asking him on
12   the irrelevant stuff.
13           THE COURT:  What he thinks about Mr. Day or what he
14   thinks about the public defender.
15           MR. DAVIDSON:  I had no intention of asking about
16   that.
17           THE COURT:  We certainly don't need any of that.
18           MR. DAVIDSON:  Correct, Judge.  His belief, for
19   example, that Section 371 is not a valid law, well, that could
20   create a motive for him to lie because he thinks he's above
21   the law.
22           His belief that this Court doesn't have jurisdiction
23   would undermine his belief that --
24           THE COURT:  You know, I think you could get at what
25   you want to get at in a much more -- much better way.  You
```

TUESDAY, FEBRUARY 19th, 2013

1  certainly could talk to him about his statements before the

2  FBI.  You could talk to him about his understanding of law.

3  What he thinks of it.

4       And then you could probably do something with it.

5  But I don't -- I mean, he's accepted counsel, and a good one

6  at that, I might add, Mr. Day.  And he's now -- his testimony

7  had to do with intent.

8       MR. DAVIDSON:  Correct, Judge.  But his -- his

9  credibility is what the jury has to determine, whether or not

10 to believe what he said.  When he says that he was acting out

11 of --

12      THE COURT:  Well, Mr. Day, you would agree that his

13 credibility is now an issue, wouldn't you?

14      MR. DAY:  It is, Your Honor.  But it is so far afield

15 to bring up pleadings where Mr. Page on his own, ignorantly

16 talked about whether there was jurisdiction for the Court.

17      It's so far afield from that to then say, well, that

18 then gives him a motive to lie because he, I guess doesn't

19 believe that the Court has any jurisdiction.  So he can come

20 in here, in his testimony today and say whatever he wants and

21 he's got -- his -- he has a motive to lie because he doesn't

22 believe the Court has jurisdiction.

23      That's so unconnected to those particular statements.

24      THE COURT:  I think you can ask him some of these

25 things, Mr. Davidson, without doing it the way you propose to

TUESDAY, FEBRUARY 19th, 2013

1  do it.

2        MR. DAY:  So I.

3        MR. DAVIDSON:  Okay, that's walking on thin ice.  I

4  guess I have to be careful how I ask the question.

5        THE COURT:  Certainly you can ask him if at any time

6  he ever had a quarrel with Section 371.  I think that's fair.

7        But I don't think what he thinks about the system or

8  what he things about what laws are good or bad.  He isn't a

9  lawyer, and I don't think that those things are relevant.

10        MR. DAVIDSON:  Understood.

11        THE COURT:  So you have a modified overruled.

12        MR. DAVIDSON:  Thank you.

13        THE COURT:  All right.  Let's get the jury.

14     (Jury enters the courtroom at 3:33 p.m.)

15        THE COURT:  All right, everybody be seated. Mr.

16  Davidson, you may proceed.

17                        CROSS-EXAMINATION

18  BY MR. DAVIDSON:

19  Q.  Mr. Page, you heard Mr. Day explain to our witnesses if

20  they didn't understand the question to please ask us to

21  clarify.  Can you do that for me as well?

22  A.  Yes.

23  Q.  I want to turn to something you said about Mr. Epstein

24  sounding sophisticated and very knowledgeable.  Do you

25  remember saying that earlier when Mr. Day asked you few

TUESDAY, FEBRUARY 19th, 2013

1  questions?

2  A.  Yes.

3  Q.  Okay.  But you knew that Mr. Epstein was sophisticated and

4  knowledgeable about stocks because you were just as

5  sophisticated or maybe not just as sophisticated.  You also

6  knew about stocks at the time you were talking to Mr. Epstein,

7  isn't that correct?

8  A.  Yes.

9  Q.  Okay.  So for example, in Government's Exhibit 1(a), page

10  6, you talk about, you know, two and one half cents, there's 5

11  cent paper doing the pipe at 25 cents.  A bridge loan.  Those

12  are terms that you knew from your interactions in the stock

13  market, correct?

14  A.  Yes.  That's me specifically speaking about Paxton Energy,

15  which I was consulting for.

16  Q.  Okay.  But you would agree that terms like "bridge loan,

17  pipes at 25 cents", those are pretty sophisticated terms that

18  only people involved in the stock market would know how to

19  use, correct?

20  A.  Yes.

21  Q.  Turning to page 19, you further had conversations with

22  Mr. Epstein where you talk -- it's 33, 33, 5, 55,000.  That

23  nomenclature where you throw out numbers and you know what the

24  numbers represent, that's a pretty sophisticated way of

25  talking about stocks, isn't that correct?

43

1   A.   On that line, you're specifically looking at there, I have

2   no idea what that is.

3   Q.   But do you recall listening to the tape where you say,

4   throw out a bunch of numbers, 33, 33, that type of numbering

5   system?

6   A.   Yes.

7   Q.   Okay.  Now Mr. Epstein used some terms, and you understood

8   what those terms meant.  And specifically I'll turn to page 4

9   of Government's Exhibit 4 where Mr. Epstein talks about market

10   manipulation, or manipulating the market.

11          When Mr. Epstein used the terms "manipulating the

12   market" you understood what he meant, correct?

13   A.   Yes.

14   Q.   And that's why you responded "Okay.  Perfect." later on in

15   the conversation, because you knew what he was talking about,

16   correct?

17   A.   No.

18   Q.   You didn't understand what he meant by "manipulating the

19   market"?

20   A.   I did know what he meant when he said "manipulating the

21   market".

22   Q.   Had you ever heard the term "manipulating the market"

23   before?

24   A.   Yes.

25   Q.   When he said the term "manipulating the market", it's your

TUESDAY, FEBRUARY 19th, 2013

1    testimony today you didn't understand what he meant by that?

2    A.   No, I understood what he meant by that.

3    Q.   Okay.  For example in the first column, Government's

4    Exhibit 1, page 10, you use some of the very same terms that

5    Mr. Epstein uses.  And I'll direct your attention towards the

6    top part.  You say "we need press and dollars or stock."  When

7    you said  the word "press" you meant we needed advance press

8    before it was issued, isn't that correct?

9    A.   No.

10   Q.   When you say we need press, you didn't mean press release?

11   A.   When I said we need press, I'm referring to a company that

12   would be putting out regular information on their activities.

13   Q.   Even though Mr. Epstein earlier spoke about that the

14   broker needed advance press, you didn't understand him to be

15   talking about that?

16   A.   What page is that?

17   Q.   I'll flip back.  For example, page 2, he talks about

18   eyeballs brought to the stock.  Liquidity and price

19   appreciation.

20          So you're saying when you use the word press, you

21   didn't intend it to be the advance press that ultimately came

22   up?  Is that your testimony today?  On page 10, we need press

23   and dollars or stock?

24   A.   Would you go back to where he first brought that up?

25   Q.   Which one?  To the --

TUESDAY, FEBRUARY 19th, 2013

1  A.  Probably page 2, 3, 4.  Might be the next page back.

2  Q.  A copy of the press that's going to be coming out on the

3  initiation of the program?

4  A.  Yes.  That was the first time that was brought up to me --

5  Q.  Well, that's what I'm saying.  So on page 4 Mr. Epstein

6  says to get started, he -- referring to the broker -- wants

7  two things.  A copy of press that's going to be coming out and

8  deposit that is sent to a third party.  Do you see that on the

9  middle of page 4?

10  A.  Right.  That's read as a copy of the press that's going to

11  be coming out on the initiation of the program.

12  Q.  Correct.  So when Mr. Epstein said that the broker wants a

13  copy of the press that's going to be coming out on the

14  initiation of the program, you didn't understand him to be

15  talking about advanced press when he used the terms "to be

16  coming out."

17  A.  That statement means to me that he would be announcing

18  that there is a buying program that he's putting on to the

19  public.

20  Q.  Now, you thought the broker was going to be issuing a

21  press release saying that he's buying the stock?

22  A.  That's how that reads to me right there.

23  Q.  Okay.  And then when you talk about that you're going to

24  require a dollar or stock, you understood that to be the bribe

25  or the kickback to the broker, correct?

TUESDAY, FEBRUARY 19th, 2013

1  A.  Not at that time.

2  Q.  Okay.  Then maybe two seconds later, when you say one

3  share for every three that's bought, that's when you were

4  talking about the one share to the broker for every three

5  shares that the broker buys for his client.  That's when you

6  realized what it's about?

7  A.  I was starting to realize it at that time, yes.

8  Q.  So this is on the first call that on page 10 that's when

9  you realized exactly what's going on, that it was going to be

10  involving paying for the broker?

11        MR. DAY:  Objection, Your Honor.  That's not what he

12  testified to.

13  BY MR. DAVIDSON:

14  Q.  Is that --

15        MR. DAY:  He said he was beginning to understand.

16        MR. DAVIDSON:  Let me rephrase, Your Honor.

17        THE COURT:  All right.

18  BY MR. DAVIDSON:

19  Q.  When you said one share for every three that's bought, did

20  you understand in the first phone call that Mr. Epstein's

21  program involved paying a broker one share for every three

22  shares that his client -- he bought for his client.

23  A.  Like I said, I was starting to understand it.  I was

24  thinking of it as percentages at that time.

25  Q.  Turning to Government's Exhibit 7, when Mr. Epstein talks

TUESDAY, FEBRUARY 19th, 2013

1  to you about paying the broker's girlfriend on page 5, and he

2  talks about a consulting agreement, you understood exactly

3  what he was talking about, didn't you?

4  A.  Yes.  By then I had caved in and I was going along with

5  his program.

6  Q.  And you understood specifically that the purpose of this

7  consulting agreement was that there is something for the

8  record that makes the audit go easier, do you remember saying

9  that?

10  A.  Yes.

11  Q.  And you meant that you understood that this program is

12  designed to hide the fraud, correct?

13  A.  At that time, I was going along with the program.

14  Q.  Okay.  For example, on Government's Exhibit 15 when he

15  they talk about the compliance officer has to cover his ass.

16  At that point you understood exactly what it meant, that this

17  was all designed to cover everything up, correct?

18  A.  Correct.

19  Q.  Are you telling us, just going back that by that point you

20  had caved in, that you had caved in on the first phone call

21  when Mr. Epstein describes the 1-for-3 program --

22         MR. DAY:  Your Honor, that's a mischaracterization of

23  the testimony.  He directed him to Government's Exhibit 7,

24  which was February 23rd.  That's not the first phone call.

25         MR. DAVIDSON:  Let me backtrack.

TUESDAY, FEBRUARY 19th, 2013

1   Q.  Let me try and identify exactly when you first caved in?

2        THE COURT:  Yeah, I think I'd overruled the

3   objection.  Go ahead.

4        MR. DAVIDSON:   Okay.

5   Q.  Well, did you cave in on the first phone call, Mr. Page?

6   A.  No, I was listening, by wasn't agreeing.

7   Q.  On the second phone call?

8   A.  Same answer.

9   Q.  The third phone call?

10  A.  I'm not sure when I exactly used my poor judgment and was

11  weak --

12  Q.  That was your poor judgment then?

13  A.  -- and went along with Mr. Epstein.

14  Q.  But you know that by February 22, I think it just your

15  testimony that by that point you had caved in, correct?  We're

16  trying to identify when you caved in.

17  A.  Yes.  I believe by then I had understood what he was

18  doing, and he would not go with my plan or program.  So we

19  would go with his because he was the man with the money.

20  Q.  The reason that you -- one of the reasons that you -- you

21  said caved in was you wanted money, correct?

22  A.  That's correct.  I needed money.

23  Q.  And the way you were going to get money off of this was --

24  wasn't just bribing the stockbroker.  That was one way that

25  you were going to get money, correct?

TUESDAY, FEBRUARY 19th, 2013

1    A.  Correct.

2    Q.  So Mr. Epstein was going to pay you for bringing in people

3    into this program, correct?

4    A.  I would introduce a company to Mr. Epstein and then I was

5    entitled to a percentage of that profit that the broker would

6    get.  10 percent.

7    Q.  But you were also intending to get more money by insider

8    trading and buying before the stockbroker did, isn't that

9    correct?

10   A.  No, that's not correct.

11   Q.  Well, don't you remember on Government's Exhibit 2, page

12   4, you say "but I want to buy the stock at the time -- the

13   same time before it goes up also."  Do you remember saying

14   that on page 4?

15   A.  Yes.  I've read that numerous times and he asked me a

16   question, I believe, and I say you know I don't want to front

17   run the stock, which would be purchase the stock on forward

18   information.  However I would like to buy the stock before it

19   goes up.  But at that point in time, I'm not buying any stock,

20   but I am calling people that would be purchasing that stock.

21   Q.  So you would be telling the people to buy the stock,

22   knowing in advance that the stockbroker was going to be buying

23   the stock also, correct?

24   A.  I would do that after the news release was issued.  And

25   then I would direct the people that would purchase the stock

TUESDAY, FEBRUARY 19th, 2013

1  to go look at the news release.

2  Q.   Understood.   But you also would know that the stockbroker

3  was going to be buying the stock, correct?

4  A.   That's correct.

5  Q.   So you knew that the stockbroker was going to be buying

6  lots of stock, and you knew that that would cause the stock

7  price to go up, isn't that correct?

8  A.   That is correct, yes.

9  Q.   And you wanted your friends to profit off of the

10  stockbroker's clients.   That's what you're saying here, isn't

11  it true?

12  A.   No.

13  Q.   You wanted to personally profit, "I want to buy the stock

14  at the same time."   Isn't that what you intended?

15  A.   I'm not buying stock at that time.

16  Q.   I understand.   But what you're referring to on page 4 of

17  Government's Exhibit 2, is that you wanted to buy the stock

18  before the stock price increased, so that you could make

19  money?

20  A.   No.

21  Q.   Now you also said that you -- "I gave in because I needed

22  the money."   And you also said right after that, the companies

23  needed the money.   I want to make something clear, if the

24  companies didn't get the money, they would go bankrupt,

25  correct?

TUESDAY, FEBRUARY 19th, 2013

1  A.  That's correct.

2  Q.  And their investors would lose money, but ultimately the

3  money could be invested elsewhere.  You understood that that

4  could be a possibility, correct?

5  A.  Say that again?

6  Q.  Let me rephrase.  In other words, companies go bankrupt

7  all the time, correct?

8  A.  Correct.

9  Q.  And the people who work there frequently get other jobs or

10 they move on and investor money also moves on to other things.

11 You understand that that happens in business all the time.

12 A.  Correct.

13 Q.  Okay.  Now I want to talk about how you claim that you

14 were operating under pressure.  And I want to talk about

15 specific instances.  I want to ask you who was pressuring you

16 to say certain things.

17         So I'll turn to Government's Exhibit 3, page 13,

18 where you are -- and let me clarify here, because there was a

19 correction on the transcript.

20         You said, "Kevin, does it get any better than that?"

21 A.  Yes.

22 Q.  When you said that, you were trying to convince

23 Mr. Brennan, Kevin, to go along with that, isn't that correct?

24 A.  Yes.  There's some confusion in this transcript and I've

25 read this many times.  And as I recall from the transcripts,

TUESDAY, FEBRUARY 19th, 2013

1    refreshing my memory, was that we had settled on a price of 25

2    cents.   And Mr. Epstein's broker was going to buy the whole

3    block of 500,000 shares at a specific price.

4    Q.   And that's why you wanted Mr. Brennan to move forward

5    because the price was agreeable and you were also going to get

6    your commission, correct?

7    A.   Yes.   But it changed when it came to this.   Mr. Epstein

8    made it very clear that he would just be buying in the open

9    market.

10   Q.   But you encouraged Mr. Brennan here to move forward with

11   the program, correct?   When you say "does it get any better

12   than that?"

13   A.   Correct, I encouraged him to go meet Mr. Epstein in

14   person.

15   Q.   Now, there is also some ambiguity in the transcript.

16   Originally it was this entire next paragraph beginning "my

17   only concern was time" was attributed to Mr. Brennan.

18          But do you remember listening to the tape and

19   Mr. Epstein's testimony about how you said, well, once it

20   plays out we'll start the clock as soon as we can.

21          Do you remember that testimony?

22   A.   Yes.

23   Q.   And do you remember being the one who tried to move the

24   program along as quickly as possible when you said we'll start

25   the clock as soon as we can.   Do you remember saying that?

53

```
1   A.   Yes.

2   Q.   You were the one who wanted this program to move forward

3   as quickly as possible, correct?

4   A.   I would say that there was a time issue of completing the

5   acquisition that Mr. Brennan was in the process of doing.  And

6   the money was needed or there would be like an expiration on

7   the agreement if he didn't come up with money at a specific

8   time and the deal would be off.

9   Q.   Right.  And if the deal didn't go through, you wouldn't

10  get your commission as well, correct?

11  A.   That's correct.

12  Q.   Now we will turn to Government Exhibit 2 -- actually we

13  will move forward to number 3.  You explain the deal to

14  Mr. Brennan, correct?

15  A.   Where?

16  Q.   Well, I'm just asking in general.  Now outside of the

17  transcripts, you had conversations with Mr. Brennan, correct?

18  A.   Very few.

19  Q.   But in the conversations that you did have, you explained

20  to him the Epstein program, correct?

21  A.   No.

22  Q.   You never explained to Mr. Brennan, look, we have to do

23  the 1-for-3 deal where I pay or you pay a broker one share for

24  every three shares that the broker purchases?

25  A.   No.
```

TUESDAY, FEBRUARY 19th, 2013

1  Q.  You never talked to Mr. Brennan about the advance press

2  requirement that the broker would buy shares from his clients

3  after the issuance of a press release?

4  A.  No.  Those conversations were with Don Huggins.

5  Q.  Okay.  And you explained to Mr. Huggins the 1-for-3 basis,

6  is that correct?

7  A.  Yes.

8  Q.  So if we turn to Government's Exhibit 3, page 9, you were

9  the one who explained to Mr. Huggins, you say here, he

10  understands the 1-for-3.  The 1 is the up-front free to make

11  your guys comfortable.

12         You were the one who explained the 1-for-3 deal to

13  Mr. Huggins, you're saying in this paragraph, correct?

14  A.  Yes.

15  Q.  And at that point are you saying that you had succumbed to

16  the pressure, the overwhelming pressure by Mr. Epstein when

17  you explained it to Mr. Huggins?

18  A.  Yes.

19  Q.  Okay.  Now you're talking about the pressure that he was

20  exerting on you.  I'm going to turn to Government's Exhibit

21  14, page 6.  Isn't it true that Mr. Epstein says, look, I

22  don't want to pressure you.  Do you remember that happening?

23  A.  Where?

24  Q.  Well, let's turn specifically to page 6.  Isn't it true

25  that Mr. Epstein told you, "The most important thing is that

1  guy is comfortable in doing the deal.  That he understands the

2  deal.  That he understands that somebody's getting taken care

3  of."  Do you remember Mr. Epstein saying this?

4  A.  Yes.

5  Q.  And when you heard this, did you think Mr. Epstein only

6  wants that other guy to be comfortable.  He doesn't want me to

7  be comfortable?

8        Let me rephrase.  I know that wasn't the best way of

9  phrasing it.

10       Mr. Epstein said the person you're bringing into the

11  deal has to be comfortable, correct?

12  A.  Correct.

13  Q.  At this point were you comfortable with the deal?

14  A.  I wanted the money.

15  Q.  And that's why you felt comfortable enough to do this,

16  correct?

17  A.  Yes.

18  Q.  You considered yourself one of these players that you

19  refer to.  "They are those type of players."

20  A.  No.

21  Q.  On Government's Exhibit 15, page 7, Mr. Epstein wants

22  people to feel 110 percent kosher.  And I'll show you the page

23  15 -- excuse me, page 7 of Government's Exhibit 15.  Had you

24  ever heard the expression "feel kosher" before -- or a "kosher

25  deal" before?

TUESDAY, FEBRUARY 19th, 2013

1   A.   I've heard it in the meat industry.

2   Q.   Okay.  And you understood it to mean, as following the

3   laws, correct?

4   A.   No.  I heard it as -- it's a sausage.

5   Q.   All right.  Let's avoid discussion on kosher law and we'll

6   turn to --

7          THE COURT:  Do you want me to try and explain it to

8   him?

9          MR. DAVIDSON:  If you wish, Judge.  I don't know how

10   long it's going to take.

11   Q.   But I want to turn to something you had said on the first

12   phone call where you say Mr. Epstein was -- before you

13   succumbed to the pressure by Mr. Epstein.

14          Specifically Government's Exhibit 1, page 9.  And I

15   want to turn to something you said.  You say, "A criminal

16   stays a criminal and an honest person stays honest.  I can't

17   say for sure he would do something like this, but I think he

18   would entertain it."

19          This is in the first phone call that you had with

20   Mr. Epstein.  Do you recall saying this?

21   A.   Yes.  The only reason I recall any of this stuff is

22   because I have the transcripts.

23   Q.   Okay.  You're referring to Doug Tallent here, correct?

24   A.   Correct.

25   Q.   And what you're saying to Mr. Epstein is people who engage

TUESDAY, FEBRUARY 19th, 2013

1  in criminal conduct oftentimes continue to do criminal

2  conduct, right?  That's what you meant when you say a criminal

3  stays a criminal, correct?

4  A.  Correct.

5  Q.  And what you're also saying is generally speaking, people

6  who are honest will continue to be honest people, correct?

7  A.  Correct.

8  Q.  Now you're talking about Doug Tallent, and this is after

9  Mr. Epstein talked about his program.  And you say, "I think

10 he would entertain it after you convince him to do it."  Isn't

11 that what you're saying here?

12 A.  I had conversations with Mr. Epstein about purchasing some

13 stock from Doug Tallent.  And I was trying to figure out which

14 direction he was going here because he had a couple of

15 opportunities.  One would be to make a direct investment.  The

16 other was to do what he had described to me, which I had been

17 listening to.

18 Q.  Right.  And the market manipulation deal, a paid buying

19 deal that Mr. Epstein refers to, you were going to propose

20 that to Doug Tallent, correct?

21 A.  That's what Mr. Epstein wanted me to do.

22 Q.  I understand.  And you said you would try and convince

23 Mr. Tallent to do the market manipulation deal.  Isn't that

24 what you meant when you said I think he, Mr. Tallent would

25 entertain it?

TUESDAY, FEBRUARY 19th, 2013

1   A.  I would say that could be correct.

2   Q.  Now, you made the pitch to Mr. Tallent, correct?  Do you

3   recall having --

4   A.  I believe I did have several -- I had many contact --

5   conversations with Mr. Tallent, yes.

6   Q.  And in some of those conversations --

7           MR. DAY:  Objection.  Objection to the relevance.

8   Your Honor.  Conversations with another individual that has

9   not testified here.

10          THE COURT:  I believe it's related; I'm going to

11  overrule the objection.

12  BY MR. DAVIDSON:

13  Q.  You had several conversations with Mr. Tallent

14  specifically about the paid buying program, correct?

15  A.  I don't believe so.

16  Q.  Okay.  Did you have at least one conversation with

17  Mr. Tallent about the paid buying program?

18  A.  I don't recall.

19  Q.  All right.  Let's turn to Government's Exhibit 3, page 20

20  and we'll see if this refreshes your recollection.

21          Mr. Epstein says, "I spoke to Doug and Doug said, you

22  know, right now the deal's not for me.  He wasn't comfortable

23  with the deal."  Do you remember Mr. Epstein saying that Doug

24  Tallent wasn't comfortable with the market manipulation deal?

25  A.  I remember him saying that, but I believe he had never

TUESDAY, FEBRUARY 19th, 2013

1  spoken with him.  There was some -- I referred to it as lost

2  in translation.

3  Q.  So you think Mr. Tallent just didn't understand the deal?

4  A.  I don't think he ever spoke with him.

5  Q.  Okay.  But when Mr. Epstein says, look, Doug's not

6  comfortable, you didn't say, well, maybe you didn't talk to

7  him, there was something lost in translation.  You say, I'll

8  go back and reset that when the timing's right.  That was your

9  response, correct?

10  A.  Yes.

11  Q.  Because you still thought you could convince Doug Tallent

12  to do the illegal market manipulation deal.  Isn't what you're

13  referring to here?

14  A.  Mr. Epstein had a couple of possibilities.  One was the

15  illegal market manipulation.

16  Q.  And but that's what he's talking about when he said he

17  wasn't comfortable with the deal.  You understood Mr. Epstein

18  to be talking about the illegal deal, correct?

19  A.  No, I didn't understand that.

20  Q.  And isn't it true that Mr. Epstein only proposed one type

21  of deal to you, was the only deal that Mr. Epstein ever spoke

22  to you about was the market manipulation paid buying deal,

23  correct?

24  A.  No, that's not correct.

25  Q.  Are you saying there is something missing in the tapes

1   here?

2   A.   No.   When he first described it he used the words of "a

3   couple of possibilities."   And some "interesting things."

4   Q.   Okay.   But the interesting things that Mr. Epstein -- the

5   only interesting thing Mr. Epstein described in any detail was

6   the paid buying deal, correct?

7   A.   Those are the only ones that are in the transcript, that's

8   correct.

9   Q.   I want to make sure I'm not misunderstanding something.

10  Are you suggesting that there are other tapes that were

11  destroyed?

12  A.   No, I don't believe so.

13  Q.   Were there conversations that Mr. Epstein just forgot to

14  record of you?

15  A.   Possibly.

16  Q.   Do you remember a conversation that you had with

17  Mr. Epstein that you didn't see or hear in trial?

18  A.   I don't remember anything about that era unless I have the

19  transcripts.

20  Q.   Going back to Mr. Tallent, after the deal was shut down

21  with OPTZ, you continued to ask about Friendly.   You want to

22  do a little action on Friendly?

23  A.   Yes.   I thought that Mr. Epstein had already done a

24  transaction with Doug and if he'd do another one and also if

25  he would participate in Paxton Energy, which were at that time

TUESDAY, FEBRUARY 19th, 2013

1  both low-valued companies and penny stocks.

2  Q.  And you wanted Mr. Epstein to do another -- a similar

3  dirty deal with Doug Tallent, correct?

4  A.  No.  It would be a direct placement in the company.

5  Q.  Incidentally, you talked about Surge Global Energy.  That

6  was a penny stock, correct?

7  A.  Yes.

8  Q.  And its stock price you mention went up, but it also went

9  down, correct?

10  A.  Yes.  In 2003, when the acquisitions were acquired, the

11  stock went from about 25 cents to $4.  And it was up there for

12  quite a time.

13  Q.  And then it went back down, correct?

14  A.  And then after Mr. Berndt had sold it, it did go back

15  down.

16  Q.  I want to turn to February of 2010 and I don't know if

17  there will be any objection.  I have a calendar just to show

18  the month, Your Honor.

19          THE COURT:  It's all right.

20          MR. DAVIDSON:  All right.

21  Q.  And I want to make sure I understand your testimony about

22  the pressure that you received.  Do you remember we looked at

23  the transcripts about how Mr. Brennan called Mr. Epstein and

24  said look, the timing is just not right for it.  And that was

25  on February 3, 2010.  Do you remember that evidence?

TUESDAY, FEBRUARY 19th, 2013

1  A.  Yes.

2  Q.  And do you remember seeing the transcript of your phone

3  call to Mr. Epstein on February 22, 2010?

4  A.  Yes.

5  Q.  Okay.  I want to be clear here because you said

6  Mr. Epstein pressured you.  Mr. Epstein didn't contact you on

7  February 4, 2010, correct?

8  A.  No.

9  Q.  And Mr. Epstein didn't contact you on Friday the 5th,

10  correct?

11  A.  No.  He didn't contact until -- I phoned him, I believe in

12  the 22.  I would have to look at the transcripts.

13  Q.  And in the entire week of February 7th, for example, no

14  one from the government or acting on behalf of Mr. Epstein or

15  Mr. Epstein reached out to you at all, correct?

16  A.  That's correct.  There was some discussions about

17  Mr. Epstein with several people and it just wasn't believable

18  that he had that much money in those accounts.

19  Q.  And I'm sorry, you're saying you had conversations with

20  who?  Mr. Huggins and Mr. Brennan?

21  A.  Mr. Huggins and possibly Doug and some of those other

22  company CEO's.

23          And it just sounded -- 20, 30 million dollars in 20,

24  30 accounts was just -- it didn't make sense.

25  Q.  It didn't make sense, but do you remember Mr. Huggins

1  saying it sounded illegal?

2  A.  When?

3  Q.  I don't know.  You said you had conversations with

4  Mr. Huggins.  In any of the conversations that you had with

5  Mr. Huggins in 2010, did he ever tell you, "this deal is

6  illegal"?

7  A.  I don't recall that, no.

8  Q.  So in the two weeks, over two weeks, in February of 2010,

9  no one from the government or Mr. Epstein or anyone acting on

10  behalf of Mr. Epstein did anything to encourage you to do the

11  paid buying deal, correct?

12        MR. DAY:  Objection.  That's been asked and answered

13  by Mr. Page.

14        THE COURT:  I'll overrule it.  Go ahead.

15  BY MR. DAVIDSON:

16  Q.  And just to clarify, from February 4th through the 21st,

17  about two and a half weeks, did anyone from the government,

18  Mr. Epstein or anyone you believe to be acting on behalf of

19  Mr. Epstein -- so we're excluding Mr. Brennan and Mr. Huggins.

20  Did anyone contact you to encourage you to do the market deal

21  during those dates?

22  A.  I don't believe so.

23  Q.  And in fact you reinitiated with Mr. Epstein on February

24  22nd, correct?

25  A.  Yes.

1  Q.  And you reinitiated after you spoke to Mr. Brennan,

2  correct?

3  A.  No, I believe I received a phone call from Don Huggins.

4  Q.  Okay.  And Mr. Huggins said, look, I spoke to Mr. Brennan

5  and we want to move forward with the Epstein money?

6  A.  Say the question again.

7  Q.  I'm sorry.  Let me rephrase.  What did Mr. Huggins tell

8  you about what he spoke with Mr. Brennan about?

9  A.  He -- they -- I had been consulting with them and guiding

10  them to go to conferences and come to San Francisco to meet

11  the broker dealers.

12          And they told me that they were going to be down in

13  Florida doing a presentation.  And I believe it was the money

14  show.  And if there was anybody down there to contact.  And I

15  said, did you contact Mr. Epstein?

16  Q.  And specifically you wanted them to contact Mr. Epstein to

17  do this paid buying program that you understood from

18  Mr. Epstein, correct?

19  A.  Ultimately, yes.  That was the -- what Mr. Epstein was

20  offering.

21  Q.  Okay.  But I want to make sure what you meant by

22  ultimately.

23          Your goal was to, during this two-week time period,

24  you wanted Mr. Brennan to do the deal with Mr. Epstein,

25  correct?

TUESDAY, FEBRUARY 19th, 2013

65

1  A.  I would say no.  Ultimately my objective, which is in the

2  transcripts, was to get the company financed.

3  Q.  Okay.  Let's actually talk about what's in the

4  transcripts.  Government's Exhibit 6, page 5, your

5  correspondence is on February 22nd?

6  A.  The objective one is earlier than that.

7  Q.  What do you mean "objective"?

8  A.  Mr. Epstein asked me what we were doing it for and I was

9  trying to figure it out all together.  And I said my objective

10  is --

11  Q.  I understand that, but are you saying the other

12  transcripts aren't objective, as in they're not accurate?

13  A.  No.  I used that word specifically.  I do believe the

14  transcripts are very accurate because that is my voice.

15  Q.  But when you're talking about your objective, let's look

16  at the transcript.  Page 5 on Government's Exhibit 6.

17  A.  Okay.

18  Q.  You wanted a few hundred thousand dollars worth of buying,

19  correct?

20  A.  That -- at that time they had already done the acquisition

21  and taken in some money and he needed a couple hundred

22  thousand dollars.  That's correct.

23  Q.  And you wanted a deal involving a deposit to the

24  stockbroker to initiate it, correct?

25  A.  Yes.  That would be the program with Mr. Epstein.

TUESDAY, FEBRUARY 19th, 2013

1  Q.  And you wanted this program with the paid buying to move

2  forward, correct?

3  A.  Yes.  That's why he was going to visit him at that point

4  in time.  That's the way I understood it.

5  Q.  And this was your objective, correct?

6  A.  My objective was to get the company financed through that

7  avenue, yes.

8  Q.  Yes.  And the reason you wanted the company to be financed

9  was because you wanted your money, correct?

10  A.  That would be one of them, definitely.

11  Q.  In early February, 2010, you had repeated phone calls with

12  Kevin Brennan, correct?

13  A.  Yes.

14  Q.  All right.  I want to turn to your conversations with the

15  FBI Special Agent Michael Sputo and Timothy Wright.  Do you

16  remember flying out from California to meet with them?

17  A.  Yes, I do.

18  Q.  And before you flew out, do you remember having

19  conversations with the FBI about what the nature of their

20  investigation was, correct?

21  A.  Yes.  He was very clear.

22  Q.  And he told you it was about this OPTZ deal, correct?

23  A.  Yes, he did.

24  Q.  And the flight from California to Florida is several

25  hours, correct?

TUESDAY, FEBRUARY 19th, 2013

1    A.   Yes, five hours.

2    Q.   Okay.  And Mr. Sputo gave you a little bit of time to

3    arrange for your travel, correct?

4    A.   I told him I needed a couple of weeks to purchase a ticket

5    and after we got off the phone call I went on the Internet and

6    purchased a ticket.

7    Q.   Okay.  So you had a little bit of time before you flew out

8    to think about your meeting with the FBI,correct?

9    A.   14 days, yes.

10   Q.   And then you flew out, it took you several hours, and then

11   you met with the FBI ultimately, correct?

12   A.   Correct.

13   Q.   So you had a lot of time to think about what you were

14   going to say to the FBI, correct?

15   A.   Yes.

16   Q.   You had a lot of time to think about how you were

17   financially pressured into doing this deal, correct?

18   A.   Yes.

19   Q.   You had a lot of time to think about how you had no other

20   choice but to do this deal, correct?

21   A.   Yes.

22   Q.   And you're telling us that when you finally got to this

23   meeting with the FBI, after two weeks of waiting and after

24   several hours on the plane, are you telling us today that you

25   never told Timothy Wright from the FBI and Special Agent

1  Michael Sputo that you were financially pressured to do this

2  because they never asked you?

3  A.  I just answered the questions.

4  Q.  And you never thought, gee, I've been thinking for two

5  weeks about how I was financially pressured into this.  Maybe

6  I should say, by the way, I was financially pressured.  That

7  never crossed your mind when you were sitting there?

8  A.  No.

9          MR. DAVIDSON:  One moment, Your Honor.

10          Your Honor, nothing further.

11          THE COURT:  Redirect.

12          MR. ALDAZABAL:  Your Honor, I have a couple of

13  questions on cross.

14          THE COURT:  Surely.

15          MR. DAY:  Do you want me to go with redirect, Your

16  Honor, or did you want --

17          MR. ALDAZABAL:  Whatever his pleasure, Your Honor.

18          THE COURT:  You guys want to flip for it, what do you

19  want to do?

20          MR. ALDAZABAL:  I'll just throw to Mr. Day.  It's his

21  time.

22          THE COURT:  I think it might be useful to have the

23  redirect first.

24          MR. DAY:  All right.  Thank you.

25          THE COURT:  And then you could redirect.

TUESDAY, FEBRUARY 19th, 2013

```
 1          MR. ALDAZABAL:  No, Your Honor, I just have a couple
 2  of questions.
 3                    REDIRECT EXAMINATION
 4  BY MR. DAY:
 5  Q.  Marc, just a couple of questions.  On January 25th, when
 6  Richard Epstein contacted you and laid out this "buying
 7  program" of his, was it your intention to enter into that
 8  program?
 9  A.  No.
10  Q.  What was your intention?
11  A.  My intention was to get him to purchase the private stock
12  at 11 Good Energy.
13  Q.  Had you ever heard of a "buying program" like this before?
14  A.  No.
15  Q.  Have you ever been involved in any kind of a buying
16  program like this before?
17  A.  No.
18  Q.  Have you ever been involved in any kind of a fraudulent
19  financial transaction before?
20  A.  No.
21  Q.  Have you ever been involved in any kind of a fraudulent
22  stock transaction before?
23  A.  No.
24  Q.  Before you met Richard Epstein?
25  A.  Correct.
```

```
 1              MR. DAY:  No further questions, Judge.

 2              THE COURT:  Redirect -- I mean recross.

 3              MR. ALDAZABAL:  No, Your Honor.

 4              THE COURT:  The government?

 5              MR. DAVIDSON:  No, Your Honor.

 6              THE COURT:  Now.

 7              MR. ALDAZABAL:  No, Your Honor.  Changed my mind.

 8              THE COURT:  You're not going to do anything?

 9              MR. ALDAZABAL:  I have no questions for Mr. Page.

10              THE COURT:  All right.  You're excused, Mr. Page.

11         Mr. Day.

12              MR. DAY:  Your Honor, as far as Mr. Page is

13    concerned, we would rest.

14              THE COURT:  All right.  Now.

15              MR. ALDAZABAL:  Yes, Your Honor.  The defense calls

16    Mr. Kevin Brennan to the stand.

17                        KEVIN BRENNAN,

18         Having been first duly sworn, testified as follows:

19                     DIRECT EXAMINATION

20    BY MR. ALDAZABAL:

21    Q.  Good afternoon, Mr. Brennan.

22              Mr. Brennan, how old are you?

23    A.  62.

24    Q.  Where were you born?

25    A.  Pittsburgh, Pennsylvania.
```

TUESDAY, FEBRUARY 19th, 2013

1  Q.   Where do you live right now?  What is your residence,

2  right now?

3  A.   Pittsburgh, Pennsylvania.

4  Q.   Okay.  What is your marital status?

5  A.   Single.

6  Q.   Divorced, widowed?

7  A.   Divorced; divorced.

8  Q.   Do you have any children?

9  A.   Five.

10  Q.   Ages?

11  A.   37, 35, 33, 31 and 29.

12  Q.   Okay.  And what is your educational background?  Where did

13  you go to school?

14  A.   I went to high school at Sewickley Academy in Pittsburgh.

15  I graduated there.  And then I went to Ohio University in

16  Athens, Ohio for almost two years.  And then I left there and

17  about -- let's see, eight years later -- six years later, I

18  went to Robert Morris, now it's university in Pittsburgh,

19  Pennsylvania.

20  Q.   Did you graduate?

21  A.   From Robert Morris, yes.

22  Q.   And what was your graduation diploma in?

23  A.   BSBA in business administration.

24  Q.   Okay.

25  A.   Or accounting.  I'm sorry.  BSBA in accounting.

TUESDAY, FEBRUARY 19th, 2013

1   Q.   Accounting?

2   A.   Yes.

3   Q.   Did you have any subsequent studies in accounting after

4   that?

5   A.   No.

6   Q.   Did you ever become a CPA?

7   A.   Yes.

8   Q.   And how did that come about and when?

9   A.   Well I was practicing, the requirement was, in

10   Pennsylvania you had to have two of years of public accounting

11   experience and then pass an exam.

12   Q.   Okay.  And you passed that exam?

13   A.   Yes.

14   Q.   And what was your first line of work after you graduated

15   as an accountant?

16   A.   I worked with a public accounting firm.

17   Q.   Okay.  And where was that?

18   A.   That was in Pittsburgh.

19   Q.   And approximately what years were those, if you remember?

20   A.   Let's see, that would have been '81 to probably '82.

21   Q.   Okay.  And subsequently to that, how were you employed?

22   A.   After that I went to another public accounting firm.

23   Q.   Okay.  Would it be fair to say you were in the public

24   accounting business for a period of years?

25   A.   Yes.  From about '81 to '86.

TUESDAY, FEBRUARY 19th, 2013

1  Q.  Okay.  And in '86 what did you do?

2  A.  In '86 I actually wanted to move to Miami and I was in the

3  process of moving when one of my former clients called me and

4  asked me to come back and work for him as then the controller,

5  and then ultimately I became the CFO of his company.

6  Q.  Okay.  What was that company?

7  A.  It was Express America.

8  Q.  Where?  Where was it?

9  A.  Pittsburgh.

10  Q.  Pittsburgh.  So you stayed in Pittsburgh?

11  A.  Yes, I came back.

12  Q.  Okay.  And you worked as the CFO for that particular

13  company for approximately how many years?

14  A.  Well, I started as controller and became a CFO and was

15  there '86 to I think '91.  About five years.

16  Q.  Okay.  And as -- just for the ladies and gentlemen of the

17  jury, as the CFO and a controller, basically what is it that

18  you do, in simple terms?

19  A.  What I did for him was to get his accounting systems in

20  order.  He really didn't have a staff at that point.  He was

21  growing very rapidly and so I helped him restructure the

22  company.  And then we together found some financing and

23  eventually we were -- I brought an auditor in, Arthur Young at

24  the time, to audit his financial statements so we could get a

25  better financing package.  And we grew the company.

TUESDAY, FEBRUARY 19th, 2013

74

1  Q.   Okay.  So basically accounting and financial aspects of

2  growing the company?

3  A.   Just, yeah, accounting.  Yes, accounting.

4  Q.   And subsequent to that what were you involved in work

5  wise?

6  A.   I'm sorry?

7  Q.   After that how were you employed or what did you do after

8  that?

9  A.   Once we got the company growing, we grew it from about

10  zero to 60 million in two years.  It kind of maintained its

11  operations and I was looking for bigger challenges, so I

12  started working as a consultant doing mergers and

13  acquisitions.

14  Q.   Okay.  And what are -- again in layman's terms, mergers

15  and acquisitions, or more specifically acquisitions?

16  A.   Well, it's when one company buys another company.

17  Q.   Okay.  And mergers?

18  A.   One company is absorbed into another company.

19  Q.   Okay.  And these are business decisions, business

20  operations?

21  A.   Yes.  What I did was at that time my expertise or my

22  awareness was in trucking and there are hundreds and hundreds

23  of small little trucking companies out there that are always

24  being bought and sold.  It's what's called a very fragmented

25  industry.  So that's what I did.

TUESDAY, FEBRUARY 19th, 2013

1  Q.   How did you get this expertise in trucking?

2  A.   By working at Express America.

3  Q.   That was a trucking company?

4  A.   Yes.

5  Q.   Okay.  So with this expertise in trucking, you moved on to

6  what?

7  A.   Well, once I get -- once Express -- I got to where it

8  went, I moved on and started doing acquisitions.

9  Q.   Okay.

10  A.   Primarily for Express, to start with.  We would look for

11  companies that fit a certain criteria and then we would -- I

12  would visit them, do what's called the due diligence, which is

13  basically audit them to see if they were what they said they

14  were.  And then we would put together a proposition on how to

15  be acquired.

16  Q.   And auditing and due diligence, these are all accounting

17  principles?

18  A.   Yes.

19  Q.   Okay.  Now did there come a time where you became

20  associated with a company called OPTZ?

21  A.   Way, way, way in the future, yes.

22  Q.   Okay.  Well, let me back up and maybe you can summarize

23  what happened in between there so we don't spend too much time

24  on that.

25  A.    Well, while I was doing this M and A work, I always had

TUESDAY, FEBRUARY 19th, 2013

1  the desire to replicate what --

2  Q.  I'm sorry to interrupt, M and A is?

3  A.  Mergers and acquisitions.

4  Q.  Okay.

5  A.  When I was doing that work I had a desire to build a

6  business plan following what Wayne Huizenga had done with

7  Waste Management.  And so I did that and the last piece that I

8  had no expertise in was public companies.

9          And so I went to work for a public accounting firm in

10  Florida that was a large regional firm that did audits for

11  public companies.

12          So I did -- I had a client that was a public company

13  that had just done an IPO and I did the work for that.

14  Q.  Okay.  And just so we get a few terms here.  When you are

15  talking about a public company, that is?

16  A.  A company that's traded on the stock market.

17  Q.  As opposed to a private company which --

18  A.  Is not traded.

19  Q.  Okay.  And when you mentioned IPO, could you explain to

20  the jury what that means?

21  A.  It means a company becomes -- one way a company can become

22  public is if they do an initial public offering which is a

23  filing they do with the SEC and then they sell their stock to

24  the public.

25          I knew absolutely nothing about public companies, but

TUESDAY, FEBRUARY 19th, 2013

1  Huizenga's business plan was to do a -- to build a company by

2  way of being a public company.

3        So I wanted to learn what that was about.  And I

4  learned the best part of business by being in public

5  accounting.  So I figured that would be a good way to learn

6  about public companies.  So that's what I did.

7  Q.  Maybe it's an obvious question, but what's the benefit of

8  public company over a private company?

9  A.  In this particular case it's doing what's called a --

10  rollup, which is you build a business by buying like kind

11  businesses and taking small ones and build them into a big

12  one.  That's exactly what Waste Management did.

13        The fact that you're a public company allows you,

14  first of all, more credibility because you're doing filings,

15  which is what I knew how to do.  The 10-Ks and Qs that

16  everybody's talked about.

17        That means that if you go approach a company that you

18  want to buy and they are able to go up and read your filings,

19  it gives you credibility as to what you're able to.  And it

20  gives them more comfort that you can purchase them.

21        And then also, most of the transactions are done with

22  stock.  And you know, private company, stock doesn't trade, so

23  it has much less value than a public company whose stock does

24  trade over -- after a period of time.

25        And so that it gives the owner incentive to do the

TUESDAY, FEBRUARY 19th, 2013

1    deal, number one.  And number two, is it gives him incentive

2    to stay on and aggressively continue to run and build his

3    business because in my business plan, the acquisitions we did,

4    we looked for good management who knew how to run and operate

5    a company.  And we wanted them to stay involved and to run the

6    company, run their company as it fit into the group.

7              So that was two advantages that a public company

8    provided.

9    Q.  Okay.  At this point I think we've gone through where

10   you're doing accounting work for a public company in

11   Clearwater, I believe?

12   A.  Public accounting firm.

13   Q.  Public accounting firm, okay.

14   A.  Yes.

15   Q.  How long were you there?

16   A.  I think I was there three years.

17   Q.  And what did you do after that?

18   A.  Well, while I was with Terry Beckert, I was writing my

19   business plan on -- I initially had decided to do plastic

20   injection molding companies -- the roll-up, build the company

21   using plastic injection molding companies.  I was going to be

22   able to roll-up of a plastic injection molding companies.

23   Q.  What's a roll-up?

24   A.  That's where you accumulate a number of small companies

25   and build a bigger one.  Just like Waste Management would go

TUESDAY, FEBRUARY 19th, 2013

1  out and buy little garbage haulers and then they build a

2  massive company from that.

3  Q.   That's a term in mergers and acquisitions?

4  A.   Yes.

5  Q.   Okay.

6  A.   So anyhow, I wrote the business plan and the company who I

7  was auditing, the company that had just gone public, they had

8  what we called a rent-a-CFO.  And that means --

9  Q.   What does that mean?

10  A.   That means a CFO who is not an employee and doesn't work

11  full time for the company, but has the expertise that the

12  company needs in order to maintain a public company.  So he

13  has more than one client that he works with to provide the

14  most service.

15       And hence the term rent, rent-a-CFO.

16       So he was very bright and he knew a lot of the, the

17  things that went on in building companies.  And I liked him.

18  And so I took my business plan and I gave it to him, saying

19  let me know if you like my plan, if you think it's credible

20  and then if you think I can raise money off it.

21       Because to do this you obviously have to have money

22  to buy other companies.

23       And then I was leaving Terry Beckert because I had

24  found a potential acquisition as a plastic injection molding

25  company in Rochester, New York.  So I was going to Rochester,

1    New York to see the company and view it and see if it would

2    work in my business plan.

3    Q.   Approximately what year was this?

4         MR. SOTO:  Your Honor, I'm sorry.  I'm just going to

5    object to specificity with which he is laying out his

6    background.  I don't have an objection to general backgrounds,

7    but I think we're falling into somewhat irrelevant areas here.

8         MR. ALDAZABAL:  I'll try to move it on Your Honor.

9         THE COURT:  All right.

10        MR. ALDAZABAL:  If you could just summarize, we are

11   just trying to get the period before we get to OPTZ.

12   A.   Okay.

13   Q.   So what year is this and briefly summarize up until we get

14   to OPTZ what you did?

15   A.   It was in the early '90s.  Early to middle '90s I think --

16   no, I'm sorry.  It was middle to end of the '90s.  It's been a

17   long time.

18   Q.   End of the '90s and you're basically doing these type of

19   business plans, acquisitions, mergers?

20   A.   Yeah, I'm trying to build that, follow that business plan,

21   build a business.  And the whole point of all this is the

22   person that was the rent-a-CFO, he liked the business plan and

23   he introduced me to Don Huggins, who was -- that's how I met

24   Don.

25   Q.   Okay.  So let me just stop you there for one second.  What

TUESDAY, FEBRUARY 19th, 2013

1  year approximately did you meet Don Huggins?

2  A.  It would have been the -- like between '99 or 2001,

3  sometime in that area.

4  Q.  Was OPTZ already in existence at that time?

5  A.  No.  It didn't --

6  Q.  Okay.  And what was your relation with Don Huggins at that

7  time?

8  A.  At that time, I never knew him.  I just -- he was one --

9  he was a person who I was told was somebody who could help me

10 raise money to do -- at that time, the funding of the business

11 plan for doing plastic injection molding companies.

12 Q.  And what was your understanding, why was Mr. Huggins able

13 to raise money?

14        MR. SOTO:  Objection.  Foundation.  Calls for

15 hearsay.

16        MR. ALDAZABAL:  No, it's his understanding, Judge.

17        MR. SOTO:  Your Honor, that would be based on

18 conversations with others in all likelihood.  I would like a

19 foundation raised before he answers the question.

20        THE COURT:  Overruled.  Go ahead.

21 BY MR. ALDAZABAL:

22 Q.  How did you meet Mr. Huggins?

23 A.  Late 1990, early 2000.

24 Q.  Okay.  Did you have a conversation with Mr. Huggins?

25 A.  Not up until I was told by the rent a CFO to talk to him.

TUESDAY, FEBRUARY 19th, 2013

1  Q.  Did you know what Mr. Huggins did for a living at that

2  time?

3  A.  I had no idea.  I knew nothing about him.

4  Q.  Okay.  Let's move on.  Did you have any further dealings

5  with Mr. Huggins at this time?

6  A.  Yes. When that -- when I was trying to put that business

7  plan together, he was -- I had shown it to him and he told me

8  he could raise --

9       MR. SOTO:  Objection, calls for hearsay.

10       MR. ALDAZABAL:  Judge, he's a co-defendant in the

11  case.  It's admissible hearsay from a co-defendant.

12       MR. SOTO:  This is not a co-conspirator statement in

13  furtherance of the conspiracy.  In fact, this occurred well

14  before the conspiracy.

15       THE COURT:  I'll overrule the objection.  Go ahead.

16  BY MR. ALDAZABAL:

17  Q.  Just tell me what you're -- let's do this.  Let's cut to

18  the chase.  When did OPTZ become a reality?

19  A.  Oh, Jeez.  Not until, let's see -- well, OPTZ became a

20  reality in July 1 of '09.

21  Q.  Okay.  And how did OPTZ become OPTZ?

22  A.  There was a company that we had started --

23  Q.  When you say "we" --

24  A.  I shouldn't say that.  There was a company that evolved

25  from another company called World Logistics.  And it was a

```
 1   nonreporting company and we wanted to -- or I felt that we

 2   needed to be reporting.  In other words, filing all these

 3   statements with the SEC to give clarity and credibility to

 4   OPTZ -- or what became OPTZ.

 5           So Don found a shell --

 6   Q.  Don who?

 7   A.  Don Huggins.

 8   Q.  Okay.

 9   A.  And he found a shell that was a reporting company that was

10   on the bulletin board, but really wasn't trading.  It had no

11   activity.  So we made an agreement with the former

12   shareholders of that company --

13   Q.  "We" being who?

14   A.  Let's see.  Don, Larry, myself.

15   Q.  Let me take you back.  Who is Larry?

16   A.  Larry Berry is the COO of the company.  He was the COO of

17   World Logistics and then when we became OPTZ he was the COO

18   of --

19   Q.  And the term COO means?

20   A.  Chief operating officer.

21   Q.  Okay.  And we are talking about OPTZ is what kind of

22   company?  What does it do?

23   A.  It's a trucking company.  Transportation company.

24   Q.  And when you say "trucking", what exactly did it do with

25   the trucks?
```

TUESDAY, FEBRUARY 19th, 2013

1   A.  Well, at that time we had agents, which are people who

2   have business in transportation and they put the shipper and

3   the consignee together and move the freight and we bill it and

4   they earn a commission off of it.  And that's what was going

5   on at that time.

6   Q.  So when you're talking about trucks, are you talking about

7   tractor-trailers, little trucks, what trucks are you talking

8   about?

9   A.  It's what we call truckload, which means big trucks that

10  haul a full load of whatever it is from the beginning to the

11  end.

12  Q.  And did OPTZ own trucks?

13  A.  No -- well, not then it didn't own trucks.

14  Q.  Did there come a time when they did own trucks?

15  A.  Yes, we made an acquisition and well, it became final in

16  February of 2010.  And we acquired a company called Light

17  Transportation and a subsidiary, Light Logistics.

18  Q.  Now what was your position at OPTZ?

19  A.  CEO.

20  Q.  Were you also the CFO at some point?

21  A.  Yes.  When you're -- yes.  When you're a -- when you are

22  making these filings for the SEC, it's required that there be

23  both a CEO and a CFO, but they can be the same person.  And

24  since I was the only one, it fell on me.

25  Q.  So that's an SEC requirement?

1   A.   Yes.

2   Q.   And as CEO -- CFO what were your duties at OPTZ?

3   A.   My major job was to find -- well, I shouldn't say find.

4   Larry found potential acquisitions.  I would then analyze

5   them, determine whether or not they fit into our business plan

6   and I thought we could buy them.

7   Q.   When you say "acquisitions," you're talking about other

8   companies?

9   A.   Yes.

10   Q.   Okay.

11   A.   And you know, I would analyze their financial statements,

12   determine whether or not they were a good opportunity for us.

13   And then put the deal together.  In other words, come up with

14   the -- how the purchase was to be -- the price and how we were

15   going to pay for it, price and terms.

16   Q.   How would these acquisitions or how would an

17   acquisition -- or actually how was this particular acquisition

18    be funded?

19   A.   Well, when we initially -- when it was initially presented

20   to me it was a great little company.  And so to get a deal

21   done in that -- at the beginning of our operations, you have

22   to pay mostly cash and a little stock because the owner wants

23   to make sure he's going to get his money.

24        What we were able to do because the owner of Light

25   was a real good friend of Larry's, we --

TUESDAY, FEBRUARY 19th, 2013

1  Q.   Larry who?

2  A.   Larry Berry.

3  Q.   COO?

4  A.   COO Larry Berry.

5  Q.   Of OPTZ?

6  A.   Correct.

7  Q.   Okay.

8  A.   Because they had a very close relationship, and had known

9  each other for a very long time, we agreed that the purchase

10 price would be pretty high.  A lot higher than we would

11 normally do.  I mean, I could tell you how we normally

12 structure these things, but bottom line, we paid a lot more

13 money than we would normally pay in any deal.  But they agreed

14 that they would take only half in cash and half in stock.  The

15 purchase price ended up being a million dollars.  So we had to

16 come up with 500,000 in cash and 500,000 in stock.

17 Q.   Now, is this the acquisition you previously referred to

18 that had the trucks, the tractor-trailers and the trucks?

19 A.   Yes.  Light, there were two parent subsidiary we were

20 buying.  One was an actual -- what we call acid-based trucking

21 company.  Which means they owned the equipment, they owned the

22 tractors and trailers.  And then they also had a subsidiary

23 that was Light Logistics.

24           In our world, when you have more freight than you

25 have the equipment to move it, you can then what we call

TUESDAY, FEBRUARY 19th, 2013

1  broker a load, which means that you can have another carrier

2  pick up the load and move it.

3  Q.  Okay.  Now, let me bring you back to -- you've already

4  testified you were the CEO and CFO of the company and Larry

5  Berry was COO?

6  A.  Correct.

7  Q.  What was Don Huggins' role in OPTZ?

8  A.  He was a consultant.

9  Q.  Okay.  Was he anything else other than a consultant?

10  A.  No.

11  Q.  Did he own any stock in the company?

12  A.  Yes.  I think at the time he was the single biggest

13  stockholder.

14  Q.  So he was the single biggest stockholder of OPTZ?

15  A.  Yes.

16        MR. SOTO:  Objection.  Calls for speculation.  I

17  believe the witness said "I believe" at the time.  If he's

18  guessing, he's speculating.

19        THE COURT:  I'll overrule because I think that

20  Mr. Huggins testified to that.  Go ahead.

21        MR. ALDAZABAL:  Okay.

22  Q.  He was a consultant?

23  A.  Yes.

24  Q.  And what else was he?

25  A.  His job was to find financing for us.  And that's what he

1   did.

2   Q.  And he was a stockholder?

3   A.  Yes.

4   Q.  Okay. Did he have a personal relationship with you?

5   A.  Well, I knew Don since the late '90s, early 2000.  I mean,

6   I looked on him as a brother.

7   Q.  Okay.  And as a brother, did you trust Mr. Huggins?

8   A.  Implicitly.

9   Q.  All right.  Now, who introduced you to Ed Henderson?

10  A.  Don.

11  Q.  Who?

12  A.  Don, Don Huggins.

13  Q.  Don Huggins?  Who introduced you to Marc Page?

14  A.  I think it was either Henderson or Huggins.  I got

15  introduced to so many people, it's hard for me to remember who

16  the initial introduction was.

17  Q.  Did Donald -- all right.  Did Don Huggins ever introduce

18  you to a individual by the name of Michael Lee?

19  A.  No, I think Ed Henderson --

20  Q.  Ed Henderson?

21  A.  Yes.  Yes.

22  Q.  Now there came a time in February of -- let me ask you one

23  last question.  Was Mr. Huggins involved in any other way in

24  OPTZ other than the four or five ways you just stated?

25  A.  He basically was the one who managed the stock and was

TUESDAY, FEBRUARY 19th, 2013

1  involved in all the activity that had anything to do with the

2  stock.

3  Q.  That had to do with the stock of the company?

4  A.  Yes.

5  Q.  Now, let me take you to a period between January and March

6  of 2010, specifically on February 2nd of 2010.  And you have

7  heard the tape.  You've seen the transcripts.  This is the

8  first conversation -- well, do you recall this as being the

9  first conversation you had with Mr. Epstein?

10  A.  I believe so, yes.

11  Q.  Okay.  Let me show you the dates, see if that -- February

12  2nd, 2010?

13  A.  When I saw these transcripts, that was the first one.

14  Q.  Okay.

15  A.  I don't believe I ever talked to him or knew of him before

16  that.

17  Q.  Never talked to Mr. Epstein before, never knew who he was

18  before?

19  A.  No.

20  Q.  Okay.  Now, you had heard of him, though?

21  A.  Oh, yes.

22  Q.  Okay.  On page 8 is really the first time you actually --

23  column number 5 is when you first talk to Mr. Epstein.  A

24  little bit down the page after you do the niceties, the first

25  thing you say is, we lost Don, he was in traffic or he was at

TUESDAY, FEBRUARY 19th, 2013

1   -- I think he was dealing with his father that's at a rest

2   home.  I'm not sure.  But I'm sure it was a personal issue

3   that --

4           Why so early into the first conversation with Mr.

5   Epstein do you make this statement about Don?

6   A.  Well, because that's what Don did.  It wasn't my job or

7   responsibility.  My responsibility was to explain the

8   operation of the company.  But Don was the one that arranged

9   the financing and anything else that had anything to do with

10  the stock.  And I didn't want to be on a call without him, I

11  thought that he -- as I recall, he was on a cell phone and it

12  -- we lost him and I assumed that he would just be calling

13  back in.

14  Q.  Why was it important that Don be present during this phone

15  conversation by telephone?

16  A.  Because he's the one that knew the stock market.  Knew how

17  the -- those transactions happened and he arranged them.

18  Q.  Okay.  Now the very -- the very next day -- I want to make

19  sure about that date.  Yes.  February the 3rd, you get a call

20  from Mr. Epstein.  Do you remember that?

21  A.  Yes.

22  Q.  It's in evidence.  And we've heard the call.  And it's a

23  short call.  And Mr. Epstein basically tells you about the

24  fact that his broker had some issues with vacation in Vail or

25  something.  And you basically just thanked him and say goodbye

1  and that's it.

2         What was your understanding as to what had just

3  transpired in these two days with Mr. Epstein?

4  A.  I had no idea other than the fact that I was told that he

5  was somebody that could provide us funding and when he told me

6  he couldn't do it, it wasn't going to do me any good.

7  Q.  Did -- did -- well, who told you that he was going to

8  provide funding?

9  A.  I'm sure Don did.

10 Q.  And Don wasn't at that first conversation or at this

11 conversation the next day?

12 A.  Right.  He was not on the first conversation.  And he was

13 not on this conversation.

14 Q.  So when Mr. Epstein basically tells you, you know, we

15 can't do this.  You answer, on top of the page "This isn't

16 going to do me any good.  By then it will be too late.  I need

17 to get this acquisition done and I don't have until March to

18 do it"?

19 A.  Correct.

20 Q.  What acquisition are you referring to?

21 A.  Light and Light Logistics.

22 Q.  And is this what you just testified to, the trucks you

23 were trying to acquire?

24 A.  Yes.  We were able to renegotiate the deal.  It was

25 supposed to close on December 31, and Larry was able to

TUESDAY, FEBRUARY 19th, 2013

1  convince the seller to take -- instead of taking the whole

2  500,000 at once, he agreed to take 100,000 as a down payment

3  and finance the rest over six months.  So we had to get the

4  down payment to them.

5  Q.  Why was it important -- why was there a time limitation on

6  this acquisition?

7  A.  Well, the seller either wanted to sell to us or sell to

8  somebody else.

9  Q.  Okay.  Now in the previous conversation, the first one you

10 had with Mr. Epstein, he goes into great detail trying to

11 explain to you the program that he's trying to sell.  And

12 that's in the transcripts.  Specifically it's all over page --

13 starting on page 9.  On page 10, it's basically the whole

14 page.  He's explaining this program.  Page 11, he's explaining

15 the program.  While he's explaining this program your

16 responses to his presentation of "the program" is "yes."  You

17 don't really say anything on page 12.  You talk about your

18 concern being time.

19      Did you understand or did you even care what Mr.

20 Epstein was saying during this conversation?

21 A.  No, I couldn't care less.  I mean, that wasn't my area.  I

22 had no idea what he was talking about and it didn't matter to

23 me.  I was looking for deals that could fund us.

24 Q.  Well, what was your intent in speaking to Mr. Epstein?

25 What did you think?

TUESDAY, FEBRUARY 19th, 2013

1   A.   Well, I was told he was an investor and would provide us

2   with funding.

3   Q.   Okay.  And who told you that?

4   A.   Probably Don.

5   Q.   Now there came -- after that last conversation on February

6   3, actually you only had two, February the 2nd and 3rd, you

7   never contacted Mr. Epstein again?

8   A.   No.

9   Q.   You never talked to Mr. Epstein again?

10   A.   No.

11   Q.   On -- well, I think there was a conversation about

12   coordinating a time and a date for a meeting in Fort

13   Lauderdale?

14   A.   Okay.

15   Q.   Okay.  Now what was -- what were you coming down to Fort

16   Lauderdale for?

17   A.   There was a conference that I was told would be valuable

18   to us to present our company to a group of investment --

19   broker/dealers and anybody else who had the ability to fund

20   us.  And what it was was we would put a presentation together

21   in a room about this size and tell these people what our

22   company did and our business plan.

23        And then, I think it was two or three days.  The

24   other object was to mill around and meet with whomever and

25   strike up a conversation to see if there was a possibility of

94

1  somebody interested in funding the company.

2  Q.  Okay.  Do you remember the name of that conference?

3  A.  No, I don't remember it.

4  Q.  Okay.  And your purpose in being down at the conference

5  was to make a presentation to these possible investors?

6  A.  Yes.

7  Q.  Did you do that?

8  A.  Yes.

9  Q.  And that was in Fort Lauderdale, Florida?

10  A.  Yes.

11  Q.  And you remember that was in the period of I think it was

12  February of 2010 or approximately or maybe March of 2010?

13  A.  I think it was March.

14  Q.  March of 2010.  And how long were you at the conference?

15  A.  I think it was three days.

16  Q.  Okay.  And did you subsequently have the opportunity to

17  meet with Mr. Epstein?

18  A.  Yes.  I think it was the end of the conference.

19  Q.  And what did you think the purpose of that meeting was?

20  A.  The same as every other meeting.  I had those three days

21  to talk to somebody who would possibly invest in my company.

22  Q.  Now, when you meet with Mr. Epstein -- you saw the video

23  of that?

24  A.  Yes.

25  Q.  And the video speaks for itself, but basically Mr. Epstein

TUESDAY, FEBRUARY 19th, 2013

1  was again trying to sell you this so-called program, and what

2  was your understanding as to what was going on there?

3  A.  Well, again, it was -- all I was interested in was whether

4  or not he was interested in investing in the company.  He went

5  into all kind of particulars of things that had very little

6  meaning to me.  I -- all I wanted to do was just to get

7  through it and then find out if there was a chance for an

8  opportunity to get funding.

9  Q.  Okay.  And you also wanted to see Mr. Epstein's Ferrari?

10  A.  Yes, I wanted to see his Ferrari.

11  Q.  And that's in the video of course?

12  A.  Yes.

13  Q.  Now there came a time where Mr. Epstein wanted a stock

14  certificate sent to the make-believe stock broker?

15  A.  Yes.

16  Q.  Okay.  Did you yourself have any stock in OPTZ?

17  A.  No -- well, I had -- there were three classes of stock --

18  Q.  Could you explain each of them?

19  A.  Yes.  One class is what's called common stock and that's

20  the kind of stock that you can buy and sell.  Second class of

21  stock was called A preferred, preferred A, the letter A.  And

22  it was the type of stock that only I -- well, no, I had and I

23  think two others had.

24          It was initially given to me at the -- when we did

25  the reverse merger.  And basically what it was is what's

1   called a convertible preferred.  For every share of the

2   preferred, you could at some point convert it into common

3   stock.  And then it also had voting rights.

4         So I was able to vote that stock, but I didn't have

5   anything I could sell.  That stock was not allowed to be

6   converted for 18 months.  So from the date of the aqui -- or

7   we did the reverse merger, it would be a year and a half

8   before I would have had an opportunity to sell any stock.

9         And in addition to that when we did the reverse

10  merger, I had a $100,000 note to the seller personally and so

11  I pledged my -- that particular stock and it was placed an

12  escrow and I couldn't even have it until the note was paid.

13        But I could vote it.  I was allowed to vote the

14  shares.  I just wasn't allowed to possess it.  So I couldn't

15  have converted it until I first paid off the note and then 18

16  months later.

17  Q.  So that -- basically what you're saying is that stock

18  could not be sold?

19  A.  No, it wasn't registered.  It -- there was no ability to

20  buy or sell it on the open market.

21  Q.  Okay.  And the third --

22  A.  The third type was preferred B, which was nonconvertible.

23  In other words it was just preferred stock that couldn't be

24  sold that was -- that gave me voting rights, extra voting

25  rights.  So what it did, along with Don and Larry, it gave us

1  control of the company, but I didn't have any actual common

2  stock to sell.

3  Q.  Okay.  So you just said something, Don and Larry had

4  control of the company.  They are the only ones that had this

5  preferred stock?

6  A.  No, no -- well, actually yes, both Don and Larry had some

7  of the preferred but the majority of their stock was common

8  stock.  They -- both Don and Larry were -- the first and

9  second biggest shareholders in the company.

10       When I said I didn't know which, because I didn't

11  know which one of the two had the most, either Don or Larry,

12  but it was approximately the same number and they are the only

13  ones -- I mean they had the common stock and obviously, they

14  could vote that too.

15  Q.  Now when you refer to Don and -- that's Don Huggins?

16  A.  Yes.

17  Q.  So Don Huggins had both preferred and common shares?

18  A.  Yes.

19  Q.  And the common shares are tradeable?

20  A.  The common shares were, yes.

21  Q.  So if you couldn't really send a preferred stock to this

22  make-believe stockbroker.  It wouldn't do him any good?

23  A.  No.

24  Q.  Okay, so only the common shares could be tradeable by

25  anybody who had the shares?

TUESDAY, FEBRUARY 19th, 2013

1  A.  Correct.

2  Q.  Okay.  And who sent -- well, you did not have any common

3  shares?

4  A.  No.

5  Q.  Did the company OPTZ have any common shares?

6  A.  No.

7  Q.  Okay.  So who had --

8  A.  It didn't have anything to sell.  Obviously issued common

9  shares.

10 Q.  It issued but it didn't own them.

11       So when the stockbroker needed a stock certificate,

12 only somebody with common shares could provide it?

13 A.  Yes.

14 Q.  Okay.  And if you know, who provided that stock

15 certificate to the stockbroker?

16 A.  As far as I know, Don did.

17 Q.  Okay.  Now you also heard some evidence and some testimony

18 about press releases.  Who would be in charge of something

19 like press releases for the company?

20 A.  Well, actually at that point in time we had hired what we

21 call IRPR firm which is investor relations/public relations

22 and they were the ones who were writing the press releases.

23 Either Larry would give them some things that we were about to

24 do or I would give them some things that we were about to do

25 and then they would write a press release around that.

TUESDAY, FEBRUARY 19th, 2013

1   Q.   And this was a company that was independent from OPTZ?

2   A.   Yes.   That's what they did.

3   Q.   What was your belief after the Fort Lauderdale meeting,

4   that Mr. Epstein was going -- what was he going to do for the

5   company?

6   A.   I didn't believe anything.

7   Q.   You didn't believe he was going to do anything?

8   A.   No.

9   Q.   Why was that?

10  A.   I probably met 25 to 50 different investment firms while I

11  was at that conference and they all promise you they are going

12  to do great things for you and you shake hands and you're all

13  happy.   But the reality is that very few of them, if any of

14  them, ever have the ability to do anything.

15       Mostly what they are trying to do is just earn

16  commissions off of somebody.   And I didn't think Epstein was

17  any different than anybody else.   I mean, everybody had his

18  own little --

19  Q.   "Program"?

20  A.   Yes.

21  Q.   Now, you said you met quite a number of potential

22  investors at this conference?

23  A.   Yes.

24  Q.   Did you also as part of your role as CEO also try to get

25  funding from other individuals or other --

TUESDAY, FEBRUARY 19th, 2013

1  A.  I'm sorry.

2  Q.  No, go ahead.  Other investors?

3  A.  That's all I did.  I went from there to New York.  I've

4  been in Chicago.  I was in Philadelphia, I was in Boston.  I

5  was in Houston.  I was pretty much all over the country.  It's

6  difficult -- this was at the end of 2009 when the economy had

7  collapsed.  There was very little activity.

8           In fact, when we were going to do Light

9  Transportation, as I told you, Light had tractors and trailers

10  and no debt.  So when I originally was -- when this was

11  proposed to me, I thought this was the easiest deal in the

12  world because we would get somebody to lend us money against

13  the tractors and trailers.

14           Usually every deal, you can get 70 percent loan to

15  value from the value of the equipment which was around

16  800,000.  So we should have gotten about half a million just

17  out of leveraging the equipment and we would have been fine.

18           But because there was no lending back then, we --

19  eventually the best deal we could find was they would lend us

20  100,000 on 800,000.  So obviously that didn't work.  So I was

21  all over the country looking for money.

22  Q.  Okay.  As part of you looking for investors, did you end

23  up at a meeting in -- outside of the Boston area in

24  Burlington, Massachusetts?

25  A.  Yes.  But that was actually much later.  That was the next

TUESDAY, FEBRUARY 19th, 2013

1  year.

2  Q.  Right.  Much later.  It was the following year?

3  A.  Yes.

4  Q.  Okay.  Well, let's do it in chronological order then.

5       There came a time where Mr. Epstein gave you a phone

6  call and basically told you that his broker had been fired and

7  that nothing was going to happen?

8  A.  Yes.

9  Q.  And your reaction was basically okay.  What was your

10 reaction?  Let me ask you.

11 A.  My reaction was that I knew that there was nothing ever

12 going to happen with this thing.  I didn't believe that he

13 could do what he said he could do and it was like a million

14 other deals that were presented to me.  Just they didn't

15 happen; none of them ever happened.

16      It's very difficult, it was very, very difficult back

17 then to find money.  And I probably raised -- my entire career

18 10 to 15 million in equity over all the various projects I

19 have worked on.  And -- so I wasn't surprised that this turned

20 out to be nothing.

21 Q.  Now when you say you raised X number of millions or

22 dollars in equity for these acquisitions, is that all legal?

23 A.  Yes.

24 Q.  And what specifically does it entail?

25 A.  Well, I mean, every deal was different.  Most of the--

TUESDAY, FEBRUARY 19th, 2013

1          MR. SOTO:  Objection, Your Honor, to the relevance to

2    the other money he has raised in connection with other

3    companies that aren't relevant here.

4          MR. ALDAZABAL:  OPTZ, Judge.  Talking about OPTZ.

5          MR. SOTO:  I'll withdraw, Your Honor.

6          THE WITNESS:  Okay.  We raised at least a million

7    dollars at OPTZ over almost a two-year period with small

8    little amounts here and there and we had investments from two

9    different funds in New York -- actually in Long Island.

10          Actually one was in Long Island, one was in Manhattan

11   that put in between them probably -- I don't know, maybe up to

12   a half a million dollars.  But that was over the entire span

13   of the company's existence.  But yeah, as far as I know they

14   were all legal.

15   BY MR. ALDAZABAL:

16   Q.  Okay.  Now there came a time where Mr. Epstein we talked

17   about called you and told you this was off and that was -- do

18   you remember the approximate date of that?  What month and

19   year?

20   A.  I think it was about the middle of March.

21   Q.  Okay.  And after that did you continue to try to get

22   funding for your company?

23   A.  Oh, yes.

24   Q.  Okay.  And you testified that you went to several places

25   around the country trying to get funding for these

```
 1  acquisitions and one of the places you went to is Burlington,
 2  right outside of Boston?
 3  A.  Yes.
 4  Q.  Now, who introduced you to the people in that
 5  particular --
 6  A.  Ed Henderson.
 7  Q.  Okay.  And do you remember who he introduced you to?
 8  A.  Michael Lee.
 9  Q.  Okay.  And do you remember what Mr. Lee was proposing that
10  you would do?
11  A.  Yeah.
12  Q.  What was your understanding of what he was proposing?  Let
13  me ask you that.
14  A.  He was -- he was suggesting that he had some hedge fund
15  that would invest in small bulletin board companies like OPTZ.
16  Q.  What are bulletin board companies?
17  A.  It's over-the-counter bulletin board.  It's the low end of
18  public companies.  If you're not on an exchange, you're on the
19  bulletin board.
20  Q.  Okay.  OPTZ was a bulletin board company?
21  A.  Yes.
22  Q.  Okay.
23  A.  So anyhow, he told me that he had -- he represented a
24  partner in a hedge fund who was going to -- who would do
25  investments in small public companies.
```

TUESDAY, FEBRUARY 19th, 2013

1   Q.   And what was your understanding of what a hedge fund is?

2   A.   A hedge fund means any kind of fund that isn't regulated.

3   Anything could be a hedge fund.  There is no particular -- as

4   far as I know, definition of a literal hedge fund.  It's

5   anything that anybody calls themselves.

6   Q.   Okay.  So you're introduced to Mr. Lee and his, I guess --

7   well, what does he tell you -- not what does he tell you but

8   what is your understanding of why he was there while you were

9   there?

10  A.   It was a phone conversation.

11  Q.   Okay.

12  A.   And like I said, he said that he represented a hedge fund

13  that would invest in small public companies.  And I told him

14  that, you know -- our stock had been destroyed by somebody --

15  somebody did manipulate our stock.  It took our stock from --

16  in May, right after this Epstein thing.  Our stock was trading

17  at between 25 and 30 cents a share, doing about 100,000

18  dollars -- or 100,000 shares a day.  Which is good for a

19  company our size.

20          We had just hired an investment firm that I told you

21  about -- IRPR firm, and we were being introduced to some

22  really positive funds that we were under the impression would

23  put money into the company.

24          Somebody got involved in our stock and dropped it

25  from that 20 to 30 cents range down ultimately to triple zero

TUESDAY, FEBRUARY 19th, 2013

1  4.  It had nothing to do with the economics of company.

2  Somebody got in there and what I was told by an expert that we

3  hired to investigate this, that it was somebody doing a naked

4  short sale.  When a naked short sale as opposed to a short

5  sale is that you don't actually ever own stock.  So they drove

6  the stock down and we were at triple zero four, I didn't think

7  anybody would be interested in investing in the company.

8          So I told this to Michael Lee.  I said that -- I

9  don't see how in the world anybody would want to deal with us

10  at this level and he suggested that, well, maybe we do some

11  kind of preferred deal and then roll back the stock, which

12  means you shrink the number of shareholders so it's just

13  simple math, you have fewer shares and the price of the share

14  goes up and that's totally legal --

15  Q.  Who told you that?

16  A.  Michael Lee.

17  Q.  Okay.

18  A.  And I said, well, I would be willing to listen to anybody.

19  At this point, this was at the very end of our existence and I

20  said, you know, if -- I'll go anywhere to talk to anybody if

21  it would provide us the funding we needed.

22          And so he structured this deal where we would issue a

23  preferred stock that would at some future date convert into

24  common stock.  The rule was the only way that that could

25  happen is if we first did the -- reverse the stock and reduce

TUESDAY, FEBRUARY 19th, 2013

1  the number of outstanding shares.  And then he could convert

2  it, whatever price was at that future date.

3          Well that's great for us.  So I went to Boston to

4  meet this guy.

5  Q.  Did you understand there was anything fraudulent or

6  illegal about this?  What was your understanding?

7  A.  Absolutely not.

8  Q.  Just to get the dates.  This is actually a whole year and

9  it's actually in February the 3rd of 2011.  Do you recall that

10 as being the date of the meeting approximately?

11 A.  No, I didn't remember the date, but yes, it was a year

12 later.

13 Q.  Okay.  And you did attend that meeting?

14 A.  Yes.

15 Q.  Okay.  Now --

16 A.  I had a number of conversations with Michael Lee before we

17 ever got to that meeting.

18 Q.  Okay.  Did he ever tell you that this was some sort of

19 fraudulent scheme?

20 A.  No.

21 Q.  What was your understanding as to what you were going to

22 do here?  Anything illegal, anything wrong?

23 A.  No.

24 Q.  Now, did you ever believe you were doing anything wrong or

25 illegal with Mr. Epstein?

1  A.   No.

2  Q.   Why is that?

3  A.   Because I believed all -- well, actually I didn't know we

4  had actually done anything because I never even knew that the

5  stock was literally sold.  Because I didn't sell it.  But no,

6  I thought we were bringing -- buying into the market.

7  Companies do that all the time.  I didn't see anything illegal

8  about that.

9  Q.   Now, did there come a time when you were contacted by the

10  government, either the U.S. Attorney's Office or the FBI?

11  A.   Yes.

12  Q.   And what was the context of that contact?

13  A.   I had -- Agent Sputo called me and said that they had that

14  meeting on tape -- this was a year later.  So I really didn't

15  even remember what this meeting was.

16  Q.   So this is approximately time wise, when?

17  A.   This would have been, I think it would have been --

18  Q.   If you remember.

19  A.   April.

20  Q.   April of '11.  Okay.

21  A.   And he said that they had -- well, actually all he said

22  was they had taped that meeting in Fort Lauderdale.  And he

23  said that I needed to hire a criminal attorney and come to

24  Florida and meet with him and he gave me a couple of dates to

25  choose to do that.  So I borrowed some money from my brother,

TUESDAY, FEBRUARY 19th, 2013

1  hired an attorney and we went down to Florida.

2  Q.  Okay.  That was an attorney from where?  Pittsburgh?

3  A.  No.  We had a lawsuit -- the company had a lawsuit -- was

4  defending a lawsuit against -- from one of the investors.  And

5  he was an attorney that we had hired -- we -- we were referred

6  to, that we hired to defend the company.

7       And I just coincidentally had noticed on the bottom

8  of the page, his letterhead, he listed all the various things

9  he did and one of them was criminal law.  I didn't know a

10  criminal lawyer.  So I called him.

11  Q.  Did you subsequently come down to South Florida, Fort

12  Lauderdale, I believe, specifically or Miami?

13  A.  I went to Miami.

14  Q.  Okay.  With your attorney?

15  A.  Yes.

16  Q.  And you met with individuals from the government at that

17  time?

18  A.  Yes.

19  Q.  Okay.  And what was your response to their proposal,

20  whatever proposal they made to you?

21  A.  Well, there was no conversations.  They gave me a document

22  to sign that was something to do with basically saying that if

23  I did say something I could use it against me.

24  Q.  Right.  Okay.

25  A.  And then a plea agreement.

TUESDAY, FEBRUARY 19th, 2013

1  Q.  And did you accept that plea agreement?

2  A.  No.

3  Q.  Why not?

4  A.  Because I didn't do anything wrong.

5  Q.  Okay.  You told your attorney that?

6  A.  Yes.

7  Q.  What ultimately happened to OPTZ?

8  A.  It eventually -- right -- right after the government

9  meeting, you know, I had to tell everybody that that had

10 happened.

11 Q.  Let's go -- the government meeting -- what are you talking

12 about?

13 A.  The meeting in Miami with the government.

14 Q.  Right.

15 A.  I was told I had to leave.  So I resigned.  And then --

16 and then the company eventually just went out -- well, it

17 didn't do go out of business, it reverted back to the original

18 sellers of the shell.

19 Q.  So OPTZ went out of business?

20 A.  Well, it had no business.  Back to being a shell again.

21 Q.  When you say it's in a shell, what exactly does that mean?

22 A.  It has no activity.  It's just a public company that

23 doesn't do anything.

24      MR. ALDAZABAL:  I have nothing else.

25      Thank you, Mr. Brennan.  Thank you, Your Honor.

TUESDAY, FEBRUARY 19th, 2013

```
 1                THE COURT:  All right.
 2                MR. SOTO:  I do have cross-examination.  It's going
 3   to take a little while.  Do you want me to start now or would
 4   you prefer that we start in the morning?
 5                THE COURT:  How about it, members of the jury?  About
 6   a half hour you take, Mr. Soto?
 7                MR. SOTO:  Your Honor, it's your decision.  I'm happy
 8   to start now.
 9                THE COURT:  I mean, how long would you take if we let
10   you go?
11                MR. SOTO:  I think I would go longer than half an
12   hour, Your Honor.
13                THE COURT:  Longer than half an hour.  You guys want
14   to go home and continue in the morning?
15                We are going to have to come back in the morning
16   anyway.
17                PROSPECTIVE JUROR:  Yeah, in the morning.
18                PROSPECTIVE JUROR:  I was under the impression this
19   was going to end today.
20                THE COURT:  I think that's a yes.  Everybody wants to
21   go home.
22                PROSPECTIVE JUROR:  Yes, go home.
23                THE COURT:  All right, ladies and gentlemen of the
24   jury, you are reminded once again that you are not to the
25   discuss it amongst yourself, the case.  Don't discuss it with
```

TUESDAY, FEBRUARY 19th, 2013

1  anybody in the building.  When you get home tonight don't

2  discuss it with members of family and friends.

3          We are getting close to the end.  So get a good

4  night's sleep.  We will see you at 9:00 tomorrow morning.  We

5  are in recess until 9:00 tomorrow morning.

6          The lawyers stay here.

7      (Jury withdrew from the courtroom at 5:09 p.m.)

8          THE COURT:  All right, everybody be seated.

9          You have a revised version of the file instructions.

10  You don't have to look at them now, but maybe sometime this

11  evening if you have some time take a quick look.  I looked

12  them over briefly.  Looks to me like Ms. Trimberger has

13  incorporate what we talked about last week.

14          MR. DAVIDSON:  Judge, I had a chance to look through

15  it and I noticed, which is probably my mistake on instruction

16  number 20, it should be multiple defendants, multiple counts.

17          THE COURT:  Didn't we talk about that?

18          MR. DAVIDSON:  What's currently listed now is jury

19  instruction number 20.  It talks about single defendant,

20  multiple counts.  And I think it should be basic instruction

21  10.4, to reflect multiple defendants.  And that's obviously my

22  fault, Your Honor.  I was using my last case where there was

23  only one defendant.

24          THE COURT:  So -- oh, jury 20.  Excuse me.  I'm

25  sorry.  So each defendant separately.

TUESDAY, FEBRUARY 19th, 2013

1          Where are we wrong here?

2          MR. DAVIDSON:  Certainly, Your Honor.  Pattern

3  instruction 10.4 the first sentence reads, Each count of the

4  indictment charges a separate crime against one or more of the

5  defendants.

6          So that would have to change.  The first sentence, we

7  would have to add against one or more of the defendants.

8          Then --

9          THE COURT:  Well if we just look at 10.4 and rework

10  it, we'd have it right.

11          MR. DAVIDSON:  Exactly, Judge.  We would ask for 10.4

12  in it entirety being included.  And I think by accident I

13  included 10.2 instead of 10.4.

14          THE COURT:  Okay.  I'm assuming, Mr. Day, you have

15  not looked at it.

16          MR. DAY:  I have looked at the instructions.  I agree

17  with the government there.  I think that that's -- I think

18  10.4 is the accurate instruction that the Court should read.

19  I agree with that.

20          THE COURT:  If we make that correction, is it okay?

21          MR. DAY:  Yes, sir.  Yes, I think that the

22  instruction that we have is just missing the sentence that

23  Mr. Davidson suggested and that's that first sentence, which

24  in 10.4 says each count of the indictment charges a separate

25  crime and it should say against one or more of the defendants.

TUESDAY, FEBRUARY 19th, 2013

1          That's what the government is asking for.

2          THE COURT:  Yeah, we will correct it.  Mr. Aldazabal.

3          MR. ALDAZABAL:  Thank you, Your Honor.  Your Honor,

4   maybe this is a minor thing, but I think it's somewhat

5   important.  It has to do with jury instruction 15.

6          THE COURT:  15?

7          MR. ALDAZABAL:  Yes.  The entrapment instruction.  I

8   think as more or less Your Honor and everybody else has

9   figured out.  I don't think that we're proceeding under that

10  entrapment instruction.  Obviously I have no problem with it

11  being included for the co-defendant.

12         I think the way to resolve that is maybe from

13  "defendants have" maybe make it singular and that would take

14  care of it.

15         THE COURT:  Which sentence are you looking at?

16         MR. ALDAZABAL:  The second sentence, Your Honor.

17  While I'm open to any suggestions by Mr. Day, the entrapment

18  -- where Mr. Davidson said --

19         THE COURT:  Where it says "the conspiracy is an

20  agreement by two or more persons"?

21  Q.  No, no, Your Honor.  Construction 15 is the entrapment?

22         MR. DAVIDSON:  Judge, I think there's some confusion.

23  That was the old 15.

24         MR. ALDAZABAL:  I'm sorry.

25         MR. DAVIDSON:  The newest one is jury instruction 13.

TUESDAY, FEBRUARY 19th, 2013

1          MR. ALDAZABAL:  Okay, I have the old one.  I

2   apologize, Your Honor.

3          THE COURT:  All right.  Now we're all on the same

4   page. This one has to do with entrapment.  Is that right?

5          MR. ALDAZABAL:  Right, Your Honor.  And I don't think

6   we're going to argue entrapment on behalf of Mr. Brennan, but

7   obviously co-defendant is.

8          So I -- I'm open to suggestions from Mr. Day.  I want

9   him to look at it obviously because it's more important to him

10  than it is to me, as well as Mr. Davidson.  But it talks about

11  the plural as to defendants, two of us.  And I think it would

12  be more clear if it was just --

13         THE COURT:  Singular.

14         MR. ALDAZABAL:  One defendant.  So I'll let Mr. Day

15  address that.

16         MR. DAY:  That's fine, Judge.

17         MR. DAVIDSON:  So we're just going back to "the

18  defendant has claimed to be the victim of entrapment

19  consistent with what's in the special instruction 13.1"?

20         MR. ALDAZABAL:  Okay.

21         THE COURT:  Well, in the second thing would be the

22  defendant.

23         MR. DAVIDSON:  Has claimed.

24         THE COURT:  Defendant, singular.

25         MR. ALDAZABAL:  Right.  I think that would be the

TUESDAY, FEBRUARY 19th, 2013

1  simple way of clearing it up.  But I --

2          THE COURT:  Just that one word?

3          MR. DAY:  If you want to do "the defendant has."  Or

4  if you want to say "the defendant, Marc Page, has," that's up

5  to the Court.

6          THE COURT:  Mr. Davidson, what do you want to do

7  here?

8          MR. DAVIDSON:  As the Court wishes, Your Honor.  I

9  think maybe leaving it open makes the most sense just in case

10 Mr. Aldazabal decides to change his mind during closing.

11          And then I think it would have to be singular on

12 "victims."  The defendant claimed to be the victim, or a

13 victim of entrapment.

14          MR. ALDAZABAL:  Yes.  I think just removing those two

15 S's and changing the "have" to "has" would solve it in my

16 opinion.

17          THE COURT:  There we are.  Now we have changed victim

18 and defendant in the second sentence.

19          MR. ALDAZABAL:  Correct, Your Honor.

20          THE COURT:  And then what?

21          MR. ALDAZABAL:  That's it.

22          MR. DAY:  Your Honor, in light of -- and I'm thinking

23 it through, in light of the fact that Mr. Aldazabal is

24 abandoning the entrapment, of course we obviously are not.

25 And I would normally ask for a theory of it defense

TUESDAY, FEBRUARY 19th, 2013

1   instruction and I'd ask the Court to say Mr. Page's defense is

2   the following.

3        I'm not going to do that in light of the entrapment

4   instruction.  So I would ask that it be read "the defendant,

5   Marc Page, has claimed to be a victim of entrapment regarding

6   the charged offense."

7        MR. DAVIDSON:  That's fine, Judge.  I don't have a

8   problem with that.  I think what might need to be added then

9   is that defendant Brennan has waived any -- or defense of

10  entrapment.

11       MR. ALDAZABAL:  No, I don't think we need to do that.

12  You know, we have two defendants and we have defenses that are

13  not mutually the same.  But I don't think we need to --

14       THE COURT:  I think the defendant Marc Page has

15  claimed, right?

16       MR. DAY:  Yes.

17       MR. DAVIDSON:  To be a victim of --

18       THE COURT:  Not have, and then you take off the S

19  victim.  Right?

20       MR. ALDAZABAL:  Correct.

21       THE COURT:  Okay.  What else do we need?

22       MR. DAVIDSON:  My concern now is that the jury is

23  going to wonder what's the law on entrapment for Mr. Brennan?

24  What are we supposed to do that?  And in my last trial, Judge

25  Cooke gave an instruction, this is in the Douglas Newton case,

TUESDAY, FEBRUARY 19th, 2013

1  where she said the defendant has waived, that is, he has given

2  up any entrapment defense.

3      And in our proposed jury instructions, Your Honor, I

4  actually explained why that's necessary and I think I found

5  some citation that if the defendants not waiving -- excuse me,

6  not raising the defense, it's deemed waived and you tell the

7  jury, look, there's no entrapment defense.

8      And that's what Mr. Aldazabal is basically saying on

9  behalf of Mr. Brennan.  And all we're asking you to do is tell

10  the jury that.  This defense for entrapment only applies for

11  Mr. Page.

12      MR. ALDAZABAL:  The problem with that, Your Honor, is

13  I don't think that I ever even brought up the fact that we

14  were going to use the entrapment defense.  By we waive what we

15  don't have?  I'm not going to use it, period.

16      THE COURT:  But I think Mr. Davidson has a point.  If

17  I were a juror and I heard this and then later read it because

18  they will all get a copy of it, I would wonder -- I don't see

19  Mr. -- where it harms you if we put in the fact that

20  Mr. Brennan has waived the defense of entrapment.

21      MR. ALDAZABAL:  Maybe find a different word.  I don't

22  have a problem with the concept, but somehow saying that you

23  waive it it's sort of like -- I don't want the jury to get the

24  impression, well, you know he had it and then he couldn't

25  prove it so he couldn't put evidence, and he's giving it up.

TUESDAY, FEBRUARY 19th, 2013

1    Maybe if we choose a different word, like Mr. Brennan

2 is not pursuing an entrapment defense or has not pursued an

3 entrapment defense, that I would be okay with.

4    MR. DAVIDSON:  That's fine.  I don't mind saying

5 Mr. Brennan has not pursued an entrapment defense, therefore

6 it does not apply.  The entrapment defense does not apply.

7    THE COURT:  Yeah.  Shelby, you got that down?

8    MR. ALDAZABAL:  Yes, I would be okay with that.  I

9 just don't want to give the impression that, oh, he had an

10 entrapment defense and he couldn't prove it, so now he's

11 trying Plan B.

12    THE COURT:  I kind of agree with Mr. Aldazabal that

13 it -- it really sounds like he had it and now he decided not

14 have it.

15    MR. ALDAZABAL:  Right.  And that would obviously

16 prejudice Mr. Brennan because he never really had it.  He was

17 just seeing what's going to happen.  And I think my directive

18 in -- shows that there was no entrapment case being put on --

19 on his behalf.

20    THE COURT:  Unless you forgot it.

21    MR. ALDAZABAL:  Well, I haven't forgotten, Your

22 Honor.  Just -- the truth is that these are different

23 defendants with different --

24    THE COURT:  I guess -- okay.  Shelby, we got enough?

25 Then I think we can go to press.

TUESDAY, FEBRUARY 19th, 2013

1          MR. DAY:  Your Honor, I have one -- I have one -- my

2   suggestion.  And I thought that we talked about this, but I'm

3   certainly open to the suggestion that I was wrong.  But with

4   regard to jury instruction number 7, assuming --

5          THE COURT:  Now, are we in the new one now?

6          MR. DAY:  Yes, sir.  Jury instruction number 7.

7          THE COURT:  Just a minute.  Yes, sir.

8          MR. DAY:  I thought -- but again, I could be wrong.

9   I thought that when we discussed this that I had asked that it

10  be read that during the trial you heard evidence of -- of acts

11  done by defendant Brennan on other occasions that may be

12  similar to acts the defendant Brennan is currently charged

13  with.  I thought I had asked that.  Perhaps I was wrong on

14  that.

15         THE COURT:  I don't remember it.  That doesn't mean

16  it wasn't there.

17         MR. DAVIDSON:  Actually, Judge, I don't remember it

18  either but I think perhaps the reason we didn't specify is

19  that we actually filed a 404(b) notice for Mr. Page also.  You

20  saw in the tapes and you heard testimony that Mr. Page tried

21  to bring in Douglas Tallent into this fraud.  And ultimately

22  Mr. Tallent did not pursue the fraud.  But it's on the tapes.

23  There is a discussion.

24         And in essence that is inextricably intertwined and

25  it's definitely admissible, but I think it might also satisfy

TUESDAY, FEBRUARY 19th, 2013

1    404(b) in going to Mr. Page's intent, his motive, his lack of

2    mistake.  Not only did he try and bring Mr. Brennan in through

3    Mr. Huggins, but he also tried to bring in Mr. Tallent.  So we

4    want, I think it would apply because there is some evidence of

5    other misconduct by Mr. Page.

6           THE COURT:  Well --

7           MR. DAY:  Your Honor, I don't think that that

8    qualifies as 404(b) evidence as the evidence does regarding

9    Mr. Brennan and the whole videotaped meeting in 2011.  That

10   certainly does qualify as 404(b) evidence.

11          The fact that there were conversations with another

12   individual who is not a witness, who we don't know what that

13   individual would have said, was certainly not cross-examined

14   about any of that because those hearsay statements are

15   inadmissible, that's not enough to then bootstrap in an

16   argument that that was some kind of similar act, some similar

17   fraudulent act to this one.

18          There has to be -- for the government to be able to

19   argue that there is a 404(b) evidence, there has to be an

20   actual evidentiary foundation for that request.

21          And I would suggest to the Court that if we never had

22   anything regarding Mr. Brennan on video, and if the government

23   came in and said, well, you know, there were these

24   conversations about Douglas Tallent, we don't know what those

25   actually were because they are hearsay.  But that's enough to

TUESDAY, FEBRUARY 19th, 2013

1  insinuate that there were similar acts going on here.

2          I would believe that the Court would say that's not

3  enough.  This instruction is appropriate because of the

4  admission of evidence against Mr. Brennan.

5          THE COURT:  You mean the way it is now?

6          MR. DAY:  Correct.

7          MR. DAVIDSON:  But Judge, I'm sorry, I'm actually

8  kind of surprised because I filed this 404(b) notice a long

9  time ago and I'm actually trying to find the exact date that I

10  filed it.  Because we always knew that Mr. Page is on tape

11  proposing that numerous people engage in securities fraud.

12          I filed the 404(b) notice months ago saying this tape

13  contains 404(b) evidence that is inextricably intertwined, so

14  please let us put on the Doug Tallent evidence.

15          I'm trying to find the language that I filed for the

16  Court but this was a long time ago that I filed for this.  But

17  to say that now we are labeling it 404(b) when we labeled it

18  404(b) months ago and ultimately, Your Honor, it's for the

19  jury to decide whether that bad act occurred, what weight to

20  put on that and the jury can decide that issue.  And that's

21  why they needed an instruction to direct them on how to

22  evaluate the evidence.

23          MR. DAY:  Your Honor, I'm not quarreling with any

24  notice.  That's not the point.  The point is there is no

25  evidence of a similar act.  All there is is a conversation

TUESDAY, FEBRUARY 19th, 2013

```
 1   that relates to another individual, and then some questions on

 2   cross-examination of Mr. Page as to his conversations with

 3   Mr. Epstein regarding this other individual.

 4        There has never been the establishment of no other

 5   act, similar act that's associated to this such that a certain

 6   level of proof has been met.

 7        MR. DAVIDSON:  Judge, I'm sorry, Judge.  The jury

 8   just heard testimony --

 9        THE COURT:  Help me, Mr. Day.  Did you tell me this

10   was all right the way it is?

11        MR. DAY:  No.  What I'm saying is, is that this

12   particular instruction relates as it is, I believe that the

13   foundation for it being appropriate is Mr. Brennan.  And

14   that's why I'm asking the Court to direct that this particular

15   instruction relate to Mr. Brennan and not to Mr. Page because

16   we don't have evidence of a similar act committed by Mr. Page

17   which would qualify for that instruction applying to him.

18        THE COURT:  Okay.  Mr. Davidson?

19        MR. DAVIDSON:  Okay.  The similar act is as follows:

20   Mr. Page went to Douglas Tallent and said, look, I have a

21   market manipulation deal for you.  You pay a stockbroker one

22   share and he buys three shares from his client's money.

23        Mr. Tallent said, let me think about it and said you

24   know what, I don't want to do the deal.

25        Then Mr. Page goes to Don Huggins and Mr. Brennan and
```

TUESDAY, FEBRUARY 19th, 2013

1   says I have a deal for you, a 1-for-3 deal.  He's pitching the

2   deal to more then one person.  He's pitching it to Douglas

3   Tallent, who ultimately decided not to move forward and he

4   pitched it to Don Huggins and Kevin Brennan, who decided to

5   move forward with it.

6          It's exactly the same fraud scheme that he's pitching

7   to two different people.  It's two illegal acts trying to

8   induce somebody to engage in securities fraud.  One of them is

9   charged in the indictment.  One of them is not charged.

10         On August 14, 2012, docket entry 74, the government

11  provided notice that the evidence is admissible because under

12  rule 404(b) it shows defendant Page quote, "intended to fraud

13  investors through other stocks establishes his motive,

14  opportunity, intent, preparation, plan, knowledge, identity,

15  absence of mistake and lack of accident with the scheme

16  involving OPTZ which did move forward."

17         And that's always been the government's position and

18  that's why we are urging the instruction not to be tailored.

19         My concern, Judge, is Mr. Day being the resourceful

20  lawyer that he is will say, look, there is no evidence that

21  Mr. Page engaged in any other illegal conduct, it's only

22  Mr. Brennan who did that.  And then I --

23         THE COURT:  Well, that's not quite true.

24         MR. DAVIDSON:  There is evidence, you're right.

25         THE COURT:  I'm -- it's in.  My memory is not quite

TUESDAY, FEBRUARY 19th, 2013

1  collapsed.  That's the way I remember the tapes and things

2  like that -- I have remained awake.

3       MR. DAY:  I agree, Your Honor and I'm not quarreling

4  with the Court's ruling.  I agree that there is statements on

5  the tapes that talk about Doug Tallent.  But I disagree with

6  the government's characterization of the evidence that when

7  Mr. Page testified, that he testified that he pitched the

8  illegal deal to Doug Tallent.

9       I don't think that that's what he testified to.

10 That's what I think the government wants to argue, but there's

11 not an evidentiary foundation for that based on Mr. Page's

12 testimony.

13      THE COURT:  Mr. Davidson, we are back to square one.

14      MR. DAVIDSON:  Yes, Judge.  But the tapes -- the

15 tapes show specifically that Mr. Page tried to pitch it to

16 Mr. Tallent.  He said, I can convince him, something to the

17 effect of being a criminal --

18      THE COURT:  He doesn't have to complete the deal.

19 There is evidence that he pitched the deal.  The fact that the

20 Tallent decided not to go along really --

21      MR. DAY:  Judge, I disagree --

22      THE COURT:  Doesn't let you off the hook.

23      MR. DAY:  I disagree with the government.  There is

24 no statement in the tape recording, and I will go back and

25 look at it, where Mr. Page acknowledges that he pitched the

TUESDAY, FEBRUARY 19th, 2013

1    deal to Doug Tallent.

2         THE COURT:  All right.  I'll tell you what you guys

3    do.  Sometime between now and 10 minutes to 9:00 tomorrow

4    morning, get me the appropriate stuff from the tape.

5         MR. DAY:  In the transcript?

6         THE COURT:  Right.

7         MR. DAY:  Okay.  I'll do that.

8         THE COURT:  And I'll revisit it tomorrow morning.

9         MR. DAY:  Yes, sir.

10        MR. SOTO:  Your Honor, I think we have it.

11        MR. DAVIDSON:  I have it, Judge.  Government's

12   Exhibit 3, page 20.  There are two instances.  One is Mr. Page

13   says, let me start off chronologically.  Exhibit 1, page 9 is

14   when Mr. Page says, "criminals stay a criminal and an honest

15   person stays honest.  I can't say for sure he", being Doug

16   Tallent, "would do something like this.  But I think he would

17   entertain it," suggesting that Mr. Page would bring

18   Mr. Tallent in on it.

19        Then Mr. Epstein follows up on Government Exhibit 3

20   page 20. "Yeah, what happened to Doug.  I", being Richard

21   Epstein, spoke to Doug Tallent, and said "right now the deal's

22   not for him.  He wasn't comfortable."  And Mr. Page says, "not

23   a problem.  I'll go back and reset that when the timing is

24   right."

25        So we have Mr. Page saying I'll get Mr. Tallent on

TUESDAY, FEBRUARY 19th, 2013

1  board.  Mr. Epstein saying, I went to Mr. Tallent and sure

2  enough, he wasn't on board.  And Mr. Page acknowledging, oh,

3  I'll go back,i.e., I was there already.  I took that little

4  step which is I think the only reasonable inference when "I'll

5  go back" to Mr. Tallent because he went to Mr. Tallent in the

6  first place -- "when the timing is right."

7         So I think there is evidence that Mr. Page went to

8  Mr. Tallent and Mr. Tallent spoke with Mr. Epstein and

9  Mr. Tallent said, you know what, the program's not for me and

10 that's enough.

11        The conversation, the trying to recruit Mr. Tallent

12 into the fraud is other bad acts.

13        MR. SOTO:  Your Honor, I can fill in the blank --

14        MR. DAY:  If I could respond.

15        MR. SOTO:  I wasn't finished.

16        THE COURT:  Wait a minute, one at a time.

17        MR. SOTO:  There is actually a transcript, Your

18 Honor, where Mr. Page acknowledges that Douglas Tallent

19 understands the deal and is going ahead with the deal and that

20 is Exhibit 2A where Mr. Epstein says okay, is Doug okay with

21 the general gist of the deal?  And Mr. Page says absolutely.

22        This is before he later says I'll go back and revisit

23 it with him because he doesn't appear to be interested

24 anymore.  He says, he, Mr. Page says Mr. Tallent is absolutely

25 okay with the deal.

TUESDAY, FEBRUARY 19th, 2013

1          And if Your Honor recalls Mr. Page's testimony, he

2     said the reason that I agreed to this deal is because I kept

3     talking to Mr. Epstein about one or several other deals and he

4     kept referring me back to this one market buying program.

5          His testimony was, I didn't want to be involved in

6     this deal, I wanted to talk to him about these other deals and

7     he kept pushing back.  So we know what deal Mr. Epstein was

8     talking about.

9          MR. DAY:  And what page in Exhibit 2 is it that the

10     government is referring to?

11          MR. SOTO:  Page 6.

12          MR. DAY:  Right.  And what page 6 is is talking about

13     them having a conversation.  It has nothing to do -- there is

14     no specifics as to what that conversation may have been.  And

15     when you go to Exhibit 1, on page 9, when he's asked about

16     Doug Tallent, this is what Mr. Page says, "So I can't say for

17     sure he would do something like this in the future."  And then

18     the government goes to Exhibit 3, and thinks that this

19     bootstraps their argument, where it's Mr. Epstein that says, I

20     spoke to Doug and Doug said, "You know, right now the deal's

21     not for him".  And he wasn't comfortable with it.

22          And then Mr. Page says, Okay, not a problem.  I'll go

23     back and reset when the timing's right.  But there's no

24     evidence that he ever did.  And that's the problem.  And

25     that's what the government knows.

1          They know what they don't have is any testimony that

2     Mr. Page ever spoke to Doug Tallent and pitched the deal.  And

3     they are trying to take phraseology out of three different

4     transcripts to piece it together to suggest that.  And unless

5     they have that, this 404(b) similar acts evidence doesn't

6     apply to Mr. Brennan -- doesn't apply to Mr. Page.

7          MR. SOTO:  Your Honor, I think with the evidence that

8     we have before the jury, what we are arguing about now is what

9     this means.

10          I will accept Mr. Day's representation that it's

11     perhaps susceptible to more than one interpretation.  His

12     being less incriminating to Mr. Page, ours being more

13     incriminating.

14          I think it should be left to the jury to decide

15     whether this is another bad act.  In my opinion, there appears

16     to be --

17          THE COURT:  Right now we're discussing whether an

18     instruction from me.

19          MR. SOTO:  Yes, Your Honor, whether there should be

20     an instruction with respect to something that appears to be

21     another similar bad act, uncharged act, committed by Mr. Page

22     with respect to this deal and Mr. Tallent.

23          And Mr. Day's arguing, this is not a bad act.  He's

24     saying my interpretation of it isn't a bad act.  We're saying

25     that it is.  Your Honor, I think we should leave it to the

TUESDAY, FEBRUARY 19th, 2013

1  jury to decide and give them the appropriate instruction with

2  which to make that decision.  There is a statement in Exhibit

3  2 --

4        THE COURT:  This is a pattern instruction, is it not?

5        MR. SOTO:  It is, Your Honor.  That's all we're

6  asking for.

7        MR. DAY:  And what the government is saying is we

8  don't need to meet a burden here.  Just throw out the

9  instruction and we can make whatever argument we want, and

10  then we'll avail ourselves of the jury instruction that says

11  see, it's similar act evidence.

12        The law requires they have to meet a certain burden,

13  evidentiary wise, before they can attribute a similar act

14  pursuant to this instruction and use that against Mr. Page.

15        And there is no way that you can take any of the

16  material out of the three areas of the transcript that they

17  have offered to the Court and cobble it together -- and that's

18  what they are trying to do -- cobble these three together and

19  say, you see, he pitched the deal to Doug Tallent.  And there

20  is no evidence that he did.

21        And unless they have evidence to indicate that he

22  pitched the deal to Doug Tallent and it was fraudulent, then

23  he has not committed a similar act.  And the Court shouldn't

24  allow the government to cobble these things together and try

25  to use the instruction to then argue that to the jury.

TUESDAY, FEBRUARY 19th, 2013

```
 1              THE COURT:  Mr. Soto?
 2              MR. SOTO:  Your Honor, it's just unaccurate to say
 3    that we're cobbling something together.  I'm just going to
 4    read two lines here.  Exhibit 2A, page 6.  Mr. Epstein to
 5    Mr. Page.  "Okay, is Doug okay with the general gist of the
 6    deal?"
 7              Mr. Page, "Absolutely".
 8              Mr. Day is suggesting that Mr. Page apparently didn't
 9    understand what the deal was when he said "absolutely."
10    That's not logical.
11              Or Mr. Page is -- Mr. Day is suggesting that Mr. Page
12    was saying, "absolutely" to some other deal.  That's
13    inconsistent with Mr. Page's testimony because Mr. Page said I
14    was talking about all these other legal deals and Mr. Epstein,
15    pressuring as he was, continued to talk about this one deal.
16              That's the only deal he wanted to talk to me about
17    and I only wanted to talk about these other deals.
18              So when Mr. Epstein, who is speaking, is says "is
19    Doug okay with the general gist of deal?"  We know from
20    Mr. Page's testimony that this is the only deal that
21    Mr. Epstein ever wanted to pitch.  Thus the so-called
22    pressure.
23              Therefore we can draw a reasonable inference from
24    this that Mr. Tallent, Doug Tallent, was okay with the general
25    gist of the deal based upon Mr. Page's response of
```

TUESDAY, FEBRUARY 19th, 2013

1  "absolutely".

2          All I'm saying is the jury is going to have heard

3  this.  We would like to argue it and we would like them to

4  have the appropriate instructions so that they can understand

5  that they can only consider this for certain narrow reasons.

6  And we would like to argue those reasons based upon the Rule

7  404(b).  Based upon the pattern instruction.  That's all.

8          THE COURT:  One more shot, Mr. Day.

9          MR. DAY:  Your Honor, as we indicated before, if you

10 look at the context of page 6.  This is what Mr. Epstein says,

11 "you know at this point I'm going to call Doug."

12         And then Mr. Page responds, I already talked to him

13 about it.  And I said, Doug, you know you can have a great

14 time with Richard out there.  And he said, Well, you know I

15 just had a call with Richard and I'm thinking, oh, man, this

16 guy might have lied to me.

17         And then when you called, I said, well, you know,

18 Doug didn't lie to me.  It was just a misunderstanding.

19         The context of what he's talking about is arranging a

20 meeting like what happened with Kevin Brennan and going and

21 actually meeting with Richard Epstein.

22         And then what this conversation is about is that when

23 -- is that Richard Epstein didn't have any idea or didn't

24 communicate to Mr. Page that he actually had spoken to

25 Mr. Tallent.  And so Mr. Page is then talking about, well,

TUESDAY, FEBRUARY 19th, 2013

1  wait a second.  I thought that you were going to talk to this

2  guy and you didn't.  But now you're telling me that you're

3  going to talk to him.

4  So that's the context --

5  THE COURT:  Let me ask you a dumb question.  Was --

6  wasn't this instruction the way it is now, when you looked at

7  it on Friday?

8  MR. DAY:  Yes.  And I thought -- and again, I may

9  have been wrong, Your Honor.  I thought I brought up and asked

10  that it relate only to defendant Brennan.  Again, I could be

11  wrong.  And --

12  THE COURT:  That part I don't remember.

13  MR. DAY:  And neither do I.  But I thought -- now

14  maybe I had asked that that -- that Mr. Brennan's name be used

15  when we had the initial instruction, the cautionary

16  instruction on 404(b) when it actually came in.

17  So I want to be perfectly candid and transparent and

18  say I can't say that I actually then made that same request

19  when we had our charge conference last week.

20  But regardless of that, I think that this is not

21  enough evidence to then have this particular instruction apply

22  to Mr. Page.

23  MR. SOTO:  Your Honor, I don't recall Mr. Day saying

24  that, but I will in his defense remind the Court that on

25  Friday or the last time we met he did ask the Court for some

TUESDAY, FEBRUARY 19th, 2013

1    slack with respect to the jury instructions because we were

2    going through them very quickly.  And I believe Your Honor

3    said yeah, we can revisit some of these things the next time

4    we meet.

5            So I don't want to foreclose him from making the

6    argument because we discussed them before.  I stand on my

7    argument, but I don't want to foreclose him from the argument

8    just because --

9            THE COURT:  No, I understand.

10           I want to sleep on it.

11           MR. DAY:  Yes, sir.

12           THE COURT:  I think both sides actually have a point.

13   But it's a question of whether what I think the jury might

14   understand it to mean.  That's what's important.  You don't

15   want a prejudice for either one of the defendants in any of

16   these instructions.  It's the way they are read.

17           It's my responsibility to give the jury the law.  But

18   you used the word "speculation" periodically throughout the

19   trial.  I don't want to speculate what I think they may or may

20   not say.  So I'm going to sleep on it.

21           MR. SOTO:  Thank you, Your Honor.

22           MR. DAY:  Yes, sir.

23           THE COURT:  Anything else -- oh, I have something

24   else.

25           I am assuming that after Mr. Brennan finishes

TUESDAY, FEBRUARY 19th, 2013

1  testifying that you are going to rest?  Is that correct?

2          MR. ALDAZABAL:  Yes, Your Honor, that's correct.

3          THE COURT:  So --

4          MR. ALDAZABAL:  Well, I'll have redirect, and then we

5  will --

6          THE COURT:  No, I understand.  Yeah.  But I mean, we

7  are basically pretty close to the end of the trial.

8          MR. ALDAZABAL:  Hopefully.

9          THE COURT:  We should finish tomorrow.  That's what

10 I'm trying to get at.

11         MR. ALDAZABAL:  Yes, we certainly hope so, Your

12 Honor.

13         THE COURT:  Don't get so excited about it.  The

14 government, have I got this right?

15         MR. DAVIDSON:  I'm sorry, Your Honor?

16         THE COURT:  Are you planning to call any other

17 witnesses?

18         MR. DAVIDSON:  I doubt it, it depends on what happens

19 tomorrow morning.  But I don't think so.

20         THE COURT:  All right.  See you guys at 9:00 tomorrow

21 morning.

22         MR. DAVIDSON:  Thank you, Your Honor.

23         COURTROOM DEPUTY:  Would you have counsel look at the

24 document and redact it.

25         MR. DAY:  Yes, it looks good.

TUESDAY, FEBRUARY 19th, 2013

 1          MR. DAVIDSON:  Yes, thank you.  Just redact the

 2    forfeiture.

 3          MR. DAY:  Yes, just redact the forfeiture.

 4          THE COURT:  All right.

 5          MR. DAY:  See you in the morning, Judge.

 6          THE COURT:  You know if you come up here on the

 7    weekends, not only do the lights not work, but there is no air

 8    conditioning.

 9          COURTROOM DEPUTY:  You have to make a request ahead

10    of time.

11        (Proceedings were adjourned at 5:43 p.m.)

12                              * * *

13          I certify that the foregoing is a correct transcript

14    from the record of proceedings in the above matter.

15    Date:  September 5, 2013

16

17          s/ JUDITH M. WOLFF, CERTIFIED REALTIME REPORTER
            Signature of Court Reporter

18

19                              * * *

20                        INDEX TO WITNESSES

21     NAME                      D     C     RD     RC

22    MARC PAGE..................... 5    41    69

23    KEVIN BRENNAN................. 71

24                              * * *

25

TUESDAY, FEBRUARY 19th, 2013

**$**

**$1,000 [1]**  32/2
**$100,000 [1]**  96/10
**$3,000 [1]**  14/7
**$4 [1]**  61/11
**$5,000 [1]**  16/1

**'**

**'09 [2]**  17/5 82/20
**'11 [1]**  107/20
**'81 [1]**  7/6 72/20 72/25
**'82 [1]**  7/18 72/20
**'83 [1]**  7/6
**'84 [1]**  7/18
**'86 [5]**  8/3 72/25 73/1 73/2 73/15
**'87 [4]**  8/3 8/8 16/18 16/19
**'89 [1]**  9/15
**'90 [1]**  9/15
**'90s [5]**  80/15 80/15 80/16 80/18 88/5
**'91 [1]**  73/15
**'93 [2]**  9/16 10/1
**'94 [3]**  9/16 10/1 10/1
**'97 [1]**  10/12
**'99 [1]**  81/2

**1**

**1-for-3 [6]**  47/21 53/23 54/5 54/10
  54/12 123/1
**10 [8]**  36/19 44/4 44/22 46/8 49/6
  92/13 101/18 125/3
**10-Ks [1]**  77/15
**10-minute [1]**  36/20
**10.2 [1]**  112/13
**10.4 [7]**  111/21 112/3 112/9 112/11
  112/13 112/18 112/24
**100,000 [4]**  92/2 100/20 104/17 104/18
**11 [22]**  15/15 15/18 15/21 15/24 16/17
  17/6 17/16 19/8 19/22 19/24 21/3
  21/24 22/6 23/19 24/20 25/11 25/18
  26/2 26/19 29/10 69/12 92/14
**110 [1]**  55/22
**1100 [1]**  1/20
**12 [1]**  92/17
**12-CR-60064-RWG [1]**  1/2
**13 [2]**  51/17 113/25
**13.1 [1]**  114/19
**14 [4]**  5/6 54/21 67/9 123/10
**14th [1]**  34/14
**15 [10]**  21/1 47/14 55/21 55/23 55/23
  101/18 113/5 113/6 113/21 113/23
**155 [1]**  1/7
**17 [1]**  23/12
**18 [2]**  96/6 96/15
**18th [1]**  36/8
**19 [2]**  1/4 42/21
**1980 [1]**  6/21
**1990 [2]**  9/15 81/23
**1996 [1]**  10/10
**1999 [1]**  11/13

**2**

**20 [9]**  58/19 62/23 62/23 104/25
  111/16 111/19 111/24 125/12 125/20
**2000 [2]**  81/23 88/5
**2001 [1]**  81/2
**2003 [2]**  13/19 61/10
**2006 [1]**  15/19
**2007 [3]**  15/20 16/6 16/20
**2009 [8]**  16/24 17/15 21/24 22/6 23/12

25/11 26/22 100/6
**2010 [17]**  16/18 16/22 27/6 61/16 61/25
  62/3 62/7 63/5 63/8 66/11 84/16 89/6
  89/6 89/12 94/12 94/12 94/14
**2011 [3]**  33/11 106/9 120/9
**2012 [1]**  123/10
**2013 [2]**  1/4 135/15
**21st [1]**  63/16
**22 [3]**  48/14 62/3 62/12
**22nd [2]**  63/24 65/5
**23rd [1]**  47/24
**25 [8]**  27/15 27/17 42/11 42/17 52/1
  61/11 99/10 104/17
**25th [2]**  27/6 69/5
**2655 [1]**  1/17
**29 [1]**  71/11
**2:25 [1]**  1/5
**2A [2]**  126/20 130/4
**2nd [3]**  89/6 89/12 93/6

**3**

**30 [4]**  62/23 62/24 104/17 104/25
**305 [1]**  1/24
**31 [2]**  71/11 91/25
**33 [5]**  42/22 42/22 43/4 43/4 71/11
**33128 [1]**  1/24
**33132 [1]**  1/16
**33134 [1]**  1/18
**33301 [1]**  1/20
**35 [1]**  71/11
**37 [1]**  71/11
**371 [2]**  39/19 41/6
**3:15 [2]**  36/21 36/22
**3:26 [1]**  36/23
**3:33 [1]**  41/14
**3rd [3]**  90/19 93/6 106/9

**4**

**400 [2]**  1/23 8/11
**404 [14]**  119/19 120/1 120/8 120/10
  120/19 121/8 121/12 121/13 121/17
  121/18 121/22 128/5 131/7 132/16
**41 [1]**  135/22
**4th [1]**  63/16

**5**

**50 [1]**  99/10
**500 [1]**  8/11
**500,000 [4]**  52/3 86/16 86/16 92/2
**523-5294 [1]**  1/24
**5294 [1]**  1/24
**55,000 [1]**  42/22
**5:09 [1]**  111/7
**5:43 [1]**  135/11
**5th [1]**  62/9

**6**

**60 [1]**  74/10
**62 [1]**  70/23
**69 [1]**  135/22

**7**

**70 [1]**  100/14
**700 [1]**  1/17
**71 [1]**  135/23
**74 [1]**  123/10
**7th [1]**  62/13

**8**

**80 [1]**  20/15

**800,000 [2]**  100/16 100/20
**8:29 [1]**  21/24
**8N09 [1]**  1/23

**9**

**90 [1]**  12/5
**99 [1]**  1/15
**9:00 [4]**  111/4 111/5 125/3 134/20

**A**

**a.m [1]**  21/24
**abandoned [1]**  37/17
**abandoning [1]**  115/24
**ability [1]**  93/19 96/19 99/14
**able [11]**  16/10 19/16 77/18 77/19
  78/22 81/12 85/24 91/24 91/25 96/4
  120/18
**about [154]**
**above [2]**  39/20 135/14
**absence [1]**  123/15
**absolutely [9]**  28/16 76/25 106/7
  126/21 126/24 130/7 130/9 130/12
  131/1
**absorbed [1]**  74/18
**Academy [1]**  71/14
**accept [2]**  109/1 128/10
**accepted [2]**  37/17 40/5
**accident [2]**  112/12 123/15
**account [5]**  10/20 10/21 10/22 11/8
  13/15
**accountant [1]**  72/15
**accounting [18]**  71/25 71/25 72/1 72/3
  72/10 72/16 72/22 72/24 73/19 74/1
  74/3 74/3 75/16 76/9 77/5 78/10 78/12
  78/13
**accounts [2]**  62/18 62/24
**accumulate [1]**  78/24
**accurate [3]**  65/12 65/14 112/18
**acid [1]**  86/20
**acknowledges [2]**  124/25 126/18
**acknowledging [1]**  126/2
**acquire [1]**  91/23
**acquired [4]**  9/3 61/10 75/15 84/16
**acquisition [10]**  53/5 65/20 79/24
  84/15 85/17 85/17 86/17 91/17 91/20
  92/6
**acquisitions [14]**  61/10 74/13 74/15
  74/15 75/8 76/3 78/3 79/3 80/19 85/4
  85/7 85/16 101/22 103/1
**act [18]**  37/12 37/13 120/16 120/17
  121/19 121/25 122/5 122/5 122/16
  122/19 128/15 128/21 128/21 128/23
  128/24 129/11 129/13 129/23
**acting [7]**  12/8 17/12 37/19 40/10
  62/14 63/9 63/18
**action [1]**  60/22
**activities [2]**  35/17 44/12
**activity [4]**  83/11 89/1 100/7 109/22
**acts [7]**  2/14 119/10 119/12 121/1
  123/7 126/12 128/5
**actual [3]**  86/20 97/1 120/20
**actually [34]**  4/13 6/2 14/24 16/10
  22/15 53/12 65/3 73/2 85/17 89/22
  93/6 97/6 98/20 100/25 102/9 102/10
  105/5 106/8 106/9 107/3 107/4 107/21
  117/4 119/17 119/19 120/25 121/7
  121/9 126/17 131/21 131/24 132/16
  132/18 133/12
**add [3]**  20/21 40/6 112/7
**added [1]**  116/8

# A

**addition [2]** 38/5 96/9
**additional [1]** 7/20
**additive [3]** 15/15 20/7 20/21
**address [4]** 2/8 4/6 4/18 114/15
**adjourned [1]** 135/11
**administration [1]** 71/23
**admissible [3]** 82/11 119/25 123/11
**admission [1]** 121/4
**admit [1]** 23/24
**admitted [5]** 22/15 22/23 24/10 25/8
27/11
**advance [4]** 44/7 44/14 44/21 49/22
54/1
**advanced [1]** 45/15
**advantages [1]** 78/7
**advisement [1]** 4/17
**afield [2]** 40/14 40/17
**AFPD [1]** 1/19
**after [34]** 6/25 7/1 7/11 7/22 8/4 25/11
27/25 33/5 34/13 49/24 50/22 54/3
57/8 57/10 60/20 61/14 64/1 67/5
67/23 67/23 72/3 72/14 72/22 74/7
74/7 77/24 78/17 89/24 93/5 99/3
102/21 104/16 109/8 133/25
**afternoon [2]** 5/8 70/21
**again [14]** 6/11 29/17 51/5 64/6 74/14
93/7 93/9 95/1 95/3 109/20 110/24
119/8 132/8 132/10
**against [9]** 38/16 100/12 108/4 108/23
112/4 112/7 112/25 121/4 129/14
**Agent [16]** 33/11 33/12 34/3 34/7 34/12
34/12 34/17 34/23 35/3 35/3 35/6 35/7
35/11 66/15 67/25 107/13
**agents [1]** 84/1
**Ages [1]** 71/10
**aggressively [1]** 78/2
**ago [5]** 3/12 121/9 121/12 121/16
121/18
**agree [14]** 3/25 28/10 28/11 31/24 32/8
33/17 33/23 40/12 42/16 112/16
112/19 118/12 124/3 124/4
**agreeable [1]** 52/5
**agreed [4]** 86/9 86/13 92/2 127/2
**agreeing [2]** 31/13 48/6
**agreement [11]** 14/3 14/9 15/21 17/25
47/2 47/7 53/7 83/11 108/25 109/1
113/20
**ahead [13]** 2/8 5/19 24/8 26/10 29/25
48/3 63/14 81/20 82/15 87/20 100/2
126/19 135/9
**air [1]** 135/7
**Aldazabal [6]** 1/17 113/2 115/10
115/23 117/8 118/12
**Alex [1]** 1/14
**alive [1]** 5/11
**all [85]** 2/15 3/1 4/23 5/7 5/8 6/16 7/11
8/4 8/24 10/13 11/11 11/20 12/8 15/7
16/7 17/12 18/9 22/21 23/24 24/8 25/3
25/7 26/10 27/20 29/19 36/24 37/7
37/9 41/13 41/15 46/17 47/17 51/7
51/11 56/5 58/19 61/19 61/20 62/15
65/9 66/14 68/24 70/10 74/16 75/16
77/14 80/9 80/21 81/18 83/2 88/9
88/17 89/1 92/12 95/3 95/5 95/6 99/11
99/12 100/3 100/5 100/21 101/18
101/22 102/14 107/3 107/7 107/21
108/8 110/1 110/23 111/8 114/3 114/3
117/9 117/18 121/25 122/10 125/2

129/5 130/14 131/2 131/7 134/20
135/4
**allow [2]** 8/18 129/24
**allowed [4]** 8/19 96/5 96/13 96/14
**allows [1]** 77/13
**almost [2]** 71/16 102/7
**along [7]** 47/4 47/13 48/13 51/23 52/24
96/25 124/20
**already [10]** 16/3 22/14 29/22 31/4
60/23 65/20 81/4 87/3 126/3 131/12
**Alsi [2]** 17/4 17/9
**also [30]** 4/5 10/4 12/19 14/20 17/13
26/15 42/5 49/7 49/13 49/23 50/2
50/21 50/22 51/10 52/5 52/15 57/5
60/24 61/8 77/21 84/20 86/22 95/9
96/3 98/17 99/24 99/24 119/19 119/25
120/3
**although [1]** 3/10
**always [4]** 74/23 75/25 121/10 123/17
**am [2]** 49/20 133/25
**ambiguity [1]** 52/15
**AMERICA [3]** 1/3 73/7 75/2
**amongst [1]** 110/25
**amount [1]** 16/12
**amounts [1]** 102/8
**analyze [3]** 12/2 85/4 85/11
**announcing [1]** 45/17
**another [18]** 10/23 13/16 15/12 15/13
19/2 30/18 58/8 60/24 61/2 72/22
74/16 74/18 82/25 87/1 120/11 122/1
128/15 128/21
**answer [4]** 26/17 26/18 48/8 91/15
**answered [3]** 35/17 63/12 68/3
**answers [1]** 81/19
**any [53]** 2/13 6/25 7/19 11/11 12/6
17/9 18/9 29/11 36/13 36/15 39/3 39/4
39/17 40/19 41/5 49/19 51/20 52/11
56/21 60/5 61/17 63/4 69/15 69/18
69/21 71/8 72/3 82/4 86/13 87/11
88/23 91/6 91/16 95/16 96/8 97/1
97/22 98/2 98/5 99/13 99/17 104/2
113/17 116/9 117/2 120/14 121/23
123/21 128/1 129/15 131/23 133/15
134/16
**anybody [10]** 64/14 93/19 97/25 99/17
104/5 105/7 105/9 105/18 105/20
111/1
**anyhow [2]** 79/6 103/23
**anymore [1]** 126/24
**anyone [6]** 6/14 34/5 63/9 63/17 63/18
63/20
**anything [28]** 2/5 12/22 36/12 60/18
63/10 70/8 87/9 89/1 90/9 90/9 92/17
96/5 98/8 99/6 99/7 99/14 104/3 104/5
106/5 106/22 106/22 106/24 107/4
107/7 109/4 109/23 120/22 133/23
**anyway [1]** 110/16
**anywhere [1]** 105/20
**aol.com [1]** 22/4
**apartment [1]** 7/14
**apartments [1]** 7/17
**apologize [2]** 5/8 114/2
**apparently [1]** 130/8
**appear [1]** 126/23
**APPEARANCES [1]** 1/13
**appears [2]** 128/15 128/20
**applied [1]** 8/6
**applies [1]** 117/10
**apply [6]** 118/6 118/6 120/4 128/6
128/6 132/21

**applying [1]** 122/17
**appreciated [1]** 15/9
**appreciation [1]** 44/19
**approach [2]** 21/14 77/17
**appropriate [5]** 121/3 122/13 125/4
129/1 131/4
**approximate [1]** 102/18
**approximately [13]** 8/1 11/9 16/16
20/15 34/11 72/19 73/13 80/3 81/1
94/12 97/12 106/10 107/16
**April [2]** 107/19 107/20
**aqui [1]** 96/6
**are [93]** 2/15 2/20 2/24 4/1 5/4 5/6 5/15
6/1 6/3 6/8 6/9 10/9 11/4 14/24 14/24
20/17 23/1 23/3 23/4 26/2 29/8 29/19
32/11 33/19 37/18 37/23 38/17 41/8
41/9 42/12 42/17 47/19 51/18 54/15
55/19 57/6 59/25 60/7 60/7 60/10
60/10 65/11 65/14 67/24 70/22 74/14
74/19 74/22 74/23 75/16 76/14 77/18
77/21 80/10 83/21 84/1 84/6 84/7
84/21 91/20 97/4 97/12 97/19 99/11
99/15 103/16 109/11 110/15 110/24
110/24 111/3 111/5 112/1 113/15
115/17 115/24 116/12 116/24 118/22
119/5 120/14 120/25 121/17 123/18
124/13 125/12 128/3 128/8 129/18
133/16 134/1 134/7 134/16
**area [6]** 9/3 11/16 16/8 81/3 92/21
100/23
**areas [2]** 80/7 129/16
**aren't [2]** 65/12 102/3
**argue [6]** 114/6 120/19 124/10 129/25
131/3 131/6
**arguing [2]** 128/8 128/23
**argument [6]** 120/16 127/19 129/9
133/6 133/7 133/7
**arguments [2]** 22/11
**around [5]** 18/8 93/24 98/25 100/15
102/25
**arrange [1]** 67/3
**arranged [2]** 90/8 90/17
**arranging [1]** 131/19
**arrives [1]** 2/6
**Arthur [1]** 73/23
**ask [26]** 12/19 21/19 23/7 24/13 25/21
27/20 27/22 29/4 34/17 34/19 35/15
40/24 41/4 41/5 41/20 51/15 60/21
88/22 101/10 103/13 112/11 115/25
116/1 116/4 132/5 132/25
**asked [25]** 4/9 4/11 17/5 19/21 21/4
25/20 26/13 26/15 28/14 28/21 35/2
35/14 35/16 36/14 41/25 49/15 63/12
65/8 68/2 73/4 119/9 119/13 127/15
132/9 132/14
**asking [9]** 29/21 39/6 39/11 39/15
53/16 113/1 117/9 122/14 129/6
**asks [1]** 3/2
**aspects [1]** 74/1
**ass [1]** 47/15
**Asset [1]** 13/2
**assets [1]** 26/2
**associate [1]** 10/23
**associated [3]** 23/2 75/20 122/5
**Association [1]** 13/5
**assumed [1]** 90/12
**assuming [4]** 25/24 112/14 119/4
133/25
**Athens [1]** 71/16
**attached [1]** 23/14

**A**

**attachment [1]** 24/21
**attachments [3]** 23/2 23/3 23/4
**attend [1]** 106/13
**attended [1]** 7/6
**attending [1]** 12/25
**attention [6]** 6/17 16/23 18/19 27/4
 37/11 44/5
**attorney [7]** 1/15 107/23 108/1 108/2
 108/5 108/14 109/5
**Attorney's [1]** 107/10
**attribute [1]** 129/13
**attributed [1]** 52/17
**audit [3]** 47/8 73/24 75/13
**auditing [2]** 75/16 79/7
**auditor [1]** 73/23
**audits [1]** 76/10
**August [2]** 23/12 123/10
**AUSA [2]** 1/14 1/14
**avail [1]** 129/10
**avenue [1]** 1/23 66/7
**avoid [1]** 56/5
**awake [1]** 124/2
**awarded [2]** 8/7 8/16
**awareness [1]** 74/22

**B**

**B-O-R [1]** 11/2
**B-O-R-B-E-T [1]** 11/1
**back [35]** 6/16 9/9 10/2 26/12 29/3
 36/25 44/17 44/24 45/1 47/19 59/8
 60/20 61/13 61/14 73/4 73/11 75/22
 83/15 87/3 90/13 100/18 101/16
 105/11 109/17 109/20 110/15 114/17
 124/13 124/24 125/23 126/5 126/22
 127/4 127/7 127/23
**back,i.e [1]** 126/3
**background [2]** 71/12 80/6
**backgrounds [1]** 80/6
**backtrack [1]** 47/25
**bad [8]** 20/15 41/8 121/19 126/12
 128/15 128/21 128/23 128/24
**bankrupt [2]** 50/24 51/6
**Barbara [4]** 7/2 7/4 7/12 7/14
**based [6]** 81/17 86/20 124/11 130/25
 131/6 131/17
**basic [1]** 111/20
**basically [18]** 12/2 73/17 74/1 75/13
 80/18 88/25 90/23 90/25 91/14 92/13
 94/25 95/25 96/17 101/6 101/9 108/22
 117/8 134/7
**basis [4]** 39/3 39/4 39/6 54/5
**batter [1]** 5/18
**Bay [1]** 11/16
**be [130]** 2/16 3/6 5/8 5/18 12/15 12/20
 12/23 14/19 14/20 15/1 17/7 17/7
 17/11 18/9 18/18 18/24 18/25 19/1
 19/2 20/9 22/15 24/9 25/1 30/7 31/21
 37/21 37/24 38/9 39/3 39/11 41/4
 41/15 44/12 44/14 44/21 45/1 45/2
 45/7 45/11 45/13 45/14 45/15 45/17
 45/20 45/24 46/9 49/17 49/20 49/21
 49/22 50/3 50/5 51/3 51/4 52/8 53/6
 53/8 55/6 55/7 55/11 57/6 57/15 58/1
 59/18 61/4 61/7 62/5 63/18 64/12
 65/25 66/8 66/10 68/22 72/23 75/15
 77/5 78/21 81/17 83/2 84/22 84/23
 85/14 85/18 86/10 90/10 90/12 90/14
 91/16 93/17 96/5 96/7 96/18 96/23

97/24 98/18 101/20 104/3 105/7
 105/18 111/8 111/16 111/20 114/12
 114/18 114/21 114/25 115/11 115/12
 116/4 116/5 116/8 116/17 118/3 118/8
 119/8 119/10 119/11 120/18 120/18
 120/19 123/18 126/23 127/5 128/14
 128/16 128/19 128/20 132/10 132/14
 132/17
**became [8]** 8/21 73/5 73/14 75/19
 82/19 83/4 83/17 84/15
**because [55]** 4/14 18/25 31/3 32/18
 39/20 40/18 40/21 42/4 43/15 48/19
 50/21 51/18 52/5 56/22 57/14 59/11
 62/5 65/14 66/9 68/2 77/14 78/3 79/21
 79/23 85/22 85/24 86/8 87/19 90/6
 90/16 97/10 100/12 100/18 107/3
 107/4 107/5 109/4 114/9 117/17
 118/16 120/4 120/14 120/25 121/3
 121/8 121/10 122/15 123/11 126/5
 126/23 127/2 130/13 133/1 133/6
 133/8
**Beckert [2]** 78/18 79/23
**become [6]** 12/8 15/4 72/6 76/21 82/18
 82/21
**becomes [1]** 76/21
**been [31]** 5/23 7/13 21/18 22/11 23/6
 27/8 27/11 31/3 38/21 57/16 63/12
 64/9 68/4 69/15 69/18 69/21 70/18
 72/20 80/16 81/2 100/4 100/17 101/6
 104/14 107/17 107/17 122/4 122/6
 123/17 127/14 132/9
**before [35]** 1/10 2/5 2/10 17/12 36/24
 40/1 43/23 44/8 49/8 49/13 49/18
 50/18 55/24 55/25 56/12 66/18 67/7
 69/13 69/16 69/19 69/22 69/24 80/11
 81/19 82/14 89/15 89/17 89/18 96/8
 106/16 126/22 128/8 129/13 131/9
 133/6
**beginning [5]** 10/20 46/15 52/16 84/10
 85/21
**behalf [6]** 62/14 63/10 63/18 114/6
 117/9 118/19
**behind [1]** 6/16
**being [26]** 14/6 15/24 16/1 29/18 52/23
 74/24 77/2 77/4 83/13 86/15 89/8
 92/18 94/4 104/21 106/10 109/20
 112/12 113/1 118/18 122/13 123/19
 124/17 125/15 125/20 128/12 128/12
**belief [4]** 39/18 39/22 39/23 99/3
**beliefs [1]** 39/3
**believable [1]** 62/17
**believe [41]** 2/13 3/5 26/19 34/13 37/15
 38/11 38/14 39/2 39/5 39/6 40/10
 40/19 40/22 48/17 49/16 58/4 58/10
 58/15 58/25 60/12 62/11 63/18 63/22
 64/3 64/13 65/13 78/11 87/17 87/17
 89/10 89/15 95/14 97/22 99/6 99/7
 101/12 106/24 108/12 121/2 122/12
 133/2
**believed [2]** 38/4 107/3
**believes [2]** 38/15 39/5
**benefit [1]** 77/7
**benefits [1]** 32/5
**Berndt [4]** 13/21 15/13 15/18 61/14
**Berry [4]** 83/16 86/2 86/4 87/5
**best [4]** 15/17 55/8 77/4 100/19
**better [4]** 39/25 51/20 52/11 73/25
**between [7]** 16/18 75/23 81/2 89/5
 102/11 104/17 125/3
**big [3]** 13/1 77/11 84/9

**bigger [3]** 10/21 74/11 78/25
**biggest [3]** 87/12 87/14 97/9
**bill [2]** 10/23 84/3
**bills [1]** 32/21
**biodiesel [3]** 15/16 19/5 20/6
**Bismarck [3]** 8/7 8/12 9/6
**bit [5]** 11/5 18/15 67/2 67/7 89/24
**blank [1]** 126/13
**block [1]** 52/3
**Blvd [1]** 1/20
**board [8]** 83/10 103/15 103/16 103/17
 103/19 103/20 126/1 126/2
**bond [1]** 4/10
**bootstrap [1]** 120/15
**bootstraps [1]** 127/19
**born [1]** 70/24
**borrowed [1]** 107/25
**Boston [4]** 100/4 100/23 103/2 106/3
**both [6]** 61/1 84/23 97/6 97/8 97/17
 133/12
**bottom [3]** 18/21 86/12 108/7
**bought [5]** 9/19 46/3 46/19 46/22 74/24
**breast [1]** 32/20
**breasts [1]** 32/20
**Brennan [50]** 1/17 17/17 18/12 31/22
 51/23 52/4 52/10 52/17 53/5 53/14
 53/17 53/22 54/1 61/23 62/20 63/19
 64/1 64/4 64/8 64/24 66/12 70/16
 70/17 70/21 70/22 109/25 114/6 116/9
 116/23 117/9 117/20 118/1 118/5
 118/16 119/11 119/12 120/2 120/9
 120/22 121/4 122/13 122/15 122/25
 123/4 123/22 128/6 131/20 132/10
 133/25 135/23
**Brennan's [1]** 132/14
**BRENNANN [1]** 1/6
**bribe [1]** 45/24
**bribing [1]** 48/24
**bridge [2]** 42/11 42/16
**brief [1]** 36/18
**briefly [2]** 80/13 111/12
**bright [1]** 79/16
**bring [9]** 31/22 37/9 37/11 40/15 87/3
 119/21 120/2 120/3 125/17
**bringing [3]** 49/2 55/10 107/6
**broker [24]** 13/4 13/5 13/15 36/2 44/14
 45/6 45/12 45/20 45/25 46/4 46/5
 46/10 46/21 49/5 52/2 53/23 53/24
 54/2 64/11 87/1 90/24 93/19 95/14
 101/6
**broker's [1]** 47/1
**broker/dealers [3]** 13/4 13/5 93/19
**brokerage [1]** 13/16
**brokers [1]** 16/7
**brother [3]** 88/6 88/7 107/25
**brought [11]** 30/13 30/14 30/15 30/16
 38/21 44/18 44/24 45/4 73/23 117/13
 132/9
**Broward [1]** 1/20
**BSBA [2]** 71/23 71/25
**Buffett [1]** 4/2
**build [12]** 8/24 12/3 76/5 77/1 77/10
 77/11 78/2 78/20 78/25 79/1 80/20
 80/21
**building [4]** 12/11 13/17 79/17 111/1
**built [3]** 9/19 9/22 10/1
**bulletin [6]** 83/10 103/15 103/16
 103/17 103/19 103/20
**bunch [1]** 43/4
**burden [4]** 8/22 8/23 129/8 129/12

**B**

**Burlington [2]** 100/24 103/1
**bus [1]** 20/25
**business [31]** 7/13 10/22 12/10 26/15 51/11 71/23 72/24 74/19 74/19 76/6 77/1 77/4 77/10 78/3 78/3 78/19 79/6 79/18 80/2 80/19 80/20 80/20 81/2 81/10 82/6 84/2 85/5 93/22 109/17 109/19 109/20
**businesses [2]** 15/6 77/11
**buy [16]** 15/2 30/21 31/5 49/12 49/18 49/21 50/13 50/17 52/2 54/2 77/18 79/1 79/22 85/6 95/20 96/20
**buying [31]** 28/7 30/9 30/22 31/6 31/11 31/13 45/18 45/21 49/8 49/19 49/22 50/3 50/5 50/15 52/8 57/18 58/14 58/17 59/22 60/6 63/11 64/17 65/18 66/1 69/6 69/13 69/15 77/10 86/20 107/6 127/4
**buys [3]** 46/5 74/16 122/22

**C**

**C-O-R-B-E-T [1]** 11/3
**calendar [1]** 61/17
**California [5]** 4/21 6/2 6/24 66/16 66/24
**call [30]** 5/21 17/4 27/5 28/2 33/11 35/22 46/8 46/20 47/20 47/24 48/5 48/7 48/9 56/12 56/19 62/3 64/3 67/5 84/9 86/20 86/25 90/10 90/19 90/22 90/23 98/21 101/6 131/11 131/15 134/16
**call acid-based [1]** 86/20
**called [30]** 2/1 6/4 13/1 14/15 15/15 17/14 25/15 26/12 30/2 30/11 30/24 31/9 61/23 73/3 74/24 75/12 75/20 77/9 79/8 82/25 84/16 95/1 95/19 95/21 96/1 102/17 107/13 108/10 130/21 131/17
**calling [4]** 33/21 33/22 49/20 90/12
**calls [11]** 28/4 28/6 33/19 35/23 36/5 66/11 70/15 81/14 82/9 87/16 104/5
**came [13]** 8/17 16/6 17/3 44/21 52/7 73/11 88/22 93/5 95/13 101/5 102/16 120/23 132/16
**can [37]** 2/7 4/4 4/7 5/10 14/19 15/17 29/20 36/4 37/24 39/2 40/19 40/24 41/5 41/21 52/20 52/25 75/22 76/21 77/20 79/20 84/23 86/25 87/1 95/20 100/14 118/25 121/20 124/16 126/13 129/9 129/13 129/15 130/23 131/4 131/5 131/13 133/3
**can't [5]** 56/16 91/15 125/15 127/16 132/18
**candid [1]** 132/17
**capability [1]** 18/20
**care [8]** 2/5 2/17 5/10 6/13 55/2 92/19 92/21 113/14
**career [1]** 101/17
**careful [1]** 41/4
**carrier [1]** 87/1
**case [11]** 1/2 2/15 5/13 26/6 77/9 82/11 110/25 111/22 115/9 116/25 118/18
**case-in-chief [1]** 5/13
**cash [4]** 26/14 85/22 86/14 86/16
**caught [1]** 18/19
**cause [1]** 50/6
**cautionary [1]** 132/15
**cave [1]** 48/5

**caved [7]** 47/4 47/20 47/20 48/1 48/15 48/16 48/21
**cell [1]** 90/11
**cellular [1]** 8/6
**cent [1]** 42/11
**cents [7]** 42/10 42/11 42/17 52/2 61/11 104/17 104/25
**CEO [5]** 84/19 84/23 85/2 87/4 99/24
**CEO's [1]** 62/22
**certain [10]** 15/3 35/17 37/20 38/2 38/5 51/16 75/11 122/5 129/12 131/5
**certainly [9]** 3/21 39/17 40/1 41/5 112/2 119/3 120/10 120/13 134/11
**certificate [5]** 12/6 12/7 95/14 98/11 98/15
**CERTIFIED [1]** 135/17
**certify [1]** 135/13
**CFO [13]** 73/5 73/12 73/14 73/17 79/8 79/10 79/15 80/22 81/25 84/20 84/23 85/2 87/4
**challenges [1]** 74/11
**chance [2]** 95/7 111/14
**change [2]** 112/6 115/10
**changed [3]** 52/7 70/7 115/17
**changing [1]** 115/15
**characterization [1]** 124/6
**charge [2]** 98/18 132/19
**charged [4]** 116/6 119/12 123/9 123/9
**charges [3]** 38/15 112/4 112/24
**chase [1]** 82/18
**check [2]** 5/5 15/1
**Chicago [1]** 100/4
**chief [2]** 5/13 83/20
**children [3]** 6/7 6/13 71/8
**choice [1]** 67/20
**choose [2]** 107/25 118/1
**chronological [1]** 101/4
**chronologically [1]** 125/13
**circumstances [1]** 2/4
**citation [1]** 115/7
**citing [2]** 38/5 38/9
**City [3]** 7/2 7/4 7/12
**claim [1]** 51/13
**claimed [5]** 114/18 114/23 115/12 116/5 116/15
**clarify [3]** 41/21 51/18 63/16
**clarity [1]** 83/3
**class [2]** 95/19 95/20
**classes [1]** 95/17
**clear [5]** 50/23 52/8 62/5 66/21 114/12
**clearing [1]** 115/1
**Clearwater [1]** 78/11
**clerk [2]** 4/17 37/11
**client [5]** 46/5 46/22 46/22 76/12 79/13
**client's [1]** 122/22
**clients [3]** 50/10 54/2 73/3
**clock [2]** 52/20 52/25
**close [5]** 11/17 86/8 91/25 111/3 134/7
**closing [1]** 115/10
**CLQ [1]** 30/24
**co [5]** 82/10 82/11 82/12 113/11 114/7
**co-conspirator [1]** 82/12
**co-defendant [4]** 82/10 82/11 113/11 114/7
**cobble [3]** 129/17 129/18 129/24
**cobbling [1]** 130/3
**coincidentally [1]** 108/7
**collapsed [2]** 100/7 124/1
**College [3]** 7/2 7/4 7/12
**column [2]** 44/3 89/23

**come [19]** 13/17 16/7 16/24 29/3 33/23 40/19 53/7 64/10 72/8 73/4 75/19 84/14 85/13 86/16 107/9 107/23 108/11 110/15 135/6
**comes [1]** 36/25
**comfort [1]** 77/20
**comfortable [13]** 54/11 55/1 55/6 55/7 55/11 55/13 55/15 58/22 58/24 59/6 59/17 125/22 127/21
**coming [9]** 20/5 32/22 32/23 45/2 45/7 45/11 45/13 45/16 93/15
**comments [1]** 38/2
**commission [3]** 52/6 53/10 84/4
**commissions [1]** 99/16
**committed [4]** 38/15 122/16 128/21 129/23
**common [14]** 95/19 96/2 97/1 97/7 97/13 97/17 97/19 97/20 97/24 98/2 98/5 98/8 98/12 105/24
**communicate [1]** 131/24
**communicating [1]** 19/1
**companies [40]** 12/3 12/3 12/9 12/11 12/11 12/14 12/17 18/20 19/2 29/11 29/12 29/13 29/14 29/17 31/17 50/22 50/24 51/6 61/1 74/23 75/11 76/8 76/11 76/25 77/6 78/20 78/21 78/22 78/24 79/17 79/22 81/11 85/8 102/3 103/15 103/16 103/18 103/25 104/13 107/7
**company [139]**
**company's [1]** 102/13
**compelled [1]** 38/20
**complete [2]** 26/15 124/18
**completed [1]** 5/13
**completely [2]** 27/18 31/4
**completing [1]** 53/4
**complex [1]** 7/14
**compliance [1]** 47/15
**complimentary [1]** 38/4
**component [1]** 3/16
**concept [1]** 117/22
**concern [5]** 2/12 52/17 92/18 116/22 123/19
**concerned [1]** 70/13
**concerning [1]** 24/1
**concludes [1]** 25/5
**conditioning [1]** 135/8
**conditions [1]** 4/10
**conduct [3]** 57/1 57/2 123/21
**conference [13]** 13/1 13/2 17/15 18/14 18/16 93/17 94/2 94/4 94/14 94/18 99/11 99/22 132/19
**conferences [3]** 12/25 13/6 64/10
**confusion [2]** 51/24 113/22
**connect [2]** 12/16 12/17
**connected [1]** 26/25
**connection [1]** 102/2
**consider [1]** 131/5
**considered [1]** 55/18
**consignee [1]** 84/3
**consistent [2]** 19/4 114/19
**conspiracy [3]** 82/13 82/14 113/19
**conspirator [1]** 82/12
**constantly [1]** 29/3
**construction [2]** 7/13 113/21
**consultant [10]** 11/14 12/9 12/13 13/14 16/17 17/20 74/12 87/8 87/9 87/22
**consulting [8]** 14/3 14/9 15/21 17/24 42/15 47/2 47/7 64/9
**contact [18]** 16/24 17/3 18/11 19/4

# C

**contact... [14]** 19/10 19/12 19/16 19/19 33/9 58/4 62/6 62/9 62/11 63/20 64/14 64/15 64/16 107/12
**contacted [7]** 19/20 24/3 26/8 33/7 69/6 93/7 107/9
**contains [1]** 121/13
**context [4]** 107/12 131/10 131/19 132/4
**continue [6]** 28/7 57/1 57/6 78/2 102/21 110/14
**continued [5]** 9/13 10/15 36/22 60/21 130/15
**continuing [1]** 28/25
**control [2]** 97/1 97/4
**controller [3]** 73/4 73/14 73/17
**controlling [1]** 15/10
**controversial [1]** 5/1
**conversation [26]** 26/12 27/5 27/14 43/15 58/16 60/16 81/24 89/8 89/9 90/4 90/15 91/10 91/11 91/12 91/13 92/9 92/20 93/5 93/11 93/25 104/10 121/25 126/11 127/13 127/14 131/22
**conversations [28]** 25/10 25/13 27/24 28/14 28/17 28/22 33/5 42/21 53/17 53/19 54/4 57/12 58/5 58/6 58/8 58/13 60/13 62/19 63/3 63/4 66/14 66/19 81/18 106/16 108/21 120/11 120/24 122/2
**convert [3]** 96/2 105/23 106/1
**converted [2]** 96/6 96/15
**convertible [1]** 96/1
**convince [6]** 51/22 57/10 57/22 59/11 92/1 124/16
**convinced [2]** 31/21 38/20
**COO [7]** 83/16 83/16 83/17 83/19 86/3 86/4 87/5
**Cooke [1]** 116/25
**coordinating [1]** 93/12
**copy [7]** 22/5 37/3 45/2 45/7 45/10 45/13 117/18
**Coral [1]** 1/18
**Corbet [3]** 10/23 11/6 11/8
**correct [114]** 2/25 14/23 16/15 24/7 25/25 26/7 37/2 39/11 39/18 40/8 42/7 42/13 42/19 42/25 43/12 43/16 44/8 45/12 45/25 47/12 47/17 47/18 48/15 48/21 48/22 48/25 49/1 49/3 49/9 49/10 49/23 50/3 50/4 50/7 50/8 50/25 51/1 51/4 51/7 51/8 51/12 51/23 52/6 52/11 52/13 53/3 53/10 53/11 53/14 53/17 53/20 54/6 54/13 55/11 55/12 55/16 56/3 56/23 56/24 57/3 57/4 57/6 57/7 57/20 58/1 58/2 58/14 59/9 59/18 59/23 59/24 60/6 60/8 61/3 61/6 61/9 61/13 62/7 62/10 62/15 62/16 63/11 63/24 64/2 64/18 64/25 65/19 65/22 65/24 66/2 66/5 66/9 66/12 66/20 66/22 66/25 67/3 67/11 67/12 67/14 67/17 67/20 69/25 86/6 87/6 91/19 98/1 113/2 115/19 116/20 121/6 134/1 134/2 135/13
**correction [2]** 51/19 112/20
**correspondence [1]** 65/5
**could [48]** 10/24 14/20 17/2 19/3 20/20 27/3 30/21 31/5 36/18 38/20 39/19 39/24 40/1 40/2 40/4 50/18 51/3 51/4 58/1 59/11 68/25 73/24 76/19 80/10 81/9 82/8 85/6 86/11 91/5 92/23 95/18

96/2 96/5 96/13 96/18 97/14 97/24 98/12 100/19 101/13 101/13 104/3 105/24 106/1 108/23 119/8 126/14 132/10
**couldn't [10]** 9/21 91/6 92/21 96/12 96/14 96/23 97/21 117/24 117/25 118/10
**counsel [5]** 37/13 37/14 37/18 40/5 134/23
**counseling [1]** 4/15
**count [2]** 112/3 112/24
**counter [1]** 103/17
**country [4]** 4/1 100/5 100/21 102/25
**counts [2]** 111/16 111/20
**County [5]** 6/22 6/23 6/24 9/9 32/19
**couple [15]** 3/12 7/15 7/24 13/2 13/16 34/13 57/14 59/14 60/3 65/21 67/4 68/12 69/1 69/5 107/24
**course [10]** 11/15 11/21 12/1 12/2 28/6 33/25 37/18 38/4 95/11 115/24
**courses [1]** 11/20
**court [26]** 1/1 1/23 2/1 10/24 36/22 37/11 37/13 37/20 38/11 39/22 40/16 40/19 40/22 112/18 115/5 115/8 116/1 120/21 121/2 121/16 122/14 129/17 129/23 132/24 132/25 135/17
**Court's [1]** 124/4
**courtroom [5]** 4/5 4/18 36/21 41/14 111/7
**cover [2]** 47/15 47/17
**CPA [1]** 72/6
**CR [1]** 1/2
**create [1]** 39/20
**credibility [5]** 39/2 40/9 40/13 77/14 77/19 83/3
**credible [1]** 79/19
**Creek [1]** 11/19
**crime [2]** 112/4 112/25
**criminal [12]** 33/13 56/15 56/16 57/1 57/1 57/2 57/3 107/23 108/9 108/10 124/17 125/14
**criminals [1]** 125/14
**criteria [1]** 75/11
**critical [1]** 3/16
**cross [9]** 36/17 37/22 39/2 39/4 41/7 68/13 110/2 120/13 122/2
**cross-examination [5]** 36/17 39/4 41/17 110/2 122/2
**cross-examine [1]** 39/2
**cross-examined [1]** 120/13
**cross-examining [1]** 37/22
**crossed [1]** 68/7
**CRR [1]** 1/22
**currently [2]** 111/18 119/12
**cut [1]** 82/17

# D

**Dakota [2]** 8/8 8/12
**date [10]** 90/19 93/12 96/6 102/18 105/23 106/2 106/10 106/11 121/9 135/15
**date's [1]** 34/13
**dates [4]** 63/21 89/11 106/8 107/24
**Davidson [1]** 1/14 38/8 40/25 41/16 112/23 113/18 114/10 115/6 117/16 122/18 124/13
**day [27]** 1/19 2/9 3/2 5/15 23/25 25/4 25/23 39/13 40/6 40/12 41/19 41/25 68/20 70/11 90/18 91/11 104/18 112/14 113/17 114/8 114/14 122/9

123/19 130/8 130/11 131/8 132/23
**Day's [2]** 128/10 128/23
**days [6]** 12/5 67/9 91/3 93/23 94/15 94/20
**deal [76]** 29/18 35/24 36/11 53/8 53/9 53/13 53/23 54/12 55/1 55/2 55/11 55/13 55/25 57/18 57/19 57/23 58/23 58/24 59/3 59/12 59/17 59/18 59/21 59/21 59/22 60/6 60/20 61/3 63/5 63/11 63/20 64/24 65/23 66/22 67/17 67/20 78/1 85/13 85/20 86/13 91/24 100/11 100/19 101/25 105/9 105/11 105/22 122/21 122/24 123/1 123/1 123/2 124/8 124/18 124/19 125/1 126/19 126/19 126/21 126/25 127/2 127/6 127/7 128/2 128/22 129/19 129/22 130/6 130/9 130/12 130/19 130/20 130/20 130/25
**deal's [3]** 58/22 125/21 127/20
**dealers [4]** 13/4 13/5 64/11 93/19
**dealing [1]** 90/1
**dealings [2]** 3/18 82/4
**deals [6]** 92/23 101/14 127/3 127/6 130/14 130/17
**dealt [1]** 18/23
**debt [1]** 100/10
**December [4]** 4/9 4/13 26/22 91/25
**decide [4]** 121/19 121/20 128/14 129/1
**decided [5]** 78/19 118/13 123/3 123/4 124/20
**decides [1]** 115/10
**decision [2]** 110/7 129/2
**decisions [1]** 74/19
**deemed [1]** 117/6
**defend [1]** 108/6
**defendant [26]** 1/17 1/19 38/10 82/10 82/11 111/19 111/23 111/25 113/11 114/7 114/14 114/18 114/22 114/24 115/3 115/4 115/12 115/18 116/4 116/9 116/14 117/1 119/11 119/12 123/12 132/10
**defendant's [4]** 2/14 22/23 24/10 25/8
**defendants [12]** 1/7 111/16 111/21 112/5 112/7 112/25 113/13 114/11 116/12 117/5 118/23 133/15
**defender [2]** 1/19 39/14
**defender's [1]** 38/3
**defending [1]** 108/4
**defense [35]** 3/17 5/20 21/18 22/8 22/14 22/15 22/25 23/6 23/7 23/10 23/13 23/14 23/16 23/20 23/21 24/9 24/12 24/22 24/25 70/15 115/25 116/1 116/9 117/2 117/6 117/7 117/10 117/14 117/20 118/2 118/3 118/5 118/6 118/10 132/24
**defense's [1]** 5/14
**defenses [1]** 116/12
**definitely [2]** 66/10 119/25
**definition [1]** 104/4
**degree [1]** 7/9
**depends [1]** 134/18
**deposit [2]** 45/8 65/23
**deputy [2]** 4/5 4/18
**described [3]** 57/16 60/2 60/5
**describes [1]** 47/21
**designed [2]** 47/12 47/17
**desire [2]** 76/1 76/5
**destroyed [2]** 60/11 104/14
**detail [2]** 60/5 92/10
**determine [3]** 40/9 85/5 85/12

**D**

**develop [1]** 17/13
**did [218]**
**didn't [60]** 8/21 28/10 34/9 37/25 38/1
41/20 43/18 44/1 44/10 44/14 44/21
45/14 47/3 50/24 53/7 53/9 59/3 59/6
59/6 59/19 60/17 62/6 62/9 62/11
62/24 62/25 73/20 81/5 84/13 90/10
92/22 96/4 97/1 97/10 97/10 98/8
98/10 99/6 99/7 99/16 100/20 101/12
101/14 105/6 106/11 107/3 107/5
107/7 107/14 108/9 109/4 109/17
111/17 119/18 127/5 130/8 131/18
131/23 131/23 132/2
**diesel [3]** 15/16 20/7 20/21
**different [11]** 12/15 99/10 99/17 101/25
102/9 117/21 118/1 118/22 118/23
123/7 128/3
**difficult [6]** 4/14 31/17 33/2 100/6
101/16 101/16
**difficulties [1]** 33/3
**diligence [2]** 75/12 75/16
**diminishing [1]** 20/14
**diploma [1]** 71/22
**direct [9]** 5/24 38/24 44/5 49/25 57/15
61/4 70/19 121/21 122/14
**directed [1]** 47/23
**Directing [2]** 6/17 16/23
**direction [1]** 57/14
**directive [1]** 118/17
**directly [3]** 3/10 16/12 30/21
**dirty [1]** 61/3
**disagree [3]** 124/5 124/21 124/23
**discuss [4]** 25/18 110/25 110/25 111/2
**discussed [2]** 119/9 133/6
**discussing [1]** 128/17
**discussion [2]** 56/5 119/23
**discussions [1]** 62/16
**DISTRICT [3]** 1/1 1/1 1/11
**divorced [3]** 71/6 71/7 71/7
**do [183]**
**docket [1]** 123/10
**document [7]** 21/20 23/1 23/13 24/14
24/16 108/21 134/24
**documentation [1]** 17/8
**documents [4]** 21/5 21/8 37/20 37/22
**does [14]** 23/25 51/20 52/11 77/23
79/9 83/22 101/24 104/7 104/7 109/21
118/6 118/6 120/8 120/10
**doesn't [15]** 38/11 38/14 39/22 40/18
40/21 55/6 77/22 79/10 109/23 119/15
124/18 124/22 126/23 128/5 128/6
**doing [30]** 4/12 5/4 8/23 9/4 14/25 17/6
19/21 32/10 36/12 37/25 40/25 42/11
48/18 53/5 55/1 64/13 65/8 67/17
74/12 75/8 75/25 76/5 77/9 77/14
78/10 80/18 81/11 104/17 105/3
106/24
**dollar [1]** 45/24
**dollars [11]** 36/4 44/6 44/23 62/23
65/18 65/22 86/15 101/22 102/7
102/12 104/18
**Don [37]** 17/17 54/4 64/3 80/23 80/24
81/1 81/6 83/5 83/6 83/7 83/14 87/7
88/5 88/10 88/12 88/12 88/13 88/17
89/25 90/5 90/6 90/8 90/14 91/9 91/10
93/4 96/25 97/3 97/6 97/8 97/11 97/15
97/15 97/17 98/16 122/25 123/4
**don't [69]** 2/2 2/9 2/13 3/7 4/8 24/1

25/4 26/1 36/15 38/7 39/17 40/5 41/7
41/9 49/11 49/16 54/22 56/9 58/15
58/18 59/4 60/12 60/18 61/16 63/3
63/7 63/22 75/23 80/6 89/15 91/7
92/17 94/3 102/11 105/5 105/9 110/25
111/1 111/10 113/9 114/5 116/7
116/11 116/13 117/13 117/15 117/18
117/21 117/23 118/4 118/9 119/15
119/17 120/7 120/12 120/24 122/16
122/24 124/9 128/1 129/8 132/12
132/23 133/5 133/7 133/14 133/19
134/13 134/19
**Donald [1]** 88/17
**done [10]** 20/19 60/23 65/20 76/6
76/17 77/21 85/21 91/17 107/4 119/11
**doubt [1]** 134/18
**Doug [31]** 56/23 57/8 57/13 57/20
58/21 58/21 58/23 59/11 60/24 61/3
62/21 121/14 124/5 124/8 125/1
125/15 125/20 125/21 126/20 127/16
127/20 127/20 128/2 129/19 129/22
130/5 130/19 130/24 131/11 131/13
131/18
**Doug's [1]** 59/5
**Douglas [6]** 116/25 119/21 120/24
122/20 123/2 126/18
**down [7]** 7/1 11/16 32/19 60/20 61/9
61/13 61/15 64/12 64/14 89/24 92/2
92/4 93/15 94/4 104/25 105/6 108/1
108/11 118/7
**draw [1]** 130/23
**drive [1]** 18/10
**dropped [1]** 104/24
**drove [1]** 105/5
**due [2]** 75/12 75/16
**duly [2]** 5/23 70/18
**dumb [1]** 132/5
**during [9]** 7/19 33/2 37/19 63/21 64/23
90/14 92/20 115/10 119/10
**duties [1]** 85/2

**E**

**each [5]** 86/9 95/18 111/25 112/3
112/24
**Eagle [3]** 6/4 9/19 10/2
**earlier [4]** 22/12 41/25 44/13 65/6
**early [8]** 16/13 17/5 66/11 80/15 80/15
81/23 88/5 90/4
**earn [2]** 84/4 99/15
**easier [1]** 47/8
**easiest [1]** 100/11
**east [1]** 11/18
**economics [1]** 105/1
**economy [1]** 100/6
**Ed [4]** 88/9 88/19 88/20 103/6
**education [3]** 6/17 6/25 11/12
**educational [1]** 71/12
**effect [1]** 124/17
**efficientize [1]** 18/22
**eight [1]** 71/17
**either [7]** 88/14 92/7 97/11 98/23
107/10 119/18 133/15
**Ellisor [3]** 2/13 22/11 29/17
**else [16]** 34/5 36/3 87/9 87/24 90/9
92/8 93/19 99/17 109/24 113/8 116/21
133/23 133/24
**elsewhere [1]** 51/3
**email [9]** 21/12 21/23 21/23 22/2 22/3
22/5 24/21 25/11 25/15
**emailed [1]** 37/1

**emails [1]** 24/1
**emissions [3]** 20/14 20/15 20/15
**employed [2]** 72/21 74/7
**employee [1]** 79/10
**employment [6]** 7/12 7/22 8/4 9/10
10/3 10/14
**employment-wise [1]** 8/4
**encourage [2]** 63/10 63/20
**encouraged [2]** 52/10 52/13
**end [15]** 13/13 17/24 31/13 35/22
80/16 80/18 84/11 94/18 100/6 100/22
103/17 105/19 110/19 111/3 134/7
**ended [3]** 4/12 15/8 86/15
**energy [28]** 13/14 13/24 14/2 14/4 14/8
15/9 15/15 15/18 15/22 15/25 16/17
17/7 17/17 19/8 19/22 19/24 21/3
23/19 24/20 25/18 26/3 26/20 29/10
36/14 42/14 60/25 61/5 69/12
**engage [3]** 56/25 121/11 123/8
**engaged [1]** 123/21
**engineering [1]** 7/8
**enough [9]** 32/24 55/15 118/24 120/15
120/25 121/3 126/2 126/10 132/21
**entail [1]** 101/24
**enter [1]** 69/7
**entering [1]** 17/24
**enters [1]** 41/14
**entertain [4]** 56/18 57/10 57/25 125/17
**enticed [1]** 35/8
**entire [4]** 52/16 62/13 101/17 102/12
**entirety [1]** 112/12
**entitled [1]** 49/5
**entrapment [24]** 113/7 113/10 113/17
113/21 114/4 114/6 114/18 115/13
115/24 116/3 116/5 116/10 116/23
117/2 117/7 117/10 117/14 117/20
118/2 118/3 118/5 118/6 118/10
118/18
**entrapped [1]** 35/4
**entrepreneurship [2]** 11/15 11/24
**entry [1]** 123/10
**Epstein [144]**
**Epstein's [8]** 21/23 22/20 31/6 31/25
46/20 52/2 52/19 95/9
**equipment [5]** 8/24 86/21 86/25 100/15
100/17
**equity [3]** 31/5 101/18 101/22
**era [1]** 60/18
**Ernst [1]** 11/14
**escrow [1]** 96/12
**Esq [1]** 1/17
**essence [1]** 119/24
**establishes [1]** 123/13
**establishment [1]** 122/4
**estate [5]** 7/23 7/25 8/2 9/13 10/15
**evaluate [1]** 121/22
**even [6]** 44/13 92/19 96/12 107/4
107/15 117/13
**evening [1]** 111/11
**eventually [5]** 9/6 73/23 100/19 109/8
109/16
**ever [26]** 10/16 16/10 41/6 43/22 55/24
59/4 59/21 63/5 69/13 69/15 69/18
69/21 72/6 88/17 89/15 99/14 101/11
101/15 105/5 106/17 106/18 106/24
117/13 127/24 128/2 130/21
**every [11]** 13/1 28/10 46/3 46/4 46/19
46/21 53/24 94/20 96/1 100/14 101/25
**everybody [1]** 5/7 41/15 99/17 109/9
110/20 111/8 113/8

**E**

**everybody's [1]** 77/16
**everything [1]** 47/17
**evidence [42]** 2/22 22/9 22/23 23/1 23/14 23/22 24/10 24/23 25/1 25/8 27/11 29/22 29/23 61/25 90/22 98/17 117/25 119/10 120/4 120/8 120/8 120/10 120/19 121/4 121/13 121/14 121/22 121/25 122/16 123/11 123/20 123/24 124/6 124/19 126/7 127/24 128/5 128/7 129/11 129/20 129/21 132/21
**evidentiary [3]** 120/20 124/11 129/13
**evolved [1]** 82/24
**exact [1]** 121/9
**exactly [10]** 46/9 47/2 47/16 48/1 48/10 77/12 83/24 109/21 112/11 123/6
**exam [2]** 72/11 72/12
**examination [9]** 5/24 36/17 38/24 39/4 41/17 69/3 70/19 110/2 122/2
**examine [1]** 39/2
**examined [1]** 120/13
**examining [1]** 37/22
**example [8]** 38/11 38/18 39/19 42/9 44/3 44/17 47/14 62/13
**exchange [2]** 13/3 103/18
**excited [1]** 134/13
**excluding [1]** 63/19
**excuse [10]** 4/4 9/25 11/3 16/20 16/20 24/22 30/15 55/23 111/24 117/5
**excused [1]** 70/10
**exerting [1]** 54/20
**exhibit [50]** 21/19 22/8 22/15 22/16 22/16 22/21 22/23 22/25 23/6 23/8 23/10 23/13 23/14 23/16 23/21 23/22 24/9 24/10 24/12 24/22 24/22 25/1 25/8 42/9 43/9 44/4 46/25 47/14 47/23 49/11 50/17 51/17 53/12 54/8 54/20 55/21 55/23 56/14 58/19 65/4 65/16 125/12 125/13 125/19 126/20 127/9 127/15 127/18 129/2 130/4
**existence [3]** 81/4 102/13 105/19
**expand [1]** 122/2
**expanding [1]** 12/21
**expect [1]** 14/10
**expectation [1]** 32/5
**expected [1]** 14/11
**experience [1]** 72/11
**experiencing [1]** 32/15
**expert [1]** 105/2
**expertise [5]** 74/21 75/1 75/5 76/8 79/11
**expiration [1]** 53/6
**explain [14]** 13/10 14/17 19/24 20/4 20/8 20/11 27/22 41/19 53/13 56/7 76/19 90/7 92/11 95/18
**explained [15]** 18/6 18/7 18/11 18/15 19/22 20/5 20/12 21/2 53/19 53/22 54/5 54/9 54/12 54/17 117/4
**explaining [3]** 92/14 92/14 92/15
**explains [1]** 24/17
**exploration [1]** 13/18
**exploring [1]** 26/2
**Express [4]** 73/7 75/2 75/7 75/10
**expression [1]** 55/24
**extra [1]** 96/24
**eye [1]** 3/11
**eyeballs [1]** 44/18

**F**

**fact [12]** 22/5 63/23 77/13 82/13 90/24 91/4 100/8 115/23 117/13 117/19 120/11 124/19
**fair [2]** 41/6 72/23
**faith [1]** 39/6
**falling [1]** 80/7
**family [2]** 2/14 111/2
**far [11]** 7/12 8/9 9/10 25/4 26/13 40/14 40/17 70/12 98/16 102/13 104/4
**Faretta [1]** 37/14
**Fargo [1]** 8/9
**farm [3]** 10/4 10/4 25/4
**father [2]** 6/15 90/1
**fault [1]** 111/22
**FBI [11]** 33/7 33/10 34/16 40/2 66/15 66/19 67/11 67/14 67/23 67/25 107/10
**FBI,correct [1]** 67/8
**February [22]** 1/4 47/24 48/14 61/16 61/25 62/3 62/7 62/13 63/8 63/16 63/23 65/5 66/11 84/16 88/22 89/6 89/11 90/19 93/5 93/6 94/12 106/9
**feel [3]** 38/20 55/22 55/24
**fell [1]** 84/24
**felt [2]** 55/15 83/1
**Ferrari [2]** 95/9 95/10
**few [6]** 4/1 41/25 53/18 65/18 76/14 99/13
**fewer [1]** 105/13
**figure [2]** 57/13 65/9
**figured [2]** 77/5 113/9
**figuring [2]** 5/3 13/11
**file [1]** 111/9
**filed [12]** 4/6 4/7 4/14 37/13 37/20 37/22 119/19 121/8 121/10 121/12 121/15 121/16
**filing [2]** 76/23 83/2
**filings [3]** 77/14 77/18 84/22
**fill [1]** 126/13
**final [1]** 84/15
**finally [2]** 35/22 67/22
**finance [2]** 31/17 92/3
**financed [6]** 8/25 31/5 31/18 65/2 66/6 66/8
**financial [12]** 8/21 8/23 13/3 32/11 32/11 32/14 33/3 33/3 69/19 73/24 74/1 85/11
**financially [6]** 67/17 68/1 68/5 68/6
**financing [5]** 30/18 73/22 73/25 87/25 90/9
**find [10]** 16/10 85/3 85/3 87/25 95/7 100/19 101/17 117/21 121/9 121/15
**fine [4]** 100/17 114/16 116/7 118/4
**finish [1]** 134/9
**finished [2]** 20/12 126/15
**finishes [1]** 133/25
**fired [2]** 36/2 101/6
**firm [9]** 72/16 72/22 76/9 76/10 78/12 78/13 98/21 104/20 104/21
**firms [1]** 99/10
**first [36]** 5/23 28/13 39/4 44/3 44/24 45/4 46/8 46/20 47/20 47/24 48/1 48/5 56/11 56/19 60/2 68/23 70/18 72/14 77/14 89/8 89/9 89/13 89/22 89/23 89/24 90/4 91/10 91/12 92/9 96/15 97/8 105/25 112/3 112/6 112/23 126/6
**fit [5]** 18/18 18/24 75/11 78/6 85/5
**five [6]** 11/10 20/23 67/1 71/9 73/15 88/24

**fixed [1]** 7/15
**fixing [1]** 7/16
**FL [1]** 1/24
**flew [5]** 34/1 34/2 66/18 67/7 67/10
**flight [1]** 66/24
**flip [2]** 44/17 68/18
**FLORIDA [13]** 1/1 1/5 1/16 1/18 1/20 27/1 64/13 66/24 76/10 94/9 107/24 108/1 108/11
**flow [1]** 26/14
**flsd.uscourts.gov [1]** 1/25
**flying [1]** 66/16
**follow [3]** 25/10 25/13 80/20
**follow-up [1]** 25/10
**following [4]** 56/2 76/6 101/2 116/2
**follows [5]** 5/23 36/23 70/18 122/19 125/19
**foreclose [2]** 133/5 133/7
**foregoing [1]** 135/13
**forfeiture [2]** 135/2 135/3
**forgot [2]** 60/13 118/20
**forgotten [1]** 118/21
**former [2]** 73/3 83/11
**Fort [8]** 1/20 34/2 93/12 93/15 94/9 99/3 107/22 108/11
**forward [10]** 49/17 52/4 52/10 53/2 53/13 64/5 66/2 123/3 123/5 123/16
**forwarding [2]** 30/5 38/5
**found [6]** 73/22 79/24 83/5 83/9 85/4 117/4
**foundation [6]** 26/4 81/14 81/19 120/20 122/13 124/11
**four [3]** 11/10 88/24 105/6
**fragmented [1]** 74/24
**Francisco [8]** 6/2 11/18 13/1 16/6 16/8 33/20 34/2 64/10
**fraud [8]** 47/12 119/21 119/22 121/11 123/6 123/8 123/12 126/12
**fraudulent [6]** 69/18 69/21 106/5 106/19 120/17 129/22
**Frederick [2]** 13/21 15/10
**free [1]** 54/10
**freight [2]** 84/3 86/24
**frequently [1]** 51/9
**Friday [4]** 5/12 62/9 132/7 132/25
**friend [2]** 5/17 85/25
**Friendly [2]** 60/21 60/22
**friends [2]** 50/9 111/2
**front [3]** 4/8 49/16 54/10
**FSX [1]** 13/3
**fuel [4]** 18/21 19/1 19/5 20/19
**full [3]** 2/2 79/11 84/10
**functions [1]** 12/15
**fund [10]** 92/23 93/19 103/14 103/24 104/1 104/2 104/2 104/3 104/4 104/12
**funded [1]** 85/18
**funding [10]** 81/10 91/5 91/8 93/2 94/1 95/8 99/25 102/22 102/25 105/21
**funds [2]** 102/9 104/22
**further [8]** 11/12 27/24 28/17 28/22 42/21 68/10 70/1 82/4
**furtherance [1]** 82/13
**future [5]** 32/5 75/21 105/23 106/2 127/17

**G**

**Gables [1]** 1/18
**garbage [1]** 79/1
**gas [2]** 13/18 13/18
**gave [12]** 22/2 31/16 31/19 50/21 67/2

# G

**gave... [7]** 79/18 96/24 96/25 101/5
107/24 108/21 116/25
**gee [1]** 68/4
**general [6]** 53/16 80/6 126/21 130/5
130/19 130/24
**generally [1]** 57/5
**gentleman [7]** 9/3 10/18 13/17 17/4
17/16 19/9 34/6
**gentlemen [6]** 11/25 12/12 17/2 19/18
73/16 110/23
**get [58]** 4/17 7/9 7/23 8/15 8/24 12/6
15/2 19/9 29/9 32/2 34/9 35/22 39/24
39/25 41/13 45/6 48/23 48/25 49/6
49/7 50/24 51/9 51/20 52/5 52/11
53/10 65/2 66/6 69/11 73/19 73/24
75/1 75/7 76/14 80/11 80/11 80/13
85/20 85/23 90/19 91/17 92/3 95/6
95/8 99/24 100/12 100/14 102/21
102/25 106/8 111/1 111/3 117/18
117/23 125/4 125/25 134/10 134/13
**getting [6]** 4/14 10/22 28/15 31/18 55/2
111/3
**girlfriend [1]** 47/1
**gist [4]** 126/21 130/5 130/19 130/25
**give [12]** 12/7 17/9 29/1 29/4 31/19
35/11 83/3 98/23 98/24 118/9 129/1
133/17
**given [4]** 10/23 20/20 95/24 117/1
**gives [5]** 40/18 77/19 77/20 77/25 78/1
**giving [1]** 117/25
**glad [1]** 17/7
**Glen [1]** 17/4
**Global [6]** 13/24 14/2 14/4 15/8 15/9
61/5
**go [57]** 4/11 4/15 5/19 8/12 9/17 13/6
13/7 18/20 24/8 26/10 26/16 29/20
29/25 38/12 38/13 44/24 47/8 48/3
48/18 48/19 50/1 50/7 50/24 51/6
51/23 52/13 53/9 59/8 61/14 63/14
64/10 68/15 71/13 77/17 77/18 78/25
81/20 82/15 87/20 100/2 105/20
109/11 109/17 110/10 110/11 110/14
110/21 110/22 118/25 124/20 124/24
125/23 126/3 126/5 126/22 127/15
127/22
**goal [1]** 64/23
**goes [7]** 16/14 49/13 49/19 92/10
105/14 122/25 127/18
**going [81]** 3/19 3/23 18/25 21/8 22/15
23/24 25/3 25/23 29/16 32/25 38/12
45/2 45/7 45/10 45/13 45/20 45/23
46/9 46/9 47/4 47/13 47/19 48/23
48/25 49/2 49/22 50/3 50/5 52/2 52/5
54/20 56/10 57/14 57/19 58/10 60/20
64/12 66/3 67/14 70/8 78/21 79/25
80/4 84/4 85/15 85/23 91/6 91/7 91/16
95/2 99/4 99/4 99/7 99/11 100/8 101/7
101/12 103/24 106/21 110/2 110/15
110/19 114/6 114/17 116/3 116/23
117/14 117/15 118/17 120/1 121/1
126/19 130/3 131/2 131/11 131/20
132/1 132/3 133/2 133/20 134/1
**GOLDBERG [1]** 1/10
**gone [3]** 17/15 78/9 79/7
**good [35]** 2/14 5/8 15/15 15/18 15/21
15/25 16/17 16/7 16/7 16/16 18/18 18/24
19/8 19/22 19/24 21/3 23/19 24/20
25/18 26/19 29/10 39/5 40/5 41/8

69/12 70/21 77/5 78/4 85/12 85/25
91/6 91/16 97/22 104/18 111/3 134/25
**goodbye [1]** 90/25
**got [15]** 15/19 19/20 24/5 40/21 67/5
67/22 74/9 75/7 88/14 104/24 105/2
106/17 118/7 118/24 134/14
**gotten [3]** 11/13 36/2 100/16
**government [32]** 3/22 4/1 5/12 23/25
37/21 38/15 38/18 39/7 53/12 62/14
63/9 63/17 70/4 107/10 108/16 109/8
109/11 109/13 112/17 113/1 120/18
120/22 123/10 124/10 124/23 125/19
127/10 127/18 127/25 129/7 129/24
134/14
**government's [22]** 3/24 24/22 42/9
43/9 44/3 46/25 47/14 47/23 49/11
50/17 51/17 54/8 54/20 55/21 55/23
56/14 58/19 65/4 65/16 123/17 124/6
125/11
**graduate [2]** 6/18 71/20
**graduated [4]** 6/21 7/1 71/15 72/14
**graduation [1]** 71/22
**granted [1]** 4/23
**great [5]** 85/20 92/10 99/12 106/3
131/13
**greet [1]** 16/7
**grew [2]** 73/25 74/9
**group [2]** 78/6 93/18
**growing [3]** 73/21 74/2 74/9
**guess [4]** 40/18 41/4 104/6 118/24
**guessing [1]** 87/18
**guide [2]** 12/10 12/16
**guided [1]** 10/18
**guiding [1]** 64/9
**gun [1]** 21/17
**guy [5]** 55/1 55/6 106/4 131/16 132/2
**guys [6]** 37/1 54/11 68/18 110/13
125/2 134/20

# H

**had [171]**
**half [11]** 10/8 42/10 63/17 86/14 86/14
96/7 100/16 102/12 110/6 110/11
110/13
**hands [1]** 99/12
**happen [5]** 101/7 101/12 101/15
105/25 118/17
**happened [9]** 34/17 34/19 75/23 90/17
101/15 109/7 109/10 125/20 131/20
**happening [2]** 15/8 54/22
**happens [2]** 51/11 134/18
**happy [2]** 99/13 110/7
**hard [3]** 5/3 13/2 88/15
**harms [2]** 38/15 117/19
**has [39]** 3/22 26/5 38/11 40/9 40/19
40/21 40/22 47/15 55/11 58/8 77/23
79/11 79/13 102/2 109/22 111/12
113/5 113/8 114/4 114/18 114/23
115/3 115/4 115/15 116/5 116/9
116/14 117/1 117/1 117/16 117/20
118/2 118/5 120/18 120/19 122/4
122/6 127/13 129/23
**hasn't [1]** 38/21
**haul [3]** 18/10 20/23 84/10
**haulers [1]** 79/1
**have [151]**
**haven't [2]** 39/8 118/21
**having [8]** 5/23 31/17 32/20 32/20 58/3
66/18 70/18 127/13
**he [278]**

**he'd [1]** 60/24
**he's [28]** 29/18 33/22 38/2 38/14 39/20
40/5 40/6 40/21 45/18 45/21 59/16
82/10 85/23 87/17 87/18 90/16 92/11
92/14 92/14 92/15 117/25 118/10
123/1 123/2 123/6 127/15 128/23
131/19
**head [1]** 18/25
**hear [7]** 9/21 27/13 35/2 35/4 35/6 35/9
60/17
**heard [21]** 27/8 34/23 35/5 35/10 35/10
41/19 43/22 55/5 55/24 56/1 56/4
69/13 89/7 89/20 90/22 98/17 117/17
119/10 119/20 122/8 131/2
**hearings [1]** 37/14
**hearsay [8]** 19/25 22/11 25/22 81/15
82/9 82/11 120/14 120/25
**heaters [2]** 10/5 10/6
**hedge [7]** 103/14 103/24 104/1 104/2
104/3 104/4 104/12
**held [1]** 11/8
**help [4]** 2/23 18/8 81/9 122/9
**helped [2]** 15/14 73/21
**hence [1]** 79/15
**Henderson [5]** 88/9 88/14 88/19 88/20
103/6
**her [2]** 4/9 32/20
**here [31]** 4/20 6/10 6/12 6/14 6/15 36/6
37/18 40/20 50/10 51/18 52/10 54/9
56/23 57/11 57/14 58/9 59/13 60/1
62/5 76/14 80/7 102/3 102/8 106/22
111/6 112/1 115/7 121/1 129/8 130/4
135/6
**hide [1]** 47/12
**high [5]** 6/18 6/21 7/1 71/14 86/10
**higher [1]** 86/10
**him [98]** 3/2 15/14 17/6 17/8 19/20
19/21 19/22 19/24 20/5 20/8 20/12
21/3 21/4 21/8 21/9 22/5 25/15 25/19
26/12 27/2 27/20 27/22 27/24 28/7
28/13 29/2 29/9 29/21 30/19 30/24
33/24 34/19 35/17 35/18 36/13 36/14
37/22 37/24 38/11 38/16 38/19 39/2
39/6 39/11 39/20 40/1 40/2 40/18
40/24 41/5 44/14 45/14 47/23 52/13
53/20 56/8 57/10 58/25 59/1 59/4 59/7
62/11 66/3 67/4 69/11 73/4 73/19
73/21 78/1 79/17 79/18 81/8 81/25
82/3 82/7 88/6 89/15 89/15 89/20
90/10 90/12 90/25 97/22 104/13
107/24 108/10 114/9 114/9 122/17
124/16 125/22 126/23 127/6 127/21
131/12 132/3 133/5 133/7
**hire [1]** 107/23
**hired [6]** 98/20 104/20 105/3 108/1
108/5 108/6
**his [80]** 2/24 3/4 3/4 3/16 3/17 3/18
10/23 15/10 15/10 16/9 24/4 25/16
26/17 26/18 28/4 29/1 29/5 30/9 30/22
31/11 33/23 34/9 36/2 37/13 37/14
37/18 37/19 38/13 39/1 39/3 39/3
39/18 39/22 39/23 40/1 40/2 40/6 40/8
40/8 40/12 40/15 40/20 40/21 46/5
46/22 46/22 47/5 47/15 48/19 54/2
57/9 68/17 68/20 69/7 73/5 73/19
73/24 78/2 80/5 81/16 85/23 87/25
90/1 90/24 92/16 95/10 99/17 101/6
104/6 108/8 115/10 118/19 120/1
120/1 122/2 122/22 123/13 127/5
128/11 132/24

# H

**Hold [1]** 23/4
**home [8]** 6/9 6/13 9/23 90/2 110/14
110/21 110/22 111/1
**honest [6]** 56/16 56/16 57/6 57/6
125/14 125/15
**Honor [96]** 3/15 4/5 4/7 4/9 4/19 5/5
5/16 5/18 5/20 19/25 21/14 22/8 22/10
22/14 23/20 23/23 24/25 25/2 25/5
25/22 25/25 26/7 29/16 29/18 29/19
29/20 36/16 36/18 37/6 37/10 37/12
37/21 38/10 40/14 46/11 46/16 47/22
58/8 61/18 68/9 68/10 68/12 68/16
68/17 69/1 70/3 70/5 70/7 70/12 70/15
80/4 80/8 81/17 102/1 102/5 109/25
110/7 110/12 111/22 112/2 113/3
113/3 113/8 113/16 113/21 114/2
114/5 115/8 115/19 115/22 117/3
117/12 118/22 119/1 120/7 121/18
121/23 124/3 125/10 126/13 126/18
127/1 128/7 128/19 128/25 129/5
130/2 131/9 132/9 132/23 133/2
133/21 134/2 134/12 134/15 134/22
**HONORABLE [1]** 1/10
**hook [1]** 124/22
**hope [1]** 134/11
**hoped [1]** 36/12
**Hopefully [1]** 134/8
**host [1]** 16/7
**hot [2]** 10/5 10/6
**hour [3]** 110/6 110/12 110/13
**hours [5]** 3/12 66/25 67/1 67/10 67/24
**house [6]** 6/9 9/20 9/22 10/1 13/16
32/18
**houses [1]** 7/15
**Houston [1]** 100/5
**how [53]** 5/4 8/9 8/15 9/10 10/7 10/13
11/9 12/2 12/4 14/13 14/24 17/3 19/9
19/14 21/11 21/25 26/8 26/13 41/4
42/18 45/22 51/13 52/19 56/9 61/23
67/16 67/19 68/5 70/22 72/8 72/21
73/13 74/7 75/1 75/14 77/15 78/4
78/15 80/23 81/22 82/21 85/14 85/14
85/16 85/16 85/17 86/11 90/16 94/14
105/9 110/5 110/9 121/21
**However [1]** 49/18
**Huggins [37]** 17/17 18/12 54/4 54/5
54/9 54/13 54/17 62/20 62/21 62/25
63/4 63/5 63/19 64/3 64/4 64/7 80/23
81/1 81/6 81/12 81/22 81/24 82/1 82/5
83/7 87/20 88/7 88/12 88/13 88/14
88/17 88/23 97/15 97/17 120/3 122/25
123/4
**Huggins' [1]** 87/7
**Huizenga [1]** 76/6
**Huizenga's [1]** 77/1
**hundred [2]** 65/18 65/21
**hundreds [2]** 74/22 74/22

# I

**I'd [2]** 48/2 116/1
**I'll [24]** 43/8 44/5 44/17 51/17 55/22
59/7 63/14 68/20 80/8 82/15 87/19
102/5 105/20 114/14 125/2 125/7
125/8 125/23 125/25 126/3 126/4
126/22 127/22 134/4
**I'm [64]** 2/10 2/21 3/2 3/23 5/10 6/2
9/21 18/17 23/24 25/3 25/23 25/24
29/7 29/21 33/20 44/11 45/5 48/10

49/19 50/15 53/16 54/20 58/10 60/9
62/19 64/7 71/25 74/6 76/2 80/4 80/4
80/16 80/20 90/2 90/2 91/9 100/1
110/7 111/24 112/14 113/17 113/24
114/8 115/22 116/3 117/15 119/2
121/7 121/7 121/9 121/15 121/23
122/7 122/11 122/14 123/25 124/3
130/3 131/2 131/11 131/15 133/20
134/10 134/15
**I've [19]** 49/15 51/24 56/1 68/4 100/3
**ice [1]** 41/3
**idea [5]** 43/2 82/3 91/4 92/22 131/23
**identification [10]** 21/19 22/9 23/7 23/8
23/10 23/13 23/16 23/21 24/13 25/1
**identified [1]** 22/16
**identify [2]** 48/1 48/16
**identity [1]** 123/14
**ignorantly [1]** 40/15
**illegal [13]** 35/17 59/12 59/15 59/18
63/1 63/6 106/6 106/22 106/25 107/7
123/7 123/21 124/8
**illegally [1]** 38/19
**implement [1]** 8/13
**Implicitly [1]** 88/8
**important [6]** 54/25 90/14 92/5 113/5
114/9 133/14
**impression [5]** 26/22 104/22 110/18
117/24 118/9
**inadmissible [1]** 120/15
**incentive [2]** 77/25 78/1
**Incidentally [1]** 61/5
**included [3]** 112/12 112/13 113/11
**including [1]** 4/3
**income [1]** 15/6
**inconsistent [1]** 130/13
**incorporate [1]** 111/13
**incorporated [1]** 15/19
**increase [2]** 18/21 20/24
**increased [1]** 50/18
**incriminating [2]** 128/12 128/13
**independent [1]** 99/1
**INDEX [1]** 135/20
**indicate [1]** 129/21
**indicated [1]** 131/9
**indictment [3]** 112/4 112/24 123/9
**individual [9]** 14/22 14/23 16/25 58/8
88/18 120/12 120/13 122/1 122/3
**individuals [2]** 12/23 99/25 108/16
**induce [1]** 123/8
**industry [2]** 56/1 74/25
**inextricably [2]** 119/24 121/13
**inference [2]** 126/4 130/23
**information [5]** 17/9 35/11 36/13 44/12
49/18
**initial [6]** 19/18 24/4 26/9 76/22 88/16
132/15
**initially [7]** 27/17 28/11 37/12 78/19
85/19 85/19 95/24
**initiate [1]** 65/24
**initiation [3]** 45/3 45/11 45/14
**injection [5]** 78/20 78/21 78/22 79/24
81/11
**insider [1]** 49/7
**insinuate [1]** 121/1
**instances [2]** 51/15 125/12
**instead [2]** 9/2 92/1 112/13
**instruction [36]** 37/2 111/15 111/19
111/20 112/3 112/18 112/17 113/5
113/7 113/10 113/25 114/19 116/1
116/4 116/25 119/4 119/6 121/3

121/21 122/12 122/15 122/17 123/18
128/18 128/20 129/1 129/4 129/9
129/10 129/14 129/25 131/7 132/6
132/15 132/16 132/21
**instructions [6]** 111/9 112/16 117/3
131/4 133/1 133/16
**intend [1]** 44/21
**intended [3]** 37/12 50/14 123/12
**intending [1]** 49/7
**intense [1]** 12/2
**intent [6]** 3/21 25/24 40/7 92/24 120/1
123/14
**intention [5]** 3/16 39/15 69/7 69/10
69/11
**interactions [1]** 42/12
**interest [2]** 15/10 15/10
**interested [19]** 12/23 13/11 16/9 17/7
17/11 17/20 19/21 21/4 26/19 28/15
30/6 30/7 30/19 36/14 94/1 95/3 95/4
105/7 126/23
**interesting [3]** 60/3 60/4 60/5
**Internet [1]** 67/5
**interpretation [2]** 128/11 128/24
**interrupt [2]** 2/10 76/2
**intertwined [2]** 119/24 121/13
**interview [1]** 33/16
**introduce [3]** 14/11 49/4 88/17
**introduced [8]** 80/23 88/9 88/13 88/15
103/4 103/7 104/6 104/21
**introduction [1]** 88/16
**inventory [1]** 18/9
**invest [10]** 10/15 10/16 11/6 14/12
14/13 14/14 29/9 94/21 103/15 104/13
**invested [3]** 16/11 17/16 51/3
**investigate [1]** 105/3
**investigation [2]** 33/13 66/20
**investing [7]** 12/23 13/11 14/24 30/7
30/19 95/4 105/7
**investment [8]** 14/18 14/21 14/22
26/20 57/15 93/18 99/10 104/20
**investments [2]** 102/8 103/25
**investor [3]** 51/10 93/1 98/21
**investors [8]** 16/10 51/2 94/5 99/22
100/2 100/22 108/4 123/13
**involved [15]** 12/8 24/2 31/21 33/13
42/18 46/21 69/15 69/18 69/21 74/4
78/5 88/23 89/1 104/24 127/5
**involving [3]** 46/10 65/23 123/16
**IPO [2]** 76/13 76/19
**IRPR [2]** 98/21 104/21
**irrelevant [5]** 2/18 3/6 37/23 39/12 80/7
**is [256]**
**Island [2]** 102/9 102/10
**isn't [18]** 41/8 42/7 42/25 44/8 49/8
50/7 50/10 50/14 51/23 54/21 54/24
57/10 57/23 59/12 59/20 91/15 104/2
128/24
**issuance [1]** 54/3
**issue [9]** 2/7 4/6 38/10 39/2 40/13 53/4
90/2 105/22 121/20
**issued [5]** 23/11 44/8 49/24 98/8 98/10
**issues [3]** 2/13 2/15 90/24
**issuing [1]** 45/20
**it [320]**
**it's [66]** 4/19 5/14 8/11 11/18 21/25
22/13 22/16 22/22 24/8 26/4 29/23
40/17 42/22 43/25 46/6 56/4 56/10
58/10 61/19 68/20 71/18 74/16 74/24
77/7 77/9 79/19 80/16 81/16 82/11
83/23 84/9 84/22 88/15 90/22 90/22

**I**

**it's... [31]** 92/12 92/13 100/5 101/16 103/17 103/17 104/4 105/12 106/9 109/21 109/22 110/2 110/7 113/4 114/9 117/6 117/23 119/22 119/25 121/18 123/6 123/7 123/21 123/25 127/19 128/10 129/11 130/2 133/13 133/16 133/17
**its [2]** 61/8 74/10
**itself [1]** 94/25

**J**

**January [5]** 27/6 27/14 27/17 69/5 89/5
**Jeez [1]** 82/19
**Jesup [1]** 23/12
**Jeune [1]** 1/17
**job [3]** 85/3 87/25 90/6
**jobs [1]** 51/9
**JUDGE [36]** 1/11 2/7 2/12 2/25 3/4 4/8 4/16 4/25 37/14 38/9 38/13 38/23 39/1 39/5 39/18 40/8 56/9 70/1 81/16 82/10 102/4 111/14 112/11 113/22 114/16 116/7 116/24 119/17 121/7 122/7 122/7 123/19 124/14 124/21 125/11 135/5
**judgment [2]** 48/10 48/12
**Judith [2]** 1/22 135/11
**judy [1]** 1/25
**July [1]** 82/20
**jump [1]** 21/17
**June [1]** 34/14
**jurisdiction [5]** 38/11 39/22 40/16 40/19 40/22
**juror [1]** 117/17
**jury [47]** 1/10 2/2 2/6 4/3 11/25 12/12 17/3 19/18 26/1 27/9 36/21 36/25 37/2 37/9 37/11 38/20 40/9 41/13 41/14 73/17 76/20 110/5 110/24 111/7 111/18 111/24 113/5 113/25 116/22 117/3 117/7 117/10 117/23 119/4 119/6 121/19 121/20 122/7 128/8 128/14 129/1 129/10 129/25 131/2 133/1 133/13 133/17
**just [77]** 11/18 12/12 20/12 23/4 26/4 29/21 31/5 32/24 42/4 42/5 47/19 48/14 48/24 52/8 53/16 59/3 60/13 61/17 61/24 62/17 62/23 62/24 63/16 68/3 68/20 69/1 69/5 73/16 74/3 76/13 76/14 78/25 79/7 80/4 80/10 80/11 80/25 81/8 82/17 88/24 90/12 90/25 91/2 91/22 95/6 96/14 96/23 97/3 99/15 100/16 101/14 104/20 105/12 106/8 108/7 109/16 109/22 112/9 112/22 114/12 114/17 115/2 115/9 115/14 118/9 118/17 118/22 119/7 122/8 129/8 130/2 130/3 131/15 131/18 133/8 135/1 135/3

**K**

**keep [2]** 18/9 36/4
**kept [4]** 3/3 127/2 127/4 127/7
**KEVIN [10]** 1/6 31/22 51/20 51/23 66/12 70/16 70/17 123/4 131/20 135/23
**kickback [1]** 45/25
**kids [1]** 32/18
**kind [15]** 18/5 32/14 69/15 69/18 69/21 74/10 77/10 83/21 95/5 95/20 104/2 105/11 118/12 120/16 121/8

**knew [20]** 42/3 42/6 42/12 43/15 50/5 50/6 76/25 77/15 78/4 79/16 81/8 82/3 88/5 89/15 89/17 90/16 90/16 101/11 107/4 121/10
**know [52]** 2/9 4/8 8/10 21/25 34/7 37/25 39/24 42/10 42/18 42/23 43/20 48/14 49/16 50/2 55/8 56/9 58/22 61/16 63/3 77/22 79/19 82/1 85/11 91/14 97/10 97/11 98/14 98/16 102/11 102/13 104/4 104/14 105/20 107/3 108/9 109/9 116/12 117/24 120/12 120/23 120/24 122/24 126/9 127/7 127/20 128/1 130/19 131/11 131/13 131/14 131/17 135/6
**knowing [1]** 49/22
**knowledge [1]** 123/14
**knowledgeable [3]** 26/25 41/24 42/4
**known [1]** 86/8
**knows [1]** 127/25
**kosher [4]** 55/22 55/24 55/24 56/5
**Ks [1]** 77/15

**L**

**LA [1]** 11/17
**labeled [1]** 121/17
**labeling [1]** 121/17
**lack [3]** 3/17 120/1 123/15
**ladies [6]** 11/25 12/12 17/2 19/18 73/16 110/23
**laid [1]** 69/6
**Lake [3]** 9/12 9/14 9/15
**Lamont [1]** 23/12
**language [1]** 121/15
**large [2]** 16/12 76/10
**Larry [15]** 83/14 83/15 83/16 85/4 86/1 86/2 86/4 87/4 91/25 96/25 97/3 97/6 97/8 97/11 98/23
**Larry's [1]** 85/25
**last [10]** 10/24 34/23 76/7 88/23 93/5 111/13 111/22 116/24 132/19 132/25
**lastly [2]** 24/12 24/25
**late [7]** 8/8 9/15 16/22 17/15 81/23 88/5 91/16
**later [12]** 17/22 43/14 46/2 71/17 71/17 96/16 100/25 101/2 106/12 107/14 117/17 126/22
**latter [1]** 16/23
**Lauderdale [8]** 1/20 34/2 93/13 93/16 94/9 99/3 107/22 108/12
**law [11]** 4/17 36/25 38/5 39/19 39/21 40/2 56/5 108/9 116/23 129/12 133/17
**laws [2]** 41/8 56/3
**lawsuit [3]** 108/3 108/3 108/4
**lawyer [4]** 38/1 41/9 108/10 123/20
**lawyers [1]** 111/6
**lay [1]** 28/7
**laying [2]** 26/4 80/5
**layman's [1]** 74/14
**Le [1]** 1/17
**lead [2]** 5/15 5/18
**lead-off [1]** 5/18
**learn [2]** 77/3 77/5
**learned [1]** 77/4
**least [4]** 40/3 3/17 58/16 102/6
**leave [3]** 9/6 109/15 128/25
**leaving [2]** 79/23 115/9
**led [1]** 13/2
**Lee [17]** 88/18 103/8 103/9 104/6 105/8 105/16 106/16
**left [6]** 3/11 5/12 5/17 34/6 71/16

**128/14**
**legal [5]** 38/5 101/22 102/14 105/14 130/14
**legitimate [2]** 4/4 15/6
**lend [2]** 100/12 100/19
**lending [1]** 100/18
**less [4]** 77/23 92/21 113/8 128/12
**let [25]** 5/5 46/16 47/25 48/1 51/6 51/18 55/8 64/7 75/22 79/19 80/25 83/15 87/3 88/22 89/5 89/11 101/10 103/12 110/9 114/14 121/14 122/23 124/22 125/13 132/5
**let's [15]** 41/13 54/24 56/5 58/19 65/3 65/15 71/17 72/20 82/4 82/17 82/17 82/19 83/14 101/4 109/11
**letter [1]** 95/21
**letterhead [1]** 108/8
**level [2]** 105/10 122/6
**leveraging [1]** 100/17
**liabilities [1]** 26/2
**license [9]** 7/23 8/6 8/7 8/7 8/14 8/15 8/16 8/18 9/1
**licenses [1]** 9/3
**lie [7]** 38/14 38/16 38/19 39/20 40/18 40/21 131/18
**lied [1]** 131/16
**light [12]** 84/16 84/17 85/24 86/19 86/23 91/21 91/21 100/8 100/9 115/22 115/23 116/3
**lights [1]** 135/7
**like [33]** 2/17 3/7 12/1 29/9 31/16 37/11 42/16 46/23 49/18 53/6 56/17 69/13 69/16 77/10 78/25 79/19 81/2 81/18 98/19 101/13 103/15 104/12 111/12 117/23 118/1 118/13 124/2 125/16 127/17 131/3 131/3 131/6 131/20
**liked [2]** 79/17 80/22
**likelihood [1]** 81/18
**limitation [1]** 92/5
**line [14]** 18/21 43/1 72/14 86/12
**lines [1]** 130/4
**Liquidity [1]** 44/18
**listed [3]** 29/19 108/8 111/18
**listen [3]** 28/9 29/5 105/18
**listened [1]** 28/10
**listening [6]** 29/7 29/8 43/3 48/6 52/18 57/17
**literal [1]** 104/4
**literally [1]** 107/5
**lithium [1]** 31/4
**little [19]** 5/9 6/4 11/5 18/15 60/22 67/2 67/7 74/23 79/1 84/7 85/20 85/22 89/24 95/5 99/18 100/7 102/8 110/3 126/3
**live [6]** 6/4 6/6 6/7 8/12 9/18 71/1
**living [5]** 4/20 6/3 9/23 32/17 82/1
**load [3]** 84/10 87/1 87/2
**loaded [1]** 20/25
**loan [3]** 42/11 42/16 100/14
**local [1]** 16/8
**located [1]** 37/1
**logical [1]** 130/10
**logistics [7]** 18/7 18/24 82/25 83/17 84/17 86/23 91/21
**long [14]** 10/7 11/9 12/4 20/23 56/10 78/15 80/17 86/9 94/14 102/9 102/10 110/9 121/8 121/16
**longer [3]** 13/15 110/11 110/13
**look [22]** 2/8 39/6 50/1 53/22 54/21 59/5 61/24 62/12 64/4 65/15 75/10

**L**

**look... [11]** 111/10 111/11 111/14
112/9 114/9 117/7 122/20 123/20
124/25 131/10 134/23
**looked [8]** 37/5 61/22 78/4 88/6 111/11
112/15 112/16 132/6
**looking [7]** 2/8 43/1 74/11 92/23
100/21 100/22 113/15
**looks [2]** 111/12 134/25
**lose [1]** 51/2
**lost [4]** 59/1 59/7 89/25 90/12
**lot [7]** 20/25 67/13 67/16 67/19 79/16
86/10 86/12
**lots [1]** 50/6
**lottery [1]** 8/16
**low [2]** 61/1 103/17
**low-valued [1]** 61/1
**lured [1]** 35/7
**lying [1]** 39/3

**M**

**made [8]** 32/2 37/16 52/8 58/2 83/11
84/15 108/20 132/18
**main [1]** 28/20
**maintain [1]** 79/12
**maintained [1]** 74/10
**major [1]** 85/3
**majority [1]** 97/7
**make [22]** 9/4 19/16 50/18 50/23 54/10
57/15 60/9 61/21 62/24 62/25 64/21
85/23 90/5 90/18 94/5 95/14 97/22
112/20 113/13 129/2 129/9 135/9
**make-believe [2]** 95/14 97/22
**makes [2]** 47/8 115/9
**making [4]** 22/12 38/2 84/22 133/5
**man [3]** 27/3 48/19 131/15
**managed [1]** 88/25
**management [5]** 18/4 76/7 77/12 78/4
78/25
**Manhattan [1]** 102/10
**manipulate [1]** 104/15
**manipulating [6]** 43/10 43/11 43/18
43/20 43/22 43/25
**manipulation [8]** 43/10 57/18 57/23
58/24 59/12 59/15 59/22 122/21
**many [7]** 16/9 18/20 19/1 51/25 58/4
73/13 88/15
**MARC [16]** 1/6 5/21 5/22 6/17 10/25
21/18 23/1 24/12 27/4 35/22 69/5
88/13 115/4 116/5 116/14 135/22
**March [8]** 36/8 36/8 89/5 91/17 94/12
94/13 94/14 102/20
**Marin [5]** 6/21 6/23 6/24 9/9 32/19
**marital [1]** 71/4
**marked [2]** 21/18 23/6
**market [25]** 10/17 11/6 42/13 42/18
43/9 43/10 43/12 43/19 43/21 43/22
43/25 52/9 57/18 57/23 58/24 59/12
59/15 59/22 63/20 76/16 90/16 96/20
107/6 122/21 127/4
**married [1]** 11/13
**Massachusetts [1]** 100/24
**massive [1]** 79/2
**material [1]** 129/16
**math [1]** 105/13
**matter [3]** 5/9 92/22 135/14
**Mauricio [1]** 1/17
**may [13]** 12/23 21/14 33/11 38/13
38/16 38/19 41/16 104/16 119/11

127/14 132/8 133/19 133/19
**maybe [18]** 36/19 42/5 46/2 59/6 68/5
75/22 77/7 94/12 102/11 105/10
111/10 113/4 113/12 113/13 115/9
117/21 118/1 132/14
**me [100]** 2/10 4/6 5/5 6/16 8/19 9/25
10/18 11/3 11/14 12/19 14/7 14/11
16/20 16/20 17/5 17/10 17/17 18/7
21/4 22/2 24/22 28/21 30/15 31/21
33/16 35/16 37/17 41/21 42/14 45/4
45/17 45/22 46/16 47/25 48/1 49/15
51/6 51/18 55/6 55/8 55/23 56/7 57/16
57/21 58/22 64/7 64/12 65/8 68/15
73/3 73/4 75/22 79/19 80/23 80/25
81/9 82/7 82/17 83/15 84/24 85/20
87/3 88/15 88/22 89/5 89/11 91/5 91/6
91/16 92/23 95/6 95/24 96/24 100/11
101/10 101/14 103/13 103/23 107/13
107/24 108/21 108/23 110/3 111/12
111/24 114/10 117/5 122/9 122/9
122/23 125/4 125/13 126/9 127/4
128/18 130/16 131/16 131/18 132/2
132/5
**mean [25]** 13/9 13/9 13/9 23/25 31/16
38/2 38/23 40/5 44/10 56/2 65/7 70/2
79/9 86/11 88/5 92/21 97/13 99/17
101/25 109/21 110/9 119/15 121/5
133/14 134/6
**meaning [2]** 26/24 95/6
**means [13]** 45/17 76/20 76/21 77/17
79/8 79/10 83/19 84/9 86/21 87/1
104/2 105/12 128/9
**meant [12]** 43/8 43/12 43/18 43/20
44/1 44/2 44/7 47/11 47/16 57/2 57/24
64/21
**meat [1]** 56/1
**medical [4]** 2/17 3/9 5/9 32/21
**meet [18]** 12/17 16/7 33/23 34/3
52/13 64/10 66/16 81/1 81/22 93/24
94/17 94/22 106/4 107/24 129/8
129/12 133/4
**meeting [20]** 34/15 67/8 67/23 93/12
94/19 94/20 99/3 100/23 106/10
106/13 106/17 107/14 107/15 107/22
109/9 109/11 109/13 120/9 131/20
131/21
**members [3]** 4/3 110/5 111/2
**memorandum [3]** 21/10 23/11 23/17
**memory [2]** 52/1 123/25
**mention [1]** 61/8
**mentioned [1]** 76/19
**merger [3]** 95/25 96/7 96/10
**mergers [6]** 74/12 74/14 74/17 76/3
79/3 80/19
**met [10]** 18/16 34/12 67/11 69/24
80/23 99/10 99/21 108/16 122/6
132/25
**Miami [10]** 1/5 1/16 1/23 1/24 33/22
33/22 73/2 108/12 108/13 109/13
**Michael [7]** 66/15 68/1 88/18 103/8
105/8 105/16 106/16
**middle [6]** 3/11 36/8 45/9 80/15 80/16
102/20
**might [9]** 2/16 20/9 40/6 45/1 68/22
116/8 119/25 131/16 133/13
**mileage [4]** 20/14 20/17 20/18 20/24
**miles [2]** 8/11 8/11
**mill [1]** 93/24
**million [8]** 62/23 74/10 86/15 100/16
101/13 101/18 102/6 102/12

**millions [1]** 101/21
**mind [6]** 3/15 3/21 68/7 70/7 115/10
118/4
**minor [1]** 113/4
**minute [3]** 36/20 119/7 126/16
**minutes [2]** 36/19 125/3
**mischaracterization [1]** 47/22
**misconduct [1]** 120/5
**missing [4]** 2/3 2/4 59/25 112/22
**mistake [3]** 111/15 120/2 123/15
**misunderstanding [2]** 60/9 131/18
**modified [1]** 41/11
**modify [1]** 4/10
**molding [5]** 78/20 78/21 78/22 79/24
81/11
**moment [1]** 68/9
**money [55]** 2/17 2/23 2/23 3/3 4/2
12/16 12/17 12/18 16/13 16/14 17/6
26/13 26/14 26/25 31/16 32/7 32/8
32/9 32/22 32/23 32/25 48/19 48/21
48/22 48/23 48/25 49/7 50/19 50/22
50/23 50/24 51/2 51/3 51/10 53/6 53/7
55/14 62/18 64/5 64/13 65/21 66/9
79/20 79/21 81/10 81/13 85/23 86/13
100/12 100/21 101/17 102/2 104/23
107/25 122/22
**month [4]** 14/7 16/1 61/18 102/18
**months [5]** 92/3 96/6 96/16 121/12
121/18
**moot [2]** 4/19 4/22
**more [19]** 39/25 49/7 74/15 77/14
77/20 79/13 86/12 86/24 112/4 112/7
112/25 113/8 113/20 114/9 114/12
123/2 128/11 128/12 131/8
**morning [13]** 5/9 5/10 110/4 110/14
110/15 110/17 111/4 111/5 125/4
125/8 134/19 134/21 135/5
**Morris [2]** 71/18 71/21
**most [6]** 54/25 77/21 79/14 97/11
101/25 115/9
**mostly [2]** 85/22 99/15
**mother [1]** 4/15
**motion [7]** 4/6 4/8 4/14 4/16 4/20 4/22
4/23
**motive [9]** 38/14 38/16 38/19 39/3
39/20 40/18 40/21 120/1 123/13
**move [17]** 51/10 52/4 52/10 52/23 53/2
53/13 64/5 66/1 73/2 80/8 82/4 84/3
86/25 87/2 123/3 123/5 123/16
**moved [10]** 8/13 9/12 9/15 9/18 10/2
13/16 15/11 18/8 75/5 75/8
**moves [1]** 51/10
**moving [1]** 73/3
**Mr [14]** 2/9 3/3 41/15 60/4 68/20 90/4
92/19 113/17 113/18 117/19 119/20
122/25 125/19 127/7
**Mr. [318]**
**Mr. Aldazabal [5]** 113/2 115/10 115/23
117/8 118/12
**Mr. Alsi [1]** 17/9
**Mr. Berndt [3]** 15/13 15/18 61/14
**Mr. Brennan [37]** 17/17 18/12 51/23
52/4 52/10 52/17 53/5 53/14 53/17
53/22 54/1 61/23 62/20 63/19 64/1
64/4 64/8 64/24 70/21 70/22 109/25
114/6 116/23 117/9 117/20 118/1
118/5 118/16 120/2 120/9 120/22
121/4 122/13 122/15 123/22 128/6
133/25
**Mr. Brennan's [1]** 132/14

## M

**Mr. Corbet [2]** 11/6 11/8
**Mr. Davidson [8]** 38/8 40/25 112/23
114/10 115/6 117/16 122/18 124/13
**Mr. Day [20]** 3/2 5/15 23/25 25/4 25/23
39/13 40/6 40/12 41/19 41/25 70/11
112/14 114/8 114/14 122/9 123/19
130/8 130/11 131/8 132/23
**Mr. Day's [2]** 128/10 128/23
**Mr. Epstein [114]** 3/18 17/3 19/16
19/19 19/20 21/2 24/4 25/14 26/8
26/11 26/19 26/23 26/24 28/19 30/5
30/11 30/16 31/1 32/16 41/23 42/3
42/6 42/22 43/7 43/9 43/11 44/5 44/13
45/5 45/12 46/25 47/21 48/13 49/2
49/4 52/7 52/13 54/16 54/21 54/25
55/3 55/5 55/10 55/21 56/12 56/13
56/20 56/25 57/9 57/12 57/19 57/21
58/21 58/23 59/5 59/14 59/17 59/20
59/21 60/5 60/13 60/17 60/23 61/2
61/23 62/3 62/6 62/6 62/9 62/14 62/15
62/17 63/9 63/10 63/18 63/19 63/23
64/15 64/16 64/18 64/19 64/24 65/8
65/25 89/9 89/17 89/23 90/20 90/23
91/3 91/14 92/10 92/24 93/7 93/9
94/17 94/22 94/25 95/13 99/4 101/5
102/16 106/25 122/3 126/1 126/8
126/20 127/3 127/19 130/4 130/14
130/18 130/21 131/10
**Mr. Epstein's [7]** 22/20 31/6 31/25
46/20 52/2 52/19 95/9
**Mr. Huggins [22]** 18/12 54/5 54/9 54/13
54/17 62/20 62/21 62/25 63/4 63/5
63/19 64/4 64/7 81/12 81/22 81/24
82/1 82/5 87/20 88/7 88/23 120/3
**Mr. Kevin [1]** 70/16
**Mr. Lee [2]** 103/9 104/6
**Mr. Page [57]** 2/16 2/22 4/11 4/15 6/1
8/9 24/3 26/8 37/12 37/17 40/15 41/19
48/5 63/13 70/9 70/10 70/12 117/11
119/19 120/5 121/10 122/2 122/15
122/16 122/20 122/25 123/21 124/7
124/15 124/25 125/12 125/14 125/17
125/22 125/25 126/2 126/7 126/18
126/21 126/24 127/16 127/22 128/2
128/6 128/12 128/21 129/14 130/5
130/7 130/8 130/11 130/11 130/13
131/12 131/24 131/25 132/22
**Mr. Page's [8]** 3/15 116/1 120/1 124/11
127/1 130/13 130/20 130/25
**Mr. Soto [2]** 110/6 130/1
**Mr. Sputo [1]** 67/2
**Mr. Tallent [25]** 57/23 57/24 58/2 58/5
58/13 58/17 59/3 60/20 119/22 120/3
122/23 124/16 125/18 125/25 126/1
126/5 126/15 126/8 126/8 126/9 126/11
126/24 128/22 130/24 131/25
**Ms [1]** 111/12
**Ms. [1]** 36/25
**Ms. Trimberger [1]** 36/25
**much [12]** 3/25 8/21 20/21 26/13 39/25
39/25 62/18 75/23 77/23 100/5 100/25
101/2
**multiple [4]** 111/16 111/16 111/20
111/21
**mutually [1]** 116/13
**my [65]** 2/12 3/8 3/11 6/7 6/15 6/15
7/23 8/16 10/19 10/20 10/21 10/21
10/22 11/8 11/13 13/15 18/19 29/9
32/13 36/12 36/25 36/25 37/20 37/23
48/10 48/18 52/1 52/16 65/1 65/9
65/14 66/6 69/11 70/7 73/3 74/21
74/21 78/3 78/18 79/18 79/19 80/2
85/3 90/6 90/7 92/21 94/21 96/11
101/11 101/17 107/25 111/15 111/21
111/22 115/15 116/22 116/24 118/17
119/1 123/19 123/25 128/15 128/24
133/6 133/17
**myself [2]** 21/23 83/14

## N

**NABD [1]** 13/4
**naked [2]** 105/3 105/4
**name [13]** 7/3 8/17 10/24 13/20 14/1
16/25 18/2 19/7 34/9 88/18 94/2
132/14 135/21
**named [2]** 10/23 17/4
**narrow [1]** 131/5
**nation [1]** 33/3
**National [1]** 13/4
**nature [1]** 66/19
**NE [1]** 1/15
**necessary [1]** 117/4
**need [15]** 2/5 4/2 12/17 29/20 39/17
44/6 44/10 44/11 44/22 91/16 116/8
116/11 116/13 116/21 129/8
**needed [18]** 2/17 2/22 30/18 31/16
32/9 44/7 44/14 48/22 50/21 50/23
53/6 65/21 67/4 83/2 98/11 105/21
107/23 121/21
**needle [1]** 3/11
**needs [1]** 79/12
**neighbor [1]** 10/19
**neither [1]** 132/13
**nervous [1]** 11/4
**network [2]** 13/4 16/8
**networking [2]** 13/8 13/10
**never [19]** 15/19 32/24 35/14 53/22
54/1 58/25 67/8 68/4 68/7 81/8
89/17 89/17 93/7 93/9 107/4 118/16
120/21 122/4
**new [6]** 37/1 79/25 80/1 100/3 102/9
119/5
**newest [1]** 113/25
**news [2]** 49/24 50/1
**Newton [1]** 13/5
**next [6]** 45/1 52/16 90/18 91/11 100/25
133/3
**niceties [1]** 89/24
**night's [1]** 111/4
**no [118]** 1/2 7/10 7/21 11/18 13/15
26/4 27/19 27/21 27/23 28/12 28/16
30/7 30/10 30/23 31/8 31/12 34/8
34/10 35/12 39/15 43/2 43/17 44/2
44/9 48/6 49/10 50/12 50/20 53/21
53/25 54/4 55/20 56/4 59/19 59/24
60/2 60/12 61/4 62/8 62/11 62/13 63/7
63/9 64/3 65/1 65/13 67/19 68/8 69/1
69/9 69/14 69/17 69/20 69/23 70/1
70/3 70/5 70/7 70/9 72/5 76/8 80/16
81/5 81/16 82/3 83/10 84/13 87/10
88/19 89/19 91/4 92/21 92/22 93/8
93/10 94/3 95/17 95/22 96/19 96/19
97/6 97/6 97/23 98/4 98/6 99/8 100/2
100/10 100/18 104/3 106/11 106/20
106/23 107/1 107/5 108/3 108/21
109/2 109/20 109/22 113/10 113/21
113/21 116/11 117/7 118/18 121/24
122/4 122/11 123/20 124/24 127/14

127/23 129/15 129/20 133/9 134/6
135/7
**nomenclature [1]** 42/23
**nonconvertible [1]** 96/22
**none [1]** 101/15
**nonreporting [1]** 83/1
**normally [4]** 86/11 86/11 86/13 115/25
**North [2]** 8/8 8/12
**not [99]** 3/4 4/3 5/8 6/10 6/12 15/13
17/21 24/2 28/16 28/20 32/7 35/3 37/6
38/4 38/12 39/10 39/19 40/9 42/5 46/1
46/11 47/24 48/10 48/18 49/10 49/19
50/15 58/9 58/22 59/5 59/24 60/9
61/24 65/12 70/8 76/18 79/10 81/25
82/12 82/19 84/13 85/5 85/12 90/2
91/12 91/13 95/4 96/5 96/18 98/2
103/18 104/7 106/7 109/3 110/24
112/15 115/24 116/3 116/13 116/18
117/5 117/6 117/15 118/2 118/2 118/5
118/6 118/6 118/13 119/22 120/2
120/12 120/13 120/15 121/2 121/23
121/24 122/15 123/3 123/9 123/18
123/23 123/25 124/3 124/11 124/20
125/22 125/22 126/9 127/21 127/22
128/23 129/4 129/23 130/10 132/20
133/20 135/7 135/7
**note [3]** 96/10 96/12 96/15
**nothing [11]** 26/5 37/23 68/10 76/25
82/3 101/7 101/11 101/20 105/1
109/24 127/13
**notice [5]** 119/19 121/8 121/12 121/24
123/11
**noticed [2]** 108/7 111/15
**November [5]** 17/5 21/24 22/6 25/11
26/22
**now [71]** 4/7 5/13 6/3 6/8 9/18 9/25
10/9 26/2 37/1 40/6 40/13 43/7 45/20
50/21 51/13 52/15 53/12 53/16 54/19
57/8 58/2 58/22 70/6 70/14 71/1 71/2
71/18 75/19 84/18 86/17 87/3 88/9
88/22 89/5 89/20 90/18 92/9 93/5
93/15 94/22 95/13 97/15 98/17 99/21
101/21 102/16 103/4 106/15 106/24
107/9 110/3 110/8 111/10 111/18
114/3 115/17 116/22 118/10 118/13
119/5 119/5 121/5 121/17 125/3
125/21 127/20 128/8 128/17 132/2
132/6 132/13
**number [19]** 19/9 20/7 20/21 21/19
53/13 78/1 78/1 78/24 89/23 97/12
99/21 101/21 105/12 106/1 106/16
111/16 111/19 119/4 119/6
**numbering [1]** 43/4
**numbers [3]** 42/23 42/24 43/4
**numerous [2]** 49/15 121/11

## O

**Oakland [1]** 11/18
**object [3]** 29/16 80/5 93/24
**objection [17]** 3/24 19/25 22/10 25/22
46/11 48/3 58/7 58/7 58/11 61/17
63/12 80/6 81/14 82/9 82/15 87/16
102/1
**objections [2]** 23/23 25/2
**objective [9]** 28/20 65/1 65/6 65/7 65/9
65/12 65/15 66/5 66/6
**obvious [1]** 77/7
**obviously [12]** 39/8 39/9 79/21 97/13
98/8 100/20 111/21 113/10 114/7
114/9 115/24 118/15

**O**

occasion [3]  10/16 16/24 17/13
occasions [1]  119/11
occurred [2]  82/13 121/19
October [1]  17/15
off [16]  5/12 5/15 5/18 25/4 48/23 50/9
53/8 67/5 79/20 84/4 96/15 99/16
102/17 116/18 124/22 125/13
offense [1]  116/6
offer [9]  19/3 22/8 22/16 23/20 23/21
24/25 29/2 30/11 31/9
offered [3]  9/2 31/5 129/17
offering [2]  64/20 76/22
office [5]  1/15 1/19 34/16 38/3 107/10
officer [2]  47/15 83/20
Official [1]  1/23
oftentimes [1]  57/1
oh [8]  82/19 89/21 102/23 111/24
118/9 126/2 131/15 133/23
Ohio [2]  71/15 71/16
oil [2]  13/18 13/18
okay [238]
old [3]  70/22 113/23 114/1
once [8]  4/15 10/2 52/19 74/9 75/7
75/7 92/2 110/24
one [89]  2/7 3/19 5/3 12/15 15/12
18/25 23/3 28/13 29/14 29/15 36/5
36/24 37/10 40/5 42/10 44/25 46/2
46/4 46/19 46/21 48/20 48/24 52/23
53/2 53/23 54/9 54/12 55/18 57/15
58/16 59/14 59/20 60/24 62/14 63/9
65/6 66/10 68/9 73/3 74/16 74/18
76/21 77/12 78/1 78/25 79/13 80/25
81/8 84/24 86/20 88/22 88/25 89/13
90/8 90/16 92/9 95/19 97/11 102/10
102/10 103/1 108/4 108/9 111/23
112/4 112/7 112/25 113/25 114/1
114/4 114/14 115/2 119/1 119/1 119/5
120/17 122/21 123/2 123/8 123/9
124/13 125/12 126/16 127/3 127/4
128/11 130/15 131/8 133/15
ones [6]  13/2 60/7 77/11 97/4 97/13
98/22
only [31]  2/12 18/16 20/21 42/18 52/17
55/5 56/21 59/20 59/21 60/5 60/7
84/24 86/14 93/6 95/22 97/4 97/12
97/24 98/12 105/24 111/23 117/10
120/2 123/21 126/4 130/16 130/17
130/20 131/5 132/10 135/7
open [6]  52/8 96/20 113/17 114/8
115/9 119/3
opened [2]  15/13 15/14
operate [1]  78/4
operating [2]  51/14 83/20
operation [2]  32/20 90/8
operations [4]  18/22 74/11 74/20 85/21
opinion [2]  115/16 128/15
opportunities [1]  57/15
opportunity [5]  85/12 94/16 95/8 96/8
123/14
opposed [2]  76/17 105/4
Optimum [2]  18/4 33/14
OPTZ [38]  17/14 17/25 18/2 18/18
28/14 29/18 60/21 66/22 75/20 80/11
80/14 81/4 82/18 82/19 82/21 82/21
83/4 83/4 83/17 83/21 84/12 84/18
85/2 86/5 87/7 87/14 88/24 95/16 98/5
99/1 102/4 102/4 102/7 103/15 103/20
109/7 109/19 123/16

order [4]  2/1 73/20 79/12 101/4
ordered [2]  4/11 4/20
orders [1]  37/16
Oregon [5]  6/4 9/18 10/2 10/19 32/18
organize [1]  18/8
original [1]  109/17
originally [2]  52/16 100/10
other [53]  2/14 2/19 5/13 13/2 17/9
26/7 29/11 29/12 29/13 29/14 29/17
36/13 36/15 51/6 51/9 51/10 55/6
57/16 60/10 62/21 65/11 67/19 79/22
83/2 85/7 85/13 86/9 87/9 88/23 88/24
91/4 93/24 94/20 96/23 99/25 99/25
100/2 101/14 102/2 102/2 119/11
120/5 122/3 122/4 123/13 123/21
126/12 127/3 127/6 130/12 130/14
130/17 134/16
others [2]  81/18 95/23
our [19]  23/11 24/17 32/17 41/19 85/5
85/21 86/24 93/18 93/21 93/22 104/14
104/15 104/15 104/16 104/19 104/24
105/19 117/3 132/19
ours [2]  128/12
ourselves [1]  129/10
out [40]  4/20 5/3 9/2 9/2 10/22 13/11
28/7 32/25 40/10 42/23 43/4 44/12
45/2 45/7 45/11 45/13 45/16 52/20
57/13 62/15 65/9 66/16 66/18 67/7
67/10 69/6 74/23 79/1 80/5 95/7
100/17 101/20 109/16 109/17 109/19
113/9 128/3 129/8 129/16 131/14
outlined [2]  27/14 27/17
outside [5]  4/1 9/19 53/16 100/23
103/2
outstanding [1]  106/1
over-the-counter [1]  103/17
overrule [7]  3/23 25/3 25/23 58/11
63/14 82/15 87/19
overruled [5]  20/1 22/13 41/11 48/2
81/20
overwhelming [1]  54/16
own [11]  37/13 37/14 37/19 40/15
84/12 84/13 84/14 87/11 98/10 99/18
105/5
owned [2]  86/21 86/21
owner [3]  77/25 85/22 85/24

**P**

p.m [7]  1/5 36/21 36/22 36/23 41/14
111/7 135/11
package [1]  73/25
page [116]  1/6 1/19 2/16 2/22 3/3 4/11
4/15 5/21 5/22 6/1 8/9 24/3 26/8 37/12
37/17 40/15 41/19 42/9 42/21 43/8
44/4 44/16 44/17 44/22 45/1 45/1 45/5
45/9 46/8 47/1 48/5 49/11 49/14 50/16
51/17 54/8 54/21 54/24 55/21 55/22
55/23 56/14 58/19 63/13 65/4 65/16
70/9 70/10 70/12 88/13 89/22 89/24
91/15 92/12 92/13 92/13 92/14 92/14
92/17 108/8 114/4 115/4 116/5 116/14
117/11 119/19 119/20 120/5 121/10
122/2 122/15 122/16 122/20 122/25
123/12 123/21 124/7 124/15 124/25
125/12 125/13 125/14 125/17
125/20 125/22 125/25 126/2 126/7
126/18 126/21 126/24 127/9 127/11
127/15 127/15 127/16 127/22 128/2
128/6 128/12 128/21 129/14 130/4
130/5 130/7 130/8 130/11 130/11

Page's [8]  3/15 116/1 120/1 124/11
127/1 130/13 130/20 130/25
Pages [1]  1/7
paid [15]  14/6 15/24 16/1 32/2 57/18
58/14 58/17 59/22 60/6 63/11 64/17
66/1 86/12 96/12 96/15
painful [1]  3/13
paper [1]  42/11
paragraph [2]  52/16 54/13
parent [1]  86/19
parents [1]  6/15
part [8]  30/22 31/6 31/11 44/6 77/4
99/24 100/22 132/12
participate [2]  14/15 60/25
particular [15]  4/19 15/12 20/9 23/20
33/5 40/23 73/12 77/9 85/17 96/11
103/5 104/3 122/12 122/14 132/21
particulars [1]  95/5
partner [1]  103/24
party [1]  45/8
pass [1]  72/11
passed [1]  72/12
pattern [3]  112/2 129/4 131/7
Paxton [4]  31/9 36/14 42/14 60/25
pay [8]  2/23 49/2 53/23 53/23 85/15
85/22 86/13 122/21
payable [1]  32/2
paying [4]  14/7 46/10 46/21 47/1
payment [2]  92/2 92/4
Pennsylvania [4]  70/25 71/3 71/19
72/10
penny [2]  61/1 61/6
people [23]  4/1 12/16 12/18 14/11
14/14 16/9 42/18 49/2 49/20 49/21
49/25 51/9 55/22 56/25 57/5 57/6
62/17 84/1 88/15 93/21 103/4 121/11
123/7
percent [6]  20/16 20/24 21/1 49/6
55/22 100/14
percentage [1]  49/5
percentages [1]  46/24
Perfect [1]  43/14
perfectly [1]  132/17
perhaps [4]  2/22 119/13 119/18 128/11
period [13]  4/13 7/19 8/1 15/3 16/17
64/23 72/24 77/24 80/11 89/5 94/11
102/7 117/15
periodically [1]  133/18
perjury [1]  38/14
persistent [1]  31/21
person [8]  52/14 55/10 56/16 80/22
81/9 84/23 123/2 125/15
person's [1]  13/20
personal [2]  88/4 90/2
personally [2]  50/13 96/10
persons [1]  113/20
persuaded [1]  35/8
phenomenal [1]  20/13
Philadelphia [1]  100/4
phone [27]  17/4 25/10 25/13 27/4 27/5
27/14 28/6 33/5 33/11 35/23 36/5
46/20 47/20 47/24 48/5 48/7 48/9
56/12 56/19 62/2 64/3 66/11 67/5
90/11 90/14 101/5 104/10
phoned [1]  62/11
phonetic [1]  17/5
phraseology [1]  128/3
phrasing [1]  55/9

**P**

**pick [1]** 87/2
**piece [4]** 7/14 9/19 76/7 128/4
**pipe [1]** 42/11
**pipes [1]** 42/17
**pitch [3]** 58/2 124/15 130/21
**pitched [7]** 123/4 124/7 124/19 124/25 128/2 129/19 129/22
**pitching [3]** 123/1 123/2 123/6
**Pittsburgh [9]** 70/25 71/3 71/14 71/18 72/18 73/9 73/10 73/10 108/2
**place [2]** 34/15 126/6
**placed [1]** 96/11
**placement [7]** 14/16 19/22 21/10 23/11 23/17 30/21 61/4
**places [2]** 102/24 103/1
**Plaintiff [2]** 1/4 1/14
**plan [21]** 3/19 26/15 28/7 31/6 48/18 76/6 77/1 78/3 78/19 79/6 79/18 79/19 80/2 80/20 80/22 81/11 82/7 85/5 93/22 118/11 123/14
**plane [1]** 67/24
**Planet [1]** 30/12
**planning [1]** 134/16
**plans [1]** 80/19
**plastic [5]** 78/19 78/21 78/22 79/24 81/11
**play [1]** 12/15
**played [1]** 27/8
**players [2]** 55/18 55/19
**plays [1]** 52/20
**plea [2]** 108/25 109/1
**pleadings [2]** 38/10 40/15
**please [2]** 41/20 121/14
**pleasure [1]** 68/17
**pledged [1]** 96/11
**plenty [2]** 32/23 32/25
**plural [1]** 114/11
**point [32]** 4/19 6/5 9/10 9/12 9/19 10/2 10/21 11/11 12/10 13/13 23/25 32/17 38/3 47/16 47/19 48/15 49/19 54/15 55/13 66/3 73/20 78/9 80/21 84/20 96/2 98/20 105/19 117/16 121/24 121/24 131/11 133/12
**poke [1]** 3/11
**polyps [1]** 32/20
**poor [2]** 48/10 48/12
**portion [1]** 16/23
**position [2]** 84/18 123/17
**positive [2]** 26/14 104/22
**possess [1]** 96/14
**possibilities [2]** 59/14 60/3
**possibility [2]** 51/4 93/25
**possible [3]** 52/24 53/3 94/5
**possibly [4]** 26/16 60/15 62/21 94/21
**potential [3]** 79/24 85/4 99/21
**PowerPoint [2]** 21/9 24/17
**practicing [1]** 72/9
**precluded [1]** 37/21
**predisposition [1]** 3/18
**prefer [1]** 110/4
**preferred [12]** 95/21 95/21 96/1 96/2 96/22 96/23 97/5 97/7 97/17 97/21 105/11 105/23
**prejudice [2]** 118/16 133/15
**preparation [1]** 123/14
**present [2]** 90/14 93/18
**presentation [6]** 21/9 24/17 64/13 92/16 93/20 94/5

**presented [2]** 85/19 101/14
**press [23]** 44/6 44/7 44/7 44/10 44/10 44/11 44/14 44/20 44/21 44/22 45/2 45/7 45/10 45/13 45/15 45/21 54/1 54/3 98/18 98/19 98/22 98/25 118/25
**pressure [11]** 32/9 32/12 32/14 51/14 54/16 54/16 54/19 54/22 56/13 61/22 130/22
**pressured [5]** 62/6 67/17 68/1 68/5 68/6
**pressuring [2]** 51/15 130/15
**pretty [6]** 3/25 42/17 42/24 86/10 100/5 134/7
**previous [1]** 96/9
**previously [1]** 86/17
**price [17]** 9/2 15/3 15/9 28/15 44/18 50/7 50/18 52/1 52/3 52/5 61/8 85/14 85/15 86/10 86/15 105/13 106/2
**Primarily [1]** 75/10
**principles [2]** 38/6 75/17
**prior [1]** 2/14
**private [14]** 14/15 14/18 14/19 14/20 14/21 21/9 23/11 23/17 29/9 30/21 69/11 76/17 77/8 77/22
**probably [9]** 4/9 40/4 45/1 72/20 93/4 99/10 101/17 102/11 111/15
**problem [9]** 35/24 38/7 113/10 116/8 117/12 117/22 125/23 127/22 127/24
**procedures [1]** 3/9
**proceed [1]** 41/16
**proceeded [1]** 7/23
**proceeding [1]** 113/9
**proceedings [3]** 36/22 135/11 135/14
**process [3]** 37/19 53/5 73/3
**produced [1]** 15/15
**producing [1]** 20/6
**product [3]** 15/16 20/6 20/7
**profit [4]** 9/4 49/5 50/9 50/13
**profitable [1]** 20/9
**program [39]** 18/22 30/9 30/22 31/7 31/11 31/13 45/3 45/11 45/14 45/18 46/21 47/5 47/11 47/13 47/21 48/18 49/3 52/11 52/24 53/2 53/20 57/9 58/14 58/17 64/17 65/25 66/1 69/7 69/8 69/13 69/16 92/11 92/14 92/15 92/15 92/16 95/1 99/19 127/4
**program's [1]** 126/9
**projects [1]** 101/18
**promise [1]** 99/11
**proof [1]** 122/6
**proper [1]** 12/21
**properly [1]** 8/24
**Properties [1]** 7/24
**property [2]** 7/14 9/19
**proposal [3]** 29/1 108/19 108/20
**proposals [1]** 29/5
**propose [2]** 40/25 57/19
**proposed [3]** 59/20 100/11 117/3
**proposes [1]** 27/13
**proposing [3]** 103/9 103/12 121/11
**proposition [1]** 75/14
**prosecutor [1]** 35/3
**prospects [1]** 20/8
**prove [2]** 117/25 118/10
**provide [6]** 79/13 91/5 91/8 93/1 98/12 105/21
**provided [3]** 78/8 98/14 123/11
**psychological [1]** 4/12
**public [36]** 1/19 14/18 26/16 38/3 39/14 45/19 72/10 72/16 72/22 72/23

76/8 76/9 76/11 76/12 76/15 76/22 76/22 76/24 76/25 77/2 77/4 77/6 77/8 77/13 77/23 78/7 78/10 78/12 78/13 79/7 79/12 98/21 103/18 103/25 104/13 109/22
**purchase [9]** 15/1 49/17 49/25 67/4 69/11 77/20 85/14 86/9 86/15
**purchased [2]** 7/13 67/6
**purchases [1]** 53/24
**purchasing [2]** 49/20 57/12
**purpose [6]** 13/7 25/24 30/17 47/6 94/4 94/19
**pursuant [3]** 14/9 37/16 129/14
**pursue [3]** 6/25 11/11 119/22
**pursued [2]** 118/2 118/5
**pursuing [1]** 118/2
**pushing [1]** 127/7
**put [16]** 3/7 8/19 10/5 11/15 75/14 82/6 84/2 85/13 93/20 102/11 104/23 117/19 117/25 118/18 121/14 121/20
**puts [1]** 39/1
**putting [2]** 44/12 45/18

**Q**

**Qs [1]** 77/15
**qualifies [1]** 120/8
**qualify [2]** 120/10 122/17
**quarrel [1]** 41/6
**quarreling [2]** 121/23 124/3
**question [14]** 35/4 35/5 35/6 35/6 36/24 41/4 41/20 49/16 64/6 77/7 81/19 88/23 132/5 133/13
**questions [18]** 25/20 25/21 26/13 26/17 26/18 27/20 35/2 35/9 35/16 36/15 42/1 68/3 68/13 69/2 69/5 70/1 70/9 122/1
**quick [2]** 36/24 111/11
**quickly [4]** 4/7 52/24 53/3 133/2
**quite [4]** 61/12 99/21 123/23 123/25
**quote [1]** 123/12

**R**

**raise [6]** 2/7 15/6 79/20 81/10 81/13 82/8
**raised [6]** 26/13 81/19 101/17 101/21 102/2 102/6
**raising [2]** 17/6 117/6
**Ramon [1]** 11/15
**range [1]** 104/25
**rapidly [1]** 73/21
**rate [1]** 12/21
**RC [1]** 135/21
**Rd [2]** 1/17 135/21
**reached [1]** 62/15
**reaction [3]** 101/9 101/10 101/11
**read [11]** 27/11 45/10 49/15 51/25 77/18 112/18 116/4 117/17 119/10 130/4 133/16
**reads [2]** 45/22 112/3
**real [6]** 7/23 7/24 8/2 9/13 10/15 85/25
**reality [3]** 82/18 82/20 99/13
**realize [1]** 46/7
**realized [2]** 46/6 46/9
**really [6]** 2/18 3/16 4/3 4/18 4/22 5/1 73/20 83/10 89/22 92/17 97/21 104/22 107/14 118/13 118/16 124/20
**REALTIME [1]** 135/17
**reason [7]** 24/3 24/5 48/20 56/21 66/8 119/18 127/2
**reasonable [2]** 126/4 130/23

# R

**reasons [4]** 3/19 48/20 131/5 131/6
**recall [16]** 14/6 15/17 15/24 27/6 34/11 43/3 51/25 56/20 56/21 58/3 58/18 63/7 89/8 90/11 106/9 132/23
**recalls [1]** 127/1
**receive [1]** 25/15
**received [6]** 17/4 27/5 33/11 37/3 61/22 64/3
**recess [3]** 36/19 36/20 111/5
**recessed [1]** 36/22
**recognize [3]** 21/20 23/7 24/13
**recollection [1]** 58/20
**record [4]** 4/24 47/8 60/14 135/14
**recorded [1]** 36/5
**recording [2]** 27/8 124/24
**recordings [2]** 29/20 29/21
**recross [1]** 70/2
**recruit [1]** 126/11
**rectify [1]** 38/16
**redact [3]** 134/24 135/1 135/3
**redirect [7]** 68/11 68/15 68/23 68/25 69/3 70/2 134/4
**reduce [1]** 105/25
**reduced [1]** 20/15
**Redwood [1]** 6/21
**refer [2]** 55/19 97/15
**reference [1]** 35/16
**referral [1]** 19/21
**referred [6]** 11/14 17/10 17/17 59/1 86/17 108/5
**referring [8]** 44/11 45/6 50/16 56/23 59/13 91/20 127/4 127/10
**refers [1]** 57/19
**reflect [1]** 111/21
**refreshes [1]** 58/20
**refreshing [1]** 52/1
**regard [4]** 22/25 23/1 23/18 119/4
**regarding [6]** 29/5 37/22 116/5 120/8 120/22 122/3
**regardless [1]** 132/20
**regional [1]** 76/10
**registered [1]** 96/19
**regular [1]** 44/12
**regularly [1]** 12/25
**regulated [1]** 104/2
**reinitiated [2]** 63/23 64/1
**relate [2]** 122/15 132/10
**related [1]** 58/10
**relates [2]** 122/1 122/12
**relation [1]** 81/6
**relations [2]** 98/21 98/21
**relations/public [1]** 98/21
**relationship [4]** 17/13 26/9 86/8 88/4
**release [6]** 44/10 45/21 49/24 50/1 54/3 98/25
**releases [3]** 98/18 98/19 98/22
**relevance [5]** 22/11 24/1 29/17 58/7 102/1
**relevant [2]** 2/15 39/10 41/9 102/3
**remained [1]** 124/2
**remember [36]** 41/25 47/8 49/11 49/13 52/18 52/21 52/23 52/25 54/22 55/3 58/23 58/25 60/16 60/18 61/22 61/25 62/2 62/25 66/16 66/18 72/19 88/15 90/20 94/2 94/3 94/11 102/18 103/7 103/9 106/11 107/15 107/18 119/15 119/17 124/1 132/12
**remind [1]** 132/24

**reminded [1]** 110/24
**removing [1]** 115/14
**renegotiate [1]** 91/24
**rent [5]** 79/8 79/15 79/15 80/22 81/25
**rent-a-CFO [2]** 79/8 79/15 80/22
**repeated [1]** 66/11
**rephrase [4]** 46/16 51/6 55/8 64/7
**replicate [1]** 76/1
**Reported [1]** 1/22
**reporter [4]** 1/23 10/24 135/17 135/17
**reporting [2]** 83/2 83/9
**represent [1]** 42/24
**representation [2]** 37/24 128/10
**representative [1]** 13/22
**represented [2]** 103/23 104/12
**REPST69975 [1]** 22/4
**request [7]** 4/17 33/23 37/17 37/20 120/20 132/18 135/9
**requested [1]** 13/17
**requests [1]** 37/13
**require [1]** 45/24
**required [1]** 84/22
**requirement [3]** 54/2 72/9 84/25
**requires [1]** 129/12
**reset [3]** 59/8 125/23 127/23
**residence [1]** 71/1
**residential [1]** 10/6
**resigned [1]** 109/15
**resolve [1]** 113/12
**Resource [1]** 30/12
**resourceful [1]** 123/19
**respect [3]** 128/20 128/22 133/1
**respond [1]** 126/14
**responded [1]** 43/14
**responds [1]** 131/12
**response [5]** 25/16 36/10 59/9 108/19 130/25
**responses [1]** 92/16
**responsibility [3]** 90/7 90/7 133/17
**responsible [1]** 16/12
**rest [4]** 70/13 90/1 92/3 134/1
**rested [1]** 5/12
**restrictions [1]** 20/20
**restructure [1]** 73/21
**results [1]** 20/14
**return [2]** 9/8 28/4
**returned [1]** 9/9
**reverse [4]** 95/25 96/7 96/9 105/25
**reverted [1]** 109/17
**revised [2]** 37/1 111/9
**revisit [3]** 125/8 126/22 133/3
**rework [1]** 112/9
**RICHARD [25]** 1/10 16/25 17/10 17/10 19/10 19/12 21/23 21/25 25/10 27/5 27/13 28/22 30/2 33/6 35/8 35/23 36/1 36/10 69/6 69/24 125/20 131/14 131/15 131/21 131/23
**right [79]** 2/2 3/1 4/23 5/7 7/11 8/4 10/13 11/11 11/20 15/2 17/12 22/21 23/24 24/8 25/3 25/7 26/10 27/20 36/24 37/7 37/9 41/13 41/15 45/10 45/22 46/17 50/22 53/9 56/5 57/2 57/18 58/19 58/22 59/8 61/19 61/20 61/24 66/14 68/24 70/10 70/14 71/1 71/2 80/9 88/9 88/17 91/12 101/2 103/2 104/16 108/24 109/8 109/8 109/14 110/1 110/23 111/8 112/10 114/3 114/4 114/5 114/25 116/15 116/19 118/15 122/10 123/24 125/2 125/6 125/21 125/24 126/6 127/12

127/20 127/23 128/17 134/14 134/20 135/4
**rights [3]** 96/3 96/24 96/25
**Robert [2]** 71/18 71/21
**Rochester [2]** 79/25 79/25
**role [2]** 87/7 99/24
**roll [4]** 78/20 78/22 78/23 105/11
**roll-up [3]** 78/20 78/22 78/23
**rollup [1]** 77/10
**Ron [1]** 1/14
**room [2]** 1/23 93/21
**Rosenbaum [4]** 4/8 4/16 37/15
**rule [3]** 105/24 123/12 131/6
**ruled [1]** 2/13
**ruling [1]** 124/4
**run [5]** 49/17 78/2 78/4 78/5 78/6
**running [1]** 20/23
**RWG [1]** 1/2

# S

**S's [1]** 115/15
**said [73]** 11/23 16/19 17/10 20/17 28/16 28/20 33/13 34/25 36/2 36/4 40/10 41/23 43/20 43/25 44/7 44/11 45/12 46/15 46/19 46/23 48/21 50/21 50/22 51/20 51/22 52/19 52/24 55/10 56/11 56/15 57/22 57/24 58/21 59/16 61/24 62/5 63/3 64/4 64/15 65/9 75/13 87/17 97/3 97/10 99/21 101/13 104/12 104/12 105/8 105/18 105/20 107/13 107/21 107/21 107/23 113/18 117/1 120/13 120/23 122/20 122/23 122/23 124/16 125/21 126/9 127/2 127/20 130/9 130/13 131/13 131/14 131/17 133/3
**sale [3]** 105/4 105/4 105/5
**salesmen [1]** 19/1
**same [15]** 16/2 23/23 25/2 32/19 44/4 48/8 49/13 50/14 84/23 94/20 97/12 114/3 116/13 123/6 132/18
**San [9]** 6/2 11/15 11/18 13/1 16/6 16/8 33/20 34/2 64/10
**Santa [4]** 7/2 7/4 7/11 7/14
**satisfy [1]** 119/25
**sausage [1]** 56/4
**Sausalito [2]** 6/2 10/19
**saw [3]** 89/13 94/22 119/20
**say [62]** 2/16 2/22 4/2 6/11 8/14 13/25 14/13 14/21 21/2 26/11 31/19 33/12 40/17 40/20 43/3 44/6 44/10 46/2 49/12 49/16 51/5 51/16 52/11 53/4 54/9 56/12 56/15 56/17 57/2 57/9 58/1 59/6 59/7 64/6 65/1 67/14 68/6 72/23 82/23 82/24 83/24 85/3 85/7 89/25 90/25 92/17 101/21 108/23 109/21 112/25 115/4 116/1 121/2 121/17 123/20 125/15 127/16 129/19 130/2 132/18 132/18 133/20
**saying [38]** 41/25 44/20 45/5 45/21 47/8 49/13 50/10 52/25 54/13 54/15 55/3 56/20 56/25 57/5 57/11 58/23 58/25 59/25 62/19 63/1 65/11 79/18 92/20 96/17 108/22 117/8 117/22 118/4 121/12 122/11 125/25 126/1 128/24 128/24 129/7 130/12 131/2 132/23
**says [22]** 40/10 45/6 54/21 58/21 59/5 112/24 113/19 123/1 125/13 125/14 125/22 126/20 126/21 126/22 126/24 126/24 127/16 127/19 127/22 129/10

**S**

says... [2] 130/18 131/10
schedule [1] 2/8
scheme [7] 27/14 29/1 29/5 31/24 106/19 123/6 123/15
school [7] 6/18 6/21 7/1 7/6 32/19 71/13 71/14
schooling [1] 7/20
searched [1] 38/19
seated [3] 5/8 41/15 111/8
SEAVER [1] 1/6
SEC [4] 76/23 83/3 84/22 84/25
second [9] 23/4 48/7 80/25 95/20 97/9 113/16 114/21 115/18 132/1
seconds [1] 46/2
Section [2] 39/19 41/6
sector [2] 13/12 13/19
securities [2] 121/11 123/8
see [25] 5/6 5/10 25/15 45/8 58/20 60/17 71/17 72/20 75/13 80/1 80/1 82/19 83/14 89/11 93/25 95/9 95/10 105/9 107/7 111/4 117/18 129/11 129/19 134/20 135/5
seeing [2] 62/2 118/17
seemed [2] 31/16 32/23
seen [2] 39/8 89/7
sell [14] 8/19 9/2 76/23 92/7 92/7 92/11 95/1 95/20 96/5 96/8 96/20 97/2 98/8 107/5
seller [3] 92/1 92/7 96/10
sellers [1] 109/18
selling [3] 7/24 8/2 18/21
send [4] 17/7 21/4 21/8 97/21
sending [1] 21/25
sense [3] 62/24 62/25 115/9
sent [7] 21/9 22/5 24/21 25/11 45/8 95/14 98/2
sentence [7] 112/3 112/6 112/22 112/23 113/15 113/16 115/18
separate [2] 112/4 112/24
separately [1] 111/25
September [1] 135/15
series [3] 33/5 35/16 35/23
service [3] 8/19 19/2 79/14
services [2] 13/3 17/20
sessions [1] 4/15
settled [1] 52/1
several [12] 9/3 12/15 20/19 29/14 58/4 58/13 62/17 66/24 67/10 67/24 102/24 127/3
Sewickley [1] 71/14
shake [1] 99/12
share [9] 46/3 46/4 46/19 46/21 53/23 96/1 104/17 105/13 122/22
shareholders [3] 83/12 97/9 105/12
shares [19] 46/5 46/22 52/3 53/24 54/2 96/14 97/17 97/19 97/20 97/24 97/25 98/3 98/5 98/9 98/12 104/18 105/13 106/1 122/22
she [9] 4/11 4/11 6/13 11/13 11/14 32/19 37/15 37/16 117/1
Shelby [1] 118/7 118/24
shell [5] 83/5 83/9 109/18 109/20 109/21
shipper [1] 84/2
short [5] 11/14 90/23 105/4 105/4 105/4
shot [1] 131/8
should [10] 68/6 100/16 111/16 111/20

112/18 112/25 128/14 128/19 128/25 134/9
shouldn't [3] 82/24 85/3 129/23
show [8] 21/18 23/6 24/12 55/22 61/17 64/14 89/11 124/15
shown [1] 82/7
shows [2] 118/18 123/12
shrink [1] 105/12
shut [1] 60/20
sic [1] 23/12
sides [1] 133/12
sign [1] 108/22
Signature [1] 135/17
similar [14] 61/2 119/12 120/16 120/16 121/1 121/25 122/5 122/16 122/19 128/5 128/21 129/11 129/13 129/23
simple [3] 73/18 105/13 115/1
simply [1] 12/13
since [2] 84/24 88/5
single [4] 71/5 87/12 87/14 111/19
singular [4] 113/13 114/13 114/24 115/11
sir [11] 3/14 5/16 6/3 29/24 37/3 112/21 119/6 119/7 125/9 133/11 133/22
sitting [2] 6/16 68/7
six [3] 20/24 71/17 92/3
size [2] 93/21 104/19
slack [1] 133/1
sleep [3] 111/4 133/10 133/20
small [10] 10/4 18/20 19/2 74/23 77/11 78/24 102/7 103/15 103/25 104/13
so-called [2] 95/1 130/21
software [2] 18/8 18/21
solar [2] 10/5 10/6
sold [9] 9/2 10/5 10/21 15/10 61/14 74/24 96/18 96/24 107/5
solve [1] 115/15
some [48] 2/21 13/13 20/12 20/13 25/20 32/5 32/9 32/21 37/16 39/8 39/9 40/24 43/7 44/4 51/24 52/15 57/12 58/6 59/1 60/3 62/16 62/21 65/21 73/22 84/20 90/24 96/2 97/6 98/17 98/17 98/23 98/24 103/14 104/21 105/10 105/23 106/18 107/25 111/11 113/22 117/5 120/4 120/16 120/16 122/1 130/12 132/25 133/3
somebody [15] 3/11 81/9 91/5 92/8 94/1 94/21 98/12 99/16 100/12 104/14 104/15 104/24 105/2 105/3 123/8
somebody's [1] 55/2
somehow [1] 117/22
something [25] 2/10 2/16 2/17 3/5 40/4 41/23 47/7 50/23 56/11 56/15 56/17 59/7 59/25 60/9 90/25 97/3 98/18 108/22 108/23 124/16 125/16 127/17 128/20 130/3 133/23
sometime [4] 4/8 81/3 111/10 125/3
somewhat [2] 80/7 113/4
soon [2] 52/20 52/25
sophisticated [8] 25/20 26/24 41/24 42/3 42/5 42/5 42/17 42/24
sorry [18] 2/10 2/21 3/2 9/21 18/17 62/19 64/7 71/25 74/6 76/2 80/4 80/16 100/1 111/25 113/24 121/7 122/7 134/15
sort [4] 2/18 3/5 106/18 117/23
Soto [3] 1/14 110/6 130/1
sounded [3] 21/4 62/23 63/1
sounding [1] 41/24

sounds [2] 3/13 118/13
South [1] 108/11
southern [5] 1/1 6/4 9/18 10/19 26/25
span [1] 102/12
speak [5] 17/18 30/2 30/11 30/24 31/1
speaking [5] 32/15 42/14 57/5 92/24 130/18
speaks [2] 28/25 94/25
special [3] 66/15 67/25 114/19
specific [5] 15/3 38/9 51/15 52/3 53/7
specifically [15] 42/14 43/1 43/8 47/6 54/24 56/14 58/14 64/16 65/13 74/15 89/6 92/12 101/24 108/12 124/15
specificity [1] 80/5
specifics [1] 127/14
specify [1] 119/18
speculate [1] 133/19
speculating [1] 87/18
speculation [2] 87/16 133/18
spell [1] 10/24
spend [1] 75/23
spoke [12] 18/14 44/13 58/21 59/4 59/21 64/1 64/4 64/8 125/21 126/8 127/20 128/2
spoken [2] 59/1 131/24
Sputo [15] 33/11 33/12 34/3 34/12 34/17 34/23 35/3 35/4 35/7 35/7 35/11 66/15 67/2 68/1 107/13
square [1] 124/13
SRGG [1] 14/1
staff [1] 73/20
stage [1] 16/13
stand [2] 70/16 133/6
standpoint [1] 3/17
stands [2] 18/2 18/4
start [9] 12/25 15/18 52/20 52/24 75/10 110/3 110/4 110/8 125/13
started [7] 12/10 15/19 45/6 73/14 74/12 75/8 82/22
starting [3] 46/7 46/23 92/13
starts [1] 20/25
state [2] 3/15 3/21
stated [1] 88/24
statement [5] 45/17 82/12 90/5 124/24 129/2
statements [7] 40/1 40/23 73/24 83/3 85/11 120/14 124/4
STATES [4] 1/1 1/3 1/11 1/23
status [1] 71/4
stay [4] 78/2 78/5 111/6 125/14
stayed [2] 9/16 73/10
stays [4] 56/16 56/16 57/3 125/15
Ste [2] 1/17 1/20
steadily [1] 20/23
step [1] 126/4
still [2] 5/10 59/11
stock [86] 10/17 11/6 15/2 15/3 28/15 30/21 32/6 32/7 42/12 42/18 44/6 44/18 44/23 45/21 45/24 49/12 49/17 49/17 49/18 49/19 49/20 49/21 49/23 49/25 50/3 50/6 50/6 50/13 50/15 50/17 50/18 57/13 61/6 61/8 61/11 69/11 69/22 76/16 76/23 77/22 77/22 77/23 85/22 86/14 86/16 87/11 88/25 89/2 89/3 90/10 90/16 95/13 95/14 95/16 95/17 95/19 95/20 95/21 95/22 96/3 96/4 96/5 96/8 96/11 96/17 96/23 97/2 97/5 97/7 97/8 97/13 97/21 98/11 98/14 104/14 104/15 104/15 104/16 104/24 105/5 105/6 105/11 105/23

# S

stock... [3]  105/24 105/25 107/5
stockbroker [11]  10/20 48/24 49/8
49/22 50/2 50/5 65/24 97/22 98/11
98/15 122/21
stockbroker's [1]  50/10
stockholder [4]  15/4 87/13 87/14 88/2
stocks [5]  42/4 42/6 42/25 61/1 123/13
stop [1]  80/25
stops [1]  20/25
stray [1]  25/4
Street [1]  1/15
stretch [1]  24/8
strike [1]  93/25
structure [1]  86/12
structured [1]  105/22
studied [1]  7/8
studies [1]  72/3
study [1]  7/7
stuff [4]  39/9 39/12 56/21 125/4
subject [1]  38/14
submitted [1]  22/13
subsequent [2]  72/3 74/4
subsequently [3]  72/21 94/16 108/11
subsidiary [3]  84/17 86/19 86/22
substantial [1]  32/21
substantially [1]  15/9
succumbed [2]  54/15 56/13
such [1]  122/5
suggest [2]  120/21 128/4
suggested [2]  105/10 112/23
suggesting [5]  60/10 103/14 125/17
130/8 130/11
suggestion [2]  119/2 119/3
suggestions [2]  113/17 114/8
summarize [3]  75/22 80/10 80/13
summer [1]  16/6
Sundance [1]  7/24
supposed [4]  14/10 16/2 91/25 116/24
sure [13]  48/10 56/17 60/9 61/21 64/21
85/23 90/22 90/2 90/19 91/9 125/15
126/1 127/17
Surely [1]  68/14
Surge [9]  13/24 13/25 14/1 14/3 14/8
15/8 15/9 29/14 61/5
surgery [4]  3/4 3/4 3/5 3/7
surprised [2]  101/19 121/8
susceptible [1]  128/11
sustain [1]  32/9
sworn [2]  5/23 70/18
symbol [1]  14/1
system [3]  8/16 41/7 43/5
systems [1]  73/19

# T

Tahoe [3]  9/12 9/14 9/15
tailored [1]  123/18
take [19]  2/5 5/10 11/20 26/14 36/20
56/10 83/15 86/14 89/5 92/1 92/2
110/3 110/6 110/9 111/11 113/13
116/18 128/3 129/15
taken [2]  55/2 65/21
taking [3]  6/13 77/11 92/1
talk [27]  2/11 15/14 17/12 37/8 40/1
40/2 42/10 42/22 45/23 47/15 51/13
51/14 59/6 65/3 81/25 89/23 92/17
94/21 105/20 111/17 124/5 127/6
130/15 130/16 130/17 132/1 132/3
talked [13]  16/3 40/16 54/1 57/9 61/5

77/16 89/15 89/17 93/9 102/16 111/13
119/2 131/12
talking [32]  2/20 2/24 20/17 32/11 39/9
42/6 42/25 43/15 44/15 45/15 46/4
47/3 54/19 57/8 59/16 59/18 65/15
76/15 83/21 84/6 84/6 84/7 85/7 92/22
102/4 109/11 127/3 127/8 127/12
130/14 131/19 131/25
talks [6]  43/9 44/17 46/25 47/2 111/19
114/10
Tallent [49]  56/23 57/8 57/13 57/20
57/23 57/24 58/2 58/5 58/13 58/17
58/24 59/3 59/11 60/20 61/3 119/21
119/22 120/3 120/24 121/14 122/20
122/23 123/3 124/5 124/8 124/16
124/20 125/1 125/16 125/18 125/21
125/25 126/1 126/5 126/5 126/8 126/8
126/9 126/11 126/18 126/24 126/7/16
128/2 128/22 129/19 129/22 130/24
130/24 131/25
tape [13]  27/8 29/20 29/21 29/23 36/5
43/3 52/18 89/7 107/14 121/10 121/12
124/24 125/4
tape-recorded [1]  36/5
taped [1]  107/22
tapes [8]  59/25 60/10 119/20 119/22
124/1 124/5 124/14 124/15
technology [1]  20/6
telephone [6]  8/6 8/7 8/13 8/19 18/16
19/15 19/23 90/15
tell [26]  3/25 11/25 12/12 17/2 19/18
21/8 28/13 34/19 35/18 35/18 35/23
36/1 36/3 63/5 64/7 82/17 86/11 93/21
104/7 104/7 106/18 109/9 117/6 117/9
122/9 125/2
telling [5]  47/19 49/21 67/22 67/24
132/2
tells [2]  90/23 91/14
term [5]  43/22 43/25 79/3 79/15 83/19
terms [12]  42/12 42/16 42/17 43/7 43/8
43/11 44/4 45/15 73/18 74/14 76/14
85/15
Terry [2]  78/18 79/23
testified [11]  5/23 46/12 58/9 70/18
87/4 87/20 91/22 102/24 124/7 124/7
124/9
testifying [3]  3/20 39/1 134/1
testimony [20]  2/24 34/23 40/6 40/20
44/1 44/22 47/23 48/15 52/19 52/21
61/21 98/17 119/20 122/8 124/12
127/1 127/5 128/1 130/13 130/20
testing [2]  20/13 20/13
tests [1]  20/19
than [17]  26/7 51/20 52/12 65/6 77/23
79/13 86/10 86/13 86/24 87/9 88/24
91/4 99/17 110/11 110/13 114/10
128/11
thank [12]  4/25 5/19 5/20 21/15 41/12
68/24 109/25 109/25 113/3 133/21
134/22 135/1
thanked [1]  90/25
that [730]
that's [117]  2/18 3/19 4/2 4/3 10/1
14/18 14/21 16/15 21/16 22/13 23/11
23/17 24/2 24/17 26/7 27/8 27/11
28/20 28/20 40/23 41/3 41/6 42/14
42/24 43/14 45/2 45/5 45/7 45/10
45/10 45/13 45/22 46/3 46/3 46/5 46/8
46/11 46/19 47/22 47/24 48/22 49/10
50/4 50/10 51/1 52/4 53/11 55/15 57/2

57/21 59/16 59/24 60/7 62/16 63/12
65/22 66/3 66/4 74/25 76/16 77/6
77/12 78/24 79/3 80/23 84/4 84/25
87/25 90/1 90/6 91/1 92/12 95/11
95/19 97/15 99/2 100/3 105/14 106/3
110/20 111/21 112/17 112/23 113/1
114/16 115/4 115/21 116/7 117/4
117/8 118/4 120/15 120/25 121/2
121/20 121/24 122/5 122/14 123/17
123/18 123/23 124/1 124/9 124/10
126/10 127/24 127/25 129/5 129/17
130/10 130/12 130/16 131/7 132/4
133/14 134/2 134/9
their [19]  5/13 12/11 12/19 12/20 12/21
18/21 18/22 26/8 28/15 28/20 44/12
51/2 66/19 76/23 78/6 85/11 97/7
108/19 127/19
them [47]  7/15 12/16 12/16 12/17
14/11 17/18 18/16 19/3 29/6 29/15
29/15 31/3 37/5 64/9 64/10 64/16
66/10 66/16 75/12 75/13 77/11 77/20
77/20 78/5 85/5 85/6 90/17 92/4 95/18
98/10 98/23 98/24 99/13 99/14 101/15
102/11 108/9 111/10 111/12 121/21
123/8 123/9 127/13 129/1 131/3 133/2
133/6
themselves [1]  104/5
then [87]  4/13 9/1 9/18 13/4 14/3 15/13
16/14 19/9 31/22 32/25 37/8 37/15
38/19 40/4 40/17 40/18 45/23 46/2
47/4 48/12 48/17 49/4 49/25 61/13
61/14 67/10 67/10 68/25 71/15 71/16
72/11 73/4 73/5 73/22 75/11 75/14
76/23 77/21 79/1 79/20 79/23 83/17
84/13 85/4 85/13 86/22 86/25 91/16
93/23 95/7 96/3 96/15 98/25 100/18
101/4 101/17 105/11 106/1 108/25
109/15 109/16 112/8 115/11 115/20
116/8 116/18 117/17 117/24 118/25
120/15 122/1 122/25 123/2 123/22
125/19 127/17 127/22 129/10 129/22
129/25 131/12 131/17 131/22 131/25
132/18 132/21 134/4
theory [1]  115/25
there [132]  2/7 2/21 4/1 5/6 5/6 6/6 6/7
7/5 7/7 7/19 8/13 8/14 9/16 9/17 10/3
11/20 12/22 13/4 13/7 17/16 17/16
18/9 18/15 20/19 22/18 22/19 23/1
23/3 23/4 29/14 29/20 32/5 33/2 34/6
35/24 37/10 37/15 38/12 40/16 43/1
45/18 45/22 47/7 51/9 51/18 52/15
53/4 53/6 59/1 59/7 59/25 60/10 60/13
61/11 61/17 62/16 64/14 64/14 68/7
71/15 71/16 73/15 74/22 74/23 75/19
75/23 78/15 78/16 80/25 82/22 82/24
84/14 84/22 86/19 88/22 92/5 93/5
93/11 93/17 93/25 95/2 95/7 95/13
95/17 96/19 100/3 100/7 100/18 101/5
101/11 102/8 102/16 104/3 104/8
104/9 105/2 106/5 107/9 108/21
111/22 112/17 115/17 118/18 119/16
119/23 120/4 120/11 120/18 120/19
120/19 120/23 121/1 121/24 121/25
122/4 123/20 123/24 124/4 124/19
124/23 125/12 126/3 126/7 126/17
127/13 128/15 128/19 128/9 129/2 129/15
129/19 131/14 135/7
there's [8]  39/8 39/9 42/10 51/24
113/22 117/7 124/10 127/23
thereafter [2]  10/13 12/8

## T

**therefore [2]** 118/5 130/23
**these [31]** 4/15 7/17 13/6 24/1 29/5
29/19 31/17 40/24 55/18 74/19 75/16
80/18 83/2 84/22 85/16 86/12 89/13
91/3 93/21 94/5 101/22 102/25 118/22
120/23 127/6 129/18 129/24 130/14
130/17 133/3 133/16
**they [93]** 4/2 5/13 6/8 6/9 12/7 12/19
12/25 14/7 14/9 14/11 14/15 14/24
14/24 15/1 15/2 15/4 17/20 18/8 18/15
20/23 24/5 25/21 31/4 37/23 37/23
37/24 41/20 47/15 50/24 51/10 55/19
64/9 64/12 64/12 65/20 68/2 75/13
75/13 75/13 76/22 76/23 76/23 77/18
79/1 79/7 84/2 84/4 84/14 84/23 85/5
85/12 86/8 86/13 86/14 86/21 86/21
86/22 97/4 97/8 97/12 97/13 97/13
98/22 98/25 99/2 99/11 99/11 99/15
100/19 101/14 102/13 105/5 107/13
107/21 107/22 108/20 108/21 117/18
120/25 121/21 128/1 128/1 128/3
128/5 129/12 129/13 129/16 129/18
129/21 131/4 131/5 133/16 133/19
**they're [1]** 65/12
**thin [1]** 49/3
**thing [8]** 37/10 54/25 60/5 89/25
101/12 104/16 113/4 114/16
**things [20]** 2/8 16/2 40/25 41/8 41/9
45/7 51/10 51/16 60/3 60/4 79/17
86/12 95/5 98/23 98/24 99/12 108/8
124/1 129/24 133/3
**think [100]** 2/12 2/16 2/21 14/7 18/18
18/23 27/2 33/22 36/8 37/24 38/13
39/24 40/24 41/4 41/7 41/9 48/2 48/14
55/5 56/17 57/9 57/24 59/3 59/4 67/8
67/13 67/16 67/19 68/22 73/15 78/9
78/16 79/19 79/20 80/7 80/15 87/12
87/19 88/14 88/19 90/1 92/25 93/11
93/23 94/11 94/13 94/15 94/18 94/19
95/23 99/16 102/20 105/6 107/17
110/11 110/20 111/20 112/12 112/17
112/17 112/21 113/4 113/8 113/9
113/12 113/22 114/5 114/11 114/25
115/9 115/11 115/14 116/8 116/11
116/13 116/14 117/4 117/13 117/16
118/17 118/25 119/18 119/25 120/4
120/7 122/23 124/9 124/10 125/10
125/16 126/4 126/7 128/7 128/14
128/25 132/20 133/12 133/13 133/19
134/19
**thinking [4]** 46/24 68/4 115/22 131/15
**thinks [8]** 38/17 38/18 39/13 39/14
39/20 40/3 41/7 127/18
**third [4]** 45/8 48/9 96/21 96/22
**this [186]**
**those [25]** 2/15 14/13 16/5 35/9 37/15
37/22 40/23 41/9 42/11 42/17 43/8
54/4 55/19 58/6 60/7 62/18 62/21
63/21 72/19 90/17 94/20 115/14
120/14 120/24 131/6
**though [4]** 25/24 28/10 44/13 89/20
**thought [18]** 27/3 30/7 45/20 59/11
60/23 68/4 85/6 90/11 100/11 107/6
119/2 119/8 119/9 119/13 132/1 132/8
132/9 132/13
**thousand [3]** 36/4 65/18 65/22
**three [14]** 46/3 46/4 46/19 46/21 53/24
78/16 93/23 94/15 94/20 95/17 122/22

128/3 129/16 129/18
**through [17]** 1/7 7/6 7/18 8/16 9/16
20/13 37/14 53/9 63/16 66/6 78/9 95/7
111/14 115/23 120/2 123/13 133/2
**throughout [2]** 3/18 133/18
**throw [4]** 42/23 43/4 68/20 129/8
**Thus [1]** 130/21
**Tiburon [1]** 33/20
**ticket [2]** 67/4 67/6
**till [1]** 8/3
**time [92]** 4/13 5/3 7/19 8/1 9/12 10/22
11/11 12/10 13/13 14/8 15/3 16/7
16/17 17/21 17/22 18/10 23/20 28/10
31/18 32/15 32/17 32/19 33/2 38/3
41/5 42/6 45/4 46/1 46/7 46/24 47/13
49/12 49/13 49/19 50/14 50/15 51/7
51/11 52/17 53/4 53/8 60/25 61/12
64/23 65/20 66/4 67/2 67/7 67/13
67/16 67/19 68/21 73/24 74/21 75/19
75/23 77/24 79/11 80/17 81/4 81/7
81/8 81/10 82/2 82/5 84/1 84/5 84/14
86/9 87/12 87/17 88/22 89/22 92/5
92/18 93/12 95/13 98/20 101/5 102/16
107/7 107/9 107/16 108/17 111/11
121/9 121/16 126/16 131/14 132/25
133/3 135/10
**times [22]** 41/5 51/25
**timing [3]** 61/24 125/23 126/6
**timing's [2]** 59/8 127/23
**Timothy [3]** 1/19 66/15 67/25
**today [7]** 9/23 37/18 40/20 44/1 44/22
67/24 110/19
**together [15]** 10/5 16/8 24/6 65/9 73/22
75/14 82/7 84/3 85/13 93/20 128/4
129/17 129/18 129/24 130/3
**told [30]** 17/6 19/20 35/3 35/7 36/11
54/25 64/12 66/22 67/4 67/25 81/9
81/25 82/7 91/4 91/5 91/7 93/1 93/3
93/17 100/9 101/6 102/17 103/23
104/13 104/25 105/2 105/8 105/15
109/5 109/15
**tomorrow [7]** 111/4 111/5 125/3 125/8
134/9 134/19 134/20
**tonight [1]** 111/1
**too [6]** 8/21 14/19 25/4 75/23 91/16
97/14
**took [6]** 4/16 34/15 67/10 79/18 104/15
126/3
**top [3]** 15/2 44/6 91/15
**totally [1]** 105/14
**towards [1]** 44/5
**towers [1]** 8/19
**town [1]** 6/4
**track [1]** 18/9
**tractor [2]** 84/7 86/18
**tractor-trailers [2]** 84/7 86/18
**tractors [3]** 86/22 100/9 100/13
**trade [2]** 77/22 77/24
**tradeable [2]** 97/19 97/24
**traded [2]** 76/16 76/18
**trading [3]** 49/8 83/10 104/16
**traffic [1]** 89/25
**trailers [5]** 84/7 86/18 86/22 100/9
100/13
**transaction [3]** 60/24 69/19 69/22
**transactions [2]** 77/21 90/17
**transcript [12]** 1/10 27/11 51/19 51/24
52/15 60/7 62/2 65/16 125/5 126/17
129/16 135/13
**transcripts [14]** 51/25 53/17 56/22

60/19 61/23 62/12 65/2 65/4 65/12
65/14 89/7 89/13 92/12 128/4
**translate [1]** 15/12
**translation [2]** 59/2 59/7
**transparent [1]** 132/17
**transpired [1]** 91/3
**transportation [6]** 18/4 33/14 83/23
84/2 84/17 100/9
**travel [2]** 4/14 67/3
**treatment [1]** 4/12
**trial [8]** 1/10 3/16 38/22 60/17 116/24
119/10 133/19 134/7
**tried [5]** 29/18 52/23 119/20 120/3
124/15
**Trimberger [2]** 36/25 111/12
**triple [2]** 104/25 105/6
**truck [1]** 20/24
**trucking [12]** 18/20 18/23 18/24 19/2
74/22 74/23 75/1 75/3 75/5 83/23
83/24 86/20
**truckload [1]** 84/9
**trucks [14]** 18/8 20/22 20/22 83/25
84/6 84/7 84/7 84/9 84/12 84/13 84/14
86/18 86/18 91/22
**true [5]** 50/11 54/21 54/24 59/20
123/23
**trust [2]** 27/3 88/7
**truth [1]** 118/22
**try [8]** 48/1 56/7 57/22 80/8 99/24
102/21 120/2 129/24
**trying [21]** 48/16 51/22 57/13 65/9
80/11 80/20 82/6 91/23 92/10 92/11
95/1 99/15 102/25 118/11 121/9
121/15 123/7 126/11 128/3 129/18
134/10
**Tuesday [1]** 1/4
**turn [15]** 5/14 27/4 41/23 43/8 51/17
53/12 54/8 54/20 54/24 56/6 56/11
56/15 58/19 61/16 66/14
**turned [1]** 101/19
**Turning [2]** 42/21 46/25
**two [37]** 2/3 2/4 6/7 20/21 23/3 23/4
37/15 42/10 45/7 46/2 63/8 63/8 63/17
64/23 67/23 68/4 71/16 72/10 74/10
78/1 78/7 86/19 91/3 93/6 93/23 95/23
97/11 102/7 102/8 113/20 114/11
115/14 116/12 123/7 123/7 125/12
130/4
**two-week [1]** 64/23
**two-year [1]** 102/7
**type [8]** 2/15 12/6 43/4 55/19 59/20
80/18 95/22 96/22

## U

**U.S [3]** 1/15 1/19 107/10
**UCLA [1]** 11/15
**ultimately [19]** 8/21 18/19 31/13 31/22
31/24 32/2 37/17 44/21 51/2 64/19
64/22 65/1 67/11 73/5 104/25 109/7
119/21 121/18 123/3
**unable [1]** 8/24
**unaccurate [1]** 130/2
**uncharged [1]** 128/21
**unconnected [1]** 40/23
**under [7]** 4/17 32/9 51/14 104/22
110/18 113/9 123/11
**undermine [1]** 39/23
**understand [26]** 4/16 24/1 26/1 27/18
41/20 43/18 44/1 44/14 45/14 46/15
46/20 46/23 50/16 51/11 57/22 59/3

**U**

**understand... [10]** 59/19 61/21 65/11 92/19 106/5 130/9 131/4 133/9 133/14 134/6

**understanding [11]** 36/25 40/2 81/12 81/16 91/2 95/2 103/12 104/1 104/8 106/6 106/21

**understands [4]** 54/10 55/1 55/2 126/19

**understood [18]** 18/6 25/5 41/10 43/7 43/12 44/2 45/24 47/2 47/6 47/11 47/16 48/17 50/2 51/3 56/2 59/17 64/17 66/4

**UNITED [4]** 1/1 1/3 1/11 1/23

**university [2]** 71/15 71/18

**unless [4]** 60/18 118/20 128/4 129/21

**until [12]** 15/19 16/21 16/22 37/7 62/11 80/13 81/25 82/19 91/17 96/12 96/15 111/5

**up [60]** 4/12 7/15 7/16 8/3 8/13 8/17 8/19 9/12 10/9 10/10 10/18 13/13 15/8 17/24 20/5 21/1 25/10 25/13 28/15 30/13 30/14 30/15 30/16 31/13 38/21 40/15 44/22 44/24 45/4 47/17 49/13 49/19 50/7 53/7 54/10 61/8 61/11 75/22 77/18 78/20 78/22 78/23 80/13 81/25 85/13 86/15 86/16 87/2 93/25 100/23 102/11 105/14 115/1 115/4 117/2 117/13 117/25 125/19 132/9 135/6

**up-and-coming [1]** 20/5

**up-front [1]** 54/10

**upon [4]** 17/12 130/25 131/6 131/7

**urging [1]** 123/18

**us [23]** 12/7 26/14 26/15 41/20 47/19 67/22 67/24 85/12 87/25 91/5 92/7 92/23 93/1 93/18 93/20 96/25 100/12 100/19 105/9 105/21 106/3 114/11 121/14

**use [9]** 4/4 42/19 44/4 44/20 108/23 117/14 117/15 129/14 129/25

**used [8]** 43/7 43/11 45/15 48/10 60/2 65/13 132/14 133/18

**useful [1]** 68/22

**uses [1]** 44/5

**using [2]** 78/21 111/22

**Usually [1]** 100/14

**V**

**vacation [1]** 90/24

**Vail [1]** 90/24

**valid [1]** 39/19

**valuable [1]** 93/17

**value [3]** 77/23 100/15 100/15

**valued [1]** 61/1

**various [2]** 101/18 108/8

**version [1]** 111/9

**very [26]** 4/4 4/7 12/13 19/6 31/21 41/24 44/4 52/8 53/18 65/14 66/21 73/21 74/24 79/16 86/8 86/9 90/18 90/18 95/5 99/13 100/7 101/16 101/16 101/16 105/19 133/2

**victim [7]** 114/18 115/12 115/13 115/17 116/5 116/17 116/19

**victims [1]** 115/12

**video [4]** 94/22 94/25 95/11 120/22

**videotaped [1]** 120/9

**view [1]** 80/1

**visit [2]** 66/3 75/12

**vocabulary [1]** 3/8

**voice [1]** 65/14

**voiding [1]** 20/22

**volunteer [1]** 3/3

**vote [4]** 96/4 96/13 96/13 97/14

**voting [3]** 96/3 96/24 96/24

**W**

**wait [3]** 37/7 126/16 132/1

**waiting [2]** 2/9 67/23

**waive [2]** 117/14 117/23

**waived [4]** 116/9 117/1 117/6 117/20

**waiving [1]** 117/5

**walking [1]** 41/3

**Walnut [1]** 11/18

**want [55]** 2/11 21/18 23/6 25/4 26/1 27/4 33/15 39/25 41/23 49/12 49/16 50/13 50/23 51/13 51/14 51/15 54/22 55/6 56/7 56/11 56/15 60/9 60/21 61/16 61/21 62/5 64/5 64/21 66/14 68/15 68/16 68/18 68/19 77/18 90/10 90/18 105/9 110/3 110/13 114/8 115/3 115/4 115/6 117/8 118/9 120/4 122/24 127/5 129/9 132/17 133/5 137/7 133/10 133/15 133/19

**wanted [37]** 2/9 2/23 3/3 4/6 29/2 29/3 32/18 33/16 48/21 50/9 50/13 50/17 52/4 53/2 55/14 57/21 61/2 64/16 64/24 65/18 65/23 66/1 66/8 66/9 73/2 77/3 78/5 83/1 92/7 95/6 95/9 95/10 95/13 127/6 130/16 130/17 130/21

**wanting [1]** 2/16

**wants [9]** 4/4 40/20 45/6 45/12 55/6 55/21 85/22 110/20 124/10

**warranty [1]** 20/22

**Warren [1]** 4/2

**was [433]**

**wasn't [24]** 32/17 36/12 38/24 48/6 48/24 55/8 58/22 58/24 59/17 62/17 83/10 90/6 91/6 91/10 92/21 96/14 96/19 101/19 119/16 125/22 126/2 126/15 127/21 132/8

**Waste [3]** 76/7 77/12 78/25

**wasted [1]** 18/10

**water [2]** 10/5 10/6

**way [29]** 12/20 15/6 30/20 31/17 31/19 39/25 40/25 42/24 48/23 48/24 55/8 66/4 68/6 75/21 75/21 75/21 76/21 77/2 77/5 88/23 105/24 113/12 115/1 121/5 122/10 124/1 129/15 132/6 133/16

**Wayne [1]** 76/6

**ways [1]** 88/24

**we [225]**

**we'd [1]** 112/10

**we'll [6]** 37/8 52/20 52/24 56/5 58/20 129/10

**we're [17]** 2/8 4/20 10/10 29/16 38/12 48/15 63/19 80/7 113/9 114/3 114/6 114/17 117/9 128/17 128/24 129/5 130/3

**we've [2]** 78/9 90/22

**weak [1]** 48/11

**Wednesday [1]** 21/24

**week [8]** 4/15 6/14 6/16 34/23 62/13 64/23 111/13 132/19

**weekends [1]** 135/7

**weeks [7]** 34/13 63/8 63/8 63/17 67/4 67/23 68/5

**weight [1]** 121/19

**well [71]** 20/12 20/19 26/24 26/25 28/18 29/4 38/13 38/21 39/19 40/12 40/17 41/21 45/5 48/5 49/11 52/19 53/10 53/16 54/24 59/6 72/9 73/14 74/16 75/7 75/22 75/25 78/18 82/13 82/19 84/1 84/13 84/15 85/3 85/19 88/5 89/8 90/6 91/7 92/7 92/24 93/1 93/11 95/3 95/17 95/22 97/6 98/2 98/20 101/4 101/25 104/7 105/10 105/18 106/3 107/3 107/21 108/21 109/16 109/20 112/9 114/10 114/21 117/24 118/21 120/6 120/23 123/23 131/14 131/17 131/25 134/4

**went [30]** 7/1 7/11 20/25 37/14 48/13 61/8 61/8 61/11 61/13 67/5 71/14 71/15 71/18 72/22 75/8 76/9 79/17 95/4 100/3 102/24 103/1 106/3 108/1 108/13 109/16 109/19 122/20 126/1 126/5 126/7

**were [111]** 3/3 6/15 6/15 7/5 7/7 7/16 9/14 14/6 14/7 14/10 15/24 16/2 16/9 16/10 17/20 19/16 20/15 20/19 20/20 20/23 21/8 25/13 29/13 29/14 30/5 30/6 30/19 31/4 31/17 32/14 32/15 33/6 35/2 35/4 35/7 37/16 42/4 42/6 46/3 48/23 48/25 49/7 51/14 51/22 52/5 53/2 54/4 54/8 54/12 55/13 57/19 60/10 60/13 60/25 61/10 64/12 65/8 67/13 67/16 68/1 68/7 70/24 72/19 72/21 72/23 73/23 74/4 74/7 75/13 75/14 78/15 84/20 85/2 85/12 85/14 85/24 86/19 86/19 87/4 91/23 91/24 93/15 94/14 95/17 97/8 97/20 98/22 98/22 98/23 98/24 100/8 101/14 102/14 104/8 104/21 104/22 105/6 106/21 106/24 107/6 107/9 108/5 117/14 117/17 120/11 120/23 120/25 121/1 132/1 133/1 135/11

**weren't [1]** 18/15

**what [277]**

**what's [20]** 14/15 19/7 21/18 23/6 29/21 29/21 46/9 65/3 74/24 75/12 77/7 77/9 78/23 95/19 95/25 111/18 114/19 116/23 118/17 133/14

**whatever [7]** 26/3 40/20 68/17 84/10 106/2 108/20 129/9

**when [126]** 4/20 7/7 8/14 10/20 13/6 13/25 14/13 14/21 15/17 15/17 18/11 19/20 21/2 26/12 26/15 27/13 27/17 28/14 28/25 29/4 29/4 31/19 33/19 34/11 36/10 37/25 40/10 41/25 43/11 43/20 43/25 44/6 44/10 44/11 44/20 45/12 45/15 45/23 46/2 46/3 46/5 46/8 46/19 46/25 47/14 47/21 48/1 48/10 48/16 51/22 52/7 52/11 52/24 54/16 55/5 57/2 57/24 59/5 59/8 59/16 60/2 61/10 63/2 65/15 67/22 68/7 69/5 72/8 73/3 74/16 76/5 76/14 76/19 82/6 82/6 82/18 82/23 83/17 83/24 84/6 84/14 84/21 84/21 84/21 85/7 85/19 85/19 86/24 89/13 89/23 91/5 91/14 94/22 95/24 96/9 97/10 97/15 98/11 100/6 100/8 100/10 100/10 101/21 105/4 107/9 107/16 109/21 111/1 111/9 121/17 124/6 125/14 125/23 126/4 126/6 127/15 127/15 127/23 130/9 130/18 131/17 131/22 132/6 132/15 132/16 132/19

**where [50]** 4/9 6/1 6/3 6/8 9/8 9/17 9/18 16/7 19/20 33/19 33/21 34/1 34/1

## W

**where... [37]**  34/15 40/15 42/22 42/23 43/3 43/9 44/24 51/18 53/15 53/23 54/23 56/12 70/24 71/1 71/12 72/17 73/8 73/8 75/7 75/19 78/9 78/24 95/13 101/5 102/16 105/22 108/2 111/22 112/1 113/18 113/19 117/1 117/19 124/25 126/18 126/20 127/19
**whether [12]**  35/3 35/7 40/9 40/16 85/5 85/12 95/3 121/19 128/15 128/17 128/19 133/13
**which [39]**  13/3 13/3 15/14 22/25 23/14 24/19 25/1 42/15 44/25 47/24 49/17 57/13 57/16 60/25 65/1 75/12 76/17 76/22 77/10 77/15 80/5 84/1 84/9 86/21 87/1 96/22 97/10 97/11 98/21 100/15 104/18 105/11 111/15 112/23 113/15 122/17 123/16 126/4 129/2
**while [8]**  37/19 75/25 78/18 92/15 99/10 104/8 110/3 113/17
**who [52]**  4/2 6/6 12/23 13/11 30/14 51/9 51/15 52/23 53/2 54/9 54/12 56/25 57/6 62/20 78/4 79/6 79/10 80/23 81/9 81/9 83/6 83/13 83/15 84/1 86/1 88/9 88/11 88/13 88/15 88/25 89/17 91/7 93/3 93/19 94/21 97/25 98/2 98/7 98/14 98/18 98/22 103/4 103/7 103/24 103/24 105/15 120/12 120/12 123/3 123/4 123/22 130/18
**whole [6]**  52/2 80/21 92/1 92/13 106/8 120/9
**whomever [1]**  93/24
**whose [1]**  77/23
**why [27]**  6/10 6/12 18/23 20/8 24/5 29/8 31/1 31/15 32/8 35/13 43/14 52/4 55/15 66/3 81/12 90/4 90/14 92/5 92/5 99/9 104/8 107/2 109/3 117/4 121/21 122/14 123/18
**widowed [1]**  71/6
**wife [6]**  6/7 6/10 6/12 11/13 32/3 32/18
**wife's [1]**  3/4
**will [17]**  5/16 5/18 36/20 37/7 53/12 53/13 57/6 61/17 91/16 111/4 113/2 117/18 123/20 124/24 128/10 132/24 134/5
**willing [2]**  28/14 105/18
**wise [9]**  8/4 26/12 32/6 32/7 32/7 32/8 74/5 107/16 129/13
**wish [1]**  56/9
**wishes [1]**  115/8
**withdraw [3]**  4/19 4/22 102/5
**withdrew [2]**  36/21 111/7
**without [3]**  20/21 40/25 90/10
**witness [5]**  21/14 38/25 39/4 87/17 120/12
**witnesses [3]**  41/19 134/17 135/20
**wolff [3]**  1/22 1/25 135/17
**won't [1]**  38/9
**wonder [2]**  116/23 117/18
**word [8]**  3/7 44/7 44/20 65/13 115/2 117/21 118/1 133/18
**words [6]**  5/13 51/6 60/2 83/2 85/13 96/23
**work [14]**  12/1 51/9 72/14 73/4 74/4 75/25 76/5 76/9 76/13 78/10 79/10 80/2 100/20 135/7
**worked [5]**  7/23 10/4 72/16 73/12 101/19
**working [4]**  5/9 31/3 74/12 75/2

**works [1]**  79/13
**world [5]**  82/25 83/17 86/24 100/12 105/9
**worth [1]**  65/18
**would [172]**
**wouldn't [6]**  4/2 18/9 39/11 40/13 53/9 97/22
**Wright [4]**  34/7 34/12 66/15 67/25
**write [2]**  2/9 98/25
**writing [3]**  15/1 78/18 98/22
**wrong [9]**  106/22 106/24 109/4 112/1 119/3 119/8 119/13 132/9 132/11
**wrongs [1]**  38/17
**wrote [1]**  79/6

## Y

**yeah [12]**  3/23 48/2 74/3 80/20 102/13 103/11 110/17 113/2 118/7 125/20 133/3 134/6
**year [18]**  6/20 9/25 10/8 10/9 13/1 16/16 31/3 80/3 80/13 81/1 96/7 101/1 101/2 102/7 102/19 106/8 106/11 107/14
**years [15]**  7/5 7/16 7/24 9/14 11/10 71/16 71/17 71/17 72/10 72/19 72/24 73/13 73/15 74/10 78/16
**yes [235]**
**yet [1]**  37/5
**York [5]**  37/1 79/25 80/1 100/3 102/9
**you [748]**
**you'll [1]**  11/25
**you're [42]**  8/2 9/23 16/17 21/25 39/9 43/1 44/20 45/23 50/10 50/16 54/13 54/19 55/10 56/23 56/25 57/5 57/8 57/11 59/12 62/19 65/15 67/22 70/8 70/10 77/13 77/14 77/19 78/10 80/18 82/17 84/6 84/21 84/21 85/7 96/17 99/12 103/18 103/18 104/6 123/24 132/2 132/2
**you've [3]**  2/13 87/3 89/7
**Young [2]**  11/14 73/23
**your [169]**
**yourself [3]**  55/18 95/16 110/25

## Z

**zero [3]**  74/10 104/25 105/6
**ZIPZ [3]**  29/15 30/3 30/5