UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 12-60064-CR-RWG


UNITED STATES OF AMERICA,

              Plaintiff,              JANUARY 24, 2013

     vs.

                               MIAMI, FLORIDA

KEVIN BRENNAN and MARC SEAVER PAGE,

              Defendants.

_____/   Pages 1 - 91


TRANSCRIPT OF MOTION TO SUPPRESS
BEFORE THE HONORABLE RICHARD W. GOLDBERG
UNITED STATES DISTRICT JUDGE


<u>APPEARANCES:</u>

FOR THE GOVERNMENT:    H. RON DAVIDSON, AUSA
                     Office of U.S. Attorney
                     99 NE 4th Street
                     Miami, Florida  33132


FOR DEFT. PAGE:        TIMOTHY DAY, AFPD
                     Office of U.S. Public Defender
                     150 W. Flagler Street
                     Miami, Florida  33130


FOR DEFT. BRENNAN:     MAURICIO ALDAZABAL, ESQ.
                     2655 Le Jeune Road
                     Suite 700
                     Coral Gables, Florida  33134



Reported By:          DIANE MILLER, RMR, CRR
                     Official United States Court Reporter
                     400 N. Miami Avenue, Room 11-2
                     Miami, FL  33128
                     (305)523-5152
                     diane_miller@flsd.uscourts.gov


Thursday, January 24, 2013.

I-N-D-E-X

WITNESSES                                                    PAGE

SPECIAL AGENT MICHAEL SPUTO

    Direct Examination by Mr. Davidson          19

    Cross-Examination by Mr. Day                29

    Redirect Examaination by Mr. Aldazabal      62

CLOSING ARGUMENT - DEFENDANT PAGE              70

CLOSING ARGUMENT - GOVERNMENT                  75

COURT'S RULING                                 77

Thursday, January 24, 2013.

```
1                    P–R–O–C–E–E–D–I–N–G–S

2            THE COURTROOM DEPUTY:  Case 12-60064 Criminal,

3   Goldberg, United States versus --

4            THE COURT:  I'm not a criminal.

5            THE COURTROOM DEPUTY:  I'm sorry?

6            THE COURT:  At least it hasn't been proven.

7            THE COURTROOM DEPUTY:  No.

8            United States versus Kevin Brennan and Marc Seaver

9   Page.

10           If we could please have Counsels' appearances for the

11  record.

12           MR. DAVIDSON:  Good afternoon, Ron Davidson on behalf

13  of United States; with me is Special Agent Michael Sputo from

14  the FBI.

15           THE COURT:  All right.  Why does it not surprise me

16  that he is here?

17           MR. DAVIDSON:  I don't know, Judge.  He is.

18           THE COURT:  Yes, sir.

19           MR. DAY:  Good afternoon, Tim Day from the Federal

20  Defender's office on behalf of Mr. Page.  Mr. Page is

21  appearing by way of telephonic communication.  The Court

22  allowed that; we appreciate it.

23           THE COURT:  My understanding, both Mr. Brennan and

24  Mr. Page are on the telephone.

25           MR. ALDAZABAL:  Yes, Your Honor, I believe that's
```

Thursday, January 24, 2013.

```
 1  correct.

 2          THE COURT:  Mr. Page?

 3          DEFENDANT PAGE:  Yes, I'm here.

 4          THE COURT:  You can hear me?

 5          DEFENDANT PAGE:  Yes, I can.

 6          THE COURT:  You can't see me, though?

 7          DEFENDANT PAGE:  No, I can't see you.

 8          THE COURT:  Mr. Brennan?

 9          DEFENDANT BRENNAN:  Yes.

10          THE COURT:  Okay, all right.  You two gentleman I

11  guess are here to listen.

12          DEFENDANT PAGE:  Yes.

13          THE COURT:  If you want time to confer with your

14  lawyers, before I make my final decision, you can.  Do you

15  understand that?

16          DEFENDANT BRENNAN:  Yes.

17          DEFENDANT PAGE:  Yes.

18          THE COURT:  All right.  Everybody made their

19  appearances, so we can start.

20          MR. ALDAZABAL:  No, Your Honor, I haven't yet.  I

21  think I should do that for the record.  Mauricio Aldazabal,

22  CJA counsel on behalf of Mr. Brennan in Pittsburgh,

23  Pennsylvania, appearing by phone.

24          THE COURT:  Thank you, sir.

25          Both of you guys don't know, but I'm a visiting
```

Thursday, January 24, 2013.

1  fireman here.  This is my 13th winter doing this, in this

2  courthouse, and a fugitive from North Dakota.  That's where I

3  was born and raised.

4  　　　　My court is in New York City, and I sit by

5  designation in a number of courts, including appellate courts

6  and district courts.  Our court in New York is a trade court.

7  We don't have jury trials and no criminal jurisdiction.  So

8  this is my venture into this category.

9  　　　　As I look at the Defendant Brennan's motion --

10  actually, it is Mr. Page's motion and Mr. Brennan associates

11  himself with it in another motion; is that correct?

12  　　　　MR. ALDAZABAL:  Yes, Your Honor.  We filed a motion

13  to adopt and join.

14  　　　　THE COURT:  All right.  So what I will probably do is

15  to rule, then I'll rule that your client is -- Mr. Brennan is

16  included.

17  　　　　All right.  There are sort of two parts that I want

18  to talk about.  It appears from reading the motion and the

19  facts and circumstances that I'm familiar with or that I have

20  seen, that the conversations between Defendant Page and

21  Mr. Epstein started before the FBI got involved; is that

22  correct?

23  　　　　MR. DAVIDSON:  That's correct, Judge.  Mr. Epstein

24  and Mr. Page did have conversations.

25  　　　　THE COURT:  Now, my understanding, so I get this

Thursday, January 24, 2013.

```
 1   straight, Mr. Page, at that point, was not a person of
 2   interest.
 3            MR. DAVIDSON:  Correct.  He was not a target of the
 4   investigation.
 5            THE COURT:  And those conversations were -- I don't
 6   know how many there were, but not very many.
 7            MR. DAVIDSON:  I don't know the number, Judge; but
 8   they were infrequent, and they were not recorded.
 9            THE COURT:  And then that changed after Mr. Page
10   became a party in interest.
11            MR. DAVIDSON:  Correct, Judge.
12            THE COURT:  That's when the bureau got involved.
13            MR. DAVIDSON:  Correct.
14            THE COURT:  All right.
15            Okay, for the defendant, who wants to argue?
16            MR. DAY:  Your Honor, I can do that.  I don't know if
17   the Court felt the need for any kind of evidentiary testimony
18   from the agent as to the specifics of his involvement in the
19   tape recordings.
20            THE COURT:  Well, I think we do.  I think the
21   Government will want to put him on the stand.  I would suggest
22   that they do so, because the legal issue involved is whether
23   or not Mr. Epstein was under color at the time.
24            MR. DAY:  Yes, sir.
25            THE COURT:  Right.  So do you want to explain to me
```

Thursday, January 24, 2013.

1  what you said in your brief, why you think the Government is

2  wrong?

3          MR. DAY:  Yes, sir.

4          The first thing that I would say, Your Honor, is that

5  it seems to me -- and obviously, you have had the benefit of

6  both my pleadings and also the Government's response, putting

7  the two of those together, it seems to me that the issue that

8  is before us is what is required for an individual cooperating

9  defendant to act under the direction of law enforcement so

10  that they qualify for the exception, and that is under

11  color -- under color of law under 18 U.S.C. 2511(c).

12          As I have indicated in my pleading, Your Honor, in my

13  motion, it seems to me that the 11th Circuit case law and the

14  other circuit case law, as well, indicates that there needs to

15  be some type of supervision in order for an informant to then

16  qualify as acting under the direction of the agent and

17  therefore acting under color of law.

18          It seems to me, Your Honor, that the Government's

19  response to that is to take a different view.  And of course,

20  I'll let the Government make their view.  But to frame the

21  issue, it seems to me what the Government is saying is that

22  once the law enforcement agency -- in this particular case,

23  the FBI, once they tell the informant, "record the calls

24  pursuant to an investigation," it appears that the

25  Government's argument is that that ends the inquiry; that

Thursday, January 24, 2013.

1  therefore, the individual is acting at the direction of law

2  enforcement, they are acting under color of law.  And

3  essentially, that ends the inquiry; that that fits the

4  exception under 2511(c); and therefore, I think their view

5  would be that the Government -- that the defendant's motion

6  needs to be denied.

7        My response to that, Your Honor, is that it seems to

8  me that the 11th Circuit case law and the other cases that are

9  cited in other circuits, some in my motion, some in the

10  Government's motion, make a determination as to whether the

11  informant was acting under color of law by looking at what

12  occurred, what was the direction of law enforcement; and it

13  seems in those cases to suggest that that direction needs to

14  involve supervision.

15        Actions have to be taken.  Something has to be done

16  on behalf of law enforcement to direct the informant to

17  supervise the informant in some fashion.  And the cases do not

18  lay a formula, they don't say -- and I agree with that.  They

19  don't say these are the following three or four or five things

20  that need to be done.  They don't do that.  There is no

21  formula.

22        But it does appear that on a case-by-case basis,

23  certainly in the 11th Circuit with the *Haimowitz* case and the

24  *Shields* case, the courts upheld the tape recordings in those

25  particular cases; and in doing so, they made factual findings

Thursday, January 24, 2013.

1    as to what occurred in that particular case, which then they

2    held satisfied the requirement that the informant was acting

3    under color of law.

4            In the *Haimowitz* case, Your Honor, the government

5    agent precluded access to the recording equipment and

6    retrieved the tape recording after each recording was made.

7    In the *Shields* case, the government agent installed the

8    recorder, turned the recorder on, taped it in the on position,

9    and turned it off and removed the equipment after each

10   recording.  That's the *Shields* case.  Those are the 11th

11   Circuit cases that both the Government and I cited that I

12   think certainly we have to address here, in the Southern

13   District of Florida.

14           And the other case that I cited in my motion, that's

15   the *Shields* case; and in that case, the agent operated the

16   recorder, remained nearby, and took custody of the recorder

17   after each call.

18           So it seems to me, Your Honor, from those cases and

19   others, that the inquiry is not just did the government -- or

20   did the agent instruct the informant to record calls pursuant

21   to an investigation.  As a matter of fact, what occurred in

22   each of the cases where the recordings have been upheld is

23   that factual findings were made by the 11th Circuit -- and

24   I've pulled those facts and I have offered them to the Court

25   here -- in support of the fact that there was direction, there

1    was, in my words, supervision; action was taken; and

2    therefore, the court said that those actions computed or

3    supported the idea that these recordings were made under color

4    of law.

5         And I guess what I would say, Your Honor, to bring

6    the point home, is I don't think -- and this is in a

7    hypothetical sense, I don't think it's enough, just on my view

8    of the case law, for the law enforcement agent to say to the

9    informant, "Okay, we have an investigation against Mr. Smith."

10        THE COURT:  Let me interrupt you for just a moment.

11        My understanding is that -- I'm reading the

12   Government's response, that the agent was there some of the

13   time; is that correct?

14        MR. DAY:  Your Honor, I do not --

15        THE COURT:  Not all of the time, but some of the

16   time.

17        MR. DAY:  Your Honor, I do not know.  I spoke to the

18   prosecutor in this case, and I -- the only information I have

19   is that the -- that the agent told Mr. Epstein to record all

20   of the phone calls of Mr. Page.  Now, there may have been

21   other things that were done but --

22        THE COURT:  Those are the calls that started after

23   Mr. Page became a person of interest?

24        MR. DAY:  Yes, sir.  The tape recordings begin on

25   January 25th, 2010.  It is very clear from the first tape

Thursday, January 24, 2013.

1  recording, Your Honor, that the parties have already spoken.

2  They know --

3      THE COURT:  They spoke initially.  I guess we are --

4  if I remember right, Mr. Page was trying to entice Mr. Epstein

5  to invest, something to that effect.

6      MR. DAY:  Yes, although we don't have the recordings

7  of that.  But apparently, there is conversations between them

8  regarding an investment.

9      THE COURT:  We will get do it in a minute, but I'm

10 going to ask the Government if -- in addition to those

11 recordings which are in existence, if they plan to introduce

12 the testimony of Mr. Epstein with regard to the conversations

13 that they had, he and Page, before the -- before the bureau

14 got involved with it.

15     MR. DAVIDSON:  We do, Your Honor.  We think it is

16 necessary to provide context as to why Mr. Epstein and

17 Mr. Page were able to hit the ground running, once the tape is

18 on.

19     THE COURT:  All right.  Well then, I'll let Mr. --

20 the Defense Counsel talk about it.

21     Go ahead.  I'm sorry I interrupted you.

22     MR. DAY:  No, no problem at all, Your Honor.

23     Your question to me, the last one was:  What the

24 agent in this particular case, what he did in addition to

25 directing the informant to contact -- or to record the calls

Thursday, January 24, 2013.

 1    with Mr. Page?  I don't know, Your Honor, other than what I

 2    have proffered to the Court.  The Government has that

 3    information.  I don't know if there was anything in addition

 4    to that.

 5           There are statements in there, in their pleading,

 6    where they talk about the fact that not all of the recordings

 7    were attended by law enforcement -- I'm paraphrasing -- which

 8    seems to suggest that maybe they were present on some of them;

 9    but I don't have that information, Your Honor, to forward to

10    the Court --

11           THE COURT:  Well, we maybe will find out.

12           Now, what about the -- what's the position of the

13    defendant, in this case, with reference to the conversation

14    between Mr. Page and Mr. Epstein, when there was no crime

15    being investigated at the time?

16           The Government has already said that they plan to, I

17    gather, go to trial and have Mr. Epstein testify about those

18    conversations with Mr. Page.

19           MR. DAY:  Specifically as it relates to this motion.

20           THE COURT:  He obviously wasn't -- I think we would

21    agree, he wasn't operating under color of law.

22           MR. DAY:  Right.  And additionally, Your Honor --

23           THE COURT:  At that point.

24           MR. DAY:  They were not recorded, so they were not

25    captured so 18 U.S.C. 2511 wouldn't be applicable to those.

Thursday, January 24, 2013.

```
 1              THE COURT:  Okay.  Do you want to argue about the
 2   admissibility of that conversation?
 3              MR. DAY:  No, Your Honor, I don't -- I don't --
 4              THE COURT:  I mean, if we go to trial, he is going to
 5   get up and talk about the conversation between Mr. Page and
 6   Mr. Epstein.
 7              MR. DAY:  Yes, I understand.
 8              THE COURT:  I'm not talking about the recordings now,
 9   I'm talking about the phone conversations.
10              MR. DAY:  Right.
11              THE COURT:  And they weren't recorded.
12              MR. DAY:  Yes.  And I won't be contesting those
13   conversations, Your Honor.
14              THE COURT:  You won't?
15              MR. DAY:  Will not, no, sir.
16              THE COURT:  All right.  Thank you.
17              Gentleman for Mr. Brennan, do you have anything you
18   want to say?
19              MR. ALDAZABAL:  Your Honor, just -- no.  Obviously, I
20   thought I would adopt Mr. Day's legal arguments.
21              And as far as the phone conversations are concerned,
22   it is really, Mr. Brennan is in the same situation.  But
23   additionally, there was one face-to-face meeting in Fort
24   Lauderdale, which I believe also would be applicable within
25   the purview of this motion because there was a body bug on
```

Thursday, January 24, 2013.

14

```
1   Mr. Epstein that recorded that conversation.  Mr. Page was not
2   there.  I think it was Mr. Epstein and Mr. Brennan.  I don't
3   know if there was anybody else, but at least my client was
4   there, so I would like to include that within the confines of
5   the motion.
6           THE COURT:  That is a recording?
7           MR. ALDAZABAL:  It is a recording, yes, Your Honor.
8           THE COURT:  Mr. Epstein was wearing a wire or
9   something?
10          MR. ALDAZABAL:  Yes, Your Honor.  To the best of my
11  knowledge, he was wearing some sort of body bug which recorded
12  the whole conversation, the whole meeting.
13          THE COURT:  And I assume that the Government will
14  seek to introduce that at Mr. Brennan's trial.
15          MR. ALDAZABAL:  I'm very sure they will seek to
16  introduce that, yes, Your Honor.
17          THE COURT:  You oppose that?
18          MR. ALDAZABAL:  Yes, I do, Your Honor.
19          THE COURT:  On the same grounds?
20          MR. ALDAZABAL:  On the same grounds as the motion
21  filed by Mr. Day.
22          THE COURT:  All right.  Now, we will hear from the
23  Government.
24          MR. DAVIDSON:  Thank you, Your Honor.
25          THE COURT:  I'll give you guys time to rebut.
```

Thursday, January 24, 2013.

```
 1              DEFENDANT PAGE:  Your Honor, this is Mr. Page.  May I
 2    confer with my attorney for a brief moment?
 3              THE COURT:  Surely.
 4              DEFENDANT PAGE:  How would I do that; in open court
 5    here?
 6              THE COURT:  No, you don't want to do that.
 7              Do you have any mechanism to do that?
 8              DEFENDANT PAGE:  I can call him on a separate line;
 9    would that be okay?
10              THE COURT:  Sure.
11              MR. DAY:  I do have a cell phone, Your Honor.  If he
12    wanted to call me on that, I can go outside.
13              THE COURT:  Why don't you step outside.
14              DEFENDANT PAGE:  Can you give me the phone number?
15              MR. DAY:  It is the same -- 561-445-9671 for everyone
16    now, I imagine.
17              DEFENDANT PAGE:  I apologize.
18              MR. DAY:  It will just take a minute, Your Honor.
19              THE COURT:  Take your time.
20         (Recess was had at 2:18 p.m.; proceedings resumed
21    at 2:22 p.m.)
22              MR. DAVIDSON:  Judge, I think we can go back.
23              MR. DAY:  Thank you, Your Honor; I appreciate it.
24              THE COURT:  Now, we will keep this fairly informal.
25    It is on the record, but in deference to both of the
```

Thursday, January 24, 2013.

1  defendants in the case listening, I want to make sure that

2  they feel that they got a fair hearing.

3          Do you want to talk?

4          MR. DAY:  No, I'm good.  Thank you.  I appreciate the

5  opportunity.

6          THE COURT:  All right, fine.  Thank you.

7          Yes, sir, Mr. Davidson.

8          MR. DAVIDSON:  Thank you, Your Honor.

9          I think there are two separate questions.  The first

10  is how high is the bar that the Government has to meet as far

11  as how involved and repeated interactions the FBI had with the

12  informant.

13          THE COURT:  In order to sustain under color of law

14  and make the tapes admissible.

15          MR. DAVIDSON:  Correct, Your Honor.

16          The second question is how high did we jump over that

17  bar, in this particular case, given the facts.

18          I think the bar is quite low.  The 11th Circuit just

19  says the informant, acting at the direction of the government,

20  is acting under color of law.  So that's how I interpreted it,

21  that if the FBI tells you go do this and the informant goes

22  and does it, the tapes are admissible.

23          THE COURT:  Now, you -- you cite *Haimowitz* -- I can't

24  pronounce it and -- also *Shields*; is that right?

25          MR. DAVIDSON:  Correct, Judge, those are the cases;

Thursday, January 24, 2013.

1 and then we also cited the 7th Circuit case of *Andreas* where,

2 in 2000, the 7th Circuit says no cases demand that the

3 government's supervision of its cooperating witness and

4 informant be flawless.  That's basically the 7th Circuit and

5 11th Circuit saying, the bar is very low.

6        In this particular case, I think we far exceeded the

7 bar because we told Mr. Epstein to make the recordings.  The

8 agent had repeated interactions with Mr. Epstein and met with

9 him.  It was like on a weekly basis, so it wasn't just one

10 instruction.  We had repeated interactions where the FBI was

11 working with Mr. Epstein and, therefore, we satisfied the

12 under color of law provision.

13        The other factor here, Judge, even if we didn't,

14 Mr. Epstein wasn't recording these things for purposes of

15 blackmail or extortion.

16        THE COURT:  He wasn't recording them, as I understand

17 your brief for purposes of a crime.

18        MR. DAVIDSON:  Correct.  He was trying to stop a

19 crime.

20        THE COURT:  Which would -- if he was, then it

21 wouldn't meet the exception.

22        MR. DAVIDSON:  Correct, Judge.

23        THE COURT:  Is that correct?

24        MR. DAVIDSON:  Yes.  If he is trying to commit a

25 crime, he wouldn't be acting under color of law.  In addition,

Thursday, January 24, 2013.

```
 1  if he were trying to commit a crime, the tapes would not be
 2  admissible.
 3        But here, he was trying to stop the defendant's
 4  crimes from occurring.  He is trying to capture them on tape;
 5  therefore, even if he wasn't -- even if the supervision wasn't
 6  perfect, the tapes are still admissible because Mr. Epstein
 7  was trying to do the right thing.  He wasn't trying to extort
 8  anyone or blackmail anyone, he was trying to do what the FBI
 9  told him to do.
10        THE COURT:  All right.  Now, let me ask the
11  defendants's lawyers.  Do you want to see the -- I see the
12  agent is physically present who claims to have been involved
13  in setting up the tape recordings between Page and Epstein.
14  Do you want to cross-examine him?
15        MR. DAY:  I think so, Your Honor, because what we
16  have gotten is some vague statements from the Government that
17  they told him to record number two.  There was repeated
18  interaction.
19        THE COURT:  All right.
20        Mr. Davidson, I think you may proceed, but I want --
21  I think you are going to have to put your assistant on the
22  stand.
23        MR. DAVIDSON:  Special Agent Michael Sputo is
24  available.
25  ///
```

Thursday, January 24, 2013.

1    SPECIAL AGENT MICHAEL SPUTO, GOVERNMENT WITNESS, SWORN.

2         THE COURTROOM DEPUTY:  Sir, if you could please state

3    your full name for the record, and spell your last name.

4         THE WITNESS:  My name is Michael Sputo, S-P-U-T-O.

5                   DIRECT EXAMINATION

6    BY MR. DAVIDSON:

7    Q.  Sir, where is it that you work?

8    A.  I work for the FBI in North Miami Beach.

9    Q.  Can you briefly describe your title and duties?

10   A.  I'm a special agent with the FBI.  I work primarily

11   investigating criminal cases, and I've been an agent for 26

12   years.

13   Q.  Are you one of the case agents involving the investigation

14   involving Mr. Brennan, Mr. Page, and others?

15   A.  Yes.

16   Q.  Do you know a man by the name of Mr. Epstein, Richard

17   Epstein?

18   A.  Yes.

19   Q.  Can you please briefly describe how is it that you know

20   him?

21   A.  Mr. Epstein had been caught in another criminal case out

22   of Philadelphia, and his attorney contacted the U.S.

23   Attorney's Office which contacted me and said that Mr. Epstein

24   wanted to explore the possibility of cooperating.

25         THE COURT:  In this case?

Thursday, January 24, 2013.

```
 1            THE WITNESS:  He was not charged in the investigation
 2   I was doing, he was charged in an investigation the FBI
 3   conducted in Philadelphia.  So I was unaware of Mr. Epstein's
 4   involvement in that case until his defense attorney contacted
 5   the U.S. Attorney's Office.
 6            THE COURT:  Go ahead.
 7            MR. DAVIDSON:  Thank you, Your Honor.
 8   BY MR. DAVIDSON:
 9   Q.  When the defense attorney contacted you, did you know the
10   specifics of Mr. Brennan and Mr. Page, or was your knowledge
11   more general about Mr. Epstein being able to cooperate in
12   securities fraud cases in South Florida?
13   A.  When I was first contacted, I had never heard of
14   Mr. Brennan or Mr. Page.
15   Q.  Did you sit down with Mr. Epstein to discuss potential
16   targets that he had in South Florida?
17   A.  Yes.
18   Q.  And did you talk to him generally about potential
19   scenarios that you could use to catch individuals engaging in
20   securities fraud?
21   A.  Yes.
22   Q.  I want to turn specifically to Mr. Brennan and Mr. Page.
23   Prior to this case involving Page and Brennan, did Mr. Epstein
24   cooperate with you in recording defendants engaging in
25   securities fraud?
```

Thursday, January 24, 2013.

1  A.   Yes.

2  Q.   And walk us through the process generally involving the

3  tape recorded conversations.

4  A.   Before Mr. Epstein even started recording, he was told

5  what the rules were for making recordings; and I got

6  authorization within the FBI for him to be permitted to make

7  recordings.

8          Once I got that authorization, I explained to

9  Mr. Epstein that he was only to record people at my direction,

10 that he was not permitted to decide on his own who to record

11 or who not to record; and that we would be having

12 conversations several times a day, while he was recording,

13 about the content of the calls; and that I could give him

14 direction as to the general parameters that I would like him

15 to bring up during the telephone calls.

16 Q.   Who provided the recording devices for Mr. Epstein?

17 A.   I did.

18 Q.   Funded by the FBI, correct?

19 A.   Correct.

20 Q.   All right.  Now, walk us through a scenario.

21         Let's say Mr. Epstein said, "I think I'm going to

22 have a call with Mr. Smith;" what would you discuss with

23 Mr. Epstein in general, prior to that phone call?

24 A.   I would -- in general, I would discuss how do you know

25 Mr. Smith; what conversations might he have had with Mr. Smith

1  in the past.  I would try to find out, for example, what state

2  Mr. Smith lived in, so I could do some records checks to

3  decide if it would be someone that we might want to record

4  conversations with.

5  Q.  And after a conversation had been recorded by Mr. Epstein,

6  walk us through what would normally happen between you and

7  him?

8  A.  Before he would make the call, we would discuss -- I would

9  discuss with him what I thought he should discuss on the

10 telephone.

11         After the call, he would immediately call me back.

12 And when I say "immediately," sometimes it might have been an

13 hour later, if he was doing something or in the car; but

14 before he would have another conversation, we would speak.  He

15 would tell me what was said on the call, and then I would give

16 him further instructions.

17 Q.  In addition to phone calls, did Mr. Epstein have meetings

18 with potential targets?

19 A.  Yes.

20 Q.  Where, in general, did those meetings take place?

21 A.  Usually, I would say a majority of the meetings took place

22 in his home office.  Some of the meetings took place at

23 locations outside of the office in public locations.

24 Q.  As to the meetings that took place in Mr. Epstein's

25 office, where in general were you or other people with the FBI

1  physically located during those meetings?

2  A.  I would be in the house during the meetings.

3  Q.  How far away approximately?

4  A.  Maybe 200 feet away, in another room.

5  Q.  And did you have any ability to monitor the conversations

6  that were going on in Mr. Epstein's house?

7  A.  Yes.

8  Q.  And walk us through that, just briefly?

9  A.  In his house, we were able to be close enough to the

10  meeting where there could be a transmitter that we would place

11  in his office, and I had equipment where I could receive --

12  through head phones, I could hear realtime what was being

13  discussed.

14  Q.  And we talked about Mr. Epstein making phone calls and

15  having meetings; but were there also instances where

16  Mr. Epstein received phone calls from potential targets?

17  A.  Yes.

18  Q.  What did you instruct Mr. Epstein to do in those

19  circumstances?

20  A.  I instructed him, if we had not had a specific discussion,

21  that those incoming calls were to go to voice mail; and that

22  before he could return a call, we would have to discuss, first

23  of all, if I would want him to return the call, and second of

24  all, what I would want him to discuss, what points to make.

25  Q.  Walk us through the process by which you recovered the

Thursday, January 24, 2013.

1  tapes from Mr. Epstein.

2  A.  Some weeks, I was at Mr. Epstein's house almost every day.

3  Sometimes, it might be maybe two times a week.  I would say

4  between two and five times a week, I would go to his house and

5  collect tapes.

6  Q.  Turning to the specific investigation involving

7  Mr. Brennan and Mr. Page, at some point in time, did you

8  authorize Mr. Epstein to record conversations with Mr. Page?

9  A.  Yes.

10  Q.  Walk us through generally how that worked.

11  A.  Mr. Epstein was recording another individual, not Mr. Page

12  and not Mr. Brennan, but another individual.  During the

13  course of those recordings, Mr. Page came up, and I instructed

14  Mr. Epstein to begin recording conversations with Mr. Page.

15  Q.  Prior to that recording, were you aware that Mr. Epstein

16  had conversations with Mr. Page that were not recorded?

17  A.  No.

18  Q.  Okay.  And just to be clear, Mr. Epstein did not record

19  before you authorized him to?

20  A.  Not to my knowledge, no.

21  Q.  The first recording that Mr. Page -- excuse me, that

22  Mr. Epstein made of Mr. Page, to be clear, Mr. Page did not

23  know he was being recorded, correct?

24  A.  He did not.

25  Q.  And at no point, as far as you are aware that Mr. Brennan

Thursday, January 24, 2013.

1    knew any of his conversations with were being recorded,

2    correct?

3    A.   Correct.

4    Q.   After the first conversation with Mr. Epstein and

5    Mr. Page, did you have an opportunity to speak with

6    Mr. Epstein about the content of that conversation?

7    A.   Yes.

8    Q.   And walk us through what happened.

9    A.   I can't recall.  Mr. Epstein made hundreds of recordings,

10   so I can't recall every specific recording.  But my practice

11   would be, for example on Mr. Page, after the first

12   conversation, I want to know what was discussed.

13          There are certain things that I want to be aware of.

14   For example, did the person he was discussing -- talking with

15   on the phone talk about an attorney that represented him; and

16   that would cause an issue there, when I would tell him --

17   remind him he was instructed before, but I would remind him,

18   "Do not speak to him anymore, he is a represented party."

19          So there were a number of things I would go over

20   about the phone call.  I would want to know what was

21   discussed, and then I would make a decision as to whether or

22   not he should continue to record.

23   Q.   After the first call with Mr. Page, did you decide to

24   authorize Mr. Epstein to continue recording Mr. Page?

25   A.   Yes.

1  Q.  At some point in time, did Mr. Page bring in Mr. Brennan

2  into this -- phone discussions between Mr. Epstein and

3  Mr. Page?

4  A.  Yes.

5  Q.  And did you authorize Mr. Epstein to continue recording

6  both Mr. Page and to start recording Mr. Epstein?

7  A.  Yes.

8  Q.  Was there a meeting eventually with Mr. Brennan?

9  A.  Yes.

10  Q.  Who decided whether to proceed with that meeting?

11  A.  I did.

12  Q.  And did you tell Mr. Epstein?

13  A.  I told him to set up the meeting.

14  Q.  Was that is a recorded meeting where either you or others

15  at the FBI were within the vicinity and able to monitor?

16  A.  That would not be a meeting that we would have monitored.

17  My recollection is that that meeting took place in -- I

18  believe it was a hotel perhaps or a restaurant.  I think it

19  was a hotel.

20        The equipment we had made it impractical.  If I was

21  going to be close enough to hear it, the other party would see

22  me sitting there with head phones on my head.  So those

23  meetings, what we would do is -- Mr. Epstein never had a

24  device that he could record an in-person meeting.  That was

25  not left with Mr. Epstein.  We retained those devices.

Thursday, January 24, 2013.

1           We would meet with Mr. Epstein before the meeting.

2   We would give him the device.  We would instruct him what to

3   do during the meeting, and we would tell him where to meet us

4   at the conclusion of the meeting; and then, we would be in the

5   general area, but not within sight of him.

6           After the meeting, he would come back.  We would turn

7   the equipment off, and then we would ask Mr. Epstein what

8   happened.

9   Q.  And just to clarify, there are different types of

10  recording devices, correct?

11  A.  There are.

12  Q.  As to phone calls, who possessed the phone call recording

13  device, during the recordings?

14  A.  Mr. Epstein.  And it was simply a cassette tape recorder

15  that we actually went out and purchased commercially.

16  Q.  Okay.  And that was paid for by the FBI but given to

17  Mr. Epstein with your instruction to record only certain phone

18  calls?

19  A.  Yes.

20  Q.  As to the meeting regarding devices, who paid for those

21  devices?

22  A.  Those are owned by the FBI.  I didn't purchase them for

23  the FBI, those were already owned by the FBI.

24  Q.  And who decided when Mr. Epstein was going to make

25  recordings using the body recorders?

Thursday, January 24, 2013.

1  A.  I did.

2  Q.  What happened to the body recorders after those meetings?

3  A.  After the meetings, typically, my co-case agent would take

4  the devices and download the conversation off of the devices.

5  Q.  Did you receive numerous recordings from Mr. Epstein in

6  connection with the Brennan and Page investigation?

7  A.  Yes.

8  Q.  And what did you do with those recordings?

9  A.  We would place them into evidence.  First, we would copy

10  them; then we would place them into evidence; and then I would

11  listen to the copies.

12  Q.  And during the course of the investigation, did you ever

13  confer with Mr. Epstein about how the recordings were going

14  and how the investigation was going?

15  A.  Yes.  Typically, I would listen to the recording, kind of

16  as a safeguard, even though by the time Mr. Epstein was

17  cooperating, recording this matter, the matter of Mr. Page and

18  Mr. Brennan, I would still listen to the recordings so that I

19  could make sure he was following my instructions.

20        For example, I would listen to the recordings to make

21  sure, even if he didn't tell me that someone had brought up an

22  attorney, I would want to listen to the recordings just to

23  kind of make sure that everything was going correctly.  So I

24  didn't just take the recordings and, you know, put them into

25  evidence and not listen to them.  They were listened to at

Thursday, January 24, 2013.

1  certain points during -- close to when they were taken or when

2  they were made.

3  Q.  What did you understand to be the reason why Mr. Epstein

4  was making the recordings?

5  A.  He wanted to get his -- have the possibility of reducing

6  his sentence in his criminal case.

7  Q.  Were you aware of any factors or any indicia that

8  Mr. Epstein was trying to blackmail or coerce Mr. Page?

9  A.  No.

10  Q.  Were you aware of any anything similar as to Mr. Brennan?

11  A.  No.

12        MR. DAVIDSON:  Nothing further, Your Honor.

13        THE COURT:  All right, sir.

14        MR. DAY:  Thank you, Your Honor.

15        Do you want me to come here?

16        THE COURT:  Wherever you are comfortable and we can

17  hear you.

18                    CROSS-EXAMINATION

19  BY MR. DAY:

20  Q.  Good afternoon, Agent.  How are you?

21  A.  Good.

22  Q.  Agent Sputo, what was the date of the first conversation

23  that you spoke about in your direct testimony with the

24  Government as to when you first got a call from Mr. Epstein

25  indicating he had spoken to Mr. Page?

1   A.   It would have been a day or two before the first recording

2   was made.   I think the date of the first recording was in

3   January, so it would have been a day or two before that.

4   Q.   Okay.   What I've been given, as far as the transcript of

5   the conversation, purports to be a conversation that was

6   recorded between Richard Epstein and Marc Page on January the

7   25th of 2010.   Does that sound accurate?

8   A.   Yes.

9   Q.   What date was it then, prior to that, that you would have

10  had this conversation that you testified to in your direct

11  examination where Mr. Epstein tells you that he spoke to

12  Mr. Page?

13  A.   It might have been earlier that day.   It might have been a

14  day or two before that.

15  Q.   You don't have the exact date?

16  A.   No.

17  Q.   You don't know the exact time?

18  A.   No.

19  Q.   Did you compile an FBI 302 with regard to that

20  conversation?

21  A.   No.

22  Q.   Do you have any notes that you took to record exactly what

23  Mr. Epstein told you regarding that conversation?

24  A.   No.

25  Q.   So you are going on your recollection?

Thursday, January 24, 2013.

1   A.   Yes.

2   Q.   And your recollection, sir, was what, with regard to what

3   Mr. Epstein told you about what he had gotten information wise

4   from Mr. Page?

5   A.   My recollection is that he had been speaking to another

6   individual about what I would believe is an illegal

7   transaction, and that individual had brought up Mr. Page's

8   name in connection with those illegal discussions.

9   Q.   And do you remember the specifics of that illegal

10  transaction?

11  A.   I believe it is paying for buying a market manipulation

12  stock fraud.

13  Q.   And you said you "believe."  Are you sure that's what it

14  was or not?

15  A.   I'm not sure; but those conversations with -- I believe

16  the guy's name was Mr. Talent, he was already recording on

17  that person.

18  Q.   I'm talking about the conversation that was not recorded

19  between Mr. Epstein and Mr. Page.  Your recollection, you

20  testified to Judge Goldberg, is that you believe that he,

21  Epstein, communicated to you that he had a conversation that

22  was regarding an illegal transaction of some kind; is that

23  right?

24  A.   But what I'm talking about is he was -- my recollection is

25  he was talking to -- and the other individual's name is

1    Mr. Talent.  He was speaking to Mr. Talent.  Mr. Talent had

2    brought up Mr. Page's name as part of -- perhaps part of that

3    illegal transaction and that the Mr. Epstein told me that the name

4    had been brought up by Mr. Talent; then, I instructed

5    Mr. Epstein that he could record against Mr. Page.

6    Q.  I understand the factual background and context, but my

7    question is:  Your specific recollection of what Mr. Epstein

8    told you Page told him that you then made some type of

9    determination that something illegal had happened?

10   A.  I think maybe you are misunderstanding what I'm saying.

11   Mr. Epstein didn't tell me that he had illegal conversations

12   with Mr. Page.

13   Q.  Okay.

14   A.  Mr. Epstein told me that in the course of the

15   conversations he was having with Mr. Talent, Mr. Page's name

16   had been brought up.  At that point, I instructed Mr. Epstein

17   that if Mr. Page was going to be part of that transaction,

18   because that was the transaction I was investigating at the

19   time, that he should now start recording Mr. Page.

20          So Mr. Epstein did not tell me about a conversation

21   with Mr. Page that caused me to have him record, it was about

22   conversations with Mr. Talent, or Mr. Talent had discussed

23   Mr. Page.

24   Q.  I understand.  I did misunderstand you.

25          So there was no information that you got from

Thursday, January 24, 2013.

1    Mr. Epstein that Page had said something to him of an illegal

2    nature?

3    A.   Correct.

4    Q.   Is that correct?

5    A.   Correct.

6    Q.   And did you have any conversations, other than that one

7    with Mr. Epstein, prior to him beginning to record Mr. Page on

8    January the 25th?

9    A.   About Mr. Page?

10   Q.   Yes, about recording Mr. Page.

11   A.   I would have given him instructions as to what to do.  I

12   tend to be cautious, and I tend to remind my sources

13   especially about representing parties.  That's always a

14   concern.  So whenever we start he recording against someone

15   new, I'll remind them of that, and I give him -- I would have

16   given him general instructions on recording Mr. Page:  "After

17   you speak, you know, see what he wants to talk about; after

18   you speak to him, let me know what he said."  And then we

19   would take it there, you know, day by day.

20   Q.   And I appreciate your answer, Agent Sputo.  My questions

21   are specifically related to what you recall precisely with

22   regard to Mr. Epstein, not generally what you had done with

23   regard to Mr. Epstein.  Do you understand that?

24   A.   Yes.  I can't recall the specific conversation I had with

25   him about Mr. Page, but Mr. Epstein might have recorded

Thursday, January 24, 2013.

1   against 40 or 50 people, I would estimate, maybe more.

2           There were numerous names he would bring up that I

3   would tell him not to record against, and I did it the same

4   way every time.  So I can't tell you exactly with Mr. Page.

5           THE COURT:  Let me interrupt you a minute.  These

6   other names, are these all other people that Mr. Epstein

7   thought were involved in criminal activity?

8           THE WITNESS:  At Mr. Epstein's substantial assistance

9   hearing, it became public record that he had made cases

10  against approximately 30 individuals involved in stock fraud.

11          THE COURT:  That was in Philadelphia?

12          THE WITNESS:  No, that was while he was working on

13  the investigation I was conducting down here.

14          MR. DAY:  Continue, Your Honor?

15          THE COURT:  Yeah.

16          MR. DAY:  Okay, thank you.

17  BY MR. DAY:

18  Q.  And in addition to the number of people that you are

19  talking about that he was actually actively working against,

20  he has made, as far as you know, in excess of 11,000 phone

21  calls, correct?

22  A.  Yes.

23  Q.  So that is why it is very difficult for you to give Judge

24  Goldberg the specifics of the contact and communication you

25  would have had with Mr. Epstein regarding Mr. Page, correct?

1  A.   No.   I believe my testimony is that I don't recall that

2  specific conversation, but I had a standard basically

3  procedure that had been in place with Mr. Epstein since March

4  of the previous year.

5       I have never had a cooperator that I had more contact

6  with in 26 years.   I had daily contact --

7       THE COURT:   That's pretty understandable.

8       THE WITNESS:   I had daily contact with him, and I was

9  consistent in my contact with him.   So to answer your question

10  as to whether or not I can recall that exact conversation

11  regarding Mr. Page, I can't recall that conversation; but I

12  can recall numerous conversations that were had that were all

13  basically the same.

14       THE COURT:   Now, Epstein was living in Florida then,

15  right?

16       THE WITNESS:   Epstein lives in South Florida.   That's

17  why he cooperated down here.

18       THE COURT:   Yeah, but one of his previous experiences

19  was in Philadelphia.

20       THE WITNESS:   I believe in the case in Philadelphia

21  that his involvement on that was on the telephone.   So it

22  involved --

23       THE COURT:   He was here working up there.

24       THE WITNESS:   He was here speaking to people on the

25  telephone, at least one of whom lived in that district.

Thursday, January 24, 2013.

1          THE COURT:  But he was sentenced in Philadelphia?

2          THE WITNESS:  Yes.

3          THE COURT:  Okay, all right.

4          MR. DAY:  Thank you, Judge.

5     BY MR. DAY:

6     Q.  I'm going to ask you again, not typically and not

7     generally what you did, but specifically what you did in this

8     particular case.  Tell me if you recall or you didn't recall.

9          Prior to Mr. Epstein's phone call that was recorded

10    of January the 25th, do you recall the specific instructions

11    that you would have given Mr. Epstein with regard to his

12    recording of Mr. Page?

13    A.  That I would have given or that I gave?

14    Q.  That you gave.

15    A.  That I gave, no; that I would have given, yes.

16    Q.  I'm sorry, that you gave?

17    A.  That I gave, no.

18    Q.  You don't recall that, correct?

19    A.  Correct.

20    Q.  The conversation of January the 25th, 2010, that

21    particular recording was -- do you recall specifically

22    retrieving the cassette tape of that particular recording?

23    A.  Every tape that went into evidence, I retrieved or my

24    co-case agent retrieved.  I retrieved 99 percent of them.  My

25    co-agent received some.  Every tape that was made, I

Thursday, January 24, 2013.

1  retrieved.  Do I have recollection of that specific tape, no.

2  Q.  Those are going to be my questions.

3       Do you remember a specific recollection whether you

4  gathered the tape recording made January 25th, 2010?

5       MR. DAVIDSON:  Judge, I am going to object to the

6  relevance as to which of the case agents remembers picking up

7  a tape that is now in evidence.  I don't know the importance

8  of which of two FBI agents --

9       THE COURT:  I'm inclined to agree with you; but I

10 think, in light of the significance of this particular

11 hearing, I'm going to overrule your objection because I don't

12 think it has to do much either way.

13      Go ahead.

14      MR. DAY:  All right.

15 BY MR. DAY:

16 Q.  Agent Sputo, do you know the date -- do you have a

17 specific recollection as to the date of when that particular

18 cassette recording would have been captured by the FBI?

19 A.  No, but there is -- when it gets put into evidence, there

20 is a record of when it was retrieved, and who retrieved it,

21 and it gets placed into evidence.  But do I recall sitting

22 here, no.

23 Q.  Do you have those records with you?

24 A.  No.

25 Q.  So those records do exist as to when the tape was actually

1  retrieved as evidence?

2  A.  Yes.

3  Q.  But you don't have those with you, and you don't recall

4  the specific date?

5  A.  Correct.

6  Q.  Okay.  Do you recall if you were personally present on

7  January the 25th, when Mr. Epstein made this call to Mr. Page?

8  A.  No.  And I will say, in the majority of cases, I was not

9  present when the phone calls were made.

10  Q.  Okay.  Do you know if any other law enforcement agent was

11  present on the phone conversation of January the 25th, 2010,

12  supervising Mr. Epstein?

13  A.  No.

14  Q.  Do you have any documentation, any FBI 302s that would

15  indicate whether or not a law enforcement agent was

16  supervising or present with Mr. Epstein during this phone

17  call?

18  A.  No.

19  Q.  With regard to the phone conversation of January the 28th

20  of 2010, do you have a specific recollection of authorizing

21  Mr. Epstein to make that call, on that day, with Mr. Page?

22       MR. DAVIDSON:  Judge, I'm going to object to the

23  extent we are going to go through every single phone call and

24  go through the same litany of questions.

25       THE COURT:  That one, I'll sustain the objection.  I

1  think the Court understands where you are going.

2          MR. DAY:  And, Your Honor, the reason I'm asking

3  these questions -- and you tell me the direction you want me

4  to go, but to me, those are the issues that the 11th Circuit

5  made their decision on, whether a particular agent -- excuse

6  me, informant is acting under color of law, what kind of

7  supervision was involved in the case.  So to me -- and I don't

8  mean to belabor the point -- it is relevant as to -- with each

9  of these particular conversations, was the agent present.

10          THE COURT:  All right, I'm going to overrule the

11  objection.  Go ahead.

12          MR. DAY:  Okay.

13  BY MR. DAY:

14  Q.  So with regard to January the 28th, 2010, Agent Sputo, do

15  you have a specific recollection whether you instructed

16  Mr. Epstein regarding his contact with Mr. Page on that date?

17  A.  On that date that specific date, no.

18  Q.  Okay.  Do you have any knowledge as to whether you or any

19  other law enforcement agent was present supervising that

20  conversation on January the 28th?

21  A.  Was present supervising or was supervising it?

22  Q.  Present; present there, when it was done.

23  A.  No, not present.

24  Q.  Or supervising it?

25  A.  Yeah.

1  Q.  Was there any interaction with that particular phone call,

2  on January the 28th, with law enforcement and Mr. Epstein?

3  A.  I would have spoken to him before the call.

4  Q.  Okay.  And do you have a specific recollection as to that

5  conversation with Mr. Epstein?

6  A.  No.

7  Q.  Okay.  Do you have any documentation that would indicate

8  specifically what you told Mr. Epstein on that day?

9  A.  No.

10  Q.  Do you have a recollection as to whether the recording of

11  that particular conversation would have been retrieved by the

12  FBI or law enforcement?

13  A.  No.

14  Q.  With regard to the conversation on February 2nd of 2010,

15  do you recall whether -- do you recall your specific

16  instruction with regard to that conversation to Richard

17  Epstein regarding his conversation with Mr. Page?

18  A.  No.  And I just want to say that I'm taking your word;

19  like these dates, I'm taking your word that there is

20  transcripts of these dates.  I don't have recollection of all

21  of the exact dates of the calls, so when you mention a date,

22  I'm going under the assumption that we provided a recording

23  and a transcript for that date.

24  Q.  Yeah.  And for your edification and also the Court, what

25  I'm working off of is the transcripts that the Prosecutor has

Thursday, January 24, 2013.

1    given me.  I'm using those dates.

2    A.   Okay.

3    Q.   So with regard to February the 2nd, 2010, do you have a

4    specific recollection of when that particular recording would

5    have been retrieved by law enforcement?

6    A.   No.

7    Q.   With regard to the conversation on February the 3rd of

8    2010, again, do you have a specific recollection of your

9    instructions to Mr. Epstein regarding his contact with Marc

10   Page on that date?

11   A.   No.

12   Q.   Do you have a specific recollection of whether a law

13   enforcement agent was present or was actively engaged in

14   supervising that conversation with Mr. Epstein and Mr. Page?

15   A.   No.

16   Q.   Do you know the date on which that particular recording

17   would have been retrieved?

18   A.   No.

19   Q.   With regard to a conversation that occurred later on that

20   same day, February the 3rd, 10:40 p.m. -- again, a

21   conversation between Mr. Epstein and Mr. Brennan, the same

22   questions -- any specific recollection as to instructions

23   given by you to Mr. Page -- excuse me, to Mr. Epstein with

24   regard to his conversations with Mr. Page?

25   A.   No.

1  Q.  Okay.  And any specific recollection of whether you or any

2  other law enforcement agent was present or actively

3  supervising that conversation that day?

4  A.  At 10:40 at night, no.

5  Q.  Overtime?

6  A.  I'm available by phone at 10:40 at night.  There would

7  have to be exigent circumstances for me to be present during a

8  recording at that time.

9  Q.  Again, do you have any specific recollection as to when

10  the recording of that particular conversation would have been

11  retrieved by law enforcement?

12  A.  No.

13  Q.  Same questions with regard to a phone conversation --

14        MR. DAY:  And actually, there are 11, Your Honor.

15  I'm about halfway through.  I'll move this along.

16  BY MR. DAY:

17  Q.  There is a phone conversation on February the 22nd of

18  2010, same questions to you --

19        THE COURT:  Why don't you go through all of those

20  dates very quickly and just ask him, because I think the

21  answer is going to be the same for each one.

22        MR. DAY:  It appears so.  I'll do that.

23        THE COURT:  Mr. Davidson.

24        MR. DAVIDSON:  Judge, I just wanted to clarify that

25  some of those one of those, I think, is a meeting; and if we

Thursday, January 24, 2013.

1  can distinguish which ones are phone calls of the dates and

2  which one is the meeting, I think the answer might be a little

3  different.

4          THE COURT:  Do you know which is which?

5          MR. DAY:  Yes, I do, Your Honor.

6          THE COURT:  Why don't you cover those, and I think

7  the Government has a point.

8          MR. DAY:  Yeah, we haven't gotten to that --

9          THE COURT:  The meeting would involve, I guess, a

10  face-to-face conversation where he was wearing a wire.

11          MR. DAY:  That's correct.

12          THE COURT:  And the others would be a phone call.

13          MR. DAY:  That's correct, Your Honor.  And I believe

14  that's either March 3rd or March 4th.  We are getting to that,

15  so I'll indicate that when it is a face-to-face meeting.

16          THE COURT:  Do you want to talk?

17          MR. ALDAZABAL:  I was going to say, it is March 4th;

18  the meeting was on March the 4th.

19  BY MR. DAY:

20  Q.  Agent Sputo, then, I'll just give you the dates.  The

21  telephone conversations that remain that I have transcripts of

22  are February the 2nd, I believe that conversation began at

23  6:21 p.m. between Richard Epstein, Marc Page, and Kevin

24  Brennan; the next phone conversation that I have a transcript

25  for is February 22nd, 2010, that is between Mr. Epstein and

Thursday, January 24, 2013.

1   Marc Page, that takes place at approximately 3:07 p.m.; the

2   next phone conversation that I have -- actually, the next

3   transcript that I have is the in-person meeting which occurred

4   on March 4th of 2010, at 10:45.  That was between Mr. Epstein

5   and Kevin Brennan.

6            Continuing on, February 23rd, there was a telephone

7   conversation between Richard Epstein and Marc Page.  That was

8   4:44 p.m. -- actually, prior to that, that same day, at

9   4:18 p.m., there was another conversation with Richard Epstein

10  Marc Page and Kevin Brennan.

11           THE COURT:  Now, these are phone conversations?

12           MR. DAY:  Phone conversation, yes, sir.

13           THE COURT:  All right.

14  BY MR. DAY:

15  Q.  Then on March the 2nd of 2010, there was another phone

16  conversation between Mr. Brennan and Mr. Epstein.

17           I have a transcript of a phone conversation on March

18  the 4th, same day as the in-person meeting at 3:55, that's

19  between Mr. Epstein and Mr. Page.

20           Then I have a transcript of a phone conversation on

21  March the 15th at 1:47 p.m. between Mr. Epstein and Mr. Page.

22           I have a phone conversation on March the 15th at

23  11:27 a.m., between Mr. Epstein and Mr. Page.

24           And then, I believe lastly, a phone conversation on

25  March the 18th of 2010 at 3:35 p.m.

1          The same questions to each of those particular phone

2    conversations.  Agent Sputo, do you have a specific

3    recollection of the directions you would have given Richard

4    Epstein with regard to his interaction with Marc Page?

5    A.  Specific recollection, no.

6    Q.  Okay.  And do you have any specific recollection of

7    retrieving the tape recording from Mr. Epstein of those

8    particular conversations?

9    A.  Specific recollection of those particular phone calls, no.

10   Q.  Okay.  And do you have any specific recollections of the

11   interaction that you would have had after the phone calls that

12   Mr. Epstein made wherein, as you have testified generally, you

13   would discuss what happened in the phone call?  Do you have

14   any specific recollections of that, with regard to these phone

15   calls?

16          MR. DAVIDSON:  Judge, I'm going to have to object, as

17   far as to the form of the question, the ambiguity.  I think he

18   listed off a whole bunch of dates; and now, he is asking if he

19   has any specific recollections as far as each and every one of

20   those dates.

21          To be clear, the question relates to does he have a

22   specific recollection on each day having an individual

23   conversation.  I don't know if that objection makes sense,

24   Your Honor.

25          My concern is that I think his testimony is he

1   remembers having conversations, he just doesn't remember --

2           THE COURT:  The dates.

3           MR. DAVIDSON:  The dates, correct.

4           MR. DAY:  Or the specifics of those conversations,

5   correct.

6           THE WITNESS:  I can remember conversations about

7   Mr. Page with --

8           THE COURT:  Yeah.  I think, Mr. Davidson, the witness

9   can testify as to what he actually remembers.  There is no

10  crime that I know of for forgetting something.  People do

11  that, including myself.  So I think that the special agent can

12  testify if he has specific recollections.  I'm going to have

13  some questions, too, but go ahead.

14  BY MR. DAY:

15  Q.  Yes, sir.

16  A.  I can recall having conversations with Mr. Epstein about

17  Mr. Page.  As far as what dates those happened or the content

18  of any specific conversation, I do not have a recollection of

19  the specific date or the specific content on a specific date.

20  Q.  And would any of that conversation that you had with

21  Mr. Page -- excuse me, with Mr. Epstein about his conversation

22  with Mr. Page, would any of those conversations have been

23  documented in an FBI 302?

24  A.  No.

25  Q.  Okay.  So you would be relying on your recollection; is

Thursday, January 24, 2013.

1  that correct?

2  A.  No.

3  Q.  What would you be relying on?

4  A.  I rely on the tape.  When Mr. Epstein tells me what is on

5  a tape, I listen to the tape later, and I make sure it is

6  consistent with what he has told me because if he is telling

7  me one thing -- and when I say, "Mr. Epstein," I'm speaking

8  about him specifically here.  But with any cooperator, a

9  cooperator records a telephone call, and he tells me, "me and

10  Mr. Page discussed X," I listen to the tapes and make sure

11  they discussed X and not Y.

12          THE COURT:  You are saying that cooperator doing it

13  with 30 people.

14          THE WITNESS:  Every cooperator.  I don't listen for a

15  month and then stop, I try to keep a handle on what is going

16  on.

17          There are two different types, Your Honor, of

18  sources.  Sometimes, a source will tell me, "Mr. Jones asked

19  me to commit a securities fraud," and that was not on tape.

20  That, I will document the conversation and what was said.

21          THE COURT:  That goes in your file.

22          THE WITNESS:  That goes in a file.

23          With Mr. Epstein or cooperators that are recording,

24  he might tell me that "I discussed with Mr. Page, X, Y and Z,

25  and I recorded it;" I then listen to the tape and make sure it

1  is basically consistent with what he said because I want to

2  make sure that he is following my instructions.  So I don't --

3  as a practice, I don't document what he says was on the phone

4  call, because I'm going to have a tape.

5       Now, in the instance where there has been infrequent

6  times -- I don't believe anyone with Mr. Page -- where I might

7  listen to the tape.  I can remember one instance where he had

8  the ear piece in the wrong ear, and it only recorded half of

9  the conversation.  I'll go back to Mr. Epstein, because

10  Mr. Epstein is not permitted to listen to the tapes after he

11  makes them.  He makes the tapes, and he gives them to me.  I

12  rewind them, I pop the tabs.  I want to make sure that he

13  doesn't accidentally erase it.

14       So there are instances that I might get a tape where

15  only half of the conversation is recorded.  In that instance,

16  I'll speak to Mr. Epstein, say, "Do you remember what the

17  person said when you said these things," and then I'll

18  document it in a report.  But if there is a tape made of what

19  was said, in my experience, that's the evidence, but I do

20  listen to the tape.

21       If he said, "I talked to Mr. Page," for example,

22  "about stock fraud," and I listen to the tape and they talked

23  about fishing, certainly, I would stop using Mr. Epstein as a

24  cooperator because now he is unreliable.  But if he says they

25  talked about -- and for example -- paying a broker for buying,

Thursday, January 24, 2013.

1    and I listen to the tape and the tape says -- the tape is

2    consistent with that, then the tape goes into evidence, and I

3    just move on.

4            THE COURT:  Did you make some records in this

5    investigation where you didn't have everything on the tape and

6    then you had conversations with Mr. Epstein?

7            THE WITNESS:  There is one big investigation, and

8    then there's -- we call them sub files; but there is -- the

9    investigation is an investigation investigating securities

10   fraud, and there is numerous people that are involved in that

11   that have been indicted or gone to trial, or different cases,

12   different criminal cases get indicted.

13           In the case of Mr. Page and Mr. Brennan, I do not

14   recall any instance where a phone call wasn't recorded; and if

15   it wasn't recorded, there would be a 302.

16           In certain cases, there have been times where a call

17   made -- the recorder may have malfunctioned; or I may have

18   been sitting next to him and for some reason instructed him,

19   "Don't put the recorder on now because somebody is going to

20   come here, but have it so I can listen to both ends," then I

21   will prepare a report of those.

22           But in the matter involving Mr. Page and Mr. Brennan,

23   I do not recall that.

24           MR. DAY:  Thank you, Judge.

25

Thursday, January 24, 2013.

1    BY MR. DAY:

2    Q.   Agent, you indicated that you would be the one to get or

3    someone from the FBI would get the cassette tape and pop the

4    cassette; is that correct?

5    A.   We would pop the tabs on it.

6    Q.   Pop the tabs.  And what that does is that seals the

7    recordings; is that correct?

8    A.   It makes it so that the recording can't be erased or

9    recorded over.

10   Q.   Prior to that being done, it can be both erased and

11   recorded over, correct?

12   A.   Yes, that's possible.

13   Q.   So Mr. Epstein doesn't do that, popping of the cassette

14   tape, you do that, correct?

15   A.   In most cases, yes.  Mr. Epstein may have popped some; but

16   in most cases, I would pop the tabs.

17   Q.   Do you have any specific information as to which ones he

18   would have popped, and which ones you would have?

19   A.   No.

20   Q.   So he has the ability to erase the tape recording before

21   you get it, correct?

22   A.   He has the ability to throw it away before he gives it to

23   me.  I mean, he could erase it -- I mean, if we are going to

24   speak hypothetically, he makes a tape and gives it to me.

25   Q.   And he can also fail to record a conversation, correct?

Thursday, January 24, 2013.

1   A.  That's possible.

2   Q.  And you wouldn't know that, right?

3   A.  I think I would know it, because we use a similar scenario

4   in most of these investigations.  The recordings typically

5   follow a pattern.  If it -- just like the first recording of

6   Mr. Page, it appears that they had conversations before.

7           I can't recall a situation where, when I was

8   listening to tapes, that it appears that there were gaps in

9   what was discussed.

10  Q.  So the only way that you would be able to know whether or

11  not a particular recording was not -- or a particular call was

12  not recorded by Mr. Epstein is by listening to other tapes and

13  seeing if there was some kind of context that was out of

14  place; is that right?

15  A.  That would be one way.

16  Q.  But other than that, is there any other way for you to

17  determine whether or not Mr. Epstein would fail to tape record

18  a call?

19          MR. DAVIDSON:  Judge, I'm going to object to the --

20  it's speculation.  I mean, there is no evidence of missing

21  tapes here.  He is asking the agent to speculate as to how he

22  could figure out --

23          THE COURT:  I'm going to sustain that because I think

24  that's a little bit off the reservation.

25          MR. DAY:  Well, Your Honor, if I could just be heard

Thursday, January 24, 2013.

1    on that.  That's kind of the point of supervision.  That's the

2    point of my motion is that if an agent isn't present, and it

3    appears that he isn't present, then that leaves it to the

4    informant who has a motive.  Certainly, this informant has a

5    motive; and if there is information that he receives that's

6    not helpful to the case, in his estimation, then he has the

7    authority, it appears, not to record that.  And if that is the

8    fact, I think that is a fact for the Court to consider.

9    That's the reason for my question to Agent Sputo.

10            THE COURT:  Well, it would seem to me that, at trial,

11   from what the agent has said -- I think I got it right,

12   hopefully.  He basically said he had a conversation with

13   Mr. Epstein after each -- after the recording was made.

14            THE WITNESS:  Yes.

15            THE COURT:  You wanted to -- Epstein would tell him

16   what went on; and then he would verify it or decertify it,

17   depending which, by listening to the tape.

18            THE WITNESS:  Yes.

19            MR. DAY:  The point that I was trying to make, Your

20   Honor, which I think goes to the motion --

21            THE COURT:  I don't understand, if they were

22   conversations without being taped, whether or not he had

23   conversations.  I don't know that about that.

24            MR. DAY:  Right.  My point, Your Honor, and that's

25   part of the lack of supervision argument I'm making, and

1   therefore, the informant is not acting under color of law, is

2   that in this particular case, law enforcement was not present

3   during the recording.  And what that allowed is that allowed

4   the informant to be able to not record conversations at his

5   discretion.

6       THE COURT:  But if there aren't any recordings, what

7   are you worried about?  They can't introduce something that

8   isn't there.

9       MR. DAY:  But if it is helpful to the defendant,

10  Mr. Page, may have said something very helpful to his case,

11  very damaging to the Government's case against him; and

12  Mr. Epstein has the authority, because of this recording

13  procedure, not to record that conversation.  And that's part

14  of the point of the argument I'm making to the Court here as

15  to why the Court should suppress the tape recordings.  I said

16  that.

17      We don't -- we can't have full confidence that all of

18  the tape recordings that we have here were actually the calls

19  made after January the 25th of 2010.  And the reason that we

20  don't have that, Your Honor, is because we don't have

21  supervision of each of these calls by the agent.  So that's

22  why I was asking the question that I was.

23      MR. DAVIDSON:  Judge, that's preposterous, right?  He

24  is asking to throw the baby out with the bath water.

25      The question here is whether the tapes were made

Thursday, January 24, 2013.

1  under color of law, and the agent testified that he told

2  Mr. Epstein to make the recordings.

3       Now, Mr. Day is creating this complete

4  counter-hypothetical where Mr. Epstein surreptitiously was not

5  recording conversations, hiding it from the agent, and was

6  somehow -- wink, wink -- authorized to do so.  There is no

7  evidence of that.

8       It is an argument that he is trying to make by posing

9  the question to the agent.  He can make the argument, I don't

10  have a problem with that.  He can make it to the jury; but to

11  ask the agent to pontificate circumstances under which

12  evidence would be destroyed, that's speculation, and the agent

13  isn't in a position to testify about these things.

14       MR. DAY:  That's not my argument, Your Honor.

15  Obviously, we are --

16       THE COURT:  Let me ask one question and clear it up.

17       Did you ever have a conversation with Mr. Epstein

18  where he said, "I didn't do the recording"?

19       THE WITNESS:  Never.  If I had that conversation,

20  that would have been the last time.

21       THE COURT:  My understanding is that throughout this

22  whole procedure, that every time there was a recording between

23  Mr. Page and Mr. Epstein, you not only listened to the

24  recording afterwards, but you had a conversation with Epstein

25  about it.

Thursday, January 24, 2013.

1              THE WITNESS:  Yes, because the conversation would

2    either be, "Call this person back and say this, or when this

3    person calls, you say this."

4              THE COURT:  And you would check Epstein's credibility

5    by playing the tape.

6              THE WITNESS:  By listening to the tapes.

7              THE COURT:  Yeah.

8              THE WITNESS:  And there were times when I would

9    listen to the tape and tell him, "Stop recording against this

10   person, cease with this person."

11   BY MR. DAY:

12   Q.  But Agent Sputo, Richard Epstein has lied to you before,

13   in the course of his cooperation, correct?

14   A.  Yes.

15   Q.  Okay.  So again, you are relying on his good faith that he

16   is going to tell you that he, in fact, recorded all of the

17   conversations, right?

18   A.  No.  I'm not solely relying on his good faith and -- can I

19   just say why I am not?

20   Q.  Sure.

21   A.  And I'm not going to speak about any defendant in

22   particular, but if he has a conversation with someone and they

23   talk about, "This person is willing to do stock fraud," then

24   there's numerous conversations after setting up the stock

25   fraud, sending money for the stock fraud, or buying the stock.

Thursday, January 24, 2013.

1          Certainly, if there had been a conversation where a

2     person said "I don't want to do a stock fraud" that

3     Mr. Epstein then hypothetically didn't record or discard the

4     tape, the following call then wouldn't be about how to

5     continue the stock fraud.

6          So there is -- there is a way that I'm comfortable

7     that -- that I have the whole picture because it's not a

8     snapshot of every tape, there is a course of the

9     investigation.  Something is posed to Mr. Page.  We would --

10    from my review of the tapes, I would say that Mr. Page agreed

11    to take a certain course of action, but it doesn't end there.

12    Then, there are certain things that have been to be done:

13    Stock has to be issued, meetings have to take place.  The

14    conversation is repeated again.

15         So it is not -- the investigation isn't 10 or 15

16    separate recordings on their own.  The investigation is 10 or

17    15 recordings that lay out a story and a pattern of behavior

18    that is consistent from the beginning to the end.  And

19    certainly, if it ever comes to a point where a potential

20    target says, "I don't want to do that," which has happened, we

21    stop.  We end it.

22         So there is -- there is -- it would be like reading

23    one chapter of a book versus reading the whole book or one

24    page of a book.

25         I'm comfortable that I have obtained all of the

Thursday, January 24, 2013.

1  recordings in this case because the story is consistent from

2  the first recording to the last recording.  There is not a

3  deviation in the middle.

4  BY MR. DAY:

5  Q.  Agent, you have already told us that you rely on context,

6  we have been through that, I understand that.  But you

7  certainly cannot guarantee that the context is going to tell

8  you every -- or possibly going to tell you every conversation

9  that an individual may or may not have had, correct?

10          MR. DAVIDSON:  Objection, Your Honor, it's not -- we

11  are not asking for any facts, he is calling for speculation.

12          THE COURT:  I'm going to sustain that objection

13  BY MR. DAY:

14  Q.  You have been Mr. Epstein's supervising agent beginning

15  when, sir?

16  A.  We call it handling agent.

17  Q.  Handling agent, I'm sorry.

18  A.  March of '09.

19  Q.  And specifically, you indicated that you and Mr. Epstein

20  have been involved in did you say 15 investigations or more?

21  A.  More than 15.

22  Q.  How many?

23  A.  I believe there were 30 potential individuals.

24  Q.  Okay.

25  A.  Some were multi-defendant cases.  It could be 15 cases.

1  Q.  I'm assuming some of these are ongoing at the same time?

2  A.  Yes.

3  Q.  As a matter of fact, in Mr. Page's case, there was another

4  investigation that was ongoing at the time; is that right?

5  A.  I'm not sure, but that's likely.

6  Q.  Okay.  And the phone calls, you said there may be over a

7  thousand phone calls that are being made by Mr. Epstein.  We

8  have, I would assume, multiple phone calls being made with

9  regard to different investigations on a single day; is that

10 right?

11 A.  Sometimes.

12 Q.  So in other words, with regard to the conversation that

13 was recorded on January the 25th, 2010, Mr. Epstein may have

14 recorded phone calls regarding other investigations and other

15 defendants on that day; is that correct?

16 A.  I don't know if he did or not, it's possible.

17 Q.  And that's possible with all of the dates of those

18 conversations that we have recorded here; is that right?

19 A.  It's possible.

20         THE COURT:  Well, I think, Counsel, we are --

21         MR. DAY:  Would you like me to sit down, now, Your

22 Honor?

23         THE COURT:  No.  Let's concentrate on one person.

24         MR. DAY:  We will do that, Your Honor.

25         THE COURT:  Not 30 other, whoever they are.

Thursday, January 24, 2013.

```
 1              MR. DAY:  I'll do that.  I'll concentrate on

 2    Mr. Page, yes, sir.

 3              THE COURT:  I have a question about Mr. Epstein.

 4              You know, you testified that he wanted to cooperate

 5    so he could get a reduction in sentence.  You are not talking

 6    about the reduction in the sentence he got in Philadelphia?

 7              THE WITNESS:  Yes, I am.

 8              THE COURT:  He didn't get any jail time?

 9              THE WITNESS:  I believe his guidelines called for

10    jail time.

11              THE COURT:  Didn't they sentence him to five years

12    probation?

13              MR. DAVIDSON:  Judge, I think to clarify, he was

14    facing a higher sentence, but because he cooperated, they

15    pushed back his sentencing, and the judge considered all of

16    the cooperation and gave him the probation.

17              THE COURT:  Cooperation in this case?

18              MR. DAVIDSON:  All of the cases, entire operation,

19    all the recordings.

20              THE COURT:  Including Mr. Page and Brennan?

21              MR. DAY:  I don't know specifically whether they

22    mention this case, I don't know if the agent knows the answer;

23    but I know all of the recordings were before the judge in

24    Philadelphia.

25              THE COURT:  That was my question.
```

Thursday, January 24, 2013.

1          MR. DAVIDSON:  I understand, Your Honor.  Yes, he was

2    not facing five years probation and decided to make a thousand

3    calls.  That would be very generous of him.

4          THE COURT:  I was trying to figure out how much

5    further down you go.

6    BY MR. DAY:

7    Q.  Agent Sputo, following up on that question from Judge

8    Goldberg, the phone calls that Mr. Epstein made with regard to

9    Mr. Page, those were phone calls being made towards his

10   cooperation in the Eastern District of Pennsylvania, correct?

11   A.  Yes.

12   Q.  So therefore, he was given a credit off his sentence in

13   part based on his cooperation in these calls against Mr. Page,

14   correct?

15   A.  I don't know what the judge did.  I wasn't at the

16   sentencing.  Mr. Page and Mr. Brennan were among the number of

17   individuals that was forwarded to the U.S. Attorney's office

18   there for them to present in court, but I don't know what the

19   judge considered or didn't consider.

20   Q.  Right.

21          You are familiar with his plea agreement in that

22   particular case, correct?

23   A.  I don't know that I've ever read it.

24   Q.  But he was required to cooperate completely with any and

25   all law enforcement; isn't that right?

1    A.  Typically, in a plea agreement, that's what is said.

2    Q.  I can show you this one, if you want to.

3             MR. DAVIDSON:  Judge, I'm going to object as to

4    quizzing the agent as to what is in the plea agreement.  If

5    Mr. Day wants to introduce the plea agreement, he can.

6             THE COURT:  I think, at a later meeting, i.e., the

7    trial, that's the proper time to talk about the agreements and

8    Mr. Epstein's ongoing conversations --

9             MR. DAY:  I understand.

10            THE COURT:  -- with 30 people and so on.

11            MR. DAY:  I understand.  I was following up on your

12   question --

13            THE COURT:  That goes to a whole different issue

14   which involves his credibility.

15            MR. DAY:  Right.  The reason I was bringing that up,

16   Your Honor, I was following up on your question as to whether

17   Mr. Epstein's cooperation in this case was related to the

18   probation sentence that he got in the Eastern District of

19   Pennsylvania, and my understanding is that he did, it was part

20   of that.

21            THE COURT:  I think Mr. Davidson told us that's true,

22   among others.

23            MR. DAY:  Yes, I think that's what he said, Your

24   Honor.

25            THE COURT:  This is a multi-talented fellow.

Thursday, January 24, 2013.

```
 1  BY MR. DAY:

 2  Q.  Now, Agent, you have had cases in which you, yourself,

 3  have done the recording; is that right?

 4          MR. DAVIDSON:  Judge, I'm going to object as to the

 5  relevance of what the agent has and has not done in other

 6  cases.

 7          THE COURT:  I'm going to sustain that.  I don't see

 8  any relevance here.  I think I get the picture.

 9          MR. DAY:  I'm just about done, Your Honor.  I'm just

10  about done.

11  BY MR. DAY:

12  Q.  Was Mr. Epstein instructed to make any kind of log of any

13  of the calls that he made to Mr. Page?

14  A.  No.

15          MR. DAY:  I don't have anything else, Your Honor

16  thank you.

17          THE COURT:  All right, sir.

18          MR. ALDAZABAL:  Judge, very briefly, thank you.

19          THE COURT:  I didn't forget about you.

20          MR. ALDAZABAL:  Thank you, Judge.  I appreciate that.

21                    CROSS-EXAMINATION

22  BY MR. ALDAZABAL:

23  Q.  Good afternoon, Agent Sputo.

24  A.  Good afternoon.

25  Q.  Just so we save some time, you just answered a whole bunch
```

Thursday, January 24, 2013.

1    of questions about the different recordings that Mr. Page's

2    counsel asked you about.  Just for the record, Mr. Brennan was

3    involved in at least some of those phone calls that you

4    testified to, correct?

5    A.  Correct.

6    Q.  Okay.  Now, let me take you back.  You said that the

7    particular recording device that Mr. Epstein used on the phone

8    was a commercially bought one?

9    A.  Yes.

10   Q.  And did he buy that himself?  Did you purchase -- the FBI

11   purchase it?

12   A.  I bought it and gave it to him to use.

13   Q.  Your testimony was it was basically a tape recorder, I

14   believe?

15   A.  It was a tape recorder I bought in a store.

16   Q.  It had no particular secret tricks or anything, it was

17   strictly record, forward, reverse, delete, erase, whatever a

18   tape recorder has?

19   A.  I don't know that a tape recorder has an erase.  I haven't

20   looked at the buttons.  It was a typical tape recorder.

21   Q.  Typical commercial tape recorder?

22   A.  Correct.

23   Q.  And that Mr. Epstein had that by his phone, I take it?

24   A.  He had it somewhere in his office.

25   Q.  You don't know where he had it?

Thursday, January 24, 2013.

64

1  A.  In his office; where in his office, I don't know.

2  Q.  How did he manage to record those phone calls from that

3  tape recorder?  The tape recorder was not connected to the

4  phone line, right?

5  A.  Correct.

6  Q.  If you know, how did he manage to record the phone calls?

7  A.  I gave him a device that he could put in his ear that if

8  he held the phone to his ear, it would record both sides of

9  the telephone call.

10  Q.  Okay.  So he put a device in his ear, he had the phone on

11  that same ear; would that be correct?

12  A.  He would plug the device into the recorder, into the

13  microphone jack, and then he would -- it would be a wire

14  connected, and there is a piece that would go in his ear.  You

15  can buy them commercially, but I use the one the FBI provides.

16  Q.  So with that scenario, if you took that ear piece off, he

17  could keep talking on the phone to Mr. Brennan and not be

18  recording, correct?

19  A.  No.  It would pick up his voice.

20       It is a microphone, and the microphone -- for

21  example, if the microphone is in this ear and he is speaking

22  in the opposite ear, it will record what he is saying because

23  the microphone picks up all of the sound in the room.  It just

24  won't pick up what the other period is saying.  So even if the

25  microphone was on the table, it would pick up the TV, his

Thursday, January 24, 2013.

1    voice, it just wouldn't pick up the other end the

2    conversation.

3    Q.  You are assuming that's if the tape recording is on.  If

4    he pushes "stop," then it wouldn't record anything.

5    A.  My experience with tape recorders --

6           MR. DAVIDSON:  Objection.

7           THE WITNESS:  -- is when the stop button is pushed,

8    they do not function.

9    BY MR. ALDAZABAL:

10   Q.  That's most people's understanding of them, correct?

11   A.  Correct.

12   Q.  Now, you stated that Mr. Epstein was not permitted to

13   listen to the recordings after you received them.

14   A.  No.  He was not permitted -- I instructed him not to

15   listen to the tapes after he made them because, if he hit the

16   wrong button, I didn't want him to accidentally erase

17   something.  So I would say, "Don't rewind it, give me the

18   tape, I will put it into evidence."  As far as preparing for a

19   trial, he listens to all of the tapes.

20   Q.  Right.  So you instructed him to do that, but you already

21   testified that because there was no law enforcement present,

22   you don't really know if he followed your instructions or not,

23   other than to trust him?

24   A.  Well, no, because I can remember rewinding a lot of the

25   tapes.  I mean, if he had -- I guess -- restate your question,

Thursday, January 24, 2013.

1  because I don't even know I have an understanding of how to

2  answer it.

3  Q.  My question started with your statement originally by

4  Mr. Day's question was that he was not permitted to listen to

5  the tapes after he handed them to you.  In other words, I

6  believe you talked about putting the tabs up, or he couldn't

7  get them back, in other words?

8  A.  If I said --

9  Q.  Because he couldn't mess with them after he gave them to

10 you?

11 A.  If I said he wasn't permitted, I may have misspoke.  A

12 more accurate thing would be he was instructed not to.

13 Q.  Okay.  He was instructed not to, because -- because there

14 was no supervising FBI agent during or immediately after the

15 phone recordings, you have to take his word that he didn't do

16 anything to them?

17       There is no other way you would know what he is

18 telling you, whether he followed your instructions or not.

19 A.  Maybe -- when you said "do anything," if you could

20 clarify.

21 Q.  You just testified that he could have erased them, but

22 it's possible he didn't want to mess with them, so he couldn't

23 erase them.  So obviously, if you didn't want him to be able

24 to erase them means he could have erased them.

25       MR. DAVIDSON:  I object, again going to the

Thursday, January 24, 2013.

```
 1   hypotheticals and speculation.  I thought we covered that.
 2          THE COURT:  I'm going to sustain the objection
 3   because, you know, Counsel, you have to establish for me that
 4   what happened here does not meet the criteria that Mr. Epstein
 5   was operating under color of law.
 6          MR. ALDAZABAL:  Yes, Your Honor.  I totally agree
 7   with Your Honor.
 8          THE COURT:  And whether or not an agent was
 9   physically present, I don't believe is -- I don't find any
10   case law where that requires it.  The test here is whether or
11   not he did supervision.
12          MR. ALDAZABAL:  Right, Your Honor.  I think the point
13   I was trying to get to --
14          THE COURT:  It doesn't seem to be that you need
15   supervision for everything Mr. Epstein did.
16          MR. ALDAZABAL:  I understand.  I'll move on to the
17   next question.
18   BY MR. ALDAZABAL:
19   Q.  You testified about, I believe you used the word
20   "meetings."  There was actually only one meeting with
21   Mr. Brennan; would that be correct?
22   A.  Yes.
23   Q.  And you didn't remember whether that was at a restaurant
24   or hotel?
25   A.  I think it was at a hotel, hotel lobby, but I have to look
```

Thursday, January 24, 2013.

1  at the tape again to remember.

2  Q.  You testified that you provided the equipment for that

3  face-to-face meeting?

4  A.  Either I did or another special agent.

5  Q.  So you don't recall who it was?

6  A.  I would have to -- if I looked at the transcript.

7  Typically, there is a preamble where the agent identifies

8  himself and says he is activating the equipment.

9  Q.  Obviously, you don't remember if you turned on that

10 equipment while you were still with Mr. Epstein, or he had the

11 ability to turn it on, at some later point in the meeting.

12 A.  No.  Every time he was given the equipment, we turned it

13 on.

14 Q.  And did you also instruct him to keep it turned on, until

15 he got back to you?

16 A.  Yes.

17 Q.  So either you or the other agent actually turned off the

18 recording device, once he got back?

19 A.  Yes.

20          MR. ALDAZABAL:  Thank you, Your Honor.

21          Thank you, Agent.

22          THE COURT:  Mr. Davidson, do you have anything else

23 you want to talk about?

24          MR. DAVIDSON:  No, Your Honor, thank you.

25          THE COURT:  All right.

Thursday, January 24, 2013.

```
 1              Any more recross?
 2              MR. DAY:  No, sir; thank you.
 3              THE COURT:  All right.
 4              Special Agent, thank you very much for coming.
 5              THE WITNESS:  Thank you, Your Honor.
 6              THE COURT:  You are excused.
 7              You gentlemen want to make any closing remarks?  I
 8    think I get the picture pretty well.
 9              MR. DAY:  If you would like, Your Honor, and I
10    will -- and I'll keep it short.
11              THE COURT:  It's your choice.
12              MR. DAY:  I would like to, Your Honor.
13              THE COURT:  All right, go ahead.
14              MR. DAY:  Your Honor, I guess what I would say --
15              THE COURT:  Don't be so polite, you know you are
16    trying to win this.
17              MR. DAY:  Thank you.  And yes, Your Honor, I am
18    trying to win this, but I -- I don't know, it is generally my
19    style to --
20              THE COURT:  All the help you can give me will be
21    appreciated, so come on up here.
22              MR. DAY:  I'll look at it in that fashion.
23              Your Honor, when I looked at the cases and the two
24    that I cited initially and, of course, that the Government
25    cites as well in their response, of course, are the two 11th
```

Thursday, January 24, 2013.

1    Circuit cases *Haimowitz* and *Shields*, although there are

2    certainly others.  Again, I'm not saying this to repeat

3    myself, but in there, specific factual determinations were

4    made by the district court --

5             THE COURT:  One is wrong, one is right, because both

6    cites that case.

7             MR. DAY:  I agree with you, Your Honor; and I would

8    argue to you that I'm right.

9             THE COURT:  That's not uncommon in the law, but my

10   experience tells me that one of them is right and one is

11   wrong.

12            MR. DAY:  My view is Mr. Davidson is wrong.  I'm

13   going to go out on a limb.

14            THE COURT:  I would be shocked if you took a

15   different position.

16            MR. DAY:  In those cases, Your Honor, specific

17   factual findings are made by both the district court judges

18   and also the 11th Circuit.  And I've already argued that

19   point.  I believe there needs to be action that computes with

20   supervision that then equates to direction which the Court can

21   then say that is "acting under color of law."

22            Your Honor, I will tell the Court, and I will contend

23   that it is insufficient for the Government, through their

24   agent, to come in and say, "This is generally what I do; this

25   is generally what I did."

Thursday, January 24, 2013.

```
 1              I think what's required is "this is specifically what
 2    happened in this particular case."  The Court has to make
 3    specific factual findings.  Certainly, one of them can be,
 4    well, the agent typically does this or generally does that;
 5    but I think that's a minimal help to the Government.
 6              I think what is much more impacting is what was done
 7    here to supervise, what were the specific facts and
 8    circumstances.  And really, I'm not going to go through the
 9    testimony.  The Court heard it, and I know you recall it.
10    There was not a lot of recollection of what was specifically
11    done with regard to Mr. Epstein, specifically as it relates to
12    these phone calls.
13              And I believe that what we have heard this afternoon
14    is insufficient to show that the FBI was adequately
15    supervising this particular informant such that he was acting
16    at their direction under color of law.
17              I will also say, Your Honor, to a point that the
18    Government made and I have not spoken to previously, and that
19    is, argument that 18 U.S.C. 2511(d) applies, and that is --
20    that it's their fall-back argument, and that is that even if
21    Mr. Epstein was not --
22              THE COURT:  Well, that's the exception, you mean if
23    he is not under, if --
24              MR. DAY:  Correct.
25              THE COURT:  If the Court were to rule he is not under
```

Thursday, January 24, 2013.

```
 1   color of law, then I would look at the exception that they
 2   cited.
 3           MR. DAY:  Right.  And the Government is saying, even
 4   if Mr. Epstein was not acting under color of law, it doesn't
 5   matter anyhow, we win anyway because the intent behind that
 6   recording was not to commit a crime or any other tortuous
 7   conduct.  I have spoken to that issue.  That was proffered to
 8   me by the Government early on, when we were discussing this
 9   motion.  I have addressed that in my motion.  I do not believe
10   that 18 U.S.C. 2511(d), that particular portion applies to
11   informants that are working at the direction of law
12   enforcement.
13           I believe, based on the legislative history that I
14   cited in my motion that 18 U.S.C. 2511(d) applies to
15   permissible/impermissible conversation between private
16   parties, okay, not when individuals are working on behalf of
17   law enforcement.
18           And if you look at the legislative history, Your
19   Honor, that I cite on Page 11 of my motion, I lay out, as best
20   I could find in the case law, the legislative history with
21   regard to 18 U.S.C. 2511(d).  That exception was not even
22   included in the original Wiretap Act.  It was added later on,
23   when the senators here, I believe it was Senators Hart and
24   McClellan, they proposed this amendment because they were
25   concerned that the Wiretap Act would allow private --
```

1           THE COURT:  Yeah, I have read your --

2           MR. DAY:  And so, therefore, Your Honor, I don't

3  believe that the Government can rely on that.  That is not a

4  fall-back or a fail-safe avenue for them.  And to me, Your

5  Honor, not only does the legislative history and intent show

6  that that's not applicable; but in addition, Your Honor, the

7  rules of statutory instruction would prohibit the Court

8  relying on that because if, in fact, 2511(d) is available to

9  the Government here and they are able to say, well, Your

10 Honor, as long as the informant Richard Epstein consented to

11 the recording and he did knot have the intent to commit a

12 crime or other tortuous conduct, the recording is fine.  That

13 construction applied to this scenario would completely

14 eviscerate the proceeding provision -- and that's 18 U.S.C.

15 2511(c) -- if all that's required for an informant to -- to be

16 able to comply with the act is to say, "I consent to this

17 recording and I have no illegal purpose," then law enforcement

18 would never have to be involved at all in the investigation.

19 Informants would be absolutely free, at any point in time,

20 without knowledge, without the interaction, the input of the

21 FBI, to just pick up the phone and start tape recording

22 anybody they wanted to, as long as they consented to the

23 recording and they didn't have the illegal purpose.  That

24 makes no sense, Your Honor.  And that application which the

25 Government is urging upon the Court here, would again make the

1  previous provision 2511(c) a nullity.

2       Now, I can't recall the Latin, Your Honor, but you

3  know, we all learned in law school that Latin whereby, you

4  know, ex unius [phonetic] ex clussio [phonetic] -- and I can't

5  give it to you, but whatever that Latin is --

6       THE COURT:  You are lucky because I can't speak a

7  word of it.  I would have no idea whether you are right or

8  wrong.

9       MR. DAY:  I don't either, Your Honor, as I just

10 demonstrated; but I do know that the English --

11      THE COURT:  I went to a mediocre law school called

12 the University of Miami Law class of 1840.

13      MR. DAY:  I'll continue on, Your Honor.

14       I do know that there is a statutory provision whereby

15 you have to interpret statutes that render the entire

16 provision applicable.  In other words, you can't interpret one

17 particular provision that would cancel out another because

18 Congress wouldn't have intended that.  And so I do believe

19 that the Government is incorrect when they are urging upon the

20 Court here the application of 18 U.S.C. 2511(d).

21      THE COURT:  Your colleague over there.

22      MR. ALDAZABAL:  No further legal argument from us,

23 Your Honor.

24      THE COURT:  Well, Mr. Davidson, I think you might

25 want to cover a couple points.

Thursday, January 24, 2013.

1           MR. DAVIDSON:  Thank you, Your Honor, just briefly.

2           The evidence, the uncontroverted evidence here is

3   that the agent met repeatedly with Mr. Epstein.  He told

4   Mr. Epstein to record Mr. Page and Mr. Brennan.  He and his

5   case agent recovered the recording is devices.  They gave

6   Mr. Epstein the recording device.  They were in continuous

7   contact with him.  That's above and beyond what the law

8   requires.

9           The law requires that Mr. Epstein had been acting at

10  the direction of the Government, and we clearly have that they

11  told him to record it, and that's why he recorded it.

12          What Mr. Day is proposing is preposterous in two

13  regards.  First, he is asking you to require that the agent

14  remember every conversation, about a thousand phone calls and

15  over 30 targets.  No one could remember that much, Your Honor.

16  I don't even remember what I ate two days.

17          THE COURT:  Probably Mr. Epstein can.

18          MR. DAVIDSON:  I don't know if anyone can.

19          What they are asking for is a level of specificity

20  and recall that I don't believe any individual person has, and

21  that clearly is not required under the law.  If they don't say

22  that the recordings be made with perfection or absolute

23  direction of law enforcement, just that he be acting under

24  color of law, and that's what we have here.

25          The other suggestion somehow is that because we don't

1  know whether Mr. Epstein doctored the tapes, the tapes can't

2  come in because he wasn't acting under color of law.  I think

3  the logic is all reversed.  They are coming from an assumption

4  -- I think I can differentiate.  We are looking at the legal

5  consensual elements to show that Epstein was operating under

6  color of law.  We are not here this afternoon to discuss

7  Mr. Epstein's credibility or lack thereof.

8          THE COURT:  That's for cross-examination during the

9  trial.

10          MR. DAVIDSON:  Correct, Your Honor.  And to

11  suggest --

12          THE COURT:  I'm assuming that at trial, we will

13  be treated to a rather withering cross-examination of

14  Mr. Epstein.

15          MR. DAVIDSON:  That is the defendants' rights, and

16  they will have an opportunity to do so, Your Honor.  But you

17  are right, that is a separate inquiry.  We have the tapes,

18  we seek to introduce them because of FBI told Mr. Epstein to

19  do so.

20          And I think the strongest argument is the under color

21  of law argument, but I do think we have several backup

22  positions that we laid out in our response, and I would adopt

23  the arguments I made there.

24          THE COURT:  Okay.

25          Anything more?

Thursday, January 24, 2013.

1            MR. DAY:  Nothing, Your Honor.

2            THE COURT:  Give me a couple minutes, because I think

3    I might be able to take care of it this afternoon; don't go

4    away.  Use the restroom if you want.  I'll be back in ten

5    minutes.

6            MR. DAY:  Thank you, Your Honor.

7            MR. DAVIDSON:  Thank you, Your Honor.

8       (Recess was had at 3:41 p.m.; proceedings resumed at 3:50

9    p.m.)

10            THE COURT:  All right.  Well, let me say this.  I

11    have reviewed the case law cited by both sides.  First of all,

12    let me do this.  I'll grant the motion for Mr. Brennan to

13    associate himself with the motion prepared by counsel for

14    Mr. Page.  That's granted.

15            MR. ALDAZABAL:  Thank you, Your Honor.

16            THE COURT:  Now, as to the motion in this particular

17    case, considering all of the facts, I certainly think Counsel

18    for Mr. Page did a very, very good job; good argument.

19    Unfortunately, the law doesn't support much of what you had to

20    say.

21            I believe that the Government, that the -- what you

22    need for the bar to approve color of law, I think the evidence

23    in this particular case is overwhelming.  There is more than

24    enough under the law.  But I think that the hearing this

25    afternoon was useful.  I look forward to the trial, because I

Thursday, January 24, 2013.

1  believe that this will be a very interesting trial.  There are

2  some -- to put it charitably, some interesting characters that

3  will be heard from.  And I would say that it -- I think the

4  both sides are going to have a pretty good shot at it, so it

5  will be worthwhile.

6           Mr. Page, Mr. Brennan, both of you still on the

7  phone?

8           DEFENDANT BRENNAN:  Yes.

9           THE COURT:  Let me just say this to the two of you.

10  I'm a visiting judge.  As you know, in these kinds of cases,

11  what I always do -- I've been doing this for about almost 23

12  years, now.  I think that the arguments here today were

13  excellent; good lawyers involved on both sides, and it makes

14  the job for the judge that much easier.  It was educating for

15  me.  I enjoyed listening to the argument.  They were very

16  good.

17           I realize Mr. Page and Mr. Brennan didn't win this,

18  but it's only the first round; and I can say to Mr. Page and

19  Mr. Brennan that, at trial, the only thing that I can promise

20  you, as a judge, is that I will bend over backwards to see

21  that you get a fair trial.  I think that's an obligation of

22  all federal judges.  I have to look at out for the interest

23  for everybody involved, specifically in criminal procedure

24  where the stakes are pretty high.

25           So unless there is anything else for the good of the

Thursday, January 24, 2013.

1  order.

2         MR. DAVIDSON:  No, Your Honor.  Thank you.

3         MR. ALDAZABAL:  Nothing else, Your Honor.

4         THE COURT:  I look forward to trial.  I think it is

5  scheduled some time, is it not?

6         MR. DAY:  February 11th.  We will see you then.

7         THE COURT:  All right.  By that time, I will have a

8  few others under my belt.

9      (PROCEEDINGS ADJOURNED AT 2:53 p.m.)

10                    **C-E-R-T-I-F-I-C-A-T-E**

11      I hereby certify that the foregoing is an accurate

12  transcription and proceedings in the above-entitled matter.

13
    **2/1/2013**                    **/s/DIANE MILLER**
14   DATE                    DIANE MILLER, RMR, CRR
                             Official United States Court Reporter
15                           Wilkie D. Ferguson Jr. U.S. Courthouse
                             400 North Miami Avenue, Suite 11-2
16                           Miami, FL  33128
                             305- 523-5152   (fax) 305-523-5159
17

18

19

20

21

22

23

24

25

Thursday, January 24, 2013.

'

'09 [1]  57/18

/

/s/DIANE [1]  79/13

**1**

10 [2]  56/15 56/16
10:40 [2]  42/4 42/6
10:40 p.m [1]  41/20
10:45 [1]  44/4
11 [2]  42/14 72/19
11,000 [1]  34/20
11-2 [2]  1/22 79/15
11:27 a.m [1]  44/23
11th [11]  7/13 8/8 8/23 9/10 9/23 16/18
 17/5 39/4 69/25 70/18 79/6
12-60064 [1]  3/2
12-60064-CR-RWG [1]  1/2
13th [1]  5/1
15 [5]  56/15 56/17 57/20 57/21 57/25
150 [1]  1/16
15th [2]  44/21 44/22
18 [8]  7/11 12/25 71/19 72/10 72/14 72/21
 73/14 74/20
1840 [1]  74/12
18th [1]  44/25
19 [1]  2/4
1:47 p.m [1]  44/21

**2**

2/1/2013 [1]  79/13
200 feet [1]  23/4
2000 [1]  17/2
2010 [17]  10/25 30/7 36/20 37/4 38/11
 38/20 39/14 40/14 41/3 41/8 42/18 43/25
 44/4 44/15 44/25 53/19 58/13
2013 [2]  1/4 79/13
22nd [2]  42/17 43/25
23 [1]  78/11
23rd [1]  44/6
24 [1]  1/4
2511 [11]  7/11 8/4 12/25 71/19 72/10 72/14
 72/21 73/8 73/15 74/1 74/20
25th [10]  10/25 30/7 33/8 36/10 36/20 37/4
 38/7 38/11 53/19 58/13
26 [2]  19/11 35/6
2655 [1]  1/18
28th [4]  38/19 39/14 39/20 40/2
29 [1]  2/5
2:18 [1]  15/20
2:22 [1]  15/21
2:53 [1]  79/9
2nd [4]  40/14 41/3 43/22 44/15

**3**

30 [6]  34/10 47/13 57/23 58/25 61/10 75/15
302 [3]  30/19 46/23 49/15
302s [1]  38/14
305 [1]  1/23 79/16
305-523-5159 [1]  79/16
33128 [2]  1/23 79/16
33130 [1]  1/17
33132 [1]  1/14
33134 [1]  1/19
3:07 p.m [1]  44/1
3:35 p.m [1]  44/25

3:41 [1]  77/8
3:50 [1]  77/8
3:55 [1]  44/18
3rd [3]  41/7 41/20 43/14

**4**

40 [1]  34/1
400 [2]  1/22 79/15
4:18 p.m [1]  44/9
4:44 p.m [1]  44/8
4th [6]  1/13 43/14 43/17 43/18 44/4 44/18

**5**

50 [1]  34/1
5152 [2]  1/23 79/16
5159 [1]  79/16
523-5152 [2]  1/23 79/16
561-445-9671 [1]  15/15

**6**

60064 [1]  3/2
62 [1]  2/6
6:21 p.m [1]  43/23

**7**

70 [1]  2/7
700 [1]  1/19
75 [1]  2/8
77 [1]  2/9
7th [3]  17/1 17/2 17/4

**9**

91 [1]  1/7
9671 [1]  15/15
99 [1]  1/13
99 percent [1]  36/24

**A**

a.m [1]  44/23
ability [4]  23/5 50/20 50/22 68/11
able [10]  11/17 20/11 23/9 26/15 51/10 53/4
 66/23 73/9 73/16 77/3
about [58]  5/18 11/20 12/6 12/12 12/17
 13/1 13/5 13/8 13/9 20/11 20/18 21/13
 23/14 25/6 25/15 25/20 28/13 29/23 31/3
 31/6 31/18 31/24 32/20 32/21 33/9 33/10
 33/13 33/17 33/25 34/19 42/15 46/6 46/16
 46/21 47/8 48/22 48/23 48/25 52/23 53/7
 54/13 54/25 55/21 55/23 56/4 59/3 59/6
 61/7 62/9 62/10 62/19 63/1 63/2 66/6 67/19
 68/23 75/14 78/11
above [2]  75/7 79/12
above-entitled [1]  79/12
absolute [1]  75/22
absolutely [1]  73/19
access [1]  9/5
accidentally [2]  48/13 65/16
accurate [3]  30/7 66/12 79/11
act [4]  7/9 72/22 72/25 73/16
acting [17]  7/16 7/17 8/1 8/2 8/11 9/2 16/19
 16/20 17/25 39/6 53/1 70/21 71/15 72/4
 75/9 75/23 76/2
action [3]  10/1 56/11 70/19
actions [2]  8/15 10/2
activating [1]  68/8
actively [3]  34/19 41/13 42/2
activity [1]  34/7
actually [11]  5/10 27/15 34/19 37/25 42/14

44/2 44/8 46/9 53/18 67/20 68/17
added [1]  72/22
addition [7]  11/10 11/24 12/3 17/25 22/7
 34/18 73/6
additionally [2]  12/22 13/23
address [1]  9/12
addressed [1]  72/9
adequately [1]  71/14
ADJOURNED [1]  79/9
admissibility [1]  13/2
admissible [4]  16/14 16/22 18/2 18/6
adopt [3]  5/13 13/20 76/22
AFPD [1]  1/15
after [26]  6/9 9/6 9/9 9/17 10/22 22/5 22/11
 25/4 25/11 25/23 27/6 28/2 28/3 33/16
 33/17 45/11 48/10 52/13 52/13 53/19 55/24
 65/13 65/15 66/5 66/9 66/14
afternoon [9]  3/12 3/19 29/20 62/23 62/24
 71/13 76/6 77/3 77/25
afterwards [1]  54/24
again [10]  36/6 41/8 41/20 42/9 55/15 56/14
 66/25 68/1 70/2 73/25
against [10]  10/9 32/5 33/14 34/1 34/3
 34/10 34/19 53/11 55/9 60/13
agency [1]  7/22
agent [70]  2/3 3/13 6/18 7/16 9/5 9/7 9/15
 9/20 10/8 10/12 10/19 11/24 17/8 18/12
 18/23 19/1 19/10 19/11 28/3 29/20 29/22
 33/20 36/24 36/25 37/16 38/10 38/15 39/5
 39/9 39/14 39/19 41/13 42/2 43/20 45/2
 46/11 50/2 51/21 52/2 52/9 52/11 53/21
 54/1 54/5 54/9 54/11 54/12 55/12 57/5
 57/14 57/16 57/17 59/22 60/7 61/4 62/2
 62/5 62/23 66/14 67/8 68/4 68/7 68/17
 68/21 69/4 70/24 71/4 75/3 75/5 75/13
agents [3]  19/13 37/6 37/8
agree [5]  8/18 12/21 37/9 67/6 70/7
agreed [1]  56/10
agreement [4]  60/2 61/1 61/4 61/5
agreements [1]  61/7
ahead [6]  11/21 20/6 37/13 39/11 46/13
 69/13
ALDAZABAL [3]  1/18 2/6 4/21
all [53]  3/15 4/10 4/18 5/14 5/17 6/14 10/15
 10/19 11/19 11/22 12/6 13/16 14/22 16/6
 18/10 18/19 21/20 23/23 23/24 29/13 34/6
 35/12 36/3 37/14 39/10 40/20 42/19 44/13
 53/17 55/16 56/25 58/17 59/15 59/18 59/19
 59/23 60/25 62/17 64/23 65/19 68/25 69/3
 69/13 69/20 73/15 73/18 74/3 76/3 77/10
 77/11 77/17 78/22 79/7
allow [1]  72/25
allowed [3]  3/22 53/3 53/3
almost [2]  24/2 78/11
along [1]  42/15
already [7]  11/1 12/16 27/23 31/16 57/5
 65/20 70/18
also [10]  7/6 13/24 16/24 17/1 23/15 40/24
 50/25 68/14 70/18 71/17
although [2]  11/6 70/1
always [2]  33/13 78/11
am [4]  37/5 55/19 59/7 69/17
ambiguity [1]  45/17
amendment [1]  72/24
AMERICA [1]  1/3
among [2]  60/16 61/22
Andreas [1]  17/1

**A**

another [12]  5/11 19/21 22/14 23/4 24/11 24/12 31/5 44/9 44/15 58/3 68/4 74/17
answer [4]  33/20 35/9 42/21 43/2 59/22 66/2
answered [1]  62/25
any [45]  6/17 15/7 23/5 25/1 29/7 29/7 29/10 30/22 33/6 38/10 38/14 38/14 39/18 39/18 40/1 40/7 41/22 42/1 42/1 42/9 45/6 45/10 45/14 45/19 46/18 46/20 46/22 47/8 49/14 50/17 51/16 53/6 55/21 57/11 59/8 60/24 62/8 62/12 62/12 67/9 69/1 69/7 72/6 73/19 75/20
anybody [2]  14/3 73/22
anyhow [1]  72/5
anymore [1]  25/18
anyone [4]  18/8 18/8 48/6 75/18
anything [11]  12/3 13/17 29/10 62/15 63/16 65/4 66/16 66/19 68/22 76/25 78/25
anyway [1]  72/5
apologize [1]  15/17
apparently [1]  11/7
appear [1]  8/22
appearances [1]  1/11 3/10 4/19
appearing [2]  3/21 4/23
appears [7]  5/18 7/24 42/22 51/6 51/8 52/3 52/7
appellate [1]  5/5
applicable [4]  12/25 13/24 73/6 74/16
application [2]  73/24 74/20
applied [1]  73/13
applies [3]  71/19 72/10 72/14
appreciate [5]  3/22 15/23 16/4 33/20 62/20
appreciated [1]  69/21
approve [1]  77/22
approximately [3]  23/3 34/10 44/1
are [77]  3/24 4/11 5/17 8/2 8/8 8/19 9/10 10/22 11/3 11/11 12/5 13/21 16/9 16/22 16/25 18/6 18/21 19/13 24/25 25/13 27/9 27/11 27/22 29/16 29/20 30/25 31/13 32/10 33/21 34/6 34/18 37/2 38/23 39/1 39/4 42/14 43/1 43/14 43/22 44/11 47/12 47/17 47/23 48/14 49/10 50/23 53/7 54/15 55/15 56/12 57/11 58/1 58/7 58/20 58/25 59/5 60/21 65/3 69/6 69/15 69/25 70/1 70/17 72/11 72/16 73/9 74/6 74/7 74/19 75/19 76/3 76/4 76/6 76/17 78/1 78/4 78/24
area [1]  27/5
aren't [1]  53/6
argue [3]  6/15 13/1 70/8
argued [1]  70/18
argument [15]  2/7 2/8 7/25 52/25 53/14 54/8 54/9 54/14 71/19 71/20 74/22 76/20 76/21 77/18 78/15
arguments [3]  13/20 76/23 78/12
as [75]  5/9 6/18 7/12 7/14 7/16 8/10 9/1 9/21 11/16 12/19 13/21 13/21 14/20 16/10 16/11 17/16 21/14 22/24 24/25 24/25 25/21 27/12 27/20 28/16 29/24 30/4 30/4 32/2 33/11 34/20 34/20 35/10 37/6 37/17 37/25 38/1 39/8 39/18 40/4 40/10 41/22 42/9 44/18 45/12 45/16 45/17 45/19 45/19 46/9 46/17 46/17 48/3 48/23 50/17 51/21 53/14 58/3 61/3 61/4 61/16 62/4 65/18 65/18 69/25 71/11 72/19 73/10 73/10 73/22 73/22 74/9 77/16 78/10 78/20

**B**

baby [1]  53/24
back [13]  15/22 22/11 27/6 48/9 55/2 59/15 63/6 66/7 68/15 68/18 71/20 73/4 77/4
background [1]  32/6
backup [1]  76/21
backwards [1]  78/20
bar [6]  16/10 16/17 16/18 17/5 17/7 77/22
based [2]  60/13 72/13
basically [6]  17/4 35/2 35/13 48/1 52/12 63/13
basis [2]  8/22 17/9
bath [1]  53/24
be [80]
Beach [1]  19/8
became [3]  6/10 10/23 34/9
because [42]  6/22 13/25 17/7 18/6 18/15 32/18 37/11 42/20 47/6 48/1 48/4 48/9 48/24 49/19 51/3 51/23 53/12 53/20 55/1 56/7 57/1 59/14 64/22 65/15 65/21 65/24 66/1 66/9 66/13 66/13 67/3 70/5 72/5 72/24 73/8 74/6 74/17 75/25 76/2 76/18 77/2 77/25
been [35]  3/6 9/22 10/20 18/12 19/11 19/21 22/5 22/12 30/1 30/3 30/4 30/13 30/13 31/5 32/4 32/16 35/3 37/18 40/11 41/5 41/17 42/10 46/22 48/5 49/11 49/16 49/18 54/20 56/1 56/12 57/6 57/14 57/20 75/9 78/11
before [22]  1/9 4/14 5/21 7/8 11/13 11/13 21/4 22/8 22/14 23/22 24/19 25/17 27/1 30/1 30/3 30/14 40/3 50/20 50/22 51/6 55/12 59/23
began [1]  43/22
begin [2]  10/24 24/14
beginning [3]  33/7 56/18 57/14
behalf [5]  3/12 3/20 4/22 8/16 72/16
behavior [1]  56/17
behind [1]  72/5
being [10]  12/15 20/11 23/12 24/23 25/1

50/10 52/22 58/7 58/8 60/9
belabor [1]  39/8
believe [30]  3/25 13/24 26/18 31/6 31/11 31/13 31/15 31/20 35/1 35/20 43/13 43/22 44/24 48/6 57/23 59/9 63/14 66/6 67/9 67/19 70/19 71/13 72/9 72/13 72/23 73/3 74/18 75/20 77/21 78/1
belt [1]  79/8
bend [1]  78/20
benefit [1]  7/5
best [2]  14/10 72/19
between [21]  5/20 11/7 12/14 13/5 18/13 22/6 24/4 26/2 30/6 31/19 41/21 43/23 43/25 44/4 44/7 44/16 44/19 44/21 44/23 54/22 72/15
beyond [1]  75/7
big [1]  49/7
bit [1]  51/24
blackmail [3]  17/15 18/8 29/8
body [4]  13/25 14/11 27/25 28/2
book [2]  56/23 56/23 56/24
born [1]  5/3
both [15]  3/23 4/25 7/6 9/11 15/25 26/6 49/20 50/10 64/8 70/5 70/17 77/11 78/4 78/6 78/13
bought [3]  63/8 63/12 63/15
BRENNAN [41]  1/6 1/18 3/8 3/23 4/8 4/22 5/10 5/15 13/17 13/22 14/2 19/14 20/10 20/14 20/22 20/23 24/7 24/12 24/25 26/1 26/8 28/6 28/18 29/10 41/21 43/24 44/5 44/10 44/16 49/13 49/22 59/20 60/16 63/2 64/17 67/21 75/4 77/12 78/6 78/17 78/19
Brennan's [2]  5/9 14/14
brief [3]  7/1 15/2 17/17
briefly [5]  19/9 19/19 23/8 62/18 75/1
bring [4]  10/5 21/15 26/1 34/2
bringing [1]  61/15
broker [1]  48/25
brought [5]  28/21 31/7 32/2 32/4 32/16
bug [2]  13/25 14/11
bunch [2]  45/18 62/25
bureau [2]  6/12 11/13
button [2]  65/7 65/16
buttons [1]  63/20
buy [2]  61/3 60/4/15
buying [3]  31/11 48/25 55/25

**C**

C-E-R-T-I-F-I-C-A-T-E [1]  79/10
call [35]  9/17 15/8 15/12 21/22 21/23 22/8 22/11 22/11 22/15 23/22 23/23 25/20 25/23 27/12 29/24 36/9 38/7 38/17 38/21 38/23 40/1 40/3 43/12 45/13 47/9 48/4 49/8 49/14 49/16 51/11 51/18 55/2 56/4 57/16 64/9
called [2]  59/9 74/11
calling [1]  57/11
calls [37]  7/23 9/20 10/20 10/22 11/25 21/13 21/15 22/17 23/14 23/16 23/21 27/2 27/18 34/21 38/9 40/21 43/1 45/9 45/11 45/15 53/18 53/21 55/3 58/6 58/7 58/8 58/14 60/3 60/8 60/9 60/13 62/13 63/3 64/2 64/6 71/12 75/14
came [1]  24/13
can [39]  4/4 4/5 4/14 4/19 6/16 15/8 15/12 15/14 15/22 19/9 19/19 29/16 35/10 35/12 43/1 46/6 46/9 46/11 46/16 48/7 49/20 50/10 50/25 54/9 54/10 55/18 61/2 61/5

# C

can... [11]  64/15 65/24 69/20 70/20 71/3 73/3 75/17 75/18 76/4 78/18 78/19
can't [17]  4/6 4/7 16/23 25/9 25/10 33/24 34/4 35/11 50/8 51/7 53/7 53/17 74/2 74/4 74/6 74/16 76/1
cancel [1]  74/17
cannot [1]  57/7
capture [1]  18/4
captured [2]  12/25 37/18
car [1]  22/13
care [1]  77/3
case [56]  1/2 3/2 7/13 7/14 7/22 8/8 8/22 8/22 8/23 8/24 9/1 9/4 9/7 9/10 9/14 9/15 9/15 10/8 10/18 11/24 12/13 16/1 16/17 17/1 17/6 19/13 19/21 19/25 20/4 20/23 28/3 29/6 35/20 36/8 36/24 37/6 39/7 49/13 52/6 53/2 53/10 53/11 57/1 58/3 59/17 59/22 60/22 61/17 67/10 70/6 71/2 72/20 75/5 77/11 77/17 77/23
case-by-case [1]  8/22
cases [27]  8/8 8/13 8/17 8/25 9/11 9/18 9/22 16/25 17/2 19/11 20/12 34/9 38/8 49/11 49/12 49/16 50/15 50/16 57/25 57/25 59/18 62/2 62/6 69/23 70/1 70/16 78/10
cassette [6]  27/14 36/22 37/18 50/3 50/4 50/13
catch [1]  20/19
category [1]  5/8
caught [1]  19/21
cause [1]  25/16
caused [1]  32/21
cautious [1]  33/12
cease [1]  55/10
cell [1]  15/11
certain [6]  25/13 27/17 29/1 49/16 56/11 56/12
certainly [10]  8/23 9/12 48/23 52/4 56/1 56/19 57/7 70/2 71/3 77/17
certify [1]  79/11
changed [1]  6/9
chapter [1]  56/23
characters [1]  78/2
charged [2]  20/1 20/2
charitably [1]  78/2
check [1]  55/4
checks [1]  22/2
choice [1]  69/11
circuit [14]  7/13 7/14 8/8 8/23 9/11 9/23 16/18 17/1 17/2 17/4 17/5 39/4 70/1 70/18
circuits [1]  8/9
circumstances [5]  5/19 23/19 42/7 54/11 71/8
cite [2]  16/23 72/19
cited [8]  8/9 9/11 9/14 17/1 69/24 72/2 72/14 77/11
cites [2]  69/25 70/6
City [1]  5/4
CJA [1]  4/22
claims [1]  18/12
clarify [4]  27/9 42/24 59/13 66/20
class [1]  74/12
clear [5]  10/25 24/18 24/22 45/21 54/16
clearly [2]  75/10 75/21
client [2]  5/15 14/3
close [3]  23/9 26/21 29/1

closing [3]  2/7 2/8 69/7
clussio [1]  74/4
co [3]  28/3 36/24 36/25
co-agent [1]  36/25
co-case [2]  28/3 36/24
coerce [1]  29/8
colleague [1]  74/21
collect [1]  24/5
color [26]  6/23 7/11 7/11 7/17 8/2 8/11 9/3 10/3 12/21 16/13 16/20 17/12 17/25 39/6 53/1 54/1 67/5 70/3 71/16 72/1 72/4 75/24 76/2 76/6 76/20 77/22
comes [1]  56/19
come [6]  27/6 29/15 49/20 69/21 70/24 76/2
comfortable [3]  29/16 56/6 56/25
coming [2]  69/4 76/3
commercial [1]  63/21
commercially [3]  27/15 63/8 64/15
commit [5]  17/24 18/1 47/19 72/6 73/11
communicated [1]  31/21
communication [2]  3/21 34/24
compile [1]  30/19
complete [1]  54/3
completely [2]  60/24 73/13
comply [1]  73/16
computed [1]  10/2
computes [1]  70/19
concentrate [2]  58/23 59/1
concern [2]  33/14 45/25
concerned [2]  13/21 72/25
conclusion [1]  27/4
conduct [2]  72/7 73/12
conducted [1]  20/3
conducting [1]  34/13
confer [3]  4/13 15/2 28/13
confidence [1]  53/17
confines [1]  14/4
Congress [1]  74/18
connected [2]  64/3 64/14
connection [2]  28/6 31/8
consensual [1]  76/5
consent [1]  73/16
consented [2]  73/10 73/22
consider [2]  52/8 60/19
considered [2]  59/15 60/19
considering [1]  77/17
consistent [6]  35/9 47/6 48/1 49/2 56/18 57/1
construction [1]  73/13
contact [9]  11/25 34/24 35/5 35/6 35/8 35/9 39/16 41/9 75/7
contacted [5]  19/22 19/23 20/4 20/9 20/13
contend [1]  70/22
content [2]  21/13 25/6 46/17 46/19
contesting [1]  13/12
context [5]  11/16 32/6 51/13 57/5 57/7
continue [6]  25/22 25/24 26/5 34/14 56/5 74/13
Continuing [1]  44/6
continuous [1]  75/6
conversation [75]  12/13 13/2 13/5 14/1 14/12 22/5 22/14 25/4 25/6 25/12 28/4 29/22 30/5 30/5 30/10 30/20 30/23 31/18 31/21 32/20 33/24 35/2 35/10 35/11 36/20 38/11 38/19 39/20 40/5 40/11 40/14 40/16 40/17 41/7 41/14 41/19 41/21 42/3 42/10 42/13 42/17 43/10 43/22 43/24 44/2 44/7

44/9 44/12 44/16 44/17 44/20 44/22 44/24 45/23 46/18 46/20 46/21 47/20 48/9 48/15 50/25 52/12 53/13 54/17 54/19 54/24 55/1 55/22 56/1 56/14 57/8 58/12 65/2 72/15 75/14
conversations [45]  5/20 5/24 6/5 11/7 11/12 12/18 13/9 13/13 13/21 21/3 21/12 21/25 22/4 23/5 24/8 24/14 24/16 25/1 31/15 32/11 32/15 32/22 33/6 35/12 39/9 41/24 43/21 44/11 45/2 45/8 46/1 46/4 46/6 46/16 46/22 49/6 51/6 52/22 52/23 53/4 54/5 55/17 55/24 58/18 61/8
cooperate [4]  20/11 20/24 59/4 60/24
cooperated [2]  35/17 59/14
cooperating [4]  7/8 17/3 19/24 28/17
cooperation [6]  55/13 59/16 59/17 60/10 60/13 61/17
cooperator [6]  35/5 47/8 47/9 47/12 47/14 48/24
cooperators [1]  47/23
copies [1]  28/11
copy [1]  28/9
Coral [1]  1/19
correct [55]  4/1 5/11 5/22 5/23 6/3 6/11 6/13 10/13 16/15 16/25 17/18 17/22 17/23 21/18 21/19 24/23 25/2 25/3 27/10 33/3 33/4 33/5 34/21 34/25 36/18 36/19 38/5 43/11 43/13 46/3 46/5 47/1 50/4 50/7 50/11 50/14 50/21 50/25 55/13 57/9 58/15 60/10 60/14 60/22 63/4 63/5 63/22 64/5 64/11 64/18 65/10 65/11 67/21 71/24 76/10
correctly [1]  28/23
could [24]  3/10 19/2 20/19 21/13 22/2 23/10 23/11 23/12 23/22 26/24 28/19 32/5 50/23 51/22 51/25 57/25 59/5 64/7 64/17 66/19 66/21 66/24 72/20 75/15
couldn't [3]  66/6 66/9 66/22
counsel [7]  4/22 11/20 58/20 63/2 67/3 77/13 77/17
Counsels' [1]  3/10
counter [1]  54/4
counter-hypothetical [1]  54/4
couple [2]  74/25 77/2
course [9]  7/19 24/13 28/12 32/14 55/13 56/8 56/11 69/24 69/25
court [36]  1/1 1/22 3/6 3/21 5/4 5/6 5/6 6/17 9/24 10/2 12/2 12/10 13/1 15/4 18/10 39/1 40/24 52/8 53/14 53/15 59/8 59/11 60/18 70/4 70/17 70/20 70/22 71/2 71/9 71/25 73/7 73/25 74/20 76/8 79/7 79/14
COURT'S [1]  2/9
courthouse [2]  5/2 79/15
COURTROOM [2]  3/2 3/5
courts [4]  5/5 5/5 5/6 8/24
cover [2]  43/6 74/25
covered [1]  67/1
CR [1]  1/2
creating [1]  54/3
credibility [3]  55/4 61/14 76/7
credit [1]  60/12
crime [8]  12/14 17/17 17/19 17/25 18/1 46/10 72/6 73/12
crimes [1]  18/4
criminal [9]  3/2 3/4 5/7 19/11 19/21 29/6 34/7 49/12 78/23
criteria [1]  67/4
cross [6]  2/5 18/14 29/18 62/21 76/8 76/13

# C

cross-examination [5] 2/5 29/18 62/21 76/8
76/13
cross-examine [1] 18/14
CRR [2] 1/21 79/14
custody [1] 9/16

# D

daily [2] 35/6 35/8
Dakota [1] 5/2
damaging [1] 53/11
date [17] 29/22 30/2 30/9 30/15 37/16 37/17
38/4 39/16 39/17 39/17 40/21 40/23 41/10
41/16 46/19 46/19 79/14
dates [13] 40/19 40/20 40/21 41/1 42/20
43/1 43/20 45/18 45/20 46/2 46/3 46/17
58/17
DAVIDSON [11] 1/12 2/4 3/12 16/7 18/20
42/23 46/8 61/21 68/22 70/12 74/24
day [29] 1/15 2/5 3/19 14/21 15/18 21/12
24/2 29/19 30/1 30/3 30/13 30/14 33/19
33/19 36/4 38/21 40/8 41/20 42/3 42/14
42/16 44/8 44/18 45/22 54/3 58/9 58/15
61/5 75/12
Day's [2] 13/20 66/4
days [1] 75/16
decertify [1] 52/16
decide [3] 21/10 22/3 25/23
decided [3] 26/10 27/24 60/2
decision [3] 4/14 25/21 39/5
defendant [11] 2/7 4/7 4/17 5/9 5/20 6/15
7/9 12/13 53/9 55/21 57/25
defendant's [2] 8/5 18/3
defendants [4] 1/7 16/1 10/24 58/15
defendants' [1] 76/15
defendants's [1] 18/11
Defender [1] 1/16
Defender's [1] 3/20
defense [3] 11/20 20/4 20/9
deference [1] 15/25
DEFT [2] 1/15 1/18
delete [1] 63/17
demand [1] 17/2
demonstrated [1] 74/10
denied [1] 8/6
depending [1] 52/17
DEPUTY [2] 3/2 3/5
describe [2] 19/9 19/19
designation [1] 5/5
destroyed [1] 54/12
determination [2] 8/10 32/9
determinations [1] 70/3
determine [1] 51/17
deviation [1] 57/3
device [9] 26/24 27/2 27/13 63/7 64/7 64/10
64/12 68/18 75/6
devices [8] 21/16 26/25 27/10 27/20 27/21
28/4 28/4 75/5
diane [4] 1/21 1/24 79/13 79/14
did [54] 5/24 9/19 9/20 11/24 16/16 20/9
20/15 20/18 20/23 21/17 22/17 22/20 23/5
23/18 24/7 24/18 24/22 24/24 25/5 25/14
25/23 26/1 26/5 26/11 26/12 28/1 28/5 28/8
28/12 29/3 30/19 32/20 32/24 33/6 34/3
36/7 36/7 49/4 54/17 57/20 58/16 60/15
61/19 63/10 63/10 64/2 64/6 67/11 67/15

didn't [20] 17/13 27/22 28/21 28/24 32/11
36/8 49/5 54/18 56/3 59/8 59/11 60/19
62/19 65/16 66/15 66/22 66/23 67/23 73/23
78/17
different [10] 7/19 27/9 43/3 47/17 49/11
49/12 58/9 61/13 63/1 70/15
differentiate [1] 76/4
difficult [1] 34/23
direct [5] 2/4 8/16 19/5 29/23 30/10
directing [1] 11/25
direction [15] 7/9 7/16 8/1 8/12 8/13 9/25
16/19 21/9 21/14 39/3 70/20 71/16 72/11
75/10 75/23
directions [1] 45/3
discard [1] 56/3
discretion [1] 53/5
discuss [10] 20/15 21/22 21/24 22/8 22/9
22/9 23/22 23/24 45/13 76/6
discussed [8] 23/12 25/21 25/21 32/22
47/10 47/11 47/24 51/9
discussing [2] 25/14 72/8
discussion [1] 23/20
discussions [2] 26/2 31/8
distinguish [1] 43/1
district [10] 1/1 1/1 1/10 5/6 9/13 35/25
60/10 61/18 70/4 70/17
do [106]
doctored [1] 76/1
document [3] 47/20 48/3 48/18
documentation [2] 38/14 40/7
documented [1] 46/23
does [10] 3/15 8/22 16/22 30/7 45/21 50/6
67/4 71/4 71/4 73/5
doesn't [7] 46/1 48/13 50/13 56/11 67/14
72/4 77/19
doing [6] 5/1 8/25 20/2 22/13 47/12 78/11
don't [74] 3/17 4/25 5/7 6/5 6/7 6/16 8/18
8/19 8/20 10/6 10/7 11/6 12/1 12/3 12/9
13/3 13/3 14/2 15/6 15/13 30/15 30/17 35/1
36/18 37/7 37/11 38/3 38/3 39/7 40/20
42/19 43/6 45/23 47/14 48/2 48/3 48/6
49/19 52/21 52/23 53/17 53/20 53/20 54/9
56/2 56/20 58/16 59/21 59/22 60/15 60/18
60/23 62/7 62/15 63/19 63/25 64/1 65/17
65/22 66/1 67/9 67/9 68/5 68/9 69/15 69/18
73/2 74/9 75/16 75/18 75/20 75/21 75/25
77/3
done [13] 8/15 8/20 10/21 33/22 39/22
50/10 56/12 62/3 62/5 62/9 62/10 71/6
71/11
down [5] 20/15 34/13 35/17 58/21 60/5
download [1] 28/4
during [13] 21/15 23/1 23/2 24/12 27/3
27/13 28/12 29/1 38/16 42/7 53/3 66/14
76/8
duties [1] 19/9

# E

each [11] 9/6 9/9 9/17 9/22 39/8 42/21 45/1
45/19 45/22 52/13 53/21
ear [10] 48/8 48/8 64/7 64/8 64/10 64/11
64/14 64/16 64/21 64/22
earlier [1] 30/13
early [1] 72/8
easier [1] 78/14
Eastern [2] 60/10 61/18

edification [1] 40/24
educating [1] 78/14
effect [1] 11/5
either [7] 26/14 37/12 43/14 55/2 68/4
68/17 74/9
elements [1] 76/5
else [5] 14/3 62/15 68/22 78/25 79/3
end [4] 56/11 56/18 56/21 65/1
ends [3] 7/25 8/3 49/20
enforcement [23] 7/9 7/22 8/2 8/12 8/16
10/8 12/7 38/10 38/15 39/19 40/2 40/12
41/5 41/13 42/2 42/11 53/2 60/25 65/21
72/12 72/17 73/17 75/23
engaged [1] 41/13
engaging [2] 20/19 20/24
English [1] 74/10
enjoyed [1] 78/15
enough [4] 10/7 23/9 26/21 77/24
entice [1] 11/4
entire [2] 59/18 74/15
entitled [1] 79/12
Epstein [162]
Epstein's [11] 20/3 22/24 23/6 24/2 34/8
36/9 55/4 57/14 61/8 61/17 76/7
equates [1] 70/20
equipment [9] 9/5 9/9 23/11 26/20 27/7
68/2 68/8 68/10 68/12
erase [8] 48/13 50/20 50/23 63/17 63/19
65/16 66/23 66/24
erased [4] 50/8 50/10 66/21 66/24
especially [1] 33/13
ESQ [1] 1/18
essentially [1] 8/3
establish [1] 67/3
estimate [1] 34/1
estimation [1] 52/6
even [12] 17/13 18/5 18/5 21/4 28/16 28/21
64/24 66/1 71/20 72/3 72/21 75/16
eventually [1] 26/8
ever [4] 28/12 54/17 56/19 60/23
every [14] 24/2 25/10 34/4 36/23 36/25
38/23 45/19 47/14 54/22 56/8 57/8 57/8
68/12 75/14
everybody [2] 4/18 78/23
everyone [1] 15/15
everything [3] 28/23 49/5 67/15
evidence [17] 28/9 28/10 28/25 36/23 37/7
37/19 37/21 38/1 48/19 49/2 51/20 54/7
54/12 65/18 75/2 75/2 77/22
evidentiary [1] 6/17
eviscerate [1] 73/14
ex [2] 74/4 74/4
exact [4] 30/15 30/17 35/10 40/21
exactly [2] 30/22 34/4
Examination [1] 2/6
examination [8] 2/4 2/5 19/5 29/18 30/11
62/21 76/8 76/13
examine [1] 18/14
example [7] 22/1 25/11 25/14 28/20 48/21
48/25 64/21
exceeded [1] 17/6
excellent [1] 78/13
exception [6] 7/10 8/4 17/21 71/22 72/1
72/21
excess [1] 34/20
excuse [4] 24/21 39/5 41/23 46/21
excused [1] 69/6

**E**

exigent [1] 42/7
exist [1] 37/25
existence [1] 11/11
experience [3] 48/19 65/5 70/10
experiences [1] 35/18
explain [1] 6/25
explained [1] 21/8
explore [1] 19/24
extent [1] 38/23
extort [1] 18/7
extortion [1] 17/15

**F**

face [8] 13/23 13/23 43/10 43/10 43/15
 43/15 68/3 68/3
face-to-face [4] 13/23 43/10 43/15 68/3
facing [2] 59/14 60/2
fact [8] 9/21 9/25 12/6 52/8 52/8 55/16 58/3
 73/8
factor [1] 17/13
factors [1] 29/7
facts [6] 5/19 9/24 16/7 57/11 71/7 77/17
factual [6] 8/25 9/23 32/6 70/3 70/17 71/3
fail [3] 50/25 51/17 73/4
fail-safe [1] 73/4
fair [2] 16/2 78/21
fairly [1] 15/24
faith [2] 55/15 55/18
fall [2] 71/20 73/4
fall-back [2] 71/20 73/4
familiar [2] 5/19 60/21
far [11] 13/21 16/10 17/6 23/3 24/25 30/4
 34/20 45/17 45/19 46/17 65/18
fashion [2] 8/17 69/22
fax [1] 79/16
FBI [31] 3/14 5/21 7/23 16/11 16/21 17/10
 18/8 19/8 19/10 20/2 21/6 21/18 22/25
 26/15 27/16 27/22 27/23 27/23 30/19 37/8
 37/18 38/14 40/12 46/23 50/3 63/10 64/15
 66/14 71/14 73/21 76/18
February [9] 40/14 41/3 41/7 41/20 42/17
 43/22 43/25 44/6 79/6
February 11th [1] 79/6
February 22nd [1] 43/25
February 23rd [1] 44/6
February 2nd [1] 40/14
federal [2] 3/19 78/22
feel [1] 16/2
feet [1] 23/4
fellow [1] 61/25
felt [1] 6/17
Ferguson [1] 79/15
few [1] 79/8
figure [2] 51/22 60/4
file [2] 47/21 47/22
filed [2] 5/12 14/21
files [1] 49/8
final [1] 4/14
find [4] 12/11 22/1 67/9 72/20
findings [4] 8/25 9/23 70/17 71/3
fine [2] 16/6 73/12
fireman [1] 5/1
first [19] 7/4 10/25 16/9 20/13 23/22 24/21
 25/4 25/11 25/23 28/9 29/22 29/24 30/1
 30/2 51/5 57/2 75/13 77/11 78/18

fishing [1] 48/23
fits [1] 8/3
five [4] 8/19 24/4 59/11 60/2
FL [2] 1/23 79/16
Flagler [1] 1/16
flawless [1] 17/4
FLORIDA [10] 1/1 1/5 1/14 1/17 1/19 9/13
 20/12 20/16 35/14 35/16
flsd.uscourts.gov [1] 1/24
follow [1] 51/5
followed [2] 65/22 66/18
following [7] 8/19 28/19 48/2 56/4 60/7
 61/11 61/16
foregoing [1] 79/11
forget [1] 62/19
forgetting [1] 46/10
form [1] 45/17
formula [2] 8/18 8/21
Fort [1] 13/23
forward [4] 12/9 63/17 77/25 79/4
forwarded [1] 60/17
four [1] 8/19
frame [1] 7/20
fraud [13] 20/12 20/20 20/25 31/12 34/10
 47/19 48/22 49/10 55/23 55/25 55/25 56/2
 56/5
free [1] 73/19
fugitive [1] 5/2
full [2] 19/3 53/17
function [1] 65/8
Funded [1] 21/18
further [4] 22/16 29/12 60/5 74/22

**G**

Gables [1] 1/19
gaps [1] 51/8
gather [1] 12/17
gathered [1] 37/4
gave [10] 36/13 36/14 36/15 36/16 36/7
 59/16 63/12 64/7 66/9 75/5
general [8] 20/11 21/14 21/23 21/24 22/20
 22/25 27/5 33/16
generally [10] 20/18 21/2 24/10 33/22 36/7
 45/12 69/18 70/24 70/25 71/4
generous [1] 60/3
gentleman [2] 4/10 13/17
gentlemen [1] 69/7
get [16] 5/25 11/9 13/5 29/5 48/14 49/12
 50/2 50/3 50/21 59/5 59/8 62/8 66/7 67/13
 69/8 78/21
gets [2] 37/19 37/21
getting [1] 43/14
give [12] 14/25 15/14 21/13 22/15 27/2
 33/15 34/23 43/20 65/17 69/20 74/5 77/7
given [13] 16/17 27/16 30/4 33/11 33/16
 36/11 36/13 36/15 41/1 41/23 45/3 60/12
 68/12
gives [3] 48/11 50/22 50/24
go [24] 11/21 12/17 13/4 15/12 15/22 16/21
 20/6 23/21 24/4 25/19 37/13 38/23 38/24
 39/4 39/11 42/19 46/13 48/9 60/5 64/14
 69/13 70/13 71/8 77/3
goes [6] 16/21 47/21 47/22 49/2 52/20 61/13
going [44] 11/10 13/4 18/21 21/21 23/6
 26/21 27/24 28/13 28/14 28/23 30/25 32/17
 36/6 37/2 37/5 37/11 38/22 38/23 39/1
 39/10 40/22 42/21 43/17 45/16 46/12 47/15

48/4 49/19 50/23 51/19 51/23 55/16 55/21
 57/7 57/8 57/12 61/3 62/4 62/7 66/25 67/2
 70/13 71/8 78/4
GOLDBERG [5] 1/9 3/3 31/20 34/24 60/8
gone [2] 49/11
good [15] 3/12 3/19 16/4 29/20 29/21 55/15
 55/18 62/23 62/24 77/18 77/18 78/4 78/13
 78/16 78/25
got [13] 5/21 6/12 11/14 16/2 21/5 21/8
 29/24 32/25 52/11 59/6 61/18 68/15 68/18
gotten [3] 18/16 31/3 43/8
government [34] 1/12 2/8 6/21 7/1 7/20
 7/21 8/5 9/4 9/7 9/11 9/19 11/10 12/2 12/16
 14/13 14/23 16/10 16/19 18/16 19/1 29/24
 43/7 69/24 70/23 71/5 71/18 72/3 72/8 73/3
 73/9 73/25 74/19 75/10 77/21
government's [7] 7/6 7/18 7/25 8/10 10/12
 17/3 53/11
grant [1] 77/12
granted [1] 77/14
ground [1] 11/17
grounds [2] 14/19 14/20
guarantee [1] 57/7
guess [6] 4/11 10/5 11/3 43/9 65/25 69/14
guidelines [1] 59/9
guy's [1] 31/16
guys [2] 4/25 14/25

**H**

had [64] 7/5 11/13 15/20 16/11 17/8 17/10
 19/21 20/13 20/16 21/25 22/25 23/11 23/20
 23/20 24/16 26/20 26/23 28/21 29/25 30/10
 31/3 31/5 31/7 31/21 32/1 32/4 32/9 32/11
 32/16 32/22 33/1 33/22 33/24 34/9 34/25
 35/2 35/3 35/5 35/5 35/6 35/8 35/12 45/11
 46/20 48/7 49/6 51/6 52/12 52/22 54/19
 54/24 56/1 57/9 62/2 63/16 63/23 63/24
 63/25 64/10 65/25 68/10 75/9 77/8 77/19
Haimowitz [4] 8/23 9/4 16/23 70/1
half [2] 48/8 48/15
halfway [1] 42/15
handed [1] 66/5
handle [1] 47/15
handling [2] 57/16 57/17
happen [1] 22/6
happened [9] 25/8 27/8 28/2 32/9 45/13
 46/17 56/20 67/4 71/2
Hart [1] 72/23
has [29] 8/15 12/2 12/16 16/10 34/20 37/12
 40/25 43/7 45/19 46/12 47/6 48/5 50/20
 50/22 52/4 52/4 52/6 52/11 53/12 55/12
 55/22 56/13 56/20 62/5 62/5 63/18 63/19
 71/2 75/20
hasn't [1] 3/6
have [158]
haven't [3] 4/20 43/8 63/19
having [6] 21/11 23/15 32/15 45/22 46/1
 46/16
he [190]
head [3] 23/12 26/22 26/22
hear [5] 4/4 14/22 23/12 26/21 29/17
heard [5] 20/13 51/25 71/9 71/13 78/3
hearing [4] 16/2 34/9 37/11 77/24
held [2] 9/2 64/8
help [2] 69/20 71/5
helpful [3] 52/6 53/9 53/10
here [35] 3/16 4/3 4/11 5/1 9/12 9/25 15/5

**H**

here... [28]  17/13 18/3 29/15 34/13 35/17
35/23 35/24 37/22 47/8 49/20 51/21 53/14
53/18 53/25 58/18 62/8 67/4 67/10 69/21
71/7 72/23 73/9 73/25 74/20 75/2 75/24
76/6 78/12
hereby [1]  79/11
hiding [1]  54/5
high [3]  16/10 16/16 78/24
higher [1]  59/14
him [61]  6/21 15/8 17/9 18/9 18/14 18/17
19/20 20/18 21/6 21/13 21/14 22/7 22/9
22/16 23/20 23/23 23/24 24/19 25/15 25/16
25/17 25/17 25/18 26/13 27/2 27/2 27/3
27/5 32/8 32/21 33/1 33/7 33/11 33/15
33/16 33/18 33/25 34/3 35/8 35/9 40/3
42/20 47/8 49/18 49/18 52/15 53/11 55/9
59/11 59/16 60/3 63/12 64/7 65/14 65/16
65/20 65/23 66/23 68/14 75/7 75/11
himself [4]  5/11 63/10 68/8 77/13
his [47]  6/18 19/22 20/4 21/10 22/22 23/9
23/11 24/4 25/1 29/5 29/6 29/6 35/18 35/21
36/11 39/16 40/17 41/9 41/24 45/4 45/25
46/21 52/6 53/4 53/10 55/13 55/15 55/18
59/9 59/15 60/9 60/12 60/13 60/21 61/14
63/23 63/24 64/1 64/1 64/7 64/8 64/10
64/14 64/19 64/25 66/15 75/4
history [4]  72/13 72/18 72/20 73/5
hit [2]  11/17 65/15
home [2]  10/6 22/22
Honor [92]
HONORABLE [1]  1/9
hopefully [1]  52/12
hotel [5]  26/18 26/19 67/24 67/25 67/25
hour [1]  22/13
house [5]  23/2 23/6 23/9 24/2 24/4
how [20]  6/6 15/4 16/10 16/11 16/16 16/20
19/19 21/24 23/3 24/10 28/13 28/14 29/20
51/21 56/4 57/22 60/4 64/2 64/6 66/1
hundreds [1]  25/9
hypothetical [2]  10/7 54/4
hypothetically [2]  50/24 56/3
hypotheticals [1]  67/1

**I**

I'll [21]  5/15 7/20 11/19 14/25 33/15 38/25
42/15 42/22 43/15 43/20 48/9 48/16 48/17
59/1 59/1 67/16 69/10 69/22 74/13 77/4
77/12
I'm [61]  3/4 3/5 4/3 4/25 5/19 10/11 11/9
11/21 12/7 13/8 13/9 14/15 16/4 19/10
21/21 31/15 31/18 31/24 32/10 36/6 36/16
37/9 37/11 38/22 39/2 39/10 40/18 40/19
40/22 40/25 41/1 42/6 42/15 45/16 46/12
47/7 48/4 51/19 51/23 52/25 53/14 55/18
55/21 56/6 56/25 57/12 57/17 58/1 58/5
61/3 62/4 62/7 62/9 62/9 67/2 70/2 70/8
70/12 71/8 76/12 78/10
I've [6]  9/24 19/11 30/4 60/23 70/18 78/11
I-N-D-E-X [1]  2/1
i.e [1]  61/6
idea [2]  10/3 74/7
identifies [1]  68/7
illegal [10]  31/6 31/8 31/9 31/22 32/3 32/9
32/11 33/1 73/17 73/23
imagine [1]  15/16

immediately [3]  22/11 22/12 66/14
impacting [1]  71/6
impermissible [1]  72/15
importance [1]  37/7
impractical [1]  26/20
in-person [3]  26/24 44/3 44/18
inclined [1]  37/9
include [1]  14/4
included [2]  5/16 72/22
including [3]  5/5 46/11 59/20
incoming [1]  23/21
incorrect [1]  74/19
indicate [3]  38/15 40/7 43/15
indicated [3]  7/12 50/2 57/19
indicates [1]  7/14
indicating [1]  29/25
indicia [1]  29/7
indicted [2]  49/11 49/12
individual [9]  7/8 8/1 24/11 24/12 31/6 31/7
45/22 57/9 75/20
individual's [1]  31/25
individuals [5]  20/19 34/10 57/23 60/17
72/16
informal [1]  15/24
informant [21]  7/15 7/23 8/11 8/16 8/17 9/2
9/20 10/9 11/25 16/12 16/19 16/21 17/4
39/6 52/4 52/4 53/1 53/4 71/15 73/10 73/15
informants [2]  72/11 73/19
information [7]  10/18 12/3 12/9 31/3 32/25
50/17 52/5
infrequent [2]  6/8 48/5
initially [2]  11/3 69/24
input [1]  73/20
inquiry [4]  7/25 8/3 9/19 76/17
installed [1]  9/7
instance [4]  48/5 48/7 48/15 49/14
instances [2]  23/15 48/14
instruct [4]  9/23 28/17 29/2 68/14
instructed [12]  23/20 24/13 25/17 32/4
32/16 39/15 49/18 62/12 65/14 65/20 66/12
66/13
instruction [4]  17/10 27/17 40/16 73/7
instructions [10]  22/16 28/19 33/11 33/16
36/10 41/9 41/22 48/2 65/22 66/18
insufficient [2]  70/23 71/14
intended [1]  74/18
intent [3]  72/5 73/5 73/11
interaction [5]  18/18 40/1 45/4 45/11 73/20
interactions [3]  16/11 17/8 17/10
interest [4]  6/2 6/10 10/23 78/22
interesting [2]  78/1 78/2
interpret [2]  74/15 74/16
interpreted [1]  16/20
interrupt [2]  10/10 34/5
interrupted [1]  11/21
introduce [6]  11/11 14/14 14/16 53/7 61/5
76/18
invest [1]  11/5
investigated [1]  12/15
investigating [3]  19/11 32/18 49/9
investigation [21]  6/4 7/24 9/21 10/9 19/13
20/1 20/2 24/6 28/6 28/12 28/14 34/13 49/5
49/7 49/9 49/9 56/9 56/15 56/16 58/9 58/14
investigations [4]  51/4 57/20 58/9 58/14
investment [1]  11/8
involve [2]  8/14 43/9
involved [16]  5/21 6/12 6/22 11/14 16/11

18/12 34/7 34/10 35/22 39/7 49/10 57/20
63/3 73/18 78/13 78/23
involvement [3]  6/18 20/4 35/21
involves [1]  61/14
involving [6]  19/13 19/14 20/23 21/2 24/6
49/22
is [231]
isn't [6]  52/2 52/3 53/8 54/13 56/15 60/25
issue [6]  6/22 7/7 7/21 25/16 61/13 72/7
issued [1]  56/13
issues [1]  39/4
it [169]
it's [10]  10/7 51/20 56/7 57/10 58/16 58/19
66/22 69/11 71/20 78/18
its [1]  17/3

**J**

jack [1]  64/13
jail [2]  59/8 59/10
JANUARY [16]  1/4 10/25 30/3 30/6 33/8
36/10 36/20 37/4 38/7 38/11 38/19 39/14
39/20 40/2 53/19 58/13
January 25th [2]  10/25 37/4
Jeune [1]  1/18
Jeune [1]  77/18 78/14
join [1]  5/13
Jones [1]  47/18
Jr [1]  79/15
judge [32]  1/10 3/17 5/23 6/7 6/11 15/22
16/25 17/13 17/22 31/20 34/23 36/4 37/5
38/22 42/24 45/16 49/24 51/19 53/23 59/13
59/15 59/23 60/7 60/15 60/19 61/3 62/4
62/18 62/20 78/10 78/14 78/20
judges [2]  70/17 78/22
jump [1]  16/16
jurisdiction [1]  5/7
jury [2]  5/7 54/10
just [34]  9/19 10/7 10/10 13/19 15/18 16/18
17/9 23/8 24/18 27/9 28/22 28/24 40/18
42/20 42/24 43/20 46/1 49/3 51/5 51/25
55/19 62/9 62/9 62/25 62/25 63/2 64/23
65/1 66/21 73/21 74/9 75/1 75/23 78/9

**K**

keep [5]  15/24 47/15 64/17 68/14 69/10
KEVIN [5]  1/6 3/8 43/23 44/5 44/10
kind [8]  6/17 28/15 28/23 31/22 39/6 51/13
52/1 62/12
kinds [1]  78/10
knew [1]  25/1
knot [1]  73/11
know [60]  3/17 4/25 6/6 6/7 6/16 10/17
11/2 12/1 12/3 14/3 19/16 19/19 20/9 21/24
24/23 25/12 25/20 28/24 30/17 33/17 33/18
33/19 34/20 37/7 37/16 38/10 41/16 43/4
45/23 46/10 51/2 51/3 51/10 52/23 58/16
59/4 59/21 59/22 59/23 60/15 60/18 60/23
63/19 63/25 64/1 64/6 65/22 66/1 66/17
67/3 69/15 69/18 71/9 74/3 74/4 74/10
74/14 75/18 76/1 78/10
knowledge [5]  14/11 20/10 24/20 39/18
73/20
knows [1]  59/22

**L**

lack [2]  52/25 76/7
laid [1]  76/22

# L

last [4]  11/23 19/3 54/20 57/2
lastly [1]  44/24
later [6]  22/13 41/19 47/5 61/6 68/11 72/22
Latin [3]  74/2 74/3 74/5
Lauderdale [1]  13/24
law [63]  7/9 7/11 7/13 7/14 7/17 7/22 8/1
 8/2 8/8 8/11 8/12 8/16 9/3 10/4 10/8 10/8
 12/7 12/21 16/13 16/20 17/12 17/25 38/10
 38/15 39/6 39/19 40/2 40/12 41/5 41/12
 42/2 42/11 53/1 53/2 54/1 60/25 65/21 67/5
 67/10 70/9 70/21 71/16 72/1 72/4 72/11
 72/17 72/20 73/17 74/3 74/11 74/12 75/7
 75/9 75/21 75/23 75/24 76/2 76/6 76/21
 77/11 77/19 77/22 77/24
lawyers [3]  4/14 18/11 78/13
lay [3]  8/18 56/17 72/19
Le [1]  1/18
learned [1]  74/3
least [4]  3/6 14/3 35/25 63/3
leaves [1]  52/3
left [1]  26/25
legal [4]  6/22 13/20 74/22 76/4
legislative [4]  72/13 72/18 72/20 73/5
let [11]  7/20 10/10 11/19 18/10 33/18 34/5
 54/16 63/6 77/10 77/12 78/9
Let's [2]  21/21 58/23
level [1]  75/19
lied [1]  55/12
light [1]  37/10
like [9]  14/4 17/9 21/14 40/19 51/5 56/22
 58/21 69/9 69/12
likely [1]  58/5
limb [1]  70/13
line [2]  15/8 64/4
listen [21]  4/11 28/11 28/15 28/18 28/20
 28/22 28/25 47/5 47/10 47/14 47/25 48/7
 48/10 48/20 48/22 49/1 49/20 55/9 65/13
 65/15 66/4
listened [2]  28/25 54/23
listening [6]  16/1 51/8 51/12 52/17 55/6
 78/15
listens [1]  65/19
litany [1]  38/24
little [2]  43/2 51/24
lived [2]  22/2 35/25
lives [1]  35/16
living [1]  35/14
lobby [1]  67/25
located [1]  23/1
locations [2]  22/23 22/23
log [1]  62/12
logic [1]  76/3
long [2]  73/10 73/22
look [8]  5/9 67/25 69/22 72/1 72/18 77/25
 78/22 79/4
looked [3]  63/20 68/6 69/23
looking [2]  8/11 76/4
lot [2]  65/24 71/10
low [2]  16/18 17/5
lucky [1]  74/6

# M

made [35]  4/18 8/25 9/6 9/23 10/3 24/22
 25/9 26/20 29/2 30/2 32/8 34/9 34/20 36/25

37/4 38/7 38/9 39/5 45/12 48/18 49/17
 52/13 53/19 53/25 58/7 58/8 60/8 60/9
 62/13 65/15 70/4 70/17 71/18 75/22 76/23
mail [1]  23/21
majority [2]  22/21 38/8
make [31]  4/14 7/20 8/10 16/1 16/14 17/7
 21/6 22/8 23/24 25/21 27/24 28/19 28/20
 28/23 38/21 47/5 47/10 47/25 48/2 48/12
 49/4 52/19 54/2 54/8 54/9 54/10 60/2 62/12
 69/7 71/2 73/25
makes [7]  45/23 48/11 48/11 50/8 50/24
 73/24 78/13
making [5]  21/5 23/14 29/4 52/25 53/14
malfunctioned [1]  49/17
man [1]  19/16
manage [2]  64/2 64/6
manipulation [1]  31/11
many [3]  61/6 61/6 57/22
MARC [9]  1/6 3/8 30/6 41/9 43/23 44/1
 44/7 44/10 45/4
March [12]  35/3 43/14 43/14 43/17 43/18
 44/4 44/15 44/17 44/21 44/22 44/25 57/18
March 3rd [1]  43/14
March 4th [3]  43/14 43/17 44/4
market [1]  31/11
matter [7]  9/21 28/17 28/17 49/22 58/3 72/5
 79/12
MAURICIO [2]  1/18 4/21
may [12]  10/20 15/1 18/20 49/17 49/17
 50/15 53/10 57/9 57/9 58/6 58/13 66/11
maybe [7]  12/8 12/11 23/4 24/3 32/10 34/1
 66/19
McClellan [1]  72/24
me [67]  3/13 3/15 4/4 4/6 6/25 7/5 7/7 7/13
 7/18 7/21 8/8 9/18 10/10 11/23 15/12 15/14
 18/10 19/23 22/11 22/15 24/21 26/22 28/21
 29/15 32/3 32/11 32/14 32/20 32/21 33/18
 34/5 36/8 39/3 39/3 39/4 39/6 39/7 41/1
 41/23 42/7 46/21 47/4 47/6 47/7 47/9 47/9
 47/18 47/19 47/24 48/11 50/23 50/24 52/10
 54/16 58/21 63/6 65/17 67/3 69/20 70/10
 72/8 73/4 77/2 77/10 77/12 78/9 78/15
mean [7]  13/4 39/8 50/23 50/23 51/20 65/25
 71/22
means [1]  66/24
mechanism [1]  15/7
mediocre [1]  74/11
meet [5]  16/10 17/21 27/1 27/3 67/4
meeting [26]  13/23 14/12 23/10 26/8 26/10
 26/13 26/14 26/16 26/17 26/24 27/1 27/3
 27/4 27/6 27/20 42/25 43/2 43/9 43/15
 43/18 44/3 44/18 61/6 67/20 68/3 68/11
meetings [13]  22/17 22/20 22/21 22/22
 22/24 23/1 23/2 23/15 26/23 28/2 28/3
 56/13 67/20
mention [2]  40/21 59/22
mess [2]  66/9 66/22
met [2]  17/8 75/3
MIAMI [9]  1/5 1/14 1/17 1/22 1/23 19/8
 74/12 79/15 79/16
MICHAEL [5]  2/3 3/13 18/23 19/1 19/4
microphone [6]  64/13 64/20 64/20 64/21
 64/23 64/25
middle [1]  57/3
might [13]  21/25 22/3 22/12 24/3 30/13
 30/13 32/25 43/2 47/24 48/6 48/14 74/24
 77/3

miller [4]  1/21 1/24 79/13 79/14
minimal [1]  71/5
minute [3]  11/9 15/18 34/5
minutes [2]  77/2 77/5
missing [1]  51/20
misspoke [1]  66/11
misunderstand [1]  32/24
misunderstanding [1]  32/10
moment [2]  10/10 15/2
money [1]  55/25
monitor [2]  23/5 26/15
monitored [1]  26/16
month [1]  47/15
more [10]  20/11 34/1 35/5 57/20 57/21
 66/12 69/1 71/6 76/25 77/23
most [4]  50/15 50/16 51/4 65/10
motion [24]  1/9 5/9 5/10 5/11 5/12 5/18
 7/13 8/5 8/9 8/10 9/14 12/19 13/25 14/5
 14/20 52/2 52/20 72/9 72/9 72/14 72/19
 77/12 77/13 77/16
motive [2]  52/4 52/5
move [3]  42/15 49/3 67/16
Mr [105]
Mr. [222]
Mr. Brennan [32]  3/23 4/8 4/22 5/10 5/15
 13/17 13/22 14/2 19/14 20/10 20/14 20/22
 24/7 24/12 24/25 26/1 26/8 28/18 29/10
 41/21 44/16 49/13 49/22 60/16 63/2 64/17
 67/21 75/4 77/12 78/6 78/17 78/19
Mr. Brennan's [1]  14/14
Mr. Davidson [8]  16/7 18/20 42/23 46/8
 61/21 68/22 70/12 74/24
Mr. Day [4]  14/21 54/3 61/5 75/12
Mr. Day's [2]  13/20 66/4
Mr. Epstein [142]
Mr. Epstein's [10]  20/3 22/24 23/6 24/2
 34/8 36/9 57/14 61/8 61/17 76/7
Mr. Jones [1]  47/18
Mr. Page [4]  3/20 3/20 3/24 4/2
Mr. Page's [6]  5/10 31/7 32/2 32/15 58/3
 63/1
Mr. Smith [5]  10/9 21/22 21/25 21/25 22/2
Mr. Talent [7]  31/16 32/1 32/1 32/1 32/15
 32/22 32/22
much [7]  37/12 60/4 69/4 71/6 75/15 77/19
 78/14
multi [2]  57/25 61/25
multi-defendant [1]  57/25
multi-talented [1]  61/25
multiple [1]  58/8
my [56]  3/23 4/14 5/1 5/4 5/8 5/25 7/6 7/12
 7/12 8/7 8/9 9/14 10/1 10/7 10/11 14/3
 14/10 15/2 19/4 21/9 24/20 25/10 26/17
 26/22 28/3 28/19 31/5 31/24 32/6 33/12
 33/20 35/1 35/9 36/23 36/24 37/2 45/25
 48/2 48/19 52/2 52/9 52/24 54/14 54/21
 56/10 59/25 61/19 65/5 66/3 69/18 70/9
 70/12 72/9 72/14 72/19 79/8
myself [2]  46/11 70/3

# N

name [10]  19/3 19/3 19/4 19/16 31/8 31/16
 31/25 32/2 32/3 32/15
names [2]  34/2 34/6
nature [1]  33/2
NE [1]  1/13
nearby [1]  9/16

**N**

necessary [1]  11/16
need [4]  6/17 8/20 67/14 77/22
needs [4]  7/14 8/6 8/13 70/19
never [5]  20/13 26/23 35/5 54/19 73/18
new [3]  5/4 5/6 33/15
next [5]  43/24 44/2 44/2 49/18 67/17
night [2]  42/4 42/6
no [76]  1/2 3/7 4/7 4/20 5/7 8/20 11/22
 11/22 12/14 13/3 13/15 13/19 15/6 16/4
 17/2 24/17 24/20 24/25 29/9 29/11 30/16
 30/18 30/21 30/24 32/25 34/12 35/1 36/15
 36/17 37/1 37/19 37/22 37/24 38/8 38/13
 38/18 39/17 39/23 40/6 40/9 40/13 40/18
 41/6 41/11 41/15 41/18 41/25 42/4 42/12
 45/5 45/9 46/9 46/24 47/2 50/19 51/20 54/6
 55/18 58/23 62/14 63/16 64/19 65/14 65/21
 65/24 66/14 66/17 68/12 68/24 69/2 73/17
 73/24 74/7 74/22 75/15 79/2
normally [1]  22/6
North [3]  5/2 19/8 79/15
not [116]
not even [1]  72/21
notes [1]  30/22
Nothing [3]  29/12 77/1 79/3
now [26]  5/25 10/20 12/12 13/8 14/22 15/16
 15/24 16/23 18/10 21/20 32/19 35/14 37/7
 44/11 45/18 48/5 48/24 49/19 54/3 58/21
 62/2 63/6 65/12 74/2 77/16 78/12
nullity [1]  74/1
number [7]  5/5 6/7 15/14 18/17 25/19
 34/18 60/16
numerous [5]  28/5 34/2 35/12 49/10 55/24

**O**

object [7]  37/5 38/22 45/16 51/19 61/3 62/4
 66/25
objection [8]  37/11 38/25 39/11 45/23
 57/10 57/12 65/6 67/2
obligation [1]  78/21
obtained [1]  56/25
obviously [6]  7/5 12/20 13/19 54/15 66/23
 68/9
occurred [5]  8/12 9/1 9/21 41/19 44/3
occurring [1]  18/4
off [9]  9/9 27/7 28/4 40/25 45/18 51/24
 60/12 64/16 68/17
offered [1]  9/24
office [13]  1/13 1/16 3/20 19/23 20/5 22/22
 22/23 22/25 23/11 60/17 63/24 64/1 64/1
Official [2]  1/22 79/14
okay [30]  4/10 6/15 10/9 13/1 15/9 24/18
 27/16 30/4 32/13 34/16 36/3 38/6 38/10
 39/12 39/18 40/4 40/7 41/2 42/1 45/6 45/10
 46/25 55/15 57/24 58/6 63/6 64/10 66/13
 72/16 76/24
once [5]  7/22 7/23 11/17 21/8 68/18
one [32]  11/23 13/23 17/9 19/13 33/6 35/18
 35/25 38/25 42/21 42/25 43/2 45/19 47/7
 48/7 49/7 50/2 51/15 54/16 56/23 56/23
 58/23 61/2 63/8 64/15 67/20 70/5 70/5
 70/10 70/10 71/3 74/16 75/15
ones [3]  43/1 50/17 50/18
ongoing [3]  58/1 58/4 61/8
only [11]  10/18 21/9 27/17 48/8 48/15 51/10
 54/23 67/20 73/5 78/18 78/19

open [1]  15/4
operated [1]  9/15
operating [3]  12/21 67/5 76/5
operation [1]  59/18
opportunity [3]  16/5 25/5 76/16
oppose [1]  14/17
opposite [1]  64/22
order [3]  7/15 16/13 79/1
original [1]  72/22
originally [1]  66/3
other [35]  7/12 14/8 8/9 9/14 10/21 12/1
 17/13 22/25 26/21 31/25 33/6 34/6 34/6
 38/10 39/19 42/2 51/12 51/16 51/16 58/12
 58/14 58/14 58/25 62/5 64/24 65/1 65/23
 66/5 66/7 66/17 68/17 72/6 73/12 74/16
 75/25
others [7]  9/19 19/14 26/14 43/12 61/22
 70/2 79/8
our [2]  5/6 76/22
out [14]  12/11 19/21 22/1 27/15 51/13
 51/22 53/24 56/17 60/4 70/13 72/19 74/17
 76/22 78/22
outside [3]  15/12 15/13 22/23
over [8]  16/16 25/19 50/9 50/11 58/6 74/21
 75/15 78/20
overrule [2]  37/11 39/10
Overtime [1]  42/5
overwhelming [1]  77/23
own [2]  21/10 56/16
owned [2]  27/22 27/23

**P**

P-R-O-C-E-E-D-I-N-G-S [1]  3/1
p.m [12]  15/20 15/21 41/20 43/23 44/1 44/8
 44/9 44/21 44/25 77/8 77/9 79/9
page [118]
Page's [6]  5/10 31/7 32/2 32/15 58/3 63/1
Pages [1]  1/7
paid [2]  27/16 27/20
parameters [1]  21/14
paraphrasing [1]  12/7
part [7]  32/2 32/2 32/17 52/25 53/13 60/13
 61/19
particular [34]  7/22 8/25 9/1 11/24 16/17
 17/6 36/8 36/21 36/22 37/10 37/17 39/5
 39/9 40/1 40/11 41/4 41/16 42/10 45/1 45/8
 45/9 51/11 51/11 53/2 55/22 60/22 63/7
 63/16 71/2 71/15 72/10 74/17 77/16 77/23
parties [3]  1/1 13/13 72/16
parts [1]  5/17
party [3]  6/10 25/18 26/21
past [1]  22/1
pattern [2]  51/5 56/17
paying [2]  31/11 48/25
Pennsylvania [3]  4/23 60/10 61/19
people [10]  21/9 22/25 34/1 34/6 34/18
 35/24 46/10 47/13 49/10 61/10
people's [1]  65/10
percent [1]  36/24
perfect [1]  18/6
perfection [1]  75/22
perhaps [2]  26/18 32/2
period [1]  64/24
permissible [1]  72/15
permissible/impermissible [7]  72/15
permitted [7]  21/6 21/10 48/10 65/12 65/14
 66/4 66/11

person [16]  6/1 10/23 25/14 26/24 31/17
 44/3 44/18 48/17 55/2 55/3 55/10 55/10
 55/23 56/2 58/23 75/20
personally [1]  38/6
Philadelphia [8]  19/22 20/3 34/11 35/19
 35/20 36/1 59/6 59/24
phone [65]  4/23 10/20 13/9 13/21 15/11
 15/14 21/23 22/17 23/14 23/16 25/15 25/20
 26/2 27/12 27/12 27/17 34/20 36/9 38/9
 38/11 38/16 38/19 38/23 40/1 42/6 42/13
 42/17 43/1 43/12 43/24 44/2 44/11 44/12
 44/15 44/17 44/20 44/22 44/24 45/1 45/9
 45/11 45/13 45/14 48/3 49/14 58/6 58/7
 58/8 58/14 60/8 60/9 63/3 63/7 63/23 64/2
 64/4 64/6 64/8 64/10 64/17 66/15 71/12
 73/21 75/14 78/7
phones [2]  23/12 26/22
phonetic [2]  74/4 74/4
physically [3]  18/12 23/1 67/9
pick [5]  64/19 64/24 64/25 65/1 73/21
picking [1]  37/6
picks [1]  64/23
picture [3]  56/7 62/8 69/8
piece [3]  48/8 64/14 64/16
Pittsburgh [1]  4/22
place [12]  22/20 22/21 22/22 22/24 23/10
 26/17 28/9 28/10 35/3 44/1 51/14 56/13
placed [1]  37/21
Plaintiff [1]  1/4
plan [2]  11/11 12/16
playing [1]  55/5
plea [4]  60/21 61/1 61/4 61/5
pleading [2]  7/12 12/5
pleadings [1]  7/6
please [3]  3/10 19/2 19/19
plug [1]  64/12
point [20]  6/1 10/6 12/23 24/7 24/25 26/1
 32/16 39/8 43/7 52/1 52/2 52/19 52/24
 53/14 56/19 67/12 68/11 70/19 71/17 73/19
points [3]  23/24 29/1 74/25
polite [1]  69/15
pontificate [1]  54/11
pop [5]  48/12 50/3 50/5 50/6 50/16
popped [2]  50/15 50/18
popping [1]  50/13
portion [1]  72/10
posed [1]  56/9
posing [1]  54/8
position [4]  9/8 12/12 54/13 70/15
positions [1]  76/22
possessed [1]  27/12
possibility [2]  19/24 29/5
possible [6]  50/12 51/1 58/16 58/17 58/19
 66/22
possibly [1]  57/8
potential [6]  20/15 20/18 22/18 23/16 56/19
 57/23
practice [2]  25/10 48/3
preamble [1]  68/7
precisely [1]  33/21
precluded [1]  9/5
prepare [1]  49/21
prepared [1]  77/13
preparing [1]  65/18
preposterous [2]  53/23 75/12
present [21]  12/8 18/12 38/6 38/9 38/11
 38/16 39/9 39/19 39/21 39/22 39/22 39/23

**P**

present... [9]  41/13 42/2 42/7 52/2 52/3 53/2 60/18 65/21 67/9
pretty [4]  35/7 69/8 78/4 78/24
previous [3]  35/4 35/18 74/1
previously [1]  71/18
primarily [1]  19/10
prior [8]  20/23 21/23 24/15 30/9 33/7 36/9 44/8 50/10
private [2]  72/15 72/25
probably [2]  5/14 75/17
probation [4]  59/12 59/16 60/2 61/18
problem [2]  11/22 54/10
procedure [4]  35/3 53/13 54/22 78/23
proceed [2]  18/20 26/10
proceeding [1]  73/14
proceedings [4]  15/20 77/8 79/9 79/12
process [2]  21/2 23/25
proffered [2]  12/2 72/7
prohibit [1]  73/7
promise [1]  78/19
pronounce [1]  16/24
proper [1]  61/7
proposed [1]  72/24
proposing [1]  75/12
prosecutor [2]  10/18 40/25
proven [1]  3/6
provide [1]  11/16
provided [3]  21/16 40/22 68/2
provides [1]  64/15
provision [6]  17/12 73/14 74/1 74/14 74/16 74/17
public [3]  1/16 22/23 34/9
pulled [1]  9/24
purchase [3]  27/22 63/10 63/11
purchased [1]  27/15
purports [1]  30/5
purpose [2]  73/17 73/23
purposes [2]  17/14 17/17
pursuant [2]  7/24 9/20
purview [1]  13/25
pushed [2]  59/15 65/7
pushes [1]  65/4
put [9]  6/21 18/21 28/24 37/19 49/19 64/7 64/10 65/18 78/2
putting [2]  7/6 66/6

**Q**

qualify [2]  7/10 7/16
question [20]  11/23 16/16 32/7 35/9 45/17 45/21 52/9 53/22 53/25 54/9 54/16 59/3 59/25 60/7 61/12 61/16 65/25 66/3 66/4 67/17
questions [11]  16/9 33/20 37/2 38/24 39/3 41/22 42/13 42/18 45/1 46/13 63/1
quickly [1]  42/20
quite [1]  16/14
quizzing [1]  61/4

**R**

raised [1]  5/3
rather [1]  76/13
read [2]  60/23 73/1
reading [4]  5/18 10/11 56/22 56/23
realize [1]  78/17
really [3]  13/22 65/22 71/8

realtime [1]  23/12
reason [6]  29/3 39/2 49/18 52/9 53/19 61/15
rebut [1]  14/25
recall [26]  25/9 25/10 33/21 33/24 35/1 35/10 35/11 35/12 36/8 36/8 36/10 36/18 36/21 37/21 38/3 38/6 40/15 40/15 46/16 49/14 49/23 51/7 68/5 71/9 74/2 75/20
receive [2]  23/11 28/5
received [3]  23/16 36/25 65/13
receives [1]  52/5
Recess [2]  12/5 70/8
recollection [29]  26/17 30/25 31/2 31/5 31/19 31/24 32/7 37/1 37/3 37/17 38/20 39/15 40/4 40/10 40/20 41/4 41/8 41/12 41/22 42/1 42/9 45/3 45/5 45/6 45/9 45/22 46/18 46/25 71/10
recollections [4]  45/10 45/14 45/19 46/12
record [40]  3/11 4/21 7/23 9/20 10/19 11/25 15/25 18/17 19/3 21/9 21/10 21/11 22/3 24/8 24/18 25/22 26/24 27/17 30/22 32/5 32/21 33/7 34/3 34/9 37/20 50/25 51/17 52/7 53/4 53/13 56/3 63/2 63/17 64/2 64/6 64/8 64/22 65/4 75/4 75/11
recorded [28]  6/8 12/24 13/11 14/1 14/11 21/3 22/5 24/16 24/23 25/1 26/14 30/6 31/18 33/25 36/9 47/25 48/8 48/15 49/14 49/15 50/9 50/11 51/12 55/16 58/13 58/14 58/18 75/11
recorder [16]  9/8 9/8 9/16 9/16 27/14 49/17 49/19 63/13 63/15 63/18 63/19 63/20 63/21 64/3 64/3 64/12
recorders [3]  27/25 28/2 65/5
recording [72]  9/5 9/6 9/6 9/10 11/1 14/6 14/7 17/14 17/16 20/24 21/4 21/12 21/16 24/11 24/14 24/15 24/21 25/10 25/24 26/5 26/6 27/10 27/12 28/15 28/17 30/1 30/2 31/16 32/19 33/10 33/14 33/16 36/12 36/21 36/22 37/4 37/18 40/10 40/22 41/4 41/16 42/8 42/10 45/7 47/23 50/8 50/20 51/5 51/11 52/13 53/3 53/12 54/5 54/18 54/22 54/24 55/9 57/2 57/2 62/3 63/7 64/18 65/3 68/18 72/6 73/11 73/12 73/17 73/21 73/23 75/5 75/6
recordings [40]  6/19 8/24 9/22 10/3 10/24 11/6 11/11 12/6 13/8 17/7 18/13 21/5 21/7 24/13 25/9 27/13 27/25 28/5 28/8 28/13 28/18 28/20 28/22 28/24 29/4 50/7 53/6 53/15 53/18 54/2 56/16 56/17 57/1 59/19 59/23 63/1 65/13 66/15 75/22
records [5]  22/2 37/23 37/25 47/9 49/4
recovered [2]  23/25 75/5
recross [1]  69/1
Redirect [1]  2/6
reducing [1]  29/5
reduction [2]  59/5 59/6
reference [1]  12/13
regard [22]  11/12 30/19 31/2 33/22 33/23 36/11 38/19 39/14 40/14 40/16 41/3 41/7 41/19 41/24 42/13 45/4 45/14 58/9 58/12 60/8 71/11 72/21
regarding [10]  11/8 27/20 30/23 31/22 34/25 35/11 39/16 40/17 41/9 58/14
regards [1]  75/13
related [2]  33/21 61/17
relates [3]  12/19 45/21 71/11
relevance [2]  37/6 62/5 62/8
relevant [1]  39/8

rely [3]  47/4 57/5 73/3
relying [5]  46/25 47/3 55/15 55/18 73/8
remain [1]  43/21
remained [1]  9/16
remarks [1]  69/7
remember [14]  11/4 31/9 37/3 46/1 46/6 48/7 48/16 65/24 67/23 68/1 68/9 75/14 75/15 75/16
remembers [3]  37/6 46/11 46/9
remind [4]  25/17 25/17 33/12 33/15
removed [1]  9/9
render [1]  74/15
repeat [1]  70/2
repeated [5]  16/11 17/8 17/10 18/17 56/14
repeatedly [1]  75/3
report [2]  48/18 49/21
Reported [1]  1/21
Reporter [2]  1/22 79/14
represented [2]  25/15 25/18
representing [1]  33/13
require [1]  75/13
required [5]  7/8 60/24 71/1 73/15 75/21
requirement [1]  9/2
requires [3]  67/10 75/8 75/9
reservation [1]  51/24
response [6]  7/6 7/19 8/7 10/12 69/25 76/22
restate [1]  65/25
restaurant [2]  26/18 67/23
restroom [1]  77/4
resumed [2]  15/20 77/8
retained [1]  26/25
retrieved [12]  9/6 36/23 36/24 36/24 37/1 37/20 37/20 38/1 40/11 41/5 41/17 42/11
retrieving [2]  36/22 45/7
return [2]  23/22 23/23
reverse [1]  63/17
reversed [1]  76/3
review [1]  56/10
reviewed [1]  77/11
rewind [2]  48/12 65/17
rewinding [1]  65/24
RICHARD [10]  1/9 19/16 30/6 40/16 43/23 44/7 44/9 45/3 55/12 73/10
right [54]  3/15 4/10 4/18 5/14 5/17 6/14 6/25 11/4 11/19 12/22 13/10 13/16 14/22 16/6 16/24 18/7 18/10 18/19 21/20 29/13 31/23 35/15 36/3 37/14 39/10 44/13 51/2 51/14 52/11 52/24 53/23 55/17 58/4 58/10 58/18 60/20 60/25 61/15 62/21 64/4 65/20 67/12 68/25 69/3 69/13 70/5 70/8 70/10 72/3 74/7 76/17 77/10 79/7
rights [1]  76/15
RMR [2]  1/21 79/14
Road [1]  1/18
RON [2]  1/12 3/12
room [3]  1/22 23/4 64/23
round [1]  78/18
rule [3]  5/15 5/15 71/25
rules [2]  21/5 73/7
RULING [1]  2/9
running [1]  11/17
RWG [1]  1/2

**S**

S-P-U-T-O [1]  19/4
safe [1]  73/4
safeguard [1]  28/16

**S**

said [28]  7/1 10/2 12/16 19/23 21/21 22/15 31/13 33/1 33/18 47/20 48/1 48/17 48/17 48/19 48/21 52/11 52/12 53/10 53/15 54/18 56/2 58/6 61/1 61/23 63/6 66/8 66/11 66/19
same [17]  13/22 14/19 14/20 15/15 34/3 35/13 38/24 41/20 41/21 42/13 42/18 42/21 44/8 44/18 45/1 58/1 64/11
satisfied [2]  9/2 17/11
save [1]  62/25
say [33]  7/4 8/18 8/19 10/5 10/8 13/18 21/21 22/12 22/21 24/3 38/8 40/18 43/17 47/7 48/16 55/2 55/3 55/19 56/10 57/20 65/17 69/14 70/21 70/24 71/17 73/9 73/16 75/21 77/10 77/20 78/3 78/9 78/18
saying [8]  7/21 17/5 32/10 47/12 64/22 64/24 70/2 72/3
says [7]  16/19 17/2 48/3 48/24 49/1 56/20 68/8
scenario [4]  21/20 51/3 64/16 73/13
scenarios [1]  20/19
scheduled [1]  79/5
school [2]  74/3 74/11
seals [1]  50/6
SEAVER [2]  1/6 3/8
second [2]  16/16 23/23
securities [5]  20/12 20/20 20/25 47/19 49/9
see [9]  4/6 4/7 18/11 18/11 26/21 33/17 62/7 78/20 79/6
seeing [1]  51/13
seek [3]  14/14 14/15 76/18
seem [2]  52/10 67/14
seems [9]  7/5 7/7 7/13 7/18 7/21 8/7 8/13 9/18 12/8
seen [1]  5/20
senators [2]  72/23 72/23
sending [1]  55/25
sense [3]  10/7 45/23 73/24
sentence [7]  29/6 59/5 59/6 59/11 59/14 60/12 61/18
sentenced [1]  36/1
sentencing [2]  59/15 60/16
separate [4]  15/8 16/9 56/16 76/17
set [1]  26/13
setting [2]  18/13 55/24
several [2]  21/12 76/21
Shields [6]  8/24 9/7 9/10 9/15 16/24 70/1
shocked [1]  70/14
short [1]  69/10
shot [1]  78/4
should [5]  4/21 22/9 25/22 32/19 53/15
show [4]  61/2 71/14 73/5 76/5
sides [4]  64/8 77/11 78/4 78/13
sight [1]  27/5
significance [1]  37/10
similar [2]  29/10 51/3
simply [1]  27/14
since [1]  35/3
single [2]  38/23 58/9
sir [17]  3/18 4/24 6/24 7/3 10/24 13/15 16/7 19/2 19/7 29/13 31/2 44/12 46/15 57/15 59/2 62/17 69/2
sit [3]  5/4 20/15 58/21
sitting [3]  26/22 37/21 49/18
situation [2]  13/22 51/7

Smith [5]  10/9 21/22 21/25 21/25 22/2
snapshot [1]  56/8
so [75]  4/19 5/7 5/14 5/25 6/22 6/25 7/9 8/25 9/18 12/24 12/25 14/4 16/20 17/9 18/15 20/3 22/22 25/10 25/19 26/22 28/18 28/23 30/3 30/25 32/20 32/25 33/14 34/4 34/23 35/9 35/21 37/25 39/7 39/14 40/21 41/3 42/22 43/15 46/11 46/25 48/2 48/14 49/20 50/8 50/13 50/20 51/10 53/21 54/6 55/15 56/6 56/15 56/22 58/12 59/5 60/12 61/10 62/25 64/10 64/16 64/24 65/17 65/20 66/22 66/23 68/5 68/17 69/15 69/21 73/2 74/18 76/16 76/19 78/4 78/25
solely [1]  55/18
some [31]  7/15 8/9 8/9 8/17 10/12 10/15 12/8 14/11 18/16 22/22 24/2 24/7 26/1 31/22 32/8 36/25 42/25 46/13 49/4 49/18 50/15 51/13 57/25 58/1 62/25 63/3 68/11 78/2 78/2 79/5
somebody [1]  49/19
somehow [2]  54/6 75/25
someone [5]  22/3 28/21 33/14 50/3 55/22
something [11]  8/15 11/5 14/9 22/13 32/9 33/1 46/10 53/7 53/10 56/9 65/17
sometimes [4]  22/12 24/3 47/18 58/11
somewhere [1]  63/24
sorry [4]  3/5 11/21 36/16 57/17
sort [2]  5/17 14/11
sound [2]  30/7 64/23
source [1]  47/18
sources [2]  33/12 47/18
South [3]  20/12 20/16 35/16
SOUTHERN [2]  1/1 9/12
speak [9]  22/14 25/5 25/18 33/17 33/18 48/16 50/24 55/21 74/6
speaking [5]  31/5 32/1 35/24 47/7 64/21
special [8]  2/3 3/13 18/23 19/1 19/10 46/11 68/4 69/4
specific [40]  23/20 24/6 25/10 32/7 33/24 35/2 36/10 37/1 37/3 37/17 38/4 38/20 39/15 39/17 40/4 40/15 41/4 41/8 41/12 41/22 42/1 42/9 45/2 45/5 45/6 45/9 45/10 45/14 45/19 45/22 46/12 46/18 46/19 46/19 46/19 50/17 70/3 70/16 71/3 71/7
specifically [12]  12/19 20/22 33/21 36/7 36/21 40/8 47/8 57/19 59/21 71/1 71/10 71/11 78/23
specificity [1]  75/19
specifics [5]  6/18 20/10 31/9 34/24 46/4
speculate [1]  51/21
speculation [4]  51/20 54/12 57/11 67/1
spell [1]  19/3
spoke [4]  10/17 11/3 29/23 30/11
spoken [5]  11/1 29/25 40/3 71/18 72/7
SPUTO [15]  2/3 3/13 18/23 19/1 19/4 29/22 33/20 37/16 39/14 43/20 45/2 52/9 55/12 60/7 62/23
stakes [1]  78/24
stand [2]  6/21 18/22
standard [1]  35/2
start [5]  4/19 26/6 32/19 33/14 73/21
started [4]  5/21 10/22 21/4 66/3
state [2]  19/2 22/1
stated [1]  65/12
statement [1]  66/3
statements [2]  12/5 18/16
STATES [8]  1/1 1/3 1/10 1/22 3/3 3/8 3/13

79/14
statutes [1]  74/15
statutory [2]  73/7 74/14
step [1]  15/13
still [4]  18/6 28/18 68/10 78/6
stock [10]  31/12 34/10 48/22 55/23 55/24 55/25 55/25 56/2 56/5 56/13
stop [8]  17/18 18/3 47/15 48/23 55/9 56/21 65/4 65/7
store [1]  63/15
story [2]  56/17 57/1
straight [1]  6/1
Street [2]  1/13 1/16
strictly [1]  63/17
strongest [1]  76/20
style [1]  69/19
sub [1]  49/8
substantial [1]  34/8
such [1]  71/15
suggest [4]  6/21 8/13 12/8 76/11
suggestion [1]  75/25
Suite [2]  1/19 79/15
supervise [2]  8/17 71/7
supervising [11]  38/12 38/16 39/19 39/21 39/21 39/24 41/14 42/3 57/14 66/14 71/15
supervision [12]  7/15 8/14 10/1 17/3 18/5 39/7 52/1 52/25 53/21 67/11 67/15 70/20
support [2]  9/25 77/19
supported [1]  10/3
suppress [2]  1/9 53/15
sure [15]  14/15 15/10 16/1 28/19 28/21 28/23 31/13 31/15 47/5 47/10 47/25 48/2 48/12 55/20 58/5
Surely [1]  15/3
surprise [1]  3/15
surreptitiously [1]  54/4
sustain [6]  16/13 38/25 51/23 57/12 62/7 67/2
SWORN [1]  19/1

**T**

table [1]  64/25
tabs [5]  48/12 50/5 50/6 50/16 66/6
take [13]  7/19 15/18 15/19 22/20 28/3 28/24 33/19 56/11 56/13 63/6 63/23 66/15 77/3
taken [3]  8/15 10/1 29/1
takes [1]  44/1
taking [2]  40/18 40/19
Talent [8]  31/16 32/1 32/1 32/4 32/15 32/22 32/22
talented [1]  61/25
talk [12]  5/18 11/20 12/6 13/5 16/3 20/18 25/15 33/17 43/16 55/23 61/7 68/23
talked [5]  23/14 48/21 48/22 48/25 66/6
talking [9]  13/8 13/9 25/14 31/18 31/24 31/25 34/19 59/5 64/17
tape [59]  6/19 8/24 9/6 10/24 10/25 11/17 18/4 18/13 21/3 27/14 36/22 36/23 36/25 37/1 37/4 37/7 37/25 45/7 47/4 47/5 47/5 47/19 47/25 48/4 48/7 48/14 48/18 48/20 48/22 49/1 49/1 49/2 49/5 50/3 50/14 50/20 50/24 51/17 52/17 53/15 53/18 55/5 55/9 56/4 56/8 63/13 63/15 63/18 63/19 63/20 63/21 64/3 64/3 65/3 65/5 65/18 68/1 73/21
taped [2]  9/8 52/22
tapes [22]  16/14 16/22 18/1 18/6 24/1 24/5

**T**

tapes... [16]  47/10 48/10 48/11 51/8 51/12 51/21 53/25 55/6 56/10 65/15 65/19 65/25 66/5 76/1 76/1 76/17
target [2]  6/3 56/20
targets [4]  20/16 22/18 23/16 75/15
telephone [9]  3/24 21/15 22/10 35/21 35/25 43/21 44/6 47/9 64/9
telephonic [1]  3/21
tell [20]  7/23 22/15 25/16 26/12 27/3 28/21 32/11 32/20 34/3 34/4 36/8 39/3 47/18 47/24 52/15 55/9 55/16 57/7 57/8 70/22
telling [2]  47/6 66/18
tells [5]  16/21 30/11 47/4 47/9 70/10
ten [1]  77/4
tend [2]  33/12 33/12
test [1]  67/10
testified [10]  30/10 31/20 45/12 54/1 59/4 63/4 65/21 66/21 67/19 68/2
testify [4]  12/17 46/9 46/12 54/13
testimony [7]  6/17 11/12 29/23 35/1 45/25 63/13 71/9
than [6]  12/1 33/6 51/16 57/21 65/23 77/23
thank [27]  4/24 13/16 14/24 15/23 16/4 16/6 16/8 20/7 29/14 34/16 36/4 49/24 62/16 62/18 62/20 68/20 68/21 68/24 69/2 69/4 69/5 69/17 75/1 77/6 77/7 77/15 79/2
that [505]
that those [1]  10/2
that's [50]  3/25 5/2 5/23 6/12 9/10 9/14 16/20 17/4 31/13 33/13 35/7 35/16 43/11 43/13 43/14 44/18 48/19 50/12 51/1 51/24 52/1 52/1 52/5 52/9 52/24 53/13 53/21 53/23 54/12 54/14 58/5 58/17 61/1 61/7 61/21 61/23 65/3 65/10 70/9 71/5 71/22 73/6 73/14 73/15 75/7 75/11 75/24 76/8 77/14 78/21
their [10]  4/18 7/20 8/4 12/5 39/5 56/16 69/25 70/23 71/16 71/20
them [36]  9/24 11/7 12/8 17/16 18/4 27/22 28/9 28/10 28/10 28/24 28/25 33/15 36/24 48/11 48/11 48/12 49/9 60/18 64/15 65/10 65/13 65/15 66/5 66/7 66/9 66/9 66/16 66/21 66/22 66/23 66/24 66/24 70/10 71/3 73/4 76/18
then [43]  15/5 6/9 7/15 9/1 11/9 17/11 17/20 22/15 25/21 27/4 27/7 28/10 28/10 30/9 32/4 32/8 33/18 35/14 43/20 44/15 44/20 44/24 47/15 47/25 48/17 49/2 49/6 49/8 49/20 52/3 52/6 52/16 55/23 56/3 56/4 56/12 64/13 65/4 70/20 70/21 72/1 73/17 79/6
there [93]
there's [2]  49/8 55/24
therefore [9]  7/17 8/1 8/4 10/2 17/11 18/5 53/1 60/12 73/2
thereof [1]  76/7
these [19]  8/19 10/3 17/14 34/5 34/6 39/3 39/9 40/19 40/20 44/11 45/14 48/17 51/4 53/21 54/13 58/1 60/13 71/12 78/10
they [56]  6/8 6/8 6/22 7/10 7/23 8/2 8/18 8/18 8/20 8/25 9/1 11/2 11/3 11/11 11/13 12/6 12/8 12/16 12/24 12/24 13/11 14/15 16/2 16/2 18/17 28/25 29/1 29/2 47/11 48/22 48/24 51/6 52/21 53/7 55/22 58/25 59/11 59/14 59/21 65/8 72/1 72/24 72/24

73/9 73/22 73/22 73/23 74/19 75/5 75/6 75/10 75/19 75/21 76/3 76/16 78/15
thing [5]  7/4 18/7 47/7 66/12 78/19
things [8]  8/19 10/21 17/14 25/13 25/19 48/17 54/13 56/12
think [63]  4/21 6/20 6/20 7/1 8/4 9/12 10/6 10/7 11/15 12/20 14/2 15/22 16/9 16/18 17/6 18/15 18/20 18/21 21/21 26/18 30/2 32/10 37/10 37/12 39/1 42/20 42/25 43/2 43/6 45/17 45/25 46/8 46/11 51/3 51/23 52/8 52/11 52/20 58/20 59/13 61/6 61/21 61/23 62/8 67/12 67/25 69/8 71/1 71/5 71/6 74/24 76/2 76/4 76/20 76/21 77/2 77/17 77/22 77/24 78/3 78/12 78/21 79/4
this [73]  5/1 5/1 5/1 5/8 5/8 5/25 7/22 10/6 10/18 11/14 12/13 12/19 13/25 15/1 15/24 16/17 16/21 17/6 19/25 20/23 26/2 28/17 30/10 36/7 37/10 38/7 38/16 42/15 49/4 52/4 53/2 53/12 54/3 54/21 55/2 55/2 55/2 55/3 55/9 55/10 55/23 57/1 59/17 59/22 61/2 61/17 61/25 64/21 69/16 69/18 70/2 70/24 70/24 71/1 71/2 71/4 71/13 71/15 72/8 72/24 73/13 73/16 76/6 77/3 77/10 77/12 77/16 77/23 77/24 78/1 78/9 78/11 78/17
those [51]  6/5 7/7 8/13 8/24 9/10 9/18 9/24 10/2 10/12 11/18 12/15 13/25 13/12 16/25 22/20 23/1 23/18 23/21 24/13 26/22 26/25 27/20 27/22 27/23 28/2 28/8 31/8 35/15 37/2 37/23 37/25 38/3 39/4 41/1 42/19 42/25 42/25 43/6 45/1 45/7 45/9 45/20 46/4 46/17 46/22 49/21 58/17 60/9 63/3 64/2 70/16
though [2]  4/6 28/16
thought [4]  13/20 22/9 34/7 67/1
thousand [2]  58/7 60/2 75/14
three [1]  8/19
through [15]  21/2 21/20 22/6 23/8 23/12 23/25 24/10 25/8 38/23 38/24 42/15 42/19 57/6 70/23 71/8
throughout [1]  54/21
throw [2]  50/22 53/24
Tim [1]  3/19
time [27]  4/13 6/23 10/13 10/15 10/16 12/15 14/25 15/19 24/7 26/1 28/16 30/17 32/19 34/4 42/8 54/20 54/22 58/1 58/4 59/8 59/10 61/7 62/25 68/12 73/19 79/5 79/7
times [6]  21/12 24/3 24/4 48/6 49/16 55/8
TIMOTHY [1]  1/15
title [1]  19/9
today [1]  78/12
together [1]  7/7
told [20]  10/19 17/7 18/9 18/17 21/4 26/13 30/23 31/3 32/3 32/8 32/8 32/14 40/8 47/6 54/1 57/5 61/21 75/3 75/11 76/18
too [1]  46/13
took [8]  9/16 22/21 22/22 22/24 26/17 30/22 64/16 70/14
tortuous [2]  72/6 73/12
totally [1]  67/6
towards [1]  60/9
trade [1]  5/6
transaction [6]  31/7 31/10 31/22 32/3 32/17 32/18
transcript [8]  1/9 30/4 40/23 43/24 44/3 44/17 44/20 68/6
transcription [1]  79/12

transcripts [3]  40/20 40/25 43/21
transmitter [1]  23/10
treated [1]  76/13
trial [14]  12/17 13/4 14/14 49/11 52/10 61/7 65/19 76/9 76/12 77/25 78/1 78/19 78/21 79/4
trials [1]  5/7
tricks [1]  63/16
true [1]  61/21
trust [1]  65/23
try [2]  22/1 47/15
trying [16]  11/4 17/18 17/24 18/1 18/3 18/4 18/7 18/7 18/8 29/8 52/19 54/8 60/4 67/13 69/16 69/18
turn [3]  20/22 27/6 68/11
turned [6]  9/8 9/9 68/9 68/12 68/14 68/17
Turning [1]  24/6
TV [1]  64/25
two [17]  4/10 5/17 7/7 16/9 18/17 24/3 24/4 30/1 30/3 30/14 37/8 47/17 69/23 69/25 75/12 75/16 78/9
type [2]  7/15 32/8
types [2]  27/9 47/17
typical [2]  63/20 63/21
typically [7]  28/3 28/15 36/6 51/4 61/1 68/7 71/4

**U**

U.S [6]  1/13 1/16 19/22 20/5 60/17 79/15
U.S.C [8]  7/11 12/25 71/19 72/10 72/14 72/21 73/14 74/20
unaware [1]  20/3
uncommon [1]  70/9
uncontroverted [1]  75/2
under [35]  6/23 7/9 7/10 7/11 7/11 7/16 7/17 8/2 8/4 8/11 9/3 10/3 12/21 16/13 16/20 17/12 17/25 39/6 40/22 53/1 54/1 54/11 67/5 70/21 71/16 71/23 71/25 72/4 75/21 75/23 76/2 76/5 76/20 77/24 79/8
understand [13]  4/15 13/7 17/16 29/3 32/6 32/24 33/23 52/21 57/6 60/1 61/9 61/11 67/16
understandable [1]  35/7
understanding [7]  3/23 5/25 10/11 54/21 61/19 65/10 66/1
understands [1]  39/1
Unfortunately [1]  77/19
UNITED [8]  1/1 1/3 1/10 1/22 3/3 3/8 3/13 79/14
unius [1]  74/4
University [1]  74/12
unless [1]  78/25
unreliable [1]  48/24
until [2]  20/4 68/14
up [27]  13/5 18/13 21/15 24/13 26/13 28/21 31/7 32/2 32/16 34/2 35/23 37/6 54/16 55/24 60/7 61/1 61/15 61/16 64/19 64/23 64/24 64/25 65/1 66/6 69/21 73/21
upheld [2]  8/24 9/22
upon [2]  73/25 74/19
urging [2]  73/25 74/19
us [12]  7/8 21/2 21/20 22/6 23/8 23/25 24/10 25/8 27/3 57/5 61/21 74/22
use [5]  20/19 51/3 63/12 64/15 77/4
used [2]  63/7 67/19
useful [1]  77/25
using [3]  27/25 41/1 48/23

**U**

Usually [1]  22/21

**V**

vague [1]  18/16
venture [1]  5/8
verify [1]  52/16
versus [3]  3/3 3/8 56/23
very [15]  6/6 10/25 14/15 17/5 34/23 42/20
53/10 53/11 60/3 62/18 69/4 77/18 77/18
78/1 78/15
vicinity [1]  26/15
view [5]  7/19 7/20 8/4 10/7 70/12
visiting [2]  4/25 78/10
voice [3]  23/21 64/19 65/1

**W**

walk [7]  21/2 21/20 22/6 23/8 23/25 24/10
25/8
want [36]  4/13 5/17 6/21 6/25 13/1 13/18
15/6 16/1 16/3 18/11 18/14 18/20 20/22
22/3 23/23 23/24 25/12 25/13 25/20 28/22
29/15 39/3 40/18 43/16 48/1 48/12 56/2
56/20 61/2 65/16 66/22 66/23 68/23 69/7
74/25 77/4
wanted [7]  15/12 19/24 29/5 42/24 52/15
59/4 73/22
wants [3]  6/15 33/17 61/5
was [201]
wasn't [13]  12/20 12/21 17/9 17/14 17/16
18/5 18/5 18/7 49/14 49/15 60/15 66/11
76/2
water [1]  53/24
way [8]  3/21 34/4 37/12 51/10 51/15 51/16
56/6 66/17
we [97]
wearing [3]  14/8 14/11 43/10
week [2]  24/3 24/4
weekly [1]  17/9
weeks [1]  24/2
well [15]  6/20 7/14 11/19 12/11 51/25 52/10
58/20 65/24 69/8 69/25 71/4 71/22 73/9
74/24 77/10
went [4]  27/15 36/23 52/16 74/11
were [56]  6/5 6/6 6/8 6/8 9/23 10/3 10/21
11/17 12/7 12/8 12/24 12/24 18/1 21/5
22/25 23/6 23/9 23/15 23/21 24/15 24/16
25/1 25/19 26/15 27/23 28/13 28/25 29/1
29/2 29/7 29/10 34/2 34/7 35/12 35/12 38/6
38/9 51/8 52/21 53/18 53/25 55/8 57/23
57/25 59/23 60/9 60/16 68/10 70/3 71/7
71/25 72/8 72/24 75/6 78/12 78/15
weren't [1]  13/11
what [102]
what's [2]  12/12 71/1
whatever [2]  63/17 74/5
when [35]  6/12 12/14 20/9 20/13 22/12
25/16 27/24 29/1 29/1 29/24 37/17 37/19
37/20 37/25 38/7 38/9 39/22 40/21 41/4
42/9 43/15 47/4 47/7 48/17 51/7 55/2 55/8
57/15 65/7 66/19 69/23 72/8 72/16 72/23
74/19
whenever [1]  33/14
where [33]  5/2 9/22 12/6 17/1 17/10 19/7
22/20 22/25 23/10 23/11 23/15 26/14 27/3
30/11 39/1 43/10 48/5 48/6 48/7 48/14 49/5

49/14 49/16 51/7 54/4 54/18 56/1 56/19
63/25 64/1 67/10 68/7 78/24
whereby [2]  74/3 74/14
wherein [1]  45/12
Wherever [1]  29/16
whether [26]  6/22 8/10 25/21 26/10 35/10
37/3 38/15 39/5 39/15 39/18 40/10 40/15
41/12 42/1 51/10 51/17 52/22 53/25 59/21
61/16 66/18 67/8 67/10 67/23 74/7 76/1
which [26]  9/1 11/11 12/7 13/24 14/11
17/20 19/23 23/25 37/6 37/8 41/16 43/1
43/2 43/4 43/4 44/3 50/17 50/18 52/17
52/20 54/11 56/20 61/14 62/2 70/20 73/24
while [3]  21/12 34/12 68/10
who [12]  6/15 18/12 21/10 21/11 21/16
26/10 27/12 27/20 27/24 37/20 52/4 68/5
whoever [1]  58/25
whole [8]  14/12 14/12 45/18 54/22 56/7
56/23 61/13 62/25
whom [1]  35/25
why [13]  3/15 7/1 11/16 15/13 29/3 34/23
35/17 42/19 43/6 53/15 53/22 55/19 75/11
Wilkie [1]  79/15
will [30]  5/14 6/21 11/9 12/11 13/15 14/13
14/15 14/22 15/18 15/24 38/8 47/18 47/20
49/21 58/24 64/22 65/18 69/10 69/20 70/22
70/22 71/17 76/12 76/16 78/1 78/3 78/5
78/20 79/6 79/7
willing [1]  55/23
win [4]  69/16 69/18 72/5 78/17
wink [2]  54/6 54/6
winter [1]  5/1
wire [3]  14/8 43/10 64/13
Wiretap [2]  72/22 72/25
wise [1]  31/3
withering [1]  76/13
within [5]  13/24 14/4 21/6 26/15 27/5
without [3]  52/22 73/20 73/20
witness [6]  17/3 19/1 46/8 54/19 59/7 59/9
WITNESSES [1]  2/2
won't [3]  13/12 13/14 64/24
word [5]  40/18 40/19 66/15 67/19 74/7
words [5]  10/1 58/12 66/5 66/7 74/16
work [3]  19/7 19/8 19/10
worked [1]  24/10
working [7]  17/11 34/12 34/19 35/23 40/25
72/11 72/16
worried [1]  53/7
worthwhile [1]  78/5
would [151]
wouldn't [8]  12/25 17/21 17/25 51/2 56/4
65/1 65/4 74/18
wrong [7]  7/2 48/8 65/16 70/5 70/11 70/12
74/8

**Y**

Yeah [8]  34/15 35/18 39/25 40/24 43/8 46/8
55/7 73/1
year [1]  35/4
years [5]  19/12 35/6 59/11 60/2 78/12
yes [68]  3/18 3/25 4/3 4/5 4/9 4/12 4/16
4/17 5/12 6/24 7/3 10/24 11/6 13/7 13/12
14/7 14/10 14/16 14/18 16/7 17/24 19/15
19/18 20/17 20/21 21/1 22/19 23/7 23/17
24/9 25/7 25/25 26/4 26/7 26/9 27/19 28/7
28/15 30/8 31/1 33/10 33/24 34/22 36/2
36/15 38/2 43/5 44/12 46/15 50/12 50/15

52/14 52/18 55/1 55/14 58/2 59/2 59/7 60/1
60/11 61/23 63/9 67/6 67/22 68/16 68/19
69/17 78/8
yet [1]  4/20
York [2]  5/4 5/6
you [322]
your [130]
yourself [1]  62/2