JURY TRIAL TRANSCRIPT EXCERPT

```
 1              IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF FLORIDA
 2                 CASE NO. 12-CR-60064-RWG

 3
    UNITED STATES OF AMERICA,        JURY TRIAL EXCERPT
 4
                   Plaintiff,        Thursday, February 14, 2013
 5        vs.                        1:19 p.m.
                                     Miami, Florida
 6  KEVIN BRENNAN and
    MARC SEAVER PAGE,
 7
                   Defendants.       Pages 1 through 165
 8

 9

10            TRANSCRIPT OF JURY TRIAL EXCERPT
             TRIAL TESTIMONY OF DONALD HUGGINS
11       BEFORE THE HONORABLE RICHARD W. GOLDBERG
                UNITED STATES DISTRICT JUDGE
12

13
    APPEARANCES:
14  For the Plaintiff:    H. Ron Davidson, AUSA
                          Alex Soto, AUSA
15                        Office of U.S. Attorney
                          99 NE 4 Street
16                        Miami, Florida  33132

17  For Defendant Brennan: Mauricio Aldazabal, Esq.
                          2655 Le Jeune Rd, Ste 700
18                        Coral Gables, Florida  33134

19  For Defendant Page:   Timothy Day, AFPD
                          Office of U.S. Public Defender
20                        1 E Broward Blvd, Ste 1100
                          Fort Lauderdale, Florida  33301
21

22
    Reported By:          Judith M. Wolff, CRR
23                        Official United States Court Reporter
                          400 N. Miami Avenue, Room 8N09
24                        Miami, FL  33128
                          (305)523-5294
25                        judy_wolff@flsd.uscourts.gov
```

STENOGRAPHICALLY REPORTED, COMPUTER-AIDED TRANSCRIPT

JURY TRIAL TRANSCRIPT EXCERPT

1      (Proceedings continued as follows at 1:19 p.m.:)

2           THE COURT:  Okay.  Everybody be seated.

3           Get the jury.

4           MR. DAY:  Your Honor, there is one issue I wanted to

5    bring before the Court.

6           THE COURT:  Yes, sir.

7           MR. DAY:  In one of the 302s, the FBI reports that

8    this next witness, Mr. Huggins gave -- or it's a 302 of a

9    report that he gave to the FBI, he makes a statement and he

10   says that he never entered into a PPM with Page because

11   Huggins did not trust Page.

12          I don't anticipate the government eliciting that.

13   Certainly that is improper character evidence under 404, but

14   I'm asking the Court that we have an instruction that that

15   kind of negative character evidence not be elicited.

16          MR. DAVIDSON:  Judge, we weren't planning on doing

17   that.

18          THE COURT:  Okay.

19          MR. DAVIDSON:  Actually, now that we are still

20   raising these issues, Your Honor, there is one other thing

21   that Mr. Day brought up.  We intend to introduce Mr. Huggins'

22   plea agreement.  And in the plea agreement we put the factual

23   proffer.  Mr. Day indicated that he had some reservations or

24   concern about the factual proffer being introduced.  And I've

25   never encountered any objection to that before, but it's

JURY TRIAL TRANSCRIPT EXCERPT

1  inside the plea agreement.

2        MR. DAY:  Well, the plea agreement, I assume that's

3  what Mr. Davidson is talk about, about the plea agreement

4  being introduced.  And, no, there never are.  As a matter of

5  fact, it's the defense that generally wants to admit the plea

6  agreement.

7        But, generally, what happens, Your Honor, is you have

8  a plea agreement and then you have a separate factual proffer

9  in support of the plea.  Those never go into evidence.  Those

10 are never admitted by either side.

11       Here what the government did is they took the factual

12 proffer, at least part of it, and they put it in the plea

13 agreement.  And what that does is --

14       THE COURT:  I've never seen a proffer in the plea

15 agreement.

16       MR. DAVIDSON:  Judge, I can actually show it to you

17 if we switch to the Elmo.

18       THE COURT:  Yeah, because usually what I do is we ask

19 if -- you know, if the guy's pleading guilty, you always ask

20 the government if they're not going to trial, let's see, what

21 went on here.

22       MR. DAVIDSON:  Judge, that's correct.  And I think

23 what our office has been doing recently is our concern, here,

24 this is a big securities fraud case where the defendant's

25 cooperating.  And the last thing we want is the defendant to

THURSDAY, FEBRUARY 14th, 2013

JURY TRIAL TRANSCRIPT EXCERPT

1  cooperate and then later start arguing about, well, I wasn't

2  the one who sent the email and it wasn't 100,000 dollars, it

3  wasn't 50,000.  We need people like Mr. Huggins to be 100

4  percent onboard.  And if you look at paragraph 17 of the plea

5  agreement, page 9 --

6          THE COURT:  Let me look at it.

7          MR. DAVIDSON:  Sir, I think we have it up here.  I

8  don't know if your screen is on.  I actually put it there.

9          THE COURT:  Yeah.  Okay.  Well, you're going to put

10 Huggins on the stand?

11         MR. DAVIDSON:  Correct, Your Honor.

12         THE COURT:  So then why can't he testify to that

13 himself?

14         MR. DAVIDSON:  He will.  He will say exactly that.

15 And he will say that as part of his plea agreement, he agreed

16 that he conspired with his conspirators who, incidentally, are

17 not named on pages 9 and 10.  So he's agreeing to facts that

18 ultimately, for example, on page 10 he talked about how he

19 agreed for $500,000 or more intent to defraud.  So that's why

20 that's in there.  And the specifics of the deal, the 25,000

21 shares --

22         THE COURT:  Why do you need the proffer in the plea

23 agreement if you have Mr. Huggins?

24         MR. DAVIDSON:  This is the plea agreement.  What, in

25 essence, you're asking us to do is to remove portions of the

THURSDAY, FEBRUARY 14th, 2013

JURY TRIAL TRANSCRIPT EXCERPT

1   plea agreement and sort of renegotiate, if you will, a plea

2   agreement.

3           THE COURT:  This is part of the plea agreement, is

4   it?

5           MR. DAVIDSON:  Correct.  It's pages 9 and 10 of a

6   multi-page document.

7           THE COURT:  Yeah.

8           MR. DAVIDSON:  So my concern is for the jury to

9   understand Huggins' motivations, his willingness to cooperate,

10  his truthfulness, they need to understand the plea agreement

11  in the context of the entire agreement.

12          We also, for example, intend to introduce the change

13  of plea transcript.  Well, that's normally where the factual

14  proffer is read.  So I don't understand the need to, sort of,

15  pretend that part of the plea agreement never happened or

16  pretend that part of --

17          THE COURT:  Well -- all right.  Let's move from the

18  plea agreement to the change of plea.  You don't need to go

19  through the proffer, again, there, do you?

20          MR. DAVIDSON:  No, Judge, because I think -- if I

21  remember correctly, we refer to the factual proffer in the

22  change of plea so we don't repeat it.

23          So it's weird to say that the change of plea

24  transcript, oh, we have the factual proffer so we don't need

25  to read it, and then they say, okay, well, where is it?  And

THURSDAY, FEBRUARY 14th, 2013

JURY TRIAL TRANSCRIPT EXCERPT

1  they just see a lot of blacked-out markings and they don't

2  understand what did he agree to?  What did he admit to?  Did

3  they admit to something else?  Maybe admitted to a different

4  crime?

5          THE COURT:  Yeah.  Mr. Day.

6          MR. DAY:  Yes, Your Honor.  I understand why the

7  government may want to do that.  But we're here, as far as a

8  plea with Mr. Huggins, that's completely up to them.  They're

9  free to do whatever they want.

10         What we're talking about is the admissibility of the

11 document.  Actually taking the document, admitting it into

12 evidence.  This is a document the jury will -- if that's

13 admitted, will go back into the jury room and they'll study

14 it.  And the problem with that, Your Honor, is that we've got

15 a recitation of facts.  And the normal course is that is done

16 separate from the plea agreement.

17         The government chose to put that in the plea

18 agreement here and, unfortunately, they're including

19 references to Mr. Page and Mr. Brennan here because it says in

20 paragraph number 2 on page -- actually paragraph number --

21 yeah, 2 on page 10:  As part of the criminal conspiracy,

22 Huggins and his co-conspirators issued or planned to issue

23 press releases, times to coincide with the fraudulent buying

24 to be induced by their undisclosed payments to the broker.

25 And there are other references to co-conspirators in those

JURY TRIAL TRANSCRIPT EXCERPT

```
 1   paragraphs.
 2              And here's the problem.  The problem is, it's an
 3   official court document.  It gets filed with the court.  And
 4   so, therefore, the jury can look at this and say, well,
 5   there's already been a finding.  There's been an official
 6   finding as to these particular facts.  There's been approval
 7   by the court of the facts.  And, of course, that's the
 8   determination that the jury has to make and that's my concern.
 9   That's my problem with it.
10              MR. DAVIDSON:  But, Judge, if you -- I mean,
11   Mr. Day's assuming the jury can't read a plea agreement.  It
12   says the United States and Don Huggins enter into the
13   following agreement.  There's language that the Court doesn't
14   have to adopt the recommendations.
15              And while it's a certified court document, if you go
16   to the factual proffer language, it starts off by saying on
17   page 9, paragraph 17, the defendant confirms that he has
18   reviewed the facts.  The defendant adopts the factual summary.
19              THE COURT:  Yeah.  I'm afraid, Mr. Day, that -- I
20   realize it's slightly prejudicial because it refers to the
21   co-defendants which, of course, all three appear in the
22   indictment.  But I think that the plea agreement is proper to
23   be introduced and I don't think you can start to extract parts
24   of it that you don't like.
25              MR. DAY:  I'm sorry.  I didn't hear the last part,
```

THURSDAY, FEBRUARY 14th, 2013

JURY TRIAL TRANSCRIPT EXCERPT

1  Your Honor.

2          THE COURT:  I don't think you can extract parts of

3  it, so I'm going to overrule your objection.

4          MR. DAY:  All right.  Just so if the Court would note

5  my objection.

6          THE COURT:  All right.

7          MR. SOTO:  Your Honor, we have one minor housekeeping

8  matter.  I've been in conversations with defense counsel with

9  respect to an FBI analyst.  In particular, there is a summary

10  chart that we sent over to defense counsel long ago, final

11  draft was sent last week.  And what I was hoping to be able to

12  do is just put on the special agent, the case agent in this

13  case who actually subpoenaed the underlying phone records that

14  support that summary chart.  However, that special agent did

15  not review the chart -- the phone records and create the

16  summary chart.  That was done by an analyst.

17          And I was hoping not to have to call that analyst,

18  but defense counsel has objected to the agent talking about

19  the chart that he didn't create.  And so we have the analyst

20  outside.  We'll have to add his name to the list if the Court

21  agrees that this is the best way to go about putting on that

22  summary chart.

23          THE COURT:  Mr. Day?

24          MR. DAY:  I have no objection to them amending their

25  list to include that person.

THURSDAY, FEBRUARY 14th, 2013

JURY TRIAL TRANSCRIPT EXCERPT

1          THE COURT:  All right.

2          MR. SOTO:  We'll do that, Your Honor.

3          THE COURT:  All right.  Now we're ready?

4          MR. SOTO:  We're ready.

5          THE COURT:  All right.  Get the jury.

6      (Jury enters the courtroom at 1:28 p.m.)

7          THE COURT:  All right.  Everybody be seated.

8          All right.

9          MR. DAVIDSON:  May I proceed, Your Honor?

10         THE COURT:  Mr. Davidson, go ahead.

11         MR. DAVIDSON:  Thank you.  United States calls Don

12  Huggins.

13                    DONALD G. HUGGINS, JR.,

14      having been first duly sworn, testified as follows:

15         COURT REPORTER:  Would you state your full name,

16  please, and spell your first and last name?

17         THE WITNESS:  Donald G. Huggins, Jr.  D-o-n-a-l-d.

18  H-u-g-g-i-n-s.

19                    DIRECT EXAMINATION

20  BY MR. DAVIDSON:

21  Q.  Good afternoon, Mr. Huggins.  Where are you from?

22  A.  I'm from Hope Valley, Rhode Island.

23  Q.  And how long have you lived there?

24  A.  Three and a half years.

25  Q.  Before that where did you live?

THURSDAY, FEBRUARY 14th, 2013

JURY TRIAL TRANSCRIPT EXCERPT

1  A.  Clearwater, Florida.

2  Q.  What do you currently do?

3  A.  I'm in the real estate brokerage and development business.

4  Q.  In the 2008-2009 time period, what did you do?

5  A.  I was working for my Private Capital Group, Inc., company

6  which was a consulting Florida corporation in the consulting

7  business.

8  Q.  And what was the name of the company?

9  A.  Private Capital Group, Inc.

10 Q.  Do you know an individual by the name Kevin Brennan?

11 A.  I do.

12 Q.  Do you recognize him here in the courtroom?

13 A.  Yes.

14 Q.  And can you please describe him by an article of clothing

15 and point to him in the courtroom?

16 A.  He's at the right end of that table wearing a blue tie.

17         MR. DAVIDSON:  Your Honor, if the record could

18 reflect that Mr. Huggins has identified Mr. Brennan as being

19 in the courtroom?

20         THE COURT:  All right.

21 BY MR. DAVIDSON:

22 Q.  How long have you known Mr. Brennan?

23 A.  A little over ten years.

24 Q.  Can you describe your relationship with Mr. Brennan over

25 the past ten years?

THURSDAY, FEBRUARY 14th, 2013

JURY TRIAL TRANSCRIPT EXCERPT

1  A.  Yes.  I would advise Mr. Brennan from time to time and do

2  various consulting requirements for companies that he and I

3  were involved in.

4  Q.  Do you know a company called OPTZ?

5  A.  I do.

6  Q.  What was it?

7  A.  The name of the company was Optimized Transportation

8  Management, Inc., and it was a start-up company in the

9  trucking and logistics business.

10 Q.  What did you understand Mr. Brennan's role to be in OPTZ?

11 A.  He was the CEO and president.

12 Q.  And what was your relationship through Private Capital

13 Group with OPTZ?

14 A.  Private Capital Group was a consultant to the company and

15 would, from time to time, with the company's direction and

16 approval, introduce the company to financial sources.

17 Q.  In a moment I'm going to show you what's been previously

18 marked as Government Exhibit 36, which I'm showing the defense

19 counsel.

20         May I approach, Your Honor?

21         THE COURT:  Surely.

22 BY MR. DAVIDSON:

23 Q.  Mr. Huggins, do you recognize what's been marked as

24 Government's Exhibit 36?

25 A.  I do.

THURSDAY, FEBRUARY 14th, 2013

JURY TRIAL TRANSCRIPT EXCERPT

1  Q.   What is it?

2  A.   It's a consulting agreement between Donald Huggins,

3  president of Private Capital and Kevin Brennan, CEO of OPTZ.

4        MR. DAVIDSON:   Your Honor, at this point we move for

5  the introduction of Government's Exhibit 36.

6        MR. ALDAZABAL:   No objection.

7        THE COURT:   All right.   Government's Exhibit 36

8  admitted.

9     (Government's Exhibit 36 admitted into evidence.)

10        MR. DAVIDSON:   May I publish?

11        THE COURT:   Yes.

12  BY MR. DAVIDSON:

13  Q.   So at the top of it, it says Private Capital Group located

14  in Clearwater, Florida.   Once again, what was Private Capital

15  Group?

16  A.   It was the name of the consulting company.

17  Q.   Whose email address pcginc@aol.com, is that?

18  A.   That's mine.

19  Q.   Turning to the bottom of the Government Exhibit 36, do you

20  recognize any of the signatures?

21  A.   Yes.   I recognize my signature and Kevin's signature.

22  Q.   It says -- underneath your name it says president.   What

23  were you the president of?

24  A.   Private Capital Group.

25  Q.   And in the bottom of Mr. Brennan's name it says CEO.   What

THURSDAY, FEBRUARY 14th, 2013

JURY TRIAL TRANSCRIPT EXCERPT

1  did you understand Mr. Brennan to be the CEO of?

2  A.  Optimized Transportation Management, Inc.

3  Q.  Are you familiar with the term "investor relations"?

4  A.  Yes.

5  Q.  Broadly speaking, what does that mean?

6  A.  Investor relations is a person in a company who would talk

7  to the shareholders, talk to the financial community, talk to

8  the public and be -- act as an intermediary between the

9  company and those people.

10  Q.  Are there legitimate ways of doing investor relations?

11  A.  Of course.

12  Q.  What are those?

13  A.  One would go to a firm in New York or one of the big

14  cities and hire them and pay them cash and they would bring

15  the company to different hedge funds and money managers and

16  introduce the company to the public on various types of road

17  shows.

18  Q.  And can you describe what are some illegitimate or illegal

19  ways to do investor relations?

20  A.  Yes.  There are people out there who -- maybe everybody

21  here has seen, who will email and give information and put

22  information out through the internet about various companies,

23  drive the stock up so that the company can fund itself and

24  finance itself, and then walk away, go on down the road

25  another day.

THURSDAY, FEBRUARY 14th, 2013

JURY TRIAL TRANSCRIPT EXCERPT

1    They are also -- they pay stockbrokers to exercise

2 and do trades.  All things that, as you mention, are not

3 legitimate.

4 Q.  And going back to this email blast.  If you had

5 information before the emails went out, how would you be able

6 to make money off of that, if any way?

7 A.  Well, in public markets, it's supposed to be a level

8 playing field.  Everybody's supposed to get the information at

9 the same time.  Outside of your attorney, your certain inside

10 people that are insiders.  If you had the information through

11 a press release or this information ahead of time, it would be

12 illegal to trade on that information.

13 Q.  So insider information?

14 A.  That's what it's called.

15 Q.  Okay.  What are "matched or coordinated trades"?

16 A.  A matched or coordinated trade is when a seller and a

17 buyer get together and make sure that the seller and the buyer

18 capture the trade.

19    For example, if somebody puts stock for sale and the

20 buyer gets that stock, you match that sale with a buy and then

21 the company gets the money or the individual that sold the

22 stock would get the money.

23 Q.  Is that supposed to happen?

24 A.  No, it's illegal.

25 Q.  What did you know about OPTZ's reporting requirement?

THURSDAY, FEBRUARY 14th, 2013

JURY TRIAL TRANSCRIPT EXCERPT

1  A.  As a public company and in order to maintain relationships

2  with investment bankers, the company was required through

3  S.E.C. rules to report and file quarterly and annual reports.

4  Q.  What did you know about the employees of OPTZ?  Who were

5  they?

6  A.  I believe there were four employees.  There was Kevin

7  Brennan, Larry Barry, Kevin's son Devon, and the bookkeeper, a

8  woman named Kelly Mathis.

9  Q.  What was Larry Barry's role, as you understood it, in OPTZ

10 in about 2009?

11 A.  Okay.  Larry Barry, I believe, was a director.  His title

12 was chief operating officer.  His role was to identify through

13 his relationships that he had established for many, many years

14 as one of the founders of a large public company called

15 Landstar.  He would make introductions to Kevin so that these

16 companies and his relationships would be utilized to help grow

17 the company.

18 Q.  Did you ever have conversations with Mr. Brennan about the

19 checkbooks of OPTZ?

20 A.  I had a conversation one afternoon in St. Petersburg at a

21 café with Kevin Brennan and Larry Barry when Mr. Barry asked

22 Kevin for the checkbooks because he wanted to see what was

23 going on.

24 Q.  And what did Mr. Brennan say?

25 A.  Absolutely not.

THURSDAY, FEBRUARY 14th, 2013

JURY TRIAL TRANSCRIPT EXCERPT

1  Q.   Okay.  Now, are you aware of the term "friendly investor"?

2  A.   Yes.

3  Q.   What does that mean?

4  A.   A friendly investor would be somebody who liked the story

5  that the company was telling to the public.  They would buy

6  the stock so, hopefully, that in the future the stock would

7  grow.  They might loan the company money directly through a

8  series of convertible notes.  They might give the company

9  money directly.  And they would do nothing to hurt the company

10  and sell the stock to drive the price down.

11  Q.   Did you consider yourself a friendly investor with OPTZ?

12  A.   Absolutely.

13  Q.   Did you know anyone else who you considered a, quote,

14  "friendly investor"?

15  A.   There was one other primary friendly investor and his name

16  was Robert Schneiderman.

17  Q.   As a friendly investor in OPTZ, did you have dealings with

18  Mr. Brennan?

19  A.   Regularly.

20  Q.   And did you -- what, if anything, did you discuss with

21  Mr. Brennan about the timing of the sale of your shares?

22  A.   Well, when -- myself?  Just myself?  Or Mr. Schneiderman

23  and myself?

24  Q.   Let's go through both of them.  Conversations either

25  between you and Mr. Brennan directly, or through

THURSDAY, FEBRUARY 14th, 2013

JURY TRIAL TRANSCRIPT EXCERPT

1   Mr. Schneiderman, between the three of you?  The two friendly

2   investors and Mr. Brennan.

3   A.   Okay.  From time to time we would sell our stock and leak

4   it out into the market when the volume was there and the price

5   was right.  That money would be taken, given to the company in

6   the form of a convertible note, which meant we'll give the

7   money to the company, they'll give you -- it's like an IOU.

8   They'll give you a note back so that later on you could get

9   more stock in the company.  And as a friendly investor, that's

10  what we did.

11  Q.   So both you and Mr. Schneiderman own stock in OPTZ,

12  correct?

13  A.   Yes.

14  Q.   And what type of stock did you own?

15  A.   Common stock.

16  Q.   Were you aware whether Mr. Brennan owned common stock in

17  OPTZ?

18  A.   No.  To my knowledge, Mr. Brennan never owned common stock

19  in any of his companies.  And he had a series of preferred

20  stock which had a conversion feature 10 or 20, or something,

21  for one, so that at the point in time when he was ready to

22  convert, he would convert that to common stock.

23  Q.   And you mentioned convertible and conversion.  What does

24  that term mean?

25  A.   Well, I mean, if you have something that is worth 10 for

THURSDAY, FEBRUARY 14th, 2013

JURY TRIAL TRANSCRIPT EXCERPT

1  1, if you turn it in, you get 10 of something for one of

2  something.  And Mr. Brennan -- that stock is not tradeable in

3  the market.  It's not a common stock.  It's not a free-trading

4  stock.

5  Q.  But when you convert it, what do you get?

6  A.  You get common stock.

7  Q.  And you are aware that Mr. Brennan held something that he

8  could convert into the common stock?

9  A.  There was a -- he was limited into how long that stock was

10  convertible.  It could have been a year and a half.  It could

11  have been two years.  I don't remember.  I wasn't privy to

12  that information except through the filings.

13  Q.  Do you know a woman by the name of Kamika Williams?

14  A.  I know the name.  I do not know her.

15  Q.  Okay.  Well, what do you know about her and how do you

16  know that?

17  A.  I know her as being Kevin Brennan's girlfriend.

18  Q.  How do you know that?

19  A.  Because he told me so.  And on two -- at least two

20  occasions and, possibly, a third --

21          MR. ALDAZABAL:  Objection, Your Honor.  Relevance.

22          MR. DAVIDSON:  We can tie it up later, Your Honor.

23  But I'm just trying to lay the foundation --

24          MR. ALDAZABAL:  Brennan's girlfriend?

25          MR. DAVIDSON:  Your Honor, I believe we might be able

THURSDAY, FEBRUARY 14th, 2013

JURY TRIAL TRANSCRIPT EXCERPT

1  to tie this up as to motive.

2          THE COURT:  Let's have a sidebar.

3      (Sidebar discussion on the record as follows:)

4          THE COURT:  Are you objecting to romance?

5          MR. ALDAZABAL:  No, Your Honor.

6          MR. DAVIDSON:  I wasn't suggesting one way or the

7  other.  I think the evidence we have, Your Honor, is that

8  money is going to Ms. Williams from the company and that shows

9  that --

10          THE COURT:  I think we've had testimony earlier that

11  the money went -- some money went to a girlfriend.

12          MR. DAVIDSON:  No, not -- no, Judge.  I don't believe

13  there was any evidence introduced already.  But we believe

14  that the evidence could show that Mr. Brennan was using the

15  OPTZ funds to pay for the girlfriend, in which case we have a

16  motive.

17          MR. ALDAZABAL:  Was that during the time of the

18  conspiracy?

19          MR. SOTO:  Yes.

20          MR. ALDAZABAL:  During those three months?

21          MR. SOTO:  Yes.

22          MR. ALDAZABAL:  And you have evidence of that?

23          MR. SOTO:  Yes.

24          MR. ALDAZABAL:  How come I didn't see it?

25          MR. DAVIDSON:  We have obtained some OPTZ bank

THURSDAY, FEBRUARY 14th, 2013

JURY TRIAL TRANSCRIPT EXCERPT

1    records.  What we did is talk to the new owner of OPTZ who

2    provided us with some bank records that recently showed us

3    that she was receiving money.

4         So we're just laying the predicate if this comes up,

5    if Mr. Brennan were to take the stand and everything else that

6    we have evidence of, payment going to the girlfriend.

7         MR. ALDAZABAL:  Well, I would like to make sure that

8    it's during the period of the conspiracy and you can tie it in

9    because so far all the evidence we've had is that this is all

10   stock --

11        THE COURT:  Well, if she is, in fact, a part and

12   parcel of the operation, then I think it's admissible.  If you

13   can show that she actually received these funds.  But I don't

14   think you can.

15        MR. DAVIDSON:  We have bank records that can show

16   money from OPTZ going to her.

17        MR. SOTO:  Wired directly to her.

18        MR. DAVIDSON:  Wired to her.

19        MR. SOTO:  There is no doubt it went directly to her,

20   Your Honor.

21        MR. DAVIDSON:  Which would show Mr. Brennan was using

22   the company as a personal bank account and that provides the

23   incentive for him to use the company to get money so that he

24   can pay his girlfriend and use it himself.

25        MR. SOTO:  And it rebuts the impression left by

THURSDAY, FEBRUARY 14th, 2013

JURY TRIAL TRANSCRIPT EXCERPT

1  defense counsel that he was using this money to grow the

2  company, that he was just a trucking business guy trying to

3  help his own company when, in fact, that wasn't the case --

4  not entirely.

5         MR. ALDAZABAL:  And these records you have showed

6  this is between January and March of 2010?

7         MR. SOTO:  That's my understanding.

8         MR. ALDAZABAL:  Well, before you open the door, I

9  think --

10        MR. SOTO:  No, I've seen the wire going directly to

11 Kamika Williams.  And it was represented to me that this was

12 during the time period.

13        MR. ALDAZABAL:  Who was it represented by?

14        MR. SOTO:  The agent who reviewed it, Mike Sputo.

15        MR. DAVIDSON:  And he's going to testify to that,

16 he's going to have the documents, the wire.

17        MR. SOTO:  He has the records.  I haven't reviewed

18 them all.  This just came in yesterday.

19        MR. ALDAZABAL:  Maybe Mr. Sputo is the one --

20        THE COURT:  But he doesn't have personal knowledge

21 about whether Mr. Brennan had a relationship with anyone by

22 the name of Kamika Williams.

23        MR. DAVIDSON:  He wouldn't know that; that wouldn't

24 be admissible through him.  It could be admissible through

25 Mr. Huggins who personally knew Mr. Brennan.

THURSDAY, FEBRUARY 14th, 2013

JURY TRIAL TRANSCRIPT EXCERPT

1          MR. ALDAZABAL:  Then I suggest that they establish

2    it, if they can, that Mr. Brennan had a relationship with a

3    lady by the name of -- what is it?

4          MR. SOTO:  Kamika Williams.

5          MR. DAVIDSON:  That's the question I asked.

6          MR. SOTO:  That's the standing question.

7          MR. DAVIDSON:  He knows that Mr. Brennan said I'm

8    having relationships with Ms. Williams.  That was my only

9    question.  I think the witness said he knows Kamika Williams

10   as being --

11         THE COURT:  I think -- move on.

12         MR. DAVIDSON:  The evidence is in.  We can tie it up

13   later.

14         THE COURT:  I realize it's very exciting, but let's

15   move on.

16      (End of sidebar discussion.)

17         THE COURT:  All right.  Everybody come to order now.

18         MR. DAVIDSON:  Your Honor, if I may I approach with

19   Government's Exhibit 37?

20         THE COURT:  All right.

21   BY MR. DAVIDSON:

22   Q.  I'll ask you, Mr. Huggins, to please flip through

23   Government's Exhibit 37.  I'll ask you whether you recognize

24   the documents there?

25   A.  Yes.

THURSDAY, FEBRUARY 14th, 2013

JURY TRIAL TRANSCRIPT EXCERPT

1  Q.  What is Government's Exhibit 37?

2  A.  It is a group of emails and/or contracts and/or documents

3  that I provided to your office.

4  Q.  Explain to us how you gathered all of those emails and

5  documents?

6  A.  These were either in a folder on my email as a -- in an

7  OPTZ file, a Marc Page file, a Kevin Brennan file, a sent

8  file.  It was just, you know, I'm really not the greatest

9  computer person in the world, but that's where they all came

10  from.

11        MR. DAVIDSON:  Your Honor at this point we move for

12  the introduction of Government Exhibit 37.

13        MR. ALDAZABAL:  No objection, Your Honor.

14        THE COURT:  All right.  Government's Exhibit 37 is

15  admitted.  You may proceed.

16     (Government's Exhibit 37 admitted into evidence.)

17        MR. DAVIDSON:  Your Honor, if I may approach with

18  Government's Exhibit 39?

19        THE COURT:  Go ahead.

20  BY MR. DAVIDSON:

21  Q.  Mr. Huggins, do you recognize that exhibit?

22  A.  Yes.

23  Q.  What is it?

24  A.  It's two letters from the attorneys representing Asher

25  Enterprises to OPTZ.

JURY TRIAL TRANSCRIPT EXCERPT

1  Q.  All right.

2        MR. DAVIDSON:  Your Honor, at this point we move for

3  the introduction of Government Exhibit 39.

4        MR. ALDAZABAL:  Your Honor, what's the foundation for

5  this?

6        MR. DAVIDSON:  I can ask a follow-up question.

7  Q.  Mr. Huggins, how did you receive that document?

8  A.  They were -- I got them from Kevin Brennan.

9  Q.  And are those related to a note that you had conversations

10  with Mr. Brennan about?

11  A.  Yes.

12        MR. DAVIDSON:  At this point we'd move for the

13  introduction of the exhibit.

14        MR. ALDAZABAL:  No objection, Your Honor.

15        THE COURT:  All right.  The exhibit's admitted.

16     (Government's Exhibit 39 admitted into evidence.)

17        MR. DAVIDSON:  May I approach?

18  Q.  Have you heard the terms "toxic" and "death spiral" in

19  connection with a penny stock?

20  A.  Yes.

21  Q.  Let's start off, what is a "penny stock"?

22  A.  Penny stock is generally stock that trades under -- now in

23  this current rule, under $5 a share, I believe is the

24  threshold.

25  Q.  And in 2009, did you understand OPTZ to be a penny stock?

THURSDAY, FEBRUARY 14th, 2013

JURY TRIAL TRANSCRIPT EXCERPT

1   A.   Yes.

2   Q.   And what does the term "toxic" or "death spiral" mean in

3   connection with a penny stock, like OPTZ?

4   A.   There are firms and individuals out there who would loan

5   companies money or invest in companies through what was called

6   a "convertible note."

7         Legitimate people who did that would loan the company

8   the money and it would convert at some discount to the market

9   or would have what's called "a floor," which means this is the

10  lowest that they convert.

11        A toxic convertible or a death spiral is when the

12  money -- a company signs a note with somebody who's a

13  converter and there is no bottom to the floor, there's no

14  bottom to the conversion so they don't care how low the stock

15  goes.

16  Q.   I'm showing you Government Exhibit 39.  And it says, "Re:

17  Asher Enterprises, Inc., convertible promissory note."

18  A.   Yes.

19  Q.   What did you understand Asher Enterprises to be?

20  A.   Asher Enterprises was the name of a firm in New York whose

21  principal was Curt Kramer.

22  Q.   And what did Asher Enterprise do for penny stocks and

23  other companies?

24  A.   They loan the company money and invested through series of

25  notes and -- convertible notes.

THURSDAY, FEBRUARY 14th, 2013

JURY TRIAL TRANSCRIPT EXCERPT

1  Q.  On the first paragraph of the letter dated November 17,

2  2010, it makes reference to a February 4, 2010, $150,000 note,

3  it calls it the "February note."  And then it also talks about

4  a March note and an April note and it goes on.

5       What did you understand these notes to be?

6  A.  I understood that the first note was entered into in --

7  for $150,000.  And I understand and believe that additional

8  monies were given to the company with similar types of notes.

9  Q.  Let's walk through the logistics here.  Asher Enterprises

10  held the note and it can convert it for what?

11  A.  Stock.

12  Q.  Okay.  Now, if the stock price went up, was that good for

13  Asher Enterprises?

14  A.  No.

15  Q.  What would be good for Asher Enterprises?

16  A.  What would be good for Asher Enterprises would be the

17  stock to go down so they would get more stock and they could

18  continue to sell stock.  We cover their principal and just

19  keep converting and converting and converting.  And hence the

20  term "death spiral" or "toxic" because there's no bottom to

21  it.  There's no way getting out of it.

22  Q.  So in theory this convertible note, Asher Enterprises, if

23  the stock went down, it gets more notes.  It goes down again,

24  it gets more notes -- I mean, more stock and it keeps on

25  going?

THURSDAY, FEBRUARY 14th, 2013

JURY TRIAL TRANSCRIPT EXCERPT

1   A.   Correct.

2   Q.   And that's good for Asher Enterprises?

3   A.   Correct.

4   Q.   What about for the company when the stock price goes down?

5   A.   It's, obviously, bad for the company.

6   Q.   But when you have a convertible note, like this Asher

7   Enterprises note, what does the company want to happen?

8   A.   The company wants the stock to go up so, you know, they

9   can finance the note later on with a more legitimate source

10  and the -- they may not convert, I believe -- and I don't have

11  the note in front of me, but I believe one of the features of

12  the note was that the company could pay them back in cash at a

13  future date.

14  Q.   So in February 2010, was it in the best interest of OPTZ

15  for the stock price to go up?

16  A.   Absolutely.

17  Q.   And how would that have affected Asher Enterprises?

18  A.   They wouldn't have been able to convert their note into

19  millions of shares of stock, which they ultimately did.

20  Q.   I'll turn to Government Exhibit 37.  I just want to

21  highlight some emails here.  I'll start off with an email

22  dated November 10, 2010.  It's an email -- well, let's start

23  off, who is Kelly Mathis?  Who did you understand that to --

24  A.   That was the woman that I referred to earlier as, I

25  believe, the bookkeeper.

THURSDAY, FEBRUARY 14th, 2013

JURY TRIAL TRANSCRIPT EXCERPT

1   Q.   And, once again, who is in the "to" line p-c-g-i-n-c?

2   A.   That would be me.

3   Q.   And it says, "Subject:  Asher Enterprises"?

4   A.   Yes.

5   Q.   And then it's from Kelly Mathis, the account manager,

6   Optimized Transportation Management.  But turning to the

7   report on the second page --

8   A.   Yes.

9   Q.   -- you see, here, a chart.  What did you understand this

10  chart to be?

11  A.   Well, I didn't prepare the chart.  I asked her for a

12  schedule of what the Asher notes were, how much money was

13  received, and how many shares were outstanding and had to be

14  continued to be or were going to be issued.  Because at that

15  point, I believe -- at some point Kevin wanted to sue Asher

16  Enterprises for shorting the stock and driving the stock price

17  down.

18  Q.   Let's clarify.  So you've had conversations with

19  Mr. Brennan in the 2009-2010 period -- actually, it would be

20  2010, regarding his belief that Asher Enterprises was trying

21  to do what?

22  A.   Short the stock.

23  Q.   And what happens when you short a stock?

24  A.   Well, what's happening is you're selling stock that you

25  really don't have.  And there's a thing called "naked

THURSDAY, FEBRUARY 14th, 2013

JURY TRIAL TRANSCRIPT EXCERPT

1   shorting", but it's really very difficult to prove a naked

2   short.

3         It means that you're selling something you don't own.

4   And legally you're supposed to borrow it from a brokerage firm

5   or somebody so that you have it in your possession.  And you

6   can sell the stock short so you can sell it later on when it

7   goes back up.

8   Q.  If a lot of people were to sell -- or, excuse me, short a

9   stock, what happens to the stock price?

10  A.  It would go down to fractions of a penny.

11  Q.  And did Mr. Brennan have conversations with you about his

12  belief that it was Asher Enterprise that caused the price to

13  go down?

14  A.  Yes.  Asher Enterprises in cahoots with another company

15  called War Chest and Howard Blum.

16  Q.  I'm going to turn to Government Exhibit 41 which has

17  previously been introduced.  And I'm going to show you the

18  summary chart that the jurors have already seen.  I want to

19  get -- ask you a few questions about it.

20        To be clear, you were an investor in OPTZ, correct?

21  A.  Yes.

22  Q.  In addition to being the consultant?

23  A.  Yes.

24  Q.  Let's turn to the first, sort of, third left portion or

25  half portion of this Exhibit 41.  Can you describe what was

THURSDAY, FEBRUARY 14th, 2013

JURY TRIAL TRANSCRIPT EXCERPT

1  going on to the stock price of OPTZ in September of 2009 to

2  about December of 2009?

3  A.  Yeah, it's called a "flat line."  Nothing is happening.

4  There's no volume.  A few thousand shares trade here and

5  there, trade's very thin and there's nothing going on.

6  Q.  And when you say "trading very thinly" or "thin trading,"

7  does that relate to the volume of the stock?

8  A.  Yes.

9  Q.  Okay.  In December, this chart shows that the stock was up

10  to about a dollar?

11  A.  Correct.

12  Q.  What happens after this big spike?

13  A.  It falls back down again.

14  Q.  Turning to about -- let's look at, you know, January 25th.

15  Approximately what was the stock price in that -- on that

16  date?

17  A.  On what date?

18  Q.  I'm sorry?

19  A.  January 25th?

20  Q.  About January 25th?

21  A.  About 18 or 19 cents.

22  Q.  Okay.  And what happened to the stock price between

23  January 25th to about March 9, 2010, this timeframe here?

24  A.  The stock price, it was pretty flat.  It stayed in the 18

25  to 20 -- 18, 20-cent range.

THURSDAY, FEBRUARY 14th, 2013

JURY TRIAL TRANSCRIPT EXCERPT

1  Q.  As somebody who's invested in the stock market, when the

2  stock goes from about a dollar to about 20 cents, is that a

3  good thing for somebody who owns stock?

4  A.  No, that's a very bad thing.

5  Q.  Is that considered a big drop, small drop?

6  A.  I would say percentagewise it's a precipitous drop.  I

7  mean, it lost 60, 70, 80 percent of its value.  So it's

8  dramatic.  And in the period of time in December there were

9  news releases and press releases that had been put out by

10  other consultants to the company, and that caused volume to go

11  up in the stock.

12  Q.  Okay.  And when there's a lot of volume, what does that

13  do, generally speaking, to the stock price?

14  A.  Because at that time there was not a lot of stock in the

15  market and that's what's called the "float."  That's the

16  amount of shares that are out in the market that are readily

17  available to be bought or sold.  It's called a float.

18          So when you have a thin float and there's not a lot

19  of stock in the market, it doesn't take much buying to bring

20  it up.

21  Q.  Now, we talked about the Asher note, we talked about what

22  was going on in the stock price.

23          I want to turn to your relationship with Mr. Page.

24  And I want to show you an email in Government Exhibit 37.

25  It's dated February 9, 2010.

THURSDAY, FEBRUARY 14th, 2013

JURY TRIAL TRANSCRIPT EXCERPT

1          Turn here.  Again, whose email is p-c-g-i-n-c?

2    A.  Mine.

3    Q.  Who did you understand that this email is coming from?

4    A.  Marc Seaver Page.

5    Q.  At gmail.com, correct?

6    A.  Yes.

7    Q.  The date's February 9, 2009?

8    A.  Yes.

9    Q.  And it talks about -- it says "fill in blanks"?

10   A.  Yes.

11   Q.  Related to Ana Rancher's consultant, and it says

12   "professional services agreement."

13   A.  Yes.

14   Q.  And then it goes on, who -- on the second page, whose name

15   appears on the bottom?

16   A.  Marc Seaver Page.

17   Q.  What did you understand this agreement to do?  This draft

18   agreement to do?

19   A.  This -- Marc, at this point, wanted to have a formal

20   agreement with the company.  Sent this to me and I forwarded

21   it to Kevin because I have no authority to enter into an

22   agreement like this.

23   Q.  In 2010 did you have conversations with Mr. Page and

24   Mr. Brennan related to a Mr. Epstein?

25   A.  Yeah.  It, actually, might have been the end of 2009, but

THURSDAY, FEBRUARY 14th, 2013

JURY TRIAL TRANSCRIPT EXCERPT

1   it certainly was in January, before February 9th of 2010.

2   Q.  What did you talk to Mr. Brennan about the Epstein deal?

3   A.  Well, Mr. Page had approached me and told me that he had a

4   friend, an associate --

5           MR. DAY:  Objection, Your Honor, as to date.

6           MR. DAVIDSON:  Actually, I'll rephrase the question.

7   I misspoke.

8   Q.  Let's go, first, to Mr. Page.

9   A.  Okay.

10  Q.  What did Mr. Page and you discuss about the Mr. Epstein

11  deal?

12          MR. DAY:  Objection, Your Honor, as to the date of

13  this particular conversation.  There's been no predicate laid

14  for that.  No foundation.

15  BY MR. DAVIDSON:

16  Q.  In the approximate period of late 2009 to early 2010, did

17  you have conversations with Mr. Page relating to Mr. Epstein?

18  A.  Yes.

19  Q.  Tell about us what Mr. Page said.

20  A.  Mr. Page said that he had a friend, an associate, an

21  acquaintance -- I'm not exactly sure which word -- named

22  Mr. Epstein who was interested in meeting with the company and

23  investing money into the company and introducing them to a

24  third party who was a Florida broker that would come in.  He

25  had discretionary control over some wealthy South American

THURSDAY, FEBRUARY 14th, 2013

JURY TRIAL TRANSCRIPT EXCERPT

1  clients and he would be interested in coming in and helping

2  the company raise money, buy the stock.

3  Q.  How would you describe Mr. Page's understanding of the

4  nature of the transaction?

5  A.  Mr. Page understood --

6         MR. DAY:  Objection, Your Honor.  As, again, this

7  witness testifying as to this man's understanding, his state

8  of mind.

9         THE COURT:  I'll sustain that objection.  I think you

10  can get at it a different way.

11         MR. DAVIDSON:  I'm sorry, Your Honor?

12         THE COURT:  I think you can get at it a different

13  way.

14         MR. DAVIDSON:  Understood, Your Honor.

15  Q.  Did Mr. Page use terms like "broker"?

16  A.  Yes.  Mr. Page told me that the broker and Epstein would

17  have to be paid for helping the company.  And that they would

18  have to be paid in the form of cash and/or stock.

19  Q.  Did Mr. Page ever ask you, you know, I don't really know

20  what the word "broker" means?

21  A.  Stockbroker.

22  Q.  I'm sorry.  But did you have to explain to Mr. Page what a

23  stockbroker was?

24  A.  No.  I -- Mr. Page wanted to know if I would participate

25  in paying the broker.

THURSDAY, FEBRUARY 14th, 2013

JURY TRIAL TRANSCRIPT EXCERPT

1  Q.  And he never said, I don't know what a broker is, but

2  maybe you know what it is?

3  A.  No, no.  No.  Not at all.

4  Q.  Okay.  What about cash?  Did Mr. Page ever ask you,

5  somebody mentioned the word "cash" and I just don't know what

6  it means?

7  A.  No.

8  Q.  What about stock?  Did Mr. Page say, you know, they said

9  something about "stock," I really don't know what it is?

10  A.  No.

11  Q.  Did he ever ask you in that call, you know, I don't know

12  what any of these words mean?

13  A.  No.  And I had numbers of calls with Mr. Page going back

14  to late fall of 2009, because he was asking me to invest in

15  other companies.

16  Q.  And in those calls did he ever ask you to define terms

17  because you were an investor and he was merely a middleman?

18  A.  Oh, no.  I understood him to be very knowledgeable.

19          MR. DAY:  Objection, again, Your Honor.  Same

20  objection.  Him testifying as to what's in his state of mind.

21          MR. DAVIDSON:  I'll leave it at the answer of no, he

22  never asked me to define any terms.

23  Q.  What did you respond when Mr. Page explained the deal to

24  you?

25  A.  Well, what I told Mr. Page was he needed to call

THURSDAY, FEBRUARY 14th, 2013

JURY TRIAL TRANSCRIPT EXCERPT

1   Mr. Brennan if it related to any payments in the form of stock
2   or cash.  And I left it at that.
3   Q.  What, if anything, did you say about the legality or
4   illegality or legitimacy of the deal?
5   A.  Well, I told him I would not participate in any payments
6   to any broker because it was illegal.
7   Q.  At the time that Mr. Page described the deal to you, what
8   did you think about the legality of the deal?
9   A.  I thought it was illegal.
10  Q.  Then moving forward in, I guess, either around 2010, did
11  you have a conversation with Mr. Brennan about the very same
12  deal, about the Epstein proposal?
13  A.  I don't think it was until later on in February, the
14  beginning of March when -- because Kevin had not formally
15  committed to go into the conference in Fort Lauderdale to meet
16  Mr. Epstein.  But we talked about the deal that Page had
17  presented.  And I told Mr. Brennan you can't go pay a broker,
18  it's illegal.
19  Q.  Ultimately were you -- did you have conversations with
20  Mr. Brennan about moving forward with that very same illegal
21  deal?
22  A.  Well, we were at the point where we really didn't have any
23  other choices but to go for it.  There was no other money.
24  There was no way to get any money.  So it was worth going down
25  there and listening to what Mr. Epstein had to say, in my

THURSDAY, FEBRUARY 14th, 2013

JURY TRIAL TRANSCRIPT EXCERPT

1  opinion.

2  Q.  Just to be clear, you say you had no other choices.  The

3  company could have just gone bankrupt, right?

4  A.  Yes.

5  Q.  You had the choice maybe you would lose your money?

6  A.  Yes.

7  Q.  There's no other choices, either I lose money or we do

8  what you said you understood to be an illegal deal?

9  A.  No, that's true.  The company could have gone bankrupt.

10  Q.  And if the company went bankrupt, what would happen to you

11  and your money?

12  A.  All the investors, me -- anybody who had put money into

13  the company would have lost their money and Kevin wouldn't

14  have had a job, and I would have been in trouble.  It would

15  have been a very bad day.

16  Q.  Ultimately, did you decide to move forward with

17  Mr. Brennan and this Epstein deal?

18  A.  Yes.

19  Q.  What did you talk to Mr. Brennan about the coordination of

20  the deal?

21  A.  Kevin met with Mr. Epstein in the beginning of March at

22  the FSX conference.

23  Q.  Just to be clear, how do you know that that meeting took

24  place?

25  A.  He called me and told me.

THURSDAY, FEBRUARY 14th, 2013

JURY TRIAL TRANSCRIPT EXCERPT

1  Q.   Okay.  So what happened after he spoke to you about how he

2  had this meeting with Mr. Epstein?

3  A.   He asked me if I would get in touch with Mr. Epstein to

4  determine his credibility; that part of my responsibility

5  would be to get him shares of stock as a down payment and we

6  needed to get him some press releases.

7  Q.   Okay.  So let's walk through each one of those things that

8  you mentioned there.  I'm showing you what's been introduced

9  in Government Exhibit 37, the compilation emails.

10        And it's a little hard to identify, but I'm just

11  noting in the middle of the page it says Friday, March 12,

12  2010, 1:46 p.m.  And can you explain, first off, what the hand

13  notation is on the top here?

14  A.   Yeah.  I found that in a file that I had not sent any

15  original documents.  And I just put -- so I reminded myself

16  that I hadn't sent it and I wanted to make sure that I got it

17  to you.

18  Q.   It's a silly question, but "not sent to Miami" wasn't part

19  of the original email chain, right?  That came afterwards?

20  A.   Yes.

21  Q.   Okay.  Now let's turn down here.  Can you explain, maybe,

22  why it says from and then it's blank and then it says to

23  Olessia Kritskaia?

24  A.   Well, I don't know why it didn't print.  But, obviously,

25  it's from me to Olessia Kritskaia, who was the representative

THURSDAY, FEBRUARY 14th, 2013

JURY TRIAL TRANSCRIPT EXCERPT

1  for Island Stock Transfer because I was asking her to issue

2  those certificates as delineated underneath.

3  Q.  What did you understand Island Stock Transfer to be and do

4  with regard to OPTZ?

5  A.  They were the transfer agent.

6  Q.  Okay.  And who were you asking Olessia to issue stock to?

7  A.  All of those individuals, Daniella Cardenas was the woman

8  that Mr. Epstein said I needed to send the shares to as a

9  deposit so the program could be started.  And you see where it

10  was send sent to Richard Epstein.  MACADAM Marketing was

11  another consultant.  Robert Schneiderman, we talked about when

12  -- the Private Capital Group was me.

13  Q.  Why were the certs sent to Daniella Cardenas and not to

14  Mr. Epstein or the stockbroker?

15  A.  Well, they were sent to Mr. Epstein, but he instructed me

16  to send them to Daniella Cardenas as a down payment to start

17  the program.

18       He would not begin the program -- the broker would

19  not begin the program until he had assurances that he got the

20  deposit and he was comfortable he was going to get paid.

21  Q.  I'm sorry, I actually misspoke.  You're right.  It says,

22  "Send to, Richard Epstein."

23       My question was, why did the -- what's a "cert," by

24  the way?

25  A.  A certificate -- a stock certificate.

THURSDAY, FEBRUARY 14th, 2013

JURY TRIAL TRANSCRIPT EXCERPT

1  Q.  Why did the stock certificates be -- were issued to

2  Daniella Cardenas and not to the stockbroker?

3  A.  I have no idea because I'm sure -- because I understood

4  that to be his wife or his girlfriend.

5  Q.  And what would happen if it were actually issued, the

6  certs were actually issued to the stock broker instead of this

7  third party, the girlfriend, the wife, or whatever she was?

8  A.  Well, I assume, that that would be a compliance issue and

9  an illegality with his -- the stockbroker's firm.

10  Q.  Turning to the next page, here.  And, again, the "from"

11  and "to" lines are removed for some reason.  But it says

12  Monday, March 15, 2010, 7:35.  And then in the bottom portion

13  Sunday, March 14, 2010, at 10:11 a.m.  "Don, please remind me

14  I have to send Epstein a copy of the first PR we are running

15  Tuesday."

16        Who do you understand or who do you remember sending

17  you that?

18  A.  Well, that was from Kevin Brennan and "PR" means press

19  release.  And then I responded on Monday in the morning and

20  told him we would talk later.  And I told him we'd need more

21  press releases because Epstein had told us we needed three.

22        And at this point I hadn't talked to Epstein

23  because -- this, now, refreshes my memory.  I didn't talk to

24  Mr. Epstein for the first time until March 15th.

25  Q.  Okay.  I want to turn to Government Exhibit 25.

THURSDAY, FEBRUARY 14th, 2013

JURY TRIAL TRANSCRIPT EXCERPT

1  Specifically, what's been marked as OPTZ 32 to 38.  Those have

2  already been introduced.

3        Here we have an email and it says "from

4  pcginc@aol.com.  That's you, correct?

5  A.  Yes.

6  Q.  And it's going to repst69975@aol.com.  Who did you

7  understand this to be?

8  A.  Mr. Epstein.

9  Q.  And that appears to be a forwarding of an email from

10  Mr. Brennan, correct?

11  A.  Yes.

12  Q.  What did Mr. Brennan send to you?

13  A.  What did Mr. Brennan send to me?

14  Q.  Correct.  Don, please use PR -- use these --

15  A.  Press releases.

16  Q.  Okay.  And then turning to the next page, we have several

17  press releases that you sent to Mr. Epstein?

18  A.  Yes.

19  Q.  What was your understanding as far as why Mr. Brennan was

20  sending you these press releases?

21  A.  It was part of Mr. Epstein's request to get the press

22  releases so that the broker was satisfied that when his

23  program began, the news was out there, and he could bring his

24  buying in.

25  Q.  And is that why you sent the press releases to

THURSDAY, FEBRUARY 14th, 2013

JURY TRIAL TRANSCRIPT EXCERPT

1  Mr. Epstein?

2  A.  Well, Kevin told me to send them to Mr. Epstein, and

3  Mr. Epstein had requested them when I talked to him.

4  Q.  But the press releases were part of this program, the

5  scheme involving Mr. Epstein, correct?

6  A.  Yes.  In order to do what Mr. Epstein had proposed, the

7  press releases needed to be in his hands, they needed the

8  press releases done.

9       And, again, I talked about this before, in the stock

10  world term, that's considered front running the stock, buying

11  on news that the public doesn't have.  And it's illegal.

12  Q.  So the press releases that you forwarded onto Mr. Epstein,

13  they weren't already issued?  This is --

14  A.  No, these were to be issued.  These were examples of what

15  were going to be issued to start the program.

16  Q.  Before everyone else knew about it?

17  A.  Of course.

18  Q.  Okay.  Let's turn to -- well, the next page of Government

19  Exhibit 37.  This one is from Kevin Brennan, K. Brennan at

20  o-t-m-i online.com.  Do you understand that to be

21  Mr. Brennan's email?

22  A.  Yes.

23  Q.  And it says April 6, 2011, at 9:12 a.m.  And this one, if

24  we work backwards to the second page, it appears that

25  Mr. Brennan forwarded you an email that he had received from

THURSDAY, FEBRUARY 14th, 2013

JURY TRIAL TRANSCRIPT EXCERPT

1  Richard Epstein, correct?

2  A.  Yes.

3  Q.  Can you read what Mr. Epstein told Mr. Brennan, at least

4  according to this forwarded email from Mr. Brennan?

5  A.  Yes.  My associate did about $5,000 yesterday.  I

6  coordinated with Don Huggins.  He put up some offers and we

7  took him out.  My associate should do about 20,000 in buying

8  Thursday.  Let's talk in the morning.  Richard Epstein.

9  Q.  If the Epstein deal had gone forward as planned, what do

10  you think -- how much money do you think the company and you

11  could have made from it?

12  A.  Well, there was about 2 million shares of stock between --

13  I know between myself and Mr. Schneiderman.  So the stock was

14  -- when the program started, I think it was trading at 30

15  cents.  It would not be unusual in a very successful program

16  with a strong broker like that to bring the stock to 50 cents.

17  So if you sold all two million shares at 50 cents, you would

18  get a million dollars.  The desire for this program was to

19  raise a half a million dollars.

20  Q.  Okay.  So just going back to Government Exhibit 41, you're

21  saying that, you know, if they're at 20 cents, or whatever,

22  and they can bring it up just to here, which is about 50

23  cents, moving it up this much, you said, could raise how much

24  money for the investors?

25  A.  If you sold all two million at 50 cents, it would be a

THURSDAY, FEBRUARY 14th, 2013

JURY TRIAL TRANSCRIPT EXCERPT

1   million dollars.  But the program was designed to raise a half

2   a million dollars.

3   Q.  So anywhere from half a million to a million dollars is

4   what could have happened?

5   A.  Yes.  That was what Kevin requested that he needed, a half

6   a million dollars.

7   Q.  Did you talk to Mr. Brennan about "match trading"?

8   A.  Well, he knew -- yes, I did.  I talked to him and told him

9   that we would -- we would capture the trades by selling to and

10  putting out a low offer.  If I can just digress?

11  Q.  Sure.

12  A.  If the stock is 20 cents, then that means somebody is

13  bidding that.  That's what they want to bid.  That means

14  somebody is willing to pay 20 cents for something.  But the

15  offer, somebody is willing to buy it for 30 cents.  So that 10

16  cents is the gap or the difference.

17       If the person that's selling the stock drops the

18  offer to 28 cents or the bid goes up, you can match those

19  trades, capture the trade, and then you get the money for that

20  trade.

21  Q.  Are you supposed to do that?

22  A.  No, it's illegal.

23  Q.  Okay.  Now, I want to walk through all the people who were

24  coordinating and talking about the match trading.

25       You spoke with Mr. Brennan about the match trading,

THURSDAY, FEBRUARY 14th, 2013

JURY TRIAL TRANSCRIPT EXCERPT

1  correct?

2  A.  Yes.

3  Q.  What did you coordinate or how much coordination did you

4  have with him?

5  A.  Just the knowledge in this is how we're going to raise the

6  money.  Kevin wanted to make sure that Schneiderman and myself

7  was in position to participate in the program once it started.

8  Q.  And when you say "participate in the program," how are you

9  and Schneiderman supposed to participate in that program?

10  A.  Because Epstein would call me, tell me what offers were

11  out there, where his broker was.  Because if you -- there are

12  these things called Level 2 machines and then there's a Level

13  3 machine.  So you can actually look on the machine and see

14  what market maker and what broker is trying to buy or sell the

15  stock.  So you can just put the stock out to a broker and he

16  can match it up with the buyer.  And then that's how you match

17  the trades and capture the trades.

18  Q.  So Mr. Brennan told you to be in a position to match the

19  trades with Mr. Epstein?

20  A.  Yes.  Mr. Brennan said sell a half a million dollars worth

21  of stock and that's what we needed to do.

22  Q.  And when you sold the stock, what happens to the money?

23  A.  I didn't sell the stock.

24  Q.  Okay.  So who did sell the stock?

25  A.  I believe Bob Schneiderman.

THURSDAY, FEBRUARY 14th, 2013

JURY TRIAL TRANSCRIPT EXCERPT

1  Q.  Okay.  And did you converse or have conversations with

2  Mr. Schneiderman about selling the stock?

3  A.  Of course.

4  Q.  And what did you talk to Mr. Schneiderman about?

5  A.  I called Mr. Schneiderman up and said there's a 25 cent

6  bid out, hit it; which means sell to that bidder.

7  Q.  Do you know Mr. Schneiderman's phone number?

8  A.  Yes.

9  Q.  What is it?

10  A.  215-741-7006.

11  Q.  Okay.  And Mr. Schneiderman was the friendly investor that

12  you were talking about, correct?

13  A.  Yes.

14  Q.  How is it that you are able to remember that phone number

15  off of memory?

16  A.  In the five or six years I've known Bob Schneiderman I've

17  called him hundreds and hundreds of times.

18  Q.  What did you understand what happen to the -- well, let me

19  backtrack.

20        When Mr. Schneiderman sold the stock, he gets money,

21  right?

22  A.  Yes.

23  Q.  What do you understand would happened to the money that

24  Mr. Schneiderman sold in connection with this match trading

25  that you talked to him about?

THURSDAY, FEBRUARY 14th, 2013

JURY TRIAL TRANSCRIPT EXCERPT

1  A.  It would go to OPTZ.

2  Q.  OPTZ being the company that Mr. Brennan controlled?

3  A.  Yeah.  Bob had wiring instructions from Kevin to send

4  money and had done so numerous times.

5  Q.  Do you know an individual with the last name Henderson?

6  A.  Yes.

7  Q.  Did you introduce him to Mr. Brennan?

8  A.  Oh, yes.  Many, many, many years ago.  Probably 2002 when

9  we were working with XRG.

10  Q.  Did you have conversations with Mr. Brennan either 2010 or

11  2011 regarding a deal up in Boston?

12  A.  Yes.

13  Q.  What did Mr. Brennan explain to you as the potential deal

14  up there?

15  A.  He had talked to Ed Henderson who said that an associate

16  of his had a friend who was in Boston, in Burlington, who

17  would be interested in meeting with Kevin to invest money into

18  OPTZ.

19  Q.  And where was the source of the funds coming from?

20  A.  A hedge fund.

21  Q.  Why would the hedge fund invest in OPTZ?

22  A.  To make money.

23  Q.  And -- but what was the real reason why?

24  A.  Because the money manager, I think his name was John

25  Kelly, was going to receive a kickback from Kevin to put money

THURSDAY, FEBRUARY 14th, 2013

JURY TRIAL TRANSCRIPT EXCERPT

1  into the company.

2  Q.  Was that legal?

3  A.  No.

4  Q.  Did you talk to Mr. Brennan about that?

5  A.  I did.  Because at that point in time there was already a

6  massive operation going on in Florida, in a Miami sting, and

7  friends and people that I knew had been wrapped up in it.  And

8  I told Kevin, you should not go here, you can't do this.  It's

9  crazy.

10  Q.  You shouldn't go where?

11  A.  To the Burling -- the meeting in Burlington.

12  Q.  So you told Mr. Brennan, don't do this Boston hedge fund

13  deal because of what?

14  A.  Because -- because you can't -- there was already all

15  kinds of news out through -- there was an attorney in Florida

16  named Craig Huffman.  There was all kind of chatter and

17  underground noise about a sting and illegally paying a hedge

18  fund, a kickback to come in and manipulate the market and

19  invest in your company.  You can't pay people like that.

20  Q.  Ultimately, you found out that Mr. Epstein was

21  cooperating, correct?  In other words, when you met with

22  Mr. Epstein -- let me backtrack.

23       When you had phone calls with Mr. Epstein -- let me

24  rephrase.

25       When you spoke with Mr. Epstein on the phone, were

THURSDAY, FEBRUARY 14th, 2013

JURY TRIAL TRANSCRIPT EXCERPT

1  you aware that he was recording you?

2  A.  No.

3  Q.  What would have happened had you found out in the middle

4  of a phone call, you know, by the way, I'm recording you?

5  A.  I probably would have hung up.

6  Q.  Why?

7  A.  Well, because, I think, tape -- I think that I would have

8  smelled the rat.  I knew I was doing something wrong in

9  talking to him.  And I think that taping phone calls, I

10 thought, was illegal.

11 Q.  So you thought by having a phone call, nobody was actually

12 listening?

13 A.  Correct.

14 Q.  But you know somebody was listening?

15 A.  I do now.

16 Q.  As far as the Boston deal, also, let me just backtrack

17 there.

18         What was your role in the hedge fund and having that

19 deal move forward?

20 A.  I had no role at all.

21 Q.  Okay.  Now, let's fast forward.  Eventually, you learned

22 that Mr. Epstein had been recording you.  Can you just walk us

23 through how you learned about it?

24 A.  I had an interview in -- sometime -- I believe it was June

25 of 2011 at the assistant U.S. attorney's office with -- I

THURSDAY, FEBRUARY 14th, 2013

JURY TRIAL TRANSCRIPT EXCERPT

1   don't remember her name, Cristina Soto and Mr. Sputo and

2   Mr. Wright.

3   Q.   Okay.  And did they show you, at least, some of the

4   evidence against you relating to what you did?

5   A.   They played tapes.

6   Q.   Now I want to turn to an email on Government Exhibit 37,

7   specifically beginning May 28th, 2011, 6:30 a.m., and this

8   bottom portion May 28th, 2011, at 12:01 a.m.

9         Can you explain who you understood to be sending you

10   the bottom portion of that email?

11   A.   Kevin Brennan sent me that based on a phone call that he

12   had had -- we had had.

13   Q.   And what does he say in that email?

14   A.   He said my call upset him.  We didn't do anything wrong.

15   He'll never quit.  He doesn't care about cheap lawyers.  This

16   is all lies.  I will not go gently into the night.  We didn't

17   do anything illegal.

18   Q.   And then you respond, I don't disagree.  What else did you

19   respond?

20   A.   I said, but these things sometimes don't work out for the

21   good guys.  We got set up and entrapped.  Now all we got to do

22   is prove it and take the heat while we do.  I have no

23   intention of not fighting all the way, but realize that

24   sometime nice guys don't finish first.  Keys to keep the

25   business alive and well.

THURSDAY, FEBRUARY 14th, 2013

1   Q.   Now, you keep on saying "good guys."  Who did you mean by

2   good guys, nice guys?

3   A.   Well, I think, you know, Kevin and I, I thought were the

4   good guys.

5   Q.   Because you were trying to keep the business alive?

6   A.   Yeah.

7   Q.   And you also say, "We got set up and entrapped."  Who were

8   you referring to?

9   A.   Well, at that point in time I was reacting emotionally to

10  something that I didn't think was right.  And I clearly know

11  that we were, you know, nobody forced us to do what we did.

12  We did it willingly based on greed and based on knowing it was

13  something wrong.

14  Q.   Okay.  You said we didn't think it was right.  You didn't

15  think it was right that Mr. Epstein recorded you, is that what

16  you're referring to?  You just said we didn't think it was

17  right.  What at the time did you think was not right?

18  A.   Yeah.  Mr. Epstein recording us, Mr. Epstein meeting with

19  Kevin.  But I don't believe -- I mean, I was reacting

20  emotionally.  I'd been contacted by the FBI.  I knew I was now

21  deep involved in this and I was not sure what I was going to

22  do.

23  Q.   You were charged in the same indictment as Mr. Page and

24  Mr. Brennan, correct?

25  A.   Yes.

JURY TRIAL TRANSCRIPT EXCERPT

1   Q.  And at this point, I don't think there are going to be any

2   objections other than those raised before, but I'm going to

3   seek the introduction of 33, 34, and 35.  It's the plea

4   agreement, obviously, Judge, with Mr. Day's comment preserved,

5   the cooperation letter and the change of plea transcript, Your

6   Honor?

7            MR. ALDAZABAL:  No objection.

8            MR. DAY:  That's correct, Your Honor.

9            THE COURT:  All right.

10           MR. DAVIDSON:  May I publish the plea agreement?

11           THE COURT:  33, 34, 35 are admitted.

12       (Government's Exhibits 33, 34, and 35 admitted into

13   evidence.)

14           MR. DAVIDSON:  May I publish, Your Honor?

15           THE COURT:  Yeah.

16   BY MR. DAVIDSON:

17   Q.  Mr. Huggins, you signed a plea agreement with the United

18   States, correct?

19   A.  Yes.

20   Q.  In that plea agreement you agreed to plead guilty to Count

21   1 of the indictment which charged you with conspiring to

22   commit securities fraud in Title 18 United States Code Section

23   371 correct?

24   A.  Yes.

25   Q.  Who else were your conspirators in that count?

THURSDAY, FEBRUARY 14th, 2013

JURY TRIAL TRANSCRIPT EXCERPT

1  A.  Kevin Brennan and Marc Page.

2  Q.  And you recognize that for 371, the section, the

3  government had to prove that two or more people agree to

4  accomplish an unlawful plan, that you knew about it, and

5  willfully joined in.  One of the conspirators engaged in one

6  of the overt acts.  And the overt act was committed at the

7  time alleged for the purposes of carrying out the object.  Did

8  you do that?

9  A.  Yes.

10  Q.  In the plea agreement, you give up certain rights,

11  correct?

12  A.  Yes.

13  Q.  For example, in paragraph 6 on page 3 you give up the

14  right to -- excuse me, I misspoke.  Actually, let me

15  backtrack.  On page 5 the government agrees to make certain

16  recommendations to the Court about the type of sentence that

17  you receive, correct?

18  A.  Yes.

19  Q.  So turning to paragraph 10, page -- subparagraph 11, they

20  talk about what the base offense level is; do you see that

21  there?

22  A.  I do.

23  Q.  And then it talks about what the intended loss was; that

24  you intended to receive between 400 to a million dollars.

25  That's what the intended loss was, do you see that?

JURY TRIAL TRANSCRIPT EXCERPT

1   A.   Yes.

2   Q.   You agree it was sophisticated, the type of activity that

3   you did, correct?

4   A.   Yes.

5   Q.   It talks about how the Court decides the sentence, in

6   paragraph 12 on page 6; is that correct?

7   A.   Yes.

8   Q.   Who do you understand to have the power to determine what

9   your sentence is?

10  A.   The sentencing judge.

11  Q.   Okay.  And that could either be Judge Goldberg or Judge

12  Rosenbaum, correct?

13  A.   Correct.

14  Q.   And the government can make a recommendation.  But as it

15  says here, the Court may disregard the recommendations in its

16  entirety?

17  A.   I understand that.

18  Q.   You give up the right to appeal your sentence on page 7,

19  paragraph 15.  Did you understand that?

20  A.   I do.

21  Q.   Now, there are some notations here on page 8.  Do you

22  remember at the sentencing transcript -- the sentencing that

23  the judge didn't want you to give up certain rights?

24  A.   Yes.  I didn't understand it, but I do remember Judge

25  Rosenbaum having some objection to that.

JURY TRIAL TRANSCRIPT EXCERPT

1   Q.  So you wanted to give this right up, but the judge said

2   no, no, no, no, you don't.  And that's why she crossed it out?

3   A.  Yes.

4   Q.  You agree to certain facts in the plea agreement, correct?

5   A.  I did.

6   Q.  Basically you agree that you conspired with other people

7   to commit securities fraud?

8   A.  Yes.

9   Q.  Why did you agree to that?

10  A.  Because I did it.

11  Q.  Turn to paragraph 18, just going back.  You said earlier

12  in the email that you were entrapped.

13  A.  I don't believe we were entrapped.  I already told you

14  that I had just been contacted by Special Agent Sputo.  I had

15  to call a lawyer.  It was a very emotional time in between May

16  and June when I went down and met with the AUSA and the FBI

17  agents.  I was fully understanding of what I had done and was

18  agreeing to take the punishment for it.

19  Q.  Paragraph 18 of the plea agreement discusses your

20  cooperation; do you see that?

21  A.  Yes, I do.

22  Q.  Did you agree to provide truthful and complete

23  information?

24  A.  Yes.

25  Q.  You agreed that as part of the plea agreement, you would

THURSDAY, FEBRUARY 14th, 2013

JURY TRIAL TRANSCRIPT EXCERPT

1  have to testify, including at trial?

2  A.  Yes.

3  Q.  Is that what you're doing now, is that your understanding?

4  A.  Yes.

5  Q.  Can you read what you agreed to in paragraph 20?

6  A.  "In addition, should the defendant falsely implicate or

7  incriminate any person or should the defendant fail to

8  voluntarily and reasonably disclose all information and

9  provide full and complete cooperation, WHICH determinations

10  are within the sole discretion of the United States, this

11  agreement is voidable at the option of the United States and

12  the following conditions shall then also apply."

13  Q.  And paragraph -- subparagraph A says you could be

14  prosecuted for perjury or false statement, correct?

15  A.  Yes.

16  Q.  And that we could use your own admission against you?

17  A.  Yes.

18  Q.  What do you understand this paragraph, talking about

19  "perjury" and "falsely implicating people" to mean?

20  A.  It means that when you're on the stand, you tell the

21  truth.  I've always told the truth.  I've always tried to

22  cooperate, provide you the information on a truthful and

23  honest basis from the beginning of when I first got

24  interviewed.

25  Q.  Turning to paragraph 21 which talks about -- and it's even

THURSDAY, FEBRUARY 14th, 2013

JURY TRIAL TRANSCRIPT EXCERPT

1   italicized -- sole and unreviewable judgment of this office.

2   Did you understand that to be the U.S. attorney's office?

3   A.  Yes.

4   Q.  Okay.  What did you understand about the government's

5   obligation to make a recommendation to the Court about your

6   cooperation?

7   A.  I understood that it was in your sole discretion whether

8   you did or you didn't, and I was never told that you would or

9   you wouldn't.

10  Q.  But, ultimately, who decides what the sentence is going to

11  be?

12  A.  The sentencing judge.

13  Q.  Now, turning to the -- page 13, H. Ron Davidson, who did

14  you understand that to be?

15  A.  Yourself.

16  Q.  Alex Stavrou, who is that?

17  A.  My attorney.

18  Q.  And whose signature do you -- appears on the bottom?

19  A.  Mine.

20  Q.  Do you remember signing that?

21  A.  I do.

22  Q.  Did you have an opportunity to review the plea agreement

23  with your attorney, here, and the Court?

24  A.  Yes, I did.

25  Q.  Why did you enter into the plea agreement?

THURSDAY, FEBRUARY 14th, 2013

JURY TRIAL TRANSCRIPT EXCERPT

1   A.  Because I did what the plea agreement said that I did and

2   I was guilty and I accept the responsibility for it.  It was a

3   very bad decision on my part and I shouldn't have done it, but

4   I did it and I knowingly did what I did.

5   Q.  Turning to paragraph -- excuse me, Exhibit 34.  It's a

6   letter dated June 30th, 2011.  Craig Huffman was who?

7   A.  He was my first attorney.

8   Q.  Okay.  And it talks about Donald Huggins.  That's you,

9   correct?

10  A.  Yes, sir.

11  Q.  And if we turn to the last page we see Cristina Pérez

12  Soto, who did you understand her to be?

13  A.  She was the assistant United States attorney that was the

14  first person I met on my first interview.

15  Q.  Okay.  So she originally was the prosecutor assigned to

16  this case, correct?

17  A.  Yes.

18  Q.  And whose signature appears on the bottom there?

19  A.  That would be me.

20  Q.  And June 30th, 2011, was the approximate date that you

21  signed it?

22  A.  Yes, sir.

23  Q.  And in this letter -- what do you understand this letter

24  to do?

25  A.  I understand that there was a letter that said that there

THURSDAY, FEBRUARY 14th, 2013

JURY TRIAL TRANSCRIPT EXCERPT

1  was no -- they weren't offering me anything to testify and

2  there was no -- I had to volunteer all the information, answer

3  truthfully, provide all the information that I could and there

4  would be no understanding on my part that I was getting

5  anything for doing this.

6  Q.  And you signed this agreement -- or this letter, why?

7  A.  Because I committed the crime.

8  Q.  And you wanted to cooperate, correct?

9  A.  I had -- from the time that I had met with the agent and I

10 had talked to my attorney, my family, my friends, and -- I

11 realized that I was responsible for my own actions.  And the

12 fact I -- you know, if you drive the car to a bank robbery and

13 somebody else goes in and robs the bank, you're still as

14 responsible for the crime.

15      I did this.  It is embarrassing.  I know I'm going to

16 be punished for it, but it was the right thing -- I was taught

17 to do the right thing.  I didn't do the right thing and I

18 accept my responsibility for it.

19 Q.  Turning to Government Exhibit 35.  Do you remember

20 appearing before the Honorable Judge Rosenbaum up in Fort

21 Lauderdale?

22 A.  I do.

23 Q.  And Judge Rosenbaum asked you a series of questions about

24 whether you really wanted to plead guilty, is that the right

25 thing that you wanted to do?  And she also talked to you about

THURSDAY, FEBRUARY 14th, 2013

JURY TRIAL TRANSCRIPT EXCERPT

1  what rights you'd be giving up at trial; do you remember that?

2  A.  She did.

3  Q.  Turning to the last page of the -- excuse me, page 38 of

4  the change of plea transcript.  Do you remember Judge

5  Rosenbaum saying, "Mr. Huggins, you've had time to discuss

6  with your attorney whether you wish to plead guilty to the

7  charges?"

8  A.  Yes, I do.

9  Q.  And what did you answer?

10  A.  I said, "Yes, Your Honor."

11  Q.  She asked you, "How do you plead, guilt or not guilty?"

12  A.  Guilty.

13  Q.  What was your decision?

14  A.  My decision was to plead guilty.  And it was one of the

15  horriblest things I ever had to do to admit that I had made

16  such a mistake.

17  Q.  Why did you tell Judge Rosenbaum on September 21st, 2010,

18  that you were guilty?

19  A.  Because I was.

20  Q.  What did you tell her you were guilty of?

21  A.  Conspiracy to commit securities fraud.

22  Q.  And who were your conspirators?

23  A.  Kevin Brennan and Marc Page.

24      MR. DAVIDSON:  May I have a moment, Your Honor?

25      THE COURT:  Surely.

THURSDAY, FEBRUARY 14th, 2013

JURY TRIAL TRANSCRIPT EXCERPT

1       MR. DAVIDSON:  Nothing further, Your Honor.

2       THE COURT:  Cross-examination?

3       MR. ALDAZABAL:  Yes, Your Honor.

4                   CROSS-EXAMINATION

5    BY MR. ALDAZABAL:

6    Q.  Good afternoon, Mr. Huggins.

7    A.  Good afternoon.

8    Q.  Mr. Huggins, I represent Kevin Brennan.  I want to ask you

9    a few questions about your direct testimony.

10   A.  Okay.

11   Q.  And I would, kind of, like to do it backwards, if that's

12   okay with you?

13   A.  All right.

14   Q.  In other words, backwards from where Mr. Davidson ended to

15   where he started.

16   A.  Okay.

17   Q.  And in that respect, I have to find the exhibits here.

18       Now, Mr. Huggins, you testified on direct that you

19   made a mistake, correct?

20   A.  Well, when you break the law, you make a mistake.

21   Q.  Absolutely.  Couldn't agree with you any more.  And that

22   you've accepted responsibility for your mistake?

23   A.  Yes, sir.

24   Q.  Back in -- I'm trying to find the email.  Now, back on --

25   and this is part of the composite Exhibit Number 37.

THURSDAY, FEBRUARY 14th, 2013

JURY TRIAL TRANSCRIPT EXCERPT

1  Mr. Davidson showed you this particular email in which Kevin

2  Brennan, basically, says -- and he's emailing you "we did

3  nothing wrong.  We did not do anything illegal."  And you,

4  basically, respond on top, "We got set up and we were

5  entrapped."

6          And your explanation to Mr. Davidson was that at that

7  time you had just gotten a call by the FBI, you had to hire an

8  attorney, you were nervous, you were emotional, you didn't

9  know what to do and that's why you said you were entrapped.

10         Now, you hired an attorney, of course?

11 A.  Yes.

12 Q.  Okay.  And that attorney was a criminal defense attorney?

13 A.  Yes.

14 Q.  Okay.  Was that Mr. Stavrou or the other gentleman?

15 A.  Mr. Huffman.

16 Q.  Hoffman?

17 A.  H-u-f-f-m-a-n.

18 Q.  Okay.  Did he actually represent you throughout the case?

19 A.  No.

20 Q.  Okay.  You subsequently hired Mr. Stavrou?

21 A.  He was not allowed to continue as my attorney in the case.

22 Q.  Mr. Huffman was not?

23 A.  Yes.

24 Q.  And why was that?

25 A.  I have no idea.

THURSDAY, FEBRUARY 14th, 2013

JURY TRIAL TRANSCRIPT EXCERPT

```
 1  Q.  He never told you?

 2  A.  No.

 3  Q.  He had a conflict?

 4  A.  I have no idea.

 5  Q.  So you had no knowledge of why he couldn't continue?

 6  A.  Correct.

 7  Q.  Now, you subsequently ended up pleading guilty pursuant to

 8  a plea agreement?

 9  A.  Yes.

10  Q.  And that was after you decided or your attorney advised

11  you, you had made a mistake and it was probably the best thing

12  to do?

13  A.  It was after I had gone and listened to the tapes with

14  Ms. Soto and Mr. Wright and Mr. -- I can't remember the other

15  name.  And I had talked to my family, I talked to my friends,

16  and I accepted the responsibility.  And that was less than a

17  month after I sent this email.  I thought it was in my best

18  interest, personally, to accept the responsibility and plead

19  guilty.

20  Q.  Okay.  And you've said "accept responsibility" a number of

21  times.

22  A.  Yes.

23  Q.  In fact, right now I think you said it three times, I

24  counted.  And, actually, part of the plea agreement gives you

25  a reduction for accepting responsibility, doesn't it?
```

THURSDAY, FEBRUARY 14th, 2013

JURY TRIAL TRANSCRIPT EXCERPT

1  A.  Yes.

2  Q.  And that's somewhere in here, one of these paragraphs

3  where you get three levels off --

4  A.  Yes.

5  Q.  -- when you accept responsibility?

6  A.  Yes.

7  Q.  And you discussed that with your attorney?

8  A.  Yes.

9  Q.  Okay.  And your attorney also advised you that you were

10  facing a maximum penalty on this charge of five years?

11  A.  Correct.

12  Q.  And that you could go to jail?

13  A.  I can.

14  Q.  Okay.  And Mr. Davidson talked about the sole -- well,

15  actually, let's go with this before.

16        You talked about, on page 8 of your plea agreement,

17  where there was something in your plea agreement that the

18  judge did not agree with?

19  A.  Yes.

20  Q.  Is that where it's marked off there?

21  A.  Yes.

22  Q.  Okay.  And I believe those are the initials of the judge

23  on your case, the original judge on your case, not Judge

24  Goldberg, Judge Rosenbaum?

25  A.  Robin S. Rosenbaum.

THURSDAY, FEBRUARY 14th, 2013

JURY TRIAL TRANSCRIPT EXCERPT

1  Q.  And did anybody explain to you why the Judge did not agree

2  with that?

3  A.  There was a discussion between Mr. Davidson, the Judge and

4  Mr. Stavrou in legal terms and I had no -- I had no

5  understanding of what they were talking about.  They just said

6  I'm not allowing this and that was it.

7  Q.  Okay.

8  A.  I can't even see what it says.

9  Q.  Okay.  Mr. Stavrou never explained to you what a 2255 was?

10  A.  No.

11  Q.  You have no idea what that is?

12  A.  I do not.

13  Q.  Now, you were testifying here today, as Mr. Davidson's

14  pointing out, because there's a paragraph in here, a paragraph

15  21, which states the following, and let me read it.  Number 21

16  says, "This office reserves the right to evaluate the nature

17  and extent of the defendant's cooperation and to make the

18  defendant's cooperation, or lack thereof, known at the time of

19  sentencing.

20        "It is the sole and unreviewable judgment of this

21  office -- it is in the sole and unreviewable judgment of this

22  office the defendant's cooperation is of such quality and

23  significance to the investigation or prosecution of other

24  criminal matters as to warrant the Court's downward departure

25  from the sentencing guidelines."

THURSDAY, FEBRUARY 14th, 2013

JURY TRIAL TRANSCRIPT EXCERPT

1          And, Mr. Huggins, your understanding of that is that

2   it's Mr. Davidson, and maybe Mr. Soto, that eventually will

3   have the sole discretion as to whether your sentence is

4   brought down from the guidelines which are the sentencing

5   guidelines applicable to the particular crime you pled guilty

6   to?

7   A.  It's my understanding that it is their sole discretion to

8   do that.  But it's also my understanding that whatever they do

9   is -- it doesn't matter because the sentencing judge can do

10  whatever he wants to do.  That's what I understand.

11  Q.  Now, do you understand that if they don't file a 5K

12  motion, even if that judge -- let me to back.

13          Do you know what a 5K1.1 motion is?

14  A.  Sir, I think -- my lawyer said it was a letter from the

15  prosecutor to the Court referencing my cooperation.  But I

16  don't know specifically anything more than that.

17  Q.  Your lawyer didn't tell you it's a motion from

18  Mr. Davidson or Mr. Soto to the judge, giving the judge the

19  power to reduce your sentence from the guidelines?

20  A.  I know that there is some kind of communication between

21  the prosecutor and the judge allowing the judge to review that

22  information.  And in the judge's sole discretion -- my

23  understanding is that any -- that there is a thing called a

24  PSI report, there is a sentencing memorandum, there's all

25  kinds of things that happen at sentencing.  But my

THURSDAY, FEBRUARY 14th, 2013

JURY TRIAL TRANSCRIPT EXCERPT

1  understanding is that the judge makes the final decision.

2  Q.  So your understanding is not that Mr. Davidson or Mr. Soto

3  have the power to allow that judge to go down below the

4  guidelines or not?  That's your statement today?

5  A.  My understanding is that there's a federal sentencing

6  guideline table, like levels, whatever it is, and that you get

7  departures and credits for doing certain things and you get to

8  a threshold.  The judge takes everything into consideration

9  and makes a final decision.

10          I certainly know that part of that process is

11  whatever the prosecutor's office does, and gives information

12  to the judge.  But I don't believe that it has any impact on

13  what the judge makes a decision on.

14  Q.  Has no impact, in your opinion, right?  You don't believe

15  that?

16  A.  I believe that it happens.  But, for example, I'm

17  testifying here today in front of Judge Goldberg, but I don't

18  know -- I mean, I'm testifying as a witness.  But I don't know

19  that Judge Goldberg is going to even sentence me.

20  Q.  Well, whatever judge sentences you, you believe that what

21  they file or don't file is not important.  Or not that it's

22  not important, but it's not the final decision as to your

23  sentence?

24  A.  I think it's important, but I don't think it's the final

25  decision.

THURSDAY, FEBRUARY 14th, 2013

JURY TRIAL TRANSCRIPT EXCERPT

1    Q.   Okay.  Did you believe that back on November 15th of 2012?

2    What you just testified to?  You had the same belief,

3    obviously?

4    A.   I don't know what I believed back in November.

5    Q.   You don't?  Maybe I can -- well --

6            THE COURT:  Can I get a quick sidebar with all the

7    lawyers, please?

8        (Sidebar discussion on the record as follows:)

9            THE COURT:  Just about all of them.  I don't know if

10   this makes any difference at all, but I think he's scheduled

11   for sentencing with Judge Rosenbaum next week.

12           MR. DAY:  He is, February 20.

13           THE COURT:  So all this noise about me is...

14           MR. ALDAZABAL:  It's irrelevant.  But I was going to

15   ask him --

16           MR. DAVIDSON:  I've never had this, where half of the

17   case gets transferred to one judge and the other half gets

18   transferred to another judge.  I think that's where his

19   confusion is coming from.

20           The case -- he doesn't even know.

21           THE COURT:  He doesn't have anything to do with me.

22           MR. DAVIDSON:  Right.  To the extent Judge Rosenbaum

23   would refer the rest of the case to you.

24           THE COURT:  No, no.

25           MR. DAVIDSON:  I believe Judge Rosenbaum -- I believe

THURSDAY, FEBRUARY 14th, 2013

JURY TRIAL TRANSCRIPT EXCERPT

1  she would have access to this transcript because it's the same

2  case, so she can review what happened before Your Honor.

3         THE COURT:  Well, I think that's all right, yeah.

4         MR. DAVIDSON:  So I think that's where the additional

5  confusion comes from.

6         THE COURT:  I don't even know her.

7         MR. DAVIDSON:  Very nice lady.  Young lady, but very

8  nice.

9         THE COURT:  I think I met her once, she was a

10 magistrate judge.

11        MR. ALDAZABAL:  I'm saying -- Judge, we were talking

12 about things 50 years ago.

13        THE COURT:  No, I think she was a magistrate judge.

14        MR. ALDAZABAL:  She was an AUSA.

15        THE COURT:  I think I met her.  But I'm not sure if

16 she walked in, I would know who she is.  We talked on the

17 phone a couple of times.

18        MR. ALDAZABAL:  A very good judge, too.  The little

19 I've had with her.

20        THE COURT:  Good judges, bad ones.

21        MR. ALDAZABAL:  Well, Judge, yes, Judge, great ones,

22 too.

23     (End of sidebar discussion.)

24 BY MR. ALDAZABAL:

25 Q.  Mr. Huggins, I'm going to try to refresh your recollection

THURSDAY, FEBRUARY 14th, 2013

JURY TRIAL TRANSCRIPT EXCERPT

1  by showing you what's been marked as Defendant's Exhibit 3.

2  A.  Okay.

3  Q.  If you can read it.  This is an email from Don Huggins to

4  Mr. Ron Davidson, assistant United States Attorney.  If you

5  would just take a look at that.

6  A.  Okay.  Okay.

7  Q.  So, Mr. Huggins, in this email you're, basically, telling

8  --

9          MR. DAVIDSON:  Objection, Your Honor, as to reading

10  the document --

11          MR. ALDAZABAL:  All right.

12  Q.  Well, what -- what are you telling Mr. Ron Davidson in

13  this email that you just read back in --

14          THE COURT:  Mr. Davidson?

15          MR. DAVIDSON:  Your Honor, the concern is that the

16  document's not in evidence, so we shouldn't be reading or

17  citing documents that are not admitted before the jury.

18          If Mr. Aldazabal wants to ask Mr. Huggins about

19  things he said to me, that's fine.  I just wanted to be sure

20  it's done the proper way.

21          MR. ALDAZABAL:  I will ask him and he just read it so

22  he should know what it says.

23          THE WITNESS:  May I see it again?

24  BY MR. ALDAZABAL:

25  Q.  See it again?  Sure.

THURSDAY, FEBRUARY 14th, 2013

JURY TRIAL TRANSCRIPT EXCERPT

1   A.   Yeah, I mean, I'd like to see what I'm going to...

2           MR. ALDAZABAL:   Let me know when you're finished.

3   A.   All right.

4       (Transcript was read.)

5       Okay.

6   BY MR. ALDAZABAL:

7   Q.   You're good?  All right.  So what -- what do you remember

8   telling Mr. Davidson in this email?

9   A.   That I was -- was going to be a great witness, tell the

10  truth.  And perform up -- hopefully, meet his expectations by

11  telling the truth and being an honest witness.

12          I was very -- in the meeting that I was referring to,

13  I was defensive, argumentative, nasty.  I mean, it's a scary

14  thing to be sitting here thinking about going to prison for

15  something that you did.  And, you know, it was my first

16  meeting with Mr. Davidson.  And I had never really had a

17  chance to sit down and go through this with him.  And I was

18  not on my best behavior and I told him I would -- in that

19  email I told him I would be a good witness and I would not

20  have a problem.

21  Q.   Not disappoint him?

22  A.   Well, yeah, I feel if I'm not telling the truth, that

23  would -- I told the truth.  I've always told the truth.

24  Q.   Okay.  But now this was in November of last year?

25  A.   Yes.

JURY TRIAL TRANSCRIPT EXCERPT

1  Q.  But you had already met, you already testified to with

2  another prosecutor, Cristina Pérez Soto way before that?

3  A.  I met her on -- when I signed -- when she -- she was the

4  original prosecutor that gave me the plea agreement.

5  Q.  Right.  But you had already talked to her about your

6  possible cooperation in this case?

7  A.  I -- she gave a plea agreement to my attorney.  I had one

8  meeting with Ms. Soto.  I'm confused at what you're asking me.

9  Q.  I'm asking, you had already met an assistant United States

10 attorney --

11 A.  Yes.

12 Q.  -- and discussed matters of your case with her, with your

13 lawyer present before you met Mr. Davidson?

14 A.  Yes.

15 Q.  Okay.  So when you referred to this email is when you met

16 Mr. Davidson, but you were already cooperating, weren't you?

17 A.  Yes.

18 Q.  Okay.  And you had been cooperating for a while?

19 A.  Since I signed the plea agreement.

20 Q.  Since you signed the plea agreement or since you signed

21 the cooperation agreement?

22 A.  I'm not -- I guess, the cooperation agreement.  I mean, I

23 thought the plea agreement and the cooperation agreement were

24 the same thing.

25 Q.  You thought so.  Okay.  You didn't remember a few minutes

THURSDAY, FEBRUARY 14th, 2013

1 ago when Mr. Davidson showed you a cooperation agreement that

2 was signed by your attorney and by Cristina Pérez Soto as

3 being a different document than the plea agreement?

4 A.  I thought they were signed simultaneously.

5 Q.  Let me see if I can refresh your recollection as to that.

6        MR. DAVIDSON:  Judge, can we have a sidebar because I

7 think I know what Mr. Aldazabal is suggesting and I think we

8 might need to clarify something.

9        THE COURT:  All right.

10    (Sidebar discussion on the record as follows:)

11        MR. DAVIDSON:  Judge, the issue with the plea

12 agreement, my understanding is that Mr. Huggins signed the

13 plea agreement when he came in with Ms. Soto.  And that was

14 the same day he signed this cooperation letter.

15        When we got to the change of plea, Judge Rosenbaum

16 said, wait a minute, you have to make the changes.  So we

17 executed a new plea agreement.

18        That's the concern, that Mr. Huggins is now confused

19 because there is that different date.  There was actually an

20 original plea agreement with the slight modifications Judge

21 Rosenbaum wanted.

22        And the concern is the government is prejudiced

23 because Judge Rosenbaum changed our plea agreement and not

24 fair to us that Judge Rosenbaum put us in this predicament not

25 intentionally or intending to harm the government, but by

JURY TRIAL TRANSCRIPT EXCERPT

1   circumstances here we are.

2          THE COURT:  Maybe she's from Pennsylvania.

3          MR. ALDAZABAL:  Well, there was a reason for that,

4   actually, Judge Rosenbaum is totally right.  What she crossed

5   out was the 2255 ineffective assistance of counsel language

6   which is illegal under the Florida Bar because it basically

7   says to the defendant --

8          THE COURT:  2255 in the plea agreement?

9          MR. ALDAZABAL:  They wanted to stop 2255 being filed

10  which isn't a problem.  The only problem is, it's self-serving

11  for that attorney to put that in there because then his client

12  can't go after him later on and say he did a lousy job.

13         MR. DAVIDSON:  The concern is, this is in the

14  sentencing when he -- that when we -- when he signed the plea

15  agreement, Florida Bar rules allowed that language.  By the

16  time we got to Judge Rosenbaum, the Florida Bar --

17         THE COURT:  They didn't.

18         MR. DAVIDSON:  They didn't, so we were stuck in this

19  Catch 22 where the defendant had agreed to certain things, but

20  the Judge couldn't accept it.  And that's why we had this,

21  awkward two plea agreements with Judge Rosenbaum --

22         THE COURT:  So what do you want to do?

23         MR. ALDAZABAL:  I'll clarify it, if he signed two

24  plea agreements, ask if he signed one and then signed the

25  final one.

JURY TRIAL TRANSCRIPT EXCERPT

```
 1            MR. DAVIDSON:  If that refreshes --

 2            THE COURT:  He did sign two?

 3            MR. ALDAZABAL:  He did sign two.  And it's not even

 4   that big of an issue.

 5            MR. DAVIDSON:  Thank you, Your Honor.

 6            THE COURT:  Comes under the heading, "If at first you

 7   don't succeed try, try again."

 8       (End of sidebar discussion.)

 9   BY MR. ALDAZABAL:

10   Q.  Okay.  Mr. Huggins, I think we clarified this.  You signed

11   a cooperation agreement, which is Government's Exhibit 34,

12   back on September 23rd of 2011; do you remember that?

13   A.  Yes.

14   Q.  And my understanding is at that time you also signed a

15   plea agreement with the prosecutor at that time?

16   A.  I guess.  I thought I signed them both at the same time.

17   Q.  Okay.  But the final plea agreement, the one that's in

18   court today which is the one that's in evidence, is actually

19   signed on September 21st of 2012?

20   A.  Correct.

21   Q.  That's your signature there?

22   A.  Yes, it is.

23   Q.  And that's the one that Mr. Davidson just showed you a

24   little while ago on direct?

25   A.  Yes.
```

THURSDAY, FEBRUARY 14th, 2013

JURY TRIAL TRANSCRIPT EXCERPT

1          THE COURT:  I hate to interrupt you, but we're going

2    to -- short emergency.  We're going to recess for 10 minutes.

3          MR. ALDAZABAL:  That's great, Judge.  I need a drink

4    of water.

5       (Jury withdrew from the courtroom at 2:57 p.m.)

6       (Court recessed at 2:58 p.m., and proceedings continued as

7    follows at 3:17 p.m.:)

8          THE COURT:  Everybody be seated.

9          Get the jury.

10          We're going to break right at five o'clock today.

11          MR. ALDAZABAL:  That's fine, Your Honor.  I should be

12   finished by then.

13          THE COURT:  One or two jurors that got something;

14   besides, it's Valentine's Day.

15          MR. ALDAZABAL:  That's true.  We don't want to get in

16   trouble.

17          THE COURT:  Not that it makes much difference to me,

18   but...

19       (Jury enters the courtroom at 3:18 p.m.)

20          THE COURT:  All right.  Everybody be seated.

21          I apologize for breaking into your cross-examination.

22   But, hopefully, you can pick up where you left off.

23          MR. ALDAZABAL:  Thank you, Your Honor.  I will

24   proceed.  Thank you.

25   Q.  Okay.  Mr. Huggins, just so we can move on, let's just get

JURY TRIAL TRANSCRIPT EXCERPT

1  the dates, here, just clarified.  The email you sent or you

2  replied to Mr. Brennan where you said "We are good guys and we

3  got entrapped," that was on May 28th of 2011?

4  A.  Yes.

5  Q.  Okay.  And then you subsequently entered into a

6  cooperation agreement when you realized you had made a mistake

7  and that was on June 30th of that same year?

8  A.  Yes, I see that.

9  Q.  Okay.  And you finally accepted responsibility pursuant to

10 a plea agreement before Judge Rosenbaum on 9/21/12?

11 A.  My understanding is that I signed a plea agreement

12 previous to that, and this was another plea agreement that

13 was -- Mr. Davidson and Mr. Stavrou amended the original plea

14 agreement.

15 Q.  But the final plea agreement you signed in this case,

16 which is the one that's in evidence and it's Government

17 Exhibit Number 33, was signed on 9/21 of 2012?

18 A.  Yes.

19 Q.  And you are going to be sentenced next week, are you not?

20 A.  I don't know.

21 Q.  You don't know your sentencing date?

22 A.  I know that there's a discussion taking place between my

23 attorney and Mr. Davidson to -- on the sentencing.  I don't

24 know.  I haven't had any definition of that.

25 Q.  All right.  Let me ask you this question.  Was your

JURY TRIAL TRANSCRIPT EXCERPT

1  sentencing, up till today, scheduled for next week?

2  A.  For the 22nd, I think.  I don't know when my sentencing --

3       THE COURT:  Don't look at me, I don't know.

4  BY MR. ALDAZABAL:

5  Q.  Yeah.  That's --

6       THE COURT:  He ain't going to be sentenced by me.

7  BY MR. ALDAZABAL:

8  Q.  That's right.  You're going to be sentenced by Judge

9  Rosenbaum.  Do you, at least, know that?

10 A.  I was told by Mr. Davidson that it was probably likely

11 that I would be back in Fort Lauderdale in front of Judge

12 Rosenbaum.

13 Q.  And you were told by your attorney what the date was going

14 to be?

15 A.  No.  My attorney has told me that he's going to contact

16 Mr. Davidson for something to extend the dates.

17 Q.  Okay.  To extend the date from next week to a future date?

18 A.  Yes, sir.

19 Q.  But that hasn't been granted by the Court yet?

20 A.  Not to my knowledge.

21 Q.  Okay.  So then you are going to be -- as you sit today,

22 you're going to be sentenced next week on this case?

23 A.  Yes.

24 Q.  Okay.  And that's going to be by Judge Rosenbaum, not

25 Judge Goldberg?

THURSDAY, FEBRUARY 14th, 2013

JURY TRIAL TRANSCRIPT EXCERPT

1    A.   To my understanding.

2    Q.   As far as your attorney told --

3            THE COURT:  I'm glad we got that straightened out.

4            MR. ALDAZABAL:  Okay.

5    Q.   And your attorney does keep you abreast of your court

6    dates, right?

7    A.   Yes.

8    Q.   Because you're currently on bond?

9    A.   I'm on probation.

10   Q.   No.

11   A.   Not?

12   Q.   No.  Do you remember going to a bond hearing when you were

13   first brought before a magistrate --

14   A.   Oh, yes, yes.  Yes.  I am on bond.

15   Q.   And your bond is still current until you -- well, it's

16   still current until you get sentenced?

17   A.   Yes.

18   Q.   Okay.  And you already established you don't want to go to

19   jail?

20   A.   I don't think anybody wants to go to jail.

21   Q.   Okay.  But you are going to be sentenced next week and

22   it's a possibility that you may be sentenced to jail?

23   A.   Yes.

24   Q.   In fact, your attorney has probably reviewed with you the

25   sentencing guidelines?

THURSDAY, FEBRUARY 14th, 2013

JURY TRIAL TRANSCRIPT EXCERPT

1   A.   Yes.

2   Q.   And you know exactly what -- or, more or less, what range

3   the sentencing guidelines fall within?

4   A.   Yes.

5   Q.   And what is that sentencing guideline range?

6   A.   I think it's 12 to 24 months or 36 months, in that range.

7   Q.   12 to 36?  Are you sure about that?

8   A.   I don't know.  It's -- I think it's in that range.

9   Q.   Well, you've obviously had conversations about your

10   sentencing with your attorney, have you not?

11   A.   Yes.

12   Q.   Okay.  And you've, obviously, reviewed a PSI, a

13   presentence investigation?

14   A.   Yes.

15   Q.   Okay.  And, probably, the last or the next to the last

16   page of that PSI, as in all PSI, has a guideline range.

17   A.   Okay.

18   Q.   And he's pointed out what that guideline range says?

19   A.   Who has?

20   Q.   Your attorney.

21   A.   I don't talk to my attorney that often.  I live in Rhode

22   Island and he's in Florida.

23   Q.   So your testimony is you have not seen the PSI?

24   A.   I have seen the PSI.  I didn't say I didn't see the PSI.

25   Q.   And did your attorney point out to you where the guideline

THURSDAY, FEBRUARY 14th, 2013

JURY TRIAL TRANSCRIPT EXCERPT

1  range on the PSI was?

2  A.  I'm sure that I saw what -- the guideline range.  And you

3  asked me and I told you I thought it was 12 to 36 months.

4  That's what I think.  If it's not, then I'd have to see

5  something that says differently.

6       I'm -- I understand that I could be sentenced --

7  earlier on when you talked about letters from the prosecution

8  and all this stuff, I said my understanding from my lawyer is

9  that whatever the PSI recommends, the sentencing

10 recommendations, if I get a letter from Mr. Davidson's office,

11 if my reference letters are something that fall in the judge's

12 good favor, that the judge can make a determination whether to

13 up my sentence or lower my sentence.

14       I also know that by signing a plea agreement and

15 being a cooperating witness that helps and enhances my

16 position of getting a better sentence.

17 Q.  Okay.  But you also know that under the guideline range,

18 that is advisory in the federal system, right?

19 A.  Yes.

20 Q.  You have a certain range that your PSI is going to

21 recommend because of the nature of your crime and a series of

22 other things.  In fact, in your plea agreement it refers to

23 that, does it not?

24 A.  Yeah.  I think it was a Level 17 or 18 or 16...  Somewhere

25 in the 16 to 18 range.

THURSDAY, FEBRUARY 14th, 2013

JURY TRIAL TRANSCRIPT EXCERPT

1   Q.  Okay.  And do you remember what the corresponding

2   guideline range is for that?

3   A.  No.

4   Q.  And this is something that you're facing next week and

5   you're not familiar with the ranges?

6   A.  I'm totally prepared to go in front of a judge and get

7   sentenced to go to prison.  And that's what I think is going

8   to happen.

9   Q.  Okay.  Great.  Now, you also spoke to Mr. Epstein several

10  times on the phone, correct?

11  A.  Yes.

12  Q.  Okay.  And you subsequently found out you were recorded

13  during those conversations?

14  A.  Yes.

15  Q.  Okay.  And at some point you also found out that

16  Mr. Epstein had a case up in Philadelphia and that he was

17  ultimately sentenced to probation.  You don't know -- do you

18  know Richard Epstein?

19  A.  No, I've never met Richard Epstein.

20  Q.  But you've talked to him on the phone?

21  A.  Yes.

22  Q.  Okay.  Several times?

23  A.  Three different days.

24  Q.  Three different days.  Okay.  You had no other

25  communication with Richard Epstein?

THURSDAY, FEBRUARY 14th, 2013

JURY TRIAL TRANSCRIPT EXCERPT

1  A.  No.

2  Q.  And you don't know what Mr. Epstein ended up getting in

3  his case in Philadelphia?  Your attorney never told you that?

4  A.  No.

5  Q.  So you have no idea?

6  A.  I'm -- I'm -- no.

7  Q.  Okay.  Now, you started out by identifying yourself as a

8  consultant --

9  A.  Yes.

10  Q.  -- correct?

11  A.  Yes, sir.

12  Q.  Let me ask you one final question.  Back in January

13  through March of 2010 --

14  A.  Yeah, okay.

15  Q.  Got the date?

16  A.  Yep.

17  Q.  Do you remember that period of time?

18  A.  Oh, yes.

19  Q.  Okay.  Did you think you were doing anything illegal

20  during that time, back then?  Not in retrospect, but at the

21  time?

22  A.  I -- well, once I knew what the plan was --

23  Q.  I'm just --

24  A.  -- with Mr. Epstein, I did, yes.

25  Q.  But the question is, during that period of time, from

THURSDAY, FEBRUARY 14th, 2013

JURY TRIAL TRANSCRIPT EXCERPT

1  January to March of 2010, before you knew whatever you were

2  going to say, did you -- yes or no?  Try to remember.  Did you

3  think you were doing anything illegal?

4  A.  Not until I met Mr. Epstein, no.

5  Q.  Until you met Mr. Epstein?

6  A.  Talked to Mr. Epstein.

7  Q.  Okay.  You talked to Mr. Epstein.  Okay.  And you talked

8  to Mr. Epstein the first time on?

9  A.  March 15th.

10  Q.  March 15th of 2010, correct?

11  A.  Yes.

12  Q.  And on that day Mr. Epstein called you?

13  A.  Yes.

14  Q.  And you had a conversation?

15  A.  Yes.

16  Q.  Okay.  Do you remember that conversation well?

17  A.  It was, kind of, an introductory conversation.  We talked,

18  you know, it was a feeling-out process.  We talked over the

19  course of the next couple of days about what the program would

20  consist of.  And he wanted me to confirm how much money the

21  company needed to raise.  And, you know, what my role would be

22  in it.  Those sorts of things.

23  Q.  What the company needed to raise, what your role was --

24  A.  Yes.

25  Q.  -- and those sorts of things.  Like -- well, let me ask

JURY TRIAL TRANSCRIPT EXCERPT

1  this, are press releases, by themselves, illegal?

2  A.  By themselves, no.  But when they're released ahead of --

3  through people that shouldn't have them that have the ability

4  to trade on that information, that's illegal.

5  Q.  Okay.  But, by themselves, with the proper timing there's

6  nothing illegal about a press release?

7  A.  No, sir.

8  Q.  In fact, it's done all the time?

9  A.  Absolutely.

10  Q.  And it's done not only in the stock market, but in all

11  sorts of different areas of business?

12  A.  Correct.

13  Q.  Okay.  So back on the date you just cited, March -- you

14  had a conversation with Mr. Epstein.  And one of the things

15  you talked about during that conversation was press releases?

16  A.  Yes.

17  Q.  Do you remember that conversation?

18  A.  Not specifically.  I remember talking with him about press

19  releases, yes.

20  Q.  Would it help if we played it or I showed you some

21  transcripts?

22  A.  A transcript would be good.

23  Q.  Okay.  Let's do it the easy way, then, how's that?

24        All right.  Here's a conversation.  This is

25  Government's Exhibit, for the record, 19-A.  Now, you

THURSDAY, FEBRUARY 14th, 2013

JURY TRIAL TRANSCRIPT EXCERPT

1  previously stated that Kevin Brennan told you to send press

2  releases.  Do you remember that in your direct testimony?

3  A.  Well, it was in an email from Kevin to me.  Please remind

4  me I need to send Epstein press releases.

5  Q.  Okay.  Bottom of the page.  Bottom of page 11, this is the

6  fourth call, Government's Exhibit 18-A.

7  A.  Yes.

8  Q.  Okay.  See that?

9  A.  Yes.

10  Q.  "CHS" is Mr. Epstein?

11  A.  Yes.

12  Q.  And "DH" is you?

13  A.  Yes.

14  Q.  Okay.  So when -- you're asking Mr. Epstein, "So when --

15  so what would be the ideal time to get the news out?"

16  A.  Right.

17  Q.  Epstein says, "Oh."  And you say, "I can put out something

18  tomorrow.  I can wait till..."  You're talking about a press

19  release there?

20  A.  Yes.

21  Q.  And you're talking about a legal press release?

22  A.  Yes.

23  Q.  Okay.  So there's nothing wrong with that?

24  A.  Well, the problem that was wrong with it is that he wanted

25  to send it to the broker.  He wanted -- he wanted possession

THURSDAY, FEBRUARY 14th, 2013

JURY TRIAL TRANSCRIPT EXCERPT

1  of the press releases ahead of the market, all three of them.

2  And he wanted me to send those.  Kevin wrote three press

3  releases and we sent them to Mr. Epstein.

4  Q.  Right.  "He" being Mr. Epstein?

5  A.  Yes, because he needed them for the broker.

6  Q.  Right.  Mr. Epstein needed those for the phantom broker?

7  You realize there was no broker here, you know that?

8  A.  I do now, yes.

9  Q.  Oh, you do now?

10  A.  Yeah.  Well, I mean -- yes, of course, I know there was no

11  broker.

12  Q.  So when you're saying "he," it's Mr. Epstein you're

13  referring to?

14  A.  Yes.

15  Q.  Okay.  So, basically, you're sending something that is

16  perfectly legal to Mr. Epstein at his request?

17  A.  Well --

18  Q.  What he does with it afterwards --

19  A.  I did, yeah.

20  Q.  -- you didn't know at that time, did you?

21  A.  Well, he told me what he was going to do with it

22  afterwards.

23  Q.  But this is the first time you testified you talked to

24  him?

25  A.  On this particular moment I was sending the press releases

THURSDAY, FEBRUARY 14th, 2013

JURY TRIAL TRANSCRIPT EXCERPT

1  to Mr. Epstein.  And, yes, I didn't know what he was going to

2  do with them.

3  Q.  Okay.  So at this particular moment, which is all we're

4  talking about --

5  A.  Okay.

6  Q.  -- during your first conversation, you're sending a

7  perfectly legal press release to Mr. Epstein.  Or you're

8  saying you're going to the next morning, whenever he wants it,

9  in other words.

10 A.  Okay.

11 Q.  All right?  In fact, on page 13 you continue on the press

12 release conversation about, I don't know, two-thirds of the

13 way down.  We'll talk tomorrow.  We have -- you know, I'm

14 trying to reach people to find out what's going on.  But,

15 regardless, I'll put out the news -- put the news out and I'll

16 put the first release out in the morning.

17        Same thing as to the prior pages?  You're talking

18 about a press release here?

19 A.  I'm talking about a press release that I -- maybe not at

20 this exact moment, but within the course of the next day or

21 so, knew was going to facilitate a "match trade."

22 Q.  Okay.  Now, this is the first conversation you had with

23 Mr. Epstein?

24 A.  This is the first conversation, yes.

25 Q.  Okay.  And so far do you know anything illegal is going to

JURY TRIAL TRANSCRIPT EXCERPT

1  happen or you're just having a conversation with somebody you

2  think is an investor in OPTZ?

3  A.  No, I knew -- I don't know -- I can't see the day that I

4  had -- that I'm having this conversation.  If you're telling

5  me it's the first day, then I believe you.

6  Q.  Don't take my word for it.  This is government -- don't

7  take anything I tell you as my word.  I'll show you right

8  here.

9  A.  Okay.

10  Q.  This is Government's Exhibit 18-A.

11  A.  Okay.

12  Q.  Okay?  And here's the date right here.

13          PROSPECTIVE JUROR:  Can you pull the panel down?

14          MR. DAVIDSON:  Pull it down.

15          MR. ALDAZABAL:  Oh, I'm sorry.

16  Q.  Can you see it there?

17  A.  Okay.  Yes.  This is the first day I talked to him.  The

18  only other knowledge I had at this point in time was in

19  conversations that I had with Kevin Brennan who had said you

20  got to get Epstein the press release so we can start the

21  program.  You got to get Diane Cardenas to cert so that the

22  broker can get started because we need the money immediately.

23  Q.  Now, you're a consultant, according to you, for OPTZ,

24  right?

25  A.  Yes.

THURSDAY, FEBRUARY 14th, 2013

JURY TRIAL TRANSCRIPT EXCERPT

1   Q.   Okay.  And I think -- I think -- no, I know that

2   Government's Exhibit 36, which is already introduced, is your

3   consulting agreement?

4   A.   Yes.

5   Q.   And the -- I guess the charge or what you charge for this

6   consulting is right here, shall be in the form of OPTZ common

7   shares?

8   A.   Correct.

9   Q.   In other words, you weren't going to get paid any cash for

10  this?

11  A.   No.

12  Q.   And you were going to get paid an undetermined amount of

13  common shares?

14  A.   Yes.

15  Q.   Okay.  And you actually said on -- or you testified, that

16  you were a shareholder --

17  A.   Yes.

18  Q.   -- in OPTZ?

19  A.   Correct.

20  Q.   And, actually, you were a major shareholder in OPTZ,

21  weren't you?

22  A.   Define major.

23  Q.   Did anybody at OPTZ -- did anybody own more shares of OPTZ

24  than you did?

25  A.   Oh, yes.

THURSDAY, FEBRUARY 14th, 2013

JURY TRIAL TRANSCRIPT EXCERPT

1  Q.  Who?

2  A.  Robert Schneiderman.

3  Q.  Who else?

4  A.  I don't know.  At different times as the float increased,

5  more and more people bought the stock.  So I don't know who

6  the majority of the shareholders were.  At some time Mr. Asher

7  and Kramer and Blum all became significant shareholders.

8  Q.  All right.  We'll get to that.  That was the promissory --

9  convertible promissory note?

10 A.  Yes.

11 Q.  Okay.  How many shares did you have in OPTZ?

12 A.  I did -- Private Capital had?  I would think half a

13 million, a million.

14 Q.  Half a million?

15 A.  I don't know.  I can't remember.  It was significant, but

16 it was not a majority.

17 Q.  Okay.  And let's just go with, you testified about Archer

18 (sic) Enterprises, right?

19 A.  Who?

20 Q.  Archer Enterprises, we just talked about them, the --

21 A.  Asher.

22 Q.  Sorry.

23 A.  I don't know any Archer.

24 Q.  Asher, yes.  I'm sorry.  Okay.  Remember that?

25 Government's Exhibit 39?

THURSDAY, FEBRUARY 14th, 2013

JURY TRIAL TRANSCRIPT EXCERPT

1  A.  Yes.

2  Q.  And your testimony, basically, was that -- what is Asher

3  Enterprises?

4  A.  Asher Enterprises was a firm in New York that was owned

5  and operated by a man named Curt Kramer who invested in

6  companies in the form of convertible notes.

7  Q.  And I know you went into explanation about how the more

8  shares they had, the less -- or the more money they made --

9  how does -- I didn't understand that.  How is that possible?

10  If the shares are worth nothing, does it matter how many

11  shares they have?

12  A.  Well, they keep getting millions and millions of shares.

13  You sell a hundred million shares at a penny or two pennies,

14  whatever it is, they get whatever that multiple -- that dollar

15  amount is.  So as long as they're getting their principal back

16  by converting the shares and selling the shares -- and that's

17  why Kevin went up to meet with Asher and Blum later on in the

18  year because they wanted them -- they wanted Kevin to increase

19  the float in the company another 300 million shares so that

20  they could just keep making money and with the temptation to

21  give Kevin a little bit of money here and a little bit of

22  money there.

23        I mean, you couldn't get out of it, it was horrible.

24  Q.  It was a really bad deal?

25  A.  It was a terrible deal.

THURSDAY, FEBRUARY 14th, 2013

JURY TRIAL TRANSCRIPT EXCERPT

```
1   Q.  It was a great deal for --

2   A.  Asher.

3   Q.  Asher?

4   A.  Yeah.

5   Q.  Okay.  Except when the company goes bankrupt?

6   A.  Yeah, I --

7   Q.  Asher loses the value of --

8   A.  Well, yeah.  But I think Asher by this point would have

9   already, I mean, converted out his money.  Between Asher and

10  Blum, they get their money out so they were way ahead right

11  from the beginning.

12  Q.  And when you say converted -- I'm just trying to learn

13  because I wasn't familiar with this.  When you say "convert,"

14  they actually change it into cash by selling it on the market?

15  A.  They sent a conversion notice to the transfer agent, Kevin

16  sent them stock, and they just kept exchanging cash for stock,

17  cash for stock.

18  Q.  So they were taking --

19  A.  Meanwhile, the stock of the company goes from a hundred

20  million to 500 million to a billion and the valuation of the

21  company just goes to nothing.

22  Q.  So when they're converting the stock, they're taking cash

23  out of the company?

24  A.  Who is taking cash out?

25  Q.  Asher.
```

THURSDAY, FEBRUARY 14th, 2013

JURY TRIAL TRANSCRIPT EXCERPT

1  A.   Yes.  And he's giving some of it back to the company --

2  Q.   Okay.

3  A.   -- to buy -- to get more notes.  It's a -- it just keeps

4  on.  It's a cyclone.  It's a death spiral.

5  Q.   Predatory lending type of deal?

6  A.   I would think so --

7  Q.   Okay.

8  A.   -- but I don't know.

9  Q.   And that was the situation at the time of January 2010?

10  A.   Sometime in the fall of '09 or the winter of 2010, Kevin

11  entered into a deal with Asher against the advice of myself

12  and a person who introduced him to Asher with the knowledge

13  that it was a bad deal with no floor.

14  Q.   Okay.  And who was that?

15  A.   That was Jack Wright.  I did not introduce the company to

16  Asher.

17  Q.   You advised against that deal?

18  A.   I did.  And so did Mr. Wright.

19  Q.   Okay.  And that was, basically, financing for the company

20  because the company needed money, cash?

21  A.   Throughout the fall of 2009, Kevin knocked himself out to

22  try to find legitimate sources of money.  There was no

23  legitimate sources of money.

24       We turned to the Epstein broker scheme because that

25  was a last resort.  There was no -- we were going to pay to

THURSDAY, FEBRUARY 14th, 2013

JURY TRIAL TRANSCRIPT EXCERPT

1  make that happen, we knew we were doing it, we knew what we

2  were getting ourselves into because we had run out of

3  legitimate sources.

4          There was a tremendous opportunity for the company to

5  survive if it could get rid of the Asher note and close on the

6  acquisition, so we had to resort to something bad.

7  Q.  A tremendous opportunity, as you put it?

8  A.  Well, I mean, I believed it.  I mean, I believed Kevin was

9  a -- smart enough to figure it out.

10 Q.  Well, but you were a major shareholder?

11 A.  Yes.

12 Q.  And if the company went bankrupt, which it eventually did,

13 right?

14 A.  It would be a bad day for me.

15 Q.  Bad day for you?

16 A.  Yeah.  Bad day for my friends and -- my families who I had

17 been involved with Kevin in investing with Kevin's company

18 since 2002.  So I had run out of sources of my own friends and

19 family and probably invested hundreds of thousands of dollars

20 in ten years.

21 Q.  And you invested that money in Kevin's business, is that

22 what you're saying?

23 A.  In the public companies, XRG, WLSV, and OPTZ.

24 Q.  Well, those were companies through acquisitions and

25 mergers --

THURSDAY, FEBRUARY 14th, 2013

JURY TRIAL TRANSCRIPT EXCERPT

1  A.  No.  They were predecessor companies.

2  Q.  Right.  But they eventually became OPTZ?

3  A.  No.

4  Q.  All right.

5  A.  No, they didn't.

6  Q.  Well --

7  A.  XRG went out of business.  WLSV --

8  Q.  OPTZ is what we're talking about.

9  A.  Yeah, I know.  But you asked me a question.  I answered

10 the question.  OPTZ was formed as a merger with a shell in the

11 summer of 2009.  It was a whole new start up.  So we had to go

12 out again on the road and try to find money for the company.

13 Q.  When was that consulting agreement signed?

14 A.  Oh, I had numerous consulting agreements.

15 Q.  Oh, okay.  Because you seem to know a lot, not only about

16 these businesses but, obviously, you're very, very well versed

17 in the stock market and stock transactions and all these

18 terms, right?

19 A.  Yes, I think I am.  And that's why Kevin engaged me.  And

20 I've known him for ten years.  And he was the guy to go out on

21 the road and meet these people.  He was as knowledgeable as I

22 was in the terms of meeting with -- he -- I didn't go to the

23 meetings that he went to.  I made introductions.

24         There were a half a dozen to a dozen other

25 consultants who are all calling Kevin and trying to introduce

THURSDAY, FEBRUARY 14th, 2013

JURY TRIAL TRANSCRIPT EXCERPT

1  him.  That's how Mr. Page got involved.  Mr. Henderson --

2          MR. DAVIDSON:  Your Honor, if I may?

3          MR. ALDAZABAL:  He's not answering the question,

4  Judge.  I don't want to be rude and stop him, but I mean,

5  he's...

6          THE WITNESS:  I'm sorry.  I thought I was answering

7  the question.

8          THE COURT:  What was your objection?

9          MR. DAVIDSON:  I was going to say if the witness

10  could try and focus on the question.

11          THE WITNESS:  I'm sorry.  I'm sorry.

12          THE COURT:  Maybe I can help a little.

13          Mr. Huggins, listen carefully to the question and

14  only answer the question.  Don't --

15          THE WITNESS:  Yes, Your Honor.

16          THE COURT:  Don't keep going.

17          THE WITNESS:  Thank you.

18          THE COURT:  Save time, yours and mine.  Go ahead.

19  BY MR. ALDAZABAL:

20  Q.  All right.  Mr. Huggins, so you're saying that Kevin did

21  this and Kevin did that.  But let me do this.  Let me refer

22  you to that same phone conversation.  The first phone

23  conversation you had with Mr. Epstein.  And this is going to

24  be on page 27 of that phone conversation.

25          And Kevin is doing all this stuff, but you are

THURSDAY, FEBRUARY 14th, 2013

JURY TRIAL TRANSCRIPT EXCERPT

1   telling Mr. Epstein, right here on page 27.

2        Donald Huggins:  "Well, Kevin is okay with anything I

3   tell him."

4   A.  Yes.

5   Q.  This is the first time you speak to Mr. Epstein?

6   A.  Yes.

7   Q.  And you are now telling him, Kevin is okay with anything I

8   tell him.

9   A.  Yes.

10  Q.  In other words, in your role as a consultant?

11  A.  I'm sorry?

12  Q.  Your role as a consultant, right?  Or as a shareholder,

13  which one?

14  A.  As a consultant and friend.

15  Q.  Oh, friend?

16  A.  Yeah.

17  Q.  Okay.  So you were Kevin's friend, too?

18  A.  I think so.

19  Q.  Well, no, when Mr. Davidson first asked you, you said I

20  was a consultant --

21  A.  Well, I was a consultant, yes.

22  Q.  Let me get your -- hold on.  Hold on.

23  A.  No.  I was a consultant.  I've known him for ten years.

24  Q.  Hold on.  You've known him for ten years, okay.  Well, the

25  way you answered the question, Mr. Davidson asked you what you

THURSDAY, FEBRUARY 14th, 2013

JURY TRIAL TRANSCRIPT EXCERPT

1  did.  You said I'm currently up in Rhode Island, I'm a real

2  estate broker, Capital Group Consulting back in the period of

3  2010.  Do you remember that?

4  A.  Yes, sir.

5  Q.  And you said you were a consultant.  Your job was to

6  introduce funding sources for the company, do you remember

7  that?

8  A.  Among other things, yes.

9  Q.  Among other things.  Okay.  Funding sources for the

10  company, okay?

11  A.  Yes.

12  Q.  And you had been advising Mr. Brennan and OPTZ, a trucking

13  business of which he was a CEO for ten years?

14  A.  Yes.

15  Q.  Okay.  Well, that's what you told Mr. Davidson, okay?

16  A.  Yes.

17  Q.  And you had a consulting agreement, right?

18  A.  Yes.

19  Q.  Now, the consulting agreement you have here is now one of

20  many because this one happens to be signed -- oh, I guess

21  there's no -- I'm sorry.  Wrong one.  This is the consulting

22  with Asher.  The other consulting agreement that you have, do

23  you remember the date of that?

24  A.  No.  And the reason -- one of the reasons we had the

25  consulting agreements is when you got issued stock, part of

THURSDAY, FEBRUARY 14th, 2013

JURY TRIAL TRANSCRIPT EXCERPT

1   the ability to get the stock -- the restriction removed from

2   the stock is you needed to have supporting paperwork with the

3   broker to do that.  And an agreement, a written agreement

4   would do that.

5   Q.  Okay.  Now, so Kevin does anything you tell him to do.

6   Now, you have other conversations with Mr. Epstein?

7   A.  Yes.

8   Q.  Okay.  And, in fact, you have one on March 17th, that's

9   only two days later, right?

10  A.  Yes.

11  Q.  With Mr. Richard Epstein.  Were you and Mr. Epstein, I

12  presume are talking about, for lack of a better word, market

13  manipulation?

14  A.  Yes.

15  Q.  You're selling shares?

16  A.  Yes.

17  Q.  Okay.  So this is you and Mr. Epstein?

18  A.  Yes.

19  Q.  And Mr. Epstein, you know, is a stockbroker, an individual

20  that does investment --

21  A.  No.  Mr. Epstein was not a stockbroker.

22  Q.  He was not a stockbroker?

23  A.  No.

24  Q.  Oh.  Well, what was your understanding of what Mr. Epstein

25  was?

THURSDAY, FEBRUARY 14th, 2013

JURY TRIAL TRANSCRIPT EXCERPT

1   A.   Mr. Epstein had a good friend in South Florida who was a

2   stockbroker that had clients from South America that would

3   invest in the stock.   That's what I understood.

4   Q.   That was the program.   But at one point in his life,

5   Mr. Epstein was a stockbroker with Smith Barney, you didn't

6   know that?

7   A.   No, I did not know that.

8   Q.   If you didn't know that, that's fine.   But he was.

9   A.   I did not know that.

10  Q.   It's irrelevant.   But, anyway, you and him are talking

11  about manipulating the market?

12  A.   Yes.

13  Q.   Okay.   And that's on your second conversation on March

14  17th?

15  A.   Yes.

16  Q.   And then you have a couple of more conversations.   But

17  after this whole program, for lack of a better term,

18  collapses -- or it is collapsed because, of course, it was

19  fictitious.

20  A.   Yes.

21  Q.   Which, I think, happens the next day, March 18th of 2010?

22  A.   Yes.

23  Q.   Richard Epstein calls you.   And Richard Epstein tells you

24  that the stockbroker had been fired?

25  A.   Yes.

THURSDAY, FEBRUARY 14th, 2013

JURY TRIAL TRANSCRIPT EXCERPT

1  Q.  And you are very concerned?

2  A.  Of course.

3  Q.  And you're concerned because there's a paper trail?

4  A.  Yes.

5  Q.  And because the stock that was sent to Richard Epstein's

6  girlfriend, make-believe, came from you?

7  A.  Yes.

8  Q.  And it was actually sent to your island -- what is it?

9  A.  Island Stock Transfer.  It's a transfer --

10  Q.  That's just a transfer agent, right?

11  A.  Yes.

12  Q.  But it was your stock?

13  A.  Yes.

14  Q.  It was your stock that was transferred.  So there is a

15  paper trail coming back to you?

16  A.  Yes.

17  Q.  And you are very concerned, nervous?

18  A.  Yes.

19  Q.  And you ask him, well, how are we going to make this --

20  A.  Go away.

21  Q.  -- appear legal, right?

22  A.  Well, there's no way to make it appear legal.  I knew it

23  was illegal.

24  Q.  Diminish the possibility of detection, how's that?  That's

25  the basis of your discussion?

THURSDAY, FEBRUARY 14th, 2013

JURY TRIAL TRANSCRIPT EXCERPT

1  A.  Oh, certainly.

2  Q.  Okay.  All right.  So you were both on the same page

3  there?

4  A.  Yes.

5  Q.  Okay.  But, yet, that was back in --

6  A.  That was March 18th.

7  Q.  Of 2010?

8  A.  Of 2010, yes.

9  Q.  March 18 of 2010.  And in May -- on May 28, this is, like,

10 a year later, nothing much happens in the meantime, I guess,

11 but about a year later --

12 A.  No.  A lot happened in the meantime.

13 Q.  Well, I'm sure a lot happened in your personal life?

14 A.  Well, no, in the business life.

15 Q.  All right.  Well, we're not interested in that so let me

16 ask you the question.  May 28 of 2011, you're still sending

17 Mr. Brennan a message saying we got set up, we got entrapped,

18 we're good guys.  Now --

19 A.  Yes.

20 Q.  -- were you -- were you -- when you're talking to

21 Mr. Epstein, you're very concerned about getting caught?

22 A.  Yes.

23 Q.  But you already testified, previously, that back in 2011,

24 May 28th, you thought quite honestly you were still good guys

25 and you had gotten entrapped?

THURSDAY, FEBRUARY 14th, 2013

JURY TRIAL TRANSCRIPT EXCERPT

1  A.   I think we sped down the road and there were no policemen

2  to stop us and give us a ticket between the period of time

3  that the -- we continually tried to raise money for the

4  company.  Once the Epstein program failed, we immediately were

5  talking to people in California named Uptick.  Kevin was in

6  Boston.  There was no attempt to stop it.  We knew -- Kevin

7  knew and I knew that this was a failed effort and we'd been

8  scammed.  That's what Kevin felt.

9  Q.   That's what he felt --

10 A.   And I felt, as well.

11 Q.   That's what you felt at the time.  Okay.  Great.  And what

12 you basically did, along with Kevin, as a consultant is try to

13 find funding to revive this dying company?

14 A.   Correct.  We knocked on every legitimate source of money

15 that I knew of and everybody knew of.  We resorted to this as

16 a last ditch effort.  Kevin met with Mr. Epstein and over the

17 course of ten days, he and I talked.  Marc Page and I talked.

18 We consulted.  We knew what we were doing and we did it.

19 Q.   Okay.  But after that, you just testified that you

20 tapped -- as a consultant with connections, in fact, you're

21 sometimes referred to as a deal maker, you tapped sources of

22 legitimate funding for the business?

23 A.   What I said was that after the period of the failed effort

24 with Mr. Epstein, there were a dozen consultants that Kevin

25 was working with.  All -- I didn't make introductions to

THURSDAY, FEBRUARY 14th, 2013

JURY TRIAL TRANSCRIPT EXCERPT

1  Asher, Blum, Uptick, so I was --

2  Q.  Wait.  So there was --

3  A.  So I just want to be clear.  I was continuing to work on

4  behalf of the company to try to save the company.  Because at

5  the end of the day, if the company succeeds and the

6  shareholders win and make money, then everybody's happy.

7  Q.  And you're a shareholder?

8  A.  Yes.

9  Q.  Okay.  One last area.  You actually introduced Kevin

10  Brennan to Ed Henderson?

11  A.  I did.

12  Q.  And Henderson is up in the Boston area?

13  A.  Yes.  Rhode Island.

14  Q.  Rhode Island.  A friend of yours?

15  A.  30 years.

16  Q.  And you made that introduction?

17  A.  Yes.  About 10 or 12 years ago.

18  Q.  And exactly, if you know, I guess if you've known him for

19  30 years, what does Ed Henderson do?

20  A.  He was a broker for Barclay Investments.  And then he

21  started working with Steve Crowley on the American Scene Radio

22  and he consulted with companies and brought them to National

23  Investment Bankers Association and tried to find them money.

24  Q.  Okay.  Do you or you did you ever know an individual by

25  the name of Michael Lee?

THURSDAY, FEBRUARY 14th, 2013

JURY TRIAL TRANSCRIPT EXCERPT

1  A.  I talked to him once on the phone.

2  Q.  And do you remember the approximate date of that

3  conversation?

4  A.  No.  My -- no.

5  Q.  Did you...

6        MR. ALDAZABAL:  That's all I have.  Thank you, Your

7  Honor.

8        Thank you, Mr. Huggins.

9        THE COURT:  All right.  Mr. Day?

10        MR. DAY:  Thank you, Your Honor.

11                    CROSS-EXAMINATION

12  BY MR. DAY:

13  Q.  Sir, if I ask you a question that you don't understand,

14  I'm going to ask you to stop me and ask me to rephrase it and

15  I'll do that.  Will you do that, sir?

16  A.  Yes, sir.

17  Q.  Sir, you testified to the ladies and gentlemen of the jury

18  on direct examination that you had some conversations with

19  Mr. Page, and that would have been January and February of

20  2010; is that correct?

21  A.  No.  I said that I -- I met Mr. Page by phone in the fall

22  of 2009.

23  Q.  Okay.  My question to you is, with regard to conversations

24  that you had or you claim you had with Mr. Page regarding

25  Richard Epstein, you said that those conversations were

JURY TRIAL TRANSCRIPT EXCERPT

1  between January and February of 2010, correct?

2  A.  Up until March, yes.  But certainly most of my

3  conversations were in January and February.  And later on,

4  again, in February to March.

5  Q.  Okay.  So there were some conversations in March; is that

6  correct?

7  A.  Yes.

8  Q.  Okay.  So your best recollection is that these

9  conversations occurred somewhere between January and March; is

10  that right?

11  A.  Yes.

12  Q.  Okay.  Could it have been later than March?

13  A.  Could have been.

14  Q.  Okay.  Specifically with regard to Richard Epstein; is

15  that correct?

16  A.  Nothing --

17  Q.  I'm asking you with regard to --

18  A.  -- specific to --

19  Q.  With regard to Richard Epstein, sir.  Those are my

20  questions.  Your conversation with him were between January

21  and March of 2010; is that your testimony?

22  A.  It could have been after that, subsequent to that.

23  Q.  Okay.  Now, sir, do you have any notes of any kind to

24  document that conversation you had or those conversations you

25  had with Mr. Page?

THURSDAY, FEBRUARY 14th, 2013

JURY TRIAL TRANSCRIPT EXCERPT

1  A.  No.

2  Q.  Did you write anything down about what was said by -- you

3  claim what was said by Mr. Page?

4  A.  No.

5  Q.  Was there any email that you sent to Mr. Page that would

6  document that conversation or any conversations you had with

7  Richard Epstein or he had with you about Mr. Epstein?

8  A.  I submitted all those documents, the emails to the

9  prosecutors.

10  Q.  My question to you, sir, are there any emails that --

11  A.  Yes.

12  Q.  -- exist between yourself and Mr. Page that document

13  conversations that you claim you had about Mr. Epstein?

14  A.  Not to my knowledge.

15  Q.  Okay.  Is there anything in writing, sir, whatsoever, that

16  would document any conversations you claim you had with

17  Mr. Page regarding Mr. Epstein?

18  A.  Not to my knowledge.

19  Q.  Is there any memorandum of any kind, anything that would

20  document the conversations that you had or you claim you had

21  with Marc Page regarding Richard Epstein?

22  A.  Not to my knowledge.

23  Q.  So there is nothing in writing; is that correct?

24  A.  Yes.

25  Q.  Okay.  So whatever these conversations were that you claim

THURSDAY, FEBRUARY 14th, 2013

JURY TRIAL TRANSCRIPT EXCERPT

1  you had with Mr. Page, that would be solely related to your

2  memory of them; is that right?

3  A.  Yes.

4  Q.  Okay.  Nothing other than that; is that correct?

5  A.  Correct.

6  Q.  And you're a busy businessman; is that correct?

7  A.  Yes.

8  Q.  You're getting dozens of calls all the day, all the time;

9  is that correct?

10  A.  No.

11  Q.  You're not?

12  A.  No.

13  Q.  How many calls do you get during a day?

14  A.  During that period of time, I wasn't getting any calls

15  hardly at all except with Kevin, Marc Page, and a couple other

16  calls.  I had a very inactive business situation.  My mother

17  was sick, my father died, my father-in-law died.  I was busy

18  dealing with many, many personal crises.

19  Q.  Okay.  I'm asking you, sir, about your business dealings.

20  Did you have any business dealings at all in the first third

21  of 2010, other than --

22  A.  Yes.

23  Q.  -- the ones that you've talked about here?

24  A.  Yes, yes.

25  Q.  Okay.  And what about the mid-portion of 2010?  Are you

THURSDAY, FEBRUARY 14th, 2013

JURY TRIAL TRANSCRIPT EXCERPT

1   involved in any other business deals?

2   A.  Yes.

3   Q.  I mean, you're a head of a cap company called Private

4   Capital; is that right?

5   A.  Yes.

6   Q.  Okay.  What kind of company is that, sir?

7   A.  A consulting company.

8   Q.  A consulting company, right?

9   A.  Yes.

10  Q.  And you're doing that for a living, right?

11  A.  Yes.

12  Q.  And that business requires you to be on the phone with

13  people, right?

14  A.  I had two clients and I was on the phone with those two

15  clients.

16  Q.  Okay.  And are you getting any other phone calls from

17  anyone else during this period of time?

18  A.  Just as it related to my real estate business.

19  Q.  Okay.  So you had a real estate business, as well, right?

20  A.  Yes.

21  Q.  And you're having calls related to that; is that right?

22  A.  Occasionally, yes.

23  Q.  Okay.  Would this be in 2010?

24  A.  Yes.

25  Q.  Would this have been in January to March of 2010?

THURSDAY, FEBRUARY 14th, 2013

JURY TRIAL TRANSCRIPT EXCERPT

1   A.   No.   Because the real estate business, I didn't get my

2   broker's license until April of that year.

3   Q.   Okay.   So in April of 2010 you're getting phone calls

4   regarding your real estate business; is that right?

5   A.   Yes.

6   Q.   And in May of 2010?

7   A.   Yes.

8   Q.   June, right?

9   A.   Yes.

10  Q.   July of 2010?

11  A.   I imagine.

12  Q.   Throughout 2010; is that right?

13  A.   I would think so.

14  Q.   And into 2011, as well, right?

15  A.   Yes.

16  Q.   You got this real estate business; is that correct?

17  A.   Yes.

18  Q.   And to be a realtor, you got to be on the phone talking to

19  people; is that correct?

20        MR. DAVIDSON:   Your Honor, I'm going to object to

21  this point as to the daily phone habits of Mr. Huggins.

22        MR. DAY:   Well, your Honor, I think it will be

23  evident in a minute why I'm asking those questions.

24        THE COURT:   I'll overrule the objection.   Go ahead.

25  BY MR. DAY:

JURY TRIAL TRANSCRIPT EXCERPT

1  Q.  So you got a real estate business that's active in 2010

2  and also 2012, right, sir?

3  A.  It was very inactive.

4  Q.  Okay.  And whether it's inactive, in that you maybe are

5  not, actually, closing on properties, but you're still trying

6  to generate business, right?

7  A.  No.

8  Q.  No.  Not at all?

9  A.  Nope.  What I did for the real estate business was there

10 was a broker, a luxury broker in Narragansett, Rhode Island,

11 named Lila Delman.  She asked me to open an office for her on

12 Block Island.  I had no --

13 Q.  Sir, I'm asking you if you had a real estate business?

14 A.  -- minimum --

15 Q.  Excuse me, that was active in 2011.  If it's no, then it's

16 no.  Yes or no, sir?

17 A.  Yes, I had a real estate business.

18 Q.  Okay.  And were you trying to generate income in that real

19 estate business in 2011?

20 A.  No.

21 Q.  And were you trying to generate income in your Private

22 Capital corporation?

23 A.  Yes.

24 Q.  Okay.  And were you working that business in 2011?

25 A.  Yes.

THURSDAY, FEBRUARY 14th, 2013

JURY TRIAL TRANSCRIPT EXCERPT

1  Q.  And I assume you're on the phone during 2011 working that

2  business; is that right?

3  A.  Yes.

4  Q.  Okay.

5  A.  Now, I want to tell you, I do now think that in 2011 I did

6  start going to Block Island and start working in my real

7  estate business, so -- but it was back and forth occasionally

8  on the boat to Block Island.

9  Q.  And that is in the beginning of 2011?

10  A.  I think I got my license in April or May.

11  Q.  Okay.

12  A.  So it was that summer of that year.

13  Q.  Right.  Because the first time that anybody asked you to

14  recall any of these conversations is when you meet with the

15  FBI, right?

16  A.  What particular conversations?

17  Q.  These conversations that you claim you had with Mr. Page?

18  A.  Yes.  Yes.

19  Q.  Right?

20  A.  Yes.

21  Q.  And the first time that you would have met with anyone

22  from the government --

23  A.  Yes.

24  Q.  -- would have been in June of 2011; is that right?

25  A.  June?  Yes.

THURSDAY, FEBRUARY 14th, 2013

JURY TRIAL TRANSCRIPT EXCERPT

1  Q.  That's Government's 34 on the bottom.  Do you see that?

2  A.  Yes.

3  Q.  And that particular dated letter is June 30th, 2011,

4  right?

5  A.  Yes.

6  Q.  And you signed that particular letter on June 30th,

7  correct?

8  A.  Yes.

9  Q.  All right.  And that's the letter that gives you

10  protection against any statements that you might make, right?

11  A.  Providing that I volunteer to answer all questions provide

12  all other information in a truthful manner.  I guess that's

13  what it says.  You'd have to flip the page.

14  Q.  And then after that, sir, you met with the FBI; is that

15  correct?

16  A.  I met with -- I thought I met with the FBI before this.

17  But it was in that period of time.

18  Q.  Okay.  Well, as a matter of fact, you met with the FBI

19  September the 23rd of 2011; does that refresh your

20  recollection, sir?

21  A.  If that's the date.  I mean, I don't specifically remember

22  that.  I remember meeting with them.

23  Q.  Okay.  You met with Agent Wright who sits at the table; is

24  that right?

25  A.  Yes.  Agent Wright and, maybe, Agent Sputo.

THURSDAY, FEBRUARY 14th, 2013

JURY TRIAL TRANSCRIPT EXCERPT

1   Q.   And you told them or they asked you what happened, right?

2   A.   Yes.

3   Q.   And that's the first time that you had been called upon to

4   relate to anyone from law enforcement what happened, right?

5   A.   Yes.

6   Q.   Okay.  So that would have been the first time that you

7   would have had any occasion to recall any of the conversations

8   you had with Marc Page; is that right, sir --

9   A.   Yes.

10  Q.   -- regarding Richard Epstein?

11  A.   Yes.

12  Q.   All right.  That would have been the first time that you

13  would have had the occasion to try to recall the dates on when

14  you would have had conversations with Marc Page regarding

15  Richard Epstein, correct?

16  A.   Yes.

17  Q.   Okay.  So September the 23rd of 2011, that's almost two

18  years after these alleged conversations you said you had with

19  Mr. Page; is that right?

20  A.   Yes.

21  Q.   Okay.  And your testimony is, it's your recollection, your

22  memory, unaided by anything else that claims that it's January

23  to March when you may have had these conversations; is that

24  right?

25  A.   I had a private placement memorandum from Mr. Page, an

THURSDAY, FEBRUARY 14th, 2013

JURY TRIAL TRANSCRIPT EXCERPT

1   introduction into --

2   Q.  My question, sir --

3   A.  No, it's not.

4   Q.  My question to you, sir, is, regarding the testimony that

5   you gave the ladies and gentlemen of the jury --

6   A.  Yes.

7   Q.  -- conversations that you allegedly had with Mr. Page

8   about his interaction --

9          THE COURT:  Hold it.

10          MR. DAVIDSON:  Your Honor, I believe the witness was

11   actually trying to answer Mr. Day's question.  Mr. Day's

12   question, if I remember, was what evidence or what things he

13   can recall or what he used to recall conversations.  And I

14   believe the witness was talking about documents also.  So he

15   was trying to answer the question.

16          If the Court can allow the witness to answer

17   Mr. Day's question about how he remembers conversations.

18          MR. DAY:  Your Honor, I'll withdraw that question.

19          MR. DAVIDSON:  Judge, you can't pose a question and

20   when the witness answers in a way you don't like, say stop,

21   don't answer it.  The question's been asked, let the witness

22   answer it, Your Honor.

23          MR. DAY:  Your Honor, the question that I intend to

24   ask is regarding the testimony of this particular witness

25   regarding his conversations of Marc Page as it related to

JURY TRIAL TRANSCRIPT EXCERPT

1  Mr. Epstein.

2         THE COURT:  All right.  Just ask him whatever you

3  want to ask him, Mr. Day.

4         MR. DAY:  Yes.

5         THE COURT:  Do allow him to finish the answer.

6         MR. DAY:  Yes, sir.

7         THE COURT:  All right.

8  BY MR. DAY:

9  Q.  Sir, my question to you are related to your testimony on

10  direct examination about what you recall Marc Page claiming

11  that he related to you about Richard Epstein, okay?

12  A.  Yes.

13  Q.  Those are the -- that's the area that I'm asking about.

14  A.  Okay.

15  Q.  Okay?  All right.  And you have indicated, you believe

16  your best recollection is that those conversations would have

17  occurred between January and March of 2010, correct?

18  A.  Yes.

19  Q.  And that's your memory; is that right, sir?

20  A.  Yes.

21  Q.  Okay.  And it could have been later in March of 2010; is

22  that right?

23  A.  Not in regard to Mr. Epstein.  It could have been

24  continued.  But when -- we talked about Mr. Epstein in

25  January, in February.  And the reason I know that is because

THURSDAY, FEBRUARY 14th, 2013

JURY TRIAL TRANSCRIPT EXCERPT

1  on February 9th, Mr. Page sent a consulting agreement to me to

2  forward to Kevin Brennan because he had an investor that he

3  wanted to introduce the company to.

4  Q.  Well, sir, you testified in your direct examination that

5  you told Mr. Page not to become involved in paying a broker,

6  right?

7  A.  Mr. Page called me --

8  Q.  Excuse me.  I'm just asking you.  Yes?

9  A.  Yes.

10 Q.  Yes?

11 A.  Yes.

12 Q.  Okay.  Because that would have been wrong, right?

13 A.  Yes.

14 Q.  Okay.  But you just testified on cross-examination from

15 Mr. Aldazabal that you didn't know anything was wrong in your

16 first conversation with Mr. Epstein, right?

17        MR. DAVIDSON:  Objection, Your Honor, as to

18 miscategorizing what the witness said.  I think the witness

19 said that he didn't think he did anything wrong, as opposed to

20 that the deal was illegal.

21 BY MR. DAY:

22 Q.  Okay.  Sir, did you testify that you didn't think

23 Mr. Aldazabal showed you the conversation that you had, the

24 first one with Mr. Epstein; is that correct?

25 A.  I saw that.

THURSDAY, FEBRUARY 14th, 2013

JURY TRIAL TRANSCRIPT EXCERPT

1  Q.  Okay.  And he asked you, is there anything wrong with what

2  you're doing with Mr. Epstein; is that correct?

3  A.  I think he did ask me that, yeah.

4  Q.  Okay.  And you said at that time, in that conversation,

5  no?

6  A.  Not at that time because Mr. Epstein hadn't personally

7  exposed to me the broker plan.  I had heard it from Kevin and

8  I heard it from Marc Page because Kevin met with Mr. Epstein.

9  Q.  You told Mr. Aldazabal that in this conversation on March

10 the 15th with Richard Epstein, you didn't think anything was

11 wrong?

12 A.  On that conversation, talking to Mr. Epstein, I didn't

13 know what he was going to say.  I had only heard from Kevin

14 and Mr. Page that there was a broker from South Florida

15 involved and there was going to be a three-for-one or a

16 four-for-one payment to Mr. Epstein and the broker.

17 Q.  But you claim that you told Mr. Page, when he told you

18 about this, not to pay a broker, right?

19 A.  Correct.  I told Mr. Page I would not pay a broker and to

20 call Kevin Brennan.

21 Q.  Right.  Because you believed it was wrong, right?

22 A.  Yes.

23 Q.  So you knew that what you claim Mr. Page had told you was

24 wrong about this individual, right?

25 A.  Yes.

THURSDAY, FEBRUARY 14th, 2013

JURY TRIAL TRANSCRIPT EXCERPT

1   Q.   Okay.  But you told Mr. Aldazabal when you talked to

2   Mr. Epstein on your first conversation on March 15th, you

3   didn't think anything was wrong, right?

4   A.   I think what I just said --

5   Q.   No, sir, that's my question.

6   A.   Well, no.  That's not what I said.  I mean, this is

7   ridiculous.  I told you what I said.

8         MR. DAVIDSON:  Objection, Your Honor.  Can we allow

9   the witness to answer the question?  The question was about

10  what the witness understood about a particular call and

11  Mr. Day is confusing the two calls.  There's a conversation

12  with Mr. Page, and then there's the conversation with

13  Mr. Epstein.  If we could clarify which call we're talking

14  about and what Mr. Huggins understood.

15        THE COURT:  Restate your question, Mr. Day.

16        MR. DAY:  Yes, Your Honor.

17        THE COURT:  And I'll allow the witness to complete

18  it.

19        MR. DAY:  Yes, sir.

20  Q.   Mr. Aldazabal showed you your conversation?

21  A.   Yes.

22  Q.   It's Government's Exhibit 18-A.  You see that at the

23  bottom, right?

24  A.   Yes, sir.

25  Q.   And, sir, he told you or brought you to this first call

THURSDAY, FEBRUARY 14th, 2013

JURY TRIAL TRANSCRIPT EXCERPT

1  that you have with Richard Epstein; is that right?

2  A.  Yes.

3  Q.  And you recognize that that was the first time you had

4  actually spoken to Richard Epstein, right?

5  A.  Yes.

6  Q.  Okay.  And Mr. Aldazabal asked you, through this

7  particular phone call, okay, when you're discussing this

8  negotiation or this deal with Mr. Epstein, he asked you, were

9  you doing anything wrong, right?

10       MR. DAVIDSON:  Objection, Your Honor.  I think we've

11  covered this already, now, maybe, for the third time.

12       MR. DAY:  We have covered if, but it hasn't been

13  answered.

14  Q.  So let me restate the question.

15  A.  All right.

16  Q.  You told Mr. Aldazabal, he asked you in this conversation

17  that you're having with Richard Epstein, okay, did you know

18  that what you were doing was wrong?

19  A.  At that particular time of the first conversation?

20  Q.  Right.

21  A.  I knew the plan that we were going to enter into with

22  Mr. Epstein was going to be wrong, but I needed to hear it

23  from Mr. Epstein directly.

24       I did not have a conversation with Mr. Epstein

25  specifically till a couple days later.  I knew that there was

THURSDAY, FEBRUARY 14th, 2013

JURY TRIAL TRANSCRIPT EXCERPT

1   a plan in place to hire a broker and have the broker get the

2   press releases and create a buying program for the stock.

3   That's what I knew.

4   Q.  Your answer, sir, on cross-examination from Mr. Aldazabal,

5   he asked you a simple question.  In that phone conversation,

6   did you know that what you were doing and saying with Richard

7   Epstein was wrong?  And you said "no," correct?

8        MR. DAVIDSON:  Judge, I'm not sure I understand why

9   Mr. Day is asking the witness to testify what he previously

10  testified to with Mr. Aldazabal.

11       THE COURT:  I'll overrule it.  Keep on.

12       MR. DAY:  Exactly.  That's the question.

13  A.  Did I say --

14  Q.  You said, sir --

15  A.  -- doing anything wrong?  No.

16  Q.  Pardon?

17  A.  I think I said no to that.

18  Q.  Correct.  You did, right, in your cross-examination?

19  A.  Yes.

20  Q.  You didn't think that you were doing any anything wrong on

21  the 15th, right?

22  A.  The --

23  Q.  March the 15th, 2010.  The first phone call with Richard.

24  Epstein, correct?

25  A.  I guess so, yes.

THURSDAY, FEBRUARY 14th, 2013

JURY TRIAL TRANSCRIPT EXCERPT

1  Q.  But yet you claim, it's your testimony that you had told

2  Marc Page before March the 15th not to be involved in that

3  deal because it's illegal, correct?

4  A.  Yes.

5  Q.  So, sir, that conversation, if it occurred with Mr. Page,

6  may have occurred after March 15th, correct?

7  A.  I don't recall that.

8  Q.  But it may have, correct?

9  A.  Could have.

10  Q.  Okay.  Could have been March 18th, right?

11  A.  I don't recall.  I -- I really specifically remember it

12  happening ahead of sending the consulting agreement.

13  Q.  Right.  And you don't recall.  That's your answer, right?

14  A.  I recall it being ahead of the consulting agreement.  The

15  specific day -- which would have had to have been January or

16  February.

17  Q.  Okay.  I understand that, sir.  But you don't have a

18  specific recollection of when that may have been; is that

19  correct?

20       MR. DAVIDSON:  Objection, Your Honor.  He answered

21  this question already.

22       THE WITNESS:  I don't have the exact date, no.  I

23  think it was ahead of sending the consulting agreement.

24       MR. DAY:  Okay.

25  Q.  Yet, at the same time you have said -- already testified

JURY TRIAL TRANSCRIPT EXCERPT

1  that on March the 15th, you didn't think anything was wrong

2  with the deal, correct?

3        MR. DAVIDSON:  Objection, Your Honor.  I think now

4  this is the sixth time and he just answered that two seconds

5  ago.

6        THE COURT:  I think maybe the government's correct.

7        MR. DAY:  I understand, Your Honor.

8  Q.  The only emails that you have provided the government that

9  refer to any conversations you might have had with Marc Page

10  are, one, regarding that consulting agreement, correct?

11  A.  Yes.

12  Q.  And another one regarding a chicken deal; is that correct?

13  A.  I don't remember what the deal was, but some other deal,

14  yes.

15  Q.  This is Government's Exhibit 37.  This is from Marc Page;

16  is that correct?

17  A.  Yes.

18  Q.  And that is to your email; is that correct?

19  A.  Yes.

20  Q.  And that's dated November the 9th of 2011; is that right?

21  A.  Yes.

22  Q.  And that is regarding a chicken deal; is that correct?

23  A.  Yes.

24  Q.  And this is with regard to Horizon Foods; is that right?

25  A.  Yes.

THURSDAY, FEBRUARY 14th, 2013

JURY TRIAL TRANSCRIPT EXCERPT

1  Q.  Okay.  So other than that -- and the consulting agreement

2  that Marc had asked for that you sent to Kevin Brennan, you

3  have no other documentation of any conversations that you had

4  with Mr. Page, correct?

5  A.  There was -- no --

6  Q.  Is that --

7  A.  -- that's correct.

8  Q.  No notes or logs or memorandum --

9  A.  Right.

10  Q.  -- of any kind; is that correct?

11  A.  Right.

12  Q.  And, sir, just at the end of your cross-examination by

13  Mr. Aldazabal, you told him that the only thing that you knew

14  about Richard Epstein prior to March the 15th, which was your

15  first phone call, was what you had been told by Kevin Brennan;

16  is that correct?

17  A.  No.  And Marc Page.  I talked to Marc Page --

18  Q.  Sir, my question to you is --

19  A.  No.

20  Q.  My question to you is with regard to Mr. Aldazabal, you've

21  made a statement on cross-examination that the only thing you

22  knew about Epstein prior to March the 15th was what you had

23  been told by Kevin Brennan; did you say that, sir?

24  A.  I said --

25  Q.  Excuse me, if I could --

THURSDAY, FEBRUARY 14th, 2013

JURY TRIAL TRANSCRIPT EXCERPT

1   A.  I don't know, if he said -- but that's not -- I should --

2   that's not -- I know I talked to Marc Page about Richard

3   Epstein.

4   Q.  My question, sir --

5   A.  If I did say that, then I said that.

6   Q.  My question to you, sir, is:  Did you, under oath as you

7   testified for Mr. Aldazabal, say the following, let me ask you

8   the question.

9           The only thing I knew about Epstein prior to March

10  the 15th was what I had been told by Kevin Brennan.  Did you

11  tell Mr. Aldazabal that or not?

12          MR. DAVIDSON:  Objection, Judge.

13          THE WITNESS:  Well, it's a -- if they read my

14  testimony back and I said that, then that's what I said.

15  BY MR. DAY:

16  Q.  Okay.  And, sir, you pled guilty to Count 1 of this

17  particular indictment; is that right?

18  A.  Yes, sir.

19  Q.  And that is the same count that you're charged in the

20  conspiracy with Kevin Brennan and Marc Page; is that right?

21  A.  Yes.

22  Q.  And that's the only count that relates to Marc Page, is

23  that right, as far as you know?

24  A.  Yes.

25  Q.  And that count calls for a maximum penalty of five years

THURSDAY, FEBRUARY 14th, 2013

JURY TRIAL TRANSCRIPT EXCERPT

1   in prison; is that right?

2   A.   Yes.

3   Q.   And that's a potential penalty that you may be looking at;

4   is that correct?

5   A.   Yes.

6   Q.   And you, sir, are hoping that you don't go to prison for

7   five years; is that right?

8   A.   Yes.

9   Q.   And you're hoping that you don't go to prison for any

10  time; is that right?

11  A.   I hope not, but that's not my expectation.

12  Q.   I know it's your hope, correct?

13  A.   Yes.

14  Q.   And as a part of your agreement with the government,

15  you're required to come here and testify today; is that right?

16  A.   Correct.

17  Q.   And as you said in your email, you're hoping to make them

18  very, very proud of your effort; is that right?

19  A.   Yes.

20  Q.   Okay.  And that's why you're here today; is that correct?

21  A.   Yes.

22  Q.   Why you're testifying here?

23  A.   Yes.

24  Q.   Okay.

25          MR. DAY:   Thank you, sir.

THURSDAY, FEBRUARY 14th, 2013

JURY TRIAL TRANSCRIPT EXCERPT

1          Your Honor, I don't have anything else.

2          THE COURT:  Any redirect?

3          MR. DAVIDSON:  Yes, Your Honor.

4          THE COURT:  Now, Mr. Davidson, you can go over all

5    the stuff that I wouldn't let you.

6          MR. DAVIDSON:  Thank you, Your Honor.

7                    REDIRECT EXAMINATION

8    BY MR. DAVIDSON:

9    Q.  Mr. Huggins, let's start off with, do you see a young lady

10   besides you that seems to be typing on something?

11   A.  Yes.

12   Q.  Okay.  Do you understand that she's taking down what you

13   say?

14   A.  I do now.

15   Q.  Okay.  But before this you understood that somebody was

16   going to take down your testimony, correct?

17   A.  Yes.

18   Q.  And do you understand that the judge who ultimately

19   reviews your sentence would be able to review what you've said

20   here today?

21   A.  Yes.

22   Q.  And it doesn't matter whether or not the government does

23   something, doesn't do something, the judge who sentences you

24   has the power to get what this young lady is typing down; do

25   you understand that?

THURSDAY, FEBRUARY 14th, 2013

JURY TRIAL TRANSCRIPT EXCERPT

1   A.  Yes.

2   Q.  Okay.  Now, going back with -- I want to clarify some

3   potential confusion.  Where did you learn about the -- let's

4   call it the "Epstein program."

5          Who -- who did you talk to about the Epstein program,

6   initially, before you spoke with Mr. Epstein?

7   A.  Marc Page.

8   Q.  And anyone else?

9   A.  Kevin Brennan.

10  Q.  Okay.  Now, they -- walk us through, just generally, what

11  both of them described about the Epstein program?

12         MR. DAY:  Your Honor, that's beyond the scope of

13  cross-examination.  I didn't ask this particular witness

14  anything about what was said.  I asked him about the timing of

15  the conversations.  So this, again, is a rehash of direct

16  examination.

17         MR. DAVIDSON:  I can move on and clarify.

18         THE COURT:  All right.  Mr. Davidson.  Thank you.

19  BY MR. DAVIDSON:

20  Q.  Then at a certain point you have your first conversation

21  with Mr. Epstein, correct?

22  A.  Yes.

23  Q.  Let's look at that conversation.  But that focused on --

24  let me pull up a specific page.

25         Let's go to Government's Exhibit 18 and we'll start

THURSDAY, FEBRUARY 14th, 2013

JURY TRIAL TRANSCRIPT EXCERPT

1  with page 2.  You say, "Kevin asked me to give you a call."

2  A.  Yes.

3  Q.  This is Kevin Brennan, correct?

4  A.  Yes.

5  Q.  Okay.  "I just talked to Island Stock Transfer."  Who are

6  they again?

7  A.  The transfer agent for OPTZ.

8  Q.  And what are you talking about, the cert?

9  A.  It's 25,000 shares to Ms. Cardenas.

10  Q.  And what was the transfer of that supposed to be for?

11  A.  It was a deposit for the broker.

12  Q.  Did you understand that the deposit for the broker was

13  going to be illegal?

14  A.  Yes.

15  Q.  And the date on this is March 15th at 1 p.m., your voice

16  mail, correct?

17  A.  Yes.

18  Q.  Now, let's fast forward a little bit to page 11 where

19  you're having a conversation with Mr. Epstein.

20          And you're talking about the timing, do we want to do

21  something starting tomorrow, do we want to wait until the next

22  day.  What are you talking about, here, if you remember?

23  A.  Putting out press releases and having the broker start his

24  program.

25  Q.  What do you say, here, just after that?

THURSDAY, FEBRUARY 14th, 2013

JURY TRIAL TRANSCRIPT EXCERPT

1  A.  Because Kevin wants it to happen four days ago.

2  Q.  Okay.  What did you mean by Kevin wants what to happen

3  four days ago?

4  A.  He wanted the program to start so the money would come in.

5  Q.  And at the time you knew that that was the illegal deal,

6  correct?

7  A.  Yes.

8  Q.  And turning to page 27.  Now, during cross-examination

9  Mr. Aldazabal asked you about a particular line and I want to

10  go through that.  Can you tell us, starting middle of page 27,

11  what you tell Mr. Epstein?

12  A.  Kevin's okay with anything I tell him.  Kevin would not be

13  okay if, hypothetically, your guy wants to buy $125,000 a week

14  or a month of stock.  You know what the number is.

15        And then Kevin wanted 400,000 bought over the month.

16  That was because we didn't want too much attention brought to

17  this stock and have it get eyeballs on it that we didn't want

18  on it.

19  Q.  And then you respond, okay, well he told me five.  Who

20  said he wanted five?

21  A.  Kevin.  And five meant 500,000.

22  Q.  Okay.  So even though you said, well, Kevin's okay with

23  anything I tell him, who's the one deciding it's 500,000?

24  A.  Well, Kevin thought that 500,000 was a good number to pay

25  off Asher and to pay the down payment or to continue payment

THURSDAY, FEBRUARY 14th, 2013

JURY TRIAL TRANSCRIPT EXCERPT

1  on the trucking company.

2  Q.  Now, I want to clarify something else Mr. Day asked you

3  about how you remember things about this case.  After you were

4  arrested, did you have an opportunity to review your emails?

5  A.  Yes.

6  Q.  Did you have an opportunity to review the tape recordings?

7  A.  Yes.

8  Q.  Have you thought about this case since you were arrested?

9  A.  I've -- constantly.

10       MR. DAY:  Your Honor, could we have a date as to that

11  arrest?  I think we need a predicate for that.

12       MR. DAVIDSON:  I can ask Mr. Huggins.

13  Q.  Do you remember when you had your initial appearance,

14  approximately, in this district?

15  A.  Is that when I went before the first judge?

16  Q.  Yes.  When did you first come to either Miami or Fort

17  Lauderdale and appear before a United States either magistrate

18  or district court judge?

19  A.  I don't remember.

20  Q.  Was it approximately -- approximately how many months ago?

21  A.  Seems like about a year.

22  Q.  Okay.  So in the past year or so, how often have you

23  thought about this case, this transaction, this event?

24  A.  Thousands.  I mean, daily, nightly.  It's consumes me.

25  I've relived it a million times.

THURSDAY, FEBRUARY 14th, 2013

JURY TRIAL TRANSCRIPT EXCERPT

1   Q.  Mr. Day also asked you about the lack of documentation of

2 the phone calls and meetings.  Do you usually document phone

3 calls you have with people?

4   A.  Never.

5   Q.  Does that mean the phone calls didn't happen?

6   A.  No.

7   Q.  Turning to the potential for reduction, and Mr. Aldazabal

8 asked you about this.  Let's just say you were to lie on the

9 stand.

10   A.  Yes.

11   Q.  Do you think the government is going to go to Judge

12 Rosenbaum or Judge Goldberg, whoever is deciding your

13 sentence, do you think the government's going to ask that your

14 sentence be reduced for your lying?

15   A.  No.

16         MR. DAVIDSON:  One moment, Your Honor.  Nothing

17 further, Your Honor.  We ask that this witness be excused.

18         THE COURT:  Any recross?

19         MR. DAY:  No, Your Honor.

20         MR. ALDAZABAL:  No, Your Honor.  Thank you.

21         MR. DAVIDSON:  May he be excused?

22         THE COURT:  Can this witness be excused?

23         MR. DAVIDSON:  I think he has travel plans to go back

24 and we just wanted him to be relieved of his subpoena.

25         THE COURT:  Mr. Huggins, you're excused.

THURSDAY, FEBRUARY 14th, 2013

JURY TRIAL TRANSCRIPT EXCERPT

1    THE WITNESS:  Thank you, Your Honor.

2    MR. SOTO:  Your Honor at this time the government

3  calls Special Agent Nathan Frank with the FBI.

4                   NATHAN FRANK,

5    having been first duly sworn, testified as follows:

6    COURT REPORTER:  Could you state your full name and

7  then spell your first and last name for me, please.

8    THE WITNESS:  Yes.  My name is Nathan Frank.

9  N-a-t-h-a-n.  F-r-a-n-k.

10    MR. SOTO:  May I proceed, Your Honor?

11    THE COURT:  Surely.

12                 DIRECT EXAMINATION

13  BY MR. SOTO:

14  Q.  Mr. Frank, I think I misspoke when I introduced you.

15  Where do you work?

16  A.  I work for the Federal Bureau of Investigations, the FBI.

17  Q.  And what is your title?

18  A.  My formal title is I'm a staff operations specialist.  To

19  clarify it better, I'm an analyst for operational squads.

20  Q.  Okay.  So you're not a special agent?

21  A.  No, I am not.

22  Q.  And what do you do?  What does an analyst do?

23  A.  I work daily with the agents.  I research multiple cases

24  and go through records, voluminous records like bank records,

25  cellphone records.  Really, anything that's needed to -- and

THURSDAY, FEBRUARY 14th, 2013

JURY TRIAL TRANSCRIPT EXCERPT

1  these cases are so large and there's a lot of paperwork and

2  documents.  I go through evidence and sort it out and analyze

3  it.

4  Q.  Were you asked to do anything in connection with this

5  case, United States versus Kevin Brennan and Marc Page?

6  A.  Yes.  I was asked to analyze the telephone records.

7  Q.  Okay.  May I approach the witness, Your Honor?

8        THE COURT:  Yes.

9  BY MR. SOTO:

10  Q.  I've just handed you what's been marked as Government's

11  Exhibit 54, 55, 56, and 57.  Would you please turn first to

12  Government's Exhibit 57.  Do you recognize that?

13  A.  Yes, I do.

14  Q.  And briefly describe what it is.

15  A.  This is a chart displaying telephonic activity for Marc

16  Page between January 1st --

17  Q.  Before we get into the specifics, it is a summary chart of

18  phone records?

19  A.  It is a summary chart of phone records, phone calls made

20  by Marc Page and Kevin Brennan.

21  Q.  Okay.  And who created that chart?

22  A.  I created the chart.

23  Q.  And at whose direction did you create it?

24  A.  At the direction of Special Agent Michael Sputo.

25  Q.  Okay.  And who is Special Agent Michael Sputo?

THURSDAY, FEBRUARY 14th, 2013

JURY TRIAL TRANSCRIPT EXCERPT

1   A.   He is the case agent for this, for the case.

2   Q.   Okay.  And did you use any data to compile and create that

3   chart?

4   A.   Yes.  I used the telephone records.

5   Q.   You used the telephone records?

6   A.   The telephone records for three individuals, Marc Page,

7   Donald Huggins, and Kevin Brennan for a period of January 1st,

8   2010, to March 31st, 2010.

9   Q.   Okay.  And I'd like to turn your attention to Exhibits 54,

10   55, and 56; they're to your left.  If you would just take a

11   look at those documents?

12   A.   Okay.

13        MR. SOTO:   These are documents that have previously

14   been sent to defense counsel in discovery, Your Honor.

15   A.   54 and 55 I reviewed previously, and reviewed 56, as well.

16   Q.   Could you just explain to the jury what those documents

17   are.  What is Exhibit 54?

18   A.   Sure.  54 is telephone records by Cox Telephone Company.

19   They're the records for Donald Huggins.

20   Q.   Okay.  And how were those documents obtained?

21   A.   They were obtained by subpoena sent out by the FBI.

22   Q.   To?

23   A.   To Cox Communications.

24   Q.   The telephone provider for Mr. Huggins' phone?

25   A.   Correct.

THURSDAY, FEBRUARY 14th, 2013

JURY TRIAL TRANSCRIPT EXCERPT

1  Q.  Okay.  Exhibit 55.

2  A.  You can see it's pretty large.

3  Q.  How long have you been an analyst, Mr. Frank?

4  A.  I've been an analyst for about two and a half years.

5  Q.  Have you ever testified before?

6  A.  One time at a sentencing.

7  Q.  Okay.  So Exhibit 55, phone records for whom?

8  A.  55 are the phone records for Marc Page.

9  Q.  Okay.  And Exhibit 56?

10  A.  Are the phone record for Kevin Brennan.

11  Q.  Okay.  And the dates for all three are between January and

12  March of 2010?

13  A.  Yes.

14  Q.  Okay.  And let's turn to Exhibit 57 which is the summary

15  chart.

16  A.  Okay.

17  Q.  You explained that that summary chart is comprised of two

18  pages?

19  A.  Yes.  That's correct.

20  Q.  Okay.  One page is a chart that includes phone calls made

21  by and between Marc Page, Donald Huggins, and Kevin Brennan,

22  correct?  And Richard Epstein, I'm sorry.  And there's one

23  other individual, but those individuals?

24  A.  Correct.

25  Q.  Okay.  And the other individual is whom?

THURSDAY, FEBRUARY 14th, 2013

JURY TRIAL TRANSCRIPT EXCERPT

1    A.   Robert Schneiderman.

2    Q.   Okay.  So let's take those in turn.  You have records for

3    Marc Page, Kevin Brennan, and Donald Huggins, correct, that

4    you analyzed?

5    A.   Correct.

6    Q.   Okay.  So would you explain how it is that you got the

7    phone number for Mr. Schneiderman?

8    A.   I received a -- from a document given to me by Special

9    Agent Michael Sputo which listed his name and number on that

10   document.

11   Q.   Okay.

12        And, for the record, Mr. Schneiderman's number is in

13   evidence, Your Honor.

14        Mr. Epstein's number, how did you get that number?

15   A.   I received Richard Epstein's phone number from Special

16   Agent Michael Sputo.

17   Q.   Okay.  And would you just tell the jury what

18   Mr. Schneiderman's number is?  I didn't ask you that question.

19   A.   Sure.  Mr. Schneiderman's number is 215-741-7006.

20   Q.   Okay.  7006 are the last four?

21   A.   Correct.

22   Q.   And Mr. Epstein's number is in evidence, Government's

23   Exhibit 5, as -- do you see this number 954-753-0904?

24   A.   That is correct.

25   Q.   Okay.  Can you take a look at the summary chart and tell

JURY TRIAL TRANSCRIPT EXCERPT

1    me if those are the numbers that are reflected for Mr. Epstein

2    and Mr. Schneiderman?

3    A.  Yes, they are.

4    Q.  Okay.  And did you check those numbers against the phone

5    records in Exhibits 54, 55, and 56?

6    A.  Yes, I did.

7    Q.  Okay.  And did the summary chart that you create, does it

8    accurately reflect the number of phone calls between those

9    individuals based upon the work that you did?

10   A.  Yes, it does.

11          MR. SOTO:  Your Honor, at this time the government

12   would move Exhibits 54 through 57 into evidence.

13          MR. DAY:  I just have a question.  If I could ask

14   that from here, Your Honor?

15          THE COURT:  Sure.

16                    VOIR DIRE EXAMINATION

17   BY MR. DAY:

18   Q.  Did you create these charts, sir?

19   A.  Yes, I did.

20          MR. DAY:  Okay.  I have no objection, Your Honor.

21          THE COURT:  All right.  Government's Exhibits 54, 55,

22   56, and 57 are admitted.

23     (Government's Exhibits 54, 55, 56, and 57 admitted into

24   evidence.)

25          MR. SOTO:  Thank you, Your Honor.  And we're not

THURSDAY, FEBRUARY 14th, 2013

JURY TRIAL TRANSCRIPT EXCERPT

1   going to publish them at this time.

2                   DIRECT EXAMINATION CONTINUED

3   BY MR. SOTO:

4   Q.  I have some other questions about your analysis of those

5   phone records.  Were you asked to examine phone calls between

6   the defendant, Marc Page, and Richard Epstein between the

7   dates of February 3rd and February 22nd?

8   A.  Yes, I was.

9   Q.  And what did your analysis reveal?

10              I can ask you a better question.

11  A.  Sure.

12  Q.  Between the dates of February 3rd and February 22nd, did

13  Richard Epstein make a phone call to Mr. Page?

14  A.  I guess, I would have to -- I have the records right in

15  front of me to confirm exactly, but I believe that he did make

16  one phone call.

17  Q.  Okay.  Let me -- so you created a record based upon your

18  analysis?

19  A.  Yes, I did.

20  Q.  Would that refresh your recollection?

21  A.  Yes, it would.

22              MR. SOTO:  May I approach the witness, Your Honor?

23              THE COURT:  Yes.

24  BY MR. SOTO:

25  Q.  Mr. Frank, review it.  Don't read it out loud, it's not in

THURSDAY, FEBRUARY 14th, 2013

JURY TRIAL TRANSCRIPT EXCERPT

1  evidence.  And then tell me once it's refreshed your

2  recollection.

3  A.  Could you repeat the question, please?

4  Q.  Yes.  Could you tell the jury, between the dates of

5  February 3rd and February 22nd what calls Mr. Epstein made to

6  Mr. Page?

7  A.  The dates were between February --

8  Q.  February 3rd.

9  A.  And February 22nd?

10  Q.  And February 22nd.

11  A.  There were no calls made between those dates.  There were

12  calls made on the 3rd and on the 22nd, but no calls made

13  between those dates.

14  Q.  And would you just explain to the jury what call was made

15  by Mr. Epstein to Mr. Page on February 3rd, date and time?

16  A.  Sure.  Richard Epstein, Mr. Epstein called Mr. Page on the

17  3rd at 9:37 and 21 seconds Pacific time, which would equate to

18  12:37 p.m. Eastern time.

19  Q.  Okay.  And on the 22nd?

20  A.  On the 22nd, he made two calls.  One at 12:06 Pacific time

21  and another one at 14 -- or 2:04 p.m. Pacific time.

22  Q.  Okay.  Would you just translate that in the Eastern time?

23  A.  Sure.

24  Q.  I know it's three hours later, but just so we're clear.

25  A.  It's going to be 3:06 p.m. Eastern time.

THURSDAY, FEBRUARY 14th, 2013

JURY TRIAL TRANSCRIPT EXCERPT

1   Q.   Right.

2   A.   And 5:04 p.m. Eastern time.

3   Q.   Okay.  These are calls from Mr. Epstein to Mr. Page?

4   A.   Correct.

5   Q.   Okay.  And calls from Mr. Page to Mr. Epstein in between

6   those dates, do you have any?  On the 22nd of February, more

7   specifically.

8   A.   On the 22nd, itself?

9   Q.   Yes.

10  A.   Yes.  There are two calls on those dates.

11  Q.   Could you just note those, please?

12  A.   Yes.  The first call is going to be 12:18 p.m.  And the

13  second call would be 5:06 p.m.

14  Q.   Eastern?

15  A.   Eastern time.  I convert it in my head, since it's Pacific

16  time on the paper.

17  Q.   Right.  It's just three hours later, correct?

18  A.   Correct.

19  Q.   And, also, I'd like you to turn your attention to January

20  28th.  I'm sorry, the dates before January 25th.

21        So you have records there from January 1st, 2010,

22  through March of 2010, correct?

23  A.   Correct.

24  Q.   Okay.  So could you tell the jury whether Marc Page made

25  any phone calls to Richard Epstein before January 25th, 2010?

THURSDAY, FEBRUARY 14th, 2013

JURY TRIAL TRANSCRIPT EXCERPT

1  Did you do that analysis?

2  A.   Yes.  Marc Page did make calls to Richard Epstein before

3  January 25th.

4  Q.   Could you give us how many calls that was?

5  A.   There was three calls.  One on the 21st and two on the

6  22nd.  There were also two calls on the 25th.

7  Q.   Okay.  And what are the dates, times, and the number of

8  seconds that elapsed in those calls?

9  A.   Are you asking for all calls --

10  Q.   No.  Calls specifically from Marc Page to Richard Epstein

11  on those three occasions?

12  A.   The three occasions, okay.

13  Q.   Yes.

14  A.   The first call would be on January 21st, 2010.  That call

15  occurred at 5:56 p.m. Eastern time.

16  Q.   How long did it last?

17  A.   Lasted 48 seconds.

18  Q.   Okay.

19  A.   The next call occurred on January 22nd at 9:56 a.m.  And

20  the last call -- you --

21  Q.   How long did that call last?

22  A.   The duration of that call was 698 seconds.

23  Q.   Okay.

24  A.   Ask the third call occurred on January 22nd, 2010, 3:36

25  p.m.  And that call lasted 85 seconds.

THURSDAY, FEBRUARY 14th, 2013

JURY TRIAL TRANSCRIPT EXCERPT

1   Q.   Okay.  Finally, any question -- rather, calls from Richard

2   Epstein to Marc Page before that first call that you mentioned

3   lasted 48 seconds?

4   A.   No, there were no calls before.  There were no calls

5   before January 21st.

6        MR. SOTO:  Thank you.  I don't have any further

7   questions, Your Honor.

8        THE COURT:  Any cross-examination?

9        MR. DAY:  No questions, Your Honor.

10       MR. ALDAZABAL:  No questions.  Thank you, Your Honor.

11       THE COURT:  Can we excuse this witness?

12       MR. SOTO:  Yes, Your Honor.

13       THE COURT:  All right.  Sir, thank you, very much.

14   You're excused.

15       THE WITNESS:  Thank you.  Thank you, Your Honor.

16       THE COURT:  Mr. Soto, I plan to break at five

17   o'clock.  Do you want to wait for your next witness?

18       MR. SOTO:  Your Honor, the next witness is going to

19   take longer than 15 minutes.  So it might make sense to start

20   with him tomorrow, if that's your pleasure.

21       THE COURT:  I think we'll go ahead and break until

22   nine o'clock tomorrow morning.  Is that okay with everybody?

23       MR. SOTO:  It's all right with the government.

24       MR. ALDAZABAL:  That's fine, Your Honor.  Thank you.

25       THE COURT:  All right.  Ladies and gentlemen, we're

THURSDAY, FEBRUARY 14th, 2013

JURY TRIAL TRANSCRIPT EXCERPT

1   going to recess until nine o'clock tomorrow morning.

2           Once again, I ask you to not discuss the case amongst

3   yourselves.  Don't discuss it with anybody in the building,

4   anybody with the court family.  And certainly when you get

5   home and talk to friend and relatives, don't discuss it with

6   them.

7           Have a nice glass of wine, a good dinner, celebrate

8   Valentine's Day.  Get a good night's sleep.  And we'll see you

9   at nine o'clock.

10      (Jury withdrew from the courtroom at 4:42 p.m.)

11      (Proceedings were adjourned at 4:47 p.m.)

12                          * * *

13          I certify that the foregoing is a correct transcript

14  from the record of proceedings in the above matter.

15

16  Date:  Friday, February 15th, 2013

17

18          s/ JUDITH M. WOLFF, CERTIFIED REALTIME REPORTER
            Signature of Court Reporter

19

20                          * * *

21                  INDEX TO WITNESSES

| NAME | D | C | RD | RC | VD |
|------|---|---|-----|-----|-----|
| Donald G. Huggins, Jr. | 9 | 61 | 128 | | |
| | | 106 | | | |
| Nathan Frank | | 135 | | | 140 |

THURSDAY, FEBRUARY 14th, 2013

**$**

**$125,000 [1]** 131/13
**$150,000 [2]** 26/2 26/7
**$5 [1]** 24/23
**$5,000 [1]** 43/5
**$500,000 [1]** 4/19

**'**

**'09 [1]** 94/10

**0**

**0904 [1]** 138/23

**1**

**10 [12]** 4/17 4/18 5/5 6/21 17/20 17/25
 18/1 27/22 44/15 53/19 76/2 105/17
**100 [1]** 4/3
**100,000 [1]** 4/2
**106 [1]** 145/24
**10:11 [1]** 40/13
**11 [3]** 53/19 86/5 130/18
**1100 [1]** 1/20
**12 [7]** 38/11 54/6 77/10 80/6 80/7 81/3
 105/17
**12-CR-60064-RWG [1]** 1/2
**128 [1]** 145/23
**12:01 [1]** 50/8
**12:06 [1]** 141/20
**12:18 [1]** 142/12
**12:37 [1]** 141/18
**13 [2]** 57/13 88/11
**135 [1]** 145/25
**14 [3]** 1/4 40/13 141/21
**140 [1]** 145/25
**15 [3]** 40/12 54/19 144/19
**15th [16]** 40/24 68/1 84/9 84/10 119/10
 120/2 122/21 122/23 123/2 123/6
 124/1 125/14 125/22 126/10 130/15
 145/16
**16 [2]** 81/24 81/25
**165 [1]** 1/7
**17 [4]** 4/4 7/17 26/1 81/24
**17th [2]** 100/8 101/14
**18 [10]** 30/21 30/24 30/25 52/22 55/11
 55/19 81/24 81/25 103/9 129/25
**18-A [3]** 86/6 89/10 120/22
**18th [3]** 101/21 103/6 123/10
**19 [1]** 30/21
**19-A [1]** 85/25
**1:19 [2]** 1/5 2/1
**1:28 [1]** 9/6
**1:46 [1]** 38/12
**1st [3]** 135/16 136/7 142/21

**2**

**20 [8]** 17/20 30/25 31/2 43/21 44/12
 44/14 56/5 68/12
**20,000 [1]** 43/7
**20-cent [1]** 30/25
**2002 [2]** 47/8 95/18
**2008-2009 [1]** 10/4
**2009 [12]** 10/4 15/10 24/25 30/1 30/2
 32/7 32/25 33/16 35/14 94/21 96/11
 106/22
**2009-2010 [1]** 28/19
**2010 [51]** 21/6 26/2 26/2 27/14 27/22
 28/19 28/20 31/3 31/25 32/23 33/1
 33/16 36/10 38/12 40/12 40/13 47/10
 60/17 83/13 84/1 84/10 94/9 94/10

**99/3 101/21 103/7 103/8 103/9 106/20
107/1 107/21 109/21 109/25 110/23
110/25 111/3 111/6 111/10 111/12
112/1 117/17 117/21 122/23 136/8
136/8 137/12 142/21 142/22 142/25
143/14 143/24**
**2011 [23]** 42/23 47/11 49/25 50/7 50/8
 58/6 58/20 75/12 77/3 103/16 103/23
 111/14 112/15 112/19 112/24 113/1
 113/5 113/9 113/24 114/3 114/19
 115/17 124/20
**2012 [4]** 68/1 75/19 77/17 112/2
**2013 [2]** 1/4 145/16
**21 [5]** 56/25 65/15 65/15 77/17 141/17
 215-741-7006 [2] 46/10 138/19
**21st [5]** 60/17 75/19 143/5 143/14
 144/5
**22 [1]** 74/19
**2255 [4]** 65/9 74/5 74/8 74/9
**22nd [14]** 78/2 140/7 140/12 141/5
 141/9 141/10 141/12 141/19 141/20
 142/6 142/8 143/6 143/19 143/24
**23rd [3]** 75/12 114/19 115/17
**24 [1]** 80/6
**25 [2]** 40/25 46/5
**25,000 [2]** 4/20 130/9
**25th [8]** 30/14 30/19 30/20 30/23
 142/20 142/25 143/3 143/6
**2655 [1]** 1/17
**27 [4]** 97/24 98/1 131/8 131/10
**28 [3]** 44/18 103/9 103/16
**28th [5]** 50/7 50/8 77/3 103/24 142/20
**2:04 [1]** 141/21
**2:57 [1]** 76/5
**2:58 [1]** 76/6

**3**

**30 [4]** 43/14 44/15 105/15 105/19
**300 [1]** 92/19
**302 [1]** 2/8
**302s [1]** 2/7
**305 [1]** 1/24
**30th [5]** 58/6 58/20 77/7 114/3 114/6
**31st [1]** 136/8
**32 [1]** 41/1
**33 [4]** 52/3 52/11 52/12 77/17
**33128 [1]** 1/24
**33132 [1]** 1/16
**33134 [1]** 1/18
**33301 [1]** 1/20
**34 [6]** 52/3 52/11 52/12 58/5 55/11
 114/1
**35 [4]** 52/3 52/11 52/12 59/19
**36 [10]** 11/18 11/24 12/5 12/7 12/9
 12/19 80/6 80/7 81/3 90/2
**37 [13]** 22/19 22/23 23/1 23/12 23/14
 23/16 27/20 31/24 38/9 42/19 50/6
 61/25 124/15
**371 [2]** 52/23 53/2
**38 [2]** 41/1 60/3
**39 [5]** 23/18 24/3 24/16 25/16 91/25
**3:06 [1]** 141/25
**3:17 [1]** 76/7
**3:18 [1]** 76/19
**3:36 [1]** 143/24
**3rd [7]** 140/7 140/12 141/5 141/8
 141/12 141/15 141/17

**4**

**400 [2]** 1/23 53/24

**400,000 [1]** 131/15
**404 [1]** 2/13
**41 [3]** 29/16 29/25 43/20
**48 [2]** 143/17 144/3
**4:42 [1]** 145/10
**4:47 [1]** 145/11

**5**

**50 [5]** 43/16 43/17 43/22 43/25 69/12
**50,000 [1]** 4/3
**500 [1]** 93/20
**500,000 [3]** 131/21 131/23 131/24
**523-5294 [1]** 1/24
**5294 [1]** 1/24
**54 [9]** 135/11 136/9 136/15 136/17
 136/18 139/5 139/12 139/21 139/23
**55 [9]** 135/11 136/10 136/15 137/1
 137/7 137/8 139/5 139/21 139/23
**56 [7]** 135/11 136/10 136/15 137/9
 139/5 139/22 139/23
**57 [6]** 135/11 135/12 137/14 139/12
 139/22 139/23
**5:04 [1]** 142/2
**5:06 [1]** 142/13
**5:56 [1]** 143/15
**5K [1]** 66/11
**5K1.1 [1]** 66/13

**6**

**60 [1]** 31/7
**61 [1]** 145/23
**698 [1]** 143/22
**6:30 [1]** 50/7

**7**

**70 [1]** 31/7
**700 [1]** 1/17
**7006 [3]** 46/10 138/19 138/20
**7:35 [1]** 40/12

**8**

**80 [1]** 31/7
**85 [1]** 143/25
**8N09 [1]** 1/23

**9**

**9/21 [1]** 77/17
**9/21/12 [1]** 77/10
**954-753-0904 [1]** 138/23
**99 [1]** 1/15
**9:12 [1]** 42/23
**9:37 [1]** 141/17
**9:56 [1]** 143/19
**9th [3]** 33/1 118/1 124/20

**A**

**a.m [5]** 40/13 42/23 50/7 50/8 143/19
**ability [2]** 85/3 100/1
**able [6]** 8/11 14/5 18/25 27/18 46/14
 128/19
**about [149]**
**above [1]** 145/14
**abreast [1]** 79/5
**Absolutely [5]** 15/25 16/12 27/16 61/21
 85/9
**accept [6]** 58/2 59/18 63/18 63/20 64/5
 74/20
**accepted [3]** 61/22 63/16 77/9
**accepting [1]** 63/25
**access [1]** 69/1

**A**

**accomplish [1]** 53/4
**according [2]** 43/4 89/23
**account [2]** 20/22 28/5
**accurately [1]** 139/8
**acquaintance [1]** 33/21
**acquisition [1]** 95/6
**acquisitions [1]** 95/24
**act [2]** 13/8 53/6
**actions [1]** 59/11
**active [2]** 112/1 112/15
**activity [2]** 54/2 135/15
**acts [1]** 53/6
**actually [30]** 2/19 3/16 4/8 6/11 6/20 8/13 20/13 28/19 32/25 33/6 39/21 40/5 40/6 45/13 49/11 53/14 62/18 63/24 64/15 73/19 74/4 75/18 90/15 90/20 93/14 102/8 105/9 112/5 116/11 121/4
**add [1]** 8/20
**addition [2]** 29/22 56/6
**additional [2]** 26/7 69/4
**address [1]** 12/17
**adjourned [1]** 145/11
**admissibility [1]** 6/10
**admissible [3]** 20/12 21/24 21/24
**admission [1]** 56/16
**admit [4]** 3/5 6/2 6/3 60/15
**admitted [14]** 3/10 6/3 6/13 12/8 12/9 23/15 23/16 24/15 24/16 52/11 52/12 70/17 139/22 139/23
**admitting [1]** 6/11
**adopt [1]** 7/14
**adopts [1]** 7/18
**advice [1]** 94/11
**advise [1]** 11/1
**advised [3]** 63/10 64/9 94/17
**advising [1]** 99/12
**advisory [1]** 81/18
**affected [1]** 27/17
**AFPD [1]** 1/19
**afraid [1]** 7/19
**after [15]** 30/12 38/1 63/10 63/13 63/17 74/12 101/17 104/19 104/23 107/22 114/14 115/18 123/6 130/25 132/3
**afternoon [4]** 9/21 15/20 61/6 61/7
**afterwards [3]** 38/19 87/18 87/22
**again [18]** 5/19 12/14 26/23 28/1 30/13 32/1 34/6 35/19 40/10 42/9 70/23 70/25 75/7 96/12 107/4 129/15 130/6 145/2
**against [6]** 50/4 56/16 94/11 94/17 114/10 139/4
**agent [21]** 8/12 8/12 8/14 8/18 21/14 39/5 55/14 59/9 93/15 102/10 114/23 114/25 114/25 130/7 134/3 134/20 135/24 135/25 136/1 138/9 138/16
**agents [2]** 55/17 134/23
**ago [10]** 8/10 47/8 69/12 73/1 75/24 105/17 124/5 131/1 131/3 132/20
**agree [10]** 6/2 53/3 54/2 55/4 55/6 55/9 55/22 61/21 64/18 65/1
**agreed [6]** 4/15 4/19 52/20 55/25 56/5 74/19
**agreeing [2]** 4/17 55/18
**agreement [90]** 2/22 2/22 3/1 3/2 3/3 3/6 3/8 3/13 3/15 4/5 4/15 4/23 4/24 5/1 5/2 5/3 5/10 5/11 5/15 5/18 6/16 6/18 7/11 7/13 7/22 12/2 32/12 32/17

32/18 32/20 32/22 52/4 52/10 52/17 52/20 53/10 55/4 55/19 55/25 56/11 57/22 57/25 58/1 59/6 63/8 63/24 64/16 64/17 72/4 72/7 72/19 72/20 72/21 72/22 72/23 72/23 73/1 73/3 73/12 73/13 73/17 73/20 73/23 74/8 74/15 75/11 75/15 75/17 77/6 77/10 77/11 77/12 77/14 77/15 81/14 81/22 90/3 96/13 99/17 99/19 99/22 100/3 100/3 118/1 123/12 123/14 123/23 124/10 125/1 127/14
**agreements [4]** 74/21 74/24 96/14 99/25
**agrees [2]** 8/21 53/15
**ahead [12]** 9/10 14/11 23/19 85/2 87/1 93/10 97/18 111/24 123/12 123/14 123/23 144/21
**ain't [1]** 78/6
**Aldazabal [18]** 1/17 70/18 73/7 118/15 118/23 119/9 120/1 120/20 121/6 121/16 122/4 122/10 125/13 125/20 126/7 126/11 131/9 133/7
**Alex [2]** 1/14 57/16
**alive [2]** 50/25 51/5
**all [93]** 5/17 7/21 8/4 8/6 9/1 9/3 9/5 9/7 9/8 10/20 12/7 14/2 20/9 20/9 21/18 22/17 22/20 23/4 23/9 23/14 24/1 24/15 35/3 37/12 39/7 43/17 43/25 44/23 48/14 48/16 49/20 50/16 50/21 50/23 52/9 56/8 59/2 59/3 61/13 66/24 68/6 68/9 68/10 68/13 69/3 70/11 71/3 71/7 73/9 76/20 77/25 80/16 81/8 85/8 85/10 85/24 87/1 88/3 88/11 91/7 91/8 96/4 96/17 96/25 97/20 97/25 103/2 103/15 104/25 106/6 106/9 108/8 109/8 109/8 109/15 109/20 112/8 114/9 114/11 114/12 115/12 117/2 117/7 117/15 121/15 128/4 129/18 137/11 139/21 143/9 144/13 144/23 144/25
**alleged [2]** 53/7 115/18
**allegedly [1]** 116/7
**allow [5]** 67/3 116/16 117/5 120/8 120/17
**allowed [2]** 62/21 74/15
**allowing [2]** 65/6 66/21
**almost [1]** 115/17
**along [1]** 104/12
**already [20]** 7/9 13/19 29/18 41/2 42/13 48/5 48/14 55/13 72/1 72/1 72/5 72/9 72/16 79/18 90/2 93/9 103/23 121/11 123/21 123/25
**also [19]** 5/12 14/1 26/3 49/16 51/7 56/12 59/25 64/9 66/8 75/14 81/14 81/17 82/9 82/15 112/2 116/14 133/1 142/19 143/6
**always [4]** 3/19 56/21 56/21 71/23
**am [3]** 79/14 96/19 134/21
**amended [1]** 77/13
**amending [1]** 8/24
**AMERICA [2]** 1/3 101/2
**American [2]** 33/25 105/21
**Among [2]** 99/8 99/9
**amongst [1]** 145/2
**amount [3]** 31/16 90/12 92/15
**Ana [1]** 32/11
**analysis [4]** 140/4 140/9 140/18 143/1
**analyst [8]** 8/9 8/16 8/17 8/19 134/19 134/22 137/3 137/4
**analyze [2]** 135/2 135/6

**analyzed [1]** 138/4
**and/or [3]** 23/2 23/2 34/18
**annual [1]** 15/3
**another [9]** 13/25 29/14 39/11 68/18 72/2 77/12 92/19 124/12 141/21
**answer [14]** 35/21 59/2 60/9 97/14 114/11 116/11 116/15 116/16 116/21 116/22 117/5 120/9 122/4 123/13
**answered [5]** 96/9 98/25 121/13 123/20 124/4
**answering [2]** 97/3 97/6
**answers [1]** 116/20
**anticipate [1]** 2/12
**any [51]** 2/25 12/20 14/6 17/19 19/13 35/12 35/22 36/1 36/5 36/6 36/22 36/24 38/14 52/1 56/7 61/21 66/23 67/12 68/10 77/24 90/9 91/23 107/23 107/23 108/5 108/6 108/10 108/16 108/19 108/19 109/14 109/20 110/1 110/16 113/14 114/10 115/7 115/7 122/20 124/9 125/3 125/10 127/9 128/2 133/18 136/2 142/6 142/25 144/1 144/6 144/8
**anybody [8]** 37/12 65/1 79/20 90/23 90/23 113/13 145/3 145/4
**anyone [6]** 16/13 21/21 110/17 113/21 115/4 129/8
**anything [35]** 16/20 36/3 50/14 50/17 59/1 59/5 62/3 66/16 68/21 83/19 84/3 88/25 89/7 98/2 98/7 100/5 108/2 108/15 108/19 115/22 118/15 118/19 119/1 119/10 120/3 121/9 122/15 122/20 124/1 128/1 129/14 131/12 131/23 134/25 135/4
**anyway [1]** 101/10
**anywhere [1]** 44/3
**aol.com [3]** 12/17 41/4 41/6
**apologize [1]** 76/21
**appeal [1]** 54/18
**appear [4]** 7/21 102/21 102/22 132/17
**appearance [1]** 132/13
**APPEARANCES [1]** 1/13
**appearing [1]** 59/20
**appears [5]** 32/15 41/9 42/24 57/18 58/18
**applicable [1]** 66/5
**apply [1]** 56/12
**approach [6]** 11/20 22/18 23/17 24/17 135/7 140/22
**approached [1]** 33/3
**approval [2]** 7/6 11/16
**approximate [3]** 33/16 58/20 106/2
**approximately [4]** 30/15 132/14 132/20 132/20
**April [5]** 26/4 42/23 111/2 111/3 113/10
**Archer [3]** 91/17 91/20 91/23
**are [81]** 2/19 3/4 3/10 4/16 6/25 9/21 13/3 13/10 13/12 13/18 13/20 14/1 14/2 14/10 14/15 16/1 18/7 19/4 24/9 25/4 31/16 31/16 40/11 40/14 44/21 45/8 45/11 46/14 52/1 52/11 54/21 56/10 64/22 66/4 70/12 70/17 74/1 77/2 77/19 77/19 78/21 79/21 80/7 81/11 85/1 92/10 96/25 97/25 98/7 100/12 101/10 102/1 102/17 102/19 107/19 108/10 109/25 110/16 112/4 117/9 117/13 124/10 127/6 130/5 130/8 130/22 135/1 136/13 136/17 137/8 137/10 137/11 138/20 139/1

## A

**are... [7]** 139/1 139/3 139/22 142/3 142/10 143/7 143/9
**area [3]** 105/9 105/12 117/13
**areas [1]** 85/11
**arguing [1]** 4/1
**argumentative [1]** 71/13
**around [1]** 36/10
**arrest [1]** 132/11
**arrested [2]** 132/4 132/8
**article [1]** 10/14
**Asher [39]** 23/24 25/17 25/19 25/20 25/22 26/9 26/13 26/15 26/16 26/22 27/2 27/6 27/17 28/3 28/12 28/15 28/20 29/12 31/24 31/21 91/6 91/21 91/24 92/2 92/4 92/17 93/2 93/3 93/7 93/8 93/9 93/25 94/11 94/12 94/16 95/5 99/22 105/1 131/25
**ask [37]** 3/18 3/19 22/22 22/23 24/6 29/19 34/19 35/4 35/11 35/16 61/8 68/15 70/18 70/21 74/24 77/25 83/12 84/25 102/19 103/16 106/13 106/14 106/14 116/24 117/2 117/3 119/3 126/7 129/13 132/12 133/13 133/17 138/18 139/13 140/10 143/24 145/2
**asked [30]** 15/21 22/5 28/11 35/22 38/3 59/23 60/11 81/3 96/9 98/19 98/25 112/11 113/13 115/1 116/21 119/1 121/6 121/8 121/16 122/5 125/2 129/14 130/1 131/9 132/2 133/1 133/8 135/4 135/6 140/5
**asking [16]** 2/14 4/25 35/14 39/1 39/6 72/8 72/9 86/14 107/17 109/19 111/23 112/13 117/13 118/8 122/9 143/9
**assigned [1]** 58/15
**assistance [1]** 74/5
**assistant [4]** 49/25 58/13 70/4 72/9
**associate [5]** 33/4 33/20 43/5 43/7 47/15
**Association [1]** 105/23
**assume [3]** 3/2 40/8 113/1
**assuming [1]** 7/11
**assurances [1]** 39/19
**attempt [1]** 104/6
**attention [3]** 131/16 136/9 142/19
**attorney [33]** 1/15 14/9 48/15 57/17 57/23 58/7 58/13 59/10 60/6 62/8 62/10 62/12 62/12 62/21 63/10 64/7 64/9 70/4 72/7 72/10 73/2 74/11 77/23 78/13 78/15 79/5 79/24 80/10 80/20 80/21 80/25 83/3
**attorney's [2]** 49/25 57/2
**attorneys [1]** 23/24
**AUSA [4]** 1/14 1/14 55/16 69/14
**authority [1]** 32/21
**available [1]** 31/17
**Avenue [1]** 1/23
**aware [4]** 16/1 17/16 18/7 49/1
**away [2]** 13/24 102/20
**awkward [1]** 74/21

## B

**back [30]** 6/13 14/4 17/8 27/12 29/7 30/13 35/13 43/20 55/11 61/24 61/24 66/12 68/1 68/4 70/13 75/12 78/11 83/12 83/20 85/13 92/15 94/1 99/2 102/15 103/5 103/23 113/7 126/14 129/2 133/23
**backtrack [4]** 46/19 48/22 49/16 53/15

**backwards [3]** 42/24 61/11 61/14
**bad [11]** 27/5 31/4 37/15 58/3 69/20 92/24 94/13 95/6 95/14 95/15 95/16
**bank [7]** 19/25 20/2 20/15 20/22 59/12 59/13 134/24
**bankers [2]** 15/2 105/23
**bankrupt [5]** 37/3 37/9 37/10 93/5 95/12
**Bar [3]** 74/6 74/15 74/16
**Barclay [1]** 105/20
**Barney [1]** 101/5
**Barry [4]** 15/7 15/11 15/21 15/21
**Barry's [1]** 15/9
**base [1]** 53/20
**based [5]** 50/11 51/12 51/12 139/9 140/17
**basically [9]** 55/6 62/2 62/4 70/7 74/6 87/15 92/2 94/19 104/12
**basis [2]** 56/23 102/25
**be [120]** 2/2 2/15 4/3 6/24 7/23 8/11 9/7 11/10 13/1 13/8 14/5 14/7 14/11 15/16 16/4 17/5 18/25 21/24 21/24 24/25 25/19 26/5 26/15 26/16 26/16 28/2 28/10 28/13 28/14 28/14 28/19 29/20 31/17 34/1 34/17 34/18 35/18 37/2 37/8 37/23 38/5 39/3 39/9 40/1 40/4 40/8 41/7 41/9 42/7 42/14 42/15 42/20 43/15 43/25 45/18 47/17 50/9 52/1 54/11 56/13 57/2 57/11 57/14 58/12 58/19 59/4 59/16 60/1 70/16 70/19 71/9 71/14 71/19 76/8 76/11 76/20 77/19 78/6 78/8 78/11 78/14 78/21 78/22 78/24 79/21 79/22 81/6 84/21 85/22 86/15 90/6 95/14 97/4 97/24 99/20 105/3 109/1 110/12 110/23 111/18 111/18 111/22 119/15 121/22 123/2 127/3 128/10 128/19 130/10 130/13 131/12 133/14 133/17 133/21 133/22 133/24 141/25 142/12 142/13 143/14
**became [2]** 91/7 96/2
**because [68]** 2/10 3/18 5/20 6/19 7/20 15/22 18/19 20/9 26/20 28/14 31/14 32/21 35/14 35/17 36/6 36/14 39/1 40/3 40/3 40/21 40/23 45/10 45/11 47/24 48/5 48/13 48/14 48/14 49/7 51/5 55/10 58/1 59/7 60/19 65/14 66/9 69/1 73/6 73/19 73/23 74/6 74/11 79/8 81/21 87/5 89/22 92/18 93/13 94/20 94/24 95/2 96/15 99/20 101/18 102/3 102/5 105/14 111/1 113/13 117/25 118/2 118/12 119/6 119/8 119/21 123/3 131/1 131/16
**become [1]** 118/5
**been [56]** 3/23 7/5 7/5 7/6 8/8 9/14 11/17 11/23 18/10 18/11 27/18 29/17 31/9 32/25 33/13 37/14 37/15 38/8 41/1 41/2 48/7 49/22 51/20 55/14 70/1 72/18 78/19 95/17 99/12 101/24 104/7 106/19 107/12 107/13 107/22 110/25 113/24 115/3 115/6 115/12 116/21 117/21 117/23 118/12 121/12 123/10 123/15 123/18 125/15 125/23 126/10 134/5 135/10 136/14 137/3 137/4
**before [33]** 1/11 2/5 2/25 9/25 14/5 21/8 33/1 42/9 42/16 52/2 59/20 64/15 69/2 70/17 72/2 72/13 77/10 79/13 84/1 114/16 123/2 128/15 129/6 132/15 132/17 135/17 137/5 142/20 142/25 143/2 144/2 144/4 144/5

**began [1]** 41/23
**begin [2]** 39/18 39/19
**beginning [6]** 36/14 37/21 50/7 56/23 93/11 113/9
**behalf [1]** 1/15
**behavior [1]** 71/18
**being [13]** 2/24 3/4 10/18 18/17 22/10 29/22 47/2 71/11 73/3 74/9 81/15 87/4 123/14
**belief [3]** 28/20 29/12 68/2
**believe [29]** 15/6 15/11 18/25 19/12 19/13 24/23 26/7 27/10 27/11 27/25 28/15 45/25 49/24 51/19 55/13 64/22 67/12 67/14 67/16 67/20 68/1 68/25 68/25 89/5 102/6 116/10 116/14 117/15 140/15
**believed [4]** 68/4 95/8 95/8 119/21
**below [1]** 67/3
**besides [2]** 76/14 128/10
**best [7]** 8/21 27/14 63/11 63/17 71/18 107/8 117/16
**better [5]** 81/16 100/12 101/17 134/19 140/10
**between [32]** 12/2 13/8 16/25 17/1 21/6 30/22 43/12 43/13 53/24 55/15 65/3 66/20 77/22 93/9 104/2 107/1 107/9 107/20 108/12 117/17 135/16 137/11 137/21 139/8 140/5 140/6 140/12 141/4 141/7 141/11 141/13 142/5
**beyond [1]** 129/12
**bid [3]** 44/13 44/18 46/6
**bidder [1]** 46/6
**bidding [1]** 44/13
**big [5]** 3/24 13/13 30/12 31/5 75/4
**billion [1]** 93/20
**bit [3]** 92/21 92/21 130/18
**blacked [1]** 6/1
**blacked-out [1]** 6/1
**blank [1]** 38/22
**blanks [1]** 32/9
**blast [1]** 14/4
**Block [3]** 112/12 113/6 113/8
**blue [1]** 10/16
**Blum [5]** 29/15 91/7 92/17 93/10 105/1
**Blvd [1]** 1/20
**boat [1]** 113/8
**Bob [3]** 45/25 46/16 47/3
**bond [4]** 79/8 79/12 79/14 79/15
**bookkeeper [2]** 15/7 27/25
**borrow [1]** 29/4
**Boston [6]** 47/11 47/16 48/12 49/16 104/6 105/12
**both [5]** 16/24 17/11 75/16 103/2 129/11
**bottom [15]** 12/19 12/25 25/13 25/14 26/20 32/15 40/12 50/8 50/10 57/18 58/18 86/5 86/5 114/1 120/23
**bought [3]** 31/17 91/5 131/15
**break [4]** 61/20 76/10 144/16 144/21
**breaking [1]** 76/21
**BRENNAN [89]** 1/6 1/17 6/19 10/10 10/18 10/22 10/24 11/1 12/3 13/1 15/7 15/18 15/21 15/24 16/18 16/21 16/25 17/2 17/16 17/18 18/2 18/7 19/14 20/5 20/21 21/21 21/25 22/2 22/7 23/7 24/8 24/10 28/19 29/11 32/24 33/2 36/1 36/11 36/17 36/20 37/17 37/19 40/18 41/10 41/12 41/13 41/19 42/19 42/19 42/25 43/3 43/4 44/7 44/25 45/18 45/20 47/2 47/7 47/10 47/13 48/4

## B

**BRENNAN... [28]** 48/12 50/11 51/24
53/1 60/23 61/8 62/2 77/2 86/1 89/19
99/12 103/17 105/10 118/2 119/20
125/2 125/15 125/23 126/10 126/20
129/9 130/3 135/5 135/20 136/7
137/10 137/21 138/3
**Brennan's [5]** 11/10 12/25 18/17 18/24
42/21
**briefly [1]** 135/14
**bring [6]** 2/5 13/14 31/19 41/23 43/16
43/22
**Broadly [1]** 13/5
**broker [39]** 6/24 33/24 34/15 34/16
34/20 34/25 35/1 36/6 36/17 39/18
40/6 41/22 43/16 45/11 45/14 45/15
86/25 87/5 87/6 87/7 87/11 89/22
94/24 99/2 100/3 105/20 112/10
112/10 118/5 119/7 119/14 119/16
119/18 119/19 122/1 122/1 130/11
130/12 130/23
**broker's [1]** 111/2
**brokerage [2]** 10/3 29/4
**brought [6]** 2/21 66/4 79/13 105/22
120/25 131/16
**Broward [1]** 1/20
**building [1]** 145/3
**Bureau [1]** 134/16
**Burling [1]** 48/11
**Burlington [2]** 47/16 48/11
**business [31]** 10/3 10/7 11/9 21/2
50/25 51/5 85/11 95/21 96/7 99/13
103/14 104/22 109/16 109/19 109/20
110/1 110/12 110/18 110/19 111/1
111/4 111/16 112/1 112/6 112/9
112/13 112/17 112/19 112/24 113/2
113/7
**businesses [1]** 96/16
**businessman [1]** 109/6
**busy [2]** 109/6 109/17
**buy [7]** 14/20 16/5 34/2 44/15 45/14
94/3 131/13
**buyer [4]** 14/17 14/17 14/20 45/16
**buying [6]** 6/23 31/19 41/24 42/10 43/7
122/2

## C

**café [1]** 15/21
**cahoots [1]** 29/14
**California [1]** 104/5
**call [34]** 8/17 35/11 35/25 45/10 49/4
49/11 50/11 50/14 55/15 62/7 86/6
119/20 120/10 120/13 120/25 121/7
122/23 125/15 129/4 130/1 140/13
140/16 141/14 142/12 142/13 143/14
143/14 143/19 143/20 143/21 143/22
143/24 143/25 144/2
**called [20]** 11/4 14/14 15/14 25/5 25/9
28/25 29/15 30/3 31/15 31/17 37/25
45/12 46/5 46/17 66/23 84/12 110/3
115/3 118/7 141/16
**calling [1]** 96/25
**calls [43]** 9/11 26/3 35/13 35/16 48/23
49/9 101/23 109/8 109/13 109/14
109/16 110/16 110/21 111/3 120/11
126/25 133/2 133/3 133/5 134/3
135/19 137/20 139/8 140/5 141/5
141/11 141/12 141/12 141/20 142/3
142/5 142/10 142/25 143/2 143/4

143/5 143/6 143/8 143/9 143/10 144/1
144/4 144/4
**came [5]** 21/18 23/9 38/19 73/13 102/6
**can [67]** 3/16 7/4 7/23 8/2 10/14 10/24
13/18 13/23 18/22 20/8 20/13 20/14
20/15 20/24 22/2 22/12 24/6 26/10
27/9 29/6 29/6 29/25 34/10 34/12
38/12 38/21 43/3 43/22 44/10 44/18
45/13 45/15 45/16 49/22 50/9 54/14
56/5 64/13 66/9 68/5 68/6 69/2 70/3
73/5 73/6 76/22 76/25 81/12 86/17
86/18 89/13 89/16 89/20 89/22 97/12
116/13 116/16 120/8 128/4 129/17
131/10 132/12 133/22 137/2 138/25
140/10 144/11
**can't [12]** 4/12 7/11 36/17 48/8 48/14
48/19 63/14 65/8 74/12 89/3 91/15
116/19
**cap [1]** 110/3
**Capital [13]** 10/5 10/9 11/12 11/14 12/3
12/13 12/14 12/24 39/12 91/12 99/2
110/4 112/22
**capture [4]** 14/18 44/9 44/19 45/17
**car [1]** 59/12
**Cardenas [6]** 39/7 39/13 39/16 40/2
89/21 130/9
**care [2]** 25/14 50/15
**carefully [1]** 97/13
**carrying [1]** 53/7
**case [28]** 1/2 3/24 8/12 8/13 19/15 21/3
58/16 62/18 62/21 64/23 64/23 68/17
68/20 68/23 69/2 72/6 72/12 77/15
78/22 82/16 83/3 132/3 132/8 132/23
135/5 136/1 136/1 145/2
**cases [2]** 134/23 135/1
**cash [13]** 13/14 27/12 34/18 35/4 35/5
36/2 90/9 93/14 93/16 93/17 93/22
93/24 94/20
**Catch [1]** 74/19
**caught [1]** 103/21
**caused [2]** 29/12 31/10
**celebrate [1]** 145/7
**cellphone [1]** 134/25
**cent [2]** 30/25 46/5
**cents [11]** 30/21 31/2 43/15 43/16
43/17 43/21 43/23 43/25 44/12 44/14
44/15 44/16 44/18
**CEO [5]** 11/11 12/3 12/25 13/1 99/13
**cert [3]** 39/23 89/21 130/8
**certain [9]** 14/9 53/10 53/15 54/23 55/4
67/7 74/19 81/20 129/20
**certainly [6]** 2/13 33/1 67/10 103/1
107/2 145/4
**certificate [2]** 39/25 39/25
**certificates [2]** 39/2 40/1
**certified [2]** 7/15 145/18
**certify [1]** 145/13
**certs [2]** 39/13 40/6
**chain [1]** 38/19
**chance [1]** 71/17
**change [8]** 5/12 5/18 5/22 5/23 52/5
60/4 73/15 93/14
**changed [1]** 73/23
**changes [1]** 73/16
**character [2]** 2/13 2/15
**charge [3]** 64/10 90/5 90/5
**charged [3]** 51/23 52/21 126/19
**charges [1]** 60/7
**chart [22]** 8/10 8/14 8/15 8/16 8/19
8/22 28/9 28/10 28/11 29/18 30/9

135/15 135/17 135/19 135/21 135/22
136/3 137/15 137/17 137/20 138/25
139/7
**charts [1]** 139/18
**chatter [1]** 48/16
**cheap [1]** 50/15
**check [1]** 139/4
**checkbooks [2]** 15/19 15/22
**Chest [1]** 29/15
**chicken [2]** 124/12 124/22
**chief [1]** 15/12
**choice [1]** 37/5
**choices [3]** 36/23 37/2 37/7
**chose [1]** 6/17
**CHS [1]** 86/10
**circumstances [1]** 74/1
**cited [1]** 85/13
**cities [1]** 13/14
**citing [1]** 70/17
**claim [10]** 106/24 108/3 108/13 108/16
108/20 108/25 113/17 119/17 119/23
123/1
**claiming [1]** 117/10
**claims [1]** 115/22
**clarified [2]** 75/10 77/1
**clarify [8]** 28/18 73/8 74/23 120/13
129/2 129/17 132/2 134/19
**clear [5]** 29/20 37/2 37/23 105/3
141/24
**clearly [1]** 51/10
**Clearwater [2]** 10/1 12/14
**client [1]** 74/11
**clients [4]** 34/1 101/2 110/14 110/15
**close [1]** 95/5
**closing [1]** 112/5
**clothing [1]** 10/14
**co [3]** 6/22 6/25 7/21
**co-conspirators [2]** 6/22 6/25
**co-defendants [1]** 7/21
**Code [1]** 52/22
**coincide [1]** 6/23
**collapsed [1]** 101/18
**collapses [1]** 101/18
**come [19]** 19/24 22/17 33/24 48/18
127/15 131/4 132/16
**comes [3]** 20/4 69/5 75/6
**comfortable [1]** 39/20
**coming [5]** 32/3 34/1 47/19 68/19
102/15
**comment [1]** 52/4
**commit [3]** 52/22 55/7 60/21
**committed [3]** 36/15 53/6 59/7
**common [9]** 17/15 17/16 17/18 17/22
18/3 18/6 18/8 90/6 90/13
**communication [2]** 66/20 82/25
**Communications [1]** 136/23
**community [1]** 13/7
**companies [19]** 11/2 13/22 15/16 17/19
25/5 25/5 25/23 35/15 92/6 95/23
95/24 96/1 105/22
**company [83]** 10/5 10/8 11/4 11/7 11/8
11/14 11/16 12/16 13/6 13/9 13/15
13/16 13/23 14/21 15/1 15/2 15/14
15/17 16/5 16/7 16/8 16/9 17/5 17/7
17/9 19/8 20/22 20/23 21/2 21/3 25/7
25/12 25/24 26/8 27/4 27/5 27/7 27/8
27/12 29/14 31/10 32/20 33/22 33/23
34/2 34/17 37/3 37/9 37/10 37/13
43/10 47/2 48/1 48/19 84/21 84/23
92/19 93/5 93/19 93/21 93/23 94/1

# C

**company... [21]** 94/15 94/19 94/20 95/4 95/12 95/17 96/12 99/6 99/10 104/4 104/13 105/4 105/4 105/5 110/3 110/6 110/7 110/8 118/3 132/1 136/18
**company's [1]** 11/15
**compilation [1]** 38/9
**compile [1]** 136/2
**complete [3]** 55/22 56/9 120/17
**completely [1]** 6/8
**compliance [1]** 40/8
**composite [1]** 61/25
**comprised [1]** 137/17
**computer [1]** 23/9
**concern [8]** 2/24 3/23 5/8 7/8 70/15 73/18 73/22 74/13
**concerned [4]** 102/1 102/3 102/17 103/21
**conditions [1]** 56/12
**conference [2]** 36/15 37/22
**confirm [2]** 84/20 140/15
**confirms [1]** 7/17
**conflict [1]** 63/3
**confused [2]** 72/8 73/18
**confusing [1]** 120/11
**confusion [3]** 68/19 69/5 129/3
**connection [4]** 24/19 25/3 46/24 135/4
**connections [1]** 104/20
**consider [1]** 16/11
**consideration [1]** 67/8
**considered [3]** 16/13 31/5 42/10
**consist [1]** 84/20
**conspiracy [5]** 6/21 19/18 20/8 60/21 126/20
**conspirators [4]** 4/16 6/22 6/25 52/25 53/5 60/22
**conspired [2]** 4/16 55/6
**conspiring [1]** 52/21
**constantly [1]** 132/9
**consultant [15]** 11/14 29/22 32/11 39/11 83/8 89/23 98/10 98/12 98/14 98/20 98/21 98/23 99/5 104/12 104/20
**consultants [3]** 31/10 96/25 104/24
**consulted [2]** 104/18 105/22
**consulting [23]** 10/6 10/6 11/2 12/2 12/16 90/3 90/6 96/13 96/14 99/2 99/17 99/19 99/21 99/22 99/25 110/7 110/8 118/1 123/12 123/14 123/23 124/10 125/1
**consumes [1]** 132/24
**contact [1]** 78/15
**contacted [2]** 51/20 55/14
**context [1]** 5/11
**continually [1]** 104/3
**continue [5]** 26/18 62/21 63/5 88/11 131/25
**continued [5]** 2/1 28/14 76/6 117/24 140/2
**continuing [1]** 105/3
**contracts [1]** 23/2
**control [1]** 33/25
**controlled [1]** 47/2
**conversation [41]** 15/20 33/13 36/11 84/14 84/16 84/17 85/14 85/15 85/17 85/24 88/6 88/12 88/22 88/24 89/1 89/4 97/22 97/23 97/24 101/13 106/3 107/20 107/24 108/6 118/16 118/23 119/4 119/9 119/12 120/2 120/11 120/12 120/20 121/16 121/19 121/24
122/5 123/5 129/20 129/23 130/19
**conversations [43]** 8/8 15/18 16/24 24/9 28/18 29/11 32/23 33/17 36/19 46/1 47/10 80/9 82/13 89/19 100/6 100/16 106/18 106/23 106/25 107/3 107/5 107/9 107/24 108/6 108/13 108/16 108/20 108/25 113/14 113/16 113/17 115/7 115/14 115/18 115/23 116/7 116/13 116/17 116/25 117/16 124/9 125/3 129/15
**converse [1]** 46/1
**conversion [4]** 17/20 17/23 25/14 93/15
**convert [11]** 17/22 17/22 18/5 18/8 25/8 25/10 26/10 27/10 27/18 93/13 142/15
**converted [2]** 93/9 93/12
**converter [1]** 25/13
**convertible [12]** 16/8 17/6 17/23 18/10 25/6 25/11 25/17 25/25 26/22 27/6 91/9 92/6
**converting [5]** 26/19 26/19 26/19 92/16 93/22
**cooperate [4]** 4/1 5/9 56/22 59/8
**cooperating [5]** 3/25 48/21 72/16 72/18 81/15
**cooperation [16]** 52/5 55/20 56/9 57/6 65/17 65/18 65/22 66/15 72/6 72/21 72/22 72/23 73/1 73/14 75/11 77/6
**coordinate [1]** 45/3
**coordinated [3]** 14/15 14/16 43/6
**coordinating [1]** 44/24
**coordination [2]** 37/19 45/3
**copy [1]** 40/14
**Coral [1]** 1/18
**corporation [2]** 10/6 112/22
**correct [103]** 3/22 4/11 5/5 17/12 27/1 27/3 29/20 30/11 32/5 41/4 41/10 41/14 42/5 43/1 45/1 46/12 48/21 49/13 51/24 52/8 52/18 52/23 53/11 53/17 54/3 54/6 54/12 54/13 55/4 56/14 58/9 58/16 59/8 61/19 63/6 64/11 75/20 82/10 83/10 84/10 85/12 90/8 90/19 104/14 106/20 107/1 107/6 107/15 108/23 109/4 109/5 109/6 109/9 111/16 111/19 114/7 114/15 115/15 117/17 118/24 119/2 119/19 122/7 122/18 122/24 123/3 123/6 123/8 123/19 124/2 124/6 124/10 124/12 124/16 124/18 124/22 125/4 125/7 125/10 125/16 127/4 127/12 127/16 127/20 128/16 129/21 130/3 130/16 131/6 136/25 137/19 137/22 137/24 138/3 138/5 138/21 138/24 142/4 142/17 142/18 142/22 142/23 145/13
**correctly [1]** 5/21
**corresponding [1]** 82/1
**could [43]** 10/17 17/8 18/8 18/10 18/10 19/14 21/24 26/17 27/12 37/3 37/9 39/9 41/23 43/11 43/23 44/4 54/11 56/13 56/16 59/3 64/12 81/6 92/20 95/5 97/10 107/12 107/13 107/22 117/21 117/23 120/13 123/9 123/10 125/25 132/10 134/6 136/16 139/13 141/3 141/4 142/11 142/24 143/4
**couldn't [4]** 61/21 63/5 74/20 92/23
**counsel [7]** 8/8 8/10 8/18 11/19 21/1 74/5 136/14
**count [6]** 52/20 52/25 126/16 126/19

126/22 126/25
**counted [1]** 63/24
**couple [5]** 69/17 84/19 101/16 109/15 121/25
**course [13]** 6/15 7/7 7/21 13/11 42/17 46/3 62/10 84/19 87/10 88/20 101/18 102/2 104/17
**court [25]** 1/1 1/23 2/5 2/14 7/3 7/3 7/7 7/13 7/15 8/4 8/20 53/16 54/5 54/15 57/5 57/23 66/15 75/18 76/6 78/19 79/5 116/16 132/18 145/4 145/18
**Court's [1]** 65/24
**courtroom [7]** 9/6 10/12 10/15 10/19 76/5 76/19 145/10
**cover [1]** 26/18
**covered [2]** 121/11 121/12
**Cox [2]** 136/18 136/23
**CR [1]** 1/2
**Craig [2]** 48/16 58/6
**crazy [1]** 48/9
**create [7]** 8/15 8/19 122/2 135/23 136/2 139/7 139/18
**created [3]** 135/21 135/22 140/17
**credibility [1]** 38/4
**credits [1]** 67/7
**crime [5]** 6/4 59/7 59/14 66/5 81/21
**criminal [3]** 6/21 62/12 65/24
**crises [1]** 109/18
**Cristina [4]** 50/1 58/11 72/2 73/2
**cross [12]** 61/2 61/4 76/21 106/11 118/14 122/4 122/18 125/12 125/21 129/13 131/8 144/8
**cross-examination [12]** 61/2 61/4 76/21 106/11 118/14 122/4 122/18 125/12 125/21 129/13 131/8 144/8
**crossed [2]** 55/2 74/4
**Crowley [1]** 105/21
**CRR [1]** 1/22
**current [3]** 24/23 79/15 79/16
**currently [3]** 10/2 79/8 99/1
**Curt [2]** 25/21 92/5
**cyclone [1]** 94/4

# D

**D-o-n-a-l-d [1]** 9/17
**daily [3]** 111/21 132/24 134/23
**Daniella [4]** 39/7 39/13 39/16 40/2
**data [1]** 136/2
**date [22]** 27/13 30/16 30/17 33/5 33/12 58/20 73/19 77/21 78/13 78/17 78/17 83/15 85/13 89/12 99/23 106/2 114/21 123/22 130/15 132/10 141/15 145/16
**date's [1]** 32/7
**dated [6]** 26/1 27/22 31/25 58/6 114/3 124/20
**dates [15]** 77/1 78/16 79/6 115/13 137/11 140/7 140/12 141/4 141/7 141/11 141/13 142/6 142/10 142/20 143/7
**Davidson [30]** 1/14 3/3 9/10 57/13 61/14 62/1 62/6 64/14 65/3 66/2 66/18 67/2 70/4 70/12 70/14 71/8 71/16 72/13 72/16 73/1 75/23 77/13 77/23 78/10 78/16 98/19 98/25 99/15 128/4 129/18
**Davidson's [2]** 65/13 81/10
**day [32]** 1/19 2/21 2/23 6/5 7/19 8/23 13/25 37/15 73/14 76/14 84/12 88/20 89/3 89/5 89/17 95/14 95/15 95/16 101/21 105/5 106/9 109/8 109/13

**D**

**day...** **[9]** 117/3 120/11 120/15 122/9
123/15 130/22 132/2 133/1 145/8
**Day's [5]** 7/11 52/4 116/11 116/11
116/17
**days [8]** 82/23 82/24 84/19 100/9
104/17 121/25 131/1 131/3
**deal [36]** 4/20 33/2 33/11 35/23 36/4
36/7 36/8 36/12 36/16 36/21 37/8
37/17 37/20 43/9 47/11 47/13 48/13
49/16 49/19 92/24 92/25 93/1 94/5
94/11 94/13 94/17 104/21 118/20
121/8 123/3 124/2 124/12 124/13
124/13 124/22 131/5
**dealing [1]** 109/18
**dealings [3]** 16/17 109/19 109/20
**deals [1]** 110/1
**death [5]** 24/18 25/2 25/11 26/20 94/4
**December [3]** 30/2 30/9 31/8
**decide [1]** 37/16
**decided [1]** 63/10
**decides [2]** 54/5 57/10
**deciding [2]** 131/23 133/12
**decision [8]** 58/3 60/13 60/14 67/1
67/9 67/13 67/22 67/25
**deep [1]** 51/21
**defendant [10]** 1/17 1/19 3/25 7/17
7/18 56/6 56/7 74/7 74/19 140/6
**defendant's [5]** 3/24 65/17 65/18 65/22
70/1
**defendants [2]** 1/7 7/21
**Defender [1]** 1/19
**defense [8]** 3/5 8/8 8/10 8/18 11/18
21/1 62/12 136/14
**defensive [1]** 71/13
**define [3]** 35/16 35/22 90/22
**definition [1]** 77/24
**defraud [1]** 4/19
**delineated [1]** 39/2
**Delman [1]** 112/11
**departure [1]** 65/24
**departures [1]** 67/7
**deposit [4]** 39/9 39/20 130/11 130/12
**describe [6]** 10/14 10/24 13/18 29/25
34/3 135/14
**described [2]** 36/7 129/11
**designed [1]** 44/1
**desire [1]** 43/18
**detection [1]** 102/24
**determination [2]** 7/8 81/12
**determinations [1]** 56/9
**determine [2]** 38/4 54/8
**development [1]** 10/3
**Devon [1]** 15/7
**DH [1]** 86/12
**Diane [1]** 89/21
**did [181]**
**didn't [47]** 7/25 8/19 19/24 28/11 36/22
38/24 40/23 45/23 50/14 50/16 51/10
51/14 51/14 51/16 54/23 54/24 57/8
59/17 62/8 66/17 72/25 74/17 74/18
80/24 80/24 87/20 88/1 92/9 96/5
96/22 101/5 101/8 104/25 111/1
118/15 118/19 118/22 119/10 119/12
120/3 122/20 124/1 129/13 131/16
131/17 133/5 138/18
**died [2]** 109/17 109/17
**difference [3]** 44/16 68/10 76/17
**different [10]** 6/3 13/15 34/10 34/12

73/3 73/19 82/23 82/24 85/11 91/4
**differently [1]** 81/5
**difficult [1]** 29/1
**digress [1]** 44/10
**Diminish [1]** 102/24
**dinner [1]** 145/7
**DIRE [1]** 139/16
**direct [11]** 9/19 61/9 61/18 75/24 86/2
106/18 117/10 118/4 129/15 134/12
140/2
**direction [3]** 11/15 135/23 135/24
**directly [7]** 16/7 16/9 16/25 20/17
20/19 21/10 121/23
**director [1]** 15/11
**disagree [1]** 50/18
**disappoint [1]** 71/21
**disclose [1]** 56/8
**discount [1]** 25/8
**discovery [1]** 136/14
**discretion [5]** 56/10 57/7 66/3 66/7
66/22
**discretionary [1]** 33/25
**discuss [6]** 16/20 33/10 60/5 145/2
145/3 145/5
**discussed [2]** 64/7 72/12
**discusses [1]** 55/19
**discussing [1]** 121/7
**discussion [9]** 19/3 22/16 65/3 68/8
69/23 73/10 75/8 77/22 102/25
**displaying [1]** 135/15
**disregard [1]** 54/15
**district [5]** 1/1 1/1 1/11 132/14 132/18
**ditch [1]** 104/16
**do [157]**
**document [17]** 5/6 6/11 6/11 6/12 7/3
7/15 24/7 70/10 73/3 107/24 108/6
108/12 108/16 108/20 133/2 138/8
138/10
**document's [1]** 70/16
**documentation [2]** 125/3 133/1
**documents [13]** 21/16 22/24 23/2 23/5
38/15 70/17 108/8 116/14 135/2
136/11 136/13 136/16 136/20
**does [24]** 3/13 13/5 16/3 17/23 25/2
27/7 30/7 31/12 50/13 67/11 79/5
81/23 87/18 92/9 92/10 100/5 100/20
105/19 114/19 118/22 133/5 134/22
139/7 139/10
**doesn't [11]** 7/13 21/20 31/19 42/11
50/15 63/25 66/9 68/20 68/21 128/22
128/23
**doing [19]** 2/16 3/23 13/10 49/8 56/3
59/5 67/7 83/19 84/3 95/1 97/25
104/18 110/10 119/2 121/9 121/18
122/6 122/15 122/20
**dollar [3]** 30/10 31/2 92/14
**dollars [10]** 4/2 43/18 43/19 44/1 44/2
44/3 44/6 45/20 53/24 95/19
**Don [6]** 7/12 9/11 40/13 41/14 43/6
70/3
**don't [90]** 2/12 4/8 5/14 5/18 5/22 5/24
6/1 7/23 7/24 8/2 18/11 19/12 20/13
25/14 27/10 28/25 29/3 34/19 35/1
35/5 35/9 35/11 36/13 38/24 48/12
50/1 50/18 50/20 50/24 51/19 52/1
55/2 55/13 66/11 66/16 67/12 67/14
67/17 67/18 67/21 67/24 68/4 68/5
68/9 69/6 75/7 76/15 77/20 77/21
77/23 78/2 78/3 78/3 79/18 79/20 80/8
80/21 82/17 83/2 88/12 89/3 89/6 89/6

91/4 91/5 91/15 91/23 94/8 97/4 97/14
97/16 106/13 114/21 116/20 116/21
123/7 123/11 123/13 123/17 123/22
124/13 126/1 127/6 127/9 128/1
132/19 140/25 144/6 145/3 145/5
**DONALD [11]** 1/10 9/13 9/17 12/2 58/8
98/2 136/7 136/19 137/21 138/3
145/23
**done [9]** 6/15 8/16 42/8 47/4 55/17
58/3 70/20 85/8 85/10
**door [1]** 21/8
**doubt [1]** 20/19
**down [27]** 13/24 16/10 26/17 26/23
26/23 27/4 28/17 29/10 29/13 30/13
36/24 38/5 38/21 39/16 55/16 66/4
67/3 71/17 88/13 89/13 89/14 104/1
108/2 128/12 128/16 128/24 131/25
**downward [1]** 25/24
**dozen [3]** 96/24 96/24 104/24
**dozens [1]** 109/8
**draft [2]** 8/11 32/17
**dramatic [1]** 31/8
**drink [1]** 76/3
**drive [3]** 13/23 16/10 59/12
**driving [1]** 28/16
**drop [3]** 31/5 31/5 31/6
**drops [1]** 44/17
**duly [2]** 9/14 134/5
**duration [1]** 143/22
**during [14]** 19/17 19/20 20/8 21/12
82/13 83/20 83/25 85/15 88/6 109/13
109/14 110/17 113/1 131/8
**dying [1]** 104/13

**E**

**each [1]** 38/7
**earlier [4]** 19/10 27/24 55/11 81/7
**early [1]** 33/16
**Eastern [7]** 141/18 141/22 141/25
142/2 142/14 142/15 143/15
**easy [1]** 85/23
**Ed [3]** 47/15 105/10 105/19
**effort [4]** 104/7 104/16 104/23 127/18
**either [9]** 3/10 16/24 23/6 36/10 37/7
47/10 54/11 132/16 132/17
**elapsed [1]** 143/8
**elicited [1]** 2/15
**eliciting [1]** 2/12
**Elmo [1]** 3/17
**else [13]** 6/3 16/13 20/5 42/16 50/18
52/25 59/13 91/3 110/17 115/22 128/1
129/8 132/2
**email [34]** 4/2 12/17 13/21 14/4 23/6
27/21 27/22 31/24 32/1 32/3 38/19
41/3 41/9 42/21 42/25 43/4 50/6 50/10
50/13 55/12 61/24 62/1 63/17 70/3
70/7 70/13 71/8 71/19 72/15 77/1 86/3
108/5 124/18 127/17
**emailing [1]** 62/2
**emails [9]** 14/5 23/2 23/4 27/21 38/9
108/8 108/10 124/8 132/4
**embarrassing [1]** 59/15
**emergency [1]** 76/2
**emotional [2]** 55/15 62/8
**emotionally [2]** 51/9 51/20
**employees [2]** 15/4 15/6
**encountered [1]** 2/25
**end [7]** 10/16 22/16 32/25 69/23 75/8
105/5 125/12
**ended [3]** 61/14 63/7 83/2

**E**

**enforcement [1]** 115/4
**engaged [2]** 53/5 96/19
**enhances [1]** 81/15
**enough [1]** 95/9
**enter [4]** 7/12 32/21 57/25 121/21
**entered [4]** 2/10 26/6 77/5 94/11
**Enterprise [2]** 25/22 29/12
**Enterprises [20]** 23/25 25/17 25/19
25/20 26/9 26/13 26/15 26/16 26/22
27/2 27/7 27/17 28/3 28/16 28/20
29/14 91/18 91/20 92/3 92/4
**enters [2]** 9/6 76/19
**entire [1]** 5/11
**entirely [1]** 21/4
**entirety [1]** 54/16
**entrapped [9]** 50/21 51/7 55/12 55/13
62/5 62/9 77/3 103/17 103/25
**Epstein [148]**
**Epstein's [5]** 41/21 102/5 138/14
138/15 138/22
**equate [1]** 141/17
**Esq [1]** 1/17
**essence [1]** 4/25
**establish [1]** 22/1
**established [1]** 51/13 79/18
**estate [13]** 10/3 99/2 110/18 110/19
111/1 111/4 111/16 112/1 112/9
112/13 112/17 112/19 113/7
**evaluate [1]** 65/16
**even [8]** 56/25 65/8 66/12 67/19 68/20
69/6 75/3 131/22
**event [1]** 132/23
**eventually [4]** 49/21 66/2 95/12 96/2
**ever [8]** 15/18 34/19 35/4 35/11 35/16
60/15 105/24 137/5
**every [1]** 104/14
**everybody [8]** 2/2 9/7 13/20 22/17 76/8
76/20 104/15 144/22
**everybody's [2]** 14/8 105/6
**everyone [1]** 42/16
**everything [2]** 20/5 67/8
**evidence [26]** 2/13 2/15 3/9 6/12 12/9
19/7 19/13 19/14 19/22 20/6 20/9
22/12 23/16 24/16 50/4 52/13 70/16
75/18 77/16 116/12 135/2 138/13
138/22 139/12 139/24 141/1
**evident [1]** 111/23
**exact [2]** 88/20 123/22
**exactly [6]** 4/14 33/21 80/2 105/18
122/12 140/15
**examination [21]** 9/19 61/2 61/4 76/21
106/11 106/18 117/10 118/4 118/14
122/4 122/18 125/12 125/21 128/7
129/13 129/16 131/8 134/12 139/16
140/2 144/8
**examine [1]** 140/5
**example [5]** 4/18 5/12 14/19 53/13
67/16
**examples [1]** 42/14
**except [3]** 18/12 93/5 109/15
**EXCERPT [2]** 1/3 1/10
**exchanging [1]** 93/16
**exciting [1]** 22/14
**excuse [8]** 29/8 53/14 58/5 60/3 112/15
118/8 125/25 144/11
**excused [5]** 133/17 133/21 133/22
133/25 144/14
**executed [1]** 73/17

**exercise [1]** 14/1
**exhibit [49]** 11/18 11/24 12/5 12/7 12/9
12/19 22/19 22/23 23/1 23/12 23/14
23/16 23/18 23/21 24/3 24/13 24/16
25/16 27/20 29/16 29/25 31/24 38/9
40/25 42/19 43/20 50/6 58/5 59/19
61/25 70/1 75/11 77/17 85/25 86/6
89/10 90/2 91/25 120/22 124/15
129/25 135/11 135/12 136/17 137/1
137/7 137/9 137/14 138/23
**exhibit's [1]** 24/15
**exhibits [7]** 52/12 61/17 136/9 139/5
139/12 139/21 139/23
**exist [1]** 108/12
**expectation [1]** 127/11
**expectations [1]** 71/10
**explain [10]** 23/4 34/22 38/12 38/21
47/13 50/9 65/1 136/16 138/6 141/14
**explained [3]** 35/23 65/9 137/17
**explanation [2]** 62/6 92/7
**exposed [1]** 119/7
**extend [2]** 78/16 78/17
**extent [2]** 65/17 68/22
**extract [2]** 7/23 8/2
**eyeballs [1]** 131/17

**F**

**F-r-a-n-k [1]** 134/9
**facilitate [1]** 88/21
**facing [2]** 64/10 82/4
**fact [12]** 3/5 20/11 21/3 59/12 63/23
79/24 81/22 85/8 88/11 100/8 104/20
114/18
**facts [6]** 4/17 6/15 7/6 7/7 7/18 55/4
**factual [9]** 2/22 2/24 3/8 3/11 5/13 5/21
5/24 7/16 7/18
**fail [1]** 56/7
**failed [3]** 104/4 104/7 104/23
**fair [1]** 73/24
**fall [6]** 35/14 80/3 81/11 94/10 94/21
106/21
**falls [1]** 30/13
**false [1]** 56/14
**falsely [2]** 56/6 56/19
**familiar [3]** 13/3 82/5 93/13
**families [1]** 95/16
**family [4]** 19/10 63/15 95/19 145/4
**far [7]** 6/7 20/9 41/9 49/16 79/2 88/25
126/23
**fast [2]** 49/21 130/18
**father [2]** 109/17 109/17
**father-in-law [1]** 109/17
**favor [1]** 81/12
**FBI [13]** 2/7 2/9 8/9 51/20 55/16 62/7
113/15 114/14 114/16 114/18 134/3
134/16 136/21
**feature [1]** 17/20
**features [1]** 27/11
**February [29]** 1/4 26/2 26/3 27/14
31/25 32/7 33/1 36/13 68/12 106/19
107/1 107/3 107/4 117/25 118/1
123/16 140/7 140/17 140/12 140/12
141/5 141/5 141/7 141/8 141/9 141/10
141/15 142/6 145/16
**federal [3]** 67/5 81/18 134/16
**feel [1]** 71/22
**feeling [1]** 84/18
**feeling-out [1]** 84/18
**felt [4]** 104/8 104/9 104/10 104/11
**few [4]** 29/19 30/4 61/9 72/25

**fictitious [1]** 101/19
**field [1]** 14/8
**fighting [1]** 50/23
**figure [1]** 95/9
**file [9]** 15/3 23/7 23/7 23/7 23/8 38/14
66/11 67/21 67/21
**filed [2]** 7/3 74/9
**filings [1]** 18/12
**fill [1]** 32/9
**final [9]** 8/10 67/1 67/9 67/22 67/24
74/25 75/17 77/15 83/12
**finally [2]** 77/9 144/1
**finance [2]** 13/24 27/9
**financial [2]** 11/16 13/7
**financing [1]** 94/19
**find [7]** 61/17 61/24 88/14 94/22 96/12
104/13 105/23
**finding [2]** 7/5 7/6
**fine [4]** 70/19 76/11 101/8 144/24
**finish [2]** 50/24 117/5
**finished [2]** 71/2 76/12
**fired [1]** 101/24
**firm [5]** 13/13 25/20 29/4 40/9 92/4
**firms [1]** 25/4
**first [51]** 9/14 9/16 26/1 26/6 29/24
33/8 38/12 40/14 40/24 50/24 56/23
58/7 58/14 58/14 71/15 75/6 79/13
84/8 87/23 88/6 88/16 88/22 88/24
89/5 89/17 97/22 98/5 99/8 109/20
113/13 113/21 115/3 115/6 115/12
118/16 118/24 120/2 120/25 121/3
121/19 122/23 125/15 129/20 132/15
132/16 134/5 134/7 135/11 142/12
143/14 144/2
**five [9]** 46/16 64/10 76/10 126/25
127/7 131/19 131/20 131/21 144/16
**FL [1]** 1/24
**flat [2]** 30/3 30/24
**flip [2]** 22/22 114/13
**float [5]** 31/15 31/17 31/18 91/4 92/19
**floor [3]** 25/9 25/13 94/13
**FLORIDA [17]** 1/1 1/5 1/16 1/18 1/20
10/1 10/6 12/14 33/24 48/6 48/15 74/6
74/15 74/16 80/22 101/1 119/14
**flsd.uscourts.gov [1]** 1/25
**focus [1]** 97/10
**focused [1]** 129/23
**folder [1]** 23/6
**follow [1]** 24/6
**follow-up [1]** 24/6
**following [4]** 7/13 56/12 65/15 126/7
**follows [7]** 2/1 9/14 19/3 68/8 73/10
76/7 134/5
**Foods [1]** 124/24
**forced [1]** 51/11
**foregoing [1]** 145/13
**form [5]** 17/6 34/18 36/1 90/6 92/6
**formal [2]** 32/19 134/18
**formally [1]** 36/14
**formed [1]** 96/10
**Fort [5]** 1/20 36/15 59/20 78/11 132/16
**forth [1]** 113/7
**forward [8]** 36/10 36/20 37/16 43/9
49/19 49/21 118/2 130/18
**forwarded [4]** 32/20 42/12 42/25 43/4
**forwarding [1]** 41/9
**found [5]** 38/14 48/20 49/3 82/12 82/15
**foundation [3]** 18/23 24/4 33/14
**founders [1]** 15/14
**four [5]** 15/6 119/16 131/1 131/3

## F

**four... [1]** 138/20
**four-for-one [1]** 119/16
**fourth [1]** 86/6
**fractions [1]** 29/10
**Frank [7]** 134/3 134/4 134/8 134/14
137/3 140/25 145/25
**fraud [4]** 3/24 52/22 55/7 60/21
**fraudulent [1]** 6/23
**free [2]** 6/9 18/3
**free-trading [1]** 18/3
**Friday [2]** 38/11 145/16
**friend [9]** 33/4 33/20 47/16 98/14 98/15
98/17 101/1 105/14 145/5
**friendly [9]** 16/1 16/4 16/11 16/14
16/15 16/17 17/1 17/9 46/11
**friends [5]** 48/7 59/10 63/15 95/16
95/18
**front [6]** 27/11 42/10 67/17 78/11 82/6
140/15
**FSX [1]** 37/22
**full [3]** 9/15 56/19 134/6
**fully [1]** 55/17
**fund [6]** 13/23 47/20 47/21 48/12 48/18
49/18
**funding [4]** 99/6 99/9 104/13 104/22
**funds [4]** 13/15 19/15 20/13 47/19
**further [3]** 61/1 133/17 144/6
**future [3]** 16/6 27/13 78/17

## G

**Gables [1]** 1/18
**gap [1]** 44/16
**gathered [1]** 23/4
**gave [5]** 2/8 2/9 72/4 72/7 116/5
**generally [5]** 3/5 3/7 24/22 31/13
129/10
**generate [3]** 112/6 112/18 112/21
**gentleman [1]** 62/14
**gentlemen [3]** 106/17 116/5 144/25
**gently [1]** 50/16
**get [55]** 2/3 9/5 14/8 14/17 14/22 17/8
18/1 18/5 18/6 20/23 26/17 29/19
34/10 34/12 36/24 38/3 38/5 38/6
39/20 41/21 43/18 44/19 64/3 67/6
67/7 68/6 76/9 76/15 76/25 79/16
81/10 82/6 86/15 89/20 89/21 89/22
90/9 90/12 91/8 92/14 92/23 93/10
94/3 95/5 98/2 100/1 109/13 111/1
122/1 128/24 131/17 135/17 138/14
145/4 145/8
**gets [8]** 7/3 14/20 14/21 26/23 26/24
46/20 68/17 68/17
**getting [12]** 26/21 59/4 81/16 83/2
92/12 92/15 95/2 103/21 109/8 109/14
110/16 111/3
**girlfriend [9]** 18/17 18/24 19/11 19/15
20/6 20/24 40/4 40/7 102/6
**give [14]** 13/21 16/8 17/6 17/7 17/8
53/10 53/13 54/18 54/23 55/1 92/21
104/2 130/1 143/4
**given [3]** 17/5 26/8 138/8
**gives [3]** 63/24 67/11 114/9
**giving [3]** 60/1 66/18 94/1
**glad [1]** 79/3
**glass [1]** 145/7
**gmail.com [1]** 32/5
**go [50]** 3/9 5/18 6/13 7/15 8/21 9/10
13/13 13/24 16/24 23/19 26/17 27/8

27/15 29/10 29/13 31/10 33/8 36/15
36/17 36/23 47/1 48/8 48/10 50/16
64/12 64/15 67/3 71/17 74/12 79/18
79/20 82/6 82/7 91/17 96/11 96/20
96/22 97/18 102/20 111/24 127/6
127/9 128/4 129/25 131/10 133/11
133/23 134/24 135/2 144/21
**goes [12]** 25/15 26/4 26/23 27/4 29/7
31/2 32/14 44/18 59/13 93/5 93/19
93/21
**going [86]** 3/20 4/9 8/3 11/17 14/4
15/23 19/8 20/6 20/16 21/10 21/15
21/16 26/25 28/14 29/16 29/17 30/1
30/5 31/22 35/13 36/24 39/20 41/6
42/15 43/20 45/5 47/25 48/6 51/21
52/1 52/2 55/11 57/10 59/15 67/19
68/14 69/25 71/1 71/9 71/14 76/1 76/2
76/10 77/19 78/6 78/8 78/13 78/15
78/21 78/22 78/24 79/12 79/21 81/20
82/7 84/2 87/21 88/1 88/8 88/14 88/21
88/25 90/9 90/12 94/25 97/9 97/16
97/23 102/19 106/14 111/20 113/6
119/13 119/15 121/21 121/22 128/16
129/2 130/13 133/11 133/13 140/1
141/25 142/12 144/18 145/1
**GOLDBERG [7]** 1/11 54/11 64/24 67/17
67/19 78/25 133/12
**gone [4]** 37/3 37/9 43/9 63/13
**good [25]** 9/21 26/12 26/15 26/16 27/2
31/3 50/21 51/1 51/2 51/4 61/6 61/7
69/18 69/25 71/7 71/19 77/2 81/12
85/22 101/1 103/18 103/24 131/24
145/7 145/8
**got [26]** 6/14 24/8 38/16 39/19 50/21
50/21 51/7 56/23 62/4 73/15 74/16
76/13 77/3 79/3 83/15 89/20 89/21
97/1 99/25 103/17 103/17 111/16
111/18 112/1 113/10 138/6
**gotten [2]** 62/7 103/25
**government [34]** 2/12 3/11 3/20 6/7
6/17 11/18 12/19 23/12 24/3 25/16
27/20 29/16 31/24 38/9 40/25 42/18
43/20 50/6 53/3 53/15 54/14 59/19
73/22 73/25 77/16 89/6 113/22 124/8
127/14 128/22 133/11 134/2 139/11
144/23
**government's [30]** 11/24 12/5 12/7
12/9 22/19 22/23 23/1 23/14 23/16
23/18 24/16 52/12 57/4 75/11 85/25
86/6 89/10 90/2 91/25 114/1 120/22
124/6 124/15 129/25 133/13 135/10
135/12 138/22 139/21 139/23
**granted [1]** 78/19
**great [6]** 69/21 71/9 76/3 82/9 93/1
104/11
**greatest [1]** 23/8
**greed [1]** 51/12
**group [10]** 10/5 10/9 11/13 11/14 12/13
12/15 12/24 23/2 39/12 99/2
**grow [3]** 15/16 16/7 21/1
**guess [10]** 36/10 72/22 75/16 90/5
99/20 103/10 105/18 114/12 122/25
140/14
**guideline [8]** 67/6 80/5 80/16 80/18
80/25 81/2 81/17 82/2
**guidelines [7]** 65/25 66/4 66/5 66/19
67/4 79/25 80/3
**guilt [1]** 60/11
**guilty [14]** 3/19 52/20 58/2 59/24 60/6
60/11 60/12 60/14 60/18 60/20 63/7

63/19 66/5 126/16
**guy [3]** 21/2 96/20 131/13
**guy's [1]** 3/19
**guys [9]** 50/21 50/24 51/1 51/2 51/2
51/4 77/2 103/18 103/24

## H

**H-u-f-f-m-a-n [1]** 62/17
**H-u-g-g-i-n-s [1]** 9/18
**habits [1]** 111/21
**had [152]**
**hadn't [3]** 38/16 40/22 119/6
**half [14]** 9/24 18/10 29/25 43/19 44/1
44/3 44/5 45/20 68/16 68/17 91/12
91/14 96/24 137/4
**hand [1]** 38/12
**handed [1]** 135/10
**hands [1]** 42/7
**happen [12]** 14/23 27/7 37/10 40/5
46/18 66/25 82/8 89/1 95/1 131/1
131/2 133/5
**happened [11]** 5/15 30/22 38/1 44/4
46/23 49/3 69/2 103/12 103/13 115/1
115/4
**happening [3]** 28/24 30/3 123/12
**happens [9]** 3/7 28/23 29/9 30/12
45/22 67/16 99/20 101/21 103/10
**happy [1]** 105/6
**hard [1]** 38/10
**hardly [1]** 109/15
**harm [1]** 73/25
**has [16]** 3/23 7/8 7/17 8/18 10/18
13/21 21/17 29/16 67/12 67/14 78/15
79/24 80/16 80/19 128/24 133/23
**hasn't [2]** 78/19 121/12
**hate [1]** 76/1
**have [167]**
**haven't [2]** 21/17 77/24
**having [12]** 9/14 22/8 49/11 49/18
54/25 89/1 89/4 110/21 121/17 130/19
130/23 134/5
**he [150]**
**He'll [1]** 50/15
**he's [12]** 4/17 10/16 21/15 21/16 62/2
68/10 78/15 80/18 80/22 94/1 97/3
97/5
**head [2]** 110/3 142/15
**heading [1]** 75/6
**hear [2]** 7/25 121/22
**heard [4]** 24/18 119/7 119/8 119/13
**hearing [1]** 79/12
**heat [1]** 50/22
**hedge [6]** 13/15 47/20 47/21 48/12
48/17 49/18
**held [2]** 18/7 26/10
**help [4]** 15/16 21/3 85/20 97/12
**helping [2]** 34/1 34/17
**helps [1]** 81/15
**hence [1]** 26/19
**Henderson [6]** 47/5 47/15 97/1 105/10
105/12 105/19
**her [20]** 18/14 18/15 18/17 20/16 20/17
20/18 20/19 28/11 39/1 50/1 58/12
60/20 69/6 69/9 69/15 69/19 72/3 72/5
72/12 112/11
**here [48]** 3/11 3/21 3/23 4/7 6/7 6/18
6/19 10/12 13/21 26/9 27/21 28/9 30/4
30/23 32/1 38/13 38/21 40/10 41/3
43/22 48/8 54/15 54/21 57/23 61/17
64/2 65/13 65/14 67/17 71/14 74/1

**H**

**here...** [17] 77/1 87/7 88/18 89/8 89/12 90/6 92/21 98/1 99/19 109/23 127/15 127/20 127/22 128/20 130/22 130/25 139/14
**here's** [3] 7/2 85/24 89/12
**highlight** [1] 27/21
**him** [57] 10/12 10/14 10/15 20/23 21/24 35/18 35/20 36/5 38/5 38/6 40/20 40/20 42/3 43/7 44/8 44/8 45/4 46/17 46/25 47/7 49/9 50/14 68/15 70/21 71/17 71/18 71/19 71/21 74/12 82/20 85/18 87/24 89/17 94/12 96/20 97/1 97/4 98/3 98/7 98/8 98/23 98/24 100/5 101/10 102/19 105/18 106/1 107/20 117/2 117/3 117/5 125/13 129/14 131/12 131/23 133/24 144/20
**himself** [3] 4/13 20/24 94/21
**hire** [3] 13/14 62/7 122/1
**hired** [2] 62/10 62/20
**his** [40] 4/15 4/16 5/9 5/10 6/22 8/20 15/11 15/12 15/13 15/16 16/15 17/19 20/24 21/3 28/20 29/11 34/7 35/20 38/4 40/4 40/4 40/9 41/22 41/23 42/7 45/11 47/16 47/24 68/18 71/10 74/11 83/3 87/16 93/9 101/4 116/8 116/25 130/23 133/24 138/9
**hit** [1] 46/6
**Hoffman** [1] 62/16
**hold** [4] 98/22 98/22 98/24 116/9
**home** [1] 145/5
**honest** [2] 56/23 71/11
**honestly** [1] 103/24
**Honor** [89] 2/4 2/20 3/7 4/11 6/6 6/14 8/1 8/7 9/2 9/9 10/17 12/10 12/4 18/21 18/22 18/25 19/5 19/7 20/20 22/18 23/11 23/13 23/17 24/2 24/4 24/14 33/5 33/12 34/6 34/11 34/14 35/19 52/6 52/8 52/14 60/10 60/24 61/1 61/3 69/2 70/9 70/15 75/5 76/11 76/23 97/2 97/15 106/7 106/10 111/20 111/22 116/10 116/18 116/22 116/23 118/17 120/8 120/16 121/10 123/20 124/3 124/7 128/1 128/3 128/6 129/12 132/10 133/16 133/17 133/19 133/20 134/1 134/2 134/10 135/7 136/14 138/13 139/11 139/14 139/20 139/25 140/22 144/7 144/9 144/10 144/12 144/15 144/18 144/24
**HONORABLE** [2] 1/11 59/20
**hope** [3] 9/22 127/11 127/12
**hopefully** [3] 16/6 71/10 76/22
**hoping** [5] 8/11 8/17 127/6 127/9 127/17
**Horizon** [1] 124/24
**horrible** [1] 92/23
**horriblest** [1] 60/15
**hours** [2] 141/24 142/17
**housekeeping** [1] 8/7
**how** [47] 4/18 9/23 10/22 14/5 18/9 18/15 18/18 19/24 23/4 24/7 25/14 27/17 28/12 28/13 34/3 37/23 38/1 43/10 43/23 45/3 45/5 45/8 45/16 46/14 49/23 54/5 60/11 84/20 91/11 92/7 92/9 92/9 92/10 97/1 102/19 109/13 116/17 132/3 132/20 132/22 136/20 137/3 138/6 138/14 143/4 143/16 143/21
**how's** [2] 85/23 102/24

**Howard** [1] 29/15
**However** [1] 8/14
**Huffman** [4] 48/16 58/6 62/15 62/22
**HUGGINS** [50] 1/10 2/8 2/11 4/3 4/10 4/23 6/8 6/22 7/12 9/12 9/13 9/17 9/21 10/18 11/23 12/2 21/25 22/22 23/21 24/7 43/6 52/17 58/8 60/5 61/6 61/8 61/18 66/1 69/25 70/3 70/7 70/18 73/12 73/18 75/10 76/25 97/13 97/20 98/2 106/8 111/21 120/14 128/9 132/12 133/25 136/7 136/19 137/21 138/3 145/23
**Huggins'** [3] 2/21 5/9 136/24
**hundred** [2] 92/13 93/19
**hundreds** [3] 46/17 46/17 95/19
**hung** [1] 49/5
**hurt** [1] 16/9
**hypothetically** [1] 131/13

**I**

**I'd** [5] 51/20 71/1 81/4 136/9 142/19
**I'll** [16] 22/22 22/23 27/20 27/21 33/6 34/9 35/21 74/23 88/15 88/15 89/7 106/15 111/24 116/18 120/17 122/11
**I'm** [72] 2/14 7/19 7/25 8/3 9/22 10/3 11/17 11/18 18/23 22/7 23/8 25/16 29/16 29/17 30/18 33/21 34/11 34/22 38/8 38/10 39/21 40/3 49/4 52/2 59/15 61/24 65/6 67/16 67/18 69/11 69/15 69/25 71/1 71/22 72/8 72/9 72/22 79/3 79/9 81/2 81/6 82/6 83/6 83/6 83/23 88/13 88/19 89/4 89/15 91/24 93/12 97/6 97/11 97/11 98/11 99/1 99/1 99/21 103/13 106/14 107/17 109/19 111/20 111/23 112/13 117/13 118/8 122/8 134/18 134/19 134/7 137/20
**I've** [18] 2/24 3/14 8/8 21/10 46/16 46/16 56/21 56/21 68/16 69/19 71/23 82/19 96/20 98/23 132/9 132/25 133/14 136/15
**idea** [5] 40/3 62/25 63/4 65/11 83/5
**ideal** [1] 86/15
**identified** [1] 10/18
**identify** [2] 15/12 38/10
**identifying** [1] 83/7
**illegal** [25] 13/18 14/12 14/24 36/6 36/9 36/18 36/20 37/8 42/11 44/22 49/10 50/17 62/3 74/6 83/19 84/3 85/1 85/4 85/6 88/25 102/23 118/20 123/3 130/13 131/5
**illegality** [2] 36/4 40/9
**illegally** [1] 48/17
**illegitimate** [1] 13/18
**imagine** [1] 111/11
**immediately** [2] 89/22 104/4
**impact** [2] 67/12 67/14
**implicate** [1] 56/6
**implicating** [1] 56/19
**important** [3] 67/21 67/22 67/24
**impression** [1] 20/25
**improper** [2] 2/13
**inactive** [3] 109/16 112/3 112/4
**Inc** [5] 10/5 10/9 11/8 13/2 25/17
**incentive** [1] 20/23
**incidentally** [1] 4/16
**include** [1] 8/25
**includes** [1] 137/20
**including** [2] 6/18 56/1
**income** [2] 112/18 112/21
**increase** [1] 92/18

**increased** [1] 91/4
**incriminate** [1] 56/7
**INDEX** [1] 145/21
**indicated** [2] 2/23 117/15
**indictment** [4] 7/22 51/23 52/21 126/17
**individual** [8] 10/10 14/21 47/5 100/19 105/24 119/24 137/23 137/25
**individuals** [5] 25/4 39/7 136/6 137/23 139/9
**induced** [1] 6/24
**ineffective** [1] 74/5
**information** [18] 13/21 13/22 14/5 14/8 14/10 14/11 14/12 14/13 18/12 55/23 56/8 56/22 59/2 59/3 66/22 67/11 85/4 114/12
**initial** [1] 132/13
**initially** [1] 129/6
**initials** [1] 64/22
**inside** [2] 3/1 14/9
**insider** [1] 14/13
**insiders** [1] 14/10
**instead** [1] 40/6
**instructed** [1] 39/15
**instruction** [1] 2/14
**instructions** [1] 47/3
**intend** [3] 2/21 5/12 116/23
**intended** [3] 53/23 53/24 53/25
**intending** [1] 73/25
**intent** [1] 4/19
**intention** [1] 50/23
**intentionally** [1] 73/25
**interaction** [1] 116/8
**interest** [2] 27/14 63/18
**interested** [4] 33/22 34/1 47/17 103/15
**intermediary** [1] 13/8
**internet** [1] 13/22
**interrupt** [1] 76/1
**interview** [2] 49/24 58/14
**interviewed** [1] 56/24
**introduce** [9] 2/21 5/12 11/16 13/16 47/7 94/15 96/25 99/6 118/3
**introduced** [11] 2/24 3/4 7/23 19/13 29/17 38/8 41/2 90/2 94/12 105/9 134/14
**introducing** [1] 33/23
**introduction** [7] 12/5 23/12 24/3 24/13 52/3 105/16 116/1
**introductions** [3] 15/15 96/23 104/25
**introductory** [1] 84/17
**invest** [6] 25/5 35/14 47/17 47/21 48/19 101/3
**invested** [5] 25/24 31/1 92/5 95/19 95/21
**investigation** [2] 65/23 80/13
**Investigations** [1] 134/16
**investing** [2] 33/23 95/17
**investment** [3] 15/2 100/20 105/23
**Investments** [1] 105/20
**investor** [16] 13/3 13/6 13/10 13/19 16/1 16/4 16/11 16/14 16/15 16/17 17/9 29/20 35/17 46/11 89/2 118/2
**investors** [3] 17/2 37/12 43/24
**involved** [8] 11/3 51/21 95/17 97/1 110/1 118/5 119/15 123/2
**involving** [1] 42/5
**IOU** [1] 17/7
**irrelevant** [2] 68/14 101/10
**is** [304]
**island** [14] 9/22 39/1 39/3 80/22 99/1 102/8 102/9 105/13 105/14 112/10

**I**

island... [4]  112/12 113/6 113/8 130/5
isn't [1]  74/10
issue [7]  2/4 6/22 39/1 39/6 40/8 73/11 75/4
issued [9]  6/22 28/14 40/1 40/5 40/6 42/13 42/14 42/15 99/25
issues [1]  2/20
it [302]
it's [94]  2/8 2/25 3/5 5/5 5/23 7/2 7/15 7/20 12/12 14/7 14/14 14/24 17/7 18/3 18/3 20/8 20/12 22/14 23/24 27/5 27/22 28/5 29/1 30/3 31/6 31/7 31/17 31/25 36/18 38/10 38/18 38/22 38/25 41/6 42/11 44/22 48/8 52/3 56/25 58/5 64/20 66/2 66/7 66/8 66/17 67/21 67/22 67/24 67/24 68/14 69/17 70/20 71/13 74/10 75/3 76/14 77/16 79/15 79/22 80/6 80/8 80/8 81/4 85/8 85/10 87/12 89/5 94/3 94/4 94/4 101/10 102/9 112/4 112/15 112/15 115/21 115/22 116/3 120/22 123/1 123/3 126/13 127/12 130/9 131/23 132/24 137/2 140/25 141/1 141/24 141/25 142/15 142/17 144/23
italicized [1]  57/1
its [2]  31/7 54/15
itself [3]  13/23 13/24 142/8

**J**

Jack [1]  94/15
jail [4]  64/12 79/19 79/20 79/22
January [31]  21/6 30/14 30/19 30/20 30/23 33/1 83/12 84/1 94/9 106/19 107/1 107/3 107/9 107/20 110/25 115/22 117/17 117/25 123/15 135/16 136/7 137/11 142/19 142/20 142/21 142/25 143/3 143/14 143/19 143/24 144/5
Jeune [1]  1/17
job [3]  37/14 74/12 99/5
John [1]  47/24
joined [1]  53/5
JR [3]  9/13 9/17 145/23
judge [79]  1/11 2/16 3/16 3/22 5/20 7/10 19/12 52/4 54/10 54/11 54/11 54/23 54/24 55/1 57/12 59/20 59/23 60/4 60/17 64/18 64/22 64/23 64/23 64/24 65/1 65/3 66/9 66/12 66/18 66/18 66/21 66/21 67/1 67/3 67/8 67/12 67/13 67/17 67/19 67/20 68/11 68/17 68/18 68/22 68/25 69/10 69/11 69/13 69/18 69/21 69/21 73/6 73/11 73/15 73/20 73/23 73/24 74/4 74/16 74/20 74/21 76/3 77/10 78/8 78/11 78/24 78/25 81/12 82/6 97/4 116/19 122/8 126/12 128/18 128/23 132/15 132/18 133/11 133/12
judge's [2]  66/22 81/11
judges [1]  69/20
judgment [3]  57/1 65/20 65/21
Judith [2]  1/22 145/18
judy [1]  1/25
July [1]  111/10
June [10]  49/24 55/16 58/6 58/20 77/7 111/8 113/24 113/25 114/3 114/6
jurors [2]  29/18 76/13
jury [23]  1/3 1/10 2/3 5/8 6/12 6/13 7/4 7/8 7/11 9/5 9/6 70/17 76/5 76/9 76/19

106/17 116/5 136/16 138/17 141/4 141/14 142/24 145/10
just [74]  6/1 8/4 12/16 16/22 18/23 20/4 21/2 21/18 23/8 26/18 27/20 35/5 37/2 37/3 37/23 38/10 38/15 43/20 43/22 44/10 45/5 45/15 49/16 49/22 51/16 55/11 55/14 62/7 65/5 68/2 68/9 70/5 70/13 70/19 70/21 75/23 76/25 76/25 77/1 83/23 85/13 89/1 91/17 91/20 92/20 93/12 93/16 93/21 94/3 102/10 104/19 105/3 110/18 117/2 118/8 118/14 120/4 124/4 125/12 129/10 130/5 130/25 133/8 133/24 135/10 136/10 136/16 138/17 139/13 141/14 141/22 141/24 142/11 142/17

**K**

Kamika [5]  18/13 21/11 21/22 22/4 22/9
keep [9]  26/19 50/24 51/1 51/5 79/5 92/12 92/20 97/16 122/11
keeps [2]  26/24 94/3
Kelly [4]  15/8 27/23 28/5 47/25
kept [1]  93/16
KEVIN [84]  1/6 10/10 12/3 15/6 15/15 15/21 15/22 18/17 23/7 24/8 28/15 32/21 36/14 37/13 37/21 40/18 42/2 42/19 44/5 45/6 47/3 47/17 47/25 48/8 50/11 51/3 51/19 53/1 60/23 61/8 62/1 86/1 86/3 87/2 89/19 92/17 92/18 92/21 93/15 94/10 94/21 95/8 95/17 96/19 96/25 97/20 97/21 97/25 98/2 98/7 100/5 104/5 104/6 104/8 104/12 104/16 104/24 105/9 109/15 118/2 119/7 119/8 119/13 119/20 125/2 125/15 125/23 126/10 126/20 129/9 130/1 130/3 131/1 131/2 131/12 131/15 131/21 131/24 135/5 135/20 136/7 137/10 137/21 138/3
Kevin's [7]  12/21 15/7 95/17 95/21 98/17 131/12 131/22
Keys [1]  50/24
kickback [2]  47/25 48/18
kind [9]  2/15 48/16 61/11 66/20 84/17 107/23 108/19 110/6 125/10
kinds [2]  48/15 66/25
knew [28]  21/25 42/16 44/8 48/7 49/8 51/20 53/4 83/22 84/1 88/21 89/3 95/1 95/1 102/22 104/6 104/7 104/7 104/15 104/15 104/18 119/23 121/21 121/25 122/3 125/13 125/22 126/9 131/5
knocked [2]  94/21 104/14
know [108]  3/19 4/8 10/10 11/4 14/25 15/4 16/13 18/13 18/14 18/14 18/15 18/16 18/17 18/18 21/23 23/8 27/8 30/14 34/19 34/19 34/24 35/1 35/2 35/5 35/8 35/9 35/11 35/11 37/23 38/24 43/13 43/21 46/7 47/5 49/4 49/14 51/3 51/10 51/11 59/12 59/15 62/9 66/13 66/16 66/20 67/10 67/18 67/18 68/4 68/9 68/20 69/6 69/16 70/22 71/2 71/15 73/7 77/21 77/22 77/24 78/2 78/3 78/9 80/2 80/8 81/14 81/17 82/17 82/18 83/2 84/18 84/21 87/7 87/10 87/20 88/1 88/12 88/13 88/25 89/3 90/1 91/4 91/5 91/15 91/23 92/7 94/8 96/9 96/15 100/19 101/6 101/7 101/8 101/9 105/18 105/24 117/25 118/15 119/13 121/17 122/6 126/1 126/2 126/23 127/12

131/14 141/24
knowing [1]  51/12
knowingly [1]  58/4
knowledge [10]  17/18 21/20 45/5 63/5 78/20 89/18 94/12 108/14 108/18 108/22
knowledgeable [2]  35/18 96/21
known [7]  10/22 46/16 65/18 96/20 98/23 98/24 105/18
knows [2]  22/7 22/9
Kramer [3]  25/21 91/7 92/5
Kritskaia [2]  38/23 38/25

**L**

lack [4]  65/18 100/12 101/17 133/1
ladies [3]  106/17 116/5 144/25
lady [5]  22/3 69/7 69/7 128/9 128/24
laid [1]  33/13
Landstar [1]  15/15
language [4]  7/13 7/16 74/5 74/15
large [3]  15/14 135/1 137/2
Larry [4]  15/7 15/9 15/11 15/21
last [18]  3/25 7/25 8/11 9/16 47/5 58/11 60/3 71/24 80/15 80/15 94/25 104/16 105/9 134/7 138/20 143/16 143/20 143/21
lasted [3]  143/17 143/25 144/3
late [2]  33/16 35/14
later [19]  4/1 17/8 18/22 22/13 27/9 29/6 36/13 40/20 74/12 92/17 100/9 103/10 103/11 107/3 107/12 117/21 121/25 141/24 142/17
Lauderdale [5]  1/20 36/15 59/21 78/11 132/17
law [3]  61/20 109/17 115/4
lawyer [5]  55/15 66/14 66/17 72/13 81/8
lawyers [2]  50/15 68/7
lay [1]  18/23
laying [1]  20/4
Le [1]  1/17
leak [1]  17/3
learn [2]  93/12 129/3
learned [2]  49/21 49/23
least [5]  3/12 18/19 43/3 50/3 78/9
leave [1]  35/21
Lee [1]  105/25
left [5]  20/25 29/24 36/2 76/22 136/10
legal [7]  48/2 65/4 86/21 87/16 88/7 102/21 102/22
legality [2]  36/3 36/8
legally [1]  29/4
legitimacy [1]  36/4
legitimate [9]  13/10 14/3 25/7 27/9 94/22 94/23 95/3 104/14 104/22
lending [1]  94/5
less [3]  63/16 80/2 92/8
let [23]  4/6 46/18 48/22 48/23 49/16 53/14 65/15 66/12 71/2 73/5 77/25 83/12 84/25 97/21 97/21 98/22 103/15 116/21 121/14 126/7 128/5 129/24 140/17
let's [29]  3/20 5/17 16/24 19/2 22/14 24/21 26/9 27/22 28/18 29/24 30/14 33/8 38/7 38/21 42/18 43/8 49/21 64/15 76/25 85/23 91/17 128/9 129/3 129/23 129/25 130/18 133/8 137/14 138/2
letter [13]  26/1 52/5 58/6 58/23 58/23 58/25 59/6 66/14 73/14 81/10 114/3

# L

**letter... [2]** 114/6 114/9
**letters [3]** 23/24 81/7 81/11
**level [15]** 14/7 45/12 45/12 53/20 81/24
**levels [2]** 64/3 67/6
**license [2]** 111/2 113/10
**lie [1]** 133/8
**lies [1]** 50/16
**life [3]** 101/4 103/13 103/14
**like [20]** 4/3 7/24 17/7 20/7 25/3 27/6
32/22 34/15 43/16 48/19 61/11 67/6
71/1 84/25 103/9 116/20 132/21
134/24 136/9 142/19
**liked [1]** 16/4
**likely [1]** 78/10
**Lila [1]** 112/11
**limited [1]** 18/9
**line [3]** 28/1 30/3 131/9
**lines [1]** 40/11
**list [2]** 8/20 8/25
**listed [1]** 138/9
**listen [1]** 97/13
**listened [1]** 63/13
**listening [3]** 36/5 49/12 49/14
**little [8]** 10/23 38/10 69/18 75/24 92/21
92/21 97/12 132/8
**live [2]** 9/25 80/21
**lived [1]** 9/23
**living [1]** 110/10
**loan [4]** 16/7 25/4 25/7 25/24
**located [1]** 12/13
**logistics [2]** 11/9 26/9
**logs [1]** 125/8
**long [8]** 8/10 9/23 10/22 18/9 92/15
137/3 143/16 143/21
**longer [1]** 144/19
**look [10]** 4/4 4/6 7/4 30/14 45/13 70/5
78/3 129/23 136/11 138/25
**looking [1]** 127/3
**lose [2]** 37/5 37/7
**loses [1]** 93/7
**loss [2]** 53/23 53/25
**lost [2]** 31/7 37/13
**lot [9]** 6/1 29/8 31/12 31/14 31/18
96/15 103/12 103/13 135/1
**loud [1]** 140/25
**lousy [1]** 74/12
**low [2]** 25/14 44/10
**lower [1]** 81/13
**lowest [1]** 25/10
**luxury [1]** 112/10
**lying [1]** 133/14

# M

**MACADAM [1]** 39/10
**machine [2]** 45/13 45/13
**machines [1]** 45/12
**made [18]** 43/11 60/15 61/19 63/11
77/6 92/8 96/23 105/16 125/3 135/19
137/20 141/5 141/11 141/12 141/12
141/14 141/20 142/24
**magistrate [4]** 69/10 69/13 79/13
132/17
**mail [1]** 130/16
**maintain [1]** 15/1
**major [3]** 90/20 90/22 95/10
**majority [2]** 91/6 91/16
**make [27]** 7/8 14/6 14/7 15/15 20/7
38/16 45/6 47/22 53/15 54/14 57/5

61/20 65/17 73/16 81/12 95/1 102/6
102/19 102/22 104/25 105/6 114/10
127/17 140/13 140/15 143/2 144/19
**make-believe [1]** 102/6
**maker [2]** 45/14 104/21
**makes [7]** 2/9 26/2 67/1 67/9 67/13
68/10 76/17
**making [1]** 92/20
**man [1]** 92/5
**man's [1]** 34/7
**Management [3]** 11/8 13/2 28/6
**manager [2]** 28/5 47/24
**managers [1]** 13/15
**manipulate [1]** 48/18
**manipulating [1]** 101/11
**manipulation [1]** 100/13
**manner [1]** 114/12
**many [43]** 15/13 15/13 28/13 47/8 47/8
47/8 91/11 92/10 99/20 109/13 109/18
109/18 132/20 143/4
**MARC [37]** 1/6 23/7 32/4 32/16 32/19
53/1 60/23 104/17 108/21 109/15
115/8 115/14 116/25 117/10 119/8
123/2 124/9 124/15 125/2 125/17
125/17 126/2 126/20 126/22 129/7
135/5 135/15 135/20 136/6 137/8
137/21 138/3 140/6 142/24 143/2
143/10 144/2
**March [43]** 21/6 26/4 30/23 36/14
37/21 38/11 40/12 40/13 40/24 83/13
84/1 84/9 84/10 85/13 100/8 101/13
101/21 103/6 103/9 107/2 107/4 107/5
107/9 107/12 107/21 110/25 115/23
117/17 117/21 119/9 120/2 122/23
123/2 123/6 123/10 124/1 125/14
125/22 126/9 130/15 136/8 137/12
142/22
**marked [6]** 11/18 11/23 41/1 64/20
70/1 135/10
**market [15]** 17/4 18/3 25/8 31/1 31/15
31/16 31/19 45/14 48/18 85/10 87/1
93/14 96/17 100/12 101/11
**Marketing [1]** 39/10
**markets [1]** 14/7
**markings [1]** 6/1
**massive [1]** 48/6
**match [16]** 14/20 44/7 44/18 44/24
44/25 45/16 45/16 45/18 46/24 88/21
**matched [1]** 45/24
**Mathis [3]** 15/8 27/23 28/5
**matter [7]** 3/4 8/8 66/9 92/10 114/18
128/22 145/14
**matters [2]** 65/24 72/12
**Mauricio [1]** 1/17
**maximum [2]** 64/10 126/25
**may [35]** 6/7 9/9 11/20 12/10 22/18
23/15 23/17 24/17 27/10 50/7 52/8
52/10 52/14 54/15 55/15 60/24 70/23
77/3 79/22 97/2 103/9 103/9 103/16
103/24 111/6 113/10 115/23 123/6
123/8 123/18 127/3 133/21 134/10
135/7 140/22
**maybe [15]** 6/3 13/20 21/19 35/2 37/5
38/21 66/2 68/5 74/2 88/19 97/12
112/4 114/25 121/11 124/6
**me [88]** 4/6 18/19 21/11 27/11 28/2
29/8 32/20 33/3 33/3 34/16 35/14
35/22 37/12 37/25 37/25 38/3 38/25
39/12 39/15 40/13 41/13 42/2 45/10
45/10 46/18 48/22 48/23 49/16 50/11

53/14 53/14 58/5 58/19 59/1 60/3
65/15 66/12 67/19 68/13 68/21 70/19
71/2 72/4 72/8 73/5 76/17 77/25 78/3
78/6 78/15 81/3 83/12 84/20 84/25
86/3 86/4 87/2 87/21 89/5 95/14 96/9
96/19 97/21 97/21 98/22 103/15
106/14 106/14 112/11 112/15 118/1
118/7 118/8 119/3 119/7 121/14
125/25 126/7 129/24 130/1 131/19
132/24 134/7 138/8 139/1 140/15
140/17 141/1
**mean [28]** 7/10 13/5 16/3 17/24 17/25
25/2 26/24 31/7 35/12 51/1 51/19
56/19 67/18 71/1 71/13 72/22 87/10
92/23 93/9 95/8 95/8 97/4 110/3
114/21 120/6 131/2 132/24 133/5
**means [9]** 25/9 29/3 34/20 35/6 40/18
44/12 44/13 46/6 56/20
**meant [2]** 17/6 131/21
**meantime [2]** 103/10 103/12
**Meanwhile [1]** 93/19
**meet [5]** 36/15 71/10 92/17 96/21
113/14
**meeting [11]** 33/22 37/23 38/2 47/17
48/11 51/18 71/12 71/16 72/8 96/22
114/22
**meetings [2]** 96/23 133/2
**memorandum [4]** 66/24 108/19 115/25
125/8
**memory [5]** 40/23 46/15 109/2 115/22
117/19
**mention [1]** 14/2
**mentioned [4]** 17/23 35/5 38/8 144/2
**merely [1]** 35/17
**merger [1]** 96/10
**mergers [1]** 95/25
**message [1]** 103/17
**met [24]** 37/21 48/21 55/16 58/14 59/9
69/9 69/15 72/1 72/3 72/9 72/13 72/15
82/19 84/4 84/5 104/16 106/21 113/21
114/14 114/16 114/16 114/18 114/23
119/8
**Miami [7]** 1/5 1/16 1/23 1/24 38/18
48/6 132/16
**Michael [5]** 105/25 135/24 135/25
138/9 138/16
**mid [1]** 109/25
**mid-portion [1]** 109/25
**middle [3]** 38/11 49/3 131/10
**middleman [1]** 35/17
**might [8]** 16/7 16/8 18/25 32/25 73/8
114/10 124/9 144/19
**Mike [1]** 21/14
**million [20]** 43/12 43/17 43/18 43/19
43/25 44/1 44/2 44/3 44/3 44/6 45/20
53/24 91/13 91/13 91/14 92/13 92/19
93/20 93/20 132/25
**millions [3]** 27/19 92/12 92/12
**mind [2]** 34/8 35/20
**mine [4]** 12/18 32/2 57/19 97/18
**minimum [1]** 112/14
**minor [1]** 8/7
**minute [2]** 73/16 111/23
**minutes [3]** 72/25 76/2 144/19
**miscategorizing [1]** 118/18
**misspoke [4]** 33/7 39/21 53/14 134/14
**mistake [6]** 60/16 61/19 61/20 61/22
63/11 77/6
**modifications [1]** 73/20
**moment [6]** 11/17 60/24 87/25 88/3

## M

**moment... [2]** 88/20 133/16
**Monday [2]** 40/12 40/19
**money [59]** 13/15 14/6 14/21 14/22
16/7 16/9 17/5 17/7 19/8 19/11 19/11
20/3 20/16 20/23 21/1 25/5 25/8 25/12
25/24 28/12 33/23 34/2 36/23 36/24
37/5 37/7 37/11 37/12 37/13 43/10
43/24 44/19 45/6 45/22 46/20 46/23
47/4 47/17 47/22 47/24 47/25 84/20
89/22 92/8 92/20 92/21 92/22 93/9
93/10 94/20 94/22 94/23 95/21 96/12
104/3 104/14 105/6 105/23 131/4
**monies [1]** 26/8
**month [3]** 63/17 131/14 131/15
**months [5]** 19/20 80/6 80/6 81/3
132/20
**more [20]** 4/19 17/9 26/17 26/23 26/24
26/24 27/9 40/20 53/3 61/21 66/16
80/2 90/23 91/5 91/5 92/7 92/8 94/3
101/16 142/6
**morning [6]** 40/19 43/8 88/8 88/16
144/22 145/1
**most [1]** 107/2
**mother [1]** 109/16
**motion [3]** 66/12 66/13 66/17
**motivations [1]** 5/9
**motive [2]** 19/1 19/16
**move [12]** 5/17 12/4 22/11 22/15 23/11
24/2 24/12 37/16 49/19 76/25 129/17
139/12
**moving [3]** 36/10 36/20 43/23
**Mr [9]** 13/1 17/2 33/10 33/10 63/14
77/13 77/13 100/21 115/25
**Mr. [338]**
**Mr. Aldazabal [17]** 70/18 73/7 118/15
118/23 119/9 120/1 120/20 121/6
121/16 122/4 122/10 125/13 125/20
126/7 126/11 131/9 133/7
**Mr. Asher [1]** 91/6
**Mr. Barry [1]** 15/21
**Mr. Brennan [53]** 6/19 10/18 10/22
10/24 11/1 15/18 15/24 16/18 16/21
16/25 17/16 17/18 18/2 18/7 19/14
20/5 20/21 21/21 21/25 22/2 22/7
24/10 28/19 29/11 32/24 33/2 36/1
36/11 36/17 36/20 37/17 37/19 41/10
41/12 41/13 41/19 42/25 43/3 43/4
44/7 44/25 45/18 45/20 47/2 47/7
47/10 47/13 48/4 48/12 51/24 77/2
99/12 103/17
**Mr. Brennan's [3]** 11/10 12/25 42/21
**Mr. Davidson [25]** 3/3 9/10 61/14 62/1
62/6 64/14 65/3 66/2 66/18 67/2 70/14
71/8 71/16 72/13 72/16 73/1 75/23
77/23 78/10 78/16 98/19 98/25 99/15
128/4 129/18
**Mr. Davidson's [2]** 65/13 81/10
**Mr. Day [12]** 2/21 2/23 6/5 7/19 8/23
106/9 117/3 120/11 120/15 122/9
132/2 133/1
**Mr. Day's [5]** 7/11 52/4 116/11 116/11
116/17
**Mr. Epstein [93]** 32/24 33/17 33/22
36/16 36/25 37/21 38/2 38/3 39/8
39/14 39/15 40/24 41/8 41/17 42/1
42/2 42/3 42/5 42/6 42/12 43/3 45/19
48/20 48/22 48/23 48/25 49/22 51/15
51/18 51/18 82/9 82/16 83/2 83/24

84/4 84/5 84/6 84/7 84/8 84/12 85/14
86/10 86/14 87/3 87/4 87/6 87/12
87/16 88/1 88/7 88/23 97/23 98/1 98/5
100/6 100/11 100/17 100/19 100/24
101/1 101/5 103/21 104/16 104/24
108/7 108/13 108/17 117/1 117/23
117/24 118/16 118/24 119/2 119/6
119/8 119/12 119/16 120/2 120/13
121/8 121/22 121/23 121/24 129/6
129/21 130/19 131/11 139/1 141/5
141/15 141/16 142/3 142/5
**Mr. Epstein's [3]** 41/21 138/14 138/22
**Mr. Frank [3]** 134/14 137/3 140/25
**Mr. Henderson [1]** 97/1
**Mr. Huffman [2]** 62/15 62/22
**Mr. Huggins [32]** 2/8 4/3 4/23 6/8 9/21
10/18 11/23 21/25 22/22 23/21 24/7
52/17 60/5 61/6 61/8 61/18 66/1 69/25
70/7 70/18 73/12 73/18 75/10 76/25
97/13 97/20 106/8 111/21 120/14
128/9 132/12 133/25
**Mr. Huggins' [2]** 2/21 136/24
**Mr. Page [50]** 6/19 31/23 32/23 33/3
33/8 33/17 33/19 33/20 34/5 34/15
34/16 34/19 34/22 34/24 35/4 35/8
35/13 35/23 35/25 36/7 51/23 97/1
106/19 106/21 106/24 107/25 108/3
108/5 108/12 108/17 109/1 113/17
115/19 116/7 118/1 118/5 118/7
119/14 119/17 119/19 119/23 120/12
123/5 125/4 140/13 141/6 141/15
141/16 142/3 142/5
**Mr. Page's [1]** 34/3
**Mr. Richard [1]** 100/11
**Mr. Ron [2]** 70/4 70/12
**Mr. Schneiderman [12]** 16/22 17/1
17/11 43/13 46/2 46/4 46/5 46/11
46/20 46/24 138/7 139/2
**Mr. Schneiderman's [4]** 46/7 138/12
138/18 138/19
**Mr. Soto [4]** 66/2 66/18 67/2 144/16
**Mr. Sputo [2]** 21/19 50/1
**Mr. Stavrou [4]** 62/14 62/20 65/4 65/9
**Mr. Wright [3]** 50/2 63/14 94/18
**Ms. [6]** 19/8 22/8 63/14 72/8 73/13
130/9
**Ms. Cardenas [1]** 130/9
**Ms. Soto [3]** 63/14 72/8 73/13
**Ms. Williams [2]** 19/8 22/8
**much [11]** 28/12 31/19 43/10 43/23
43/23 45/3 76/17 84/20 103/10 131/16
144/13
**multi [1]** 5/6
**multi-page [1]** 5/6
**multiple [2]** 92/14 134/23
**my [91]** 5/8 7/8 7/9 8/5 10/5 12/21
17/18 21/7 22/8 23/6 36/25 38/4 39/23
40/23 43/5 43/7 50/14 57/17 58/3 58/7
58/14 59/4 59/10 59/10 59/10 59/11
59/18 60/14 62/21 63/15 63/15 63/17
66/7 66/8 66/14 66/15 66/22 66/25
67/5 71/15 71/18 72/7 73/12 75/14
77/11 77/22 78/2 78/15 78/20 79/1
80/21 81/8 81/8 81/11 81/13 81/13
81/15 84/21 89/6 89/7 95/16 95/16
95/18 106/4 106/23 107/2 107/19
108/10 108/14 108/18 108/22 109/16
109/17 109/17 110/18 111/1 113/6
113/10 116/2 116/4 117/9 120/5
125/18 125/20 126/4 126/6 126/13

127/11 134/8 134/18 142/15
**myself [7]** 16/22 16/22 16/23 38/15
43/13 45/6 94/11

## N

**N-a-t-h-a-n [1]** 134/9
**naked [2]** 28/25 29/1
**name [26]** 8/20 9/15 9/16 10/8 10/10
11/7 12/16 12/22 12/25 16/15 18/13
18/14 21/22 22/3 25/20 32/14 47/5
47/24 50/1 63/15 105/25 134/6 134/7
134/8 138/9 145/22
**named [7]** 4/17 15/8 33/21 48/16 92/5
104/5 112/11
**Narragansett [1]** 112/10
**nasty [1]** 71/13
**Nathan [4]** 134/3 134/4 134/8 145/25
**National [1]** 105/22
**nature [3]** 34/4 65/16 81/21
**NE [1]** 1/15
**need [12]** 4/3 4/22 5/10 5/14 5/18 5/24
40/20 73/8 76/3 86/4 89/22 132/11
**needed [16]** 35/25 38/6 39/8 40/21
42/7 42/7 44/5 45/21 84/21 84/23 87/5
87/6 94/20 100/2 121/22 134/25
**negative [1]** 2/15
**negotiation [1]** 121/8
**nervous [2]** 62/8 102/17
**never [19]** 2/10 2/25 3/4 3/9 3/10 3/14
5/15 17/18 35/1 35/22 50/15 57/8 63/1
65/9 68/16 71/16 82/19 83/3 133/4
**new [6]** 13/13 20/1 25/20 73/17 92/4
96/11
**news [7]** 31/9 41/23 42/11 48/15 86/15
88/15 88/15
**next [20]** 2/8 40/10 41/16 42/18 68/11
77/19 78/1 78/17 78/22 79/21 80/15
82/4 84/19 88/8 88/20 101/21 130/21
143/19 144/17 144/18
**nice [5]** 50/24 51/2 69/7 69/8 145/7
**night [1]** 50/16
**night's [1]** 145/8
**nightly [1]** 132/24
**nine [3]** 144/22 145/1 145/9
**no [145]** 1/2 3/4 5/20 8/24 12/6 14/24
17/18 19/5 19/12 19/12 20/19 21/10
23/13 24/14 25/13 25/13 26/14 26/20
26/21 30/4 31/4 32/21 33/13 33/14
34/24 35/3 35/3 35/3 35/7 35/10 35/13
35/18 35/21 36/23 36/24 37/2 37/7
37/9 40/3 42/14 44/22 48/3 49/2 49/20
50/22 52/7 55/2 55/2 55/2 55/2 59/1
59/2 59/4 62/19 62/25 63/2 63/4 63/5
65/4 65/4 65/10 65/11 67/14 68/24
68/24 69/13 78/15 79/10 79/12 82/3
82/19 82/24 83/1 83/4 83/5 83/6 84/2
84/4 85/2 85/7 87/7 87/10 89/3 90/1
90/11 94/13 94/22 94/25 96/1 96/3
96/5 98/19 98/23 99/21 99/24 100/21
100/23 101/7 102/22 103/12 103/14
104/1 104/6 106/4 106/4 106/21 108/1
108/4 109/10 109/12 111/1 112/7
112/8 112/12 112/15 112/16 112/16
112/20 116/3 119/5 120/5 120/6 122/7
122/15 122/17 123/22 125/3 125/5
125/8 125/17 125/19 133/6 133/15
133/19 133/20 134/21 139/20 141/11
141/12 143/10 144/4 144/4 144/4
144/9 144/10
**nobody [2]** 49/11 51/11

**N**

noise [2] 48/17 68/13
Nope [1] 112/9
normal [1] 6/15
normally [1] 5/13
not [112] 2/11 2/15 3/20 4/17 8/15 8/17
14/2 15/25 18/2 18/3 18/3 18/14 19/12
21/4 23/8 27/10 31/14 31/18 33/21
35/3 36/5 36/14 38/14 38/18 39/13
39/18 39/19 40/2 43/15 48/8 50/16
50/23 51/17 51/21 60/11 62/3 62/21
62/22 64/18 64/23 65/1 65/6 65/12
67/2 67/4 67/21 67/21 67/22 67/22
69/15 70/16 70/17 71/18 71/19 71/21
71/22 72/22 73/23 73/24 75/3 76/17
77/19 78/20 78/24 79/11 80/10 80/23
81/4 81/23 82/5 83/20 84/4 85/10
85/18 88/19 91/16 94/15 96/15 97/3
100/21 100/22 101/7 101/9 103/15
108/14 108/18 108/22 109/11 112/5
112/8 116/3 117/23 118/5 119/6
119/18 119/19 120/6 121/24 122/8
123/2 126/1 126/2 126/11 127/11
127/11 128/22 131/12 134/20 134/21
139/25 140/25 145/2
notation [1] 38/13
notations [1] 54/21
note [24] 8/4 17/6 17/8 24/9 25/6 25/12
25/17 26/2 26/3 26/4 26/4 26/6 26/10
26/22 27/6 27/7 27/9 27/11 27/12
27/18 31/21 91/9 95/5 142/11
notes [12] 16/8 25/25 25/25 26/5 26/8
26/23 26/24 28/12 92/6 94/3 107/23
125/8
nothing [14] 16/9 30/3 30/5 61/1 62/3
85/6 86/23 92/10 93/21 103/10 107/16
108/23 109/4 133/16
notice [1] 93/15
noting [1] 38/11
November [6] 26/1 27/22 68/1 68/4
71/24 124/20
now [53] 2/19 9/3 16/1 22/17 24/22
26/12 31/21 38/21 40/23 44/23 49/15
49/21 50/6 50/21 51/1 51/20 54/21
56/3 57/13 61/18 61/24 62/10 63/7
63/23 65/13 66/11 71/24 73/18 82/9
83/7 85/25 87/8 87/9 88/22 89/23 98/7
99/19 99/19 100/5 100/6 103/18
107/23 113/5 113/5 121/11 124/3
128/4 128/14 129/2 129/10 130/18
131/8 132/2
number [22] 6/20 6/20 46/7 46/14
61/25 63/20 65/15 77/17 131/14
131/24 138/7 138/9 138/12 138/14
138/14 138/15 138/18 138/19 138/22
138/23 139/8 143/7
numbers [3] 35/13 139/1 139/4
numerous [2] 47/4 96/14

**O**

o'clock [5] 76/10 144/17 144/22 145/1
145/9
o-t-m-i [1] 42/20
oath [1] 126/6
object [2] 53/7 111/20
objected [1] 8/18
objecting [1] 19/4
objection [26] 2/25 8/3 8/5 8/24 12/6
18/21 23/13 24/14 33/5 33/12 34/6

34/9 35/19 35/20 52/7 54/25 70/9 97/8
111/24 118/17 120/8 121/10 123/20
124/3 126/12 139/20
objections [1] 52/2
obligation [1] 57/5
obtained [3] 19/25 136/20 136/21
obviously [7] 27/5 38/24 52/4 68/3
80/9 80/12 96/16
occasion [2] 115/7 115/13
occasionally [2] 110/22 113/7
occasions [3] 18/20 143/11 143/12
occurred [7] 107/9 117/17 123/5 123/6
143/15 143/19 143/24
off [12] 7/16 14/6 24/21 27/21 27/23
38/12 46/15 64/3 64/20 76/22 128/9
131/25
offense [1] 53/20
offer [3] 44/10 44/15 44/18
offering [1] 59/1
offers [2] 43/6 45/10
office [13] 1/15 1/19 3/23 23/3 49/25
57/1 57/2 65/16 65/21 65/22 67/11
81/10 112/11
officer [1] 15/12
official [1] 1/23 7/3 7/5
often [2] 80/21 132/22
oh [15] 5/24 35/18 47/8 79/14 83/18
86/17 87/9 89/15 90/25 96/14 96/15
98/15 99/20 100/24 103/1
okay [224]
Olessia [3] 38/23 38/25 39/6
onboard [1] 4/4
once [9] 12/14 28/1 45/7 69/9 83/22
104/4 106/1 141/1 145/2
one [55] 2/4 2/7 2/20 4/2 8/7 13/13
13/13 15/14 15/20 16/15 17/21 18/1
19/6 21/19 27/11 38/7 42/19 42/23
53/5 53/5 60/14 64/2 68/17 72/7 74/24
74/25 75/17 75/18 75/23 76/13 77/16
83/12 85/14 98/13 99/19 99/20 99/21
99/24 100/8 101/4 105/9 118/24
119/15 119/16 124/10 124/12 131/23
133/16 137/6 137/20 137/22 140/16
141/20 141/21 143/5
ones [3] 69/20 69/21 109/23
online.com [1] 42/20
only [13] 22/8 74/10 85/10 89/18 96/15
97/14 100/9 119/13 124/8 125/13
125/21 126/9 126/22
open [2] 21/8 112/11
operated [1] 92/5
operating [1] 15/12
operation [2] 20/12 48/6
operational [1] 134/19
operations [1] 134/18
opinion [2] 37/1 67/14
opportunity [5] 57/22 95/4 95/7 132/4
132/6
opposed [1] 118/19
Optimized [3] 11/7 13/2 28/6
option [1] 56/11
OPTZ [42] 11/4 11/10 11/13 12/3 15/4
15/9 15/19 16/11 16/17 17/11 17/17
19/15 19/25 20/1 20/16 23/7 23/25
24/25 25/3 27/14 29/20 30/1 39/4 41/1
47/1 47/2 47/18 47/21 89/2 89/23 90/6
90/18 90/20 90/23 90/23 91/11 95/23
96/2 96/8 96/10 99/12 130/7
OPTZ's [1] 14/25
order [3] 15/1 22/17 42/6

original [6] 38/15 38/19 64/23 72/4
73/20 77/13
originally [1] 58/15
other [42] 2/20 6/25 16/15 19/7 25/23
31/10 35/15 36/23 36/23 37/2 37/7
48/21 52/2 55/6 61/14 62/14 63/14
65/23 68/17 81/22 82/24 88/9 89/18
90/9 96/24 98/10 99/8 99/9 99/22
100/6 109/4 109/15 109/21 110/1
110/16 114/12 124/13 125/1 125/3
137/23 137/25 140/4
our [4] 3/23 3/23 17/3 73/23
ourselves [1] 95/2
out [52] 6/1 13/20 13/22 14/5 17/4 25/4
26/21 31/9 31/16 41/23 43/7 44/10
45/11 45/15 46/6 48/15 48/20 49/3
50/20 53/7 55/2 65/14 74/5 79/3 80/18
80/25 82/12 82/15 83/7 84/18 86/15
86/17 88/14 88/15 88/15 88/16 92/23
93/9 93/10 93/23 93/24 94/21 95/2
95/9 95/18 96/7 96/12 96/20 130/23
135/2 136/21 140/25
outside [2] 8/20 14/9
outstanding [1] 28/13
overrule [3] 8/3 111/24 122/11
overt [2] 53/6 53/6
own [8] 17/11 17/14 21/3 29/3 56/16
59/11 90/23 95/18
owned [3] 17/16 17/18 92/4
owner [1] 20/1
owns [1] 31/3

**P**

p-c-g-i-n-c [2] 28/1 32/1
p.m [19] 1/5 2/1 9/6 38/12 76/5 76/6
76/7 76/19 130/15 141/8 141/21
141/25 142/2 142/12 142/13 143/15
143/25 145/10 145/11
Pacific [4] 141/17 141/20 141/21
142/15
page [129] 1/6 1/19 2/10 2/11 4/5 4/18
5/6 6/19 6/20 6/21 7/17 23/7 28/7
31/23 32/4 32/14 32/16 32/23 33/3
33/8 33/10 33/17 33/19 33/20 34/5
34/15 34/16 34/19 34/22 34/24 35/4
35/8 35/13 35/23 35/25 36/7 36/16
38/11 40/10 41/16 42/18 42/24 51/23
53/1 53/13 53/15 53/19 54/6 54/18
54/21 57/13 58/11 60/3 60/3 60/23
64/16 80/16 86/5 86/5 88/11 97/1
97/24 98/1 103/2 104/17 106/19
106/21 106/24 107/25 108/3 108/5
108/12 108/17 108/21 109/1 109/15
113/17 114/13 115/8 115/14 115/19
115/25 116/7 116/25 117/10 118/1
118/5 118/7 119/8 119/14 119/17
119/19 119/23 120/12 123/2 123/5
124/9 124/15 125/4 125/17 125/17
126/2 126/20 126/22 129/7 129/24
130/1 130/18 131/8 131/10 135/5
135/16 135/20 136/6 137/8 137/20
137/21 138/3 140/6 140/13 141/6
141/15 141/16 142/3 142/5 142/24
143/2 143/10 144/2
Page's [1] 34/3
pages [5] 1/7 4/17 5/5 88/17 137/18
paid [5] 34/17 34/18 39/20 90/9 90/12
panel [1] 89/13
paper [3] 90/3 102/15 142/16
paperwork [2] 100/2 135/1

# P

**paragraph [18]** 4/4 6/20 6/20 7/17 26/1 53/13 53/19 54/6 54/19 55/11 55/19 56/5 56/13 56/18 56/25 58/5 65/14 65/14

**paragraphs [2]** 7/1 64/2

**parcel [1]** 20/12

**Pardon [1]** 122/16

**part [20]** 3/12 4/15 5/3 5/15 5/16 6/21 7/25 20/11 38/4 38/18 41/21 42/4 55/25 58/3 59/4 61/25 63/24 67/10 99/25 127/14

**participate [5]** 34/24 36/5 45/7 45/8 45/9

**particular [17]** 7/6 8/9 33/13 62/1 66/5 87/25 88/3 113/16 114/3 114/6 116/24 120/10 121/7 121/19 126/17 129/13 131/9

**parts [2]** 7/23 8/2

**party [2]** 33/24 40/7

**past [2]** 10/25 132/22

**pay [13]** 13/14 14/1 19/15 20/24 27/12 36/17 44/14 48/19 94/25 119/18 119/19 131/24 131/25

**paying [3]** 34/25 48/17 118/5

**payment [6]** 20/6 38/5 39/16 119/16 131/25 131/25

**payments [3]** 6/24 36/1 36/5

**pcginc [2]** 12/17 41/4

**penalty [3]** 64/10 126/25 127/3

**pennies [1]** 92/13

**Pennsylvania [1]** 74/2

**penny [8]** 24/19 24/21 24/22 24/25 25/3 25/22 29/10 92/13

**people [20]** 4/3 13/9 13/20 14/10 25/7 29/8 44/23 48/7 48/19 53/3 55/6 56/19 85/3 88/14 91/5 96/21 104/5 110/13 111/19 133/3

**percent [2]** 4/4 31/7

**percentagewise [1]** 31/6

**perfectly [2]** 87/16 88/7

**perform [1]** 71/10

**period [15]** 10/4 20/8 21/12 28/19 31/8 33/16 83/17 83/25 99/2 104/2 104/23 109/14 110/17 114/17 136/7

**perjury [2]** 56/14 56/19

**person [7]** 8/25 13/6 23/9 44/17 56/7 58/14 94/12

**personal [4]** 20/22 21/20 103/13 109/18

**personally [3]** 21/25 63/18 119/6

**Petersburg [1]** 15/20

**phantom [1]** 87/6

**Philadelphia [2]** 82/16 83/3

**phone [49]** 8/13 8/15 46/7 46/14 48/23 48/25 49/4 49/9 49/11 50/11 69/17 82/10 82/20 97/22 97/22 97/24 106/1 106/21 110/12 110/14 110/16 111/3 111/18 111/21 113/1 121/7 122/5 122/23 125/15 133/2 133/2 133/5 135/18 135/19 135/19 136/24 137/7 137/8 137/10 137/20 138/7 138/15 139/4 139/8 140/5 140/5 140/13 140/16 142/25

**pick [1]** 76/22

**place [3]** 37/24 77/22 122/1

**placement [1]** 115/25

**Plaintiff [2]** 1/4 1/14

**plan [6]** 53/4 83/22 119/7 121/21 122/1

**144/16**

**planned [2]** 6/22 43/9

**planning [1]** 2/16

**plans [1]** 133/23

**played [2]** 50/5 85/20

**playing [1]** 14/8

**plea [71]** 2/22 2/22 3/1 3/2 3/3 3/5 3/8 3/9 3/12 3/14 4/4 4/15 4/22 4/24 5/1 5/1 5/3 5/10 5/13 5/15 5/18 5/18 5/22 5/23 6/8 6/16 6/17 7/11 7/22 52/3 52/5 52/10 52/17 52/20 53/10 55/4 55/19 55/25 57/22 57/25 58/1 60/4 63/8 63/24 64/16 64/17 72/4 72/7 72/19 72/20 72/23 73/3 73/11 73/13 73/15 73/17 73/20 73/23 74/8 74/14 74/21 74/24 75/15 75/17 77/10 77/11 77/12 77/13 77/15 81/14 81/22

**plead [6]** 52/20 59/24 60/6 60/11 60/14 63/18

**pleading [2]** 3/19 63/7

**please [11]** 9/16 10/14 22/22 40/13 41/14 68/7 86/3 134/7 135/11 141/3 142/11

**pleasure [1]** 144/20

**pled [2]** 66/5 126/16

**point [21]** 10/15 12/4 17/21 23/11 24/2 24/12 28/15 28/15 32/19 36/22 40/22 48/5 51/9 52/1 80/25 82/15 89/18 93/8 101/4 111/21 129/20

**pointed [1]** 80/18

**pointing [1]** 65/14

**policemen [1]** 104/1

**portion [6]** 29/24 29/25 40/12 50/8 50/10 109/25

**portions [1]** 4/25

**pose [1]** 116/19

**position [3]** 45/7 45/18 81/16

**possession [2]** 29/5 86/25

**possibility [2]** 79/22 102/24

**possible [2]** 72/6 92/9

**possibly [1]** 18/20

**potential [4]** 47/13 127/3 129/3 133/7

**power [4]** 54/8 66/19 67/3 128/24

**PPM [1]** 2/10

**PR [3]** 40/14 40/18 41/14

**precipitous [1]** 31/6

**Predatory [1]** 94/5

**predecessor [1]** 96/1

**predicament [1]** 73/24

**predicate [3]** 20/4 33/13 132/11

**preferred [1]** 17/19

**prejudiced [1]** 73/22

**prejudicial [1]** 7/20

**prepare [1]** 28/11

**prepared [1]** 82/6

**present [1]** 72/13

**presented [1]** 36/17

**presentence [1]** 80/13

**preserved [1]** 52/4

**president [4]** 11/11 12/3 12/22 12/23 40/21 41/15 41/17 41/20 41/21 41/25 42/4 42/7 42/8 42/12 85/1 85/6 85/15 85/18 86/1 86/4 86/18 86/21 87/1 87/2 87/25 88/7 88/11 88/18 88/19 89/20 122/2 130/23

**presume [1]** 100/12

**pretend [2]** 5/15 5/16

**pretty [2]** 30/24 137/2

**previous [1]** 77/12

**previously [7]** 11/17 29/17 86/1 103/23 122/9 136/13 136/15

**price [14]** 16/10 17/4 26/12 27/4 27/15 28/16 29/9 29/12 30/1 30/15 30/22 30/24 31/13 31/22

**primary [1]** 16/15

**principal [3]** 25/21 26/18 92/15

**print [1]** 38/24

**prior [4]** 88/17 125/14 125/22 126/9

**prison [5]** 71/14 82/7 127/1 127/6 127/9

**private [13]** 10/5 10/9 11/12 11/14 12/3 12/13 12/14 12/24 39/12 91/12 110/3 112/21 115/25

**privy [1]** 18/11

**probably [7]** 47/8 49/5 63/11 78/10 79/24 80/15 95/19

**probation [2]** 79/9 82/17

**problem [8]** 6/14 7/2 7/2 7/9 71/20 74/10 74/10 86/24

**proceed [4]** 9/9 23/15 76/24 134/10

**proceedings [4]** 2/1 76/6 145/11 145/14

**process [2]** 67/10 84/18

**professional [1]** 32/12

**proffer [11]** 2/23 2/24 3/8 3/12 3/14 4/22 5/14 5/19 5/21 5/24 7/16

**program [25]** 39/9 39/17 39/18 39/19 41/23 42/4 42/15 43/14 43/15 43/18 44/1 45/7 45/8 45/9 84/19 89/21 101/4 101/17 104/4 122/22 129/4 129/5 129/11 130/24 131/4

**promissory [3]** 25/17 91/8 91/9

**proper [3]** 7/22 70/20 85/5

**properties [1]** 112/5

**proposal [1]** 36/12

**proposed [1]** 42/6

**prosecuted [1]** 56/14

**prosecution [2]** 65/23 81/7

**prosecutor [6]** 58/15 66/15 66/21 72/2 72/4 75/15

**prosecutor's [1]** 67/11

**prosecutors [1]** 108/9

**protection [1]** 114/10

**proud [1]** 127/18

**prove [3]** 29/1 50/22 53/3

**provide [5]** 55/22 56/9 56/22 59/3 114/11

**provided [3]** 20/2 23/3 124/8

**provider [1]** 136/24

**provides [1]** 20/22

**Providing [1]** 114/11

**PSI [10]** 66/24 80/12 80/16 80/16 80/23 80/24 80/24 81/1 81/9 81/20

**public [9]** 1/19 13/8 13/16 14/7 15/1 15/14 16/5 42/11 95/23

**publish [4]** 12/10 52/10 52/14 140/1

**pull [3]** 89/13 89/14 129/24

**punished [1]** 59/16

**punishment [1]** 55/18

**purposes [1]** 53/7

**pursuant [2]** 63/7 77/9

**put [20]** 2/22 3/12 4/8 4/9 6/17 8/12 13/21 31/9 37/12 38/15 43/6 45/15 47/25 73/24 74/11 86/17 88/15 88/15 88/16 95/7

**puts [1]** 14/19

**putting [3]** 8/21 44/10 130/23

**Pérez [3]** 58/11 72/2 73/2

## Q

**quarterly** [1]  15/3
**question** [50]  22/5 22/6 22/9 24/6 33/6
38/18 39/23 77/25 83/12 83/25 96/9
96/10 97/3 97/7 97/10 97/13 97/14
98/25 103/16 106/13 106/23 108/10
116/2 116/4 116/11 116/12 116/15
116/17 116/18 116/19 116/23 117/9
120/5 120/9 120/9 120/15 121/14
122/5 122/12 123/21 125/18 125/20
126/4 126/6 126/8 138/18 139/13
140/10 141/3 144/1
**question's** [1]  116/21
**questions** [10]  29/19 59/23 61/9
107/20 111/23 114/11 140/4 144/7
144/9 144/10
**quick** [1]  68/6
**quit** [1]  50/15
**quite** [1]  103/24
**quote** [1]  16/13

## R

**Radio** [1]  105/21
**raise** [8]  34/2 43/19 43/23 44/1 45/5
84/21 84/23 104/3
**raised** [1]  52/2
**raising** [1]  2/20
**Rancher's** [1]  32/11
**range** [13]  30/25 80/2 80/5 80/6 80/8
80/16 80/18 81/1 81/2 81/17 81/20
81/25 82/2
**ranges** [1]  82/5
**rat** [1]  49/8
**rather** [1]  144/1
**RC** [1]  145/22
**Rd** [2]  1/17 145/22
**Re** [1]  25/16
**reach** [1]  88/14
**reacting** [2]  51/9 51/19
**read** [12]  5/14 5/25 7/11 43/3 56/5
65/15 70/3 70/13 70/21 71/4 126/13
140/25
**readily** [1]  31/16
**reading** [2]  70/9 70/16
**ready** [3]  9/3 9/4 17/21
**real** [14]  10/3 47/23 99/1 110/18
110/19 111/1 111/4 111/16 112/1
112/9 112/13 112/17 112/18 113/6
**realize** [4]  7/20 22/14 50/23 87/7
**realized** [2]  59/11 77/6
**really** [11]  23/8 28/25 29/1 34/19 35/9
36/22 59/24 71/16 92/24 123/11
134/25
**REALTIME** [1]  145/18
**realtor** [1]  111/18
**reason** [5]  40/11 47/23 74/3 99/24
117/25
**reasonably** [1]  56/8
**reasons** [1]  99/24
**rebuts** [1]  20/25
**recall** [10]  113/14 115/7 115/13 116/13
116/13 117/10 123/7 123/11 123/13
123/14
**receive** [4]  24/7 47/25 53/17 53/24
**received** [5]  20/13 28/13 42/25 138/8
138/15
**receiving** [1]  20/3
**recently** [2]  3/23 20/2
**recess** [2]  76/2 145/1

**recessed** [1]  76/6
**recitation** [1]  6/15
**recognize** [9]  10/12 11/23 12/20 12/21
22/23 23/21 53/2 121/3 135/12
**recollection** [9]  69/25 73/5 107/8
114/20 115/21 117/16 123/18 140/20
141/2
**recommend** [1]  81/21
**recommendation** [2]  54/14 57/5
**recommendations** [4]  7/14 53/16 54/15
81/10
**recommends** [1]  81/9
**record** [9]  10/17 19/3 68/8 73/10 85/25
137/10 138/12 140/17 145/14
**recorded** [2]  51/15 82/12
**recording** [4]  49/1 49/4 49/22 51/18
**recordings** [1]  132/6
**records** [26]  8/13 8/15 20/1 20/2 20/15
21/5 21/17 134/24 134/24 134/24
134/25 135/6 135/18 135/19 136/4
136/5 136/6 136/18 136/19 137/7
137/8 138/2 139/5 140/5 140/14
142/21
**recross** [1]  133/18
**redirect** [2]  128/2 128/7
**reduce** [1]  66/19
**reduced** [1]  133/14
**reduction** [2]  63/25 133/7
**refer** [4]  5/21 68/23 97/21 124/9
**reference** [2]  26/2 81/11
**references** [2]  6/19 6/25
**referencing** [1]  66/15
**referred** [3]  27/24 72/15 104/21
**referring** [4]  51/8 51/16 71/12 87/13
**refers** [2]  7/20 81/22
**reflect** [2]  10/18 139/8
**reflected** [1]  139/1
**refresh** [4]  69/25 73/5 114/19 140/20
**refreshed** [1]  141/1
**refreshes** [2]  40/23 75/1
**regard** [8]  39/4 106/23 107/14 107/17
107/19 117/23 124/24 125/20
**regarding** [14]  28/20 47/11 106/24
108/17 108/21 111/4 115/10 115/14
116/4 116/24 116/25 124/10 124/12
124/22
**regardless** [1]  88/15
**Regularly** [1]  16/19
**rehash** [1]  129/15
**relate** [2]  30/7 115/4
**related** [10]  24/9 32/11 32/24 36/1
109/1 110/18 110/21 116/25 117/9
117/11
**relates** [1]  126/22
**relating** [2]  33/17 50/4
**relations** [4]  13/3 13/6 13/10 13/19
**relationship** [5]  10/24 11/12 21/21 22/2
31/23
**relationships** [4]  15/1 15/13 15/16 22/8
**relatives** [1]  145/5
**release** [11]  14/11 40/19 85/6 86/19
86/21 88/7 88/12 88/16 88/18 88/19
89/20
**released** [1]  85/2
**releases** [24]  6/23 31/9 31/9 38/6 40/21
41/15 41/17 41/20 41/22 41/25 42/4
42/7 42/8 42/12 85/1 85/15 85/19 86/2
86/4 87/1 87/3 87/25 122/2 130/23
**Relevance** [1]  18/21
**relieved** [1]  133/24

**relived** [1]  132/25
**remember** [38]  5/21 18/11 40/16 46/14
50/1 54/22 54/24 57/20 59/19 60/1
60/4 63/14 71/7 72/25 75/12 79/12
82/1 83/17 84/2 84/16 85/17 85/18
86/2 91/15 91/24 99/3 99/6 99/23
106/2 114/21 114/22 116/12 123/11
124/13 130/22 132/3 132/13 132/19
**remembers** [1]  116/17
**remind** [2]  40/13 86/3
**reminded** [1]  38/15
**remove** [1]  4/25
**removed** [2]  40/11 100/1
**renegotiate** [1]  5/1
**repeat** [2]  5/22 141/3
**rephrase** [3]  33/6 48/24 106/14
**replied** [1]  77/2
**report** [4]  2/9 15/3 28/7 66/24
**Reported** [1]  1/22
**Reporter** [3]  1/23 145/18 145/18
**reporting** [1]  14/25
**reports** [2]  2/7 15/3
**represent** [2]  61/8 62/18
**representative** [1]  38/25
**represented** [2]  21/11 21/13
**representing** [1]  23/24
**repst69975** [1]  41/6
**request** [2]  41/21 87/16
**requested** [2]  42/3 44/5
**required** [2]  15/2 127/15
**requirement** [1]  14/25
**requirements** [1]  11/2
**requires** [1]  110/12
**research** [1]  134/23
**reservations** [1]  2/23
**reserves** [1]  65/16
**resort** [2]  94/25 95/6
**resorted** [1]  104/15
**respect** [2]  8/9 61/17
**respond** [5]  35/23 50/18 50/19 62/4
131/19
**responded** [1]  40/19
**responsibility** [10]  38/4 58/2 59/18
61/22 63/16 63/18 63/20 63/25 64/5
77/9
**responsible** [2]  59/11 59/14
**rest** [1]  68/23
**restate** [2]  120/15 121/14
**restriction** [1]  100/1
**retrospect** [1]  83/20
**reveal** [1]  140/9
**review** [8]  8/15 57/22 66/21 69/2
128/19 132/4 132/6 140/25
**reviewed** [7]  7/18 21/14 21/17 79/24
80/12 136/15 136/15
**reviews** [1]  128/19
**revive** [1]  104/13
**Rhode** [6]  9/22 80/21 99/1 105/13
105/14 112/10
**RICHARD** [37]  1/11 39/10 39/22 43/1
43/8 82/18 82/19 82/25 100/11 101/23
101/23 102/5 106/25 107/14 107/19
108/7 108/21 115/10 115/15 117/11
119/10 121/1 121/4 121/17 122/6
122/23 125/14 126/2 137/22 138/15
140/6 140/13 141/16 142/25 143/2
143/10 144/1
**rid** [1]  95/5
**ridiculous** [1]  120/7
**right** [151]

**R**

**rights [3]** 53/10 54/23 60/1
**road [5]** 13/16 13/24 96/12 96/21 104/1
**robbery [1]** 59/12
**Robert [4]** 16/16 39/11 91/2 138/1
**Robin [1]** 64/25
**robs [1]** 59/13
**role [9]** 11/10 15/9 15/12 49/18 49/20 84/21 84/23 98/10 98/12
**romance [1]** 19/4
**Ron [4]** 1/14 57/13 70/4 70/12
**room [2]** 1/23 6/13
**Rosenbaum [23]** 54/12 54/25 59/20 59/23 60/5 60/17 64/24 64/25 68/11 68/22 68/25 73/15 73/21 73/23 73/24 74/4 74/16 74/21 77/10 78/9 78/12 78/24 133/12
**rude [1]** 97/4
**rule [1]** 24/23
**rules [2]** 15/3 74/15
**run [2]** 95/2 95/18
**running [2]** 40/14 42/10
**RWG [1]** 1/2

**S**

**S.E.C [1]** 15/3
**said [61]** 22/7 22/9 33/19 33/20 35/1 35/8 37/8 39/8 43/23 45/20 46/5 47/15 50/14 50/20 51/14 51/16 55/1 55/11 58/1 58/25 60/10 62/9 63/20 63/23 65/5 66/14 70/19 73/16 77/2 81/8 89/19 90/15 98/19 99/1 99/5 104/23 106/21 106/25 108/2 108/3 115/18 118/18 118/19 119/4 120/4 120/6 120/7 122/7 122/14 122/17 123/25 125/24 126/1 126/5 126/14 126/14 127/17 128/19 129/14 131/20 131/22
**sale [3]** 14/19 14/20 16/21
**same [16]** 14/9 35/19 36/11 36/20 51/23 68/2 69/1 72/24 73/14 75/16 77/7 88/17 97/22 103/2 123/25 126/19
**satisfied [1]** 41/22
**save [2]** 97/18 105/4
**saw [2]** 81/2 118/25
**say [32]** 4/14 4/15 5/23 5/25 7/4 15/24 30/6 31/6 35/8 36/3 36/25 37/2 45/8 50/13 51/7 74/12 80/24 84/2 86/17 93/12 93/13 97/9 116/20 119/13 122/13 125/23 126/5 126/7 128/13 130/1 130/25 133/8
**saying [11]** 7/16 43/21 51/1 60/5 69/11 87/12 88/8 95/22 97/20 103/17 122/6
**says [29]** 2/10 6/19 7/12 12/13 12/22 12/22 12/25 25/16 28/3 32/9 32/11 38/11 38/22 38/22 39/21 40/11 41/3 42/23 54/15 56/13 62/2 65/8 65/16 70/22 74/7 80/18 81/5 86/17 114/13
**scammed [1]** 104/8
**scary [1]** 71/13
**Scene [1]** 105/21
**schedule [1]** 28/12
**scheduled [2]** 68/10 78/1
**scheme [2]** 42/5 94/24
**Schneiderman [20]** 16/16 16/22 17/1 17/11 39/11 43/13 45/6 45/9 45/25 46/2 46/4 46/5 46/11 46/16 46/20 46/24 91/2 138/1 138/7 139/2
**Schneiderman's [4]** 46/7 138/12 138/18 138/19

**scope [1]** 129/12
**screen [1]** 4/8
**seated [4]** 2/2 9/7 76/8 76/20
**SEAVER [3]** 1/6 32/4 32/16
**second [5]** 28/7 32/14 42/24 101/13 142/13
**seconds [7]** 124/4 141/17 143/8 143/17 143/22 143/25 144/3
**section [2]** 52/22 53/2
**securities [4]** 3/24 52/22 55/7 60/21
**see [28]** 3/20 6/1 15/22 19/24 28/9 39/9 45/13 53/20 53/25 55/20 58/11 65/8 70/23 70/25 71/1 73/5 77/8 80/24 81/4 86/8 89/3 89/16 114/1 120/22 128/9 137/2 138/23 145/8
**seek [1]** 52/3
**seem [1]** 96/15
**seems [2]** 128/10 132/21
**seen [6]** 3/14 13/21 21/10 29/18 80/23 80/24
**self [1]** 74/10
**self-serving [1]** 74/10
**sell [12]** 16/10 17/3 26/18 29/6 29/6 29/8 45/14 45/20 45/23 45/24 46/6 92/13
**seller [2]** 14/16 14/17
**selling [8]** 28/24 29/3 44/9 44/17 46/2 92/16 93/14 100/15
**send [13]** 39/8 39/10 39/16 39/22 40/14 41/12 41/13 42/2 47/3 86/1 86/4 86/25 87/2
**sending [9]** 40/16 41/20 50/9 87/15 87/25 88/6 103/16 123/12 123/23
**sense [1]** 144/19
**sent [26]** 4/2 8/10 8/11 23/7 32/20 38/14 38/16 38/18 39/10 39/13 39/15 41/17 41/25 50/11 63/17 77/1 87/3 93/15 93/16 102/5 102/8 108/5 118/1 125/2 136/14 136/21
**sentence [15]** 53/16 54/5 54/9 54/18 57/10 66/3 66/19 67/19 67/23 81/13 81/13 81/16 128/19 133/13 133/14
**sentenced [10]** 77/19 78/6 78/8 78/22 79/16 79/21 79/22 81/6 82/7 82/17
**sentences [2]** 67/20 128/23
**sentencing [23]** 54/10 54/22 54/22 57/12 65/19 65/25 66/4 66/9 66/24 66/25 67/5 68/11 74/14 77/21 77/23 78/1 78/2 79/25 80/3 80/5 80/10 81/9 137/6
**separate [2]** 3/8 6/16
**September [6]** 30/1 60/17 75/12 75/19 114/19 115/17
**series [5]** 16/8 17/19 25/24 59/23 81/21
**services [1]** 32/12
**serving [1]** 74/10
**set [4]** 50/21 51/7 62/4 103/17
**several [3]** 41/16 82/9 82/22
**shall [2]** 56/12 90/6
**share [1]** 24/23
**shareholder [5]** 90/16 90/20 95/10 98/12 105/7
**shareholders [4]** 13/7 91/6 91/7 105/6
**shares [24]** 4/21 16/21 27/19 28/13 30/4 31/16 38/5 39/8 43/12 47/10 90/7 90/13 90/23 91/11 92/8 92/10 92/11 92/12 92/13 92/16 92/16 92/19 100/15 130/9
**she [22]** 20/3 20/11 20/13 40/7 55/2

58/13 58/15 59/25 60/2 60/11 69/1 69/2 69/9 69/13 69/14 69/16 69/16 72/3 72/3 72/7 74/4 112/11
**she's [2]** 74/2 128/12
**shell [1]** 96/10
**short [6]** 28/22 28/23 29/2 29/6 29/8 76/2
**shorting [2]** 28/16 29/1
**should [7]** 43/7 48/8 56/6 56/7 70/22 76/11 126/1
**shouldn't [4]** 48/10 58/3 70/16 85/3
**show [10]** 3/16 11/17 19/14 20/13 20/15 20/21 29/17 31/24 50/3 89/7
**showed [8]** 20/2 21/5 62/1 73/1 75/23 85/20 118/23 120/20
**showing [4]** 11/18 25/16 38/8 70/1
**shows [3]** 13/17 19/8 30/9
**sic [1]** 91/18
**sick [1]** 109/17
**side [1]** 3/10
**sidebar [9]** 19/2 19/3 22/16 68/6 68/8 69/23 73/6 73/10 75/8
**sign [2]** 75/2 75/3
**signature [6]** 12/21 12/21 57/18 58/18 75/21 145/18
**signatures [1]** 12/20
**signed [25]** 52/17 58/21 59/6 72/3 72/19 72/20 72/20 73/2 73/4 73/12 73/14 74/14 74/23 74/24 74/24 75/10 75/14 75/16 75/19 77/11 77/15 77/17 96/13 99/20 114/6
**significance [1]** 65/23
**significant [2]** 91/7 91/15
**signing [2]** 57/20 81/14
**signs [1]** 25/12
**silly [1]** 38/18
**similar [1]** 26/8
**simple [1]** 122/5
**simultaneously [1]** 73/4
**since [6]** 72/19 72/20 72/20 95/18 132/8 142/15
**sir [52]** 2/6 4/7 58/10 58/22 61/23 66/14 78/18 83/11 85/7 99/4 106/13 106/15 106/16 106/17 107/19 107/23 108/10 108/15 109/19 110/6 112/2 112/13 112/16 114/14 114/20 115/8 116/2 116/4 117/6 117/9 117/19 118/4 118/22 120/5 120/19 120/24 120/25 122/4 122/14 123/5 123/17 125/12 125/18 125/23 126/4 126/6 126/16 126/18 127/6 127/25 139/18 144/13
**sit [2]** 71/17 78/21
**sits [1]** 114/23
**sitting [1]** 71/14
**situation [2]** 94/9 109/16
**six [1]** 46/16
**sixth [1]** 124/4
**sleep [1]** 145/8
**slight [1]** 73/20
**slightly [1]** 7/20
**small [1]** 31/5
**smart [1]** 95/9
**smelled [1]** 49/8
**Smith [1]** 101/5
**sold [7]** 14/21 31/17 43/17 43/25 45/22 46/20 46/24
**sole [9]** 56/10 57/1 57/7 64/14 65/20 65/21 66/3 66/7 66/22
**solely [1]** 109/1
**some [25]** 2/23 13/18 19/11 19/25 20/2

**S**

**some... [20]**  25/8 27/21 28/15 33/25 38/6 40/11 43/6 50/3 54/21 54/25 66/20 82/15 85/20 91/6 94/1 106/18 107/5 124/13 129/2 140/4
**somebody [14]**  14/19 16/4 25/12 29/5 31/1 31/3 35/5 44/12 44/14 44/15 49/14 59/13 89/1 128/15
**something [28]**  6/3 17/20 17/25 18/1 18/2 18/7 29/3 35/9 44/14 49/8 51/10 51/13 64/17 71/15 73/8 76/13 78/16 81/5 81/11 82/4 86/17 87/15 95/6 128/10 128/23 128/23 130/21 132/2
**sometime [3]**  49/24 50/24 94/10
**sometimes [2]**  50/20 104/21
**somewhere [3]**  64/2 81/24 107/9
**son [1]**  15/7
**sophisticated [1]**  54/2
**sorry [15]**  7/25 30/18 34/11 34/22 39/21 89/15 91/22 91/24 97/6 97/11 97/11 98/11 99/21 137/22 142/20
**sort [4]**  5/1 5/14 29/24 135/2
**sorts [3]**  84/22 84/25 85/11
**Soto [12]**  1/14 50/1 58/12 63/14 66/2 66/18 67/2 72/2 72/8 73/2 73/13 144/16
**source [3]**  27/9 47/19 104/14
**sources [8]**  11/16 94/22 94/23 95/3 95/18 99/6 99/9 104/21
**South [4]**  33/25 101/1 101/2 119/14
**SOUTHERN [1]**  1/1
**speak [1]**  98/5
**speaking [2]**  13/5 31/13
**special [9]**  8/12 8/14 55/14 134/3 134/20 135/24 135/25 138/8 138/15
**specialist [1]**  134/18
**specific [4]**  107/18 123/15 123/18 129/24
**specifically [10]**  41/1 50/7 66/16 85/18 107/14 114/21 121/25 123/11 142/7 143/10
**specifics [2]**  4/20 135/17
**sped [1]**  104/1
**spell [2]**  9/16 134/7
**spike [1]**  30/12
**spiral [5]**  24/18 25/2 25/11 26/20 94/4
**spoke [5]**  38/1 44/25 48/25 82/9 129/6
**spoken [1]**  121/4
**Sputo [9]**  21/14 21/19 50/1 55/14 114/25 135/24 135/25 138/9 138/16
**squads [1]**  134/19
**St [1]**  15/20
**staff [1]**  134/18
**stand [4]**  4/10 20/5 56/20 133/9
**standing [1]**  22/6
**start [17]**  4/1 7/23 11/8 24/21 27/21 27/22 39/16 42/15 89/20 96/11 113/6 113/6 128/9 129/25 130/23 131/4 144/19
**start-up [1]**  11/8
**started [7]**  39/9 43/14 45/7 61/15 83/7 89/22 105/21
**starting [2]**  130/21 131/10
**starts [1]**  7/16
**state [4]**  9/15 34/7 35/20 134/6
**stated [1]**  86/1
**statement [2]**  2/9 56/14 67/4 125/21
**statements [1]**  114/10
**states [16]**  1/1 1/3 1/11 1/23 7/12 9/11

52/18 52/22 56/10 56/11 58/13 65/15 70/4 72/9 132/17 135/5
**Stavrou [5]**  57/16 62/14 62/20 65/4 65/9 77/13
**stayed [1]**  30/24
**Ste [2]**  1/17 1/20
**Steve [1]**  105/21
**still [7]**  2/19 59/13 79/15 79/16 103/16 103/24 112/5
**sting [2]**  48/6 48/17
**stock [111]**  13/23 14/19 14/20 14/22 16/6 16/6 16/10 17/3 17/9 17/11 17/14 17/15 17/16 17/18 17/20 17/22 18/2 18/3 18/4 18/6 18/8 18/9 20/10 24/19 24/21 24/22 24/22 24/25 25/3 25/14 26/11 26/12 26/17 26/17 26/18 26/23 26/24 27/4 27/8 27/15 27/19 28/16 28/16 28/22 28/23 28/24 29/6 29/9 29/9 30/1 30/7 30/9 30/15 30/22 30/24 31/1 31/2 31/3 31/11 31/13 31/14 31/19 31/22 34/2 34/18 35/8 35/9 36/1 38/5 39/1 39/3 39/6 39/25 40/1 40/6 42/9 42/10 43/12 43/13 43/16 44/12 44/17 44/15 45/15 45/21 45/22 45/23 45/24 46/2 46/20 85/10 91/5 93/16 93/16 93/17 93/19 93/22 96/17 96/17 99/25 100/1 100/2 101/3 102/5 102/9 102/12 102/14 122/2 130/5 131/14 131/17
**stockbroker [10]**  34/21 34/23 39/14 40/2 100/19 100/21 100/22 101/2 101/5 101/24
**stockbroker's [1]**  40/9
**stockbrokers [1]**  14/1
**stocks [1]**  25/22
**stop [6]**  74/9 97/4 104/2 104/6 106/14 116/20
**story [1]**  16/4
**straightened [1]**  79/3
**Street [1]**  1/15
**strong [1]**  43/16
**stuck [1]**  74/18
**study [1]**  6/13
**stuff [3]**  81/8 97/25 128/5
**Subject [1]**  28/3
**submitted [1]**  108/8
**subparagraph [2]**  53/19 56/13
**subpoena [2]**  133/24 136/21
**subpoenaed [1]**  8/13
**subsequent [1]**  107/22
**subsequently [4]**  62/20 63/7 77/5 82/12
**succeed [1]**  75/7
**succeeds [1]**  105/5
**successful [1]**  43/15
**such [2]**  60/16 65/22
**sue [1]**  28/15
**suggest [1]**  22/1
**suggesting [2]**  19/6 73/7
**summary [12]**  7/18 8/9 8/14 8/16 8/22 29/18 135/17 135/19 137/14 137/17 138/25 139/7
**summer [2]**  96/11 113/12
**Sunday [1]**  40/13
**support [2]**  3/9 8/14
**supporting [1]**  100/2
**supposed [7]**  14/7 14/8 14/23 29/4 44/21 45/9 130/10
**sure [21]**  14/17 20/7 33/21 38/16 40/3 44/11 45/6 51/21 69/15 70/19 70/25

80/7 81/2 103/13 122/8 136/18 138/19 139/15 140/11 141/16 141/23
**Surely [3]**  11/21 60/25 134/11
**survive [1]**  95/5
**sustain [1]**  34/9
**switch [1]**  3/17
**sworn [2]**  9/14 134/5
**system [1]**  81/18

**T**

**table [3]**  10/16 67/6 114/23
**take [12]**  20/5 31/19 50/22 55/18 70/5 89/6 89/7 128/16 136/10 138/2 138/25 144/19
**taken [1]**  17/5
**takes [1]**  67/8
**taking [6]**  6/11 77/22 93/18 93/22 93/24 128/12
**talk [18]**  3/3 13/6 13/7 13/7 20/1 33/2 37/19 40/20 40/23 43/8 44/7 46/4 48/4 53/20 80/21 88/13 129/5 145/5
**talked [39]**  4/18 31/21 31/21 36/16 39/11 40/22 42/3 42/9 44/8 46/25 47/15 59/10 59/25 63/15 63/15 64/14 64/16 69/16 72/5 81/7 82/20 84/6 84/7 84/7 84/17 84/18 85/15 87/23 89/17 91/20 104/17 104/17 106/1 109/23 117/24 120/1 125/17 126/2 130/5
**talking [26]**  6/10 8/18 44/24 46/12 49/9 56/18 65/5 69/11 85/18 86/18 86/21 88/4 88/17 88/19 96/8 100/12 101/10 103/20 104/5 111/18 116/14 119/12 120/13 130/8 130/20 130/22
**talks [6]**  26/3 32/9 53/23 54/5 56/25 58/8
**tape [2]**  49/7 132/6
**tapes [2]**  50/5 63/13
**taping [1]**  49/9
**tapped [2]**  104/20 104/21
**taught [1]**  59/16
**telephone [7]**  135/6 136/4 136/5 136/6 136/18 136/18 136/24
**telephonic [1]**  135/15
**tell [22]**  33/19 45/10 56/20 60/17 60/20 66/17 71/9 89/7 98/3 98/8 100/5 113/5 126/11 131/10 131/11 131/12 131/23 138/17 138/25 141/1 141/4 142/24
**telling [9]**  16/5 70/7 70/12 71/8 71/11 71/22 89/4 98/1 98/7
**tells [1]**  101/23
**temptation [1]**  92/20
**ten [8]**  10/23 10/25 95/20 96/20 98/23 98/24 99/13 104/17
**term [7]**  13/3 16/1 17/24 25/2 26/20 42/10 101/17
**terms [7]**  24/18 34/15 35/16 35/22 65/4 96/18 96/22
**terrible [1]**  92/25
**testified [17]**  9/14 61/18 68/2 72/1 87/23 90/15 91/17 103/23 104/19 106/17 118/4 118/14 122/10 123/25 126/7 134/5 137/5
**testify [7]**  4/12 21/15 56/1 59/1 118/22 122/9 127/15
**testifying [6]**  34/7 35/20 65/13 67/17 67/18 127/22
**testimony [14]**  1/10 19/10 61/9 80/23 86/2 92/2 107/21 115/21 116/4 116/24 117/9 123/1 126/14 128/16
**than [10]**  52/2 63/16 66/16 73/3 90/24

**T**

**than... [5]** 107/12 109/4 109/21 125/1 144/19
**thank [20]** 9/11 75/5 76/23 76/24 97/17 106/6 106/8 106/10 127/25 128/6 129/18 133/20 134/1 139/25 144/6 144/10 144/13 144/15 144/15 144/24
**that [707]**
**that's [99]** 3/2 3/22 4/19 4/20 5/13 6/8 6/12 7/7 7/8 7/9 12/18 14/14 17/9 21/7 22/5 22/6 23/9 27/2 31/4 31/15 31/15 37/9 41/4 42/10 44/13 44/17 45/16 45/21 52/8 53/25 55/2 58/8 61/11 62/9 64/2 66/10 67/4 68/18 69/3 69/4 70/19 73/18 74/20 75/17 75/18 75/21 75/23 76/3 76/11 76/15 77/16 78/5 78/8 78/24 81/4 82/7 85/4 92/16 96/19 97/1 99/15 100/8 101/3 101/8 101/13 102/10 102/24 104/8 104/9 104/11 106/6 112/1 114/1 114/9 114/12 114/21 115/3 115/17 117/13 117/19 120/5 120/6 122/3 122/12 123/13 124/20 125/7 126/1 126/2 126/14 126/22 127/3 127/11 127/20 129/12 134/25 137/19 144/20 144/24
**their [8]** 6/24 8/24 26/18 27/18 37/13 66/7 92/15 93/10
**them [31]** 6/8 8/24 13/14 13/14 16/24 21/18 24/8 27/12 33/23 39/16 42/2 42/3 68/9 75/16 85/3 87/1 87/3 87/5 88/2 91/20 92/18 93/16 105/22 105/23 109/2 114/22 115/1 127/17 129/11 140/1 145/6
**themselves [3]** 85/1 85/2 85/5
**then [46]** 3/8 4/1 4/12 5/25 13/24 14/20 20/12 22/1 26/3 28/5 32/14 36/10 38/22 38/22 40/12 40/19 41/16 44/12 44/19 45/12 45/16 50/18 53/23 56/12 74/11 74/24 76/12 77/5 78/21 81/4 83/20 85/23 89/5 101/16 105/6 105/20 112/15 114/14 120/12 126/5 126/14 129/20 131/15 131/19 134/7 141/1
**theory [1]** 26/22
**there [94]** 2/4 2/20 3/4 4/8 4/20 5/19 6/25 8/9 9/23 13/10 13/20 13/20 15/6 15/6 16/15 17/4 18/20 19/19 20/19 22/24 25/4 25/4 25/13 30/5 31/8 31/14 36/23 36/24 36/25 38/8 41/23 43/12 45/11 45/11 47/14 48/5 48/14 48/15 48/16 49/17 52/1 53/21 54/21 58/18 58/25 58/25 59/2 59/3 64/17 64/20 65/3 66/20 66/23 66/24 73/19 73/19 74/3 74/11 75/21 86/19 87/7 87/10 89/16 92/22 94/22 94/25 95/4 96/24 102/14 103/3 104/1 104/6 104/24 105/2 107/5 108/5 108/10 108/15 108/19 108/23 112/9 119/1 119/14 119/15 121/25 125/5 141/11 141/11 142/10 142/21 143/5 143/6 144/4 144/4
**there's [29]** 7/5 7/5 7/6 7/13 25/13 26/20 26/21 28/25 30/4 30/5 31/12 31/18 33/13 37/7 45/12 46/5 65/14 66/24 67/5 77/22 85/5 86/23 99/21 102/3 102/22 120/11 120/12 135/1 137/22
**therefore [1]** 7/4
**thereof [1]** 65/18
**these [28]** 2/20 7/6 15/15 20/13 21/5

23/6 26/5 35/12 41/14 41/20 42/14 42/14 45/12 50/20 64/2 96/16 96/17 96/21 107/8 108/25 113/14 113/17 115/18 115/23 135/1 136/13 139/18 142/3
**they [73]** 3/11 3/12 5/10 5/25 6/1 6/1 6/3 6/9 13/14 14/1 14/1 15/5 16/5 16/7 16/8 16/9 22/1 22/2 23/9 24/8 25/10 25/14 25/24 26/17 26/17 27/8 27/10 27/18 27/19 34/17 35/8 39/5 39/15 42/7 42/13 43/22 44/13 50/3 50/5 53/19 59/1 65/5 65/5 66/8 66/11 67/21 73/4 74/9 74/17 74/18 92/8 92/8 92/11 92/12 92/14 92/18 92/18 92/20 93/10 93/10 93/14 93/15 93/16 93/18 96/1 96/2 96/5 115/1 126/13 129/10 130/6 136/21 139/3
**they'll [3]** 6/13 17/7 17/8
**they're [10]** 3/20 6/8 6/18 43/21 85/2 92/15 93/22 93/22 136/10 136/19
**thin [3]** 30/5 30/6 31/18
**thing [17]** 2/20 3/25 28/25 31/3 31/4 59/16 59/17 59/17 59/25 63/11 66/23 71/14 72/24 88/17 125/13 125/21 126/9
**things [18]** 14/2 38/7 45/12 50/20 60/15 66/25 67/7 69/12 70/19 74/19 81/22 84/22 84/25 85/14 99/8 99/9 116/12 132/3
**think [88]** 3/22 4/7 5/20 7/22 7/23 8/2 19/7 19/10 20/12 20/14 21/9 22/9 22/11 34/9 34/12 36/8 36/13 43/10 43/10 43/14 47/24 49/7 49/7 49/9 51/3 51/10 51/14 51/15 51/16 51/17 52/1 63/23 66/14 67/24 67/24 68/10 68/18 69/3 69/4 69/9 69/13 69/15 73/7 73/7 75/10 78/2 79/20 80/6 80/8 81/4 81/24 82/7 83/19 84/3 89/2 90/1 90/1 91/12 93/8 94/6 96/19 98/18 101/21 104/1 111/13 111/22 113/5 113/10 118/18 118/19 118/22 119/3 119/10 120/3 120/4 121/10 122/17 122/20 123/23 124/1 124/3 124/6 132/11 133/11 133/13 133/23 134/14 144/21
**thinking [1]** 71/14
**thinly [1]** 30/6
**third [7]** 18/20 29/24 33/24 40/7 109/20 121/11 143/24
**thirds [1]** 88/12
**this [186]**
**those [46]** 3/9 3/9 6/25 13/9 13/12 19/20 23/4 24/9 35/16 38/7 39/2 39/7 41/1 44/18 52/2 64/22 82/13 84/22 84/25 87/2 87/6 95/24 106/25 107/19 107/24 108/8 110/14 111/23 117/13 117/16 136/11 136/16 136/20 137/23 138/2 139/1 139/4 139/8 140/4 141/11 141/13 142/6 142/10 142/11 143/8 143/11
**though [1]** 131/22
**thought [16]** 36/9 49/10 49/11 51/3 63/17 72/23 72/25 73/4 75/16 81/3 97/6 103/24 114/16 131/24 132/8 132/23
**thousand [1]** 30/4
**thousands [2]** 91/9 132/24
**three [19]** 7/21 9/24 17/1 19/20 40/21 63/23 64/3 82/23 82/24 87/1 87/2 119/15 136/6 137/11 141/24 142/17 143/5 143/11 143/12

**three-for-one [1]** 119/15
**threshold [2]** 24/24 67/8
**through [32]** 1/7 5/19 11/12 13/22 14/10 15/2 15/12 16/7 16/24 16/25 18/12 21/24 21/24 22/22 25/5 25/24 26/9 38/7 44/23 48/15 49/23 71/17 83/13 85/3 95/24 121/6 129/10 131/10 134/24 135/2 139/12 142/22
**throughout [3]** 62/18 94/21 111/12
**Thursday [2]** 1/4 43/8
**ticket [1]** 104/2
**tie [5]** 10/16 18/22 19/1 20/8 22/12
**till [3]** 78/1 86/18 121/25
**time [78]** 10/4 11/1 11/1 11/15 11/15 14/9 14/11 17/3 17/3 17/21 19/17 21/12 31/8 31/14 36/7 40/24 48/5 51/9 51/17 53/7 55/15 59/9 60/5 62/7 65/18 74/16 75/14 75/15 75/16 83/17 83/20 83/21 83/25 84/8 85/8 86/15 87/20 87/23 89/18 91/6 94/9 97/18 98/5 104/2 104/11 109/8 109/14 110/17 113/13 113/21 114/17 115/3 115/6 115/12 119/4 119/6 121/3 121/11 121/19 123/25 124/4 127/10 131/5 134/2 137/6 139/11 140/1 141/15 141/17 141/18 141/20 141/21 141/22 141/25 142/2 142/15 142/16 143/15
**timeframe [1]** 30/23
**times [11]** 6/23 46/17 47/4 63/21 63/23 69/17 82/10 82/22 91/4 132/25 143/7
**timing [4]** 46/21 85/5 129/14 130/20
**Timothy [1]** 1/19
**title [4]** 15/11 52/22 134/17 134/18
**today [10]** 65/13 67/4 67/17 75/18 76/10 78/1 78/21 127/15 127/20 128/20
**together [1]** 14/17
**told [50]** 18/19 33/3 34/16 35/25 36/5 36/17 37/25 40/20 40/20 40/21 42/2 43/3 44/8 45/18 48/8 48/12 55/13 56/21 57/8 63/1 71/18 71/19 71/23 71/23 78/10 78/13 78/15 79/2 81/3 83/3 86/1 87/21 99/15 115/1 118/5 119/9 119/17 119/17 119/19 119/23 120/1 120/7 120/25 121/16 123/1 125/13 125/15 125/23 126/10 131/19
**tomorrow [6]** 86/18 88/13 130/21 144/20 144/22 145/1
**too [4]** 69/18 69/22 98/17 131/16
**took [3]** 3/11 37/23 43/7
**top [3]** 12/13 38/13 62/4
**totally [2]** 74/4 82/6
**touch [1]** 38/3
**toxic [4]** 24/18 25/2 25/11 26/20
**trade [8]** 14/12 14/16 14/18 30/4 44/19 44/20 85/4 88/21
**trade's [1]** 30/5
**tradeable [1]** 18/2
**trades [8]** 14/2 14/15 24/22 44/9 44/19 45/17 45/17 45/19
**trading [8]** 18/3 30/6 30/6 43/14 44/7 44/24 44/25 46/24
**trail [2]** 102/3 102/15
**transaction [2]** 34/4 132/23
**transactions [1]** 96/17
**transcript [10]** 1/10 5/13 5/24 52/5 54/22 60/4 69/1 71/4 85/22 145/13
**transcripts [1]** 85/21
**transfer [10]** 39/1 39/3 39/5 93/15 102/9 102/9 102/10 130/5 130/7

**T**

**transfer... [1]** 130/10
**transferred [3]** 68/17 68/18 102/14
**translate [1]** 141/22
**Transportation [3]** 11/7 13/2 28/6
**travel [1]** 133/23
**tremendous [2]** 95/4 95/7
**trial [6]** 1/3 1/10 1/10 3/20 56/1 60/1
**tried [3]** 56/21 104/3 105/23
**trouble [2]** 37/14 76/16
**trucking [4]** 11/9 21/2 99/12 132/1
**true [2]** 37/9 76/15
**trust [1]** 2/11
**truth [7]** 56/21 56/21 71/10 71/11
71/21 71/23 71/23
**truthful [3]** 55/22 56/22 114/12
**truthfully [1]** 59/3
**truthfulness [1]** 5/10
**try [10]** 69/25 75/7 75/7 84/2 94/22
96/12 97/10 104/12 105/4 115/13
**trying [14]** 18/23 21/2 28/20 45/14 51/5
61/24 88/14 93/12 96/25 112/5 112/18
112/21 116/11 116/15
**Tuesday [1]** 40/15
**turn [17]** 18/1 27/20 29/16 29/24 31/23
32/1 38/21 40/25 42/18 50/6 55/11
58/11 135/11 136/9 137/14 138/2
142/19
**turned [1]** 94/24
**turning [13]** 12/19 28/6 30/14 40/10
41/16 53/19 56/25 57/13 58/5 59/19
60/3 131/8 133/7
**two [27]** 17/1 18/11 18/19 18/19 23/24
43/17 43/25 53/3 74/21 74/23 75/2
75/3 76/13 88/12 92/13 100/9 110/14
110/14 115/17 120/11 124/4 137/4
137/17 141/20 142/10 143/5 143/6
**two-thirds [1]** 88/12
**type [4]** 17/14 53/16 54/2 94/5
**types [2]** 13/16 26/8
**typing [2]** 128/10 128/24

**U**

**U.S [4]** 1/15 1/19 49/25 57/2
**ultimately [8]** 4/18 27/19 36/19 37/16
48/20 57/10 82/17 128/18
**unaided [1]** 115/22
**under [7]** 2/13 24/22 24/23 74/6 75/6
81/17 126/6
**underground [1]** 48/17
**underlying [1]** 8/13
**underneath [2]** 12/22 39/2
**understand [44]** 5/9 5/10 5/14 6/2 6/6
11/10 13/1 24/25 25/19 26/5 26/7
27/23 28/9 32/3 32/17 39/3 40/16 41/7
42/20 46/18 46/23 54/8 54/17 54/19
54/24 56/18 57/2 57/4 57/14 58/12
58/23 58/25 66/10 66/11 81/6 92/9
106/13 122/8 123/17 124/7 128/12
128/18 128/25 130/12
**understanding [21]** 21/7 34/3 34/7
41/19 55/17 56/3 59/4 65/5 66/1 66/7
66/8 66/23 67/1 67/2 67/5 73/12 75/14
77/11 79/1 81/8 100/24
**understood [15]** 15/6 29/23 34/5 34/14
35/18 37/8 40/3 50/9 57/7 101/3
120/10 120/14 128/15
**undetermined [1]** 90/12
**undisclosed [1]** 6/24

**unfortunately [1]** 6/18
**UNITED [15]** 1/1 1/3 1/11 1/23 7/12
9/11 52/17 52/22 56/10 56/11 58/13
70/4 72/9 132/17 135/5
**unlawful [1]** 53/4
**unreviewable [3]** 57/1 65/20 65/21
**until [12]** 36/13 39/19 40/24 79/15
79/16 84/4 84/5 107/2 111/2 130/21
144/21 145/1
**unusual [1]** 43/15
**up [51]** 2/21 4/7 6/8 11/8 13/23 18/22
19/1 20/4 22/12 24/6 26/12 27/8 27/15
29/7 30/9 31/11 31/20 43/6 43/22
43/23 44/18 45/16 46/5 47/11 47/14
48/7 49/5 50/21 51/7 53/10 53/13
54/18 54/23 55/1 59/20 60/1 62/4 63/7
71/10 76/22 78/1 81/13 82/16 83/2
92/17 96/11 99/1 103/17 105/12 107/2
129/24
**upon [3]** 115/3 139/9 140/17
**upset [1]** 50/14
**Uptick [2]** 104/5 105/1
**us [16]** 4/25 20/2 20/2 23/4 33/19
40/21 49/22 51/11 51/18 73/24 73/24
104/2 104/2 129/10 131/10 143/4
**use [7]** 20/23 20/24 34/15 41/14 41/14
56/16 136/2
**used [3]** 116/13 136/4 136/5
**using [3]** 19/14 20/21 21/1
**usually [2]** 3/18 133/2
**utilized [1]** 15/16

**V**

**Valentine's [2]** 76/14 145/8
**Valley [1]** 9/22
**valuation [1]** 93/20
**value [2]** 31/7 93/7
**various [3]** 11/2 13/16 13/22
**VD [1]** 145/22
**versed [1]** 96/16
**versus [1]** 135/5
**very [26]** 22/14 29/1 30/5 30/6 31/4
35/18 36/11 36/20 37/15 43/15 55/15
58/3 69/7 69/9 69/18 71/12 96/16
96/16 102/1 102/17 103/21 109/16
112/3 127/18 127/18 144/13
**voice [1]** 130/15
**voidable [1]** 56/11
**VOIR [1]** 1/3
**volume [5]** 17/4 30/4 30/7 31/10 31/12
**voluminous [1]** 134/24
**voluntarily [1]** 56/8
**volunteer [2]** 59/2 114/11

**W**

**wait [5]** 73/16 86/18 105/2 130/21
144/17
**walk [6]** 13/24 26/9 38/7 44/23 49/22
129/10
**walked [1]** 69/16
**want [29]** 3/25 6/7 6/9 27/7 27/20 29/18
31/23 31/24 40/25 44/13 44/23 50/6
54/23 61/8 74/22 76/15 79/18 97/4
100/21 113/5 117/3 129/2 130/20
130/21 131/9 131/16 131/17 132/2
144/17
**wanted [26]** 2/4 15/22 28/15 32/19
34/24 38/16 45/6 55/1 59/8 59/24
59/25 70/19 73/21 74/9 84/20 86/24
86/25 86/25 87/2 92/18 92/18 118/3

**131/4 131/15 131/20 133/24
wants [9]** 3/5 27/8 66/10 70/18 79/20
88/8 131/1 131/2 131/13
**War [1]** 29/15
**warrant [1]** 65/24
**was [332]**
**wasn't [9]** 4/1 4/2 4/3 18/11 19/6 21/3
38/18 93/13 109/14
**water [1]** 76/4
**way [18]** 8/21 14/6 19/6 26/21 34/10
34/13 36/24 39/24 49/4 50/23 70/20
72/2 85/23 88/13 93/10 98/25 102/22
116/20
**ways [2]** 13/10 13/19
**we [137]** 2/14 2/16 2/19 2/21 2/22 3/17
3/18 3/25 4/3 4/7 5/12 5/21 5/22 5/24
5/24 8/7 8/10 8/19 12/4 17/3 17/10
18/22 18/25 19/7 19/13 19/15 19/25
20/1 20/6 20/15 22/12 23/11 24/2
26/18 31/21 31/21 36/16 36/22 36/22
37/7 38/5 39/11 40/14 40/20 40/21
41/3 41/16 42/24 43/6 44/9 44/9 45/21
47/9 50/12 50/14 50/16 50/21 50/21
50/22 51/7 51/11 51/11 51/12 51/14
51/16 55/13 56/16 58/11 58/11 62/2
62/3 62/4 62/4 69/11 69/16 70/16 73/6
73/7 73/15 73/16 74/1 74/14 74/16
74/18 74/20 75/10 76/15 76/25 77/2
77/2 79/3 84/17 84/18 85/20 87/3
88/13 89/20 89/22 91/20 94/24 94/25
95/1 95/1 95/1 95/1 95/2 95/6 96/11
99/24 102/19 103/17 103/17 104/1
104/3 104/4 104/6 104/14 104/15
104/18 104/18 104/18 104/18 117/24
120/8 120/13 121/12 121/21 130/20
130/21 131/16 131/17 132/10 132/11
133/17 133/24 135/17 144/11
**we'd [3]** 24/12 40/20 104/7
**we'll [8]** 8/20 9/2 17/6 88/13 91/8
129/25 144/21 145/8
**we're [17]** 6/7 6/10 9/3 9/4 20/4 45/5
76/1 76/2 76/10 88/3 96/8 103/15
103/18 120/13 139/25 141/24 144/25
**we've [4]** 6/14 19/10 20/9 121/10
**wealthy [1]** 33/25
**wearing [1]** 10/16
**week [9]** 8/11 68/11 77/19 78/1 78/17
78/22 79/21 82/4 131/13
**weird [1]** 5/23
**well [83]** 3/2 4/1 4/9 5/13 5/17 5/25 7/4
14/7 16/22 17/25 18/15 20/7 20/11
21/8 27/22 28/11 28/24 33/3 35/25
36/5 36/22 38/24 39/15 40/8 40/18
42/2 42/18 43/12 44/8 46/18 49/7
50/25 51/3 51/9 61/20 64/14 67/20
68/5 69/3 69/21 70/12 71/22 74/3
79/15 80/9 83/22 84/16 84/25 86/3
86/24 87/10 87/17 87/21 92/12 93/8
95/8 95/10 95/24 96/6 96/16 98/2
98/19 98/21 98/24 99/15 100/24
102/19 102/22 103/13 103/14 103/15
104/10 110/19 111/14 111/22 114/18
118/4 120/6 126/13 131/19 131/22
131/24 136/15
**went [15]** 3/21 14/5 19/11 19/11 20/19
26/12 26/23 37/10 55/16 92/7 92/17
95/12 96/7 96/23 132/15
**were [114]** 11/3 12/23 15/4 15/6 17/16
20/5 23/6 24/8 26/8 28/12 28/13 28/14
29/8 29/20 31/8 35/17 36/19 36/22

# W

**were... [96]** 39/5 39/6 39/13 39/15 40/1 40/5 40/6 42/4 42/14 42/14 42/15 44/23 45/10 46/12 47/9 48/25 51/3 51/5 51/7 51/11 51/23 52/25 55/12 55/13 60/18 60/20 60/22 62/4 62/8 62/8 62/9 64/9 65/5 65/13 69/17 72/16 72/23 73/4 74/18 78/13 79/12 82/12 83/19 84/1 84/3 90/12 90/16 90/20 91/6 93/10 93/18 94/25 95/1 95/2 95/10 95/24 96/1 96/24 98/17 99/5 100/11 103/2 103/20 103/20 103/24 104/1 104/4 104/18 104/24 106/25 107/3 107/5 107/20 108/25 112/18 112/21 112/24 121/8 121/18 121/21 122/6 122/20 132/3 132/8 133/8 135/4 136/20 136/21 140/5 141/7 141/11 141/11 143/6 144/4 144/4 145/11
**weren't [6]** 2/16 42/13 59/1 72/16 90/9 90/21
**what [256]**
**what's [13]** 11/17 11/23 24/4 25/9 28/24 31/15 35/20 38/8 39/23 41/1 70/1 88/14 135/10
**whatever [14]** 6/9 40/7 43/21 66/8 66/10 67/6 67/11 67/20 81/9 84/1 92/14 92/14 108/25 117/2
**whatsoever [1]** 108/15
**when [75]** 14/16 15/21 16/22 17/4 17/21 18/5 21/3 25/11 27/4 27/6 28/23 29/6 30/6 31/1 31/12 31/18 35/23 36/14 39/11 41/22 42/3 43/14 45/8 45/22 46/20 47/8 48/21 48/23 48/25 55/16 56/20 56/23 61/20 64/5 71/2 72/3 72/3 72/15 72/15 73/1 73/13 73/15 74/14 74/14 74/14 77/6 78/2 79/12 81/7 85/2 86/14 86/14 87/12 93/5 93/12 93/13 93/22 96/13 98/19 99/25 103/20 113/14 115/13 115/23 116/20 117/24 119/17 120/1 121/7 123/18 132/13 132/15 132/16 134/14 145/4
**whenever [1]** 88/8
**where [26]** 3/24 5/13 5/25 9/21 9/25 23/9 36/22 39/9 45/11 47/19 48/10 61/14 61/15 64/3 64/17 64/20 68/16 68/18 69/4 74/19 76/22 77/2 80/25 129/3 130/18 134/15
**whether [11]** 17/16 21/21 22/23 57/7 59/24 60/6 66/3 81/12 112/4 128/22 142/24
**which [36]** 7/21 10/6 11/18 17/6 17/20 19/15 20/21 25/9 27/19 29/16 33/21 43/22 46/6 52/21 56/9 56/25 62/1 65/15 66/4 74/6 74/10 75/11 75/18 77/16 88/3 90/2 95/12 98/13 99/13 101/21 120/13 123/15 125/14 137/14 138/9 141/17
**while [4]** 7/15 50/22 72/18 75/24
**who [68]** 4/2 4/16 8/13 13/6 13/20 13/21 15/4 16/4 16/13 20/1 21/13 21/14 21/25 25/4 25/7 27/23 27/23 28/1 31/3 32/3 32/14 33/22 33/24 37/12 38/25 39/6 40/16 40/16 41/6 44/23 45/24 47/15 47/16 47/16 50/9 51/1 51/7 52/25 54/8 57/10 57/13 57/16 58/6 58/12 60/22 69/16 80/19 89/19 91/1 91/3 91/5 91/19 92/5 93/24 94/12 94/14 95/16 96/25 101/1 114/23

128/18 128/23 129/5 129/5 130/5 131/19 135/21 135/25
**who's [3]** 25/12 31/1 131/23
**whoever [1]** 133/12
**whole [2]** 96/11 101/17
**whom [2]** 137/7 137/25
**whose [7]** 12/17 25/20 32/1 32/14 57/18 58/18 135/23
**why [30]** 4/12 4/19 4/22 6/6 38/22 38/24 39/13 39/23 40/1 41/19 41/25 47/21 47/23 49/6 55/2 55/9 57/25 59/6 60/17 62/9 62/24 63/5 65/1 74/20 92/17 96/19 111/23 122/8 127/20 127/22
**wife [2]** 40/4 40/7
**will [13]** 4/1 4/14 4/15 5/1 6/12 6/13 13/21 50/16 66/2 70/21 76/23 106/15 111/22
**willfully [1]** 53/5
**Williams [7]** 18/13 19/8 21/11 21/22 22/4 22/8 22/9
**willing [2]** 44/14 44/15
**willingly [1]** 51/12
**willingness [1]** 5/9
**win [1]** 105/6
**wine [1]** 145/7
**winter [1]** 94/10
**wire [2]** 21/10 21/16
**Wired [2]** 20/17 20/18
**wiring [1]** 47/3
**wish [1]** 60/6
**withdraw [1]** 116/18
**withdrew [2]** 76/5 145/10
**within [3]** 56/10 80/3 88/20
**witness [29]** 2/8 22/9 34/7 67/18 71/9 71/11 71/19 81/15 97/9 116/10 116/14 116/16 116/20 116/21 116/24 118/18 118/18 120/9 120/10 120/17 122/9 129/13 133/17 133/22 135/7 140/22 144/11 144/17 144/18
**WITNESSES [1]** 145/21
**WLSV [2]** 95/23 96/7
**wolff [3]** 1/22 1/25 145/18
**woman [4]** 15/8 18/13 27/24 39/7
**word [6]** 33/21 34/20 35/5 89/6 89/7 100/12
**words [6]** 35/12 48/21 61/14 88/9 90/9 98/10
**work [7]** 42/24 50/20 105/3 134/15 134/16 134/23 139/9
**working [7]** 10/5 47/9 104/25 105/21 112/24 113/1 113/6
**world [2]** 23/9 42/10
**worth [4]** 17/25 36/24 45/20 92/10
**would [126]** 8/4 9/15 11/1 11/15 13/6 13/13 13/14 14/5 14/11 14/22 15/15 15/16 16/4 16/5 16/6 16/9 17/3 17/5 17/22 20/7 20/21 25/4 25/7 25/8 25/9 26/15 26/16 26/16 26/17 27/17 28/2 28/19 29/10 31/6 33/24 34/1 34/3 34/16 34/17 34/24 36/5 37/5 37/10 37/13 37/14 37/14 38/3 38/5 39/18 39/18 40/5 40/8 40/20 43/15 43/17 43/25 44/9 44/9 45/10 46/23 47/1 47/17 47/21 49/3 49/5 49/7 55/25 57/8 58/19 59/4 61/11 68/23 69/1 69/16 70/5 71/14 71/19 71/19 71/23 78/11 84/19 84/21 85/20 85/22 86/15 91/12 93/8 94/6 95/14 100/4 101/2 106/19 108/5 108/16 108/19 109/1 110/23

110/25 111/13 113/21 113/24 115/6 115/7 115/12 115/13 115/14 117/16 118/12 119/13 125/13 128/19 131/4 131/12 135/11 136/10 138/6 138/17 139/12 140/14 140/20 140/21 141/14 141/17 141/22 142/13 143/14
**wouldn't [6]** 21/23 21/23 27/18 37/13 57/9 128/5
**wrapped [1]** 48/7
**Wright [6]** 50/2 63/14 94/15 94/18 114/23 114/25
**write [1]** 108/2
**writing [2]** 108/15 108/23
**written [1]** 100/3
**wrong [22]** 49/8 50/14 51/13 62/3 86/23 86/24 99/21 118/12 118/15 118/19 119/1 119/11 119/21 119/24 120/3 121/9 121/18 121/22 122/7 122/15 122/20 124/1
**wrote [1]** 87/2

# X

**XRG [3]** 47/9 95/23 96/7

# Y

**yeah [28]** 3/18 4/9 5/7 6/5 6/21 7/19 30/3 32/25 38/14 47/3 51/6 51/18 52/15 69/3 71/1 71/22 78/5 81/24 83/14 87/10 87/19 93/4 93/6 93/8 95/16 96/9 98/16 119/3
**year [10]** 18/10 17/24 77/7 92/18 103/10 103/11 111/2 113/12 132/21 132/22
**years [21]** 9/24 10/23 10/25 15/13 18/11 46/16 47/8 64/10 69/12 95/20 96/20 98/23 98/24 99/13 105/15 105/17 105/19 115/18 126/25 127/7 137/4
**Yep [1]** 83/16
**yes [305]**
**yesterday [2]** 21/18 43/5
**yet [4]** 78/19 103/5 123/1 123/25
**York [3]** 13/13 25/20 92/4
**you [865]**
**you'd [2]** 60/1 114/13
**you're [66]** 4/9 4/25 28/24 29/3 29/4 39/21 43/20 51/16 56/3 56/20 59/13 70/7 71/2 71/7 72/8 78/8 78/22 79/8 82/4 82/5 86/14 86/18 86/21 87/12 87/12 87/15 88/6 88/7 88/8 88/17 89/1 89/4 89/23 95/22 96/16 97/20 100/15 102/3 103/16 103/20 103/21 104/20 105/7 109/6 109/8 109/11 110/3 110/10 110/21 111/3 112/5 113/1 119/2 121/7 121/17 126/19 127/9 127/15 127/17 127/20 127/22 130/19 130/20 133/25 134/20 144/14
**you've [12]** 28/18 60/5 61/22 63/20 80/9 80/12 82/20 98/24 105/18 109/23 125/20 128/19
**young [3]** 69/7 128/9 128/24
**your [232]**
**yours [2]** 97/18 105/14
**yourself [4]** 16/11 57/15 83/7 108/12
**yourselves [1]** 145/3