```
 1              IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF FLORIDA
 2                 CASE NO. 12-CR-60064-RWG

 3
    UNITED STATES OF AMERICA,        JURY TRIAL EXCERPT
 4
                    Plaintiff,       Thursday, February 14, 2013
 5        vs.                        10:03 a.m.
                                     Miami, Florida
 6  KEVIN BRENNANN and
    MARC SEAVER PAGE,
 7
                    Defendants.      Pages 1 through 65
 8

 9

10            TRANSCRIPT OF JURY TRIAL EXCERPT
               TRIAL TESTIMONY OF JOHN KEELAN
11        BEFORE THE HONORABLE RICHARD W. GOLDBERG
                UNITED STATES DISTRICT JUDGE
12

13
    APPEARANCES:
14  For the Plaintiff:      H. Ron Davidson, AUSA
                            Alex Soto, AUSA
15                          Office of U.S. Attorney
                            99 NE 4 Street
16                          Miami, Florida  33132

17  For Defendant Brennan: Mauricio Aldazabal, Esq.
                            2655 Le Jeune Rd, Ste 700
18                          Coral Gables, Florida  33134

19  For Defendant Page:     Timothy Day, AFPD
                            Office of U.S. Public Defender
20                          1 E Broward Blvd, Ste 1100
                            Fort Lauderdale, Florida  33301
21

22
    Reported By:            Judith M. Wolff, CRR
23                          Official United States Court Reporter
                            400 N. Miami Avenue, Room 8N09
24                          Miami, FL  33128
                            (305)523-5294
25                          judy_wolff@flsd.uscourts.gov
```

STENOGRAPHICALLY REPORTED, COMPUTER-AIDED TRANSCRIPT

1    (Court was called to order.)

2        THE COURT:  Be seated.  Before the jury comes in, you

3    guys have some matters to discuss?

4        MR. DAY:  Yes, Judge.  I have spoken to the

5    government and we tried to resolve this, but we really weren't

6    able to.

7        As I understand, the government and, of course, I

8    appreciate them letting us know the next witnesses they're

9    going to be calling.  The next witness that they're calling is

10   the 404(b) evidence, Your Honor, that you allowed to come in.

11   And, in essence, from what I understand, there's going to be

12   an agent who was present at this meeting up in Boston between

13   undercovers and Mr. Brennan.

14       THE COURT:  Yeah, there were two agents.  One that

15   was in the next room and one who was an undercover agent,

16   right?

17       MR. DAVIDSON:  Correct, Judge.  We have the person

18   that was in the room.

19       MR. DAY:  So my request, Your Honor, is that we have

20   a cautionary instruction.  I think, generally, what happens is

21   this evidence doesn't come in, in the middle of the

22   government's case-in-chief.  I understand that they're doing

23   this to accommodate their agent who's been here, and I

24   understand travel plans and all of that.

25       But the jury is not going to have any context

THURSDAY, FEBRUARY 14th, 2013

```
1   whatsoever.  No one has referenced this.  They don't have any
2   idea about why there's an undercover operation in Boston that
3   Mr. Brennan -- excuse me, Mr. Page is not involved in at all.
4        And so I would ask for a cautionary instruction for
5   the Court to explain to them that this is 404(b) evidence and
6   explain to them, of course, from the defense perspective, that
7   it is not -- you may not consider any of this evidence to
8   decide whether the defendant committed the acts charged, but
9   you can consider them for other limited purposes.
10        You're going to give them a full instruction, the
11  pattern instruction, at the end of the trial.  But to me, Your
12  Honor, that makes sense now to give them some idea as to why
13  this evidence is being admitted.  Because, otherwise, I think
14  it can be confusing and they're just not going to understand
15  why they're hearing this separate video recording.
16        MR. DAVIDSON:  And, Judge, we oppose the request for
17  the simple reason that it's very confusing to the jury to cut
18  and paste and pause in reading particular instructions during
19  the trial.
20        This Court instructs the jurors at the end of the
21  trial.  And there's no point to, you know, figure out this is
22  the 404(b) evidence, this is the, you know, cooperator with
23  the plea agreement, this is the person with the felony
24  conviction.  I mean, there are 15 different jury instructions
25  you could read throughout the trial.  That's for the end.  And
```

THURSDAY, FEBRUARY 14th, 2013

1  you've already highlighted at jury selection certain issues.

2  But let's wait till the end and that's the appropriate time to

3  give the instruction.

4       We also oppose the defense request only to read one

5  paragraph of the instruction.  And I think, Your Honor, you

6  tell the jury consider the instructions as a whole.  And to

7  say this is something I want to highlight now, sort of -- I

8  think even the Court would lose its credibility with this --

9  jurors when you highlight something and then you tell them

10 later don't highlight one of the instructions.

11      THE COURT:  No, no, no.  I'm not from Pennsylvania.

12      MR. DAY:  Right.  Your Honor, if I could just respond

13 to that.  I doubt seriously you're going to lose any

14 credibility with the jury.  That's my own personal opinion.

15 But that aside, Your Honor, cautionary instructions are not

16 unusual.  This is not --

17      THE COURT:  They are with me.

18      MR. DAY:  Oh, okay.  Well, they're not, from my

19 request.  And I think that it makes sense, here, in light of

20 the fact that this evidence is coming out of turn and I can't

21 imagine how any juror would have any idea as to why this is

22 being admitted.

23      And, Your Honor, I am not requesting a specific part

24 of this instruction I suggested that to the government, or all

25 of it.  Whatever the Court feels would communicate the point

1  that needs to be communicated.  And that that this is evidence

2  that I'll instruct you on, later on.  It doesn't relate to

3  this particular indictment and you don't consider it as

4  evidence of this indictment, but it has a purpose and I'll

5  explain it to you.  To me that's common sense.

6      MR. SOTO:  Your Honor, I appreciate the defense's

7  concerns about whether the jury is going to understand the

8  government's evidence, but it's still our burden.  And that's

9  a risk that we have to bear, to fail to understand what we're

10 trying to convince them of.  And this is really just under the

11 guise of having them hear this 404(b) evidence instruction,

12 which we don't do with any other instruction.

13      THE COURT:  Yeah, I don't have a problem with it.

14      MR. ALDAZABAL:  Judge, I was just going add to what

15 Mr. Day said, the 404(b) is specific and, I would say,

16 different from your normal instructions because sometimes the

17 Judge won't even consider the 404(b) until he sees the case,

18 whether there's an intent for an entrapment kind of case.

19 Here it's, kind of, obvious from the beginning and Your Honor

20 already ruled on that.

21      But, basically, all we're asking for is a very

22 standard -- and I've seen it done many times -- cautionary

23 instruction.  Because as Counsel, Mr. Day has said, we

24 basically have something totally new that's coming before this

25 jury and it's coming --

THURSDAY, FEBRUARY 14th, 2013

```
 1            THE COURT:  Do you guys want to write out a proposed
 2   cautionary instruction for me?
 3            MR. DAY:  Yes, I will.
 4            MR. ALDAZABAL:  We can do that, Your Honor.  I mean,
 5   it's coming totally out of consequence and they're going to
 6   say, what is this?  And it's not that we're asking for the
 7   final jury instruction.  But, as Your Honor has just said, a
 8   proposed cautionary instruction.
 9            Thank you, Your Honor.
10            THE COURT:  Doesn't mean I'm going to do it.  I just
11   want to see what you guys want me to say, because I don't want
12   to goof it up and then have one of you two pop up and say, you
13   didn't do what I wanted you to do.
14            MR. DAVIDSON:  Judge, may I approach with the copies
15   of the transcripts we seek to introduce today?
16            THE COURT:  Okay.
17            Don't use the term "404(b)" because they won't know
18   what in the world that is.
19            MR. DAY:  Correct, Your Honor.  I won't, Your Honor.
20            THE COURT:  Just say it's a federal rule of evidence.
21            MR. DAY:  Yes, sir.
22            THE COURT:  Off the record.
23       (Off-the-record discussion, and proceedings continued:)
24       (Pause.)
25            THE COURT:  How's the Pulitzer prize Oscar
```

THURSDAY, FEBRUARY 14th, 2013

1    nomination?

2         MR. DAY:  Just about done, Your Honor.

3         THE COURT:  Don't make it too long because it will be

4    confusing.

5         MR. DAY:  I'll read it so that Counsel can have it.

6    And my disclaimer, Your Honor, is that my penmanship is awful.

7         And I took from the instruction parts of it.  "You

8    are now going to hear evidence of acts done by Mr. Brennan

9    that may be similar to acts the defendant is currently charged

10   with.  You must not consider any of this evidence to decide

11   whether the defendant committed the acts charged now.  The

12   rule of procedure allows you to consider this evidence for

13   other limited purposes that I will instruct you on later."

14        MR. SOTO:  Your Honor?

15        THE COURT:  Yeah.

16        MR. SOTO:  I would ask the Court to modify that

17   slightly.  And I'll read the second part of it, which is

18   similar, at least, in its initial portion.

19        "You must not consider this evidence to decide

20   whether the defendant committed the acts charged now, but you

21   may consider it for other limited purposes including to decide

22   whether the defendant had the state of mind or intent

23   necessary to commit the crime charged in this case."

24        THE COURT:  Is that all right, Mr. Day?

25        MR. DAY:  That's fine with me.

THURSDAY, FEBRUARY 14th, 2013

1          MR. ALDAZABAL:  Yes, Your Honor.  I just wanted to
2   see the language.
3          THE COURT:  I, actually, think that's a little
4   better.
5          MR. ALDAZABAL:  Okay.
6          THE COURT:  Because if you just tell the jury that
7   for limited purposes, they will wonder what...
8          MR. SOTO:  They won't understand what those limited
9   purposes are.
10         THE COURT:  So I will do it, if you can get --
11         MR. ALDAZABAL:  Yes, that's fine, Your Honor.
12         MR. DAY:  We agree with that, Your Honor.
13         THE COURT:  All right.  But I don't have it to read.
14      (Off-the-record discussion, and proceedings continued:)
15         THE COURT:  All right.  Give me that.  You guys got
16  -- this is off the record.
17         Okay.  Let's get the jury.
18      (Jury enters the courtroom at 10:25 a.m.)
19         THE COURT:  All right.  Everybody be seated.  Good
20  morning, everybody.
21         PROSPECTIVE JUROR:  Happy Valentine's Day.
22         THE COURT:  Ladies and gentlemen of the jury, the
23  Court is -- I mean, not the Court.  The government is going to
24  call a witness who will testify as to matters under the
25  auspices of a -- federal evidentiary rules.  So I'm going

THURSDAY, FEBRUARY 14th, 2013

1  to...  You will now hear evidence of acts committed by

2  Mr. Brennan on other occasions that were similar to the acts

3  of Mr. Brennan currently charged with.

4        You must not consider this evidence to decide whether

5  the defendant committed the acts charged now, but you may

6  consider it to decide whether the defendant had the state of

7  mind or intent necessary from the crime charged, that is the

8  crime that he's charged with now, or committed the acts by

9  accident or mistake.

10       At the end of the trial I'll give you a more detailed

11 instruction on this matter.  Okay.  Mr. Davidson, you may

12 proceed.

13       MR. DAVIDSON:  Thank you.  The United States calls

14 John Keelan.

15                    JOHN KEELAN,

16     having been first duly sworn, testified as follows:

17                 DIRECT EXAMINATION

18       COURT REPORTER:  State your full name for the record

19 and spell you first and last name for me, please.

20       THE WITNESS:  My name is John Keelan.  J-o-h-n.

21 K-e-e-l-a-n.

22       MR. DAVIDSON:  May I proceed, Your Honor?

23       THE COURT:  Go ahead.

24                 DIRECT EXAMINATION

25 BY MR. DAVIDSON:

THURSDAY, FEBRUARY 14th, 2013

1  Q.  Mr. Keelan, where do you work?

2  A.  I work as a special agent with the Federal Bureau of

3  Investigation.

4  Q.  Where do you work?

5  A.  In Boston, Massachusetts.

6  Q.  What are your duties as a FBI special agent?

7  A.  To investigate violations of federal law.

8  Q.  What is an undercover operation?

9  A.  An undercover operation is an investigative technique that

10  calls for an agent to assume a fake identity and collect

11  evidence of a crime by actually participating in criminal

12  activity.

13  Q.  Do you participate in undercover operations?

14  A.  Yes, I do.

15  Q.  What name do you go by in your undercover operation?

16  A.  It varies by operation.

17  Q.  And involving Mr. Brennan, what name did you go by?

18  A.  I went by the name of John Kelly.

19  Q.  Did you ever disclose to Mr. Brennan your true identity?

20  A.  No, I didn't.

21  Q.  Why didn't you tell Mr. Brennan that you were really an

22  FBI undercover agent?

23  A.  Because it would be very difficult to collect evidence of

24  a crime if he knew that I was with law enforcement.

25  Q.  Did you make recordings of Mr. Brennan in February of

THURSDAY, FEBRUARY 14th, 2013

1   2011?

2   A.  Yes, I did.

3   Q.  I'm handing you what's been marked as Government Exhibit

4   58 which consists of numerous CDs; 59, which is several

5   documents; 61, a transcript; and also a draft transcript just

6   for purposes of numbering.

7           May I approach, Your Honor?

8           THE COURT:  Surely.

9   BY MR. DAVIDSON:

10  Q.  Special agent, I'll ask you to review those documents and

11  exhibits that I've given to you.  Do you recognize them?

12  A.  Yes, I do.

13  Q.  All right.  Starting with 58, what are those CDs that I

14  provided?

15  A.  These are copies of audio and video recordings of an

16  in-person meeting that I had with Mr. Brennan.

17  Q.  Do they also consist of recordings of phone conversations

18  and/or voice mails?

19  A.  Yes, they do.  There's a copy of telephone calls --

20  outgoing telephone calls from myself to Mr. Brennan and voice

21  mails received by Mr. Brennan.

22  Q.  Prior to today have you had an opportunity to review

23  Government Exhibit 58?

24  A.  Yes, I have.

25  Q.  And do those represent a true and accurate recording with

THURSDAY, FEBRUARY 14th, 2013

1  the exception of some minor glitches in the recording devices

2  of the conversations that you've had with Mr. Brennan?

3  A.  Yes, they do.

4  Q.  Turning to Government Exhibit 59, can you please briefly

5  describe that is?

6  A.  Exhibit 59 contains a series of email communications

7  between myself and Mr. Brennan.

8  Q.  And does 59 represent emails that you kept in connection

9  with your investigation and undercover activity with

10 Mr. Brennan?

11 A.  Yes, they do.

12 Q.  And turning to Government Exhibit Number 60, what is that?

13 A.  I'm sorry.  I don't see 60.

14 Q.  I'm sorry.  Do you see a transcript there?

15 A.  I do.

16 Q.  Okay.  What is that one?

17 A.  It is a transcript of the in-person meeting dated February

18 3rd, 2011, that I had with Mr. Brennan.

19        MR. DAVIDSON:  Your Honor, at this point we seek the

20 introduction of those three exhibits.

21        MR. ALDAZABAL:  No objection, Your Honor.

22        THE COURT:  What are the numbers, again?

23        MR. DAVIDSON:  I think it was 58, 59, and I believe

24 the transcript is marked as 60.

25        THE COURT:  All right.  58, 59, and 60 are admitted.

THURSDAY, FEBRUARY 14th, 2013

1   You may proceed.

2         MR. DAVIDSON:  I'm sorry, Judge.  I misspoke, the

3   transcript is 61.  So 61.  I would ask that 61 be introduced

4   and 60 had been marked for something else but has not yet been

5   introduced.  I misspoke.  I think we said that 60 was the

6   transcript, but 61 is actually the transcript and we're not

7   introducing 60 right now.  I apologize for the confusion.

8      (Government Exhibits 58, 59, and 61 admitted into

9   evidence.)

10  BY MR. DAVIDSON:

11  Q.  In February 2011 did you have an opportunity to meet with

12  Mr. Brennan?

13  A.  Yes, I did.

14  Q.  What did you purport to be during that meeting?

15  A.  I purported to be a representative from a hedge fund that

16  had investment discretion to invest client funds.

17  Q.  Prior to the meeting, what was your understanding about

18  why Mr. Brennan was coming to that meeting?

19  A.  My understanding that Mr. Brennan was coming to meet with

20  me to discuss the mechanics of a stock fraud deal.

21  Q.  What do you understand Mr. Brennan's role to be?

22  A.  I understood Mr. Brennan to be the CEO of a

23  publicly-traded company.

24  Q.  Who else was present in the meeting?

25  A.  There were two others present, a Mr. Michael Lee and a

1   Mr. Edward Henderson.

2   Q.  And what did you understand -- I'll rephrase, Your Honor.

3        Where did the meeting take place?

4   A.  It took place in an undercover office that I had in

5   Burlington, Massachusetts.

6   Q.  And was there recording devices at that location?

7   A.  Yes, there were.

8   Q.  At any point in time did you disclose to Mr. Brennan,

9   Mr. Lee, or Mr. Henderson that that meeting was going to be

10  recorded?

11  A.  No, I didn't.

12  Q.  Okay.  Let's turn to Government Exhibit 58.  If we can

13  load up the approximate time of 14 minutes and 24 seconds, in

14  that area of Session Number 2.

15       And, Judge, if we can distribute 61, we have extra

16  copies for members of the jury.

17       THE COURT:  Sure.  Go ahead.

18       MR. DAVIDSON:  And if I could ask the court

19  personnel, perhaps, to assist me.  If we can ask that the

20  government's laptop be published for the jury.

21    (Pause.)

22       MR. DAVIDSON:  Judge, in light of the technical

23  glitches, we will move ahead with the audio.  And it might be

24  helpful if we have the Elmo set up so that the jurors can

25  follow along in the transcript.

THURSDAY, FEBRUARY 14th, 2013

1      I will begin, approximately, on page 36 of the

2  transcript.  And if we can cue up approximately 14 minutes, or

3  so, into the conversation.  I'm sorry, page 33.

4      (Audio was played.)

5      MR. DAVIDSON:  Let's pause there.  Actually, we're on

6  the middle of page 34 of the transcript.

7  Q.  The jury doesn't have the benefit of the video, but who is

8  the individual speaking notated here by a "K.B."?

9  A.  That's Mr. Brennan.  But I will add that my version has

10  "draft," so it's a different page on mine.

11  Q.  I'm sorry.  You know, let me give you a copy of what's

12  already been introduced.  I have an extra copy.

13  A.  Thank you.

14  Q.  All right.  So we're on page 34 of the transcript.  And I

15  asked you whether "K.B." notated there was Mr. Brennan?

16  A.  Yes, it is.

17  Q.  Now, Mr. Brennan says, "We need to get our stock back."

18  And then he mentions .000000.

19      What did you understand Mr. Brennan to mean when he

20  was talking about getting his stock to something and then when

21  he mentioned all those zeros?

22  A.  My understanding was that he was looking to move the price

23  of his stock and that it's currently subpenny at point 0001.

24  Q.  What did you understand it to mean when he talked about

25  "the stock not having any credibility," on the middle of page

THURSDAY, FEBRUARY 14th, 2013

1   34?

2   A.   I understood that to be because he stock was essentially

3   worthless, that it wasn't marketable.

4        MR. DAVIDSON:   Let's continue on the tape.

5        (Audio was played.)

6        MR. DAVIDSON:   Let's pause there.

7   Q.   So let me go back to page 36, where Mr. Lee explains that

8   "in my discussions with Kevin."  Who do you understand Mr. Lee

9   to be referring to when he mentions "Kevin"?

10  A.   To Mr. Brennan.

11  Q.   And Mr. Lee mentions three or four factoids.  Walk us

12  through what you understood Mr. Lee to be talking about.

13  A.   I understood that Mr. Lee was explaining to me that

14  Mr. Brennan understood the mechanics of how the stock fraud

15  deal worked.  Specifically that I would commit my hedge fund

16  investor client money to overpay for stock in Mr. Brennan's

17  publicly-traded company, and in return that Mr. Brennan would

18  agree to kick back 50 percent of proceeds to me, personally.

19  And we would mask that kickback in the form of a consulting

20  agreement with a nominee company that was mine, that my hedge

21  fund knew nothing about.

22  Q.   Let's walk through each one of those factoids a little bit

23  slower.  You purported to work at a hedge fund, correct?

24  A.   Yes.

25  Q.   What were you supposed to do as an employee of the hedge

THURSDAY, FEBRUARY 14th, 2013

1   fund?  What were you responsibilities?

2   A.  As employee of the hedge fund I have a fiduciary duty to

3   legally act in the best interests of a third party which would

4   be our investor clients.

5   Q.  And what did you understand when Mr. Lee talked about the

6   factoids here that he was referring to as far as your

7   fiduciary obligations at the hedge fund?

8   A.  Mr. Lee was explaining that Mr. Brennan was aware that I

9   was doing this -- this thought transaction with Mr. Brennan.

10  It was not in the best interest of --

11         MR. ALDAZABAL:  Judge, I'm going to object to the

12  what the agent understood that Mr. Lee understood that

13  Mr. Brennan told Mr. -- this is, like, three times over.

14  That's just --

15         THE COURT:  I agree.  Sustain the objection.

16  BY MR. DAVIDSON:

17  Q.  Let's look, specifically, at what Mr. Lee talks about,

18  consulting scenario.  What did you understand the consulting

19  scenario to refer to?

20  A.  That referred to the means by which we hid the kickback

21  payment.  That we would do it through a consulting agreement

22  with a sham company, that I had a nominee company that was in

23  name only that would come back directly to me.

24  Q.  Were you going to do consulting?

25  A.  No, I wasn't.

```
 1   Q.  So why did there need to be a consulting agreement?
 2   A.  It was a way to hide the kickback payment.
 3   Q.  Do you know anything about transportation?
 4   A.  No, I don't.
 5   Q.  Did anyone at your consulting company know anything about
 6   transportation?
 7   A.  No.  There was no consulting company.
 8        MR. DAVIDSON:  Let's continue on page 37 after
 9   Mr. Brennan says how it's a tough time to raise money and we
10   did deals we shouldn't have made.
11        (Audio was played.)
12        MR. DAVIDSON:  Let's stop at page 38.
13   Q.  I want to go back to something you said on -- I think it
14   was 37.  You mentioned you don't feel -- and it says, "if
15   that's something that you don't feel comfortable with."  What
16   do you mean when you said, "Look, if you don't feel
17   comfortable with this..."  What were you talking about?
18   A.  I conveying to Mr. Brennan that, "Look, you don't have to
19   do this.  There's the door."  I'm giving him an out.
20   Q.  And then right after you said "50 percent's a lot," 50
21   percent, what did you mean that term to mean?
22   A.  That was the 50 percent kickback that he would have to
23   send back to me.
24   Q.  And where was that 50 percent going?
25   A.  To me, personally.
```

THURSDAY, FEBRUARY 14th, 2013

1   Q.  So 50 percent of, let's say, $100,000 of buying, who was

2   going to be buying the $100,000?

3   A.  So the buyer in this instance would be my fund and -- it

4   would be the fund.

5   Q.  And how much would Mr. Brennan have to pay you, the

6   employee of the fund, to get the fund to purchase the

7   $100,000?

8   A.  In that example he would have to send me back $50,000.

9   Q.  Then on page 38 you talk about "no management oversight of

10  the fund."  What did you mean by "management oversight"?

11  A.  I meant that he doesn't have to worry about any

12  involvement from my fund at all looking to have a say in

13  anything that he does with his company.

14          MR. DAVIDSON:  Let's continue on 38.

15      (Audio was played.)

16          MR. DAVIDSON:  Let's pause there.

17  Q.  I want to talk about on page 40 you mentioned the risk

18  that you're assuming.  What were you referring to when you

19  used the term "risk"?

20  A.  I was conveying to Mr. Brennan that the risk here is that

21  my company finds out what I'm doing, we're going to purchase

22  his stock, overpay for it.  And if they found out what it was

23  truly worth, I'm in trouble.

24  Q.  And then on the top of page 41 you'll say, "I'll overpay.

25  I'm happy to overpay."  What were you referring to?

THURSDAY, FEBRUARY 14th, 2013

1   A.  Committing the hedge fund, the investor client money, to

2   overpay for shares in Mr. Brennan's company.

3   Q.  Now, you were supposedly working at the hedge fund, right?

4   What should you be doing as the hedge fund?  Should you be

5   trying to overpay or get a good deal on the stock?

6   A.  Get as good deal as I can.

7   Q.  So why would you be willing to overpay?  What was inducing

8   you to say "I'm happy to overpay" on the top of page 41?

9   A.  It was to line my own pockets.  It was so I could receive

10  half the money.

11          MR. DAVIDSON:  Let's continue on the top of 41.

12      (Audio was played.)

13          MR. DAVIDSON:  Let's pause here.

14  Q.  What did you understand Mr. Brennan to say, "I don't want

15  you to lose your job because if you lose your job, I'll lose

16  my job"?

17  A.  I understood Mr. Brennan to say that if something happens

18  to me, then his funding from my company goes away, so he

19  doesn't want anything to happen to me.

20          MR. DAVIDSON:  Let's continue.

21      (Audio was played.)

22          MR. DAVIDSON:  Let's pause on the bottom of page 42.

23  Q.  And just for Mr. Wright's benefit, I think we're going to

24  skip to Tape Number 3 about the 50 minute -- 50 second mark.

25          But on the bottom of page 42, Mr. Lee says, "Think of

THURSDAY, FEBRUARY 14th, 2013

1  how he has paid for money in the past.  This is not

2  expensive."  And Mr. Brennan responds, "Yeah, you're -- and

3  then Mr. Lee interjects on 43.

4       What did you understand the term "paying for money"

5  to mean?

6  A.  By issuing shares in his company.

7  Q.  And in this particular scenario that you were describing,

8  what were you to receive?  What were you going to get out of

9  it?

10  A.  Can you repeat that question?

11  Q.  I'm sorry.  You were the supposed employee of the hedge

12  fund, correct?

13  A.  Correct.

14  Q.  And Mr. Brennan was going to pay you how much?

15  A.  Mr. Brennan was going to pay me half, 50 percent, of

16  whatever the hedge fund paid for Mr. Brennan's stock.

17  Q.  Okay.  So they were going to pay you, and the hedge fund

18  was going to give Mr. Brennan money, correct?

19  A.  Correct.

20       MR. DAVIDSON:  We're going to fast forward to a

21  little bit later where they talk about buying a truck.  Let me

22  find the page number.

23       All right.  We'll try and begin about the beginning

24  of Session 3.  And I think once we play it, we might be able

25  to find the exact page number.

THURSDAY, FEBRUARY 14th, 2013

1           Judge, it's the bottom of page 49.

2           Let's pause there.

3   Q.   I want to draw your attention to what was on page 49

4   there.  Ultimately, did you enter into a consulting agreement

5   with Mr. Brennan?

6   A.   Yes, I did.

7   Q.   What company -- and Mr. Brennan was with OPTZ, correct?

8   A.   Yes.

9   Q.   What company signed the consulting agreement?

10  A.   It was my nominee company, Watersedge Group.

11  Q.   Did Watersedge do any consulting for Mr. Brennan or OPTZ?

12  A.   No.  No, it didn't.

13  Q.   And when you discussed there on page 49 and, I think, it's

14  50, about, "Look.  There's not going to be any consulting,"

15  what did you mean?

16  A.   Exactly that.  That there would be -- I would not be

17  consulting.  There would be no consulting.

18  Q.   And there's -- you say something, like, I'll let you stick

19  to your knitting.  What did you mean by that?

20  A.   He runs his company however he wants to run it.  There

21  would be no oversight from me or anyone from my fund.

22  Q.   So why did you need Mr. Brennan to sign a consulting

23  agreement even though your company wasn't going to be doing

24  any consulting for him?

25  A.   As a way to hide the kickback payment for the funding.

THURSDAY, FEBRUARY 14th, 2013

1          MR. DAVIDSON:  Let's forward to -- about the

2    12-minute mark, about 11:55 on the tape where they talk about

3    JP Morgan.  And this is on page 59 of the transcript.

4       (Audio was played.)

5    BY MR. DAVIDSON:

6    Q.  Let's pause there.

7          You mentioned -- excuse me.  I think Mr. Lee mentions

8    Madoff.  What did you understand Mr. Madoff to be?

9    A.  I understood that to be Bernie Madoff.

10   Q.  And what did he do?

11   A.  He was responsible for a large -- a large criminal -- a

12   large criminal activity where a lot of investors lost a lot of

13   money.

14   Q.  And then later you talked about people acting with

15   impunity.  And Mr. Brennan says "absolute total impunity."

16   What did you understand the word "impunity" to mean?

17   A.  That's meaning without getting caught, without having to

18   pay a price.

19   Q.  All right.  I'm going to move on to the email

20   correspondences that you had with Mr. Brennan.  And returning

21   to Government Exhibit 59, and I'm just going to highlight some

22   of the correspondences.

23          This is the second page of the exhibit.  Do you

24   recognize this document?

25   A.  From the screen.  I don't have it in front of me.

24

1   Q.   Correct.  I'm showing you what's already been introduced.

2   A.   Yes, I do.

3   Q.   What is it?

4   A.   This is a copy of the invoice from my nominee company,

5   Watersedge, that amounts to the -- that amounts to a dollar

6   amount of $10,000.  It represents the first kickback

7   transaction.

8   Q.   And it says "consulting services" and "industry

9   assessment."  Did Watersedge Group or you do any consulting

10  services or assessments for OPTZ or Mr. Brennan?

11  A.   No, we didn't.

12  Q.   So what was the purpose of this document being sent?

13  A.   It was to hide the fact that 50 percent was getting kicked

14  back to me, a way to give the appearance that it was

15  legitimate.

16  Q.   And turning to the first page, johnkelly116@gmail.com,

17  whose email is that?

18  A.   That was my undercover identity email.

19  Q.   And who did you understand to be controlling the

20  kbrennan@otmionline.com account?

21  A.   Kevin Brennan.

22  Q.   Just to be clear, the date on that particular email is

23  February 10, 2011, correct?

24  A.   That's correct.

25  Q.   Fast forwarding a few more pages into it, I'm going to ask

1  you whether you recognize what this is?

2  A.  Yes, I do.

3  Q.  Can you explain to members of the jury what a "stock

4  purchase receipt" is?

5  A.  A stock purchase receipt is a form of contract, in this

6  instance, that sets forth that my hedge fund, SeaFin Capital,

7  will be purchasing a certain number of shares in Mr. Brennan's

8  publicly-traded company.

9  Q.  It also has Preferred Series D shares.  What did you

10  understand that to be?

11  A.  It's a class of stock for a publicly-traded company.

12  Q.  Is it a better?  Average?  How would you describe what

13  type of class of stock it is?

14  A.  Generally, I would describe it as less attractive and less

15  valuable than common shares of stock.

16  Q.  It also says price per share 50 cents.  Based on your

17  understanding of the market conditions of OPTZ, how would you

18  describe that price?

19  A.  As a significant premium.

20  Q.  Is that consistent when we were talking about overpaying

21  for this stock?

22  A.  Yes, it is.

23  Q.  So in this particular receipt, SeaFin Capital, that's the

24  hedge fund, correct?

25  A.  Correct.

THURSDAY, FEBRUARY 14th, 2013

1  Q.  Was buying the less valuable or less attractive Preferred

2  Series D stock at the higher price?

3  A.  Yes.

4  Q.  Well, why would they make that purchase, for the less good

5  stock at the higher price?

6  A.  In good faith they wouldn't.  I was doing it on behalf of

7  the hedge fund so I could receive half the payment back to me.

8  Q.  And turning to the next page, who did you understand to be

9  signing on behalf of Optimized Transportation Management in

10  connection with that deal?

11  A.  I understood that to be Kevin Brennan as chief executive

12  officer.

13       MR. DAVIDSON:  One moment, Your Honor.

14       Just a few more questions, Your Honor.

15  Q.  Mr. Lee and, I believe it was, Mr. Henderson were on the

16  tape recordings, correct?

17  A.  Yes, they were.

18  Q.  At any point in time did -- at that point in time did

19  either of them know that you were recording them?

20  A.  No, they didn't.

21  Q.  After the recordings were completed, what happened with

22  regard to Mr. Lee and Mr. Henderson?

23       And maybe I should rephrase that.  Did you have

24  conversations with the U.S. attorneys office in Boston

25  relating to those two individuals?

THURSDAY, FEBRUARY 14th, 2013

1  A.  Yes, I have.

2  Q.  And did you refer the matter of what they did on the tape

3  to the prosecutors up there?

4  A.  Yes, we have.

5          MR. DAVIDSON:  All right.  Nothing further, Your

6  Honor.

7          THE COURT:  Cross-examination?

8          MR. ALDAZABAL:  Thank you, Your Honor.

9                       CROSS-EXAMINATION

10  BY MR. ALDAZABAL:

11  Q.  Good morning, Special Agent Keelan.

12  A.  Good morning.

13  Q.  I'd like to start by, perhaps, clarifying a couple things

14  about your testimony and about yourself.

15          You are an FBI special agent up in the Boston,

16  Massachusetts, area, correct?

17  A.  That's correct.

18  Q.  Okay.  How long have you been with the FBI?

19  A.  Going on to my 15th year.

20  Q.  15th year?  Okay.  And you, basically, had nothing to do

21  with the investigation down in the Southern District of

22  Florida; is that correct?

23  A.  That's correct.

24  Q.  Okay.  That was a total different agent, total different

25  confidential informant, total different circumstances?

1    A.   I have no knowledge -- yeah, right -- of that

2    investigation.

3    Q.   Now, agent, you testified about a meeting up in the, I

4    believe, it's the Burlington area of Massachusetts?

5    A.   Yes.

6    Q.   February 3rd of 2011; would that be correct?

7    A.   That's correct.

8    Q.   Okay.  And before that meeting, you had never talked or

9    spoken to Mr. Kevin Brennan; is that correct?

10   A.   That's correct.

11   Q.   Okay.  Now, there were several -- I think at the very end

12   the prosecutor mentioned that there were two other individuals

13   present at that meeting?

14   A.   Yes.

15   Q.   Okay.  And one of those individuals was an individual by

16   the name of Michael Lee?

17   A.   Yes.

18   Q.   Do you know where Michael Lee is today?

19   A.   I don't.

20   Q.   Okay.  And the other was an individual by the name of Ed

21   Henderson?

22   A.   Yes.

23   Q.   And do you know where Mr. Henderson is today?

24   A.   No, I don't.

25   Q.   Okay.  Now, obviously, if Mr. Brennan and you had never

THURSDAY, FEBRUARY 14th, 2013

1  had any prior conversations by telephone or in person, one of

2  these individuals brought this meeting together, correct?

3  A.  Yes.

4  Q.  And that would have been Mr. Lee?

5  A.  As I sit here today, I don't recall if it was Mr. Lee or

6  Mr. Henderson, or in conjunction, together.

7  Q.  Okay.  Let me ask you this, how do you know Mr. Michael

8  Lee?

9  A.  Mr. Lee was CEO of a publicly-traded company that, similar

10 to Mr. Brennan's case, we had done a stock fraud deal with.  I

11 had done a stock fraud deal with.

12 Q.  I'm sorry?  Mr. Lee --

13       MR. DAVIDSON:  Your Honor, I'm going to object as

14 beyond the scope of the direct examination.

15       MR. ALDAZABAL:  Judge, may I respond?

16       THE COURT:  Yeah, you can respond.

17       MR. ALDAZABAL:  Judge, Mr. Lee is all over this

18 transcript.  He, basically -- and it's not beyond the scope.

19 He brings him in at the end.  But the first 30-some pages,

20 Mr. Lee is saying a lot of things here that I'm going to get

21 into.  I just need the jury to know, as far as this agent

22 knows, who Mr. Lee is because he, basically, sets this thing

23 up.

24       THE COURT:  I'll overrule the objection.  You may

25 proceed.

THURSDAY, FEBRUARY 14th, 2013

1          MR. ALDAZABAL:  Okay.

2  Q.  Could you repeat that?  Mr. Lee was a stockbroker of a

3  company or --

4  A.  No.  He was the president of a publicly-traded company.

5  Q.  A publicly-traded company in the Boston area?

6  A.  Yeah.  Yes.

7  Q.  Okay.  And how did you first get to know Mr. Lee or how

8  did you first meet Mr. Lee?

9  A.  He was introduced to me by a confidential informant.

10  Q.  Confidential informant, okay.  And a confidential

11  informant was somebody who was working undercover for the FBI?

12  A.  They were working with the FBI.  They were not

13  undercovers, themselves, but they were working to assist the

14  FBI, yes.

15  Q.  Okay.  So Mr. Lee was a target of an investigation that

16  was being held up in the Boston area?

17  A.  Yes, he was.

18  Q.  Okay.  And, subsequently, Mr. Lee -- was he indicted?

19  A.  I'm not sure if he was indicted, but he did plead guilty.

20  Q.  Okay.  So Mr. Lee pled guilty to securities fraud?

21  A.  I'm not exactly sure what the charges were.  I know that

22  he pled guilty.

23  Q.  Okay.  You weren't involved in Mr. Lee 's case?

24          MR. DAVIDSON:  Objection, Your Honor.  Again,

25  completely beyond the scope.  We're moving far beyond where we

THURSDAY, FEBRUARY 14th, 2013

1  are as what's going on in this tape.  It involves the

2  subsequent class of prosecution of the people on the tape.

3         MR. ALDAZABAL:  Judge, we have to know where Mr. Lee

4  is when Mr. Lee sets up Mr. Brennan to come to this meeting.

5  And what the agent does or does not do, he can testify to.

6         THE COURT:  I'll overrule the objection.  Go ahead.

7  BY MR. ALDAZABAL:

8  Q.  Okay.  So you're not familiar whether Mr. Lee was actually

9  -- well, you said he was indicted or pled guilty.  And the

10 only other way he could have pled guilty, if it wasn't by

11 indictment, it would be by information in federal court?

12 A.  That's correct.

13 Q.  You're familiar with that?

14 A.  Yes.

15 Q.  Okay.  In other words, he was charged?

16 A.  Yes.

17 Q.  Okay.  And was it with securities fraud, if you know?

18 A.  I don't -- I don't know.

19 Q.  You don't know.  Okay.  All right.  Let's go -- for a

20 minute let's change over to Mr. Henderson.  Did you know

21 Mr. Henderson before this particular meeting?

22 A.  Yes, I had.

23 Q.  Okay.  And how did you get to know Mr. Henderson?

24 A.  I believe it was Mr. Lee who introduced Mr. Henderson to

25 me.

THURSDAY, FEBRUARY 14th, 2013

1   Q.   Okay.  So Mr. Lee introduced Mr. Henderson to you.

2        And you had contact with Mr. Lee before this meeting,

3   of course?

4   A.   Yes, I did.

5   Q.   Okay.  And during that contact, you let on -- well, not

6   let on, you played your role as hedge fund manager to Mr. Lee?

7   A.   Yes.

8   Q.   Okay.  In other words, you pretended -- well, pretended,

9   it's your job, I understand, but you were pretending to be a

10  hedge fund manager or --

11  A.   Representative.

12  Q.   Representative, okay.  Okay.  -- to Mr. Lee and you had

13  numerous conversations with Mr. Lee?

14  A.   Yes, I had.

15  Q.   Okay.  And none of those conversations are, obviously,

16  reflected directly in this transcript?

17  A.   That's correct.

18  Q.   Because none of those conversations, if they were

19  recorded, are not a part of this transcript?

20  A.   Correct.

21  Q.   Okay.  So about how many conversations did you have with

22  Mr. Lee before this particular date when you first met

23  Mr. Brennan?

24  A.   Difficult to say with certainty, several.

25  Q.   Twenty?  Thirty?  Forty?  Fifty?  100?

THURSDAY, FEBRUARY 14th, 2013

1  A.  I did not have the opportunity to review the number of

2  conversations I had, but there were several.

3  Q.  Dozens?

4  A.  Hard to say.

5  Q.  Hard to say, okay.  Numerous?

6  A.  Numerous.

7  Q.  Numerous is good.  Okay.  And did you also have some

8  private meetings with Mr. Lee in your capacity as a hedge fund

9  representative before this meeting?

10  A.  Yes, I had.

11  Q.  And did you lay out your plan to Mr. Lee -- made-up plan,

12  of course; programmed, perhaps, is a better word -- to Mr. Lee

13  before this meeting?

14  A.  Yes, I had.

15  Q.  Okay.  So when Mr. Lee comes to this meeting, you had

16  already spoken to Mr. Lee and you had already told him about

17  "the program" that you were trying to present to him?

18  A.  Yes.

19  Q.  Okay.  And, obviously, you have no -- well, maybe, you do,

20  I don't know.  You don't have any information as to what

21  Mr. Lee told Mr. Brennan?

22  A.  I have an understanding of what Mr. Lee conveyed to me he

23  told Mr. Brennan.

24  Q.  Okay.  But you have no recordings and you have nothing to

25  directly know what was actually spoken, only what Mr. Lee

THURSDAY, FEBRUARY 14th, 2013

1  relayed to you?

2  A.  That's correct.

3  Q.  Okay.  So let me just go back for one second.  You seem to

4  know a little bit about the market, right?  Hedge funds?

5  A.  Yes.

6  Q.  And that was part of what your role was, you had to play a

7  hedge role representative, right?

8  A.  Yes.

9  Q.  And exactly what is a hedge fund?

10  A.  A hedge fund is a private actively managed investment

11  company whose investors are restricted to high net worth

12  individuals, institutional investors such as pension funds,

13  things like that.

14  Q.  Okay.  The kind of stuff that former candidate Mitt Romney

15  was involved with up in Boston?  A hedge fund?

16         MR. DAVIDSON:  Objection, Your Honor, as to the

17  relevance of this witness's knowledge of Mitt Romney's

18  activities in Boston.

19         MR. ALDAZABAL:  We're just trying to find out what a

20  hedge fund is, Judge, because I don't really know exactly and

21  I don't know how many in the jury --

22         THE COURT:  No.  I'm going to sustain the objection.

23  BY MR. ALDAZABAL:

24  Q.  Okay.  All right.  Well, to the best of your ability

25  that's what a hedge fund is, it invests in some high-risk

THURSDAY, FEBRUARY 14th, 2013

1  business; would that be correct?

2  A.  It's an investment company.

3  Q.  But -- and, again, based on what you are pretending to be,

4  I mean, you're not pretending to be just a stockbroker, you're

5  a hedge fund representative.  How is that distinguishable from

6  a regular investment in a regularly-traded stock?  I guess

7  that should be my question.

8  A.  I'm not sure I understand the question.

9  Q.  Okay.  Is a hedge fund usually a higher-risk investment

10  vehicle than just, say, IBM?

11  A.  I think hedge funds vary by their investment objective as

12  to the types of risk they tolerate.

13  Q.  Okay.  So some are; fair statement?

14  A.  I'm not sure I can say that.

15  Q.  Okay.  Well, how much did -- how much did you learn about

16  hedge funds before you pretended to be a hedge fund

17  representative?  Let me ask you that.

18  A.  I familiarized myself with the basics of the workings of

19  hedge funds.

20  Q.  And you, basically, when -- your meetings with Mr. Lee,

21  you more or less showed your expertise in the area, correct?

22  A.  I pretended to be a representative from a hedge fund.

23  Q.  Well, you've been testifying as to what you understood

24  that Mr. Lee said or Mr. Brennan said, so obviously you had

25  some communication with Mr. Lee that allowed you to come to

THURSDAY, FEBRUARY 14th, 2013

1   the conclusion that Mr. Lee believed that you were a hedge

2   fund representative?

3   A.  Yes.

4   Q.  Okay.  And also allowed Mr. Lee to believe that what you

5   were presenting, the program you were presenting to Mr. Lee,

6   was as -- I don't know, as viable as you ultimately

7   represented this particular meeting to all three gentlemen?

8   A.  Yes.

9   Q.  Okay.  Now, did you also meet with Mr. Henderson before

10  this particular meeting?

11  A.  I believe I did.

12  Q.  Okay.  And how did you -- well, let me ask you this.  What

13  was your understanding of Mr. Henderson's job, profession,

14  whatever you want to call it?  What did he do?

15  A.  My understanding that Mr. Henderson was in the business of

16  finding sources of funds for publicly-traded companies.  He

17  was a finder of funds.

18  Q.  So Mr. Henderson was, basically, somebody in, I guess, a

19  consultant capacity that would go around finding funds for

20  privately-held companies?

21  A.  I'm not sure of his particular exact title role, but that

22  was my general understanding, that he was a finder.

23  Q.  He was a finder, and that's what you learned from your

24  meetings with him?

25  A.  Yes.

THURSDAY, FEBRUARY 14th, 2013

1  Q.  Okay.  And how did you first get to know Mr. Henderson?

2  A.  Mr. Henderson was introduced to me through somebody else.

3  Q.  Okay.  And would that have been Don Huggins?

4  A.  As I sit here today, I don't remember who that was.

5  Q.  You don't remember?  Okay.  So you don't remember who

6  introduced you to Mr. Henderson?

7  A.  Not as I sit here today, I don't.  No, I didn't review

8  that portion.

9  Q.  All right.  All right.  So we get to this meeting and fair

10  to say that Mr. Lee, basically, set up the meeting?

11  A.  Yes.  I think it's fair to say that it was Mr. Lee and

12  Mr. Henderson, but certainly Mr. Lee had a role in it.

13  Q.  Okay.  So it was Mr. Lee and Mr. Henderson.  Obviously

14  Mr. Lee is the one who speaks the most here, so he certainly

15  had an important role in setting up the meeting?

16  A.  Yes.

17  Q.  Okay.  And you had already previewed -- testified that you

18  had already previewed Mr. Lee as to what this whole operation

19  was by the time the meeting actually took place?

20  A.  That's correct.

21  Q.  Okay.  So when we get to the meeting, there's a lot of

22  talk about the weather, blah, blah, blah, et cetera, et

23  cetera, right?  First few pages.  But the prosecutor actually

24  started asking you about testimony -- I don't mean testimony,

25  the transcript.  I'm trying to find the page.  I believe it

1  was around page 35.  Yes.

2         35 in the final -- I had the original draft which

3  I'll get to a little later because I just got this final one.

4  But let's just go over what he asked you about.

5         At the top there -- let's, kind of, set this up.

6         When you actually begin talking about the company...

7  Okay.  Mr. Brennan actually says -- K.B. says, "The operations

8  and nuances -- I'm sorry.  Let me go back.

9         "The other thing, you know, the stock market is, in

10  its operations and nuances, not my greatest area of expertise.

11  I had no idea -- it never occurred to me that you could sell

12  stock without actually owning stock.  That's how I -- that's

13  how he beat it down."

14         Okay.  Now you're familiar with the term

15  "short-selling stock?"

16  A.  Yes.

17  Q.  Okay.  And that's, basically, selling stock that you don't

18  own?

19  A.  Yes.

20  Q.  Okay.  And that's actually very common in the stock

21  market?  Well, let's not say very common, but it happens

22  enough that most people that are in the stock market know

23  about it?

24  A.  Yes.

25  Q.  Okay.  So here Mr. Brennan is actually telling you he's

1  not very familiar with all this stock market and short selling

2  of stock; is that your understanding of that?

3  A.  I'm not sure.

4          MR. DAVIDSON:  Objection, Your Honor, as to asking

5  this witness to testify what Mr. Brennan knew.

6          MR. ALDAZABAL:  Well, no, no, no.  I am asking

7  exactly what Mr. Davidson has been asking since the beginning

8  of this trial, what is your understanding of that?

9          MR. DAVIDSON:  I'm not sure that was the question.  I

10  have no objection to that question, Your Honor.

11          THE COURT:  I don't either.  Go ahead.

12          THE WITNESS:  I'm sorry.  Could you repeat the

13  question?

14  BY MR. ALDAZABAL:

15  Q.  I mean, what he's, basically, telling you there is he's

16  not really familiar with the -- let me quote him, "operations

17  and nuances of the stock market."  And he's giving you an

18  example, short-selling stock is not something he thought could

19  ever happen.  It's in black and white, that's what he's

20  saying.

21  A.  I take that differently.

22  Q.  Okay.  You take the following sentence differently.  Let

23  me read it for you.

24          "You know the stock mark is in its -- in its

25  operations and nuances, not my greatest area of expertise."

THURSDAY, FEBRUARY 14th, 2013

1        Okay.  How would you say that it's not his greatest
2   area of expertise?  How would you interpret that sentence?
3   Just that sentence.
4   A.  I take that as he got burnt on a stock deal that -- and
5   this is what he is talking about.  That he made a bad stock
6   deal in the past and this is what he's referring to here.
7   Q.  Right.  But he's telling you point blank that's not his
8   area of expertise.  And you're agreeing he got burned in a bad
9   stock deal.  I guess, if you're good in the stock market,
10  you're, pretty much, an expert, right?
11  A.  Well, I think the deal that he, specifically, was
12  referring to is a very nuanced type of deal, not -- not stock
13  market, not stock in general.
14  Q.  Okay.  So you don't agree that what he's telling you
15  there, he's not -- quote him again.  "My greatest area of
16  expertise..." referring to the stock market, "...it's
17  operations and nuances."  I mean, that's what it says.  Okay.
18        All right.  You believe he got burned in a stock deal
19  and that's how you interpret that sentence?
20  A.  Yes.
21  Q.  Okay.  Fine.
22        Now, let me go to the next page right here and --
23  well, before we do that.  You know, after he says that, you
24  know, there's some comments that you make -- and very short.
25  There's a lot of yes, exactly, yep by Mr. Brennan.

1           And then we have at the bottom of page 36, M.L.   And

2   M.L. is Michael Lee, the person that was the target of this

3   particular investigation at the time; you already testified to

4   that?

5   A.   One of them.

6   Q.   Oh.   One of them.   Okay.   One of the persons that was the

7   target of this -- was Mr. Henderson another target?

8   A.   Mr. Brennan was another target.

9   Q.   Well, but at this time -- well, let me put it this way,

10  you had not met Mr. Brennan yet?

11  A.   Well, I had.

12  Q.   Well, you meet him --

13  A.   That day I had.

14  Q.   -- at this meeting --

15  A.   Yeah.

16  Q.   -- but you already testified you had never met him before?

17  A.   Prior to the meeting, no.

18  Q.   Right.   But you had met Mr. Lee, according to you,

19  numerous times, right?

20  A.   I had spoken with Mr. Lee numerous times.

21  Q.   Okay.   You spoke to Mr. Lee numerous times.   So you

22  already knew Mr. Lee, you didn't know Mr. Brennan; that's all

23  I'm asking.

24  A.   Yes.

25  Q.   Okay.   So, now, Mr. Lee, after Mr. Brennan says, "Right --

THURSDAY, FEBRUARY 14th, 2013

1   begins by saying -- this is at the bottom of page 36.  I guess

2   the jury all has a transcript so I'm not going to mess with

3   the Elmo.

4           "In my discussion with, oh, Kevin, oh, John, it's

5   been made very clear that they're out of" -- I'm sorry --

6   "very clear three out of three -- four factors that I always

7   -- he understands.  He understands the financing is one

8   transaction.  He understands.  And the consulting scenario is

9   entirely on the other side of the city transaction.  They have

10  nothing to do with each other."

11          And he goes on and on and on.  He speaks to the end

12  of that page.

13          And then he goes into page 37 where he's, basically,

14  laying down, I guess, what you two had previously discussed

15  before, the program.

16  A.  Yes.

17  Q.  Okay.  And what Mr. Brennan responds to that is, "Well --

18  well, we know -- we know the business..."  And he's talking

19  about the business that OPTZ, I guess, that you ultimately

20  dealt with in this stock purchase agreement that you testified

21  to.  "It was a tough time raising money.  A year ago we made

22  some bad deals we shouldn't have made because we had no choice

23  and we had to make them, yeah."

24          So Mr. Lee is actually talking about the program.

25  And Mr. Brennan is saying exactly what it says there, talking

```
 1   about the bad deals he made and the inability to raise money.
 2          Then he talks about the fact, a little further down
 3   the page, price, recovering from the price.  And then you go
 4   back into, basically, explaining some more of what is, for
 5   lack of a better term, the deal you're proposing or the
 6   program you're proposing as a make-believe hedge fund
 7   representative.
 8          Now, let me just go back here and -- let me just get
 9   the exhibits.  One second, Your Honor.
10          Now, you testified about a stock purchase receipt, I
11   believe, it's Government's Number 59.  Remember that?
12   A.  Yes.
13   Q.  Okay.  And who prepared that?
14   A.  I don't know who prepared it, but I know it was not
15   prepared by myself or anyone from the FBI.
16   Q.  So you don't know who prepared it at all?
17   A.  I don't.
18   Q.  Could it have been Mr. Lee?
19   A.  I don't know who prepared it.
20   Q.  You just don't know.  Okay.  And if you don't know, you
21   don't know if it was by Mr. Brennan either?
22   A.  I know I received it from Mr. Brennan.
23   Q.  Okay.  Now, this Watersedge Group, right, this was a
24   make-believe consulting company?
25   A.  Yes.
```

THURSDAY, FEBRUARY 14th, 2013

1  Q.  Okay.  And how is this -- was this the actual hedge fund?

2  Was that the name of it?  Or was this something separate from

3  the hedge fund?

4  A.  This was completely separate.  That was my nominee, fake

5  consulting company.

6  Q.  So, obviously, you or somebody from your office prepared

7  this?

8  A.  This one, yes.  This first one.

9  Q.  Okay.  Well, anything on the Watersedge Group would have

10  to be prepared by your make-believe company, right?

11  A.  That's not true.  He prepared subsequent -- or somebody

12  from his -- that Mr. Brennan worked with prepared subsequent

13  invoices.

14  Q.  On your letterhead?

15  A.  Subsequent invoices from my consulting company, Watersedge

16  Group, were prepared by Mr. Brennan or somebody that worked

17  for Mr. Brennan because I received them back from him, or

18  somebody that worked for him.

19  Q.  So how did Mr. Brennan get those Watersedge Group

20  letterhead receipts?

21  A.  The initial invoice I prepared for him --

22  Q.  Okay.

23  A.  -- and subsequent ones he would fill out.

24  Q.  Did you ever -- well, did your make-believe company ever

25  get the funds?

THURSDAY, FEBRUARY 14th, 2013

1  A.  Yes.  We received kickbacks on two funding levels that we

2  did with Mr. Brennan.

3  Q.  Okay.  And that was based on -- and let's go back and

4  let's, kind of, clarify what the actual program here was, if I

5  understand it.  If not, I'm sure you can correct me.

6         Basically, there's some mention of something called a

7  "traunch," a traunch?

8  A.  Yes.

9  Q.  Okay.  Traunch, okay.  What is a "traunch"?

10  A.  It's a level of funding, a dollar amount that we pick that

11  we're going to start with.

12  Q.  Okay.  And how is -- or how was, in this particular case,

13  the traunches structured or used, if they were at all?

14  A.  So the mechanics called for -- Mr. Brennan and I came to

15  an agreement on a -- on the first instance, a traunch of

16  $20,000.  We would execute a stock purchase receipt calling

17  for my hedge fund company to purchase an inflated price stock

18  in Mr. Brennan's company.  At the same time we would execute

19  this sham consulting agreement with my nominee company, and

20  Mr. Brennan as -- as his publicly-traded company as Optimized

21  Transportation Management, Inc.  And once we executed those

22  documents, money would be wired from an undercover account

23  that the FBI had in the name of the hedge fund to

24  Mr. Brennan's bank account.

25         Mr. Brennan would confirm that it received the level

THURSDAY, FEBRUARY 14th, 2013

1  of funding that we had agreed upon and then he would kickback

2  or send back to me by wire to my consulting company bank

3  account, which was also another undercover bank account, the

4  50 percent representing the half of the proceeds that he

5  received.

6  Q.  Now, you also -- how many of these traunches went out, by

7  the way?

8  A.  Two traunches went out.

9  Q.  Two traunches.  Now, you also testified about the shares

10  of the stock, right?  Now, there's different types of shares,

11  there's tradeable and there's stock that has restrictions on

12  it?

13  A.  Correct.

14  Q.  Okay.  And the shares that supposedly the hedge fund was

15  buying had restrictions on them, didn't they?

16  A.  Correct.

17  Q.  Okay.  And the reason for that was -- well, do you know

18  the reason for that?  Do you know?

19  A.  It was of no moment to me -- to me what kind of stock I

20  was buying from Mr. Brennan.  That came from him.

21  Q.  Okay.  But it was Mr. Brennan who proposed that type of

22  stock, that you purchase that type of stock.  Or, maybe --

23  well let me ask you this:  Was that the only type of stock

24  that your hedge fund would have invested in?  Or would they

25  have invested in any type of OPTZ-type stock?

1   A.   It didn't matter to me what stock we were purchasing

2   because the stock was worthless.

3   Q.   Okay.  Okay.  But if there's a restriction on the stock,

4   you can't resell it.  In other words, if the market goes up,

5   you still have to hold onto it for a period of time?

6   A.   Right.  Restrictions make the stock not transferable until

7   certain conditions are met.

8   Q.   Okay.  And is that why you testified that that made it

9   less valuable?

10  A.   Yes.

11  Q.   Restrictions on it make it less valuable, then?

12  A.   Yes.

13  Q.   Okay.  Did you, after this meeting, have any further

14  conversations or meeting with Mr. Lee?

15  A.   Yes, I did.

16  Q.   Okay.  And was that reference his participation in this

17  particular meeting, or reference other matters?

18  A.   I'm sorry.  Could you repeat that?

19  Q.   Okay.  You testified you had subsequent meetings with

20  Mr. Lee, okay.  And my question is, was that related to this

21  particular meeting, to other matters, or to both?

22  A.   I'm not sure of the specifics.

23  Q.   Not sure.  So Mr. Lee was involved in other matters you

24  were investigating other than this one?

25          MR. DAVIDSON:  Objection, Your Honor, as to the

THURSDAY, FEBRUARY 14th, 2013

1  relevance of the broader FBI investigation.

2         THE COURT:  I'll sustain the objection.  Go ahead.

3         THE WITNESS:  Could you repeat the question, please?

4         MR. ALDAZABAL:  He sustained your objection, so you

5  don't have to answer.  Let me just -- Your Honor, one second

6  just to look through the transcript and I think I'm almost

7  done.

8  Q.  Okay.  Now, going back to the transcripts, I'm just going

9  to pick one example here.  You're, of course, explaining the

10 program and going -- for example, page 39, about a third down

11 the page you're explaining exactly what's going to happen

12 with, you know, how this works.  And Mr. Lee says he

13 understands the definition of every traunch and gets -- and

14 goes out and gets -- all the work gets done and what the

15 traunch is.

16        Is -- your understanding of Mr. Lee is referring to

17 Mr. Brennan there?

18 A.  Yes, it is.

19 Q.  So based on that, it's quite obvious that Mr. Lee had

20 already been speaking to Mr. Brennan before this meeting?

21 A.  Yes.

22 Q.  And, in fact, further down that page, page 39, almost at

23 the bottom of the page referring, again, to your explanation

24 as to how the program works.  Mr. Brennan says, "All right.

25 That's kind of what Mike explained."  Mike is Michael Lee,

1  your understanding?

2  A.  Yes.

3  Q.  And you were asked a question on direct about Bernie

4  Madoff; that's on page 59, middle of the page.

5          Now, E.H. is Mr. Henderson, correct?

6  A.  Yes.

7  Q.  Or is Mr. Henderson the first -- or, actually, the one

8  that mentions Bernie Madoff.  Middle of the page, E.H.: "For

9  that Madoff?"

10 A.  Right -- no, I believe I mentioned it a few lines above

11 that.

12 Q.  Okay.  Well, that "E.H." is Ed Henderson?

13 A.  Yes.

14 Q.  Okay.  And, just to be clear, you actually reviewed this

15 transcript and made any corrections from the original

16 recording, correct?

17 A.  Yes.

18 Q.  And you also identified who is, to the best of your

19 recollection, speaking in each one of these instances?

20 A.  Yes.

21          MR. ALDAZABAL:  Okay.  Thank you, agent.

22          MR. DAY:  Your Honor, may I ask a few questions?

23          THE COURT:  Surely.

24          MR. DAY:  Thank you.

25                    CROSS-EXAMINATION

THURSDAY, FEBRUARY 14th, 2013

1  BY MR. DAY:

2  Q.  Good morning, agent.

3  A.  Good morning.

4  Q.  You testified on your direct examination you're not

5  involved in this investigation, is that right?

6  A.  Other than as a witness.

7  Q.  Other than what you've testified to here?

8  A.  Yes.

9  Q.  And that's in relation to this meeting that occurred that

10  you've talked about February the 23rd of 2011; is that right?

11  A.  February 3rd, 2011.

12  Q.  February 3rd?  Sorry.  February 3rd, 2011, correct?

13  A.  Correct.

14  Q.  Okay.  And you don't know anything about the specifics of

15  the charges here; is that correct?

16  A.  That's correct.

17  Q.  Were you aware that the charges, here, in this case cover

18  a time period in early 2010?  You aware of that at all, or

19  not?

20          MR. DAVIDSON:  I'm going to object as to the

21  relevance of this witness's knowledge of the charging

22  decisions in this case.

23          THE COURT:  I'll overrule the objection.

24  BY MR. DAY:

25  Q.  Were you aware that the charge that we're dealing with

THURSDAY, FEBRUARY 14th, 2013

1    here took place -- charge is the time period is the early

2    portion of 2010?

3    A.  No, I'm not aware of that.

4    Q.  Are you aware of any of the details regarding an

5    individual by the name of Richard Epstein?

6    A.  No, I'm not.

7    Q.  Or any plan or any scheme that he may have had?

8    A.  No, I'm not.

9    Q.  So you don't know anything about this case is what you're

10   -- your testimony would be, is that correct?  Other than what

11   you've testified to here?

12   A.  Relative to Mr. Brennan, yes.

13   Q.  And that's this incidence up in 2011 in Boston with

14   Mr. Brennan; is that correct?

15   A.  That's correct.  Yes.

16   Q.  Okay.  After the last conversation that you had with

17   Mr. Brennan that you've testified to here, there in 2011, did

18   you have any further contact with Mr. Brennan after that?

19   A.  Email communication, there were a couple of phone calls.

20   Q.  Right.

21   A.  And then email communication.  Nothing beyond that.

22   Q.  And that was it, correct?

23   A.  That's correct.

24   Q.  And you don't have any evidence of any communication by

25   Mr. Brennan relating to this meeting as it would be related to

1    a person by the name of Marc Page, correct?

2    A.   That's correct.

3    Q.   Okay.  You don't have any information as to any connection

4    between this meeting involving Kevin Brennan in 2011 and a

5    person by the name of Marc Page, correct?

6    A.   That's correct.

7    Q.   Okay.  In 2011 you're not aware of any connection

8    whatsoever between Kevin Brennan and a person by the name of

9    Marc Page; is that correct?

10   A.   That's correct.

11            THE COURT:  Okay.  Thank you, sir.

12            Mr. Davidson, I'm assuming you have some redirect,

13   right?

14            MR. DAVIDSON:  Just briefly, Your Honor.  But it's

15   the Court's pleasure, if you want to take lunch now or you

16   want me to cover it.  Whatever you wish.

17            THE COURT:  In your definition, what's brief?

18            MR. DAVIDSON:  I think I could be done by noon,

19   Judge.  I have two areas to cover.

20            THE COURT:  All right.  Go ahead.

21                         REDIRECT EXAMINATION

22   BY MR. DAVIDSON:

23   Q.  Special agent, Mr. Aldazabal asked you about the

24   restricted stock or the preferred stock -- or Preferred Series

25   D stock.  And I'm showing you what's been introduced as

THURSDAY, FEBRUARY 14th, 2013

1    Government Exhibit 59, specifically, the stock purchase

2    receipt.  And I just wanted to go over and make something

3    clear here.  The stock that SeaFin Capital, which was -- the

4    hedge fund was buying, how would you describe that stock?

5    A.  I would describe it as unattractive, less favorable stock.

6    Q.  And, in general, when you're buying the less attractive

7    stock, are you paying a higher price or a lower price?

8    A.  A lower price.

9    Q.  So this stock that you were buying should have been at a

10   lower price.

11        Now, what -- I don't know if you recall on the tapes,

12   do you remember what Mr. Brennan described that the regular

13   stock price was going for?

14   A.  I believe he said it was going for 0.0001 cent a share.

15   Q.  My math is not good.  But 0.00, whatever, that's less

16   valuable than 50 cents, right?

17   A.  Much less.

18   Q.  So the hedge fund was buying the stock at a much higher

19   price?

20   A.  Correct.

21   Q.  And they were buying the less valuable thing?

22   A.  That's correct.

23   Q.  I see.  Mr. Day asked you about, you know, how

24   Mr. Brennan, sort of -- it ended.  But have you had a chance

25   to review the voice messages that you recorded?

1    A.   Yes, I have.

2    Q.   And can you just describe, generally, what goes on in

3    those voice messages after the meeting and after the deal

4    shuts down?

5    A.   I received a total of eight voice mail messages from

6    Mr. Brennan.  The sum and substance of those voice mails were

7    his calling me to inquire about additional funding, additional

8    traunches.

9    Q.   So Mr. Brennan, on those voice messages, wanted to do more

10   deals, right?

11   A.   Correct.

12   Q.   And the deals that he wanted were similar to this where

13   your fund is paying more for the less valuable stock?

14   A.   That's correct.

15   Q.   And just to be clear, why is SeaFin Capital, the hedge

16   fund, making these purchases, these bad purchases?

17   A.   So I personally can benefit.

18   Q.   Was that disclosed?  Was that going to be disclosed to the

19   people whose money you were supposedly managing?

20   A.   No, it wasn't.

21   Q.   And if this were real, what would have happened?  What do

22   you think those investors would have said?

23   A.   I would have been fired.

24          MR. DAVIDSON:  Nothing further, Your Honor.

25          THE COURT:  Any recross?

THURSDAY, FEBRUARY 14th, 2013

1          MR. ALDAZABAL:  No, Your Honor.  Thank you.

2          THE COURT:  Everybody through?  All right.  Agent,

3  you may go back and continue freezing to death in Boston.  And

4  I think with that we will break until about 1:20, for lunch.

5          And, ladies and gentlemen of the jury, the Court

6  reminds you, once again, that you are not to discuss the case

7  amongst yourselves.  Don't discuss it with anybody in the

8  building, including those that are associated with this case.

9  And have a good lunch.  We'll see you at 1:20.

10     (Jury withdrew from the courtroom at 11:52 a.m.)

11                              * * *

12          I certify that the foregoing is a correct transcript

13  from the record of proceedings in the above matter.

14

15  Date:  Tuesday, March 19th, 2013

16

17          s/ JUDITH M. WOLFF, CERTIFIED REALTIME REPORTER
            Signature of Court Reporter

18

19                              * * *

20

21                      INDEX TO WITNESSES

22  NAME                         D     C     RD     RC     VD

23  John Keelan                  9     27

24                                     50     53

25

THURSDAY, FEBRUARY 14th, 2013

$

**$10,000** [1]  24/6
**$100,000** [3]  19/1 19/2 19/7
**$20,000** [1]  45/16
**$50,000** [1]  19/8

'

**'s** [1]  30/23

.

**...it's** [1]  40/16
**.000000** [1]  15/18

**0**

**0.00** [1]  53/15
**0.0001** [1]  53/14
**0001** [1]  15/23

**1**

**10** [1]  24/23
**100** [1]  32/25
**10:03** [1]  1/5
**10:25** [1]  8/18
**1100** [1]  1/20
**11:52** [1]  55/10
**11:55** [1]  23/2
**12-CR-60064-RWG** [1]  1/2
**12-minute** [1]  23/2
**14** [3]  1/4 14/13 15/2
**15** [1]  3/24
**15th** [2]  27/19 27/20
**19th** [1]  55/15
**1:20** [2]  55/4 55/9

**2**

**2010** [2]  50/18 51/2
**2011** [12]  11/1 12/18 13/11 24/23 28/6 50/10 50/11 50/12 51/13 51/17 52/4 52/7
**2013** [2]  1/4 55/15
**23rd** [1]  50/10
**24** [1]  14/13
**2655** [1]  1/17
**27** [1]  55/23

**3**

**30-some** [1]  29/19
**305** [1]  1/24
**33** [1]  15/3
**33128** [1]  1/24
**33132** [1]  1/16
**33134** [1]  1/18
**33301** [1]  1/20
**34** [3]  15/6 15/14 16/1
**35** [2]  38/1 38/2
**36** [4]  15/1 16/7 41/1 42/1
**37** [3]  18/8 18/14 42/13
**38** [3]  18/12 19/9 19/14
**39** [2]  48/10 48/22
**3rd** [5]  12/18 28/6 50/11 50/12 50/12

**4**

**40** [1]  19/17
**400** [1]  1/23
**404** [7]  2/10 3/5 3/22 5/11 5/15 5/17 6/17
**41** [3]  19/24 20/8 20/11
**42** [2]  20/22 20/25
**43** [1]  21/3

**49** [3]  22/1 22/3 22/13

**5**

**50** [15]  16/18 18/20 18/20 18/22 18/24 19/1 20/24 20/24 21/15 22/14 24/13 25/16 46/4 53/16 55/24
**523-5294** [1]  1/24
**5294** [1]  1/24
**53** [1]  55/24
**58** [7]  11/4 11/13 11/23 12/23 12/25 13/8 14/12
**59** [12]  11/4 12/4 12/6 12/8 12/23 12/25 13/8 23/3 23/21 43/11 49/4 53/1

**6**

**60** [7]  12/12 12/13 12/24 12/25 13/4 13/5 13/7
**61** [7]  11/5 13/3 13/3 13/3 13/6 13/8 14/15
**65** [1]  1/7

**7**

**700** [1]  1/17

**8**

**8N09** [1]  1/23

**9**

**99** [1]  1/15

**A**

**a.m** [3]  1/5 8/18 55/10
**ability** [1]  34/24
**able** [2]  2/6 21/24
**about** [53]  3/2 5/7 7/2 13/17 15/20 15/24 16/12 16/21 17/5 17/7 17/17 18/3 18/5 18/17 19/9 19/11 19/17 20/24 21/21 21/23 22/14 23/1 23/2 23/2 23/14 25/20 27/14 27/14 28/3 32/21 33/16 34/4 35/15 37/22 37/24 38/4 38/6 38/23 40/5 42/19 42/24 43/1 43/2 43/10 46/9 48/10 49/3 50/10 50/14 51/9 52/23 53/23 54/7 55/4
**above** [2]  49/10 55/13
**absolute** [1]  23/15
**accident** [1]  9/9
**accommodate** [1]  2/23
**according** [1]  41/18
**account** [5]  24/20 45/22 45/24 46/3 46/3
**accurate** [1]  11/25
**act** [1]  17/3
**acting** [1]  23/14
**actively** [1]  34/10
**activities** [1]  34/18
**activity** [3]  10/12 12/9 23/12
**acts** [9]  3/8 7/8 7/9 7/11 7/20 9/1 9/2 9/5 9/8
**actual** [2]  44/1 45/4
**actually** [16]  8/3 10/11 13/6 15/5 31/8 33/25 37/19 37/23 38/6 38/7 38/12 38/20 38/25 42/24 49/7 49/14
**add** [2]  5/14 15/9
**additional** [2]  54/7 54/7
**admitted** [4]  3/13 4/22 12/25 13/8
**AFPD** [1]  1/19
**after** [10]  18/8 18/20 26/21 40/23 41/25 47/13 51/16 51/18 54/3 54/3
**again** [6]  12/22 30/24 35/3 40/15 48/23 55/6

**agent** [19]  2/12 2/15 2/23 10/2 10/6 10/10 10/22 11/10 17/12 27/11 27/15 27/24 28/3 29/21 31/5 49/21 50/2 52/23 55/2
**agents** [1]  2/14
**ago** [1]  42/21
**agree** [4]  8/12 16/18 17/15 40/14
**agreed** [1]  46/1
**agreeing** [1]  40/8
**agreement** [10]  3/23 16/20 17/21 18/1 22/4 22/9 22/23 42/20 45/15 45/19
**ahead** [7]  9/23 14/17 14/23 31/6 39/11 48/2 52/20
**Aldazabal** [2]  1/17 52/23
**Alex** [1]  1/14
**all** [33]  2/24 3/3 4/24 5/21 7/24 8/13 8/15 8/19 11/13 12/25 15/14 15/21 19/12 21/23 23/19 27/5 29/17 31/19 34/24 36/7 37/9 37/9 39/1 40/18 41/22 42/2 43/16 45/13 48/14 48/24 50/18 52/20 55/2
**allowed** [3]  2/10 35/25 36/4
**allows** [1]  7/12
**almost** [2]  48/6 48/22
**along** [1]  14/25
**already** [12]  4/1 5/20 15/12 24/1 33/16 33/16 37/17 37/18 41/3 41/16 41/22 48/20
**also** [12]  4/4 11/5 11/17 25/9 25/16 33/7 36/4 36/9 46/3 46/6 46/9 49/18
**always** [1]  42/6
**am** [2]  4/23 39/6
**AMERICA** [1]  1/3
**amongst** [1]  55/7
**amount** [2]  24/6 45/10
**amounts** [2]  24/5 24/5
**and/or** [1]  11/18
**another** [3]  41/7 41/8 46/3
**answer** [1]  48/5
**any** [31]  2/25 3/1 3/7 4/13 4/21 4/21 5/12 7/10 14/8 15/25 19/11 22/11 22/14 22/24 24/9 26/18 29/11 33/20 46/25 47/13 49/15 51/4 51/7 51/7 51/18 51/24 51/24 52/3 52/3 52/7 54/25
**anybody** [1]  55/7
**anyone** [3]  18/5 22/21 43/15
**anything** [7]  18/3 18/5 19/13 20/19 44/9 50/14 51/9
**apologize** [1]  13/7
**appearance** [1]  24/14
**APPEARANCES** [1]  1/13
**appreciate** [2]  2/8 5/6
**approach** [2]  6/14 11/7
**appropriate** [1]  4/2
**approximate** [1]  14/13
**approximately** [2]  15/1 15/2
**are** [23]  3/24 4/15 4/17 7/8 8/9 10/6 11/13 11/15 12/22 12/25 27/15 31/1 32/15 32/19 34/11 35/3 35/13 38/22 47/7 51/4 53/7 55/6 55/8
**area** [11]  14/14 27/16 28/4 30/5 30/16 35/21 38/10 39/25 40/2 40/8 40/15
**areas** [1]  52/19
**around** [2]  36/19 38/1
**aside** [1]  4/15
**ask** [12]  3/4 7/16 11/10 13/3 14/18 14/19 24/25 29/7 35/17 36/12 46/23 49/22
**asked** [5]  15/15 38/4 49/3 52/23 53/23

**A**

**asking [7]**  5/21 6/6 37/24 39/4 39/6
39/7 41/23
**assessment [1]**  24/9
**assessments [1]**  24/10
**assist [2]**  14/19 30/13
**associated [1]**  55/8
**assume [1]**  10/10
**assuming [2]**  19/18 52/12
**attention [1]**  22/3
**Attorney [1]**  1/15
**attorneys [1]**  26/24
**attractive [3]**  25/14 26/1 53/6
**audio [9]**  11/15 14/23 15/4 16/5 18/11
19/15 20/12 20/21 23/4
**AUSA [2]**  1/14 1/14
**auspices [1]**  24/9
**Avenue [1]**  1/23
**Average [1]**  25/12
**aware [7]**  17/8 50/17 50/18 50/25 51/3
51/4 52/7
**away [1]**  20/18
**awful [1]**  7/6

**B**

**back [18]**  15/17 16/7 16/18 17/23 18/13
18/23 19/8 24/14 26/7 34/3 38/8 43/4
43/8 44/17 45/3 46/2 46/3
**bad [5]**  40/5 40/8 42/22 43/1 54/16
**bank [3]**  45/24 46/2 46/3
**based [4]**  25/16 35/3 45/3 48/19
**basically [13]**  5/21 5/24 27/20 29/18
29/22 35/20 36/18 37/10 38/17 39/15
42/13 43/4 45/6
**basics [1]**  35/18
**be [60]**
**bear [1]**  5/9
**beat [1]**  38/13
**because [17]**  3/13 5/16 5/23 6/11 6/17
7/3 8/6 10/23 16/2 20/15 29/22 32/18
34/20 38/3 42/22 44/17 47/2
**been [18]**  2/23 9/16 11/3 13/4 13/4
15/12 24/1 27/18 29/4 35/23 37/3 39/7
42/5 43/18 48/20 52/25 53/9 54/23
**before [15]**  1/11 2/2 5/24 28/8 31/21
32/2 32/22 33/9 33/13 35/16 36/9
40/23 41/16 42/15 48/20
**begin [3]**  15/1 21/23 38/6
**beginning [3]**  5/19 21/23 39/7
**begins [1]**  42/1
**behalf [2]**  26/6 26/9
**being [4]**  3/13 4/22 24/12 30/16
**believe [15]**  12/23 26/15 28/4 31/24
36/4 36/11 37/25 40/18 43/6 43/11
43/24 44/10 44/24 49/10 53/14
**believed [1]**  36/1
**benefit [3]**  15/7 20/23 54/17
**Bernie [3]**  23/9 49/3 49/8
**best [4]**  17/3 17/10 34/24 49/18
**better [4]**  8/4 25/12 33/12 43/5
**between [4]**  2/12 12/7 52/4 52/8
**beyond [5]**  29/14 29/18 30/25 30/25
51/21
**bit [3]**  16/22 21/21 34/4
**black [1]**  39/19
**blah [3]**  37/22 37/22 37/22
**blank [1]**  40/7
**Blvd [1]**  1/20
**Boston [11]**  2/12 3/2 10/5 26/24 27/15

30/5 30/16 34/15 34/18 51/13 55/3
**both [1]**  47/21
**bottom [2]**  20/22 20/25 22/1 41/1 42/1
48/23
**break [1]**  55/4
**Brennan [94]**
**Brennan's [8]**  13/21 16/16 20/2 21/16
25/7 29/10 45/18 45/24
**BRENNANN [1]**  1/6
**brief [1]**  52/17
**briefly [2]**  12/4 52/14
**brings [1]**  29/19
**broader [1]**  48/1
**brought [1]**  29/2
**Broward [1]**  1/20
**building [1]**  55/8
**burden [1]**  5/8
**Bureau [1]**  10/2
**Burlington [2]**  14/5 28/4
**burned [2]**  40/8 40/18
**burnt [1]**  40/4
**business [4]**  35/1 36/15 42/18 42/19
**buyer [1]**  19/3
**buying [11]**  19/1 19/2 21/21 26/1 46/15
46/20 53/4 53/6 53/9 53/18 53/21

**C**

**call [2]**  8/24 36/14
**called [3]**  2/1 45/6 45/14
**calling [4]**  2/9 2/9 45/16 54/7
**calls [5]**  9/13 10/10 11/19 11/20 51/19
**came [2]**  45/14 46/20
**can [20]**  3/9 3/14 6/4 7/5 8/10 12/4
14/12 14/15 14/19 14/24 15/2 20/6
21/10 25/3 29/16 31/5 35/14 45/5 54/2
54/17
**can't [2]**  4/20 47/4
**candidate [1]**  34/14
**capacity [2]**  33/8 36/19
**Capital [4]**  25/6 25/23 53/3 54/15
**case [13]**  1/2 2/22 5/17 5/18 7/23 29/10
30/23 45/12 50/17 50/22 51/9 55/6
55/8
**case-in-chief [1]**  2/22
**caught [1]**  23/17
**cautionary [6]**  2/20 3/4 4/15 5/22 6/2
6/8
**CDs [2]**  11/4 11/13
**cent [1]**  53/14
**cents [2]**  25/16 53/16
**CEO [2]**  13/22 29/9
**certain [3]**  4/1 25/7 47/7
**certainly [2]**  37/12 37/14
**certainty [1]**  32/24
**CERTIFIED [1]**  55/17
**certify [1]**  55/12
**cetera [2]**  37/22 37/23
**chance [1]**  53/24
**change [1]**  31/20
**charge [2]**  50/25 51/1
**charged [10]**  3/8 7/9 7/11 7/20 7/23 9/3
9/5 9/7 9/8 31/15
**charges [3]**  30/21 50/15 50/17
**charging [1]**  50/21
**chief [2]**  2/22 26/11
**choice [1]**  42/22
**circumstances [1]**  27/25
**city [1]**  42/9
**clarify [1]**  45/4
**clarifying [1]**  27/13

**class [3]**  25/11 25/13 31/2
**clear [6]**  24/22 42/5 42/6 49/14 53/3
54/15
**client [3]**  13/16 16/16 20/1
**clients [1]**  17/4
**collect [2]**  10/10 10/23
**come [5]**  2/10 2/21 17/23 31/4 35/25
**comes [2]**  2/2 33/15
**comfortable [2]**  18/15 18/17
**coming [6]**  4/20 5/24 5/25 6/5 13/18
13/19
**comments [1]**  40/24
**commit [2]**  7/23 16/15
**committed [6]**  3/8 7/11 7/20 9/1 9/5 9/8
**Committing [1]**  20/1
**common [4]**  5/5 25/15 38/20 38/21
**communicate [1]**  4/25
**communicated [1]**  5/1
**communication [4]**  35/25 51/19 51/21
51/24
**communications [1]**  12/6
**companies [2]**  36/16 36/20
**company [37]**  13/23 16/17 16/20 17/22
17/22 18/5 18/7 19/13 19/21 20/2
20/18 21/6 22/7 22/9 22/10 22/20
22/23 24/4 25/8 25/11 29/9 30/3 30/4
30/5 34/11 35/2 38/6 43/24 44/5 44/10
44/15 44/24 45/17 45/18 45/19 45/20
46/2
**completed [1]**  26/21
**completely [2]**  30/25 44/4
**concerns [1]**  5/7
**conclusion [1]**  36/1
**conditions [2]**  25/17 47/7
**confidential [4]**  27/25 30/9 30/10 30/10
**confirm [1]**  45/25
**confusing [3]**  3/14 3/17 7/4
**confusion [1]**  13/7
**conjunction [1]**  29/6
**connection [4]**  12/8 26/10 52/3 52/7
**consequence [1]**  6/5
**consider [11]**  3/7 3/9 4/6 5/3 5/17 7/10
7/12 7/19 7/21 9/4 9/6
**consist [1]**  11/17
**consistent [1]**  25/20
**consists [1]**  11/4
**consultant [1]**  36/19
**consulting [24]**  16/19 17/18 17/18
17/21 17/24 18/1 18/5 18/7 22/4 22/9
22/11 22/14 22/17 22/17 22/22 22/24
24/8 24/9 42/8 43/24 44/5 44/15 45/19
46/2
**contact [3]**  32/2 32/5 51/18
**contains [1]**  12/6
**context [1]**  2/23
**continue [6]**  16/4 18/8 19/14 20/11
20/20 55/3
**continued [2]**  6/23 8/14
**contract [1]**  25/5
**controlling [1]**  24/19
**conversation [2]**  15/3 51/16
**conversations [10]**  11/17 12/2 26/24
29/1 32/13 32/15 32/18 32/21 33/2
47/14
**conveyed [1]**  33/22
**conveying [2]**  18/18 19/20
**conviction [1]**  3/24
**convince [1]**  5/10
**cooperator [1]**  3/22
**copies [3]**  6/14 11/15 14/16

**C**

**copy [4]**  11/19 15/11 15/12 24/4
**Coral [1]**  1/18
**correct [55]**  2/17 6/19 16/23 21/12
21/13 21/18 21/19 22/7 24/1 24/23
24/24 25/24 25/25 26/16 27/16 27/17
27/22 27/23 28/6 28/7 28/9 28/10 29/2
31/12 32/17 32/20 34/2 35/1 35/21
37/20 45/5 46/13 46/16 49/5 49/16
50/12 50/13 50/15 50/16 51/10 51/14
51/15 51/22 51/23 52/1 52/2 52/5 52/6
52/9 52/10 53/20 53/22 54/11 54/14
55/12
**corrections [1]**  49/15
**correspondences [2]**  23/20 23/22
**could [14]**  3/25 4/12 14/18 20/9 26/7
30/2 31/10 38/11 39/12 39/18 43/18
47/18 48/3 52/18
**Counsel [2]**  5/23 7/5
**couple [2]**  27/13 51/19
**course [5]**  2/7 3/6 32/3 33/12 48/9
**court [14]**  1/1 1/23 2/1 3/5 3/20 4/8
4/25 7/16 8/23 8/23 14/18 31/11 55/5
55/17
**Court's [1]**  52/15
**courtroom [2]**  8/18 55/10
**cover [3]**  50/17 52/16 52/19
**CR [1]**  1/2
**credibility [3]**  4/8 4/14 15/25
**crime [5]**  7/23 9/7 9/8 10/11 10/24
**criminal [3]**  10/11 23/11 23/12
**Cross [3]**  27/7 27/9 49/25
**Cross-examination [3]**  27/7 27/9 49/25
**CRR [1]**  1/22
**cue [1]**  15/2
**currently [3]**  7/9 9/3 15/23
**cut [1]**  3/17

**D**

**date [3]**  24/22 32/22 55/15
**dated [1]**  12/17
**Davidson [4]**  1/14 9/11 39/7 52/12
**day [7]**  1/19 5/15 5/23 7/24 8/21 41/13
53/23
**deal [15]**  13/20 16/15 20/5 20/6 26/10
29/10 29/11 40/4 40/6 40/9 40/11
40/12 40/18 43/5 54/3
**dealing [1]**  50/25
**deals [5]**  18/10 42/22 43/1 54/10 54/12
**dealt [1]**  42/20
**death [1]**  55/3
**decide [6]**  3/8 7/10 7/19 7/21 9/4 9/6
**decisions [1]**  50/22
**defendant [9]**  1/17 1/19 3/8 7/9 7/11
7/20 7/22 9/5 9/6
**Defendants [1]**  1/7
**Defender [1]**  1/19
**defense [2]**  3/6 4/4
**defense's [1]**  5/6
**definition [2]**  48/13 52/17
**describe [7]**  12/5 25/12 25/14 25/18
53/4 53/5 54/2
**described [1]**  53/12
**describing [1]**  21/7
**detailed [1]**  9/10
**details [1]**  51/4
**devices [2]**  12/1 14/6
**did [63]**
**didn't [11]**  6/13 10/20 10/21 14/11

22/12 24/11 26/20 37/7 41/22 46/15
47/1
**different [7]**  3/24 5/16 15/10 27/24
27/24 27/25 46/10
**differently [2]**  39/21 39/22
**difficult [2]**  10/23 32/24
**direct [5]**  9/17 9/24 29/14 49/3 50/4
**directly [3]**  17/23 32/16 33/25
**disclaimer [1]**  7/6
**disclose [2]**  10/19 14/8
**disclosed [2]**  54/18 54/18
**discretion [1]**  13/16
**discuss [4]**  2/3 13/20 55/6 55/7
**discussed [2]**  22/13 42/14
**discussion [3]**  6/23 8/14 42/4
**discussions [1]**  16/8
**distinguishable [1]**  35/5
**distribute [1]**  14/15
**DISTRICT [4]**  1/1 1/1 1/11 27/21
**do [49]**  5/12 6/1 6/4 6/10 6/13 6/13
8/10 10/1 10/4 10/13 10/14 10/15
11/11 11/12 11/17 11/19 11/25 12/3
12/11 12/14 12/15 13/21 16/8 16/25
17/21 17/24 18/3 18/16 18/19 22/11
23/10 23/23 24/2 24/9 25/2 27/20
28/18 28/23 29/7 31/5 33/19 36/14
40/23 42/10 46/17 46/18 53/12 54/9
54/21
**document [2]**  23/24 24/12
**documents [3]**  11/5 11/10 45/22
**does [4]**  12/8 19/13 31/5 31/5
**doesn't [6]**  2/21 5/2 6/10 15/7 19/11
20/19
**doing [6]**  2/22 17/9 19/21 20/4 22/23
26/6
**dollar [2]**  24/5 45/10
**Don [1]**  37/3
**don't [50]**  3/1 4/10 5/3 5/12 5/13 6/11
6/17 7/3 8/13 12/13 18/4 18/14 18/15
18/16 18/18 20/14 23/25 28/19 28/24
29/5 31/18 31/18 31/19 33/20 33/20
34/20 34/21 36/6 37/4 37/5 37/5 37/7
37/24 38/17 39/11 40/14 43/14 43/16
43/17 43/19 43/20 43/20 43/21 48/5
50/14 51/9 51/24 52/3 53/11 55/7
**done [8]**  5/22 7/2 7/8 29/10 29/11 48/7
48/14 52/18
**door [1]**  18/19
**doubt [1]**  4/13
**down [7]**  27/21 38/13 42/14 43/2 48/10
48/22 54/4
**Dozens [1]**  33/3
**draft [3]**  11/5 15/10 38/2
**draw [1]**  22/3
**duly [1]**  9/16
**during [3]**  3/18 13/14 32/5
**duties [1]**  10/6
**duty [1]**  17/2

**E**

**E.H [3]**  49/5 49/8 49/12
**each [3]**  16/22 42/10 49/19
**early [2]**  50/18 51/1
**Ed [2]**  28/20 49/12
**Edward [1]**  14/1
**eight [1]**  54/5
**either [3]**  26/19 39/11 43/21
**Elmo [2]**  14/24 42/3
**else [3]**  13/4 13/24 37/2
**email [7]**  12/6 23/19 24/17 24/18 24/22

51/19 51/21
**emails [1]**  12/8
**employee [4]**  16/25 17/2 19/6 21/11
**end [8]**  3/11 3/20 3/25 4/2 9/10 28/11
29/19 42/11
**ended [1]**  53/24
**enforcement [1]**  10/24
**enough [1]**  38/22
**enter [1]**  22/4
**enters [1]**  8/18
**entirely [1]**  42/9
**entrapment [1]**  5/18
**Epstein [1]**  51/5
**Esq [1]**  1/17
**essence [1]**  2/11
**essentially [1]**  16/2
**et [2]**  37/22 37/22
**even [3]**  4/8 5/17 22/23
**ever [4]**  10/19 39/19 44/24 44/24
**every [1]**  48/13
**everybody [3]**  8/19 8/20 55/2
**evidence [22]**  2/10 2/21 3/5 3/7 3/13
3/22 4/20 5/1 5/4 5/8 5/11 6/20 7/8
7/10 7/12 7/19 9/1 9/4 10/11 10/23
13/9 51/24
**evidentiary [1]**  8/25
**exact [2]**  21/25 36/21
**exactly [8]**  22/16 30/21 34/9 34/20 39/7
40/25 42/25 48/11
**examination [8]**  9/17 9/24 27/7 27/9
29/14 49/25 50/4 52/21
**example [4]**  19/8 39/18 48/9 48/10
**exception [1]**  12/1
**EXCERPT [2]**  1/3 1/10
**excuse [2]**  3/3 23/7
**execute [2]**  45/16 45/18
**executed [1]**  45/21
**executive [1]**  26/11
**exhibit [9]**  11/3 11/23 12/4 12/6 12/12
14/12 23/21 23/23 53/1
**exhibits [4]**  11/11 12/20 13/8 43/9
**expensive [1]**  21/2
**expert [2]**  40/10
**expertise [6]**  35/21 38/10 39/25 40/2
40/8 40/16
**explain [4]**  3/5 3/6 5/5 25/3
**explained [1]**  48/25
**explaining [5]**  16/13 17/8 43/4 48/9
48/11
**explains [1]**  16/7
**explanation [1]**  48/23
**extra [2]**  14/15 15/12

**F**

**fact [4]**  4/20 24/13 43/2 48/22
**factoids [3]**  16/11 16/22 17/6
**factors [1]**  42/6
**fail [1]**  5/9
**fair [3]**  35/13 37/9 37/11
**faith [1]**  26/6
**fake [2]**  10/10 44/4
**familiar [5]**  31/8 31/13 38/14 39/1
39/16
**familiarized [1]**  35/18
**far [3]**  17/6 29/21 30/25
**fast [2]**  21/20 24/25
**favorable [1]**  53/5
**FBI [10]**  10/6 10/22 27/15 27/18 30/11
30/12 30/14 43/15 45/23 48/1
**February [10]**  1/4 10/25 12/17 13/11

**F**

February... [6]  24/23 28/6 50/10 50/11 50/12 50/12
federal [5]  6/20 8/25 10/2 10/7 31/11
feel [3]  18/14 18/15 18/16
feels [1]  4/25
felony [1]  3/23
few [5]  24/25 26/14 37/23 49/10 49/22
fiduciary [2]  17/2 17/7
Fifty [1]  32/25
figure [1]  3/21
fill [1]  44/23
final [3]  6/7 38/2 38/3
financing [1]  42/7
find [4]  21/22 21/25 34/19 37/25
finder [3]  36/17 36/22 36/23
finding [2]  36/16 36/19
finds [1]  19/21
fine [3]  7/25 8/11 40/21
fired [1]  54/23
first [13]  9/16 9/19 24/6 24/16 29/19 30/7 30/8 32/22 37/1 37/23 44/8 45/15 49/7
FL [1]  1/24
FLORIDA [6]  1/1 1/5 1/16 1/18 1/20 27/22
flsd.uscourts.gov [1]  1/25
follow [1]  14/25
following [1]  39/22
follows [1]  9/14
foregoing [1]  55/12
form [2]  16/19 25/5
former [1]  34/14
Fort [1]  1/20
forth [1]  25/6
Forty [1]  32/25
forward [2]  21/20 23/1
forwarding [1]  24/25
found [1]  19/22
four [2]  16/11 42/6
fraud [6]  13/20 16/14 29/10 29/11 30/20 31/17
freezing [1]  55/3
front [1]  23/25
full [2]  3/10 9/18
fund [47]  13/15 16/15 16/21 16/23 17/1 17/2 17/7 19/3 19/4 19/6 19/6 19/10 19/12 20/1 20/3 20/4 21/12 21/16 21/17 22/21 25/6 25/24 26/7 32/6 32/10 33/8 34/9 34/10 34/15 34/20 34/25 35/5 35/9 35/16 35/22 36/2 43/6 44/1 44/3 45/17 45/23 46/14 46/24 53/4 53/18 54/13 54/16
funding [6]  20/18 22/25 45/1 45/10 46/1 54/7
funds [10]  13/16 34/4 34/12 35/11 35/16 35/19 36/16 36/17 36/19 44/25
further [6]  27/5 43/2 47/13 48/22 51/18 54/24

**G**

Gables [1]  1/18
general [3]  36/22 40/13 53/6
generally [3]  2/20 25/14 54/2
gentlemen [3]  8/22 36/7 55/5
get [17]  8/10 8/17 15/17 19/6 20/5 20/6 21/8 29/20 30/7 31/23 37/1 37/9 37/21 38/3 43/8 44/19 44/25
gets [3]  48/13 48/14 48/14

getting [3]  15/20 23/17 24/13
give [8]  3/10 3/12 4/3 8/15 9/10 15/11 21/18 24/14
given [1]  11/11
giving [2]  18/19 39/17
glitches [2]  12/1 14/23
gmail.com [1]  24/16
go [21]  9/23 10/15 10/17 14/17 16/7 18/13 31/6 31/19 34/3 36/19 38/4 38/8 39/11 40/22 43/3 43/8 45/3 48/2 52/20 53/2 55/3
goes [6]  20/18 42/11 42/13 47/4 48/14 54/2
going [46]  2/9 2/11 2/25 3/10 3/14 4/13 5/7 5/14 6/5 6/10 7/8 8/23 8/25 14/9 17/11 17/24 18/24 19/2 19/21 20/23 21/8 21/14 21/15 21/17 21/18 21/20 22/14 22/23 23/19 23/21 24/25 27/19 29/13 29/20 31/1 34/22 42/2 45/11 48/8 48/8 48/10 48/11 50/20 53/13 53/14 54/18
GOLDBERG [1]  1/11
good [13]  8/19 20/5 20/6 26/4 26/6 27/11 27/12 33/7 40/9 50/2 50/3 53/15 55/9
goof [1]  6/12
got [5]  8/15 38/3 40/4 40/8 40/18
government [12]  2/5 2/7 4/24 8/23 11/3 11/23 12/4 12/12 13/8 14/12 23/21 53/1
government's [4]  2/22 5/8 14/20 43/11
greatest [4]  38/10 39/25 40/1 40/15
Group [6]  22/10 24/9 43/23 44/9 44/16 44/19
guess [6]  35/6 36/18 40/9 42/1 42/14 42/19
guilty [5]  30/19 30/20 30/22 31/9 31/10
guise [1]  5/11
guys [4]  2/3 6/1 6/11 8/15

**H**

had [51]  7/22 9/6 11/16 11/22 12/2 12/18 13/4 13/16 14/4 17/22 23/20 27/20 28/8 28/25 29/1 29/10 29/11 31/22 32/2 32/12 32/14 33/2 33/10 33/14 33/15 33/16 34/6 35/24 37/12 37/15 37/17 37/18 38/2 38/11 41/10 41/11 41/13 41/16 41/18 41/20 42/14 42/22 42/23 45/23 46/1 46/15 47/19 48/19 51/7 51/16 53/24
half [4]  20/10 21/15 26/7 46/4
handing [1]  11/3
happen [3]  20/19 39/19 48/11
happened [2]  26/21 54/21
happens [3]  2/20 20/17 38/21
happy [3]  8/21 19/25 20/8
Hard [2]  33/4 33/5
has [11]  3/1 5/4 5/23 6/7 13/4 15/9 21/1 25/9 39/7 42/2 46/11
have [70]
having [4]  5/11 9/16 15/25 23/17
he [67]
he's [12]  9/8 38/25 39/15 39/15 39/17 39/19 40/6 40/7 40/14 40/15 42/13 42/18
hear [4]  5/11 7/8 9/1
hearing [1]  3/15
hedge [14]  13/15 16/15 16/20 16/23 16/25 17/2 17/7 20/1 20/3 20/4 21/11 21/16 21/17 25/6 25/24 26/7 32/6

32/10 33/8 34/4 34/7 34/9 34/10 34/15 34/20 34/25 35/5 35/9 35/11 35/16 35/16 35/19 35/22 36/1 43/6 44/1 44/3 45/17 45/23 46/14 46/24 53/4 53/18 54/15
held [2]  30/16 36/20
helpful [1]  14/24
Henderson [24]  14/1 14/9 26/15 26/22 28/21 28/23 29/6 31/20 31/21 31/23 31/24 32/1 36/9 36/15 36/18 37/1 37/2 37/6 37/12 37/13 41/7 49/5 49/7 49/12
Henderson's [1]  36/13
here [25]  2/23 4/19 5/19 15/8 17/6 19/20 20/13 29/5 29/20 37/4 37/7 37/14 38/25 40/6 40/22 43/8 45/4 48/9 50/7 50/15 50/17 51/1 51/11 51/17 53/3
hid [1]  17/20
hide [3]  18/2 22/25 24/13
high [2]  34/11 34/25
high-risk [1]  34/25
higher [5]  26/2 26/5 35/9 53/7 53/18
higher-risk [1]  35/9
highlight [4]  4/7 4/9 4/10 23/21
highlighted [1]  4/1
him [14]  18/19 22/24 29/19 33/16 33/17 36/24 39/16 40/15 41/12 41/16 44/17 44/18 44/21 46/20
his [14]  15/20 15/23 19/13 19/22 20/18 21/6 22/20 36/21 40/1 40/7 44/12 45/20 47/16 54/7
hold [1]  47/5
Honor [41]  2/10 2/19 3/12 4/5 4/12 4/15 4/23 5/6 5/19 6/4 6/7 6/9 6/19 6/19 7/2 7/6 7/14 8/1 8/11 8/12 9/22 11/7 12/19 12/21 14/2 26/13 26/14 27/6 27/8 29/13 30/24 34/16 39/4 39/10 43/9 47/25 48/5 49/22 52/14 54/24 55/1
HONORABLE [1]  1/11
how [34]  4/21 16/14 18/9 19/5 21/1 21/14 25/12 25/17 27/18 29/7 30/7 30/7 31/23 32/21 34/21 35/5 35/15 35/15 36/12 37/1 38/12 38/13 40/1 40/2 40/19 44/1 44/19 45/12 45/12 46/6 48/12 48/24 53/4 53/23
How's [1]  6/25
however [1]  22/20
Huggins [1]  37/3

**I**

I'd [1]  27/13
I'll [15]  5/2 5/4 7/5 7/17 9/10 11/10 14/2 19/24 20/15 22/18 29/24 31/6 38/3 48/2 50/23
I'm [48]  4/11 6/10 8/25 11/3 12/13 12/14 13/2 15/3 15/11 17/11 18/19 19/21 19/23 19/25 20/8 21/11 23/19 23/21 24/1 24/25 29/12 29/13 29/20 30/19 30/21 34/22 35/8 35/14 36/21 37/25 38/8 39/3 39/9 39/12 41/23 42/2 42/5 45/5 47/18 47/22 48/6 48/8 50/20 51/3 51/6 51/8 52/12 52/25
I've [2]  5/22 11/11
IBM [1]  35/10
idea [4]  3/2 3/12 4/21 38/11
identified [1]  49/18
identity [3]  10/10 10/19 24/18
imagine [1]  4/21
important [1]  37/15

**I**

**impunity [3]**  23/15 23/15 23/16
**in-person [2]**  11/16 12/17
**inability [1]**  43/1
**Inc [1]**  45/21
**incidence [1]**  51/13
**including [2]**  7/21 55/8
**INDEX [1]**  55/21
**indicted [3]**  30/18 30/19 31/9
**indictment [3]**  5/3 5/4 31/11
**individual [4]**  15/8 28/15 28/20 51/5
**individuals [5]**  26/25 28/12 28/15 29/2
  34/12
**inducing [1]**  20/7
**industry [1]**  24/8
**inflated [1]**  45/17
**informant [3]**  27/25 30/9 30/10 30/11
**information [3]**  31/11 33/20 52/3
**initial [2]**  7/18 44/21
**inquire [1]**  54/7
**instance [3]**  19/3 25/6 45/15
**instances [1]**  49/19
**institutional [1]**  34/12
**instruct [2]**  5/2 7/13
**instruction [15]**  2/20 3/4 3/10 3/11 4/3
  4/5 4/24 5/11 5/12 5/23 6/2 6/7 6/8 7/7
  9/11
**instructions [6]**  3/18 3/24 4/6 4/10 4/15
  5/16
**instructs [1]**  3/20
**intent [3]**  5/18 7/22 9/7
**interest [1]**  17/10
**interests [1]**  17/3
**interjects [1]**  21/3
**interpret [2]**  40/2 40/19
**introduce [1]**  6/15
**introduced [10]**  13/3 13/5 15/12 24/1
  30/9 31/24 32/1 37/2 37/6 52/25
**introducing [1]**  13/7
**introduction [1]**  12/20
**invest [1]**  13/16
**invested [2]**  46/24 46/25
**investigate [1]**  10/7
**investigating [1]**  47/24
**investigation [8]**  10/3 12/9 27/21 28/2
  30/15 41/3 48/1 50/5
**investigative [1]**  10/9
**investment [6]**  13/16 34/10 35/2 35/6
  35/9 35/11
**investor [3]**  16/16 17/4 20/1
**investors [4]**  23/12 34/11 34/12 54/22
**invests [1]**  34/25
**invoice [2]**  24/4 44/21
**invoices [2]**  44/13 44/15
**involved [5]**  3/3 30/23 34/15 47/23
  50/5
**involvement [1]**  19/12
**involves [1]**  31/1
**involving [2]**  10/17 52/4
**is [123]**
**issues [1]**  4/1
**issuing [1]**  21/6
**it [111]**
**it's [25]**  3/17 5/8 5/19 5/25 6/5 6/6 6/20
  15/10 15/23 18/9 22/1 22/13 25/11
  28/4 29/18 32/9 35/2 37/11 39/19 40/1
  42/4 43/11 45/10 48/19 52/14
**its [5]**  4/8 7/18 38/10 39/24 39/24

**J**

**J-o-h-n [1]**  9/20
**Jeune [1]**  1/17
**job [5]**  20/15 20/15 20/16 32/9 36/13
**JOHN [7]**  1/10 9/14 9/15 9/20 10/18
  42/4 55/23
**johnkelly116 [1]**  24/16
**JP [1]**  23/3
**JUDGE [17]**  1/11 2/4 2/17 3/16 5/14
  5/17 6/14 13/2 14/15 14/22 17/11 22/1
  29/15 29/17 31/3 34/20 52/19
**Judith [2]**  1/22 55/17
**judy [1]**  1/25
**juror [1]**  4/21
**jurors [3]**  3/20 4/9 14/24
**jury [25]**  1/3 1/10 2/2 2/25 3/17 3/24
  4/1 4/6 4/14 5/7 5/25 6/7 8/6 8/17 8/18
  8/22 14/16 14/20 15/7 25/3 29/21
  34/21 42/2 55/5 55/10
**just [35]**  3/14 4/12 5/10 5/14 6/7 6/10
  6/20 7/2 8/1 8/6 11/5 17/14 20/23
  23/21 24/22 26/14 29/21 34/1 34/19
  35/4 35/10 38/3 38/4 40/3 43/8 43/8
  43/20 48/5 48/6 48/8 49/14 52/14 53/2
  54/2 54/15

**K**

**K-e-e-l-a-n [1]**  9/21
**K.B [3]**  15/8 15/15 38/7
**kbrennan [1]**  24/20
**KEELAN [7]**  1/10 9/14 9/15 9/20 10/1
  27/11 55/23
**Kelly [1]**  10/18
**kept [1]**  12/8
**KEVIN [9]**  1/6 16/8 16/9 24/21 26/11
  28/9 42/4 52/4 52/8
**kick [1]**  16/18
**kickback [7]**  16/19 17/20 18/2 18/22
  22/25 24/6 46/1
**kickbacks [1]**  45/1
**kicked [1]**  24/13
**kind [7]**  5/18 5/19 34/14 38/5 45/4
  46/19 48/25
**knew [4]**  10/24 16/21 39/5 41/22
**knitting [1]**  22/19
**know [50]**  2/8 3/21 3/22 6/17 15/11
  18/3 18/5 26/19 28/18 28/23 29/7
  29/21 30/7 30/21 31/3 31/17 31/18
  31/19 31/20 31/23 33/20 33/25 34/4
  34/20 34/21 36/16 37/1 38/9 38/22
  39/24 40/23 40/24 41/22 42/18 42/18
  43/14 43/14 43/16 43/19 43/20 43/20
  43/21 43/22 46/17 46/18 48/12 50/14
  51/9 53/11 53/23
**knowledge [3]**  28/1 34/17 50/21
**knows [1]**  29/22

**L**

**lack [1]**  43/5
**ladies [2]**  8/22 55/5
**language [1]**  8/2
**laptop [1]**  14/20
**large [3]**  23/11 23/11 23/12
**last [2]**  9/19 51/16
**later [6]**  4/10 5/2 7/13 21/21 23/14 38/3
**Lauderdale [1]**  1/20
**law [2]**  10/7 10/24
**lay [1]**  33/11
**laying [1]**  42/14

**Le [1]**  1/17
**learn [1]**  35/15
**learned [1]**  36/23
**least [1]**  7/18
**Lee [78]**
**legally [1]**  17/3
**legitimate [1]**  24/15
**less [14]**  25/14 25/14 26/1 26/1 26/4
  35/21 47/9 47/11 53/5 53/6 53/15
  53/17 53/21 54/13
**let [19]**  15/11 16/7 21/21 22/18 29/7
  32/5 32/6 34/3 35/17 36/12 38/8 39/16
  39/22 40/22 41/9 43/8 43/8 46/23 48/5
**let's [27]**  4/2 8/17 14/12 15/5 16/4 16/6
  16/22 17/17 18/8 18/12 19/1 19/14
  19/16 20/11 20/13 20/20 20/22 22/2
  23/1 23/6 31/19 31/20 38/4 38/5 38/21
  45/5 45/4
**letterhead [2]**  44/14 44/20
**letting [1]**  2/8
**level [2]**  45/10 45/25
**levels [1]**  45/1
**light [2]**  4/19 14/22
**like [4]**  17/13 22/18 27/13 34/13
**limited [3]**  3/9 7/13 7/21 8/7 8/8
**line [1]**  20/9
**lines [1]**  49/10
**little [6]**  8/3 16/22 21/21 34/4 38/3 43/2
**load [1]**  14/13
**location [1]**  14/6
**long [2]**  7/3 27/18
**look [5]**  17/17 18/16 18/18 22/14 48/6
**looking [2]**  15/22 19/12
**lose [5]**  4/8 4/13 20/15 20/15 20/15
**lost [1]**  23/12
**lot [8]**  18/20 23/12 23/12 29/20 37/21
  40/25
**lower [3]**  53/7 53/8 53/10
**lunch [3]**  52/15 55/4 55/9

**M**

**M.L [2]**  41/1 41/2
**made [9]**  18/10 33/11 40/5 42/5 42/21
  42/22 43/1 47/8 49/15
**made-up [1]**  33/11
**Madoff [6]**  23/8 23/8 23/9 49/4 49/8
  49/9
**mail [1]**  54/5
**mails [3]**  11/18 11/21 54/6
**make [12]**  7/3 10/25 26/4 40/24 42/23
  43/6 43/24 44/10 44/24 47/6 47/11
  53/2
**make-believe [4]**  43/6 43/24 44/10
  44/24
**makes [2]**  3/12 4/19
**making [1]**  54/16
**managed [1]**  34/10
**management [4]**  19/9 19/10 26/9 45/21
**manager [2]**  32/6 32/10
**managing [1]**  54/19
**many [4]**  5/22 32/21 34/21 46/6
**MARC [4]**  1/6 52/1 52/5 52/9
**March [1]**  55/15
**mark [3]**  20/24 23/2 39/24
**marked [3]**  11/3 12/24 13/4
**market [11]**  25/17 34/4 38/9 38/21
  38/22 39/1 39/17 40/9 40/13 40/16
  47/4
**marketable [1]**  16/3
**mask [1]**  16/19

## M

**Massachusetts [4]** 10/5 14/5 27/16 28/4
**math [1]** 53/15
**matter [4]** 9/11 27/2 47/1 55/13
**matters [5]** 2/3 8/24 47/17 47/21 47/23
**Mauricio [1]** 1/17
**may [14]** 3/7 6/14 7/9 7/21 9/5 9/11 9/22 11/7 13/1 29/15 29/24 49/22 51/7 55/3
**maybe [3]** 26/23 33/19 46/22
**me [53]** 3/3 3/11 4/17 5/5 6/2 6/11 7/25 8/15 9/19 13/20 14/19 15/11 16/7 16/13 16/18 17/23 18/23 18/25 19/8 20/18 20/19 21/15 21/21 22/21 23/7 23/25 24/14 26/7 29/7 30/9 31/25 33/22 34/3 35/17 36/12 37/2 38/8 38/11 39/16 39/23 40/22 41/9 43/8 43/8 45/5 46/2 46/19 46/19 46/23 47/1 48/5 52/16 54/7
**mean [18]** 3/24 6/4 6/10 8/23 15/19 15/24 18/16 18/21 18/21 19/10 21/5 22/15 22/19 23/16 35/4 37/24 39/15 40/17
**meaning [1]** 23/17
**means [1]** 17/20
**meant [1]** 19/11
**mechanics [3]** 13/20 16/14 45/14
**meet [5]** 13/11 13/19 30/8 36/9 41/12
**meeting [37]** 2/12 11/16 12/17 13/14 13/17 13/18 13/24 14/3 14/9 28/3 28/8 28/13 29/2 31/4 31/21 32/2 33/9 33/13 33/15 36/7 36/10 37/9 37/10 37/15 37/19 37/21 41/14 41/17 47/13 47/14 47/17 47/21 48/20 50/9 51/25 52/4 54/3
**meetings [4]** 33/8 35/20 36/24 47/19
**members [2]** 14/16 25/3
**mention [1]** 45/6
**mentioned [6]** 15/21 18/14 19/17 23/7 28/12 49/10
**mentions [5]** 15/18 16/9 16/11 23/7 49/8
**mess [1]** 42/2
**messages [4]** 53/25 54/3 54/5 54/9
**met [5]** 32/22 41/10 41/16 41/18 47/7
**Miami [4]** 1/5 1/16 1/23 1/24
**Michael [6]** 13/25 28/16 28/18 29/7 41/2 48/25
**middle [5]** 2/21 15/6 15/25 49/4 49/8
**might [2]** 14/23 21/24
**Mike [2]** 48/25 48/25
**mind [2]** 7/22 9/7
**mine [2]** 15/10 16/20
**minor [1]** 12/1
**minute [3]** 20/24 23/2 31/20
**minutes [2]** 14/13 15/2
**misspoke [2]** 13/2 13/5
**mistake [1]** 9/9
**Mitt [2]** 34/14 34/17
**modify [1]** 7/16
**moment [2]** 26/13 46/19
**money [12]** 16/16 18/9 20/1 20/10 21/1 21/4 21/18 23/13 42/21 43/1 45/22 54/19
**more [7]** 9/10 24/25 26/14 35/21 43/4 54/9 54/13
**Morgan [1]** 23/3
**morning [5]** 8/20 27/11 27/12 50/2 50/3

**most [2]** 37/14 38/22
**move [3]** 14/23 15/22 23/19
**moving [1]** 30/25
**Mr [5]** 17/13 30/23 31/4 31/8 44/12
**Mr. [202]**
**Mr. Aldazabal [1]** 52/23
**Mr. Brennan [87]**
**Mr. Brennan's [8]** 13/21 16/16 20/2 21/16 25/7 29/10 45/18 45/24
**Mr. Davidson [3]** 9/11 39/7 52/12
**Mr. Day [4]** 5/15 5/23 7/24 53/23
**Mr. Edward [1]** 14/1
**Mr. Henderson [21]** 14/9 26/15 26/22 28/23 29/6 31/20 31/21 31/23 31/24 32/1 36/9 36/15 36/18 37/1 37/2 37/6 37/12 37/13 41/7 49/5 49/7
**Mr. Henderson's [1]** 36/13
**Mr. Keelan [1]** 10/1
**Mr. Kevin [1]** 28/9
**Mr. Lee [69]**
**Mr. Madoff [1]** 23/8
**Mr. Michael [2]** 13/25 29/7
**Mr. Page [1]** 3/3
**Mr. Wright's [1]** 20/23
**much [7]** 19/5 21/14 35/15 35/15 40/10 53/17 53/18
**must [3]** 7/10 7/19 9/4
**my [38]** 2/19 4/14 4/18 7/6 7/6 9/20 13/19 15/9 15/22 16/8 16/15 16/20 19/3 19/12 19/21 20/9 20/16 20/18 22/10 22/21 24/4 24/18 25/6 27/19 35/7 36/15 36/22 38/10 39/25 40/15 42/4 44/4 44/15 45/17 45/19 46/2 47/20 53/15
**myself [4]** 11/20 12/7 35/18 43/15

## N

**name [16]** 9/18 9/19 9/20 10/15 10/17 10/18 17/23 28/16 28/20 44/2 45/23 51/5 52/1 52/5 52/8 55/22
**NE [1]** 1/15
**necessary [2]** 7/23 9/7
**need [4]** 15/17 18/1 22/22 29/21
**needs [1]** 5/1
**net [1]** 34/11
**never [4]** 28/8 28/25 38/11 41/16
**new [1]** 5/24
**next [5]** 2/8 2/9 2/15 26/8 40/22
**no [41]** 1/2 3/1 3/21 4/11 4/11 4/11 10/20 12/21 14/11 17/25 18/4 18/7 18/7 19/9 22/12 22/12 22/17 22/21 24/11 26/20 28/1 28/24 30/4 33/19 33/24 34/22 37/7 38/11 39/6 39/6 39/6 39/10 41/17 42/22 46/19 49/10 51/3 51/6 51/8 54/20 55/1
**nomination [1]** 7/1
**nominee [6]** 16/20 17/22 22/10 24/4 44/4 45/19
**none [2]** 32/15 32/18
**noon [1]** 52/18
**normal [1]** 5/16
**not [66]**
**notated [2]** 15/8 15/15
**nothing [5]** 16/21 27/5 27/20 33/24 42/10 51/21 54/24
**now [28]** 3/12 4/7 7/8 7/11 7/20 9/1 9/5 9/8 13/7 15/17 20/3 28/3 28/11 28/25 36/9 38/14 40/22 41/25 43/8 43/10 43/23 46/6 46/9 46/10 48/8 49/5 52/15 53/11

**nuanced [1]** 40/12
**nuances [5]** 38/8 38/10 39/17 39/25 40/17
**number [8]** 12/12 14/14 20/24 21/22 21/25 25/7 33/1 43/11
**numbering [1]** 11/6
**numbers [1]** 12/22
**numerous [8]** 11/4 32/13 33/5 33/6 33/7 41/19 41/20 41/21

## O

**object [3]** 17/11 29/13 50/20
**objection [13]** 12/21 17/15 29/24 30/24 31/6 34/16 34/22 39/4 39/10 47/25 48/2 48/4 50/23
**objective [1]** 35/11
**obligations [1]** 17/7
**obvious [2]** 5/19 48/19
**obviously [6]** 28/25 32/15 33/19 35/24 37/13 44/6
**occasions [1]** 9/2
**occurred [2]** 38/11 50/9
**off [4]** 6/22 6/23 8/14 8/16
**Off-the-record [2]** 6/23 8/14
**office [5]** 1/15 1/19 14/4 26/24 44/6
**officer [1]** 26/12
**Official [1]** 1/23
**oh [4]** 4/18 41/6 42/4 42/4
**okay [99]**
**once [3]** 21/24 45/21 55/6
**one [26]** 2/14 2/15 3/1 4/4 4/10 6/12 12/16 16/22 26/13 28/15 29/1 34/3 37/14 38/3 41/5 41/6 41/6 42/7 43/9 44/8 44/8 47/24 48/5 48/9 49/7 49/19
**ones [1]** 44/23
**only [5]** 4/4 17/23 31/10 33/25 46/23
**operation [6]** 3/2 10/8 10/9 10/15 10/16 37/18
**operations [6]** 10/13 38/7 38/10 39/16 39/25 40/17
**opinion [1]** 4/14
**opportunity [3]** 11/22 13/11 33/1
**oppose [2]** 3/16 4/4
**Optimized [2]** 26/9 45/20
**OPTZ [6]** 22/7 22/11 24/10 25/17 42/19 46/25
**OPTZ-type [1]** 46/25
**order [1]** 2/1
**original [2]** 38/2 49/15
**Oscar [1]** 6/25
**other [21]** 3/9 5/12 7/13 7/21 9/2 28/12 28/20 31/10 31/15 32/8 38/9 42/9 42/10 47/4 47/17 47/21 47/23 47/24 50/6 50/7 51/10
**others [1]** 13/25
**otherwise [1]** 3/13
**otmionline.com [1]** 24/20
**our [3]** 5/8 15/17 17/4
**out [16]** 3/21 4/20 6/1 6/5 18/19 19/21 19/22 21/8 33/11 34/19 42/5 42/6 44/23 46/6 46/8 48/14
**outgoing [1]** 11/20
**overpay [8]** 16/16 19/22 19/24 19/25 20/2 20/5 20/7 20/8
**overpaying [1]** 25/20
**overrule [3]** 29/24 31/6 50/23
**oversight [3]** 19/9 19/10 22/21
**own [3]** 4/14 20/9 38/18
**owning [1]** 38/12

**P**

**pages [4]** 1/7 24/25 29/19 37/23
**paid [2]** 21/1 21/16
**paragraph [1]** 4/5
**part [4]** 4/23 7/17 32/19 34/6
**participate [1]** 10/13
**participating [1]** 10/11
**participation [1]** 47/16
**particular [14]** 3/18 5/3 21/7 24/22
  25/23 31/21 32/22 36/7 36/10 36/21
  41/3 45/12 47/17 47/21
**parts [1]** 7/7
**party [1]** 17/3
**past [2]** 21/1 40/6
**paste [1]** 3/18
**pattern [1]** 3/11
**pause [10]** 3/18 6/24 14/21 15/5 16/6
  19/16 20/13 20/22 22/2 23/6
**pay [5]** 19/5 21/14 21/15 21/17 23/18
**paying [3]** 21/4 53/7 54/13
**payment [4]** 17/21 18/2 22/25 26/7
**penmanship [1]** 7/6
**Pennsylvania [1]** 4/11
**pension [1]** 34/12
**people [4]** 23/14 31/2 38/22 54/19
**per [1]** 25/16
**percent [8]** 16/18 18/21 18/22 18/24
  19/1 21/15 24/13 46/4
**percent's [1]** 18/20
**perhaps [3]** 14/19 27/13 33/12
**period [3]** 47/5 50/18 51/1
**person [9]** 2/17 3/23 11/16 12/17 29/1
  41/2 52/1 52/5 52/8
**personal [1]** 4/14
**personally [3]** 16/18 18/25 54/17
**personnel [1]** 14/19
**persons [1]** 41/6
**perspective [1]** 3/6
**phone [2]** 11/17 51/19
**pick [2]** 45/10 48/9
**place [4]** 14/3 14/4 37/19 51/1
**Plaintiff [2]** 1/4 1/14
**plan [3]** 33/11 33/11 51/7
**plans [1]** 2/24
**play [2]** 21/24 34/6
**played [8]** 15/4 16/5 18/11 19/15 20/12
  20/21 23/4 32/6
**plea [1]** 3/23
**plead [1]** 30/19
**please [3]** 9/19 12/4 48/3
**pleasure [1]** 52/15
**pled [4]** 30/20 30/22 31/9 31/10
**pockets [1]** 20/9
**point [8]** 3/21 4/25 12/19 14/8 15/23
  26/18 26/18 40/7
**pop [1]** 6/12
**portion [3]** 7/18 37/8 51/2
**preferred [4]** 25/9 26/1 52/24 52/24
**premium [1]** 25/19
**prepared [11]** 43/13 43/14 43/15 43/16
  43/19 44/6 44/10 44/11 44/12 44/16
  44/21
**present [2]** 2/12 13/24 13/25 28/13
  33/17
**presenting [2]** 36/5 36/5
**president [1]** 30/4
**pretended [2]** 32/8 32/8 35/16 35/22
**pretending [3]** 32/9 35/3 35/4
**pretty [1]** 40/10

**previewed [2]** 37/17 37/18
**previously [1]** 42/14
**price [15]** 15/22 23/18 25/16 25/18
  26/2 26/5 43/3 43/3 45/17 53/7 53/7
  53/8 53/10 53/13 53/19
**prior [4]** 11/22 13/17 29/1 41/17
**private [2]** 33/8 34/10
**privately [1]** 36/20
**privately-held [1]** 36/20
**prize [1]** 6/25
**problem [1]** 5/13
**procedure [1]** 7/12
**proceed [4]** 9/12 9/22 13/1 29/25
**proceedings [3]** 6/23 8/14 55/13
**proceeds [2]** 16/18 46/4
**profession [1]** 36/13
**program [8]** 33/17 36/5 42/15 42/24
  43/6 45/4 48/10 48/24
**programmed [1]** 33/12
**proposed [3]** 6/1 6/8 46/21
**proposing [2]** 43/3 43/6
**prosecution [1]** 31/2
**prosecutor [2]** 28/12 37/23
**prosecutors [1]** 27/3
**provided [1]** 11/14
**Public [1]** 1/19
**publicly [9]** 13/23 16/17 25/8 25/11
  29/9 30/4 30/5 36/16 45/20
**publicly-traded [9]** 13/23 16/17 25/8
  25/11 29/9 30/4 30/5 36/16 45/20
**published [1]** 14/20
**Pulitzer [1]** 6/25
**purchase [11]** 19/6 19/21 25/4 25/5
  26/4 42/20 43/10 45/16 45/17 46/22
  53/1
**purchases [2]** 54/16 54/16
**purchasing [2]** 25/7 47/1
**purport [1]** 13/14
**purported [2]** 13/15 16/23
**purpose [2]** 5/4 24/12
**purposes [6]** 3/9 7/13 7/21 8/7 8/9 11/6
**put [1]** 41/9

**Q**

**question [9]** 21/10 35/7 35/8 39/9
  39/10 39/13 47/20 48/3 49/3
**questions [2]** 26/14 49/22
**quite [1]** 48/19
**quote [2]** 39/16 40/15

**R**

**raise [2]** 18/9 43/1
**raising [1]** 42/21
**RC [1]** 55/22
**Rd [2]** 1/17 55/22
**read [6]** 3/25 4/4 7/5 7/17 8/13 39/23
**reading [1]** 3/18
**real [1]** 54/21
**really [5]** 2/5 5/10 10/21 34/20 39/16
**REALTIME [1]** 55/17
**reason [3]** 3/17 46/17 46/18
**recall [2]** 29/5 53/11
**receipt [6]** 25/4 25/5 25/23 43/10 45/16
  53/2
**receipts [1]** 44/20
**receive [3]** 20/9 21/8 26/7
**received [7]** 11/21 43/22 44/17 45/1
  45/25 46/5 54/5
**recognize [3]** 11/11 23/24 25/1
**recollection [1]** 49/19

**record [6]** 6/22 6/23 8/14 8/16 9/18
  55/13
**recorded [3]** 14/10 32/19 53/25
**recording [6]** 3/15 11/25 12/1 14/6
  26/19 49/16
**recordings [6]** 10/25 11/15 11/17 26/16
  26/21 33/24
**recovering [1]** 43/3
**recross [1]** 54/25
**redirect [2]** 52/12 52/21
**refer [2]** 17/19 27/2
**reference [2]** 47/16 47/17
**referenced [1]** 3/1
**referred [1]** 17/20
**referring [9]** 16/9 17/6 19/18 19/25
  40/6 40/12 40/16 48/16 48/23
**reflected [1]** 32/16
**regard [1]** 26/22
**regarding [1]** 51/4
**regular [2]** 35/6 53/12
**regularly [1]** 35/6
**regularly-traded [1]** 35/6
**relate [1]** 5/2
**related [2]** 47/20 51/25
**relating [2]** 26/25 51/25
**relation [1]** 50/9
**Relative [1]** 51/12
**relayed [1]** 34/1
**relevance [3]** 34/17 48/1 50/21
**remember [5]** 37/4 37/5 37/5 43/11
  53/12
**reminds [1]** 55/6
**repeat [5]** 21/10 30/2 39/12 47/18 48/3
**rephrase [1]** 14/2 26/23
**Reported [1]** 1/22
**Reporter [3]** 1/23 55/17 55/17
**represent [2]** 11/25 12/8
**representative [10]** 13/15 32/11 32/12
  33/9 34/7 35/5 35/17 35/22 36/2 43/7
**represented [1]** 36/7
**representing [1]** 46/4
**represents [1]** 24/6
**request [4]** 2/19 3/16 4/4 4/19
**requesting [1]** 4/23
**resell [1]** 47/4
**resolve [1]** 2/5
**respond [3]** 4/12 29/15 29/16
**responds [2]** 21/2 42/17
**responsibilities [1]** 17/1
**responsible [2]** 23/11
**restricted [2]** 34/11 52/24
**restriction [1]** 47/3
**restrictions [4]** 46/11 46/15 47/6 47/11
**return [1]** 16/17
**returning [1]** 23/20
**review [5]** 11/10 11/22 33/1 37/7 53/25
**reviewed [1]** 49/14
**RICHARD [2]** 1/11 51/5
**right [44]** 2/16 4/12 7/24 8/13 8/15 8/19
  11/13 12/25 13/7 15/14 18/20 20/3
  21/23 23/19 27/5 28/1 31/19 34/4 34/7
  34/24 37/9 37/9 37/23 40/7 40/10
  40/18 40/22 41/18 41/19 41/25 43/23
  44/10 46/10 47/6 48/24 49/10 50/5
  50/10 51/20 52/13 52/20 53/16 54/10
  55/2
**risk [7]** 5/9 19/17 19/19 19/20 34/25
  35/9 35/12
**role [7]** 13/21 32/6 34/6 34/7 36/21
  37/12 37/15

**R**

**Romney [1]**  34/14
**Romney's [1]**  34/17
**Ron [1]**  1/14
**room [3]**  1/23 2/15 2/18
**rule [2]**  6/20 7/12
**ruled [1]**  5/20
**rules [1]**  8/25
**run [1]**  22/20
**runs [1]**  22/20
**RWG [1]**  1/2

**S**

**said [12]**  5/15 5/23 6/7 13/5 18/13
 18/16 18/20 31/9 35/24 35/24 53/14
 54/22
**same [1]**  45/18
**say [22]**  4/7 5/15 6/6 6/11 6/12 6/20
 19/1 19/12 19/24 20/8 20/14 20/17
 22/18 32/24 33/4 33/5 35/10 35/14
 37/10 37/11 38/21 40/1
**saying [4]**  29/20 39/20 42/1 42/25
**says [15]**  15/17 18/9 18/14 20/25 23/15
 24/8 25/16 38/7 38/7 40/17 40/23
 41/25 42/25 48/12 48/24
**scenario [4]**  17/18 17/19 21/7 42/8
**scheme [1]**  51/7
**scope [3]**  29/14 29/18 30/25
**screen [1]**  23/25
**SeaFin [4]**  25/6 25/23 53/3 54/15
**seated [2]**  2/2 8/19
**SEAVER [1]**  1/6
**second [6]**  7/17 20/24 23/23 34/3 43/9
 48/5
**seconds [1]**  14/13
**securities [2]**  30/20 31/17
**see [6]**  6/11 8/2 12/13 12/14 53/23
 55/9
**seek [2]**  6/15 12/19
**seem [1]**  34/3
**seen [1]**  5/22
**sees [1]**  5/17
**selection [1]**  4/1
**sell [1]**  38/11
**selling [4]**  38/15 38/17 39/1 39/18
**send [3]**  18/23 19/8 46/2
**sense [3]**  3/12 4/19 5/5
**sent [1]**  22/12
**sentence [4]**  39/22 40/2 40/3 40/19
**separate [3]**  3/15 44/2 44/4
**series [4]**  12/6 25/9 26/2 52/24
**seriously [1]**  4/13
**services [2]**  24/8 24/10
**Session [2]**  14/14 21/24
**set [3]**  14/24 37/10 38/5
**sets [3]**  25/6 29/22 31/4
**setting [1]**  37/15
**several [4]**  11/4 28/11 32/24 33/2
**sham [2]**  17/22 45/19
**share [2]**  25/16 53/14
**shares [8]**  20/2 21/6 25/7 25/9 25/15
 46/9 46/10 46/14
**short [4]**  38/15 39/1 39/18 40/24
**short-selling [2]**  38/15 39/18
**should [5]**  20/4 20/4 26/23 35/7 53/9
**shouldn't [2]**  18/10 42/22
**showed [1]**  35/21
**showing [2]**  24/1 52/25
**shuts [1]**  54/4

**side [1]**  42/9
**sign [1]**  22/22
**Signature [1]**  55/17
**signed [1]**  22/9
**significant [1]**  25/19
**signing [1]**  26/9
**similar [5]**  7/9 7/18 9/2 29/9 54/12
**simple [1]**  3/7
**since [1]**  39/7
**sir [2]**  6/21 52/11
**sit [3]**  29/5 37/4 37/7
**skip [1]**  20/24
**slightly [1]**  7/17
**slower [1]**  16/23
**some [14]**  2/3 3/12 12/1 23/21 29/19
 33/7 34/25 35/13 35/25 40/24 42/22
 43/4 45/6 52/12
**somebody [7]**  30/11 36/18 37/2 44/6
 44/11 44/16 44/18
**something [13]**  4/7 4/9 5/24 13/4 15/20
 18/13 18/15 20/17 22/18 39/18 44/2
 45/6 53/2
**sometimes [1]**  5/16
**sorry [12]**  12/13 12/14 13/2 15/3 15/11
 21/11 29/12 38/8 39/12 42/5 47/18
 50/12
**sort [2]**  4/7 53/24
**Soto [1]**  1/14
**sources [1]**  36/16
**SOUTHERN [2]**  1/1 27/21
**speaking [3]**  15/8 48/20 49/19
**speaks [2]**  37/14 42/11
**special [6]**  10/2 10/6 11/10 27/11 27/15
 52/23
**specific [4]**  4/23 5/15
**specifically [4]**  16/15 17/17 40/11 53/1
**specifics [2]**  47/22 50/14
**spell [1]**  9/19
**spoke [1]**  41/21
**spoken [5]**  2/4 28/9 33/16 33/25 41/20
**standard [1]**  5/22
**start [2]**  27/13 45/11
**started [1]**  37/24
**Starting [1]**  11/13
**state [3]**  7/22 9/6 9/18
**statement [1]**  35/13
**STATES [3]**  1/1 1/3 1/11 1/23 9/13
**Ste [2]**  1/17 1/20
**stick [1]**  22/12
**still [2]**  5/8 47/5
**stock [69]**
**stockbroker [2]**  30/2 35/4
**stop [1]**  18/12
**Street [1]**  1/15
**structured [1]**  45/13
**stuff [1]**  34/14
**subpenny [1]**  15/23
**subsequent [6]**  31/2 44/11 44/12 44/15
 44/23 47/19
**subsequently [1]**  30/18
**substance [1]**  54/6
**such [1]**  34/12
**suggested [1]**  4/24
**sum [1]**  54/6
**supposed [2]**  16/25 21/11
**supposedly [3]**  20/3 46/14 54/19
**sure [11]**  14/17 30/19 30/21 35/8 35/14
 36/21 39/3 39/9 45/5 47/22 47/23
**Surely [2]**  11/8 49/23
**sustain [3]**  17/15 34/22 48/2

**sustained [1]**  48/4
**sworn [1]**  9/16

**T**

**take [5]**  14/3 39/21 39/22 40/4 52/15
**talk [5]**  19/9 19/17 21/21 23/2 37/22
**talked [5]**  15/24 17/5 23/14 28/8 50/10
**talking [9]**  15/20 16/12 18/17 15/20
 38/6 40/5 42/18 42/24 42/25
**talks [2]**  17/17 43/2
**tape [7]**  16/4 20/24 23/2 26/16 27/2
 31/1 31/2
**tapes [1]**  53/11
**target [5]**  30/15 41/2 41/7 41/7 41/8
**technical [1]**  14/22
**technique [1]**  10/9
**telephone [3]**  11/19 11/20 29/1
**tell [4]**  4/6 4/9 8/6 10/21
**telling [4]**  38/25 39/15 40/7 40/14
**term [6]**  6/17 18/21 19/19 21/4 38/14
 43/5
**testified [14]**  9/16 28/3 37/17 41/3
 41/16 42/20 43/10 46/9 47/8 47/19
 50/4 50/7 51/11 51/17
**testify [3]**  8/24 31/5 39/5
**testifying [1]**  35/23
**testimony [5]**  1/10 27/14 37/24 37/24
 51/10
**than [7]**  25/15 35/10 47/24 50/6 50/7
 51/10 53/16
**Thank [8]**  6/9 9/13 15/13 27/8 49/21
 49/24 52/11 55/1
**that [266]**
**that's [48]**  3/25 4/2 4/14 5/5 5/8 5/24
 7/25 8/3 8/11 15/9 17/14 18/15 23/17
 24/24 25/23 27/17 27/23 28/7 28/16
 31/12 32/17 34/2 34/25 36/23 37/20
 38/12 38/12 38/17 38/20 39/19 40/7
 40/17 40/19 41/22 44/11 48/25 49/4
 50/9 50/16 51/13 51/15 51/23 52/2
 52/6 52/10 53/15 53/22 54/14
**their [2]**  2/23 35/11
**them [17]**  2/8 3/5 3/6 3/9 3/10 3/12 4/9
 5/10 5/11 11/11 26/19 26/19 41/5 41/6
 42/23 44/17 46/15
**themselves [1]**  30/13
**then [17]**  4/9 6/12 15/18 15/20 18/20
 19/9 19/24 20/18 21/3 23/14 41/1
 42/13 43/2 43/3 46/1 47/11 51/21
**there [30]**  2/14 3/24 12/14 13/25 14/6
 14/7 15/5 15/15 16/6 18/1 18/7 19/16
 22/2 22/4 22/13 22/16 22/17 22/20
 23/6 27/3 28/11 28/12 33/2 38/5 39/15
 40/15 42/25 48/17 51/17 51/19
**there's [16]**  2/11 3/2 3/21 5/18 11/19
 18/19 22/14 22/18 37/21 40/24 40/25
 45/6 46/10 46/11 46/11 47/3
**these [6]**  11/15 29/2 46/6 49/19 54/16
 54/16
**they [28]**  3/1 4/17 6/17 8/7 8/8 11/17
 11/19 12/3 12/11 19/22 21/17 21/21
 23/2 26/4 26/6 26/17 26/20 27/2 30/12
 30/12 30/13 32/18 35/12 42/9 45/13
 46/15 46/24 53/21
**they're [8]**  2/8 2/9 2/22 3/14 3/15 4/18
 6/5 42/5
**thing [3]**  29/22 38/9 53/21
**things [3]**  27/13 29/20 34/13
**think [22]**  2/20 3/13 4/5 4/8 4/19 8/3
 12/23 13/5 18/13 20/23 20/25 21/24

**T**

**think... [10]** 22/13 23/7 28/11 35/11
37/11 40/11 48/6 52/18 54/22 55/4
**third [2]** 17/3 48/10
**Thirty [1]** 32/25
**this [118]**
**those [18]** 8/8 11/10 11/13 11/25 12/20
15/21 16/22 26/25 28/15 32/15 32/18
44/19 45/21 54/3 54/6 54/9 54/22 55/8
**though [2]** 22/23
**thought [2]** 17/9 39/18
**three [6]** 12/20 16/11 17/13 36/7 42/6
42/6
**through [7]** 1/7 16/12 16/22 17/21 37/2
48/6 55/2
**throughout [1]** 3/25
**Thursday [1]** 1/4
**till [1]** 4/2
**time [14]** 4/2 14/8 14/13 18/9 26/18
26/18 37/19 41/3 41/9 42/21 45/18
47/5 50/18 51/1
**times [5]** 5/22 17/13 41/19 41/20 41/21
**Timothy [1]** 1/19
**title [1]** 36/21
**today [7]** 6/15 11/22 28/18 28/23 29/5
37/4 37/7
**together [2]** 29/2 29/6
**told [4]** 17/13 33/16 33/21 33/23
**tolerate [1]** 35/12
**too [1]** 7/3
**took [4]** 7/7 14/4 37/19 51/1
**top [4]** 19/24 20/8 20/11 38/5
**total [5]** 23/15 27/24 27/24 27/25 54/5
**totally [2]** 5/24 6/5
**tough [2]** 18/9 42/21
**tradeable [1]** 46/11
**traded [10]** 13/23 16/17 25/8 25/11
29/9 30/4 30/5 35/6 36/16 45/20
**transaction [4]** 17/9 24/7 42/8 42/9
**transcript [22]** 1/10 11/5 11/5 12/14
12/17 12/24 13/3 13/6 14/25 15/2
15/6 15/14 23/3 29/18 32/16 32/19
37/25 42/2 48/6 55/12
**transcripts [2]** 6/15 48/8
**transferable [1]** 47/6
**transportation [4]** 18/3 18/6 26/9 45/21
**traunch [7]** 45/7 45/7 45/9 45/9 45/15
48/13 48/15
**traunches [5]** 45/13 46/6 46/8 46/9
54/8
**travel [1]** 2/24
**trial [9]** 1/3 1/10 1/10 3/11 3/19 3/21
3/25 9/10 39/8
**tried [1]** 2/5
**trouble [1]** 19/23
**truck [1]** 21/21
**true [3]** 10/19 11/25 44/11
**truly [1]** 19/23
**try [1]** 21/23
**trying [5]** 5/10 20/5 33/17 34/19 37/25
**Tuesday [1]** 55/15
**turn [2]** 4/20 14/12
**turning [4]** 12/4 12/12 24/16 26/8
**Twenty [1]** 32/25
**two [10]** 2/14 6/12 13/25 26/25 28/12
42/14 45/1 46/8 46/9 52/19
**type [7]** 25/13 40/12 46/21 46/22 46/23
46/25 46/25
**types [2]** 35/12 46/10

**U**

**U.S [3]** 1/15 1/19 26/24
**ultimately [3]** 22/4 36/6 42/19
**unattractive [1]** 53/5
**under [2]** 5/10 8/24
**undercover [13]** 2/15 3/2 10/8 10/9
10/13 10/15 10/22 12/9 14/4 24/18
30/11 45/22 46/3
**undercovers [2]** 2/13 30/13
**understand [25]** 2/7 2/11 2/22 2/24
3/14 5/7 5/9 8/8 13/21 14/2 15/19
15/24 16/8 17/5 17/18 20/14 21/4 23/8
23/16 24/19 25/10 26/8 32/9 35/8 45/5
**understanding [12]** 13/17 13/19 15/22
25/17 33/22 36/13 36/15 36/22 39/2
39/8 48/16 49/1
**understands [4]** 42/7 42/7 42/8 48/13
**understood [11]** 13/22 16/2 16/12
16/13 16/14 17/12 17/12 20/17 23/9
26/11 35/23
**UNITED [5]** 1/1 1/3 1/11 1/23 9/13
**until [3]** 5/17 47/6 55/4
**unusual [1]** 4/16
**up [19]** 2/12 6/12 6/12 14/13 14/24
15/2 27/3 27/15 28/3 29/23 30/16 31/4
33/11 34/15 37/10 37/15 38/5 47/4
51/13
**upon [1]** 46/1
**us [2]** 2/8 16/11
**use [1]** 6/17
**used [2]** 19/19 45/13
**usually [1]** 35/9

**V**

**Valentine's [1]** 8/21
**valuable [7]** 25/15 26/1 47/9 47/11
53/16 53/24 54/13
**varies [1]** 10/16
**vary [1]** 35/11
**VD [1]** 55/22
**vehicle [1]** 35/10
**version [1]** 15/9
**very [11]** 3/17 5/21 10/23 28/11 38/20
38/21 39/1 40/12 40/24 42/5 42/6
**viable [1]** 36/6
**video [3]** 3/15 11/15 15/7
**violations [1]** 10/7
**voice [7]** 11/18 11/20 53/25 54/3 54/5
54/6 54/9

**W**

**wait [1]** 4/2
**walk [2]** 16/11 16/22
**want [13]** 4/7 6/1 6/11 6/11 6/11 18/13
19/17 20/14 20/19 22/3 36/14 52/15
52/16
**wanted [5]** 6/13 8/1 53/2 54/9 54/12
**wants [1]** 22/20
**was [136]**
**wasn't [5]** 16/3 17/25 22/23 31/10
54/20
**Watersedge [8]** 22/10 22/11 24/5 24/9
43/23 44/9 44/15 44/19
**way [6]** 18/2 22/25 24/14 31/10 41/9
46/7
**we [54]** 2/5 2/5 2/17 2/19 3/16 4/4 5/9
5/12 5/23 6/4 6/15 8/12 12/19 13/5
14/12 14/15 14/15 14/19 14/23 14/24
15/2 15/17 16/19 17/20 17/21 18/9

**18/10** 21/24 21/24 24/11 25/20 27/4
29/10 30/25 31/3 37/9 37/21 40/23
41/1 42/18 42/18 42/21 42/22 42/22
42/23 45/1 45/1 45/10 45/16 45/18
45/21 46/1 47/5 54/9
**We'll [2]** 21/23 55/9
**we're [13]** 5/9 5/21 6/6 13/6 15/5 15/14
19/21 20/23 21/20 30/25 34/19 45/11
50/25
**weather [1]** 37/22
**well [25]** 4/18 26/4 31/9 32/5 32/8
33/19 34/24 35/15 35/23 36/12 38/21
39/6 40/11 40/23 41/9 41/9 41/11
41/12 42/17 42/18 44/9 44/24 46/17
46/23 49/12
**went [3]** 10/18 46/6 46/8
**were [49]** 2/14 9/2 10/21 13/25 14/7
16/25 17/1 17/24 18/17 19/18 19/25
20/3 21/7 21/8 21/8 21/11 21/17 25/20
26/15 26/17 26/19 26/21 28/11 28/12
30/12 30/12 30/13 30/21 32/9 32/18
33/2 33/17 36/1 36/5 36/5 44/16 45/13
47/1 47/24 49/3 50/17 50/25 51/19
53/9 53/21 54/6 54/12 54/19 54/21
**weren't [2]** 2/5 30/23
**what [106]**
**what's [7]** 11/3 15/11 24/1 31/1 48/11
52/17 52/25
**whatever [5]** 4/25 21/16 36/14 52/16
53/15
**whatsoever [2]** 3/1 52/8
**when [17]** 4/9 15/19 15/20 15/24 16/9
17/5 18/16 19/18 22/13 25/20 31/4
32/22 33/15 35/20 37/21 38/6 53/6
**where [14]** 10/1 10/4 14/3 16/7 18/24
21/21 23/2 23/12 28/18 28/23 30/25
31/3 42/13 54/12
**whether [11]** 3/8 5/7 5/18 7/11 7/20
7/22 9/4 9/6 15/15 25/1 31/8
**which [9]** 5/12 7/17 11/4 11/4 17/3
17/20 38/2 46/3 53/3
**white [1]** 39/19
**who [21]** 2/12 2/15 8/24 13/24 15/7
16/8 19/1 24/19 26/8 29/22 30/11
31/24 37/4 37/5 37/14 43/13 43/14
43/16 43/19 46/21 49/18
**who's [1]** 2/23
**whole [2]** 4/6 37/18
**whose [3]** 24/17 34/11 54/19
**why [12]** 3/2 3/12 3/15 4/21 10/21
13/18 18/1 20/7 22/22 26/4 47/8 54/15
**will [12]** 6/3 7/3 7/13 8/7 8/10 8/24 9/1
14/23 15/1 15/9 25/7 55/4
**willing [1]** 20/7
**wire [1]** 46/2
**wired [1]** 45/22
**wish [1]** 52/16
**withdrew [1]** 55/10
**without [3]** 23/17 23/17 38/12
**witness [4]** 2/9 8/24 39/5 50/6
**witness's [2]** 34/17 50/21
**witnesses [2]** 2/8 55/21
**wolff [3]** 1/22 1/25 55/17
**won't [4]** 5/17 6/17 6/19 8/8
**wonder [1]** 8/7
**word [2]** 23/16 33/12
**words [3]** 31/15 32/8 47/4
**work [5]** 10/1 10/2 10/4 16/23 48/14
**worked [4]** 16/15 44/12 44/16 44/18
**working [4]** 20/3 30/11 30/12 30/13

**W**

**workings [1]**  35/18
**works [2]**  48/12 48/24
**world [1]**  6/18
**worry [1]**  19/11
**worth [2]**  19/23 34/11
**worthless [2]**  16/3 47/2
**would [52]**  3/4 4/8 4/21 4/25 5/15 7/16
 10/23 13/3 16/15 16/17 16/19 17/3
 17/21 17/23 18/22 19/3 19/4 19/5 19/8
 20/7 22/16 22/16 22/17 22/21 25/12
 25/14 25/17 26/4 28/6 29/4 31/11 35/1
 36/19 37/3 40/1 40/2 44/9 44/23 45/16
 45/18 45/22 45/25 46/1 46/24 46/24
 51/10 51/25 53/4 53/5 54/21 54/22
 54/23
**wouldn't [1]**  26/6
**Wright's [1]**  20/23
**write [1]**  6/1

**Y**

**yeah [9]**  2/14 5/13 7/15 21/2 28/1
 29/16 30/6 41/15 42/23
**year [3]**  27/19 27/20 42/21
**yep [1]**  40/25
**yes [76]**
**yet [2]**  13/4 41/10
**you [303]**
**you'll [1]**  19/24
**you're [20]**  3/10 4/13 19/18 21/2 31/8
 31/13 35/4 35/4 38/14 40/8 40/9 40/10
 43/5 43/6 48/9 48/11 50/4 51/9 52/7
 53/6
**you've [7]**  4/1 12/2 35/23 50/7 50/10
 51/11 51/17
**your [83]**
**yourself [1]**  27/14
**yourselves [1]**  55/7

**Z**

**zeros [1]**  15/21